UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GOUYEN BROWN LOPEZ; et al., | No. 25-5197 |
| Plaintiffs - Appellants, | D.C. No. 2:25-cv-02758-DWL District of Arizona, Phoenix |
| v. | |
| UNITED STATES OF AMERICA; et al., | ORDER |
| Defendants - Appellees, | |
| RESOLUTION COPPER MINING, LLC, | |
| Intervenor-Defendant - Appellee. | |

Before: S.R. THOMAS, SILVERMAN, and BENNETT, Circuit Judges.

The emergency motion for injunctive relief is referred to the panel that will be assigned to decide the merits of this appeal.

We expedite the briefing schedule for this appeal. The opening brief is due September 8, 2025. The answering briefs are due September 29, 2025. The optional reply brief is due October 14, 2025.

The clerk will calendar this appeal with consolidated appeal Nos. 25-5185 and 25-5189 on the next available calendar. *See* 9th Cir. Gen. Ord. 3.3(f).