# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

**9th Cir. Case Number(s):** 25-5197

**Case Name:** *Lopez, et al. v. United States of America, et al.*

**Counsel submitting this form:** Miles Coleman

**Represented party/parties:** Plaintiffs-Appellants

**Briefly describe the dispute that gave rise to this lawsuit.**

For centuries, Western Apaches and other tribes have worshipped at a sacred site called Chí'chil Biłdagoteel ("a broad flat of Emory oak trees") or Oak Flat. Oak Flat is the Apaches' direct corridor to the Creator and the site of sacred rituals that are uniquely tied to that place and cannot be replicated elsewhere.

Yet the federal government currently plans to transfer title to Oak Flat to a foreign-owned copper-mining company for the sole purpose of constructing a mine that will physically destroy the sacred site, swallowing it in a nearly two-mile-wide, 1,100-foot-deep crater and ending the religious practices of Apaches like Plaintiffs forever. The land transfer was scheduled for Tuesday, August 19, 2025, but the Ninth Circuit granted a temporary administrative injunction to preserve the status quo while it considered this and two other appeals challenging the land transfer.

Plaintiffs in this case are Apache women and girls whose religious practices center on Oak Flat and who would be unable to practice their religion if Oak Flat is destroyed. The land transfer and irreversible destruction of Oak Flat violates the Religious Freedom Restoration Act (RFRA), Plaintiffs' First Amendment right to direct the religious upbringing of their children, the Free Exercise Clause, the National Environmental Policy Act (NEPA), and the National Historic Preservation Act (NHPA). Plaintiffs-Appellants seek an injunction pending appeal and a preliminary injunction.

**Briefly describe the result below and the main issues on appeal.**

On Sunday, August 18, 2025, the district court denied Plaintiffs-Appellants' motions for a preliminary injunction and an injunction pending appeal. On appeal, the main issue is whether the district court erred in denying those motions. In particular, this appeal addresses whether the land transfer and irreversible destruction of Oak Flat violates RFRA, Plaintiffs' First Amendment right to direct

the religious upbringing of their children, the Free Exercise Clause, NEPA, and the NHPA.

**Describe any proceedings remaining below or any related proceedings in other tribunals.**

On Sunday, August 18, 2025, the district court denied Plaintiffs' motions for a preliminary injunction and an injunction pending appeal. Plaintiffs filed an interlocutory appeal of the district court's order that same day. The district court proceedings remain open below.

Additionally, this case is related to two other appeals, in which this Court is currently considering similar emergency motions for injunctions pending appeal:

- *San Carlos Apache Tribe v. United States Forest Service*, No. 25-5189
- *Arizona Mining Reform Coalition v. United States Forest Service*, No. 25-5185

The Court has consolidated the appeals in *San Carlos Apache Tribe* (No. 25-5189) and *Arizona Mining Reform Coalition* (25-5185) and calendared this appeal with those consolidated appeals.

This case is also related to *Apache Stronghold v. U.S.*, 101 F. 4th 1036 (9th Cir. 2024) (en banc).

**Signature:** */s/ Miles E. Coleman*　　　　　　　**Date:** August **23**, 2025

Miles E. Coleman
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 W Washington St., Ste. 400
Greenville, SC 29601
(864) 373-2352
miles.coleman@nelsonmullins.com