# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 25-5185, 25-5189, 25-5197

**Case Name** Ariz. Mining Reform Coal. v. U.S. Forest Serv.; San Carlos Apache Tribe v. U.S. Forest Serv.; Brown Lopez v. United States

**Hearing Location** (*city*) San Francisco

**Your Name** Michael R. Huston

List the sitting dates for the two sitting months you were asked to review:

December 1-5 and 8-12, 2025; January 5-9, 2026.

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ⬤ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Resolution Copper joins the United States's submission regarding oral argument. Resolution respectfully requests oral argument no later than December 2025, consistent with the motions panel's order directing expedited oral argument for the "next available calendar." Resolution would also be available for oral argument in November 2025.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⬤ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Michael R. Huston  **Date** 9/11/2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  New 12/01/2018