UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

ARIZONA MINING REFORM
COALITION; et al.,

        Plaintiffs - Appellants,

  v.

UNITED STATES FOREST SERVICE, an
agency in the U.S. Department of
Agriculture; et al.,

        Defendants - Appellees,

RESOLUTION COPPER MINING, LLC,

        Intervenor-Defendant -
Appellee.

Nos. 25-5185, 25-5189, 25-5197

D.C. No.
2:21-cv-00122-DWL
District of Arizona,
Phoenix

ORDER

---

The opening brief submitted by Appellants Arizona Mining Reform

Coalition, et al. is filed.

Within 7 days of this order, Appellants Arizona Mining Reform Coalition, et

al. must file 6 copies of the brief in paper format bound with blue front cover

pages. Each copy must include certification at the end that the copy is identical to

the electronic version. The Form 18 certificate is available on the Court's website,

at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellants Arizona Mining Reform

Coalition, et al. are filed. Within 7 days of this order, Appellants Arizona Mining

Reform Coalition, et al. is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT