UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - Appellee. | Nos. 25-5185, 25-5189, 25-5197 <br><br> D.C. No. 2:21-cv-00122-DWL <br> District of Arizona, Phoenix <br><br> ORDER |

The motion for leave to file an amicus brief filed by Sacred Ground Legal Services at Docket Entry 44 in No. 25-5185 is stricken as unnecessary because all parties have consented to the filing of the brief. *See* Fed. R. App. P. 29(a)(2) and Circuit Advisory Committee Note to Rule 29-3.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT