| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 16 2025<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al.,<br><br>    Defendants - Appellees,<br><br>RESOLUTION COPPER MINING, LLC,<br><br>    Intervenor-Defendant - Appellee. | No. 25-5185, 25-5189, 25-5197<br><br>D.C. No. 2:21-cv-00122-DWL<br>District of Arizona, Phoenix<br><br>ORDER |

The opening brief submitted by Appellant San Carlos Apache Tribe is filed.

Within 7 days of this order, Appellant San Carlos Apache Tribe must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant San Carlos Apache Tribe are filed. Within 7 days of this order, Appellant San Carlos Apache Tribe is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with

white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT