

| Terry Rambler<br>Chairman | **SAN CARLOS APACHE TRIBE**<br>P.O. Box 0, San Carlos, Arizona 85550<br>Phone (928) 475-1600 ❖ Fax (928) 475-2567 | Tao Etpison<br>Vice-Chairman |

September 18, 2025

Molly C. Dwyer
Clerk of the Court
United States Court of Appeal for the Ninth Circuit
**Via CM/ECF**

**Re:     Reply in Support of Plaintiff-Appellant the San Carlos Apache Tribe's Notice of Conflict in *Arizona Mining Reform Coalition v. Rollins*, No. 25-5185 (lead case); *San Carlos Apache Tribe v. United States Forest Service*, No. 25-5189; and *Lopez v. United States of America*, No. 25-5197**

Ms. Dwyer,

On September 11, 2025, Federal Defendants and Resolution Copper Mining, LLC objected to the Form 32 notices of the San Carlos Apache Tribe ("Tribe") and Arizona Mining Reform Coalition parties stating that each had irreconcilable conflicts in December 2025, which would prevent oral argument from being scheduled that month. This letter further explains that conflict and requests that the argument be set for January 2026.

Briefly, undersigned counsel, who has been responsible for all argument in the district court since the stay was lifted earlier this year, is the only member of the Tribe's comparatively small office who can argue this case on appeal. Further, the same small team of lawyers that has been involved in this matter, is the very same team trying the complex, multiparty water case from November 17, 2025 to December 3, 2025, that I referenced in my Form 32 filing. That case involves numerous technical issues, six experts, and numerous parties.

Consequently, if I, or another attorney from this small team, were pulled off that trial to argue the instant case before the Ninth Circuit, the same prejudice would result in

**Reply in Support of Plaintiff-Appellant the San Carlos Apache Tribe's Notice of Conflict in *Arizona Mining Reform Coalition v. Rollins*, No. 25-5185 (lead case); *San Carlos Apache Tribe v. United States Forest Service*, No. 25-5189; and *Lopez v. United States of America*, No. 25-5197**
September 18, 2025
Page 2 of 2
_____

either or both cases because our limited resources would be divided. For the same reasons, the Tribe is unable to argue the case in November 2025.

   Finally, we note that the Court's Notice directed the parties to examine dates during "December 2025 and the subsequent sitting month." This expressly includes January 2026. Reading the Notice together with the emergency panel's order, the Tribe respectfully requests that the argument be set for January 2026, when all parties are available.

                Thank you for considering this request,

                *s/ Bernardo M. Velasco*
                Alexander B. Ritchie
                *Attorney General*

                Bernardo M. Velasco
                *Assistant Attorney General*

                SAN CARLOS APACHE TRIBE
                Department of Justice
                P.O. Box 40
                16 San Carlos Avenue
                San Carlos, Arizona 85550
                *Attorneys for the San Carlos Apache Tribe*