UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - Appellee. | No. 25-5185 <br><br> D.C. No. 2:21-cv-00122-DWL <br> District of Arizona, Phoenix <br><br> ORDER |
| SAN CARLOS APACHE TRIBE, a federally recognized Tribe, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - | No. 25-5189 <br><br> D.C. No. 2:21-cv-00068-DWL <br> District of Arizona, Phoenix |

| | |
|---|---|
| Appellee. | |
| GOUYEN BROWN LOPEZ; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants - Appellees,<br><br>RESOLUTION COPPER MINING, LLC,<br><br>        Intervenor-Defendant - Appellee. | No. 25-5197<br>D.C. No.<br>2:25-cv-02758-DWL<br>District of Arizona, Phoenix |

Oral argument in these cases will be heard on January 7, 2026 in Phoenix, Arizona.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT