Nos. 25-5185, 25-5189, 25-5197

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ARIZONA MINING REFORM COALITION, et al.,
*Plaintiffs–Appellants*,

v.

UNITED STATES FOREST SERVICE, et al.
*Defendant–Appellee.*
and
RESOLUTION COPPER MINING, LLC,
*Intervenor-Defendant–Appellee*

(consolidated case captions omitted)

Appeal from the United States District Court for the
District of Arizona
Nos. 2:21-cv-68, 2:21-cv-122, 2:25-cv-2758 (Hon. Dominic W. Lanza)

**APPELLEES' UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR ANSWERING BRIEF**

Federal Appellees respectfully request an expansion of their word limit for their combined response to three full-length opening briefs—one by Plaintiff Arizona Mining Reform Coalition (AMRC), one by Plaintiff San Carlos Apache Tribe, and one by Plaintiff Gouyen Brown Lopez. In order to ensure that the Federal Appellees can adequately address the many, often nonoverlapping, issues presented in the opening briefs, Respondents request a 4,600-word extension for a total word count of 20,000.

1. On September 8, 2025, Plaintiffs filed their three opening briefs. AMRC's brief contains approximately 14,000 words. The Tribe's brief contains 12,956 words. And Lopez's brief contains 13,957 words. Although the three Plaintiffs' cases are consolidated and the three briefs raise some of the same issues, the briefs also raise several nonoverlapping issues. The case also involves a voluminous record and lengthy factual background.

2. Federal Appellees' answering brief must respond to the approximately 40,913 words in the Plaintiffs' opening briefs. If Federal Appellees filed three separate answering briefs, the collective permitted word count would be 42,000 words. But, for the convenience of the Court and the Parties, and because the three consolidated cases involve the same factual background, the Federal Appellees seek to file one consolidated answering brief that responds to all three opening briefs.

3. Federal Appellees' answering brief is due on September 29, 2025. Under Ninth Circuit Rule 32-2(b), the default rule, an answering brief responding to multiple parties' opening briefs is typically limited to 15,400 words. But under the circumstances in these three consolidated cases and given the need to respond to nonoverlapping arguments in three full-length opening briefs, Federal Appellees' respectfully request a word expansion of 4,600 additional words for an answering brief of no more than 20,000 words. If granted, the collective number of words allotted to Appellees in its answering brief would be

less than both the collective words used by Plaintiffs in their opening briefs and less than the number of words allowed had Appellees' filed three separate briefs.

4. I have contacted Plaintiffs' counsel for all three Plaintiff groups. No Plaintiff group opposes this request. I have also contacted counsel for the Intervenor, who indicates that Intervenor does not oppose the request.

## CONCLUSION

For these reasons, this Court should grant Federal Appellees' unopposed motion to exceed the word limit by 4,600 words and should set the word limit for the answering brief at 20,000 words.

Respectfully submitted,

/s/ *Ezekiel A. Peterson*
ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

EZEKIEL A. PETERSON
*Attorney*
Environment & Natural Resources Div.
U.S. Department of Justice
999 18th St, North Terrace, Suite 600
Dever, CO 80202
(202) 598-6399
ezekiel.a.peterson@usdoj.gov

September 29, 2025
90-1-4-16263
90-2-4-16252
90-1-4-16516

## CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 398 words.

2.    This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook font.

/s/ *Ezekiel A. Peterson*
EZEKIEL A. PETERSON

Counsel for Federal Respondents