## DECLARATION OF MICHAEL R. HUSTON

1. I, Michael R. Huston, declare as follows: I am counsel of record for Intervenor-Defendant-Appellee Resolution Copper Mining LLC (Resolution). If called as a witness, I could and would testify to the following facts, which are within my personal knowledge and based on my review of relevant documents.

2. I make this declaration in support of Resolution's Motion to Exceed Word Limit applicable to Resolution's Combined Answering Brief in these three consolidated appeals.

3. As explained in the accompanying motion, these consolidated cases raise issues of national concern that require thorough and thoughtful briefing. Among the issues are Plaintiffs' attempts to enjoin the operation of an Act of Congress passed more than 10 years ago that explicitly directs the Secretary of Agriculture to transfer federal land to Resolution to build a mine that will produce enormous supplies of copper in an area of Arizona that has been mined for a century. Under that statute, the Southeast Arizona Land Exchange and Conservation Act (Exchange Act), 16 U.S.C. § 539p, conveyance was mandated to occur no later than August 19, 2025.

4. The claims raised by Plaintiffs in the three cases are complicated and many. Invoking the cause of action in the Administrative Procedure Act, Plaintiffs raise challenges based on the Exchange Act, the National Environmental Policy Act, and the National Historic Preservation Act. In addition to several discrete challenges to the Forest Service's Final Environmental Impact Statement (FEIS) for the project, one group of Plaintiffs challenges the validity of an appraisal of one of the federal land parcels—a challenge that implicates the General Mining Law of 1872 (along with much more recent federal regulations governing appraisal practices). And another group of Plaintiffs asserts that the land exchange infringes their

religious-practice rights under the Religious Freedom Restoration Act and the First Amendment's Free Exercise Clause.

   5. These appeals implicate these issues as well as others—along with threshold defenses—spelled out in the accompanying Motion. Under my direction, we have attempted to diligently brief these issues for the Court in the most efficient way possible. Nevertheless, given the number of issues raised by Plaintiffs and the number of words submitted in these appeals, we are unable to appropriately brief the issues presented within the standard word limits set by Circuit Rule 32-2.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

   This Declaration was executed on September 29, 2025.

*[signature]*

Michael R. Huston

2