# Nos. 25-5185, 25-5189, 25-5197

## In The United States Court of Appeals for the Ninth Circuit

ARIZONA MINING REFORM COALITION; et al.,

*Plaintiffs-Appellants,*

v.

BROOKE L. ROLLINS, U.S. Secretary of Agriculture, et al.,

*Defendants-Appellees*,

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-00122-PHX-DWL
Hon. Dominic W. Lanza

**SUPPLEMENTAL EXCERPTS OF RECORD OF INTERVENOR-DEFENDANT-APPELLEE RESOLUTION COPPER MINING LLC**

**INDEX VOLUME**

| | |
|---|---|
| Christopher D. Thomas | Michael R. Huston |
| Andrea J. Driggs | *Counsel of Record* |
| Janet M. Howe | Diane M. Johnsen |
| Benjamin A. Longbottom | Nicholas S. Crown |
| HOLLAND & HART LLP | Samantha J. Burke |
| 2398 E. Camelback Rd, Suite 650 | Addison W. Bennett |
| Phoenix, AZ 85016 | PERKINS COIE LLP |
| (602) 507-9704 | 2525 E Camelback Rd, Suite 500 |
| CDThomas@hollandhart.com | Phoenix, AZ 85016 |
| | (602) 351-8000 |
| | MHuston@perkinscoie.com |

*Counsel for Resolution Copper Mining LLC*

SAN CARLOS APACHE TRIBE, a federally recognized Tribe,

*Plaintiff-Appellant,*

v.

UNITED STATES FOREST SERVICE,
an agency of the U.S. Department of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-0068-PHX-DWL
Hon. Dominic W. Lanza

GOUYEN BROWN LOPEZ, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:25-cv-2758-PHX-DWL
Hon. Dominic W. Lanza

# INDEX

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 1 of 12** | | | |
| Declaration of Victoria Peacy in Support of Defendant-Intervenor's Brief in Opposition to Motions for Preliminary Injunction | 07/28/2025 | 21-cv-00122 Dkt. 94-9 | 3–14 |
| Exhibit 1, Resolution Copper Project and Land Exchange Final Environmental Impact Statement – Scoping Report (March 2017) (part 1 of 2) | 07/28/2025 | 21-cv-00068 Dkt. 116-1 | 15–284 |
| **VOLUME 2 of 12** | | | |
| Exhibit 1, Resolution Copper Project and Land Exchange Final Environmental Impact Statement – Scoping Report (March 2017) (part 2 of 2) | 07/28/2025 | 21-cv-00068 Dkt. 116-1 | 287–348 |
| Exhibit 7, Resolution Copper Project and Land Exchange Environmental Impact Statement, Evaluation and Response to Public Comments on Groundwater Modeling Analysis (Oct. 6, 2020) | 07/28/2025 | 21-cv-00068 Dkt. 116-7 | 349–536 |
| **VOLUME 3 of 12** | | | |
| Exhibit 23, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 1 (June 2025) (part 1 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 105-9 | 539–836 |
| **VOLUME 4 of 12** | | | |
| Exhibit 23, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 1 (June 2025) (part 2 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 105-9 | 839–965 |
| Exhibit 24, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 2 (June 2025) (part 1 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 106-2 | 966–1136 |

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 5 of 12** | | | |
| Exhibit 24, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 2 (June 2025) (part 2 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 106-2 | 1139–1436 |
| **VOLUME 6 of 12** | | | |
| Exhibit 25, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 3 (June 2025) (part 1 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 106-3 | 1439–1718 |
| **VOLUME 7 of 12** | | | |
| Exhibit 25, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 3 (June 2025) (part 2 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 106-3 | 1721–1795 |
| Exhibit 26, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 4 (June 2025) (part 1 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 107-2, 3 | 1796–1976 |
| **VOLUME 8 of 12** | | | |
| Exhibit 26, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 4 (June 2025) (part 2 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 107-3 | 1979–2258 |
| **VOLUME 9 of 12** | | | |
| Exhibit 27, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 5 (June 2025) (part 1 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 108-2 | 2261–2467 |
| **VOLUME 10 of 12** | | | |
| Exhibit 27, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 5 (June 2025) (part 2 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 108-3 | 2470–2643 |

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 11 of 12** | | | |
| Exhibit 28, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 6 (June 2025) (part 1 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 109-2 | 2646–2943 |
| **VOLUME 12 of 12** | | | |
| Exhibit 28, Resolution Copper Project and Land Exchange Final Environmental Impact Statement - Volume 6 (June 2025) (part 2 of 2) | 07/14/2025 | 21-cv-00068 Dkt. 109-2 | 2946–3212 |
| Letter from Troy Heithecker to Chairman Terry Rambler (May 28, 2024) | 05/23/2025 | 21-cv-00068 Dkt. 85-8 | 3213–3216 |
| Declaration of Victoria Peacy | 03/04/2021 | 21-cv-00068 Dkt. 37-3 | 3217–3242 |