# Nos. 25-5185, 25-5189, 25-5197

---

# In The United States Court of Appeals for the Ninth Circuit

---

ARIZONA MINING REFORM COALITION; et al.,

*Plaintiffs-Appellants,*

v.

BROOKE L. ROLLINS, U.S. Secretary of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-00122-PHX-DWL
Hon. Dominic W. Lanza

---

## SUPPLEMENTAL EXCERPTS OF RECORD OF INTERVENOR-DEFENDANT-APPELLEE RESOLUTION COPPER MINING LLC

### VOLUME 4 OF 12 (SER 839–1136)

Christopher D. Thomas
Andrea J. Driggs
Janet M. Howe
Benjamin A. Longbottom
HOLLAND & HART LLP
2398 E. Camelback Rd, Suite
650 Phoenix, AZ 85016
(602) 507-9704
CDThomas@hollandhart.com

Michael R. Huston
  *Counsel of Record*
Diane M. Johnsen
Nicholas S. Crown
Samantha J. Burke
Addison W. Bennett
PERKINS COIE LLP
2525 E Camelback Rd, Suite 500
Phoenix, AZ 85016
(602) 351-8000
MHuston@perkinscoie.com

*Counsel for Resolution Copper Mining LLC*

SAN CARLOS APACHE TRIBE, a federally recognized Tribe,

*Plaintiff-Appellant,*

v.

UNITED STATES FOREST SERVICE,
an agency of the U.S. Department of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-0068-PHX-DWL
Hon. Dominic W. Lanza

GOUYEN BROWN LOPEZ, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:25-cv-2758-PHX-DWL
Hon. Dominic W. Lanza

Resolution Copper Project and Land Exchange

| Facility or Alternative | Facilities or Disturbance Remaining Post-decommissioning; Other Reclamation Considerations* | Primary (P) and Secondary (S) Disturbance Response Groups | Acres of Total Facility Disturbance and Impacts on Productivity† | High Water Erosion Potential (percentage of area)‡ | High Wind Erosion Potential (percentage of area)‡ |
|---|---|---|---|---|---|
| Power transmission facilities (common to all action alternatives) | Power transmission facilities (e.g., electrical substations, transmission lines, power centers) to remain if post-mining use is identified | P: Drive and crush; Excavation with and without soil salvage<br><br>S: Structural loss; No disturbance | 670¶ | 25 | 0 |
| Near West Proposed Action tailings storage facility (Alternative 2) | Roads and berms necessary to support the reclamation and closure; concurrent reclamation of outer slopes; gradual reduction and closure of seepage ponds; 1.5-foot-thick rock armor (growth medium) shell on tailings | P: Excavation with and without soil salvage<br><br>S: Structural loss; No disturbance | 5,071 (9,885) | 0 | 0 |
| Near West -- Ultrathickened tailings storage facility (Alternative 3) | Roads and berms necessary to support the reclamation and closure; concurrent reclamation of cyclone sand embankment slopes PAG ponds evaporated over time; NPAG and PAG tailings slopes and surfaces covered in in erosion-resistant capping material (growth medium) | P: Excavation with and without soil salvage<br><br>S: Structural loss; No disturbance | 5,071 (9,885) | 0 | 0 |
| Silver King (Alternative 4) | Upstream stormwater diversion features (cutoff walls and channels); roads and berms necessary to support the reclamation and closure; concurrent reclamation of sloped face of stacks; store and release cover design; tailings covered in in erosion-resistant capping material (growth medium) | P: Excavation with and without soil salvage<br><br>S: Structural loss; No disturbance | 5,684 (10,072) | 0 | 0 |
| Peg Leg (Alternative 5) | Stormwater diversion channels, dropchutes, cutoff walls; roads and berms necessary to support the reclamation and closure; reclamation begins at end of mine operations; PAG covered in 10 feet of NPAG material; all tailings covered in 1 to 2 feet of erosion-resistant capping material (growth medium) | P: Excavation with and without soil salvage<br><br>S: Structural loss; No disturbance | 12,094 (16,917) | 0 | 0 |
| Skunk Camp (Alternative 6) | Upstream stormwater diversion features (diversion walls, channels, and other stormwater control elements); roads and berms necessary to support the reclamation and closure; reclamation begins at end of mine operations; PAG covered in 10 feet of NPAG material; all tailings covered in 1 to 2 feet of erosion-resistant capping material (growth medium) | P: Excavation with and without soil salvage<br><br>S: Structural loss; No disturbance | 10,772 (15,043) | 0 | 15 |

\* All disturbed surfaces not covered by a permanent structure would be reclaimed and revegetated; reclamation and decommissioning plans are detailed in chapter 2.

† The acreage shown in parentheses for each alternative represents the total acreage for the entire alternative where activities could occur, which includes areas such as the East Plant Site and subsidence area, as well as mitigation lands. Some of these areas are not anticipated to be physically disturbed but lie within facility fence lines. Mitigation areas would be disturbed but overall would result in improved land conditions. The acreage not in parentheses represents the disturbed acreage that is likely to be revegetated—the tailings storage facility, pipeline corridors, and borrow areas—and represents an area that may recover productivity in the future. Other areas—such as the East Plant Site, West Plant Site, filter plant and loadout facility, and transmission lines—could also be revegetated like the tailings storage facility and pipeline. However, they also may be reclaimed for other uses and therefore are not included.

‡ Wind and water erosion potential are provided as an approximate percentage for an entire facility or alternative. Details on how erosion susceptibility was determined are provided in Newell (2018b). No erosion data are available where SSURGO data are unavailable.

§ The acreage shown (1,238) consists of the MARRCO corridor (685 acres) and the filter plant and loadout facility (553 acres). Under Alternative 4, the filter plant/loadout activities would occur at the West Plant Site, and there would be no separate filter plant and loadout facility. However, the West Plant Site acreage would increase from 940 to 1,064.

¶ The transmission line acreage is common for Alternatives 2, 3, 4, and 5. However, for Alternative 6 the acreage differs due to colocation of transmission lines with the tailings pipeline.

254

4-RCMSER-0839

Final Environmental Impact Statement

VEGETATION COMMUNITIES, SPECIAL STATUS PLANT SPECIES, NOXIOUS WEEDS

**Construction**

All action alternatives would involve the removal of vegetation during construction activities, resulting in the direct loss of plant communities. Construction of tailings facilities for all alternatives would continue throughout most of mine life as areas would not be disturbed until necessary. The primary impacts on vegetation communities during construction of the action alternatives would be associated with

- removal and/or crushing of natural, native species;
- increased potential for noxious and invasive weed establishment and spread;
- decreased plant productivity from fugitive dust;
- plant community fragmentation; and
- changes in plant growth and seasonal phenology from artificial lighting.

*Vegetation Communities*

Vegetation removal could have a variety of effects on vegetation communities ranging from changes in community structure and composition within the project footprint to alteration of soils. This could result in further loss of soil and vegetation, as well as increased sediment input to water resources. This impact would occur in localized areas of disturbance.

Soil disturbance may lead to the increased potential for the introduction and colonization of disturbed areas by noxious and invasive plant species, which may lead to changes in vegetation communities, including a possible shift over time to more wildfire-adapted vegetation that favors noxious or invasive exotic species over native species. This potential impact would be greatest in vegetation communities that are not adapted to fire, such as Arizona Upland and Lower Colorado River subdivisions of Sonoran Desertscrub. In more fire-adapted communities, such as Interior Chaparral and Semi-Desert Grasslands, these impacts could still occur, but the intensity of the impacts would decrease as native vegetation in these communities may respond positively to fire.

Fugitive dust from construction activities has the potential to affect photosynthetic rates and decrease plant productivity. Dust can have both physical and chemical impacts (Farmer 1993; Goodquarry 2011; Havaux 1992; Sharifi et al. 1997; Thompson et al. 1984; Walker and Everett 1987). Physical impacts of windborne fugitive dust on plants could include blockage and damage to stomata, shading, and abrasion of leaf surface or cuticle. Dust can increase leaf temperature; inhibit pollen germination; reduce photosynthetic activity, respiration, transpiration, and fruit set; decrease productivity; alter community structure; and contribute to cumulative impacts (e.g., drought stress on already stressed species or allow the penetration of phytotoxic gaseous pollutants, such as sulfur dioxide, nitrogen dioxide, and ozone). Some studies, however, indicate that plant species living in high light conditions are flexible to adapting to lower light conditions (e.g., desert plants) (Alves et al. 2002; Barber and Andersson 1992; Werner et al. 2002) and that some plant species show improved growth with increased dust deposition (i.e., limestone) (Brandt and Rhoades 1972). The overall impact on vegetation from fugitive dust would be localized near sources of dust and would be highest near areas of ground disturbance during construction activities and would decrease with the completion of construction activities.

The construction of project facilities would fragment vegetation communities and create edge areas. Edge areas have different microclimatic conditions and structure and may be characterized by compacted soils and increased runoff that can lead to changes in species composition and vegetation structure.

4-RCMSER-0840

Resolution Copper Project and Land Exchange

Artificial lighting associated with the construction phase of the proposed project is less defined but is assumed to be less intense that associated with the operations phase and to vary in location and intensity through the 1- to 9-year time period. Specific impacts would be similar to those described in the "Construction/Operational Impacts" section; impacts on species groups are also provided in subsequent sections.

*Special Status Plant Species*

The primary direct and indirect impacts on special status plant species during construction of the proposed project would be similar to those described in this section for vegetation communities and would be associated with

- removal and/or crushing of special status plant species from construction of project facilities,
- increased potential for noxious and invasive weed establishment and spread,
- decreased plant productivity from fugitive dust,
- plant community fragmentation,
- changes in plant growth and seasonal phenology from artificial lighting, and
- inability to reestablish pre-mining populations.

Vegetation removal and ground disturbance may affect special status plant species through decreased productivity from fugitive dust and the potential for changes to habitat from a decline in productive soils and from the increased potential for noxious and invasive weed establishment and spread.

All action alternatives would impact Arizona hedgehog cactus through direct loss of individual plants where they occur, as well as habitat changes from subsidence at the East Plant Site and Oak Flat site as well as other ground-disturbing activities.

A detailed analysis of potential impacts on Arizona hedgehog cactus from the preferred alternative is included in the biological assessment (SWCA Environmental Consultants 2020a) and was also conducted through consultation with the FWS. The resulting biological opinion found that the project may affect, and is likely to adversely affect the Arizona hedgehog cactus (U.S. Fish and Wildlife Service 2020a). The biological opinion took into account specific mitigation measures developed during Section 7 consultation; these are described in more detail in section 3.3.4 regarding a conservation easement for Arizona hedgehog cactus preservation at JI Ranch.

*Noxious Weeds*

The primary direct and indirect impacts associated with noxious weeds during construction of the proposed project would be associated with

- increased potential for introduction and spread of noxious and invasive weeds,
- changes to habitat from noxious and invasive weed establishment and spread, and
- direct and indirect impacts on and competition with native vegetation and special status plant species.

The proposed project, under any action alternative, would increase the potential for noxious weed cover, and produce vegetation assemblages that could alter natural fire regimes. Noxious weeds are often fire adapted and so perpetuate increased fire risk once established or following a fire. However, these impacts would be minimized on Tonto National Forest–administered lands with the implementation of the

"Resolution Copper Project Noxious Weed and Invasive Species Management Plan on National Forest System Lands" (Resolution Copper 2019).

This impact would be highly likely to occur in areas disturbed by construction activities and is possible in adjacent habitats.

**Operations**

*Vegetation Communities*

Operation of the proposed mine and associated facilities would result in impacts on vegetation communities. The primary impacts of operations would be associated with

- subsidence,
- potential reduction in surface water flows and groundwater availability to riparian vegetation,
- increased potential for noxious and invasive weed establishment and spread,
- decreased plant productivity from fugitive dust, and
- changes in plant growth and seasonal phenology from artificial lighting.

During the operations phase of the proposed mine there would be impacts on vegetation communities from subsidence. Subsidence of the ground surface is anticipated to occur beginning approximately 6 years after initiation of mining activities. It is anticipated to continue until approximately 40 years after initiation of mining activities.

Within the cave zone, the development of a subsidence area would change the slope, aspect, surface water flow direction and rate, and surface elevation and would impact the seed bank on approximately 1,329 acres. This would likely modify the vegetation communities within portions of the cave limit. Within the fracture limit (1,579 acres), the potential impacts would be similar to the cave limit; however, the intensity would be decreased as this area would have reduced surface impacts. The zone of continuous subsidence (1,686 acres) would have limited potential for localized impacts on vegetation communities as it would have minimal surface impacts.

In areas near the mine site, water usage would reduce water in the regional aquifer and would reduce surface water and groundwater levels downstream of the mine in Devil's Canyon and Queen Creek. Surface water amounts would be reduced, and timing/persistence of surface water would decrease. These potential decreases in groundwater and surface water would occur over a long period of time but could cause changes in riparian vegetation extent or health, and the reduction in streamflow could impact aquatic plant species, which need standing or flowing water or moist soils. As a result, the amount or volume of water within perennial pools or moisture in soils could decrease, which could result in indirect impacts on riparian vegetation and sensitive plant species through long-term habitat alteration, causing changes in the health of individual plants or populations, or even death and long-term elimination of certain plant species at these locations. Potential impacts from all action alternatives on vegetation communities in the analysis area could result from decreased surface water flow and groundwater drawdown, which could convert vegetation communities to those that are better adapted to drier conditions and result in long-term changes in the health of and reductions in the extent of riparian vegetation. Impacts on these groundwater-dependent ecosystems are analyzed in detail in section 3.7.1.

No impacts on vegetation communities are anticipated from water quality impacts at any of the tailings locations during operations as any stormwater that comes in contact with the tailings piles would be contained in the tailings facilities or in seepage ponds downstream. Water quality impacts associated with seepage that potentially could reach surface waters is analyzed in detail in section 3.7.2; specific impacts

on vegetation communities are not anticipated from the potential increases in metals in surface water described in that section.

Potential impacts on vegetation communities from increased noxious and invasive weed establishment and spread would be similar in nature to those described earlier in this section for the construction phase; however, as ground-disturbing activities would be reduced during the operations phase, the magnitude of potential impacts would be greatly reduced.

Potential impacts on vegetation communities from fugitive dust would be similar in nature to those described earlier in this section for construction; however, the magnitude of impacts would be reduced as dust-producing activities would be less during the operations phase.

Artificial lighting associated with the operations phase of the proposed project would increase overall brightness in the night sky by 1 to 9 percent on average; therefore, impacts on plant species may occur. However, these impacts are not well understood or researched in current literature since much of the literature focuses on non-light-emitting diode (LED) lights. One thing that is known about LED lights and plants is that LED lights are best for growing plants indoors (Mitchell and Sutte 2015). Additionally, the potential impacts, if realized, would be associated within the direct vicinity of the main operations areas, i.e., where the most lights are concentrated to increase overall night-sky brightness. The potential impacts from light would lessen with distance from the light source. The main impact on plant species of lighting associated with the operations phase of the proposed project is through the plants' photoreceptors, and since plants are not mobile, they cannot move away from stimuli like this. The addition of artificial light at night could impact seed germination, stem elongation, leaf expansion, induce flowering, flower development, fruit development, and leaf senescence, i.e., loss of a cell's power of division and growth (Briggs 2006). In addition, artificial night lighting may lead to changes in plant growth and seasonal phenology as well as the interaction between some species and pollinators (Bennie et al. 2016). This may lead to decreased fitness of some plant species and could lead to changes in plant community structure over time near areas with artificial lighting. These impacts would be greatest near light sources and would decrease with distance from the sources.

*Special Status Plant Species*

Under all action alternatives, special status plant species, including Arizona hedgehog cactus, may be impacted during operations through subsidence; increased potential for noxious and invasive weed establishment and spread; fugitive dust; and changes in plant growth and seasonal phenology from artificial lighting.

Within the subsidence area, individual Arizona hedgehog cactus may be destroyed during subsidence events in the cave limit and to a lesser extent within the fracture limit. Within the cave limit and to a lesser extent the fracture limit, the changes to existing habitat could create and/or remove habitat suitable for Arizona hedgehog cactus and other species status plant species.

Potential impacts on special status plant species from noxious and invasive weed establishment and spread, fugitive dust, and artificial lighting would be similar in nature to those described earlier in this section for vegetation communities; however, the magnitude of impacts would be greater for special status plant species as they generally have more specific habitat requirements, smaller ranges, and smaller population size.

*Noxious Weeds*

Potential impacts from noxious weeds during operations would be similar in nature to those previously described for the construction phase; however, as there would be less ground disturbance during operations, the magnitude of impacts would be reduced. However, these impacts would be minimized on

Final Environmental Impact Statement

Tonto National Forest–administered lands with the implementation of the "Resolution Copper Project Noxious Weed and Invasive Species Management Plan on National Forest System Lands" (Resolution Copper 2019).

### Closure and Reclamation Impacts

Closure and reclamation of the proposed mine and associated facilities would result in short- and long-term impacts on vegetation and soil resources. During this phase, facilities would be decommissioned, sites would be regraded (as needed) and reclaimed, soil or capping material would be applied along tailings and other surfaces (as needed), erosion control measures would be implemented, and disturbed areas would be revegetated. The goal of this phase would be to reestablish vegetation on all disturbed areas, to reduce soil erosion potential, and, over time, create stable, functioning ecosystems. Specific details regarding the potential to reestablish stable, functioning ecosystems as they relate to the desired future conditions identified by the Forest Service (described earlier) are discussed in the following sections. Note that the physical stability and safety of the tailings facility are described in section 3.10.1.

Note that the reclamation and closure plans require removal of all tailings and concentrate pipelines during closure. These pipeline corridors will have been stabilized after construction, and at the time of closure any reestablished vegetation will have been in place for decades. Removal of the pipelines will again disturb these areas, requiring revegetation activities to be repeated at mine closure.

It is conceivable that some infrastructure will remain in place if it serves a purpose for another user. Most likely this only applies to the water pipelines along the MARRCO corridor or the power lines. It is unlikely tailings or concentrate pipelines would be transferred to a different owner for a new use.

POTENTIAL TO ACHIEVE DESIRED FUTURE CONDITIONS

Projecting the outcomes of reclamation and the potential to achieve desired future conditions can be challenging for any project because several factors, including precipitation, temperature, topography, existing native and non-native seedbank), type and magnitude of disturbance, and reclamation methods (e.g., planting/seeding methods, weed management, soil salvage or capping media), all interact to influence success of revegetation efforts (see Bengtson (2019)). While the meta-analysis does provide some constraint on revegetation trends that could be expected on a mining facility (see "Expected Effectiveness of Reclamation Plans" earlier in this section and Bengtson (2019)), this analysis only addresses potential vegetation cover, and not the function of the ecosystem as a whole, including all of its biotic and abiotic components. A conservative strategy to estimate the time required to reach desired future conditions is to constrain natural rates of recovery from disturbance (in the absence of revegetation or other management interventions), because natural recovery estimates reflect the potential outcomes if reclamation efforts fail to accelerate vegetation reestablishment.

In a comprehensive investigation of natural recovery from 47 studies in the Mojave and Sonoran Deserts, Abella (2010) estimated that perennial plant cover requires 76 years to recover, and complete recovery of pre-disturbance species compositions would require, on average, 215 years. Another literature review from the Mojave and Sonoran Deserts estimated that biomass recovery may require 50 to 300 years, and complete recovery of the functioning ecosystem could require up to 3,000 years (Lovich and Bainbridge 1999). These two studies include results from many types of disturbance with differing levels of disturbance magnitude (Abella 2010; Lovich and Bainbridge 1999) with varying environmental conditions that can impact recovery rates (e.g., soil type, landform, and physical attributes of the site; see Lathrop and Archbold (1980)). Despite the disparate estimates in natural recovery rates, there are two notable observations that have implications for projecting trends toward desired future conditions.

First, recovery generally follows natural succession, which is the "sequential, directional changes in species composition of a vegetation assemblage" (Webb et al. 1988). While short-lived, early-succession

4-RCMSER-0844

Resolution Copper Project and Land Exchange

communities may recover in a matter of a few years to decades (Abella 2010; Lathrop and Archbold 1980; Prose et al. 1987), recovery for some long-lived, late-succession plant communities could require thousands of years, following the sequence of soil development (Lovich and Bainbridge 1999; Webb et al. 2003; Webb et al. 1988).

Second, the type and magnitude of disturbance strongly influences the nature and rates of ecosystem recovery (Abella 2010; Webb et al. 1987). For example, recovery of ground-clearing disturbances requires more time than other non-ground-clearing disturbances, because ground clearing can severely compact soils or remove surface resources (e.g., seedbank, microbial communities, fertile islands, nutrients, biotic soils, desert pavements, etc.) (Abella 2010). Likewise, the type and intensity of ground disturbance can influence recovery (Abella 2010; Lovich and Bainbridge 1999). For example, excavation disturbance generally requires approximately 100 years to recover pre-disturbance levels of biomass, and less-intense disturbance that only disrupts surface soils may require only around 20 years for biomass recovery (Lathrop and Archbold 1980). Ground disturbance impacts may be species specific, as soil compaction, topsoil removal, and changes to ephemeral drainages seems to hinder recovery of longer lived species or those sensitive to soil compaction (Prose et al. 1987). The shape of the disturbance footprint may also play a role, as some research suggests that recovery of linear disturbances (i.e., roads, pipeline corridors, transmission line corridors), is accelerated by the availability of seeds and propagules from adjacent undisturbed areas, whereas wider or larger disturbance areas lack nearby propagule sources (Abella 2010).

The findings of these natural recovery studies, the outcomes of the meta-analysis (Bengtson 2019), and species-specific resource studies have been used to constrain the potential for reclamation efforts to achieve desired future conditions. Trends toward desired future conditions largely vary based on the level and nature of disturbance across all project components (see tables 3.3.4-2 and 3.3.4-3). In general, fast-growing and early-successional plant species and those tolerant of a variety of conditions would be the first to reestablish after reclamation, recovering over years to decades. In contrast, some slower growing, late-successional species may also reestablish but may require centuries or even millennia to reach pre-disturbance levels of ecosystem function. In areas where ground disturbance is relatively low, and soil resources (e.g., nutrients, organic matter, microbial communities) and vegetation propagules (e.g., seedbank or root systems to resprout) remain relatively intact, it would be expected that vegetation communities could rebound to similar pre-disturbance conditions in a matter of decades to centuries. In contrast, the tailings storage facility, which would be covered in non-soil capping material (such as Gila Conglomerate) would provide, at best, some habitat structure for generalist wildlife species. It is expected that biodiversity and ecosystem function of the tailing storage facility may never reach the original, pre-disturbance conditions even after centuries of recovery. The following sections detail the estimated potential, as well as some time constraint, for individual vegetation communities to reach their respective desired future conditions and potential impacts on soil resources, special status plant species, and noxious weeds.

## Soils

Healthy soils are the basis for a stable, functioning ecosystem—providing a plant growth medium, habitat for burrowing animals, water and nutrients to support plant communities, and harboring seeds and plant propagules. During the closure and reclamation project phase, the reestablishment of vegetation and improvements to soil conditions (through soil management or application of amendments) would offset impacts from construction, operations, and maintenance.

Even with optimal soil management intervention, the legacy of impacts on soil health and productivity may last centuries to millennia, impacting the ability of the ecosystem to meet its desired future conditions. For example, natural recovery from compaction (associated with heavy equipment traffic) is estimated to require 92 to 124 years (Webb 2002). Similarly, biotic soils and desert pavements, which

4-RCMSER-0845

trap fine-grained dust to form vesicular soil horizons, naturally prevent erosion, influence the distribution of soil nutrients, and control soil water dynamics, develop over hundreds to thousands of years (Anderson et al. 2002; Felde et al. 2014; Haff and Werner 1996; Williams 2011; Williams et al. 2012; Williams et al. 2013). The following impacts on soils would be expected during and in the years following closure and reclamation:

- Losses of topsoil resources (e.g., fine-grained soil particles, soil fertility, compaction, natural soil structure, water-holding capacity, biotic soils) during construction, operations, and maintenance may be considered permanent, as these resources accumulate over hundreds to thousands of years of soil formation. It is expected that erosion control and revegetation efforts during closure and reclamation would stop the continued loss of these resources.

- Some soil function may be enhanced through application of soil amendments (e.g., mulch, organic matter application) by increasing soil fertility, erosion resistance, and soil water-holding capacity, which would improve soil productivity.

- Over time, as soil formation proceeds (over hundreds to thousands of years), soil health and function would improve as dust accretes to increase natural soil fertility and water-holding capacity, soil structure redevelops and improves soil hydrologic function, organic matter and nutrients accumulate, bioturbation mixes soil resources, plants and microorganisms continue to colonize soils, biotic soils and desert pavements reform, and carbon and nitrogen are fixed within the soil.

- The productivity of the soil and its ability to support healthy and resilient vegetation communities (which meet an ecosystem's desired future conditions) would increase as soil formation proceeds over centuries and millennia.

These changes to soil function and productivity through time are considered in the following sections that detail the potential to achieve desired future conditions. The time frames for the recovery of soil function would largely depend on the initial level of disturbance (see table 3.3.4-2), with those soils that have had the least-impacted disturbance type (and have the greatest soil resources remaining) recovering the fastest.

**Desert Ecosystems (Sonoran Desertscrub)**

Under optimal conditions, and with sufficient revegetation efforts and resource inputs (e.g., soil amendments and watering), fast-growing perennial shrubs, forbs, grasses, cacti, and mesquite trees would rebound within a few years to a few decades. Saguaro are slow-growing, and larger (older) individuals have low transplant survival rates (Elliot 2003). Managing the fine fuels associated with non-native grasses to maintain fire intervals greater than 100 years may not be possible, even in undisturbed and low-disturbance areas. Overall, the habitat may be suitable for generalist wildlife and plant species, but rare plants and wildlife with specific habitat requirements would be unlikely to return.

**Semi-Desert Grasslands**

Under optimal conditions, and with sufficient revegetation efforts and resource inputs (e.g., soil amendments and watering), many native grasses would return within a few years to a few decades. Tree and shrub canopy cover can be limited with management intervention. Managing non-native vegetation cover to limit the intensity of uncharacteristic fires may not be possible on the landscape scale. Because many important grass species would recover in the short-term, much of the habitat function of these ecosystems would be likely to return.

**Interior Chaparral**

Under optimal conditions, and with sufficient revegetation efforts and resource inputs (e.g., soil amendments and watering), recovery of shrubs (particularly shrub live oak; see Tirmenstein (1999)),

Resolution Copper Project and Land Exchange

shrub litter, and regeneration of grasses and forbs should be achievable over decades to centuries on most disturbance types other than the tailings storage facility. While management of non-native species may not be achievable, support of stand-replacing fires at 35- to 100-year intervals that promote resprouting of fire-adapted species may be achievable with management interventions. Much of the habitat function should return to these habitats after decades to centuries for generalist species but may not return for sensitive species with specific habitat requirements.

### Pinyon-Juniper Woodland

Under optimal conditions, reestablishment of multi-aged woodlands with complex structure and sparse ground cover of shrubs, perennial grasses, and forbs would be achievable with management intervention and resource inputs for most disturbance types, with the exception of the tailings storage facility. However, very old trees would take centuries to reestablish. Support of low-intensity ground fires should be possible with management intervention. Habitat structure would return for most generalist wildlife species but would likely require decades to centuries.

### Ponderosa Pine-Evergreen Oak

Given optimal conditions, revegetation efforts, management interventions, and resource inputs, reestablishment of old-growth tree stands with sparse shrub and herbaceous groundcover should be achievable on most disturbance types with the exception of the tailings storage facility. Recreating a functional ecosystem that is resilient to a variety of human and natural disturbances may be challenging to achieve, even with intense management interventions. Habitat structure would return for most generalist wildlife species but would likely require decades to centuries.

### Xeroriparian

With maintenance or recovery of the optimal hydrologic conditions, and with some management interventions, the reestablishment of most xeroriparian communities would return for all disturbance types with the exception of the tailings storage facilities. However, these communities may recover around the tailings facilities, under the appropriate conditions. Habitat structure would return for most generalist wildlife species but would likely require decades to centuries.

### Riparian

Riparian community composition is expected to vary based on soil and hydrologic conditions; however, in general site-appropriate communities are expected to reestablish (given suitable management intervention and revegetation efforts) on all disturbance types with the exception of the tailings storage facilities. However, these communities may reestablish adjacent to the tailings storage facility. Habitat structure would return for most generalist wildlife species but would likely require decades to centuries.

### Special Status Plant Species

Impacts on special status plant species during closure/reclamation would be similar to those described for vegetation communities. However, as special status plant species generally have specific habitat requirements, it is unlikely that reclaimed areas would retain or develop those habitat requirements over more than a small portion of the areas previously disturbed.

### Noxious Weeds

Reclamation of disturbed areas would decrease but not eliminate the likelihood of noxious weeds becoming established or spreading in and adjacent to the project area. In areas where reclamation activities would occur, there would likely be reduced soil stability and an initial increase in the potential for noxious and invasive weed establishment and spread due to ground disturbance and decreased competition for space, light, and water. Efforts to reclaim these areas would lessen the potential for weed

4-RCMSER-0847

establishment and spread in the long term; however, it is anticipated that reclaimed areas would have a higher density of these non-native species than were present before ground-disturbing activities, even at completion of reclamation activities.

### 3.3.4.3    Alternative 2 – Near West Proposed Action

Potential impacts on soils, vegetation communities, and special status plant species, as well as impacts from noxious weeds, would be as described earlier under "Impacts Common to All Action Alternatives" and "Potential to Achieve Desired Future Conditions." Alternative 2 would remove or modify approximately 9,885 acres of vegetation and impact 9,885 total acres of soils (see table 3.3.4-3). This area represents all areas where activities could occur, though some areas are within fence lines and not anticipated to be physically impacted. This area also included mitigation lands, where disturbance would happen but result in an overall improvement in land condition. Of the disturbed area, 5,071 acres associated with the tailings facility, pipeline, and borrow areas would potentially be revegetated and would recover productivity to some extent, as described under "Impacts Common to All Action Alternatives." Other areas—such as the East Plant Site, West Plant Site, and filter plant and loadout facility—could also be revegetated like the tailings storage facility and pipeline, but also may be reclaimed for other uses. The acres of potential impacts on vegetation communities and special status plant species habitat by alternative are given in tables 3.3.4-4 and 3.3.4-5.

#### *Financial Assurance for Closure and Post-Closure Activities*

Alternative 2 potentially involves long time periods of post-closure maintenance and monitoring related to revegetation and reclamation of the tailings storage facility. This raises the concern for the possibility of Resolution Copper's going bankrupt or otherwise abandoning the property after operations have ceased. If this were to happen, the responsibility for these long-term activities would fall to the Forest Service. The Forest Service would need to have financial assurance in place to ensure adequate funds to undertake these activities for long periods of time—for decades or even longer.

The authority and mechanisms for ensuring long-term funding is discussed in section 1.5.7. The types of activities that would likely need to be funded could include the following:

- Monitoring of the success of revegetation

- Implementing remedial actions if revegetation success criteria are not met

- Monitoring of the post-closure landform for excessive erosion or instability, and performance of any armoring

- Maintenance and monitoring of post-closure stormwater control features

- Monitoring the water quality of stormwater runoff associated with the closure cover, to determine ability to release stormwater back to the downstream watershed

Additional financial assurance requirements for long-term maintenance and monitoring are part of the Arizona APP program and include the following:

> The applicant or permittee shall demonstrate financial responsibility to cover the estimated costs to close the facility and, if necessary, to conduct post-closure monitoring and maintenance by providing to the director for approval a financial assurance mechanism or combination of mechanisms as prescribed in rules adopted by the director or in 40 Code of Federal Regulations section 264.143 (f)(1) and (10) as of January 1, 2014. (ARS 49-243; also see Arizona Administrative Code R18-9-A203 for specific regulations and methods allowed for financial assurance)

Resolution Copper Project and Land Exchange

The Arizona State Mine Inspector also has authority to require a mine reclamation plan and financial assurance for mine closure (Arizona Administrative Code Title 11, Chapter 2). The primary focus of these regulations is surface disturbance and revegetation.

### 3.3.4.4    Alternative 3 – Near West – Ultrathickened

Potential impacts on soils, vegetation communities, special status plant species, and noxious weeds would be the same in magnitude and nature as those described for Alternative 2 as they have the same footprint, and differences in the tailings facility construction and operation would not increase or decrease potential impacts between the two alternatives.

Financial assurance for closure and post-closure activities would be the same as described for Alternative 2.

### 3.3.4.5    Alternative 4 – Silver King

Potential impacts on soils, vegetation communities, special status plant species, and from noxious weeds would be as described under "Impacts Common to All Action Alternatives" and "Potential to Achieve Desired Future Conditions." Alternative 4 would remove or modify approximately 10,072 acres of vegetation and impact 10,072 total acres of soils (see table 3.3.4-3). This area represents all areas where activities could occur, though some areas are within fence lines and not anticipated to be physically impacted. This area also included mitigation lands, where disturbance would happen but result in an overall improvement in land condition. Of the disturbed area, 5,684 acres associated with the tailings facility and pipeline would potentially be revegetated and would recover productivity to some extent, as described under "Impacts Common to All Action Alternatives" and "Potential to Achieve Desired Future Conditions." Other areas—such as the East Plant Site, West Plant Site, and filter plant and loadout facility—could also be revegetated like the tailings storage facility and pipeline, but also may be reclaimed for other uses. The acres of potential impacts on vegetation communities and special status plant species habitat by alternative are given in tables 3.3.4-4 and 3.3.4-5.

Financial assurance for closure and post-closure activities would be the same as described for Alternative 2.

### 3.3.4.6    Alternative 5 – Peg Leg

Potential impacts on soils, vegetation communities, special status plant species, and from noxious weeds would be as described under "Impacts Common to All Action Alternatives." Alternative 5 would remove or modify approximately 16,917 acres of vegetation. The disturbance would impact 16,917 acres of soils (see table 3.3.4-3). This area represents all areas where activities could occur, though some areas are within fence lines and not anticipated to be physically impacted. This area also included mitigation lands, where disturbance would happen but result in an overall improvement in land condition. Of the disturbed area, 12,094 acres associated with the tailings facility and pipeline would potentially be revegetated and would recover productivity to some extent, as described under "Impacts Common to All Action Alternatives" and "Potential to Achieve Desired Future Conditions." Other areas—such as the East Plant Site, West Plant Site, and filter plant and loadout facility—could also be revegetated like the tailings storage facility and pipeline, but also may be reclaimed for other uses. The acres of potential impacts on vegetation communities and special status plant species habitat by alternative are given in tables 3.3.4-4 and 3.3.4-5. Alternative 5 would impact for Acuña cactus critical habitat on about 12 acres.

The regulatory framework under the State of Arizona to require financial assurance for long-term closure activities is the same as described for Alternative 2. However, for the tailings facility, financial assurance requirements would be required by BLM, not the Forest Service. Like the Forest Service, BLM also has regulatory authority to require financial assurance for closure activities, contained in their surface

4-RCMSER-0849

management regulations (43 CFR Subpart 3809). BLM considers that the financial assurance must cover the estimated cost as if BLM were hiring a third-party contractor to perform reclamation of an operation after the mine has been abandoned. The financial assurance must include construction and maintenance costs for any treatment facilities necessary to meet Federal and State environmental standards.

### 3.3.4.7    Alternative 6 – Skunk Camp

Potential impacts on soils, vegetation communities, special status plant species, and from noxious weeds would be as described under "Impacts Common to All Action Alternatives" and "Potential to Achieve Desired Future Conditions." Alternative 6 would remove approximately 15,043 acres of vegetation and impact 15,043 acres of soils (see table 3.3.4-3). This area represents all areas where activities could occur, though some areas are within fence lines and not anticipated to be physically impacted. This area also included mitigation lands, where disturbance would happen but result in an overall improvement in land condition. Of the disturbed area 10,772 acres associated with the tailings facility, pipeline, and borrow areas would potentially be revegetated and would recover productivity to some extent, as described under "Impacts Common to All Action Alternatives." Other areas—such as the East Plant Site, West Plant Site, and filter plant and loadout facility—could also be revegetated like the tailings storage facility and pipeline, but also may be reclaimed for other uses. The acres of potential impacts on vegetation communities and special status plant species habitat by alternative are given in tables 3.3.4-4 and 3.3.4-5.

The regulatory framework under the State of Arizona to require financial assurance for long-term closure activities is the same as described for Alternative 2. However, Alternative 6 differs from the other alternatives because the tailings facility would not be located on lands managed by the Forest Service (as in Alternatives 2, 3, and 4) or BLM (Alternative 5). For Alternative 6, the Federal financial assurance mechanisms would not be applicable.

Resolution Copper Project and Land Exchange

**Table 3.3.4-4. Acres of vegetation communities to be disturbed within each action alternative footprint**

| Vegetation Community or Landform Type | Alternative 2 (acres) | Alternative 3 (acres) | Alternative 4 (acres) | Alternative 5 (acres) | Alternative 6 (acres) |
|---|---|---|---|---|---|
| Total Acres | 9,938 | 9,938 | 10,584 | 16,972 | 15,160 |
| Human Dominated | 439 | 439 | 441 | 449 | 438 |
| Interior Chaparral | 1,238 | 1,238 | 1,367 | 1,243 | 1,924 |
| Mesquite | 0 | 0 | 0 | 0 | 12 |
| Pine-Oak | 2 | 2 | 3 | 2 | 42 |
| Pinyon-Juniper | 49 | 49 | 115 | 136 | 124 |
| Riparian | 97 | 97 | 85 | 83 | 44 |
| Semi-Desert Grasslands | 93 | 93 | 1,376 | 106 | 7,628 |
| Sonoran Desertscrub | 7,903 | 7,903 | 7,026 | 14,776 | 4,209 |
| Water | 15 | 15 | 15 | 15 | 15 |
| Xeroriparian | 102 | 102 | 156 | 162 | 724 |

Note: Acreages in this table are rounded to the nearest whole number.

**Table 3.3.4-5. Acres of modeled habitat for special status plant species potentially occurring within each action alternative footprint**

| Common Name (Scientific Name) | Status | Alternatives 2 and 3 Project Footprint (acres) Percentage of Modeled Habitat in Project Area; Analysis Area (acres) Percentage of Modeled Habitat in Analysis Area | Alternative 4 Project Footprint (acres) Percentage of Modeled Habitat in Project Area; Analysis Area (acres) Percentage of Modeled Habitat in Analysis Area | Alternative 5 Project Footprint (acres) Percentage of Modeled Habitat in Project Area; Analysis Area (acres) Percentage of Modeled Habitat in Analysis Area | Alternative 6 Project Footprint (acres) Percentage of Modeled Habitat in Project Area; Analysis Area (acres) Percentage of Modeled Habitat in Analysis Area |
|---|---|---|---|---|---|
| Acuña cactus (*Echinomastus erectocentrus* var. *acunensis*) | ESA: E with critical habitat. Found in Maricopa, Pinal, and Pima Counties. | 6,900 70% 47,710 73% | 5,792 56% 41,957 62% | 13,748 62% 78,419 77% | 3,181 21% 41,560 46% |
| Arizona hedgehog cactus (*Echinocereus arizonicus* spp. *arizonicus*) | ESA: E No critical habitat. Found in Maricopa, Pinal, and Gila Counties. | 816 6% 6,562 10% | 816 6% 6,692 10% | 816 5% 6,562 6% | 913 6% 8,945 10% |

266

4-RCMSER-0851

Final Environmental Impact Statement

| Common Name (Scientific Name) | Status | Alternatives 2 and 3 Project Footprint (acres) Percentage of Modeled Habitat in Project Area / Analysis Area (acres) Percentage of Modeled Habitat in Analysis Area | Alternative 4 Project Footprint (acres) Percentage of Modeled Habitat in Project Area / Analysis Area (acres) Percentage of Modeled Habitat in Analysis Area | Alternative 6 Project Footprint (acres) Percentage of Modeled Habitat in Project Area / Analysis Area (acres) Percentage of Modeled Habitat in Analysis Area | Alternative 8 Project Footprint (acres) Percentage of Modeled Habitat in Project Area / Analysis Area (acres) Percentage of Modeled Habitat in Analysis Area |
|---|---|---|---|---|---|
| Chiricahua Mountain alumroot (Heuchera glomerulata) | Tonto National Forest: S, SCC | 41 0% 754 1% | 45 0% 1,064 2% | 41 0% 754 1% | 47 0% 1,071 1% |
| Hohokam agave aka Murphey agave (Agave murpheyi) | Tonto National Forest: S, SCC | 2,958 30% 27,883 43% | 1,127 11% 26,846 40% | 1,343 8% 33,791 33% | 1,127 8% 26,846 30% |
| Mapleleaf false snapdragon (Mabrya [Maurandya] acerifolia) | Tonto National Forest: S, SCC | 5,973 61% 34,851 53% | 2,749 26% 28,782 43% | 12,124 72% 64,042 63% | 1,263 6% 27,690 31% |
| Parish's Indian mallow (Abutilon parishii) | Tonto National Forest: S BLM: S | 351 4% 4,383 7% | 2,739 26% 8,129 12% | 1,872 11% 12,615 12% | 8,609 58% 24,643 28% |

Notes:

Modeling was based on the combination of the vegetation community and elevational parameters for each species. Modeled habitat includes areas outside the current range of some species and is used here as a conservative estimate of impacts. It was necessary to use modeled habitat since the only baseline survey and suitable habitat data available were only for four species within Alternatives 2 and 3.

Acreages in this table are rounded to the nearest whole number. As with any modeling exercise, these numbers are not an exact representation of how much habitat for each species may actually be present in each alternative.

Status Definitions

Tonto National Forest:

S = Sensitive. Species identified by a Regional Forester for which population viability is a concern, as evidenced by a significant current or predicted downward trends in population number or density or significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution.

SCC = Species of Conservation Concern. Under the 2023 forest plan: Species that are native to and known to occur on the Tonto National Forest and for which there are substantial concerns about the species' ability to persist on the Tonto National Forest.

Endangered Species Act (ESA):

E = Endangered. Endangered species are those in imminent jeopardy of extinction. The ESA specifically prohibits the take of a species listed as endangered. Take is defined by the ESA as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to engage in any such conduct.

Bureau of Land Management (BLM):

S = Sensitive. Species that could easily become endangered or extinct in the state.

267

4-RCMSER-0852

Resolution Copper Project and Land Exchange

### Impacts along the Pipeline and Power Line Corridor

Pipelines and power lines would be constructed within a corridor linking project facilities with tailings storage facility infrastructure. Water and tailings pipelines 10 to 34 inches in diameter would be mostly buried within the corridor everywhere except along the bridges over Queen Creek and Devil's Canyon. Power line towers and access roads will also be constructed for use during mine operations. Pipeline and power line infrastructure that is necessary for post-closure monitoring will remain in place and any other facilities will be removed and reclamation, including revegetation, will occur. Soil loss from construction and operations in the pipeline and power line corridor is expected to be minimal after compliance with applicant-committed environmental protection measures (SWPPPs and erosion and sediment controls), and post-closure after reclamation when the surface has stabilized from revegetation.

As noted previously, the reclamation and closure plans require removal of all tailings and concentrate pipelines during closure. These pipeline corridors will have been stabilized after construction, and at the time of closure any reestablished vegetation will have been in place for decades. Removal of the pipelines will again disturb these areas, requiring revegetation activities to be repeated at mine closure.

It is conceivable that some infrastructure will remain in place if it serves a purpose for another user. Most likely this only applies to the water pipelines along the MARRCO corridor or the power lines. It is unlikely tailings or concentrate pipelines would be transferred to a different owner for a new use.

After the January 2021 FEIS was rescinded, an additional reclamation and closure plan specific to the Alternative 6 pipeline/power line corridor was submitted to the Forest Service (Tetra Tech Inc. 2022). This reclamation and closure plan was prepared specifically to address requirements for reclaiming the pipeline/power line corridor under a special use authorization.

### 3.3.4.8 Cumulative Effects

Full details of the cumulative effects analysis can be found in chapter 4. The following represents a summary of the cumulative impacts resulting from the project-related impacts described in Section 3.3.4, Environmental Consequences, that are associated with soil and vegetation resources, when combined with other reasonably foreseeable future actions.

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable, and have impacts that likely overlap in space and time with impacts from the Resolution Copper Project:

- ADOT Pinal County North-South Corridor
- ADOT Vegetation Treatment
- AGFD Wildlife Water Catchment Improvement Projects
- Arizona Public Service Company (APS) Herbicide Use within Authorized Power Line Rights-of-Way on NFS Lands
- Oak Wells Wind Project
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project
- Superior to Silver King 115-kV Relocation Project
- Tonto National Forest Travel Management Plan

4-RCMSER-0853

The cumulative effects analysis area for soils and vegetation includes all watersheds impacted by ground disturbance. The metrics used to quantify cumulative impacts to soils and vegetation resources are (1) the acreage of physical disturbance in each vegetation community, (2) soil type, and (3) any critical habitat within the cumulative effects area.

- **Vegetation Communities.** The seven reasonably foreseeable future actions above, combined with the Resolution Copper Project, represent about 158,000 acres within the 591,000-acre cumulative effects analysis area, or about 26.7 percent of the area. Within this area, the greatest impact is on the Upland Sonoran Desertscrub vegetation type (loss of 64,700 acres) and the Interior Chaparral vegetation type (loss of 31,400 acres).

- **Soil Types.** Within the disturbed area, the greatest impact would be on the White House-Stronghold complex soil type (loss of 7,100 acres). About 53 percent of the disturbed area (17,000 acres) is composed of soil types that are known to be highly susceptible to erosion.

- **Critical Habitat.** The nine reasonably foreseeable future actions, combined with the Resolution Copper Project, would disturb about 229 acres within critical and special habitats. Most of this is related to Gila chub and consists of potential impacts from the Resolution Copper Project along Mineral Creek; the biological opinion found that the Resolution Copper Project may affect, but is unlikely to adversely affect, Gila chub (see appendix P of the FEIS).

### Effects of Future Meteorological Trends

Globally, meteorological trends are producing warmer and drier conditions, but those effects are especially pronounced in the American Southwest (Dugan 2018). Around the project area, groundwater levels have measurably decreased (see section 3.7.1) and groundwater and surface water is expected to further diminish with mining operations requiring aquifer dewatering. Drier conditions and warmer temperatures may affect the vegetation biomass and species assemblage within the project area.

Under the preferred alternative, several vegetation communities are expected to be revegetated during reclamation. However, some species anticipated to establish from reseeding may not establish under future meteorological trends. One solution to successfully revegetate in light of these trends is to obtain native seeds from local growers, which may be adapted to the local weather conditions.

### 3.3.4.9    Mitigation Effectiveness

| Mitigation Identifier and Title | Authority to Require |
|---|---|
| FS-SV-01: Resource salvage | Required – Forest Service |
| FS-SV-02: JI Ranch | Required – Forest Service and Biological Opinion |
| FS-SV-03: Revised reclamation and closure plans | Required – Forest Service |
| FS-WR-01: GDEs and water well mitigation | Required – Forest Service |
| FS-WR-02: Clean Water Act 404 compensatory mitigation plan | Required – U.S. Army Corps of Engineers |
| FS-WR-04: Replacement of water in Queen Creek | Required – Forest Service |
| RC-SV-04: Interim management of 7B Ranch | Committed – Resolution Copper |

We developed a robust monitoring and mitigation strategy to avoid, minimize, rectify, reduce, or compensate for resource impacts that have been identified during the process of preparing this EIS. Appendix J contains descriptions of mitigation measures that are being required by the Forest Service and mitigation measures voluntarily brought forward and committed to by Resolution Copper. Appendix J also contains descriptions of monitoring that would be needed to identify potential impacts and mitigation effectiveness.

Resolution Copper Project and Land Exchange

This section contains an assessment of the effectiveness of design features associated with mitigation and monitoring measures found in appendix J that are applicable to soils, vegetation, and reclamation. See appendix J for full descriptions of each measure noted below.

### Mitigation Effectiveness and Impacts of Forest Required Mitigation Measures Applicable to Soils, Vegetation, and Reclamation

Appendix J contains mitigation and monitoring measures being required by the Forest Service under its regulatory authority or because these measures are required by other regulatory processes (such as the Biological Opinion). These measures are assumed to occur, and their effectiveness and impacts are disclosed here. The unavoidable adverse impacts disclosed below take the effectiveness of these mitigations into account.

**Resource salvage (FS-SV-01).** This measure allows for Tribal access for salvage of culturally important resources within the mine footprint prior to disturbance. In addition, to the extent practicable, Resolution Copper will salvage select vegetation within the tailings storage facility footprint. The salvage of vegetation would not result in any additional ground disturbance and would be effective at offsetting some loss of vegetation through salvage and replanting. Not all salvaged vegetation would likely survive transplantation, and many decades might be required before areas are available for replanting. The amount of vegetation salvaged would be a small portion of that lost.

**JI Ranch (FS-SV-02).** This measure conserves 100 acres of JI Ranch, which is suitable habitat for Arizona hedgehog cactus. Conservation would not prevent potential loss of individual cacti within the footprint, but would be effective at reducing impacts to the overall population of the cactus.

**Revised reclamation and closure plans (FS-SV-03).** Implementing reclamation and closure plans ensures that the post-closure landscape is successfully revegetated to the extent practicable and that the landforms are stable and safe. This measure is effective at partially replacing habitat and vegetation over the long term within the footprint of all mine components, reducing long-term effects on surface water quality from erosion, and improving long-term resilience and safety of the tailings storage facility.

**GDEs and water well mitigation (FS-WR-01).** This measure would replace water sources for any riparian areas associated with springs or perennial streams (groundwater-dependent ecosystems) impacted by drawdown from the mine dewatering and block caving. Though this measure could change the overall natural character of riparian areas, it would be effective at preserving riparian vegetation and aquatic habitats.

**Clean Water Act Section 404 compensatory mitigation plan (FS-WR-02).** The compensatory mitigation parcels would offer conservation of riparian habitat, as well as overall improvement in the health and stability of riparian habitats, by minimizing invasive non-native species and returning conditions to a more natural state. This measure would be effective at replacing xeroriparian habitat lost within the project footprint.

**Replacement of water in Queen Creek (FS-WR-04).** This measure would replace the storm runoff in Queen Creek that otherwise would be lost to the subsidence area. It would be highly effective at minimizing the effects felt in Queen Creek caused by reduction in the watershed area, specifically impacts to surface water quantity and riparian habitat. Note that other stormwater losses would still occur under Alternatives 2, 3, and 4.

4-RCMSER-0855

Final Environmental Impact Statement

### Mitigation Effectiveness and Impacts of Resolution Committed Mitigation Measures Applicable to Soils, Vegetation, and Reclamation

Appendix J contains mitigation and monitoring measures committed by Resolution Copper in contractual, financial, or other agreements. These measures are assumed to occur, and their effectiveness and impacts are disclosed here. However, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account as they are not within the authority of the Forest Service to ensure.

**Interim management of 7B Ranch (RC-SV-04).** This measure potentially will be effective at improving vegetation conditions on 7B Ranch, in the interim period before BLM management of the lands begins under the appropriate land management plan. At a basic level, the overall habitat on the offered parcel would be transferred and would be effective at partially offsetting habitat lost within the project footprint. Greater benefits would occur as interim management improves the mesquite bosque or riparian habitat.

### Mitigation Effectiveness and Impacts of Resolution Voluntary Mitigation Measures Applicable to Soils, Vegetation, and Reclamation

Appendix J contains mitigation and monitoring measures brought forward voluntarily by Resolution Copper and committed to in correspondence with the Forest Service. These measures are assumed to occur but are not guaranteed to occur. Their effectiveness and impacts if they were to occur are disclosed here; however, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account. No additional mitigation measures were voluntarily brought forward for soils, vegetation, and reclamation.

### Unavoidable Adverse Impacts

The required mitigation described would only partially offset project impacts. While some habitat would be preserved and other habitat would be replaced, the unavoidable adverse effects remain as described earlier in this section, including the complete loss during operations of soil productivity, vegetation, and functioning ecosystems within the area of disturbance, and eventual recovery after reclamation (though not likely to the level of desired conditions or potentially over extremely long time frames). Impacts on special status plant species, where they occur, and the spread of noxious and invasive weeds (though reduced by applicant-committed environmental protection measures) would also be unavoidable adverse effects.

## 3.3.4.10   Other Required Disclosures

### Short-Term Uses and Long-Term Productivity

Productivity loss for soils would be limited to the disturbed areas affected by land clearing, grading, and construction; subsidence; and areas permanently occupied by tailings. It is not expected that the tailings would ever be removed, or that the subsidence area would be filled, and effects on soils and some land uses would be permanent.

Reclamation efforts are anticipated to reestablish vegetation in all areas other than the subsidence area.

Test plots at the West Plant Site have demonstrated that it is possible to successfully revegetate under certain conditions, and research has demonstrated successful revegetation on Gila Conglomerate in the same geographic area; however, it is not known whether the areas would return to current conditions or the length of time that would be needed to successfully reclaim the site. The goal of reclamation is to create a self-sustainable ecosystem that would promote site stability and repair hydrologic function. While pre-project habitat conditions are not likely to be achieved, it is likely that some level of wildlife habitat would eventually be reestablished in most areas, reestablishing some level of long-term productivity.

---

271

Resolution Copper Project and Land Exchange

### *Irreversible and Irretrievable Commitment of Resources*

Soils are a finite resource, and any loss of soils resulting from their removal for tailings storage and from erosion and delivery to downstream channels is irreversible. The loss of soil productivity is effectively irreversible because a stable new plant community would take an extremely long time to redevelop on the surface of the tailings and waste-rock facilities (decades or centuries). The area of the subsidence area and tailings storage facility would constitute an irreversible loss of soil that would be lost in perpetuity.

Irretrievable effects on soils and vegetation would take place at disturbed areas until reclamation is successfully accomplished or only temporary in nature, particularly along rights-of-way. Soils and vegetation in these areas would eventually return to full functionality, possibly within years or decades.

4-RCMSER-0857

## 3.4    Noise and Vibration

### 3.4.1    Introduction

Development, operation, and reclamation of the mine could result in an increase in noise and vibrations in the immediate vicinity of mine facilities. Activities that could increase noise and vibrations include blasting, underground conveyance of ore, processing operations, operations at the filter plant and loadout facility, and operations at the tailings facilities. Increases in traffic associated with worker commuting, material delivery, and mine product shipment could also contribute to an overall increase in noise on area roads and highways.

Noise and vibration (both blasting and non-blasting related) associated with mining activities would vary spatially and temporally throughout the life of the project, depending on the phase.

> ### Overview
>
> Any large-scale earthmoving operation, such as mining, will inevitably result in increased machinery-generated noise and vibration above previous ambient levels for a given location. The proposed Resolution Copper Mine differs from many mining operations in that most sounds and vibrations from blasting and ore removal would occur far underground and not be perceptible at the surface. There would, however, be increases in noise and vibration throughout the construction and operational phases of the mine from facility-building activity, haul truck traffic, and employee vehicles moving to and from the mine. The text section below provides a detailed analysis of estimated impacts from noise and vibration under the GPO and each of the alternatives.

This section describes noise and vibrations from blasting and non-blasting activities, during both construction and operation, for each alternative. Additional details not included may be found in the project record (Newell 2018d). Note that noise and vibration impacts on wildlife are addressed in section 3.8.

#### 3.4.1.1    Changes from the DEIS

We have made several changes to the noise and vibration analysis in response to comments received on the DEIS. We added analysis for block caving's potential to cause noise and vibration impacts. We also refined the analysis for Alternative 4 – Silver King to include the noise impacts anticipated from the relocation of the filter plant and the resulting train traffic to and from the West Plant Site.

We revised the cumulative effects analysis for the FEIS to better quantify impacts. It is described in detail in chapter 4 and summarized in this section. Any mitigations developed between the DEIS and FEIS are summarized in appendix J and, if applicable to noise and vibration, are analyzed for effectiveness in this section.

#### 3.4.1.2    Changes from the January 2021 Rescinded FEIS

For the noise and vibration section, the only changes since January 2021 are revisions to the cumulative effects analysis based on updates to the list of potentially reasonably foreseeable actions, and an update to reflect analysis of consistency with the new "Tonto National Forest Land Management Plan," implemented in December 2023.

### 3.4.2    Analysis Methodology, Assumptions, and Uncertain and Unknown Information

#### 3.4.2.1    Analysis Area

The spatial analysis area consists of the area in which predicted noise and vibration caused by the project attenuate to background levels. The analysis generally evaluated land uses within 2 miles of each mine component, which encompasses the area in which predicted noise would be noticeable. The noise and vibration analysis area is shown in figure 3.4.2-1.

4-RCMSER-0858

Resolution Copper Project and Land Exchange



Figure 3.4.2-1. Noise and vibration analysis area

274

Final Environmental Impact Statement

## 3.4.2.2    Noise Analysis Methodology

The following sections describe the analysis methodology, assumptions, and uncertainties involved in modeling noise and vibration, respectively.

### Sensitive Receptors

The noise analysis focuses on noise levels at areas where there are existing or future land uses that are particularly sensitive to noise, known as "noise sensitive areas." These are as follows:

- Areas potentially affected by noise from the West Plant Site or traffic: Residences in Superior and residences along U.S. 60 and Main Street

- Areas potentially affected by noise from the East Plant Site: Oak Flat campground and Apache Leap Special Management Area

- Areas potentially affected by noise from the filter plant and loadout facility: Westernstar Road, Lind Road, Felix Road, and Attaway Road

- Areas potentially affected by noise from the Alternative 2 and 3 tailings storage facility: Hewitt Station, residences in Queen Valley, Boyce Thompson Arboretum, and Arizona National Scenic Trail (northwest of Superior)

- Areas potentially affected by noise from the Alternative 4 tailings storage facility: Arizona National Scenic Trail (northwest of Superior)

- Areas potentially affected by noise from the Alternative 5 tailings storage facility: Arizona National Scenic Trail (near Zellweger Wash)

- Areas potentially affected by noise from the Alternative 6 tailings storage facility: Dripping Springs Road and Arizona National Scenic Trail (near Kelvin)

Within each of these general areas, a specific location was selected for modeling of predicted noise impacts from the project, referred to as a "sensitive receptor." The specific location of each sensitive receptor was placed where predicted noise levels were expected to be highest for that area; these receptors are described further in section 3.4.3.

### Background Noise Measurements

In order to conduct noise modeling, an understanding of background noise levels is required. Background noise levels were measured at six locations, corresponding to the noise sensitive areas described under "Sensitive Receptors." Note that background noise levels were not collected specifically for the Alternative 6 tailings storage facility but were assumed to be similar to the Alternative 5 tailings storage facility based on the general area and land use.

Background noise levels are monitored for several days or weeks in order to account for variation between day and night, and weekends and weekdays. The background noise data are then reviewed to identify any anomalies, such as fireworks, thunder, rainfall, high wind, or very close activity (like a nearby off-road vehicle). While these types of noises do occur in the analysis area, they happen infrequently or may affect the monitoring equipment more than they would a human listener. The goal of background noise measurements is to obtain a "typical" background level, while acknowledging that occasional louder noises would also occur.

- East Plant Site. Monitored June 7 through 20, 2016.

- West Plant Site. Monitored June 7 through 10, and June 22 through July 5, 2016.

4-RCMSER-0860

- Alternative 2 and 3 tailings storage facility. Monitored June 7 through 16, and June 20 through July 5, 2016 (summer conditions), and monitored November 15 through 23, and November 28 through December 6, 2017 (winter conditions).

- Filter plant and loadout facility. Monitored June 7 through 16, and June 20 through July 5, 2016.

- Alternative 4 tailings storage facility. Monitored November 14 through 18, 2017, and January 5 through 15, 2018.

- Alternative 5 tailings storage facility (also used for Alternative 6 tailings storage facility). Monitored November 14 through December 27, 2017.

In order to check whether the background noise levels measured in the field were reasonable, they were checked against the expected noise levels based on similar types of land uses, and also checked against several previous studies conducted for the West Plant Site in 2015. These comparisons, which are described in section 3.4.4, are important because they confirm that the background noise measurements are a reasonably accurate estimate of current baseline conditions and because they also verify that background noise from these six monitoring locations can reasonably be used for all 16 sensitive receptors for which project noise levels are predicted.

### Construction Phase – Blasting Noise Modeling

Construction activities include the construction of the underground tunnel to convey ore from the underground production area to the West Plant Site. The tunnel construction would use underground drilling and explosives, generating airblast noise (or more technically, peak air overpressure, which is a measure of the pressure wave generated by the blast).

The predictive model for airblast noise is based on information from the U.S. Bureau of Mines (Siskind et al. 1980) and surface mining regulations (30 CFR 816.67). The model predicts the amount of explosive that can be used, given the distance (as measured at a slant through the ground) between an underground source and a sensitive receptor, and given a desired limit on airblast noise.

### Construction Phase – Non-Blasting Noise Modeling

Construction activities occur both underground and aboveground. Construction-phase noise modeling focuses on the aboveground construction of the West Plant Site, the filter plant and loadout facility, and the East Plant Site. Each of these has a focused construction period with increased noise levels that would last from 12 to 18 months.

Underground construction of tunnels and infrastructure would continue throughout the operations phase of the project, as would construction of the tailings storage facility. These construction noise impacts are therefore incorporated into the operational modeling.

To model construction noise, different types of equipment were identified that would be used at each site (i.e., dozers, graders, pickup trucks). Typical noise levels from these types of equipment have been documented by the U.S. Environmental Protection Agency (EPA) (Bolt et al. 1971) and Federal Highway Administration (Knauer et al. 2006). The assumption is made that all equipment is running simultaneously at the middle of each construction site, and the spread of sound waves is modeled, without accounting for any shielding effects from topography or structures. Specific construction assumptions include the following:

- West Plant Site. Construction activities occur over an 18-month period, and include improving the main site entrance at Lone Tree Road, improving Silver King Mine Road, and constructing a number of buildings (administration, warehouse, contractor laydown yard, concentrator site, and new substation).

4-RCMSER-0861

- East Plant Site. Construction activities occur near Shafts 9 and 10 over a 12-month period, and include expansion of the shaft pad and construction of surface infrastructure that supports the underground operations. Shaft construction is analyzed as part of the blasting noise analysis.

- Filter plant and loadout facility. Construction activities occur over an 18-month period, and include construction of the filter plant, and improvements along the MARRCO corridor (rail line, pipelines, wells, pipeline booster station sites, and access points), and improvements along Skyline Drive.

## *Operations Phase – Non-Blasting Noise Modeling*

Noise modeling for the operational phase identifies the quantity and type of equipment in use, the expected sound level from the equipment, and what percentage of the time it would be used. The noise modeling also takes into account noise from project road and rail traffic. In order to avoid underestimating impacts, all equipment is modeled as if it were operating simultaneously and under weather conditions favorable to sound propagation.

The modeling takes into account the combined effect of multiple noise sources, and factors that tend to attenuate sound like reflection from surfaces, screening by topography or obstacles, and terrain effects like elevation.

The noise modeling produces the following results. The metrics listed—Leq(h) and Ldn—are common noise metrics, and detailed explanations are included in Newell (2018d):

- The hourly equivalent sound level, Leq(h), at the location of each sensitive receptor

- The 24-hour day-night average sound level, Ldn, at the location of each sensitive receptor

- Noise contours showing how sound from the project propagates over the surrounding area. Noise contours graphically display how the combined project noise would be distributed over the surrounding area; they are similar to topography elevation maps. Equal noise levels are represented by continuous lines around a source.

The results shown in this section include the noise predicted from the project, the anticipated future noise range (background noise added to predicted project noise), and the incremental increase in noise over background levels.

## 3.4.2.3    Vibration Analysis Methodology

### *Construction Phase – Blasting Vibration Modeling*

The construction of the underground tunnel would also generate ground-borne vibrations. The predictive model for blasting vibrations is based on information from the U.S. Bureau of Mines (Nicholls et al. 1971; Siskind et al. 1980) and surface mining regulations (30 CFR 816.67). The predictive model for blast vibrations predicts the amount of explosive that can be used, given the distance between an underground source and a sensitive receptor, and given a desired limit on vibrations.

Background vibration measurements were taken at the same locations as the background noise measurements, at approximately the same time. To provide context, the analysis compares the predicted vibrations with measured background vibrations, and also assesses real-world vibration measurements that were collected during blasting at the East Plant Site in 2018.

Resolution Copper Project and Land Exchange

*Construction and Operations Phase – Non-Blasting Vibration Modeling*

Non-blasting vibration occurs from train movement, construction activities, stationary equipment, and other mobile equipment. Ground-borne vibrations were predicted using the type of equipment generally causing the greatest vibrations (an earthmoving truck), using estimates from the Federal Transit Administration (Quagliata et al. 2018).

## 3.4.3 Affected Environment

### 3.4.3.1 Relevant Laws, Metrics, Regulations, Policies, and Plans

No single regulatory agency or threshold is applicable to non-blasting noise generated by activities at the project sites. A full discussion of noise thresholds of significance appropriate for mining activities can be found elsewhere (Newell 2018d).

---

**Primary Legal Authorities and Technical Guidance Relevant to the Noise and Vibration Effects Analysis**

- U.S. Department of Housing and Urban Development standards
- Pinal County Excessive Noise Ordinance
- Federal Highway Administration and Arizona Department of Transportation (ADOT) standards
- Office of Surface Mining Reclamation and Enforcement
- Federal Transit Administration
- Occupational Safety and Health Administration
- Mine Safety and Health Administration

---

### 3.4.3.2 Selected Thresholds

A variety of thresholds are used to put the predicted noise and vibration modeling results in context. These thresholds are being used for the purposes of the NEPA analysis. Note that these thresholds are likely not applicable to the project in a legal or regulatory sense, and in many cases have very specific applications or specific limitations that are not included explicitly in this analysis.

*Blasting Noise Thresholds (Peak Air Overpressure)*

The selected threshold for airblast level is at or below 120 unweighted decibels (dB), which is based on results presented in U.S. Bureau of Mines RI 8485 (Siskind et al. 1980) and represents a reasonable maximum threshold to avoid impacts on structures and humans.

*Non-Blasting Noise Thresholds*

Thresholds of interest for non-blasting noise include the following:

- For the Ldn metric, the selected threshold is 65 A-weighted decibels (dBA). This is based on the U.S. Department of Housing and Urban Development's Acceptability Standards.
- For the Leq(h) metric, the selected threshold is 55 dBA. This is based on the Pinal County Excessive Noise Ordinance for residential areas during nighttime hours.

---

4-RCMSER-0863

- For the Leq(h) metric, an additional selected threshold is 66 dBA. This is based on the ADOT Noise Abatement Criteria for external noise at residential areas (activity class "B").

- An additional threshold applied to all metrics is the incremental increase in noise over background, with a threshold of 15 dBA. This is based on the ADOT substantial noise increase criteria and was selected as an approach to avoid the possibility of baseline noise monitoring influencing results.

### Blasting Vibration Thresholds

The selected threshold for ground-borne vibrations is 0.1884 inches per second, peak particle velocity (PPV in/sec.), which is below the human tolerable threshold of 0.5 PPV in/sec., and represents a worst-case threshold. The selected value is also considered reasonable because blasting activities at the mine site are proposed at significant depths, primarily resulting in low-frequency components. However, once blasting commences and vibration monitoring is conducted, if blasting is found to mostly generate frequencies above 3 hertz (i.e., corresponding to high frequency), the selected threshold could increase to 0.5 PPV in/sec.

### Non-Blasting-Vibration Thresholds

The selected threshold is at or below 0.04 PPV in/sec. (80 vibration decibels (VdB)), which is based upon results presented in Federal Transit Administration 2018 guidelines (Quagliata et al. 2018).

### 3.4.3.3    Existing Conditions and Ongoing Trends

The information presented in the following subsections are presented in more detail in the report titled "Sound and Vibration Analysis Report" (Tetra Tech Inc. 2019) and the memorandum titled "Blasting Monitoring Review Memorandum" (Rodrigues 2018).

### Land Use and Sensitive Receptor Identification

Land uses within 2 miles of each mine component (i.e., West Plant Site, East Plant Site, filter plant and loadout facility, MARRCO corridor, tailings storage facility alternatives) were grouped and categorized into three main land uses: (1) residential, (2) commercial, and (3) recreation/conservation. Sensitive receptors were then identified and are shown in figure 3.4.3-1.

Resolution Copper Project and Land Exchange



Figure 3.4.3-1. Land use, sensitive areas/receptors identification, and measurement locations

280

4-RCMSER-0865

### Background Measurement Locations and Descriptions

Background noise and vibration measurements were conducted during two periods, representing the acoustical environment during the spring/summer months (i.e., fewer residents and less outdoor recreation) and fall/winter months (i.e., more residents and more outdoor recreation). The following briefly describes the measurement locations:

- East Plant Site measurement: placed near the edge of the East Plant Site, approximately 650 feet from the existing Shaft 10 and 0.8 mile from the Oak Flat campground and U.S. 60 route. Nearby land uses include recreation/conservation uses and two sensitive receptors (Oak Flat campground and the Apache Leap Special Management Area). Noise anomalies removed from the data set included rainfall, thunder, and operation of the existing East Plant Site. These were removed because the East Plant Site noise expected to occur during operations is part of the predicted modeling, not part of the background.

- West Plant Site measurement: placed near the West Plant Site facility property line and adjacent to the town of Superior (incorporated county land), where the nearest residential property line is approximately 260 feet to the south. Land uses within a 2-mile radius include residential, commercial, and recreation/conservation use. Nearby land use represented at this location is residential and includes one sensitive receptor (residences in the town of Superior). Noise anomalies removed from the data set included rainfall, thunder, fireworks, and operation of the existing West Plant Site. These were removed because the West Plant Site noise expected to occur during operations is part of the predicted modeling, not part of the background.

- Near West tailings storage facility measurement: placed on private land, a residential property at 32898 Hewitt Station Road, within the Tonto National Forest, approximately 1,000 feet from the edge of the proposed Near West tailings storage facility. To avoid data contamination from residential activities, the monitoring location was 550 feet from the residence. Nearby land uses include residential and recreation/conservation uses and four sensitive receptors (Hewitt Station, the section of the Arizona National Scenic Trail near the Near West tailings storage facility, residences in Queen Valley, and Boyce Thompson Arboretum). Noise anomalies removed from the data set included rainfall, thunder, and limited activities of all-terrain vehicles (ATVs) during the summer months and excessive wind, noise from the ranch, rainfall, and ATVs during the winter months.

- Filter plant and loadout facility measurement: placed at the proposed facility location, where the nearest residential property line is approximately 1.6 miles to the west along Skyline Drive. Nearby land uses include residential near Westernstar Road, Lind Road, Felix Road, and Attaway Road. Noise anomalies removed from the data set included rainfall and thunder. Because this location is isolated from any significant noise source, there were no identified primary noise sources.

- Silver King tailings storage facility measurement: placed at the proposed facility location. Nearby land uses include residential and recreation/conservation uses and one sensitive receptor (a section of the Arizona National Scenic Trail located 2 miles to the west). Noise anomalies removed from the data set included excessive wind and light rainfall. Because this location is isolated from any significant noise source, there were no identified primary noise sources.

- Peg Leg tailings storage facility measurement: placed at the proposed facility location. Nearby land uses include recreation/conservation uses and one sensitive receptor (a section of the Arizona National Scenic Trail located 2.4 miles to the east). Noise anomalies removed from the data set included excessive wind. Although this location was near a substation, the monitor placement was far enough from the substation to avoid data contamination. Because this location is isolated from any significant noise source, there were no identified primary noise sources. This

Resolution Copper Project and Land Exchange

location also serves as the source of background noise for Alternative 6, given the similar rural setting. Future background noise measurements may be collected at Alternative 6 if differences are identified in background noise levels.

### Interpretation of Background "Ambient" Noise Measurements

Noise levels within the analysis area showed relatively low levels and exhibited typical diurnal patterns. The predominant sources in the measured adjusted noise levels (i.e., after removal of identified anomalies) at each of the measurement locations were (1) for the East Plant Site: wildlife and vehicle traffic from Magma Mine Road and U.S. 60, (2) for the West Plant Site: wildlife and community sources from the town of Superior, (3) for the Near West tailings storage facility: operations from nearby ranches, light vehicle traffic on local roadways, and wildlife, (4) for the filter plant and loadout facility: wildlife and aircraft overflights, (5) for the Silver King tailings storage facility: wildlife and light traffic from campers, and (6) for the Peg Leg tailings storage facility: wildlife and aircraft overflights.

In general, the measured adjusted noise levels were within the expected ranges for the given land use, except for the East Plant Site measurement location, where measured levels were approximately 5 to 10 decibels (dB) higher than expected ranges. However, the higher measured data (i.e., 5–10 dB) is reasonable because the expected range assumes an isolated location and does not consider any influence from the nearby U.S. 60 route. Table 3.4.3-1 summarizes the project sites and associated sensitive receptors, land uses, and expected and measured noise level ranges.

### Interpretation of West Plant Site Previous Study Noise Measurements

ARCADIS Inc. conducted two noise studies along the West Plant Site property line adjacent to the town of Superior. The first study, "West Plant Noise Monitoring Study" (ARCADIS U.S. Inc. 2015b), included three measurement locations and collected noise data from May 7 through 15, 2015. Of the three locations, one was placed similar to the West Plant Site measurement location discussed earlier in this section and shown in figure 3.4.3-1. The study found that noise levels at this location ranged from 39 to 65 dBA, Leq(h); however, 65 dBA was noted as an anomaly where noise levels typically ranged between 40 to 50 dBA Leq(h).

The second study, titled "Lower Smelter Pond Noise Monitoring Report Superior, Arizona" (ARCADIS U.S. Inc. 2015a), included four measurement locations and collected noise data from August 18 to September 17, 2015. Three measurement locations were along the West Plant Site southern property line and one was within the residential area near the lower smelter pond. The study found that noise levels at these locations were as high as 75 to 80 dBA, Leq(h) during sludge removal activities, but noise levels typically ranged from 31 to 50 dBA Leq(h).

Noise levels from ARCADIS Inc. studies further confirm that the background noise levels at the West Plant site (39–47 dBA daytime, 33–47 dBA nighttime) are reasonably accurate and representative of adjacent residences in the town of Superior.

4-RCMSER-0867

Final Environmental Impact Statement

**Table 3.4.3-1. Background measured noise levels and expected ranges for sensitive receptors based on land use**

| Project Site | Sensitive Receptors | Land Use Type | Data Source | Sound Level (dBA) | | |
|---|---|---|---|---|---|---|
| | | | | Ldn | Daytime Leq(h) | Nighttime Leq(h) |
| West Plant Site | *Noise Measurement Location* | | *Measured* | *43–53* | *39–47* | *33–47* |
| | Residences in Superior | Residential and Commercial | Expected | 48–54 | 48–54 | 38–44 |
| | Residences between U.S. 60 and Main Street | Residential and Commercial | Expected | 48–54 | 48–54 | 38–44 |
| East Plant Site | *Noise Measurement Location* | | *Measured* | *52–54* | *45–50* | *45–48* |
| | Oak Flat campground | Recreation/Conservation | Expected | 41–44 | 41–45 | 31–33 |
| | Apache Leap Special Management Area | Residential/Recreation/Conservation | Expected | 41–54 | 41–54 | 31–44 |
| Near West tailings storage facility | *Noise Measurement Location* | | *Measured* | *40–46* | *36–43* | *32–39* |
| | Hewitt Station | Residential | Expected | 35–45 | 35–45 | 31–33 |
| | Queen Valley | Residential | Expected | 36–42 | 36–42 | 26–32 |
| | Boyce Thompson Arboretum | Recreation/Conservation | Expected | 41–44 | 41–45 | 31–33 |
| | Arizona National Scenic Trail (northwest of Superior) | Recreation/Conservation | Expected | 33–35 | 32–37 | 25–30 |
| Filter plant and loadout facility | *Noise Measurement Location* | | *Measured* | *38–48* | *38–45* | *27–41* |
| | Westernstar Road | Residential | Expected | 36–45 | 35–45 | 28–35 |
| | Lind Road | Residential | Expected | 36–45 | 35–45 | 28–35 |
| | Felix Road | Residential | Expected | 36–45 | 35–45 | 28–35 |
| | Attaway Road | Residential | Expected | 36–45 | 35–45 | 28–35 |
| Silver King tailings storage facility | *Noise Measurement Location* | | *Measured* | *35–46* | *31–41* | *27–39* |
| | Arizona National Scenic Trail (northwest of Superior) | Recreation/Conservation | Expected | 33–35 | 32–37 | 25–30 |
| Peg Leg tailings storage facility (measured) and Skunk Camp tailings storage facility (assumed) | *Noise Measurement Location* | | *Measured* | *34–52* | *30–51* | *26–46* |
| | Arizona National Scenic Trail (near Zellweger Wash) | Recreation/Conservation | Expected | 33–35 | 32–37 | 25–30 |

Note: Noise measurements were collected as described below:
West Plant Site: June 7–10, 2016, and June 22–July 5, 2016
East Plant Site: June 7–20, 2016
Near West tailings storage facility: June 7–16, 2016, June 20–July 5, 2016, November 15–23, 2017, and November 28–December 6, 2017
Filter plant and loadout facility: June 7–16, 2016, and June 20–July 5, 2016
Silver King tailings storage facility: November 14–18, 2017, and January 5–15, 2018
Peg Leg tailings storage facility: November 14–December 27, 2017

283

Resolution Copper Project and Land Exchange

### *Interpretation of Project Area Background "Ambient" Vibration Measurements*

The vibration levels at the measurement location were at levels that could be perceived by humans (table 3.4.3-2), but considerably below the U.S. Bureau of Mines RI 8507 threshold of 0.5 PPV in/sec., which is tolerable by 95 percent of humans for an event occurring in a 1-second duration. Based on the maximum values, vibration levels recorded were highest at the West Plant Site—0.07 PPV in/sec. (85 VdB)—which exceeds the Federal Transit Administration's threshold for residential annoyance of 0.04 PPV in/sec. (80 VdB). Average values for vibration levels did not exceed any thresholds of interest.

**Table 3.4.3-2. Background vibration measurement summary**

| Project Site | Measurement Period | Average PPV, in/sec. | Maximum PPV, in/sec. | Maximum VdB |
|---|---|---|---|---|
| West Plant Site | June 7–July 5, 2016 | 0.0034 | 0.0723 | 85 |
| East Plant Site | June 7–July 5, 2016 | 0.0031 | 0.013 | 70 |
| Near West tailings storage facility | June 7–July 5, 2016 | 0.0035 | 0.0164 | 72 |
| Filter plant and loadout facility | June 7–July 5, 2016 | 0.0077 | 0.0186 | 73 |
| Silver King tailings storage facility | November 15–December 12, 2017 | 0.0033 | 0.0048 | 62 |
| Peg Leg tailings storage facility | November 15–December 12, 2017 | 0.0057 | 0.0175 | 73 |

Notes:
VdB = calculated vibration decibel using a vibration reference of $10^{-6}$ in/sec. and a crest factor of 4 (i.e., representing a difference of 12 VdB).
Shaded cells indicate an exceedance of a selected threshold (0.04 PPV in/sec., or 80 VdB) by background measurements.

### *Interpretation of East Plant Site Additional Noise and Vibration Measurements*

In January 2018, blasting activities commenced at the East Plant Site 4,000 level (i.e., 4,000 feet below surface) and occurred periodically between January 30 and March 19, 2018. Blasting time histories indicate that 29 blasting activities took place during this period, during both daytime and nighttime hours. Noise and vibration data from blasting events were continuously monitored and recorded. Each event incorporated an average loading of 225 pounds of explosives distributed in a patterned hole system consisting of approximately 50 to 60 holes. The blasting monitoring data show that vibration levels from blasting activities were not distinguishable from background ground-vibration levels.

To determine whether the blasting events influenced background noise levels, the noise data set from January/March 2018 (which included blasting events) was compared with the noise data set from June 2016 (which did not include any blasting events and was used to establish the background acoustic environment). Table 3.4.3-3 presents a summary of noise monitoring data collected during the 2016 and 2018 periods.

The two data sets are comparable overall for most metrics. The 2018 noise data exhibited a wider range, with the minimum values generally lower than the 2016 background measurements, and the maximum values generally higher than the 2016 background measurements. The L10 (noise level exceeded 10 percent of the time) and Lmax (maximum sound level) metrics are both widely used to describe noise from intermittent or individual events, though very short individual events (like blasting) are unlikely to show up in the L10 values. The 2018 daytime L10 and Lmax metrics had a wide range but were overall higher than the 2016 background noise measurements, suggesting blasting noise may have been detected. However, a direct comparison of noise levels (collected every second) immediately before, during, and after each blasting event does not show any clear effects (Ituarte-Villarreal 2020; Tetra Tech Inc. 2019).

4-RCMSER-0869

Final Environmental Impact Statement

**Table 3.4.3-3. East Plant Site noise data comparison (with blasting and no-blasting activities)**

| Ldn, dBA | Noise Level Ranges for Each Measurement Period | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Daytime Leq(h), dBA | | | | Nighttime Leq(h), dBA | | | |
| | Leq | L10 | L90 | Lmax | Leq | L10 | L90 | Lmax |
| Measurement Period (June 7–20, 2016) | | | | | | | | |
| 51.9–54.2 | 45.2–49.7 | 47.5–52.2 | 43.7–46.8 | 52.1–60.3 | 45.3–47.7 | 47.6–50.1 | 44.3–46.4 | 49.9–57.9 |
| Measurement Period (January 30–March 19, 2018) | | | | | | | | |
| 48.5–58.5 | 44.1–55.4 | 48.7–62.3 | 41.6–53.3 | 52.5–65.9 | 41.5–51.2 | 46.3–56.6 | 40.3–49.8 | 48.6–62.8 |

Notes:
Ldn = Day-night average noise level, a 24-hour average with annoyance penalty of 10 dBA for nighttime noise levels.
Daytime Leq(h) = Equivalent sound level for period between 7:00 a.m. and 10:00 p.m.
Nighttime Leq(h) = Equivalent sound level for period between 10:00 p.m. and 7:00 a.m.
L10 = sound level was exceeded 10 percent of the time (overall monitoring period).
L90 = sound level was exceeded 90 percent of the time (overall monitoring period).
Lmax = Maximum sound level recorded during the measurement period.
Shaded cells indicate an exceedance of a selected threshold (55 dBA for Leq or 65 dBA for Ldn) by background measurements.

### Representativeness of Baseline Noise Monitoring

Public comments on the DEIS raised several concerns on the representativeness of the selected baseline monitoring data: whether the time frame captured anticipated daily, weekly, or seasonal variation; and whether any ongoing activities or other disturbances (such as airplane noise) skewed the data. For the latter, the specific concern is that skewing the baseline noise levels higher would tend to minimize the noise impact caused by the mine.

Previous sections described the methodology used for the EIS and directly address these two concerns. We accounted for daily and weekly variation in the duration and frequency of the monitoring which, in general, continually took place at 5-minute intervals for a period of no less than 4 weeks. This accounts for daily variation and weekday/weekend variation. Seasonal variation is accounted for by conducting two separate monitoring periods: one in the spring/summer, and one in winter.

Noise monitoring methodologies generally call for review of raw data and removal of any anomalous high measurements. We used this protocol to process the monitoring data prior to use.

As a cross-check, we assessed baseline noise measurements against expected background noise levels for different land uses and found them to be similar (see table 3.4.3-1). The following section describes our method for evaluating noise impacts, effectively preventing background measurements from skewing modeled results. We assessed results for the total modeled noise (background noise plus predicted mine noise), and for the incremental increase over background levels. Even if background noise levels were misinterpreted, the incremental noise impact would identify significant increases.

## 3.4.4  Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives

Direct impacts from noise and vibration during construction and operational phases have been modeled for the project (AMEC Foster Wheeler Environment and Infrastructure 2017; Rodrigues 2018; Tetra Tech Inc. 2019).

4-RCMSER-0870

### 3.4.4.1    Alternative 1 – No Action

As detected in the 2016 background noise measurements, certain noise-producing activities are currently taking place on Resolution Copper private property at the West Plant Site and East Plant Site. Under the no action alternative, these activities would continue. Noise and vibration levels do not rise above any selected thresholds under background conditions.

### 3.4.4.2    Impacts Common to All Action Alternatives

#### *Effects of Land Exchange*

The selected Oak Flat Federal Parcel would leave Forest Service jurisdiction. The role of the Tonto National Forest under its primary authorities in the Organic Administration Act, Locatable Regulations (36 CFR 228 Subpart A), and Multiple-Use Mining Act is to ensure that mining activities minimize adverse environmental effects on National Forest System surface resources; this includes effects on the natural setting from noise that could occur on the Oak Flat Federal Parcel. The Oak Flat Federal Parcel would become private at the completion of the NEPA process, and the Forest Service would not have the ability to require mitigation for effects from noise on the lands; however, no adverse noise effects were identified to occur from the East Plant Site operations.

The offered parcels would come under Federal jurisdiction. Specific management of the natural setting of those parcels would be determined by the agencies to meet desired conditions or support appropriate land uses and would include noise considerations.

#### *Effects of Forest Plan Amendment*

No components of the 2023 forest plan directly relate to noise and vibration that require amendment.

#### *Effects of Compensatory Mitigation Parcels*

It is anticipated that restoration and earthwork activities associated with the three compensatory mitigation sites would be short term in duration and intensity. Impacts would be similar to typical site construction noise-generating activities to include the use of handheld, gas-operated equipment, and earthmoving equipment such as backhoe loaders and excavators. We anticipate minor impacts associated with mitigation site activities and they would not adversely affect potential noise receptors in the vicinity of the sites.

#### *Effects of Recreation Mitigation Lands*

The recreation mitigation lands are anticipated to result in noise impacts related to off-highway vehicle (OHV) use. Noise impacts associated with recreational use on new trail networks are anticipated to be similar to current noise levels associated with motorized and non-motorized use on existing trails and routes within the area. No noise impacts beyond current levels are anticipated for the existing roads and trails.

#### *Effects of Block Caving Noise*

Public comments suggested that the underground block caving process might have related noise and vibration effects. Literature and available studies to support potential noise and vibration impacts associated with block caving are limited. However, noise and vibration resulting from underground activities at the mine site were analyzed. Findings associated with on-site monitoring of blasting activities at the East Plant Site were applied to block caving in "Interpretation of East Plant Site Additional Noise and Vibration Measurements" in section 3.4.3.3. Blasting would be more noticeable than the slow collapse of rock through draw points, as it is more energetic and focused. Based on field measurements,

Final Environmental Impact Statement

vibration levels from blasting activities associated with block caving should not be distinguishable from background ground-vibration levels. Blasting noise associated with block caving may be detectible; noise levels are anticipated to be minor and not adversely affect potential noise receptors.

### Summary of Applicant-Committed Environmental Protection Measures

A number of environmental protection measures are incorporated into the design of the project that would act to reduce potential impacts on noise and vibration. These are non-discretionary measures and their effects are accounted for in the analysis of environmental consequences.

The GPO (2016c) outlined applicant-committed environmental protection measures by Resolution Copper in the "Environmental Protection Elements" section.

- Mining activities, primary crushing and conveying, will take place underground, and exhaust fans will be equipped with silencers for noise reduction. Milling will take place within a fully enclosed building.

### 3.4.4.3    Alternatives 2 and 3 – Near West – Modified Proposed Action

### Construction Phase – Blasting Noise and Vibration Impacts

In order to analyze ground-borne vibrations associated with construction of the underground tunnel, 10 structures in the town of Superior were selected as representative samples based on the shortest slant distance to the tunnel. Sections of the tunnel would also run along the Apache Leap SMA sensitive receptor, where the shortest slant distance is approximately 1,536 feet (near the westerly side) and 3,506 feet (near the easterly side) (figure 3.4.4-1).



**Figure 3.4.4-1. Locations of buildings analyzed for selected vibration threshold near West Plant Site and underground tunnel**

4-RCMSER-0872

Resolution Copper Project and Land Exchange

The explosive load per delay presented in table 3.4.4-1 are calculated based on the selected vibration threshold, sensitive receptor locations, tunnel alignment, and profile data. At the nearest sensitive receptor (BL_5), located on the West Plant Site facility property, the blast loading should be kept below 9 kilograms TNT equivalent (kg TNTe) per delay. Impacts on the Apache Leap SMA could also be limited by keeping the blast loading below 37 kg TNTe/delay.

Table 3.4.4-1. Calculated explosive loading at sensitive receptor samples based on selected vibration threshold

| Sensitive Receptor | Slant Distance (feet) | Allowable Explosive Load per Delay (kg TNTe) |
|---|---|---|
| BL_1 | 1,235 | 24 |
| BL_2 (located on West Plant Site facility property) | 864 | 12 |
| BL_3 | 1,114 | 19 |
| BL_4 | 1,061 | 18 |
| BL_5 (located on West Plant Site facility property) | 758 | 9 |
| BL_6 | 1,101 | 19 |
| BL_7 (located on West Plant Site facility property) | 1,023 | 16 |
| BL_8 | 1,135 | 20 |
| BL_9 | 1,210 | 23 |
| BL_10 (located on West Plant Site facility property) | 775 | 9 |
| Apache Leap SMA | 1,535 | 37 |

Note: Calculated allowable explosive load per delay is based on 0.1884 PPV in/sec. vibration threshold.

Airblast impacts could be more notable near the vent raise and portal openings; analysis for these areas is shown in table 3.4.4-2. The vent raise location is approximately 1,600 feet and the portal opening is approximately 2,792 feet from the closest sensitive receptor (identified as BL_10). The vent raise location is also approximately 5,981 feet from the westerly side of the Apache Leap SMA boundary. Blasting loading should be kept below 35 kg TNTe at the vent raise and 120 kg TNTe at the portal opening.

Table 3.4.4-2. Calculated explosive loading at sensitive receptor samples based on airblast selected threshold

| Source Location | Sensitive Receptor | Slant Distance (feet) | Allowable Explosive Load per Delay (kg TNTe) | Estimated Results | |
|---|---|---|---|---|---|
| | | | | Airblast Level, dB | PPV in/sec. |
| Vent raise | BL_10 | 1,600 | 35 | 118 | 0.170 |
| | Apache Leap SMA | 5,981 | 380 | 114 | 0.157 |
| Portal opening | BL_10 | 2,792 | 120 | 118 | 0.186 |

The exact blasting plan for the tunnel would depend on conditions encountered during construction and has not yet been developed; explosive loads kept under these limits are not anticipated to result in adverse impacts from vibration.

4-RCMSER-0873

Final Environmental Impact Statement

### Construction Phase – Non-Blasting Noise Impacts

Table 3.4.4-4, later in this section, shows noise level estimates from the construction of the operational facilities would range from 89 dBA at 50 feet to 63 dBA at 1,000 feet. Construction activities would occur for 10 hours during daytime weekday shifts. The most appropriate noise threshold for daytime activities is the Leq(h) of 66 dBA, based on ADOT residential criteria. Past 1,000 feet, noise levels do not exceed this threshold. The overall levels should be lower, because (as discussed in section 3.4.2) these estimates exclude attenuation factors and trend toward quieter construction equipment since the source data were developed. Beyond 1,000 feet, construction noise is not anticipated to result in adverse impacts.

### Operations Phase – Non-Blasting Noise Impacts

Table 3.4.4-5, later in this section, shows that noise impacts in Leq(h) metric are not expected to occur based on the predicted minimum and average noise level ranges, whether looking at overall combined noise levels (project noise plus background noise), or the incremental noise increase over background levels.

If the maximum of each range is used, incremental increases are at or above the selected threshold of 15 dBA at following sensitive receptors:

- Residential receptors near U.S. 60 and Main Street.
- Recreational users within Apache Leap SMA.
- Recreational users of nearby section of the Arizona National Scenic Trail.

Residential receptors near U.S. 60 and Main Street would also experience future levels (project noise plus background noise) above 55 dBA (Pinal County nighttime noise threshold limit), but below 66 dBA (ADOT's modified Noise Abatement Criteria "B" for residential uses). Because residential receptors near U.S. 60 and Main Street are within incorporated lands in the town of Superior, ADOT's modified Noise Abatement Criteria would be more applicable.

Table 3.4.4-6, later in this section, shows that predicted future noise levels in Ldn metric would comply with the selected threshold of 65 Ldn. Nearby sections of the Arizona National Scenic Trail would experience increases in noise above the incremental threshold of 15 dBA, but only under maximum conditions. The maximum condition assumes all equipment operating simultaneously during the quietest period; this would be an infrequent and unlikely occurrence. Figures 3.4.4-2 and 3.4.4-3 show the predicted noise contours propagation over the surrounding area of the mine site associated with Alternatives 2 and 3.

### Operations Phase – Non-Blasting Vibration Impacts

Table 3.4.4-3 shows that ground-borne vibration PPV in/sec. are not expected to exceed the selected threshold of 0.04 PPV in/sec. (80 VdB) at 50 feet or more from the source. The calculated vibration levels in 25-foot increments from the source show 0.0315 PPV in/sec. (78 VdB) at 50 feet, which is less than the selected threshold.

Beyond 50 feet, vibration during operations is not anticipated to result in adverse impacts.

4-RCMSER-0874

Resolution Copper Project and Land Exchange

**Table 3.4.4-3. Predicted non-blasting vibration impacts during operations, Alternatives 2 and 3**

| Feet from Source | Calculated Non-Blasting Vibration Levels | |
| --- | --- | --- |
| | PPV in/sec. | VdB |
| 25 | 0.0890 | 87 |
| 50 | 0.0315 | 78 |
| 75 | 0.0171 | 73 |
| 100 | 0.0111 | 69 |
| 125 | 0.0080 | 66 |
| 150 | 0.0061 | 64 |
| 175 | 0.0048 | 62 |
| 200 | 0.0039 | 60 |
| 225 | 0.0033 | 58 |
| 250 | 0.0028 | 57 |
| 275 | 0.0024 | 56 |
| 300 | 0.0021 | 55 |

Note: Shaded cells indicate an exceedance of selected threshold of 0.04 PPV in/sec. (80 VdB).

4-RCMSER-0875

Final Environmental Impact Statement

**Table 3.4.4-4. Estimated noise levels from construction activities**

| Sound Source | Quantity | | | Utilization Factor | dBA Leq(h)[*] | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | West Plant Site | East Plant Site | Filter Plant and Loadout Facility | % | 50 | 100 | 250 | 500 | 1,000 |
| Dozer | 6 | 5 | 1 | 40 | 81 | 75 | 67 | 61 | 55 |
| Grader | 3 | 3 | 1 | 40 | 81 | 75 | 67 | 61 | 55 |
| Compactor | 2 | 2 | 1 | 20 | 73 | 67 | 59 | 53 | 47 |
| Scraper | 3 | 3 | 1 | 40 | 81 | 75 | 67 | 61 | 55 |
| Water truck | 2 | 1 | 1 | 40 | 80 | 74 | 66 | 60 | 54 |
| Fuel/lube truck | 1 | 1 | 1 | 40 | 80 | 74 | 66 | 60 | 54 |
| Excavator | 2 | 2 | 1 | 40 | 81 | 75 | 67 | 61 | 55 |
| Loader | 1 | 1 | 0 | 40 | 66 | 70 | 62 | 56 | 50 |
| Haul truck | 1 | 1 | 0 | 40 | 80 | 74 | 66 | 60 | 54 |
| Pickup truck | 3 | 3 | 0 | 40 | 51 | 45 | 37 | 31 | 25 |
| **Combined Noise Levels** | | | | | 89 | 83 | 76 | 69 | 63 |

Source: Tetra Tech (2018)
Note: Shaded cells indicate an exceedance of selected threshold of 66 dBA for Leq(h).
[*] Calculations assume only one sound source is in operation.

4-RCMSER-0876

Resolution Copper Project and Land Exchange

**Table 3.4.4-5. Predicted noise impacts during operations, Alternatives 2 and 3, Leq(h) metric**

| Project Site | Sensitive Receptors | Project Predicted Levels | Project plus Background Levels | | | Increase over Background Levels | | |
|---|---|---|---|---|---|---|---|---|
| | | | Min | Avg | Max | Min | Avg | Max |
| West Plant Site | *Noise Measurement Location*[a] | *47* | *47* | *49* | *50* | *3* | *5* | *14* |
| | Residences in Superior | 47 | 47 | 49 | 50 | 3 | 5 | 14 |
| | Residences U.S. 60 and Main Street[†] | 53 | 53 | 55 | 57 | 3 | 4 | 15 |
| East Plant Site | *Noise Measurement Location*[a] | *61* | *61* | *61* | *61* | *11* | *12* | *16* |
| | Oak Flat campground[‡] | 43 | 43 | 49 | 51 | 1 | 1 | 12 |
| | Apache Leap SMA[‡] | 46 | 46 | 50 | 51 | 1 | 2 | 15 |
| Near West tailings storage facility | *Noise Measurement Location*[a] | *43* | *43* | *45* | *46* | *3* | *4* | *11* |
| | Hewitt Station | 44 | 44 | 46 | 47 | 4 | 5 | 12 |
| | Residences in Queen Valley[‡] | <10 | 26 | 40 | 43 | <1 | <1 | <1 |
| | Boyce Thompson Arboretum | 24 | 33 | 41 | 43 | <1 | <1 | 1 |
| | Arizona National Scenic Trail (northwest of Superior)[‡] | 51 | 51 | 51 | 52 | 9 | 11 | 26 |
| Filter plant and loadout facility/ MARRCO corridor | *Noise Measurement Location*[a] | *47* | *47* | *48* | *49* | *4* | *6* | *20* |
| | Westemstar Road | <10 | 27 | 42 | 45 | <1 | <1 | <1 |
| | Lind Road | 32 | 33 | 43 | 45 | <1 | <1 | 6 |
| | Felix Road | 26 | 30 | 42 | 45 | <1 | <1 | 3 |
| | Attaway Road | 13 | 27 | 42 | 45 | <1 | <1 | <1 |

Note: Shaded cells indicate an exceedance at a sensitive receptor (not noise measurement locations) of selected threshold of 55 dBA for Leq(h) for project plus background levels, and 15 dBA for increase over background levels.

Min = Minimum, Avg = Average, Max = Maximum

[a]  Prediction location is not a sensitive receptor and included for comparison to the existing measured noise levels (see table 3.4.3-1).

[†]  Lower and upper levels are based on the expected sound levels due to the vicinity of the highway (see table 3.4.3-1).

[‡]  The expected lower level was applied to be conservative (see table 3.4.3-1).

292

4-RCMSER-0877

Final Environmental Impact Statement

Table 3.4.4-6. Predicted noise impacts during operations, Alternatives 2 and 3, Ldn metric

| Project Site | Sensitive Receptors | Future Levels, dBA | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Project Predicted Levels | Project plus Background Levels | | | Increase over Background Levels | | |
| | | | Min | Avg | Max | Min | Avg | Max |
| West Plant Site | *Noise Measurement Location** | *54* | *54* | *56* | *57* | *4* | *5* | *11* |
| | Residences in Superior | 54 | 54 | 58 | 57 | 4 | 5 | 11 |
| | Residences U.S. 60 and Main Street† | 59 | 59 | 60 | 60 | 6 | 7 | 11 |
| East Plant Site | *Noise Measurement Location** | *67* | *67* | *67* | *67* | *13* | *16* | *26* |
| | Oak Flat campground‡ | 50 | 51 | 54 | 55 | 1 | 2 | 10 |
| | Apache Leap SMA‡ | 52 | 55 | 56 | 50 | 2 | 2 | 4 |
| Near West tailings storage facility | *Noise Measurement Location** | *48* | *49* | *50* | *50* | *4* | *5* | *9* |
| | Hewitt Station | 50 | 50 | 51 | 51 | 5 | 8 | 10 |
| | Residences in Queen Valley‡ | <10 | 36 | 44 | 46 | <1 | <1 | <1 |
| | Boyce Thompson Arboretum | 31 | 41 | 45 | 46 | <1 | <1 | 1 |
| | Arizona National Scenic Trail (northwest of Superior)‡ | 58 | 58 | 58 | 58 | 12 | 15 | 25 |
| Filter plant and loadout facility/ MARRCO corridor | *Noise Measurement Location** | *53* | *53* | *54* | *54* | *6* | *8* | *15* |
| | Westemstar Road | <10 | 38 | 46 | 48 | <1 | <1 | <1 |
| | Lind Road | 30 | 39 | 46 | 46 | <1 | <1 | 1 |
| | Felix Road | 24 | 38 | 46 | 46 | <1 | <1 | <1 |
| | Attaway Road | 11 | 38 | 46 | 46 | <1 | <1 | <1 |

Note: Shaded cells indicate an exceedance at a sensitive receptor (not noise measurement locations) of selected threshold of 65 dBA for Ldn for project plus background levels, and 15 dBA for increase over background levels.
Min = Minimum, Avg = Average, Max = Maximum
* Prediction location is not a sensitive receptor and included for comparison to the existing measured noise levels (see table 3.4.3-1).
† Lower and upper levels are based on the expected sound levels due to the vicinity of the highway (see table 3.4.3-1).
‡ The expected lower level was applied to be conservative (see table 3.4.3-1).

293

4-RCMSER-0878

Resolution Copper Project and Land Exchange



Figure 3.4.4-2. Predicted noise contours associated with Alternatives 2 and 3 (1 of 2)

294

Final Environmental Impact Statement



Figure 3.4.4-3. Predicted noise contours associated with Alternatives 2 and 3 (2 of 2)

295

4-RCMSER-0880

Resolution Copper Project and Land Exchange

### 3.4.4.4        Alternative 4 – Silver King

Alternative 4 would have identical impacts as Alternatives 2 and 3 for construction blasting noise, construction blasting vibration, construction non-blasting noise, and operations non-blasting vibration. Only operational noise impacts would differ and are described here.

Similar to Alternatives 2 and 3, table 3.4.4-7 shows that noise impacts in Leq(h) metric are not expected to occur based on the predicted minimum and average noise level (whether looking at overall combined noise levels (project noise plus background noise), or the incremental noise increase over background levels). If the maximum of each range is used, incremental increases are at or above the selected threshold of 15 dBA at the following receptors:

- Residential receptors near U.S. 60 and Main Street.
- Recreational users within Apache Leap SMA.

The maximum condition assumes all equipment operating simultaneously during the quietest period; this would be an infrequent and unlikely occurrence.

Residential receptors near U.S. 60 and Main Street would also experience future levels above 55 dBA, but below 66 dBA, based on maximum values. Table 3.4.4-8 shows that predicted future noise levels in Ldn metric would comply with all the selected thresholds. Figure 3.4.4-4 shows the predicted noise contours for Alternative 4.

4-RCMSER-0881

Final Environmental Impact Statement

**Table 3.4.4-7. Predicted noise impacts during operations, Alternative 4, Leq(h) metric**

| Project Site | Sensitive Receptors | Future Levels, dBA | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Project Predicted Levels | Project plus Background Levels | | | Increase over Background Levels | | |
| | | | Min | Avg | Max | Min | Avg | Max |
| West Plant Site | *Noise Measurement Location** | *47* | *47* | *49* | *50* | *3* | *5* | *14* |
| | Residences in Superior | 47 | 47 | 49 | 50 | 3 | 5 | 14 |
| | Residences U.S. 60 and Main Street† | 53 | 53 | 55 | 57 | 3 | 4 | 15 |
| East Plant Site | *Noise Measurement Location** | *61* | *61* | *61* | *61* | *11* | *12* | *16* |
| | Oak Flat campground | 43 | 43 | 49 | 51 | 1 | 1 | 12 |
| | Apache Leap SMA | 46 | 46 | 50 | 51 | 1 | 2 | 15 |
| Filter plant and loadout facility/ MARRCO corridor | *Noise Measurement Location** | *20* | *28* | *42* | *45* | *<1* | *<1* | *1* |
| | Westernstar Road | <10 | 27 | 42 | 45 | <1 | <1 | <1 |
| | Lind Road | 32 | 33 | 43 | 45 | <1 | <1 | 6 |
| | Felix Road | 26 | 30 | 42 | 45 | <1 | <1 | 3 |
| | Attaway Road | 21 | 28 | 42 | 45 | <1 | <1 | 1 |
| Silver King tailings storage facility | *Noise Measurement Location** | *52* | *52* | *52* | *52* | *11* | *14* | *25* |
| | Arizona National Scenic Trail (northwest of Superior) | 43 | 43 | 44 | 45 | 4 | 6 | 16 |

Notes: Shaded cells indicate an exceedance at a sensitive receptor (not noise measurement locations) of selected threshold of 55 dBA for Leq(h) for project plus background levels, and 15 dBA for increase over background levels.

Min = Minimum, Avg = Average, Max = Maximum

\* Prediction location is not a sensitive receptor and is included for comparison with the existing measured noise levels (see table 3.4.3-1).

† Lower and upper levels are based on the expected sound levels due to the vicinity of the highway (see table 3.4.3-1).

297

4-RCMSER-0882

Resolution Copper Project and Land Exchange

**Table 3.4.4-8. Predicted noise impacts during operations, Alternative 4, Ldn metric**

| Project Site | Sensitive Receptors | Project Predicted Levels | Project plus Background Levels | | | Increase over Background Levels | | |
|---|---|---|---|---|---|---|---|---|
| | | | Min | Avg | Max | Min | Avg | Max |
| West Plant Site | *Noise Measurement Location** | *54* | *54* | *56* | *57* | *4* | *5* | *11* |
| | Residences in Superior | 54 | 54 | 56 | 57 | 4 | 5 | 11 |
| | Residences U.S. 60 and Main Street† | 59 | 59 | 60 | 60 | 6 | 7 | 11 |
| East Plant Site | *Noise Measurement Location** | *67* | *67* | *67* | *67* | *13* | *16* | *26* |
| | Oak Flat campground | 50 | 51 | 54 | 55 | 1 | 2 | 10 |
| | Apache Leap SMA | 52 | 55 | 56 | 56 | 2 | 2 | 4 |
| Filter plant and loadout facility/ MARRCO corridor | *Noise Measurement Location** | *18* | *38* | *46* | *48* | *<1* | *<1* | *<1* |
| | Westernstar Road | <10 | 38 | 46 | 48 | <1 | <1 | <1 |
| | Lind Road | 30 | 39 | 46 | 48 | <1 | <1 | 1 |
| | Felix Road | 24 | 38 | 46 | 48 | <1 | <1 | <1 |
| | Attaway Road | 19 | 38 | 46 | 48 | <1 | <1 | <1 |
| Silver King tailings storage facility | *Noise Measurement Location** | *57* | *57* | *57* | *57* | *11* | *14* | *22* |
| | Arizona National Scenic Trail (northwest of Superior) | 49 | 49 | 50 | 51 | 5 | 6 | 14 |

Notes: Shaded cells indicate an exceedance at a sensitive receptor (not noise measurement locations) of selected threshold of 65 dBA for Ldn for project plus background levels, and 15 dBA for increase over background levels.

Min = Minimum, Avg = Average, Max = Maximum

\* Prediction location is not a sensitive receptor and is included for comparison with the existing measured noise levels (see table 3.4.3-1).

† Lower and upper levels are based on the expected sound levels due to the vicinity of the highway (see table 3.4.3-1).

4-RCMSER-0883

Final Environmental Impact Statement

### Operations Phase – Operation Noise Impacts to Residences – Superior

The relocation of the filter plant to the West Plant Site is unique to Alternative 4; in addition to the filter plant operations, this also would result in train traffic to and from the West Plant Site.

Residential receptors would experience future processing operation noise levels similar to that of noise levels associated with filter plant operations which are modeled between 45 and 48 dBA (project noise plus background noise). These predicted noise levels would be below the Pinal County noise threshold limit of 55 dBA. Because residential receptors are within incorporated lands within the town of Superior, ADOT's modified Noise Abatement Criteria of 66 dBA would be more applicable.

Future train noise impacts associated with the MARRCO have been estimated following the Simplified Estimation Procedure (SEP) identified in the Canadian Transportation Agency's Railway Noise Measurement and Reporting Methodology (Canadian Transportation Agency 2011) Appendix A. The SEP provides a simplified calculation method to determine potential noise impacts associated with rail projects. The procedure is based on the number of train pass-bys which includes options for the number of train locomotives, number of cars, approximate train speed in kilometers per hour (kmh), approximate distance in meters from potential receptors, and adjustment factors. It is assumed for this SEP calculation, that there will be two 50-car trains per day with one locomotive with an average speed of 50 kmh (31 miles per hour (mph)), which is the minimum speed identified as part of the SEP estimation process. The base sound level of equivalent sound level (Leq)(16h) has also been applied and assumes that all rail traffic will occur during the 16-hour period of 7 a.m. to 11 p.m. (Canadian Transportation Agency 2011). Distance and speed have been converted from metric units (meters and kmh) to imperial units (feet and mph). Potential noise receptors have been identified using aerial imagery with an estimated closest distance of 200 feet from the MARRCO alignment.

Residential receptors are predicted to experience future MARRCO operation noise levels of approximately 52 dBA during a 16-hour period from 7 a.m.–11 p.m., which would be below the Pinal County noise threshold limit of 55 dBA (table 3.4.4-9).

**Table 3.4.4-9. Predicted MARRCO noise impacts calculations, Alternative 4**

| Step 1 | Description | Sound Level $L_{eq}$(16h) (dBA) |
|--------|-------------|-------------------------------|
| 1 | Single train pass-by noise level | 52 |
| 2 | Adjustment factor for multiple trains* | 55 |
| 3 | Adjustment factor for distance† | 52 |

* Adjustment factor of +3 dBA applied for two trains during period
† Adjustment factor of −3 dBA applied for distance from receptor of 200 feet (60 m).

299

4-RCMSER-0884

Resolution Copper Project and Land Exchange



Figure 3.4.4-4. Predicted noise contours associated with operations, Alternative 4

300

4-RCMSER-0885

Final Environmental Impact Statement

### 3.4.4.5    Alternative 5 – Peg Leg

Alternative 5 would have identical impacts on Alternatives 2 and 3 for: construction blasting noise, construction blasting vibration, construction non-blasting noise, and operations non-blasting vibration. Only operational noise impacts would differ and are described here.

Similar to Alternatives 2 and 3, table 3.4.4-10 shows that noise impacts in Leq(h) metric are not expected to occur based on the predicted minimum and average noise level (whether looking at overall combined noise levels (project noise plus background noise), or the incremental noise increase over background levels). If the maximum of each range is used, incremental increases are at or above the selected threshold of 15 dBA at the following receptors:

- Residential receptors near U.S. 60 and Main Street.
- Recreational users within Apache Leap SMA.

The maximum condition assumes all equipment operating simultaneously during the quietest period; this would be an infrequent and unlikely occurrence.

Residential receptors near U.S. 60 and Main Street would also experience future levels above 55 dBA, but below 66 dBA, based on maximum values. Table 3.4.4-11 shows that predicted future noise levels in Ldn metric would comply with all the selected thresholds. Figure 3.4.4-5 shows the predicted noise contours for Alternative 5.

4-RCMSER-0886

Resolution Copper Project and Land Exchange

Table 3.4.4-10. Predicted noise impacts during operations, Alternative 5, Leq(h) metric

| Project Site | Sensitive Receptors | Project Predicted Levels | Future Levels, dBA | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Project plus Background Levels | | | Increase over Background Levels | | |
| | | | Min | Avg | Max | Min | Avg | Max |
| West Plant Site | *Noise Measurement Location** | *47* | *47* | *49* | *50* | *3* | *5* | *14* |
| | Residences in Superior | 47 | 47 | 49 | 50 | 3 | 5 | 14 |
| | Residences U.S. 60 and Main Street† | 53 | 53 | 55 | 57 | 3 | 4 | 15 |
| East Plant Site | *Noise Measurement Location** | *61* | *61* | *61* | *61* | *11* | *12* | *16* |
| | Oak Flat campground† | 43 | 43 | 49 | 51 | 1 | 1 | 12 |
| | Apache Leap SMA‡ | 46 | 46 | 50 | 51 | 1 | 2 | 15 |
| Filler plant and loadout facility/ MARRCO corridor | *Noise Measurement Location** | *47* | *47* | *48* | *49* | *4* | *6* | *20* |
| | Westernstar Road | <10 | 27 | 42 | 45 | <1 | <1 | <1 |
| | Lind Road | 32 | 33 | 43 | 45 | <1 | <1 | 6 |
| | Felix Road | 26 | 30 | 42 | 45 | <1 | <1 | 3 |
| | Attaway Road | 13 | 27 | 42 | 45 | <1 | <1 | <1 |
| Peg Leg tailings storage facility | *Noise Measurement Location** | *56* | *56* | *57* | *57* | *6* | *9* | *30* |
| | Arizona National Scenic Trail (near Zellweger Wash) | 34 | 35 | 49 | 51 | <1 | <1 | 9 |

Notes: Shaded cells indicate an exceedance at a sensitive receptor (not noise measurement locations) of selected threshold of 55 dBA for Leq(h) for project plus background levels, and 15 dBA for increase over background levels.

Min = Minimum, Avg = Average, Max = Maximum

\* Prediction location is not a sensitive receptor and is included for comparison with the existing measured noise levels (see table 3.4.3-1).

† Lower and upper levels are based on the expected sound levels due to the vicinity of the highway (see table 3.4.3-1).

‡ The expected lower level was applied to be conservative (see table 3.4.3-1).

302

4-RCMSER-0887

Final Environmental Impact Statement

Table 3.4.4-11. Predicted noise impacts during operations, Alternative 6, Ldn metric

| Project Site | Sensitive Receptors | Future Levels, dBA | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Project Predicted Levels | Project plus Background Levels | | | Increase over Background Levels | | |
| | | | Min | Avg | Max | Min | Avg | Max |
| West Plant Site | *Noise Measurement Location** | *54* | *54* | *56* | *57* | *4* | *5* | *11* |
| | Residences in Superior | 54 | 54 | 56 | 57 | 4 | 5 | 11 |
| | Residences U.S. 60 and Main Street† | 59 | 59 | 60 | 60 | 6 | 7 | 11 |
| East Plant Site | *Noise Measurement Location** | *67* | *67* | *67* | *67* | *13* | *16* | *26* |
| | Oak Flat campground‡ | 50 | 51 | 54 | 55 | 1 | 2 | 10 |
| | Apache Leap SMA‡ | 52 | 55 | 56 | 56 | 2 | 2 | 4 |
| Filter plant and loadout facility/ MARRCO corridor | *Noise Measurement Location** | *53* | *53* | *54* | *54* | *6* | *8* | *15* |
| | Westernstar Road | <10 | 38 | 46 | 48 | <1 | <1 | <1 |
| | Lind Road | 30 | 39 | 46 | 48 | <1 | <1 | 1 |
| | Felix Road | 24 | 38 | 46 | 48 | <1 | <1 | <1 |
| | Attaway Road | 11 | 38 | 46 | 48 | <1 | <1 | <1 |
| Peg Leg tailings storage facility | *Noise Measurement Location** | *62* | *62* | *62* | *62* | *10* | *13* | *28* |
| | Arizona National Scenic Trail (near Zellweger Wash) | 40 | 41 | 50 | 52 | <1 | 1 | 7 |

Notes: Shaded cells indicate an exceedance at a sensitive receptor (not noise measurement locations) of selected threshold of 65 dBA for Ldn for project plus background levels, and 15 dBA for increase over background levels.

Min = Minimum, Avg = Average, Max = Maximum

* Prediction location is not a sensitive receptor and is included for comparison with the existing measured noise levels (see table 3.4.3-1).

† Lower and upper levels are based on the expected sound levels due to the vicinity of the highway (see table 3.4.3-1).

‡ The expected lower level was applied to be conservative (see table 3.4.3-1).

303

4-RCMSER-0888

Resolution Copper Project and Land Exchange



Figure 3.4.4-5. Predicted noise contours associated with operations, Alternative 5

304

Final Environmental Impact Statement

### 3.4.4.6    Alternative 6 – Skunk Camp

Alternative 6 would have identical impacts on Alternatives 2 and 3 for construction blasting noise, construction blasting vibration, construction non-blasting noise, and operations non-blasting vibration. Only operational noise impacts would differ and are described here.

Table 3.4.4-12 shows that noise impacts in Leq(h) metric are not expected to occur based on the predicted minimum and average noise level, except along Dripping Springs Road. There, the expected sound levels exceed the Leq(h) selected threshold of 55 dBA but are below the selected threshold of 66 dBA. If the maximum of each range is used, incremental increases are at or above the selected threshold of 15 dBA at the following receptors:

- Residential receptors near U.S. 60 and Main Street.
- Recreational users within Apache Leap SMA.
- Residential/recreational users along Dripping Springs Road.

The maximum condition assumes all equipment operating simultaneously during the quietest period; this would be an infrequent and unlikely occurrence.

Residential receptors near U.S. 60 and Main Street would also experience future levels above 55 dBA, but below 66 dBA, based on maximum values. For the Ldn metric, noise levels along Dripping Springs Road are also above the selected threshold of 65 dBA, as shown in table 3.4.4-13. Figure 3.4.4-6 shows the predicted noise contours for Alternative 6.

4-RCMSER-0890

Resolution Copper Project and Land Exchange

Table 3.4.4-12. Predicted noise impacts during operations, Alternative 6, Leq(h) metric

| Project Site | Sensitive Receptors | Project Predicted Levels | Future Levels, dBA | | | | | |
| | | | Project plus Background Levels | | | Increase over Background Levels | | |
| | | | Min | Avg | Max | Min | Avg | Max |
| West Plant Site | *Noise Measurement Location** | *47* | *47* | *49* | *50* | *3* | *5* | *14* |
| | Residences in Superior | 47 | 47 | 49 | 50 | 3 | 5 | 14 |
| | Residences U.S. 60 and Main Street† | 53 | 53 | 55 | 57 | 3 | 4 | 15 |
| East Plant Site | *Noise Measurement Location** | *61* | *61* | *61* | *61* | *11* | *12* | *16* |
| | Oak Flat campground‡ | 43 | 43 | 49 | 51 | 1 | 1 | 12 |
| | Apache Leap SMA‡ | 46 | 46 | 50 | 51 | 1 | 2 | 15 |
| Filter Plant and Loadout Facility/ MARRCO corridor | *Noise Measurement Location** | *47* | *47* | *48* | *49* | *4* | *6* | *20* |
| | Westernstar Road | <10 | 27 | 42 | 45 | <1 | <1 | <1 |
| | Lind Road | 32 | 33 | 43 | 45 | <1 | <1 | 6 |
| | Felix Road | 26 | 30 | 42 | 45 | <1 | <1 | 3 |
| | Attaway Road | 13 | 27 | 42 | 45 | <1 | <1 | <1 |
| Skunk Camp tailings storage facility | Arizona National Scenic Trail (near Kelvin)§ | <10 | 26 | 48 | 51 | <1 | <1 | <1 |
| | Dripping Springs Road | 60 | 60 | 60 | 60 | 10 | 12 | 34 |

Notes: Shaded cells indicate an exceedance at a sensitive receptor (not noise measurement locations) of selected threshold of 55 dBA for Leq(h) for project plus background levels, and 15 dBA for increase over background levels.

Min = Minimum, Avg = Average, Max = Maximum

* Prediction location is not a sensitive receptor and is included for comparison with the existing measured noise levels (see table 3.4.3-1).

† Lower and upper levels are based on the expected sound levels due to the vicinity of the highway (see table 3.4.3-1).

‡ The expected lower level was applied to be conservative (see table 3.4.3-1).

§ The lower and upper levels are based on the Peg Leg noise measurement location (see table 3.4.3-1).

306

4-RCMSER-0891

Final Environmental Impact Statement

**Table 3.4.4-13. Predicted noise impacts during operations, Alternative 6, Ldn metric**

| Project Site | Sensitive Receptors | Future Levels, dBA | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Project Predicted Levels | Project plus Background Levels | | | Increase over Background Levels | | |
| | | | Min | Avg | Max | Min | Avg | Max |
| West Plant Site | *Noise Measurement Location** | *54* | *54* | *56* | *57* | *4* | *5* | *11* |
| | Residences in Superior | 54 | 54 | 56 | 57 | 4 | 5 | 11 |
| | Residences U.S. 60 and Main Street† | 59 | 59 | 60 | 60 | 6 | 7 | 11 |
| East Plant Site | *Noise Measurement Location** | *67* | *67* | *67* | *67* | *13* | *16* | *26* |
| | Oak Flat campground‡ | 50 | 51 | 54 | 55 | 1 | 2 | 10 |
| | Apache Leap SMA‡ | 52 | 55 | 56 | 56 | 2 | 2 | 4 |
| Filter plant and loadout facility/ MARRCO corridor | *Noise Measurement Location** | *53* | *53* | *54* | *54* | *6* | *8* | *15* |
| | Westernstar Road | <10 | 38 | 46 | 48 | <1 | <1 | <1 |
| | Lind Road | 30 | 39 | 46 | 48 | <1 | <1 | 1 |
| | Felix Road | 24 | 38 | 46 | 48 | <1 | <1 | <1 |
| | Attaway Road | 11 | 38 | 46 | 48 | <1 | <1 | <1 |
| Skunk Camp tailings storage facility | Arizona National Scenic Trail (near Kelvin)§ | <10 | 34 | 49 | 52 | <1 | <1 | <1 |
| | Dripping Springs Road | 67 | 67 | 67 | 67 | 15 | 18 | 33 |

Notes: Shaded cells indicate an exceedance at a sensitive receptor (not noise measurement locations) of selected threshold of 65 dBA for Ldn for project plus background levels, and 15 dBA for increase over background levels.

Min = Minimum, Avg = Average, Max = Maximum

* Prediction location is not a sensitive receptor and is included for comparison with the existing measured noise levels (see table 3.4.3-1).

† Lower and upper levels are based on the expected sound levels due to the vicinity of the highway (see table 3.4.3-1).

‡ The expected lower level was applied to be conservative (see table 3.4.3-1).

§ The lower and upper levels are based on the Peg Leg noise measurement location (see table 3.4.3-1).

307

4-RCMSER-0892

Resolution Copper Project and Land Exchange



Figure 3.4.4-6. Predicted noise contours associated with operations, Alternative 6

308

4-RCMSER-0893

## 3.4.4.7    Cumulative Effects

Full details of the cumulative effects analysis can be found in chapter 4. The following represents a summary of the cumulative impacts resulting from the project-related impacts described in Section 3.4.4, Environmental Consequences, that are associated with noise and vibration, when combined with other reasonably foreseeable future actions.

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable, and have impacts that likely overlap in space and time with impacts from the Resolution Copper Project:

- ADOT Pinal County North-South Corridor
- Ray Land Exchange and Proposed Plan Amendment
- Superior West Exploration Project

The cumulative effects analysis area for noise and vibration extends 2 miles from the project footprint to allow for overlap of the direct/indirect effects from any RFFAs. The metric used to quantify noise and vibration cumulative impacts is the acreage of area within the cumulative effects analysis area where combined noise levels exceed 55 dBA. The threshold of 55 dBA is the most stringent threshold used in the FEIS and is specifically applicable to residential areas.

The area where noise levels are expected to exceed 55 dBA for the Resolution Copper Project is approximately 29,000 acres (based on the noise modeling contours), and the combined area of the three reasonably foreseeable future actions where noise levels are expected to exceed 55 dBA within the cumulative effects analysis area is approximately 43,300 acres (assumed to be a 0.5-mile radius from the boundaries of the actions). Combined, noise levels above 55 dBA could be present in about 24.5 percent (72,300 acres) of the 296,000-acre cumulative effects analysis area.

## 3.4.4.8    Mitigation Effectiveness

| Mitigation Identifier and Title | Authority to Require |
|---|---|
| RV-NV-01: Dripping Springs Road mitigations | Voluntary – Resolution Copper |

We developed a robust monitoring and mitigation strategy to avoid, minimize, rectify, reduce, or compensate for resource impacts that have been identified during the process of preparing this EIS. Appendix J contains descriptions of mitigation measures that are being required by the Forest Service and mitigation measures voluntarily brought forward and committed to by Resolution Copper. Appendix J also contains descriptions of monitoring that would be needed to identify potential impacts and mitigation effectiveness.

This section contains an assessment of the effectiveness of design features associated with mitigation and monitoring measures found in appendix J that are applicable to noise and vibration. See appendix J for full descriptions of each measure noted below.

### *Mitigation Effectiveness and Impacts of Forest Required Mitigation Measures Applicable to Noise and Vibration*

Appendix J contains mitigation and monitoring measures being required by the Forest Service under its regulatory authority or because these measures are required by other regulatory processes (such as the Biological Opinion). These measures are assumed to occur, and their effectiveness and impacts are disclosed here; however, there are no required mitigations for noise and vibration, which is reflected in the unavoidable adverse impacts disclosed below.

Resolution Copper Project and Land Exchange

### Mitigation Effectiveness and Impacts of Resolution Committed Mitigation Measures Applicable to Noise and Vibration

Appendix J contains mitigation and monitoring measures committed by Resolution Copper in contractual, financial, or other agreements. Due to these commitments these measures are assumed to occur and their effectiveness and impacts if they were to occur are disclosed here; however, there are no committed mitigations for noise and vibration, which is reflected in the unavoidable adverse impacts disclosed below.

### Mitigation Effectiveness and Impacts of Resolution Voluntary Mitigation Measures Applicable to Noise and Vibration

Appendix J contains mitigation and monitoring measures brought forward voluntarily by Resolution Copper and committed to in correspondence with the Forest Service. These measures are assumed to occur but are not guaranteed to occur. Their effectiveness and impacts if they were to occur are disclosed here; however, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account.

**Dripping Springs Road mitigations (RV-NV-01).** Resolution Copper proposes to implement road improvements and speed limits on Dripping Springs Road near existing residences. This action seeks to mitigate impacts related to noise, dust, and traffic and is relevant only to Alternative 6. This could be used for the life of operations but may be most beneficial during the initial construction period of the embankment. This is the only location disclosed in the analysis with a potential exceedance of noise thresholds, and the proposed mitigations would be effective at eliminating this impact. Gila County has legal authority to maintain the Dripping Springs Road. Therefore, Resolution Copper will need to work with Gila County to implement the measures, including reduced speeds and selective paving.

### Unavoidable Adverse Impacts

No impacts above selected thresholds were identified from construction blasting noise and vibration (provided explosive loading is appropriately limited), from construction non-blasting noise (beyond 1,000 feet from active equipment), or from operational vibrations (beyond 50 feet from active equipment).

For operational noise, with the exception of Dripping Springs Road, the only impacts identified above selected thresholds were associated with the maximum range of impacts, which is an infrequent and unlikely scenario that suggests that all equipment is running simultaneously and during the quietest period (i.e., lowest background levels observed). Under most conditions, the analysis indicates that no impacts would be expected from project noise. Application of mitigation on Dripping Springs Road would eliminate those operational noise impacts as well.

After mitigation, no unavoidable adverse impacts are anticipated from noise or vibration; however, this mitigation is considered voluntary and while assumed to occur cannot be guaranteed.

### 3.4.4.9    Other Required Disclosures

### Short-Term Uses and Long-Term Productivity

Noise and vibration levels did not rise beyond threshold of concern under most conditions, but the noise and vibration associated with the surrounding environment from mining and associated activities would be short term (during the estimated 51- to 56-year life of the mine, including construction, operations, and reclamation) and are expected to end with mine reclamation.

4-RCMSER-0895

### *Irreversible and Irretrievable Commitment of Resources*

Irretrievable commitment of resources would consist of the lost opportunity to enjoy natural soundscapes because of adjacent, mine-related noise during the construction, mining, closure, and reclamation phases of the project. Because the mine-related noise would cease after closure of the mine, noise impacts to the environment would not be considered an irreversible commitment of resources.

4-RCMSER-0896

Resolution Copper Project and Land Exchange

# 3.5    Transportation and Access

## 3.5.1    Introduction

The analysis presented in this section of the EIS examines the most likely effects on regional and local roadway transportation systems under each of the alternatives. This section summarizes the roads and intersections in the area, along with their background traffic levels and level of service, and assesses the impacts from mine traffic to traffic volume, level of service, and changes in transportation routes and public access.

Some aspects of the analysis are briefly summarized in this section. Additional details not included are in the project record (Newell 2018h).

| Overview |
| --- |
| Transportation of personnel, equipment, supplies, and materials related to development, operation, and closure/reclamation of the proposed Resolution Copper Mine would, under any alternative, substantially increase traffic in the greater Superior area. The anticipated increase in mine-related traffic is unlikely to alter regional traffic patterns, level of service, or future transportation-related projects, but may adversely affect access to NFS facilities through road closures and other changes to the existing transportation system. |

### 3.5.1.1    Changes from the DEIS

We updated the transportation analysis in response to comments received from the public and to incorporate new information requested from Resolution Copper, including two addenda to the traffic analysis report, which are described in the methodology section below. We also further discuss assumptions that are key to the analysis, including data collection methodologies, annual growth, carpooling, and heavy vehicles.

In the DEIS, the transportation analysis focused on intersections, which are where most traffic conflicts occur. For the FEIS, we updated state highway descriptions to describe details such as shoulders and passing lanes, and now include evaluation of highway segments between intersections as well.

Refined FEIS analysis also includes morning and evening peak period analysis, an expanded analysis of potential railroad impacts on traffic, and analysis of traffic safety considerations. We also updated applicant-committed environmental protection measures.

Additionally, the analysis incorporates a change in traffic patterns for the mine. Employees no longer are anticipated to use the Main Street/Magma Mine Road to access the West Plant Site, but instead will use the Main Street/Lonetree (Smeltertown) Road access point.

New mitigation measures were brought forward to directly address transportation impacts, including measures developed by Resolution Copper in consultation with the Town of Superior. These are disclosed in the "Mitigation Effectiveness" discussion in this section. The cumulative effects analysis was revised for the FEIS to better quantify impacts. It is described in detail in chapter 4 and summarized in this section.

### 3.5.1.2    Changes from the January 2021 Rescinded FEIS

As discussed below, since traffic modeling requires assumptions about the baseline amount of traffic prior to construction, the traffic modeling necessarily requires selecting a real-world year when construction would start. The modeling used 2022 as an assumed construction start date.

When the FEIS was first published in January 2021, this assumed construction date was still within reason (see appendix R, response to comment TR14). Now, at the time of republication, construction starting in 2022 is clearly an impossibility.

312

4-RCMSER-0897

The uncertainty of the start date was recognized in the January 2021 Rescinded FEIS. At that time—given the assumptions made in the traffic modeling for increase in traffic in the area, compared to state transportation officials' anticipated increases—we estimated that the traffic modeling would remain valid for any construction date through 2025. Given the additional delays, this estimate has been revisited in order to validate that the traffic analyses are still reliable for disclosure. This is discussed in section 3.5.4.1 below.

For the transportation and access section, the only other changes since January 2021 are revisions to the cumulative effects analysis based on updates to the list of potentially reasonably foreseeable actions and an update to reflect analysis of consistency with the new "Tonto National Forest Land Management Plan," implemented in December 2023.

## 3.5.2    Analysis Methodology, Assumptions, and Uncertain and Unknown Information

### 3.5.2.1    Analysis Area

The transportation and access analysis area for the proposed mine facilities and alternatives includes the roads adjacent to the proposed mine, roads that would provide regional access to the proposed mine and its facilities, roads within or cut off by the perimeter fence that would be inaccessible to the public from mine activities, the proposed primary access roads and utility maintenance roads, as well as numerous less-frequently used and/or recreational routes that may potentially be affected by a general increase in area traffic. This 82,188-acre analysis area is depicted in figure 3.5.2-1. The analysis area for transportation and access issues includes within its boundaries approximately 141 miles of State highways, 418 miles of Pinal County–owned and local roads, and 533 miles of NFS roads.

Temporary haul and mine operations roads within the mine perimeter fence would not be part of the NFS transportation system. However, in order to capture all potential disturbance, we include any impacts that would result from the creation, use, and disposal of temporary or long-term mine haul and service roads in the total site disturbance acreage calculations in this section.

Figure 3.5.3-2 also depicts several key intersections and transportation road segments used in the transportation analysis. Intersections with increased traffic because of the mine are the critical locations that most affect the level of service (LOS), which is a qualitative measure of how intersection or roadway capacity is perceived by drivers. Traffic impact modeling focuses on these key intersections. Additional highway segment analysis evaluated the sensitivity of U.S. 60, SR 79, SR 177, and SR 77 to added mine traffic.

To support this modeling, existing peak-hour turning movement counts were collected at 16 intersections within the analysis area. Twenty-four-hour bidirectional traffic volume, speed, and classification counts were collected along 16 roadway segments within the analysis area. At ADOT's direction (February 2015), Resolution Copper collected data during both the summer and winter seasons of 2016 and 2017 to provide a conservative estimate of average daily traffic and peak-hour turning movements (Southwest Traffic Engineering LLC 2020c).

Resolution Copper Project and Land Exchange



Figure 3.5.2-1. Transportation and access analysis area

314

Final Environmental Impact Statement

Because traffic projections use future growth in non-mine traffic, traffic impact analysis assumes a specific year at which construction and normal operations begin. Traffic projections assumed a peak construction year of 2022, with normal operations beginning in 2027. However, to minimize the possibility of underrepresenting potential traffic concerns and to ensure a conservative analysis of potential impacts, the analysis assumes the peak construction year (2022) includes concurrent construction of the East Plant Site, the West Plant Site, the tailings storage facility, the filter plant, and the loadout facility. Traffic generated during the resulting peak construction year represents the greatest increase in traffic possible over background conditions. Moreover, as another conservative assumption the analysis assumed all of the traffic associated with the mine expansion would occur exclusively during the p.m. peak hour and not be spread across the entire day.

Normal operations would begin in 2027, 5 years after peak construction. Normal operations consist of a combination of employee trips and material supply deliveries for the East Plant Site, the West Plant Site, the tailings storage facility, the filter plant, and the loadout facility. Traffic employee and supply trips generated during normal operations are about half of those generated during the peak year of construction.

At the time of republication of the FEIS, the use of years 2022 for construction and 2027 for operations is no longer a valid assumption. The only effect that selection of these specific years has on the traffic analysis is the determination of future background traffic volumes, which are combined with the new traffic from the project. An analysis of assumed traffic growth rates compared with traffic growth reported by ADOT was conducted in order to validate that the background traffic estimates remained appropriately conservative and would not undercount traffic, which would in turn underestimate potential traffic impacts. This analysis can be found in Newell (2018h). The validation analysis concludes that the background traffic estimates for U.S. 60 in Superior that were used for the EIS (a) are greater in magnitude than the ADOT projections for this road segment; (b) are such that analyses related to construction (2022) appear to remain valid past 2030; and (c) are such that analyses related to for operations (2027) appear to remain valid past 2033.

For consistency with the underlying analysis reports, the years 2022 and 2027 continue to be referenced in this section. However, the analysis for 2022 represents construction conditions regardless of the year in which they actually occur, and the analysis for 2027 represents operational conditions regardless of the year in which they actually occur.

Distribution for the project-generated trips is based on the relative accessibility of cities and towns near the site. Based on an assumed location of material suppliers and the availability of employee housing, the expected trips generated for both the construction and the normal operation of the facility share a similar distribution. Trips from the west represent 85 percent of generated trips, with 68 percent from the Phoenix/Mesa metropolitan area via U.S. 60, and 17 percent from the San Tan Valley/Florence area via SR 79. The remaining 15 percent of generated trips are expected from the east, with 10 percent from Globe via U.S. 60, and 5 percent from SR 177 south of Superior.

Much of the analysis contained in this section can be found in the traffic impact analysis studies (Southwest Traffic Engineering LLC 2017, 2018, 2020b, 2020c). Many details of NFS roads can be found in the travel management plan prepared by the Tonto National Forest (U.S. Forest Service 2019c).

Note that there are analysis and methodology differences between the different traffic studies, including the original study in 2017, prior to the DEIS, and the first and second addenda in 2020, produced in response to DEIS comments. The differences were considered in the EIS analysis (Hussein and Miles 2020).

4-RCMSER-0900

Resolution Copper Project and Land Exchange

## 3.5.3     Affected Environment

### 3.5.3.1     Relevant Laws, Regulations, Policies, and Plans

---

**Primary Legal Authorities and Technical Guidance Relevant to the Transportation and Access Analysis**

- "Roadway Design Guidelines," ADOT, January 2021, including revisions through January 2025
- "Traffic Guidelines and Processes," ADOT, June 2015, including revisions through August 2021
- "Low Volume Roads Engineering Best Management Practices Field Guide," Gordon Keller, PE, and James Sherar, PE, July 2003
- Forest Service Handbook 7709.56 (Road Preconstruction), July 2011
- Forest Service Handbook 7709.59 (Road System Operations), February 2009
- Forest Service Manual 7710 (Transportation Planning Handbook), March 2022
- "Guidelines for Geometric Design of Low-Volume Roads," American Association of State Highway and Transportation Officials, 2019
- "A Policy on Geometric Design of Highways and Streets," American Association of State Highway and Transportation Officials, 2018

---

**Forest Service Guidance**

FSH 7709.59, "Road System Operations and Maintenance" (U.S. Forest Service 2009), provides guidance for planning, traffic management, investment sharing (cost share), highway safety, traffic studies, road maintenance, and other NFS road operations and maintenance activities. Such road system operations and maintenance are part of the process of managing NFS roads and road uses to best meet land and resource management objectives.

Before any roads are added to or removed from the NFS road system, they must undergo travel analysis, as described in FSM 7703.26 (U.S. Forest Service 2022), "Adding Roads to the Forest Transportation System." Travel analysis considers the values affected by roads, including access to and use of, protection of, and administration of NFS lands; public health and safety; valid existing rights; and long-term road funding opportunities and obligations. Environmental analysis for roads includes effects on associated ecosystems; introduction of invasive species; effects on threatened and endangered species and areas with significant biodiversity, cultural resources, fish and wildlife habitat, water quality, and visual quality; effects on recreation opportunities; and effects on access to NFS lands. Travel analysis requirements are met for the NFS roads analyzed in this EIS. Roads on private land and roads under the jurisdiction of entities other than the Forest Service are not required to undergo travel analysis. Road width, surfacing, and grades for segments of the access roads that would be NFS roads must meet or exceed Forest Service standards or have appropriate professional engineering justification and Forest Service approval for deviations from Forest Service standards.

NFS lands within the analysis area are generally accessed by high-clearance vehicle roads, known as maintenance level 2 roads. Forest Service upkeep of maintenance level 2 roads typically occurs as needed, depending on funding, and usually in response to damage caused by use and/or erosion. Should the proponent desire or require maintenance to a higher standard to reliably and comfortably allow

4-RCMSER-0901

standard passenger car use, highway-legal truck use, or other specific vehicular use of an NFS road, the proponent must be authorized in writing to perform such maintenance or provide funding to the Forest Service sufficient to allow the Forest Service to perform or contract for the performance of the needed maintenance.

### State and Other Guidance

ADOT has jurisdiction over State highways, State routes, and State-owned airports, as well as jurisdiction over all State-owned transportation systems or modes. ADOT has the responsibility to contribute the most desirable design parameters consistent with safety, service, environment, and cost effectiveness and to apply these parameters with sound engineering judgment on routes under State jurisdiction. The "Roadway Design Guidelines" (Arizona Department of Transportation 2021), with revisions and amendments, and the "Guidelines for Highways on Bureau of Land Management and U.S. Forest Service Lands" (Wheat Scharf Associates and ADOT/FHWA/BLM/USFS Steering Committee 2008) guide the roadway designer in exercising sound engineering judgment in applying design parameters. The 2021 guidelines are complementary to commonly used national standards, including the American Association of State Highway and Transportation Officials' "A Policy on Geometric Design of Highways and Streets"(American Association of State Highway and Transportation Officials 2004) and the "Roadside Design Guide," (American Association of State Highway and Transportation Officials 2011) and are to be used in conjunction with these documents. The American Association of State Highway and Transportation Officials' policies reflect general nationwide practices and are not necessarily applicable to the conditions in Arizona. ADOT has transportation jurisdiction over State highways and State routes on NFS and BLM land. The jurisdiction is not exclusive, as the Federal agency is still the underlying land owner. The roles and responsibilities of each agency are defined in a highway easement deed obtained for the parcel or corridor. Where the design values provided in the ADOT manual differ from those presented in the American Association of State Highway and Transportation Officials' guidelines, the ADOT manual takes precedence. ADOT's "Guidelines for Highways on Bureau of Land Management and U.S. Forest Service Lands" (Wheat Scharf Associates and ADOT/FHWA/BLM/USFS Steering Committee 2008) are applicable only to ADOT roads on BLM and NFS lands.

### Access and Authorizations

The Tonto National Forest and BLM manage Federal lands that are open to access by the public, subject to appropriate management restrictions. The Tonto National Forest currently manages in accordance with the "Tonto National Forest Land Management Plan" (U.S. Forest Service 2023d), implemented in December 2023. The BLM manages lands in the analysis area under either the "Phoenix Resource Management Plan/Environmental Impact Statement, Record of Decision" (Bureau of Land Management 1989) or under the "Records of Decision, Final Safford District Resource Management Plan and Environmental Impact Statement" (Bureau of Land Management 1991, 1994b). Any roads, pipeline corridors, or power line corridors associated with the project placed on Federal lands must be approved by the appropriate agency, in conformance with management direction. Authorization could occur under several regulations, which will depend on the final decisions by the agency. Authorization of easements for the Tonto National Forest would occur either as part of approval of a mining plan of operations under mineral regulations (36 CFR 228 Subpart) or as a special use authorization under land use regulations (36 CFR 251). Similarly, BLM authorization of easements would occur either as part of approval of a mining plan of operations (43 CFR 3809) and/or as easements (43 CFR 2800).

Arizona State Trust lands are managed under the provisions of the Federal Enabling Act that provided for Arizona's statehood in 1912. Approximately 9.2 million acres throughout the state are currently held in trust. Although this is at ASLD's discretion, State Trust lands may be leased as a means of providing annual revenue for 14 officially recognized beneficiary agencies and entities (the largest recipient by far is Arizona K–12 education). Trust lands are less frequently for sale through a process of competitive

Resolution Copper Project and Land Exchange

bidding. For the purposes of this EIS, it is assumed that any State Trust lands underlying the two alternative tailings storage facility locations where State lands are present (Alternative 5 – Peg Leg or Alternative 6 – Skunk Camp) would be sold rather than leased, if that location were to be selected. That same assumption may be applied to the State Trust lands located within the predicted subsidence area at the East Plant Site.

### 3.5.3.2 Existing Conditions and Ongoing Trends

#### *Highways and Roads Description*

The following is a list of existing transportation systems within the analysis area. The systems described include State highways, county roads, and NFS roads. Figure 3.5.2-1 depicts the roadway system facilities in relation to the project boundary.

STATE HIGHWAYS

- U.S. 60 primarily has an east-west alignment and is a four-lane divided highway between Goldfield Road (Apache Junction) and the SR 177 interchange in Superior. This segment has a posted speed limit ranging from 55 to 65 mph, four 12-foot lanes, and 6- to 10-foot shoulders on both sides of the highway. East of the SR 177 interchange to Miami, U.S. 60 is a two-lane undivided highway with a posted speed of 50 mph, 12-foot lanes and 4- to 8-foot shoulders. This 17-mile segment contains average longitudinal slopes of 5 to 7 percent. There are over 3 miles of passing lanes with an additional 1.5 miles of passing zone pavement marking for eastbound and westbound traffic. The cross-section has no curb, gutter, or sidewalk facilities within the project boundary, though recent construction in 2017 added curbs and gutters with sidewalks through Superior. U.S. 60 is considered a regional route linking Superior, Miami, and Globe to the Phoenix/Mesa metropolitan area. U.S. 60 also includes a two-way left-turn lane between Silver King Mine Road (NFS Road 229) and SR 177.

- SR 177 is an undivided two-lane highway beginning at the intersection of U.S. 60/SR 177 and extending south toward Kearny, Arizona. This segment has 12-foot lanes and 4-foot shoulders with no curb, gutter, or sidewalk facilities within the project boundary. This 32-mile segment contains average longitudinal slopes of 3 to 8 percent and approximately 9 miles of passing zones pavement marking for northbound and southbound traffic. The posted speed limit on SR 177 is 25 mph at the intersection of U.S. 60/SR 177 and increases to 55 mph once headed outside the town of Superior.

- SR 79 has a north-south alignment and is a two-lane, undivided highway with 12-foot lanes and 8-foot paved shoulders. The posted speed limit on SR 79 is 65 mph. SR 79 provides a route from U.S. 60 south to Florence, Arizona. This 17-mile segment contains average longitudinal slopes of 1 to 5 percent and 12 miles of passing zones pavement marking for both northbound and southbound traffic. The cross-section has no curb, gutter, or sidewalk facilities along SR 79 within the project boundary. Approximately 2 miles south of U.S. 60, SR 79 crosses the existing MARRCO corridor.

- SR 77 has a north-south alignment and is a two-lane, undivided highway with 12-foot lanes and 4-foot shoulders. The posted speed limit on SR 77 is 50 mph. The segment from U.S. 60 east of Globe to SR 177 in Winkelman is 33 miles long with over 7 miles of passing zones pavement marking and 1 mile of passing lane provided for northbound and southbound traffic. This segment contains average longitudinal slopes of 3 to 8 percent. The cross-section has no curb, gutter, or sidewalk facilities within the project boundary.

4-RCMSER-0903

Final Environmental Impact Statement

COUNTY ROADS AND LOCAL ROADS

- Main Street in Superior is an undivided two-lane local roadway with an east-west alignment. Curb, sidewalks, and bike lanes are present along the north and south sides of the roadway. West of Lonetree Road, Main Street is posted 35 mph. East of Lonetree Road, Main Street is posted 25 mph.

- Lonetree Road (Smeltertown Road) is a two-lane graded dirt road, providing access to various mining operations north of Main Street. The roadway has no posted speed limit, curb, gutter, or sidewalks.

- Magma Avenue is a two-lane paved local roadway along a north-south alignment located in Superior. The roadway provides curb, gutter, sidewalks, and on-street parking along the eastern and western sides of the roadway. The posted speed limit on Magma Avenue is 25 mph.

- Skyline Drive is a two-lane roadway with no curb, gutter, or sidewalk facilities. Skyline Drive is closed to through traffic east of Laine Road. Any access restrictions on this roadway will conform with State trust land requirements. The speed limit on Skyline Drive is 50 mph west of Quail Run Lane and 45 mph east of Quail Run Lane. There are existing overhead utility lines along the north side of the roadway. Low-density residential development is present on the north side of the roadway between Schnepf Road and Quail Run Lane and south of Skyline Drive east of Quale Run Lane. An RV park is on the south side of the roadway at Sierra Vista Drive. In general, the land surrounding Skyline Drive is largely undeveloped or used as farmland.

- Quail Run Lane is an undivided, two-lane roadway with a posted speed limit of 50 mph. The roadway has a north-south alignment, and does not provide curb, gutter, or sidewalk facilities.

- Sierra Vista Drive is an unpaved, two-lane dirt roadway with a posted speed limit of 25 mph. The roadway has a north-south alignment and no curb, gutter, or sidewalk facilities.

- Schnepf Road is an undivided two-lane roadway with a north-south alignment and a posted speed limit of 50 mph. There are dirt shoulders along both sides of the roadway and no sidewalk facilities.

- Combs Road has an east-west alignment and a posted speed limit of 50 mph. One travel lane is provided in each direction, with dirt shoulders along both sides of the roadway and no sidewalk facilities.

- Florence-Kelvin Highway has an east-west alignment and a posted speed of 50 mph. The roadway is both gravel surfaced and paved; it provides one travel lane in each direction. There are no curb, gutter, or sidewalk facilities along this route within the analysis area.

- Dripping Springs Road has an east-west alignment and no posted speed limit. The roadway is unpaved and provides one lane of travel in each direction. There are no curb, gutter, or sidewalk facilities.

NATIONAL FOREST SYSTEM ROADS

- Silver King Mine Road (also known as NFS Road 229) exists as a graded dirt roadway with a north-south alignment, providing access to State lands and various existing mining operations. There is no posted speed limit on Silver King Mine Road (NFS Road 229). Silver King Mine Road intersects U.S. 60 from the north. South of U.S. 60, the roadway is known as Apache Tear Road (NFS Road 989). Commonly used NFS roads in the project area are shown in figure 3.5.3-1.

---

319

4-RCMSER-0904

Resolution Copper Project and Land Exchange

- Apache Tear Road (NFS Road 989) is a graded dirt roadway that begins at a cattle guard adjacent to U.S. 60 and extends south, providing access to State lands, various mining operations, and the Town of Superior's water plant. Apache Tear Road (NFS Road 989) has a posted speed limit of 25 mph.

- Hewitt Station Road (NFS Road 357) is an unpaved, graded dirt road providing access to State lands as well as other recreational and off-road vehicle NFS roads and motorized trails north of U.S. 60. Several dirt parking/staging areas for recreational users exist including the Silver King OHV Staging Area immediately north of the U.S. 60 near the intersection of NFS Road 357 and NFS Road 8 and the Hewitt Station OHV Staging Area on NFS Road 357 about 1 mile north of the intersection with NFS Road 357 and Queen Valley Road. Cattle guards are located across the east portion of NFS Road 357 at the intersection with U.S. 60 and across the west end of NFS Road 357 and the forest boundary. There is no posted speed limit. There are currently access restrictions traveling west-east and east-west along NFS Road 357 where it crosses private property. Tow vehicles with UTV trailers use both the Hewitt Station and Silver King OHV Staging Areas to unload vehicles and access the routes north of these areas; however, recent observations indicate horse trailer parking at Silver King OHV Staging as well.

- Magma Mine Road (NFS Road 469) is a two-lane undivided paved roadway with no curb, gutter, or sidewalk facilities which provides access to mining operations south of U.S. 60. The Forest Service classifies Magma Mine Road (NFS Road 469) as a level 4 road. There is no posted speed limit. Beyond its intersection with East Oak Flats Road (NFS Road 2438), Magma Mine Road becomes NFS Road 315 with a level 2 road classification. This section of Magma Mine Road (NFS Road 315) is paved with a single lane. Magma Mine Road splits from NFS Road 315 approximately 5,800 feet from its intersection with East Oak Flats Road (NFS Road 2438), becoming a private road designated as NFS Road 2432.

- East Oak Flats Road (NFS Road 2438). Approximately 1,400 feet from U.S. 60, Magma Mine Road intersects with East Oak Flats Road (NFS Road 2438). East Oak Flats Road (NFS Road 2438) was an unpaved loop road classified as a level 2 road by the Forest Service, but was changed in the October 2021 Tonto National Forest travel management plan (U.S. Forest Service 2021e) to a motorized trail. There is no posted speed limit.

- NFS Road 3153 intersects East Oak Flats Road (NFS Road 2438) and is an unpaved dead-end road classified as a level 2 road by the Forest Service. There is no posted speed limit. Current Forest Service documentation identifies this road as closed.

4-RCMSER-0905

Final Environmental Impact Statement



Figure 3.5.3-1. Commonly used NFS roads in the project area

4-RCMSER-0906

Resolution Copper Project and Land Exchange

*Background Traffic Volume Counts*

Resolution Copper collected peak-hour turning movement counts in August 2015, November 2016, and March 2018 based on discussions with ADOT staff, to capture summer and winter traffic pattern variations (Southwest Traffic Engineering LLC 2017, 2018). At ADOT's direction, counts were collected on Fridays between the hours of 7:00 a.m. and 10:00 p.m., because Friday historically is the weekday with the most traffic on U.S. 60. Traffic volume counts collected during November 2016 generally were higher than August 2015, and the daily traffic volumes during both counts showed a single p.m. peak characteristic (with no discernable a.m. peak). Background traffic analysis is based on the November p.m. peak hour to provide for a conservative analysis of the entire project. Filter plant and tailings facility alternatives are based on the March 2018 p.m. peak-hour data. Additional a.m. peak-hour analysis was completed for select intersections within the town of Superior to assess any acute traffic concerns created by employee commute patterns to the West Plant Site.

Resolution Copper completed turning movement counts at the following intersections, as shown in figure 3.5.3-2:

- Magma Mine Road (NFS Road 469)/U.S. 60
- SR 177/Eastbound U.S. 60 ramps
- SR 177/Westbound U.S. 60 on-ramp
- Ray Road/Heiner Street/Westbound U.S. 60 off-ramp
- Main Street/U.S. 60
- NFS Road 989/U.S. 60
- Silver King Mine Road (NFS Road 229)/U.S. 60
- Hewitt Station Road (NFS Road 357)/U.S. 60
- Main Street/Lonetree Road (Smeltertown Road)
- Main Street/Magma Avenue
- Skyline Drive/Quail Run Lane
- Skyline Drive/Sierra Vista Drive
- Skyline Drive/Schnepf Road
- Combs Road/Schnepf Road
- Florence-Kelvin Highway/SR 79
- Florence-Kelvin Highway/SR 177
- Florence-Kelvin Highway/Peg Leg Road
- SR 77/Dripping Springs Road

4-RCMSER-0907

Final Environmental Impact Statement



Figure 3.5.3-2. Key intersections and road segments analyzed through traffic counts

323

4-RCMSER-0908

Resolution Copper Project and Land Exchange

In addition to intersection vehicle-turning movement counts, 24-hour bidirectional traffic volumes, vehicle speed, and vehicle classification counts were collected along roadway segments within or adjacent to the analysis area. These roadway segments are also depicted in figure 3.5.3-2:

- Magma Avenue, north of Copper Road
- Main Street, east of Pinal Avenue
- Main Street, west of Pinal Avenue
- U.S. 60, west of Silver King Mine Road (NFS Road 229)
- U.S. 60, between Silver King Mine Road (NFS Road 229) and Main Street
- U.S. 60, between Main Street and SR 177
- U.S. 60, west of Magma Mine Road (NFS Road 469)
- U.S. 60, east of Magma Mine Road (NFS Road 469)
- SR 79, between U.S. 60 and the MARRCO Railroad Line
- Skyline Drive, east of Quail Run Lane
- Skyline Drive, between Sierra Vista Drive and Schnepf Road
- Schnepf Road, between Skyline Drive and Hash Knife Draw Road
- Schnepf Road, between Hash Knife Draw Road and Combs Road
- Florence-Kelvin Highway, east of Peg Leg Road
- Florence-Kelvin Highway, east of SR 177
- SR 177, north and south of Florence-Kelvin Highway

### Background Level of Service

Resolution Copper conducted an operational analysis of all existing intersections for the weekday p.m. peak hour using the nationally accepted methodology set forth by the Highway Capacity Manual at the time of analysis (Transportation Research Board 2000). Additional peak-hour operational analysis occurred for select intersections with the highest concentration of mine-related traffic (Southwest Traffic Engineering LLC 2020b).

The analysis used Synchro (a traffic operations analysis software). In accordance with Highway Capacity Manual procedures, Synchro reports LOS and average vehicular delay (measured in seconds per vehicle) estimates to calculate the LOS for individual movements and/or approaches.

LOS is a qualitative measure of the traffic operations at an intersection or on a roadway segment that is ranked from LOS A (little or no congestion), to LOS F, which signifies severe congestion. LOS D typically is considered adequate operation at both signalized and unsignalized intersections in developed areas.

At unsignalized intersections, LOS is predicted/calculated for those movements which must either stop for or yield to oncoming traffic and is based on average control delay for the movement. Control delay is the portion of total delay attributed to a traffic control device, such as stop signs. The average delay criteria for LOS at each intersection type is shown in table 3.5.3-1.

4-RCMSER-0909

Final Environmental Impact Statement

**Table 3.5.3-1. Level of service criteria**

| LOS Rank | Signalized Intersection Average Delay (seconds per vehicle) | Unsignalized Intersection Average Delay (seconds per vehicle) |
|---|---|---|
| A | ≤ 10 seconds | ≤ 10 seconds |
| B | 10 seconds to ≤ 20 seconds | 10 seconds to ≤ 15 seconds |
| C | 20 seconds to ≤ 35 seconds | 15 seconds to ≤ 25 seconds |
| D | 35 seconds to ≤ 55 seconds | 25 seconds to ≤ 35 seconds |
| E | 55 seconds to ≤ 80 seconds | 35 seconds to ≤ 50 seconds |
| F | > 80 seconds | > 50 seconds |

Existing, or background, LOS were calculated for the p.m. peak hour of study intersections. All study intersections currently are unsignalized. The resulting delay and associated LOS for each intersection are detailed in table 3.5.3-2. All intersections in the analysis area currently operate with a LOS C or better for all movements during the peak hour under current conditions.

**Table 3.5.3-2. Existing (2016) peak hour level of service and delay**

| Intersection | Peak Hour (p.m.) | |
|---|---|---|
| | LOS Rank | Delay (seconds per vehicle) |
| **Combs Road/Schnepf Road** | | |
| Eastbound Left | C | 18.9 |
| Eastbound Through/Right | C | 15.6 |
| Westbound Left | B | 11.4 |
| Westbound Through/Right | B | 11.3 |
| Northbound Left | C | 15.6 |
| Northbound Through/Right | B | 11.6 |
| Southbound Left | B | 10.5 |
| Southbound Through/Right | C | 24.9 |
| **Skyline Drive/Sierra Vista Drive** | | |
| Eastbound Left/Through | A | 7.7 |
| Southbound Left/Right | A | 9.9 |
| **Skyline Drive/Quail Run Lane** | | |
| Eastbound Left/Through/Right | A | 8.1 |
| Westbound Left/Through/Right | A | 7.8 |
| Northbound Left/Through/Right | A | 8.6 |
| Southbound Left/Through/Right | A | 7.4 |
| **Hewitt Station Road (NFS Road 357)/Westbound U.S. 60\*** | | |
| Northbound Left/Through | A | 0.0 |
| Southbound Through/Right | A | 0.0 |
| **Hewitt Station Road (NFS Road 357)/Eastbound U.S. 60\*** | | |
| Southbound Left | A | 0.0 |
| **Silver King Mine Road (NFS Road 229)/U.S. 60\*** | | |
| Eastbound Left | A | 8.9 |

325

Resolution Copper Project and Land Exchange

| Intersection | Peak Hour (p.m.) | |
|---|---|---|
| | LOS Rank | Delay (seconds per vehicle) |
| Westbound Left | A | 8.6 |
| Northbound Left/Through/Right | C | 18.6 |
| Southbound Left/Through/Right | C | 18.5 |
| **Main Street/Lonetree Road (Smeltertown Road)*** | | |
| Eastbound Left | A | 7.3 |
| Southbound Left/Right | A | 8.8 |
| **Main Street/U.S. 60†** | | |
| Eastbound Left/Through | A | 9.1 |
| Southbound Left | C | 22.7 |
| Southbound Right | B | 10.8 |
| **Main Street/Magma Avenue** | | |
| Eastbound Left/Through/Right | A | 7.4 |
| Westbound Left/Through/Right | A | 7.7 |
| Northbound Left/Through/Right | A | 7.9 |
| Southbound Left/Through/Right | A | 7.5 |
| **Heiner Street/Ray Road/Westbound U.S. 60 Off Ramp** | | |
| Eastbound Left/Right | A | 9.4 |
| Westbound Left/Through/Right | A | 9.6 |
| Northbound Left/Through | A | 7.5 |
| **SR 177/Eastbound U.S. 60 Ramps** | | |
| Eastbound Left/Through/Right | A | 9.6 |
| Southbound Left/Through | A | 7.6 |
| **Magma Mine Road (NFS Road 469)/U.S. 60** | | |
| Eastbound Left | A | 0.0 |
| Westbound Left | A | 7.9 |
| Northbound Left/Through/Right | C | 16.8 |
| Southbound Left/Through/Right | A | 0.0 |
| **Florence-Kelvin Highway/SR 79** | | |
| Westbound Left/Right | A | 9.8 |
| Southbound Left | A | 7.8 |
| **Florence-Kelvin Highway/SR 177** | | |
| Eastbound Left/Right | A | 9.1 |
| Northbound Left/Through | A | 7.5 |
| **Dripping Springs Road/SR 77** | | |
| Eastbound Left/Right | A | 9.1 |
| Northbound Left/Through | A | 7.4 |

\* Differences appear between the original traffic study (Southwest Traffic Engineering LLC 2018) and addendum #1 (Southwest Traffic Engineering LLC 2020b). The original traffic study was determined to be the most appropriate with respect to these intersections.

† Differences appear between the original traffic study (Southwest Traffic Engineering LLC 2018) and addendum #1 (Southwest Traffic Engineering LLC 2020b). LOS and Delay values re-evaluated using 2020 analysis year, due to updated intersection geometry on U.S. 60. This is reflected in Southwest Traffic Engineering LLC (2020b).

4-RCMSER-0911

Final Environmental Impact Statement

## 3.5.4 Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives

### 3.5.4.1 Alternative 1 – No Action

**Traffic Volume/Level of Service**

Under the no action alternative, no mine expansion would occur and the existing transportation patterns and existing infrastructure in the analysis area would continue (Southwest Traffic Engineering LLC 2017, 2020b).

While normal background growth and area development will increase traffic, intersections in the analysis area generally are expected to operate within an acceptable LOS in years 2022 and 2027 (see table 3.5.4-3 later in this section). The exception would be the Combs Road/Schnepf Road intersection, which is expected to operate with a side street LOS E/F by year 2022 through 2027. A traffic signal may be required at this intersection, along with exclusive turn lanes for all approaches, to alleviate delays expected to occur with or without the project.

**Transportation Routes**

Under the no action alternative, existing transportation routes would not change. There would be no direct, indirect, or cumulative effects on the transportation routes as a result.

**Changes in Access**

Public access to NFS land and transportation infrastructure would not be impacted under the no action alternative because there would be no new roads, updates to existing roads, or closures of existing roads under this alternative. There would be no direct, indirect, or cumulative effects on changes in access as a result.

### 3.5.4.2 Impacts Common to All Action Alternatives

**Effects of the Land Exchange**

The land exchange would have significant effects on transportation and access. The Oak Flat Federal Parcel would leave Forest Service jurisdiction, and with it public access would be lost to the parcel itself, as well as passage through the parcel to other destinations, including Apache Leap and Devil's Canyon. These locations have other means of access, but those routes may not be as direct or convenient. Resolution Copper may keep portions of the property open for public access, as feasible.

The offered land parcels would enter either Forest Service or BLM jurisdiction. The eight parcels would have beneficial effects; they would become accessible by the public and be managed by the Federal Government for multiple uses. Roads and access would be managed in accordance with the appropriate management plans and agency direction.

**Effects of Forest Plan Amendment**

No components of the 2023 forest plan directly relate to transportation and access that require amendment.

4-RCMSER-0912

Resolution Copper Project and Land Exchange

### Effects of Compensatory Mitigation Lands

Activities on the compensatory mitigation lands would involve some transportation of equipment to each location, but the traffic volumes would be negligible (a few vehicles) and are short-lived. These parcels are preserved for conservation and would have no long-term effects on traffic patterns or transportation.

### Effects of Recreation Mitigation Lands

The recreation mitigation lands are not anticipated to affect transportation but will improve access to recreation opportunities on NFS lands. Staging areas have been strategically located to be close to recreation areas while being accessible to passenger vehicles, and in close enough proximity to the town of Superior to encourage use. The recreation mitigation lands will facilitate access to recreational opportunities currently unavailable to recreationists in and around Superior as well as those traveling from the Phoenix metropolitan area. Access to the Inconceivables area is provided in the recreation mitigation lands; this area is not readily accessible under current conditions.

### Summary of Applicant-Committed Environmental Protection Measures

A number of environmental protection measures are incorporated into the design of the project that would act to reduce potential impacts on transportation and access. These are non-discretionary measures and their effects are accounted for in the analysis of environmental consequences.

The GPO (Resolution Copper 2016c) outlined applicant-committed environmental protection measures by Resolution Copper in Appendix K, "Road Use Plan:"

- Public access to the lands in the vicinity of the East Plant Site would be maintained via SR 177 and NFS Road 315 as well as U.S. 60 and NFS Road 469 (until access is no longer possible).

- A number of best management practices for road construction and maintenance were identified in the GPO:

  o To the extent practicable, vegetation will not be removed except from those areas to be directly affected by road reconstruction activities.

  o Cut-and-fill slopes for road reconstruction will be designed to prevent soil erosion.

  o Drainage ditches with cross drains will be constructed where necessary. Disturbed slopes will be revegetated, mulched, or otherwise stabilized to minimize erosion as soon as practicable following construction.

  o Road embankment slopes will be graded and stabilized with vegetation or rock as practicable to prevent erosion.

  o Runoff from roads will be handled through best management practices, including sediment traps, settling ponds, berms, sediment filter fabric, wattles, etc. Design of these features will be based on an analysis of local hydrologic conditions.

  o Off-road vehicle travel will generally be avoided.

  o During construction and operations, diversions will be constructed around affected areas to minimize erosion. A number of best management practices including check dams, dispersion terraces, and filter fences also will be used during construction and operations.

- Specific NFS road improvements and maintenance are also specified in the GPO; these are summarized here together with known impacts on NFS roads. The GPO notes several replacement roads that provide periphery access around the tailings facility; these roads are anticipated to be located within the fence line that excludes public access and therefore these roads are not considered to replace any through-access lost from the tailings facility.

4-RCMSER-0913

- Realignment of NFS Road 229/Silver King Mine Road is envisioned under all alternatives. The physical disturbance from this realignment is incorporated into the assessment of impacts. Note that under Alternatives 2, 3, 5, and 6, the realignment of Silver King Mine Road is meant to provide through-access to the highlands north of the West Plant Site. For Alternative 4 this is true as well, but the presence of the tailings facility in this area restricts through-access to administrative uses only.

Partially in response to public comments on the DEIS and further review by the Forest Service, Resolution Copper submitted a revised road use plan (Resolution Copper 2020b). A number of specific mitigation measures were developed to respond to impacts disclosed during the NEPA process. These new mitigation measures were incorporated into the revised plan; those new requirements of the plan are discussed in the "Mitigation Effectiveness" section.

Four additional measures were identified in the traffic impact studies (Southwest Traffic Engineering LLC 2017, 2020b) and subsequent sensitivity analysis review (Hussein and Miles 2020) as being recommended to improve LOS and potential safety impacts caused by mine traffic. These are discussed further as a potential mitigation measure in the "Mitigation Effectiveness" section.

### Mine-Related Traffic

Increased traffic associated with the mine during peak construction (2022) and normal operations (2027), includes four main traffic generators:

1. East Plant Site
2. West Plant Site
3. San Tan Valley filter plant and loadout facility
4. Tailings storage facility (four alternate locations)

There are four alternative locations for the tailings and storage facility (located at either the Near West, Silver King, Peg Leg, or Skunk Camp location), with each location having unique access roads, as shown in figure 3.5.4-1. All alternatives, except for Silver King, place the filter plant and loadout facility in the San Tan Valley. The Silver King alternative places the filter plant and loadout facility at the West Plant Site. This section focuses on the impacts that are common to all action alternatives; the impacts associated specifically with each alternative are summarized in the next sections. Table 3.5.4-1 describes the intersections that would be impacted by the East Plant Site, West Plant Site, and the San Tan Valley filter plant and loadout facility.

Resolution Copper Project and Land Exchange



Figure 3.5.4-1. Access roads for alternative tailings storage facility

330

4-RCMSER-0915

Final Environmental Impact Statement

**Table 3.5.4-1. Intersections impacted by all action alternatives**

| Facility | Intersections Impacted |
|---|---|
| East Plant Site | U.S. 60 and Magma Mine Road |
| West Plant Site | Main Street and Lonetree Road (Smeltertown Road) |
| | Main Street and U.S. 60 |
| | Heiner Street/Ray Road/Westbound U.S. 60 off-ramp |
| | SR 177 and eastbound U.S. 60 ramps |
| | U.S. 60 and Silver King Mine Road |
| | U.S. 60 and Hewitt Station Road |
| San Tan Valley filter plant and loadout facility (except Silver King alternative) | Skyline Drive and Sierra Vista Drive |
| | Skyline Drive and Quail Run Road |
| | Schnepf Road and Combs Road |

Table 3.5.4-2 shows the total number of trips expected during peak construction and normal operations. This table shows both the a.m. trips (assumed inbound) and p.m. trips (assumed outbound). There are 1,618 daily trips expected during construction and 758 daily trips during normal operations.[44] In general, traffic impacts are more significant during peak construction than operations, as there are more employee commute trips.

**Table 3.5.4-2. Site-generated trips**

| Facility | Peak Construction | | Normal Operations | |
|---|---|---|---|---|
| | Employee Trips a.m. / p.m. (vehicle trips per hour) | Material/ Equipment Trips a.m. / p.m. (vehicle trips per hour) | Employee Trips a.m. / p.m. (vehicle trips per hour) | Material/ Equipment Trips a.m. / p.m. (vehicle trips per hour) |
| East Plant Site | 219 / 219 | 11 / 11 | 166 / 166 | 11 / 11 |
| West Plant Site | 498 / 498 | 11 / 11 | 156 / 156 | 11 / 11 |
| Tailings storage facility | Site-generated trips related to tailings storage facility alternatives, see table 3.5.4-7 | | | |
| San Tan Valley filter plant and loadout facility | 30 / 30 | 8 / 8 | 9 / 9 | 3 / 3 |

Note: Peak-hour employee and material/equipment trips are assumed to be inbound during the a.m. peak hour and outbound during the p.m. peak hour. Southwest Traffic Engineering LLC (2017) assessed a single, daily peak hour based on the sum of trips generated during the a.m. and p.m. peak periods. This was later updated at select intersections to include a detailed analysis of both a.m. and p.m. operations separately (Southwest Traffic Engineering LLC 2020b). The a.m. and p.m. peak analysis revealed the single peak hour approach assumed in the 2017 analysis was conservative.

The analysis includes assumptions designed to estimate peak-hour employee trips based on the number of employees working at each facility:

- There would be several different employee types and shift times/lengths at the mining facilities. A shift reduction factor of 0.66 was applied to estimate the number of employees traveling to/from the site during the peak hour.

- It was assumed that employees would arrive during the a.m. peak hour, and depart during the p.m. peak hour.

---

[44] The values in this sentence are calculated for Alternative 2 and are the combination of traffic in tables 3.5.4-2 and 3.5.4-7.

4-RCMSER-0916

Resolution Copper Project and Land Exchange

- To factor in employee carpooling, it was assumed that each vehicle entering the site would carry an average of 1.7 employees. This is based on data provided by Resolution Copper for observed carpooling behavior of staff at the existing Resolution Copper Mine.

### Intersection Traffic Volume and Level of Service

Table 3.5.4-3 shows the delay and LOS for each intersection movement or lane group (i.e., one or more movements sharing one lane), with and without the project, during peak construction (year 2022) and normal operations (year 2027). A 2 percent compound annual growth rate was used to estimate projected background traffic volumes in years 2022 and 2027 (Southwest Traffic Engineering LLC 2017, 2020b).

With increasing traffic, due to normal background growth and development of the area, except for the Combs Road/Schnepf Road intersection, the intersections in the analysis area are generally expected to operate within an acceptable LOS in years 2022 and 2027 (see table 3.5.4-3). Project-related traffic would decrease LOS below ADOT accepted standards at the following intersections:

- The Combs Road/Schnepf Road intersection, southbound, degrades from LOS E to LOS F; this occurs under the no action alternative as well.

- The Main Street/U.S. 60 intersection, southbound left-turn lane, degrades to LOS F in the morning and LOS E in the evening during construction. During operations, this movement degrades to LOS E in the evening. The southbound right-turn lane degrades to LOS F in the evening during construction, then returns to LOS C during operations.

- The SR 177/U.S. 60 intersection, eastbound, degrades from LOS A to LOS E during construction.

- The Magma Mine Road/U.S. 60 intersection, northbound lane group, degrades from LOS C to LOS F during operations.

### Highway Segment Traffic Volume and Level of Service

An analysis of affected highway segments potentially impacted by mine traffic assessed the worst-case scenario of all mine-related traffic using a single segment of highway in a day. A 2 percent compound annual growth rate was used to estimate projected background traffic volumes in years 2022 and 2027 (Southwest Traffic Engineering LLC 2017, 2020b, 2020c).

The following assumptions were made to complete the highway segment capacity analysis:

- For segments with more than two lanes, we conservatively assumed the minimum truck traffic to be 20 percent. The average truck percentage based on available data was consistently less than 20 percent.

- For segments with two lanes, we assumed truck traffic to be 10 percent. This is the highest percentage provided in the Federal Highway Administration LOS criteria.

- Background highway segment volumes are based on 2018 traffic volumes provided by ADOT's Traffic Data Management System.

As shown in figure 3.5.4-2, the combination of background traffic and all Resolution Copper daily traffic results in no highway segment operating below LOS B in years 2022 (representing construction) or 2027 (representing operations). Figure 3.5.4-2 also reflects the additional vehicle capacity these affected highway segments can serve before approaching LOS D.

4-RCMSER-0917

Final Environmental Impact Statement

**Table 3.6.4-3. Level of service and delay for p.m. / a.m. peak during peak construction (2022) and normal operations (2027)**

| Intersection | 2022 without Project | | 2022 with Project | | 2027 without Project | | 2027 with Project | |
|---|---|---|---|---|---|---|---|---|
| | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) |
| **Combs Road/Schnepf Road** | | | | | | | | |
| Eastbound Left | C | 24.8 | D | 25.9 | D | 31.5 | D | 31.8 |
| Eastbound Through/Right | C | 20.4 | C | 24.9 | D | 25.4 | D | 26.7 |
| Westbound Left | B | 12.1 | B | 12.3 | B | 12.3 | B | 12.4 |
| Westbound Through/Right | B | 12.3 | B | 12.6 | B | 12.8 | B | 12.9 |
| Northbound Left | C | 18.5 | C | 21.8 | C | 21.0 | C | 21.8 |
| Northbound Through/Right | B | 12.7 | B | 12.9 | B | 13.4 | B | 13.5 |
| Southbound Left | B | 11.1 | B | 11.3 | B | 11.5 | B | 11.5 |
| Southbound Through/Right | E | 42.4 | E | 47.1 | F | 67.5 | F | 67.7 |
| **Skyline Drive/Sierra Vista Drive** | | | | | | | | |
| Eastbound Left/Through | A | 7.7 | A | 7.8 | A | 7.9 | A | 7.9 |
| Southbound Left/Right | B | 10.1 | B | 10.4 | B | 10.6 | B | 10.7 |
| **Skyline Drive/Quail Run Lane** | | | | | | | | |
| Eastbound Left/Through/Right | A | 8.5 | A | 9.1 | A | 8.8 | A | 8.9 |
| Westbound Left/Through/Right | A | 8.0 | A | 8.4 | A | 8.1 | A | 8.2 |
| Northbound Left/Through/Right | A | 9.0 | A | 9.4 | A | 9.3 | A | 9.4 |
| Southbound Left/Through/Right | A | 7.6 | A | 7.9 | A | 7.7 | A | 7.8 |
| **Hewitt Station Road (NFS Road 357)/Westbound U.S. 60** | | | | | | | | |
| Northbound Left/Through | Intersection impacted by tailings storage facility alternatives, see table 3.5.4-8 | | | | | | | |
| Southbound Through/Right | | | | | | | | |
| **Hewitt Station Road (NFS Road 357)/Eastbound U.S. 60** | | | | | | | | |
| Southbound Left | Intersection impacted by tailings storage facility alternatives, see table 3.5.4-8 | | | | | | | |
| **Silver King Mine Road (NFS Road 229)/U.S. 60** | | | | | | | | |
| Eastbound Left | | | | | | | | |
| Westbound Left | Intersection impacted by tailings storage facility alternatives, see table 3.5.4-8 | | | | | | | |
| Northbound Left/Through/Right | | | | | | | | |
| Southbound Left/Through/Right | | | | | | | | |

333

4-RCMSER-0918

Resolution Copper Project and Land Exchange

| Intersection | 2022 without Project | | 2022 with Project | | 2027 without Project | | 2027 with Project | |
|---|---|---|---|---|---|---|---|---|
| | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) |
| **Main Street/Lonetree Road (Smeltertown Road)[a]** | | | | | | | | |
| Eastbound Left | A / A | 0.0 / 0.0 | A / A | 7.4 / 9.7 | A / A | 0.0 / 0.0 | A / A | 0.0 / 7.6 |
| Southbound Left/Right | A / A | 9.2 / 9.1 | C / B | 20.9 / 11.2 | A / A | 9.3 / 9.2 | A / B | 9.5 / 12.7 |
| **Main Street/U.S. 60[a]** | | | | | | | | |
| Eastbound Left/Through | A / A | 9.3 / 8.2 | A / B | 9.4 / 14.9 | A / A | 9.5 / 8.3 | B / A | 10.4 / 8.9 |
| Southbound Left | D / B | 25.7 / 14.2 | E / F | 67.0 / >120 | D / B | 28.3 / 14.9 | E / D | 45.6 / 26.2 |
| Southbound Right | B / A | 11.1 / 9.7 | F / B | 111.9 / 10.0 | B / A | 11.4 / 9.8 | C / A | 15.8 / 9.8 |
| **Helner Street/Ray Road/Westbound U.S. 60 Off-Ramp[†]** | | | | | | | | |
| Eastbound Left/Right | A | 9.6 | C | 17.1 | A | 9.7 | B | 10.2 |
| Westbound Left/Through/Right | A | 9.9 | B | 13.5 | A | 9.9 | B | 10.4 |
| Northbound Left/Through | A | 7.6 | A | 8.7 | A | 7.6 | A | 7.7 |
| **SR 177/Eastbound U.S. 60 Ramps[†]** | | | | | | | | |
| Eastbound Left/Through/Right | A | 9.8 | E | 43.5 | B | 10.0 | B | 11.1 |
| Southbound Left/Through | A | 7.7 | A | 8.0 | A | 7.7 | A | 7.8 |
| **Magma Mine Road (NFS Road 469)/U.S. 60** | | | | | | | | |
| Eastbound Left | A | 0.0 | A | 0.0 | A | 0.0 | A | 0.0 |
| Westbound Left | A | 8.0 | A | 8.3 | A | 8.1 | A | 8.2 |
| Northbound Left/Through/Right | C | 19.3 | D | 31.0 | C | 21.9 | F | >120 |
| Southbound Left/Through/Right | A | 0.0 | A | 0.0 | A | 0.0 | A | 0.0 |

Note: Shaded cells indicate a LOS of E or F, which is considered inadequate by ADOT.

[a]  Southwest Traffic Engineering LLC (2017) assessed a single, daily peak hour based on the sum of trips generated during the a.m. and p.m. peak periods. This was later updated at select intersections to include a detailed analysis of both a.m. and p.m. operations separately (Southwest Traffic Engineering LLC 2020b). The a.m. and p.m. peak analysis revealed the single peak hour approach assumed in the 2017 analysis was conservative.

[†]  LOS and delay information based on Southwest Traffic Engineering LLC (2017). This analysis assumed a relatively large portion of mine-related traffic during peak construction would travel to/from an existing mine facility located just north of Superior, Arizona. This traffic would use Magma Avenue. In response to DEIS comments from the Town of Superior and to reduce traffic on local roads, it is now proposed that all mine-related traffic associated with the West Plant Site facilities will use the existing entrance at the Main Street/Lonetree Road (Smeltertown Road) intersection during construction and operations.

334

Final Environmental Impact Statement



Figure 3.5.4-2. Roadway segment capacity

335

4-RCMSER-0920

Resolution Copper Project and Land Exchange

### Transportation Routes and Changes in Access

Changes in access to the NFS road system as a result of the proposed activities at the East Plant Site, West Plant Site, and filter plant and loadout facility are shown in table 3.5.4-4. Approximately 8.0 miles of NFS roads are expected to be decommissioned or lost.

The primary impacts occur from the subsidence area development and include large portions of NFS Roads 315 and 3153. These roads provide access to areas that include Apache Leap and Devil's Canyon as well as connectivity to other NFS roads. Access would still be available to these areas, but those routes may not be as direct or convenient. Resolution Copper may keep portions of the property open for public access, as feasible, but the roads that pass through the Oak Flat Federal Parcel are not expected to remain open.

All alternatives would involve impacts on Silver King Mine Road and NFS Road 229, which provide through travel to the highlands north of Superior, as well as to private inholdings in the Tonto National Forest. All alternatives would maintain access to these areas; for Alternative 4, access would be administrative due to the presence of the tailings storage facility.

**Table 3.5.4-4. Miles of NFS roads decommissioned and lost for East Plant Site, West Plant Site, and filter plant and loadout facility**

| Facility | Tonto National Forest NFS Roads Decommissioned and Lost (miles)* | Resolution Copper Applicant-Committed Improvements and Maintenance |
|---|---|---|
| West Plant Site: Total Roads | 2.54 | |
| NFS Road 1010 | 0.37 | Level 1 |
| NFS Road 229 | 2.17 | Portions reconstructed to level 3 |
| East Plant Site/Subsidence Area: Total Roads | 5.45 | |
| NFS Road 2432 | 0.78 | None |
| NFS Road 2433 | 0.23 | None |
| NFS Road 2434 | 0.29 | None |
| NFS Road 2435 | 0.28 | None |
| NFS Road 2438 | 0.32 | None |
| NFS Road 3153 | 1.19 | None |
| NFS Road 3791 | 0.1 | None |
| NFS Road 315 | 2.28 | None |
| San Tan Valley Filter Plant and Loadout Facility: Total Roads | 0.0 | None |

Notes: Roads intersected by pipeline corridors or transmission line corridors are considered to remain open.

Level 1 – Basic custodial care; Level 2 – High-clearance vehicles; Level 3 – Suitable for passenger cars

* Includes West Plant Site, East Plant Site, subsidence area, and maximum impact acreage for Silver King Mine Road alignment. Road segments less than 0.05 mile not shown.

### Roadway Maintenance

Transportation of personnel, equipment, supplies, and materials related to mine development, operation, and reclamation could increase roadway maintenance requirements. Increased traffic can contribute to earlier and more extensive deterioration of road surfaces, therefore requiring more frequent and higher levels of maintenance.

Road maintenance and repair activities currently are the responsibility of the governing jurisdiction (Town of Superior, Pinal County, or ADOT). Resolution Copper will also need to obtain Forest Service

4-RCMSER-0921

Road Use Permits, which grant Resolution Copper the authorization to perform road maintenance or reconstruction on NFS roads. These permits are part of the decision to be authorized in the ROD resulting from this EIS process. All roadways, including the primary roadways used by the project (U.S. 60, SR 177, and SR 79), are designed to incorporate growth in background traffic volumes into the design life of the pavement structure. Increases in traffic are accounted for in the design of existing roadways and do not require separate mitigation. One location brought forth for mitigation by Resolution Copper is the section of Main Street from U.S. 60 to Lonetree Road. The current road use plan uses the existing West Plant Site entrance at the Main Street/Lonetree Road intersection as the only allowed entrance during construction and operations for employees and deliveries. Based on the concentration of traffic onto this single section of Main Street, Resolution Copper agreed to cover increased maintenance costs for road degradation caused by mine traffic (Southwest Traffic Engineering LLC 2020a). A more detailed discussion of the economic effects of increased traffic in the vicinity of the Resolution Copper Project is available in Section 3.13, Socioeconomics.

Material/equipment trips during peak construction and normal operation may require oversize loads. However, the exact size and timing of these loads currently are not known. Arizona law requires overweight/oversize vehicles delivering supplies on the Arizona transportation system to obtain permits from ADOT at the time of travel, and this information is not required as part of the EIS process. These permits outline specific criteria for use of such transports and include separate engineering analysis. Resolution Copper will also need to obtain Forest Service Road Use Permits for such vehicles traveling on NFS roads. These permits are part of the decision to be authorized in the ROD resulting from this EIS process.

### Railroads

Arizona regulates rail traffic to prevent excessive delays. Rail speeds are governed by Federal law and ARS 40-845, which limits gate down times to a maximum of 15 minutes per occurrence. Resolution Copper intends to follow Federal and State law to prevent delays when rail use is instituted (Southwest Traffic Engineering LLC 2020b).

According to the GPO (Resolution Copper 2016c), during the peak production years of the mine an average of 0.8 train sets per day is expected to enter/exit the San Tan Valley filter plant and loadout facility via the MARRCO corridor, with a typical train set being 100 cars in length. The typical covered hopper rail car is upwards of 65 feet in length with an estimated 75 feet for each engine required to pull a 11,000-ton load. This results in a total train length of approximately 7,000 feet. Per the current Federal Rail Authority crossing inventory database, the MARRCO corridor is currently rated for a travel speed between 5 and 10 mph (Federal Railroad Administration Office of Safety Analysis 2020). No gate-down time for switching is anticipated at the connection to the main rail line. The estimated increase to gate-down time at the Attaway Road/Judd Road intersection is one occurrence of 8–15 minutes each day, consistent with Federal and State law. Also, Federal Rail Authority data indicate no trains currently cross this location or the other MARRCO corridor crossing locations between 6:00 a.m. and 6:00 p.m.

Alternative 4 – Silver King requires approximately two trains per day during peak operations to deliver materials along the MARRCO corridor from the West Plant Site to the main rail line. The trains are expected to arrive and depart during the night shift. Due to their overnight operations, the trains are expected to be inconsequential to the operations of the road network.

For safety purposes, it is recommended that Resolution Copper work with ADOT to update signage at highway and NFS road/railroad-grade crossings.

Resolution Copper Project and Land Exchange

### Safety

Collision data on U.S. 60 at Silver King Mine Road and Main Street were obtained from ADOT's Traffic Records Section and reviewed as part of the traffic impact analysis to determine if any trends could be observed. Selection of these intersections was based on proximity to the town of Superior and the concentration of mine-related traffic in the vicinity. Outside of these intersections, mine-related traffic represents less than 2 percent of daily traffic. Records for the most recent 5-year period are shown in table 3.5.4-5 (Southwest Traffic Engineering LLC 2020b).

Table 3.5.4-5. U.S. 60 intersection crash summary

| Year | U.S. 60/Silver King Mine Road | U.S. 60/Main Street |
|---|---|---|
| 2014 | 0 | 1 (rear-end) |
| 2015 | 0 | 1 (left-turn) |
| 2016 | 0 | 0 |
| 2017 | 0 | 0 |
| 2018 | 0 | 0 |
| 5-Year Total | 0 | 2 |

The available collision data do not reveal any crash patterns or trends at the study intersections that require mitigation by the Resolution Copper expansion.

A single left-turn collision was reported at the U.S. 60/Main Street intersection in 2015 (pre-construction conditions completed on U.S. 60). However, with an additional 611 eastbound left-turn trips at this intersection during construction, along with 133 eastbound left-turn mine trips during normal operations, this intersection will require monitoring for potential safety mitigation, as described in the "Mitigation Effectiveness" section (Southwest Traffic Engineering LLC 2020b).

Moreover, as discussed in the "Highway Segment Traffic Volume and Level of Service" subsection above, the impacts of additional heavy vehicles to SR 77, SR 79, and SR 177 were evaluated. We anticipate 66 heavy vehicles daily as part of the peak construction and continuing operation of the West Plant Site, East Plant Site, and tailings storage facility. After accounting for trip distribution on each highway, the added truck traffic represents up to 2 percent increase in the total number of trucks on these facilities, compared with existing volumes. There were no recorded bicycle collisions on either SR 177 or SR 77 and only a single pedestrian collision on the impacted segment of SR 177 since 2009. The available crash data do not reveal any existing crash patterns or trends that would be adversely impacted by the 2 percent increase in heavy vehicle usage.

### Changes in Access

Resolution Copper mine-related trips will not establish new access onto U.S. 60 or other state highways under any of the proposed action alternatives. No permits for new access to ADOT facilities are anticipated at this time.

### 3.5.4.3    Alternative 2 and Alternative 3 – Near West

### Mine-Related Traffic

Table 3.5.4-6 summarizes the facility footprint and intersections impacted by mine-related traffic at each tailings storage facility alternative. For Alternatives 2 and 3, the tailings storage facility is located at the

4-RCMSER-0923

Final Environmental Impact Statement

same site and the traffic impacts are the same; therefore, the results for these two alternatives have been grouped together.

**Table 3.5.4-6. Footprint and intersections impacted by each tailings storage facility location**

| Alternative | Footprint within Tailings Storage Facility Fence Line (acres) | Intersections Impacted by Traffic |
|---|---|---|
| Alternatives 2 and 3 – Near West | 4,903 | U.S. 60 and Hewitt Station Road |
| Alternative 4 – Silver King | 5,660 | U.S. 60 and Silver King Mine Road |
| Alternative 5 – Peg Leg | 10,781 | SR 79 and Florence-Kelvin Highway |
| | | SR 177 and Florence-Kelvin Highway |
| | | Florence-Kelvin Highway and Peg Leg Road |
| Alternative 6 – Skunk Camp | 9,281 | SR 77 and Dripping Springs Road |

Table 3.5.4-7 shows the total number of trips expected during the peak hour for each alternative (50 percent of trips are assumed to be inbound and 50 percent outbound during the peak hour). Alternatives 2 and 3 involve 64 daily trips during construction and 46 daily trips during normal operations.

**Table 3.5.4-7. Site-generated trips during peak hour for each alternative**

| Alternative | Peak Construction | | Normal Operations | |
|---|---|---|---|---|
| | Employee Trips (vehicle trips per hour) | Material/ Equipment Trips (vehicle trips per hour) | Employee Trips (vehicle trips per hour) | Material/ Equipment Trips (vehicle trips per hour) |
| Alternatives 2 and 3 – Near West | 42 | 22 | 24 | 22 |
| Alternative 4 – Silver King | 66 | 22 | 36 | 22 |
| Alternative 5 – Peg Leg | 44 | 22 | 24 | 22 |
| Alternative 6 – Skunk Camp | 42 | 22 | 24 | 22 |

Note: Peak-hour employee and material/equipment trips are assumed to be inbound during the a.m. peak hour and outbound during the p.m. peak hour.

Analysis includes assumptions designed to estimate peak-hour employee trips based on the number of employees working at each facility:

- There would be several different employee types and shift times/lengths at the mining facilities. A shift reduction factor of 0.66 was applied to estimate the number of employees traveling to/from the site during the peak hour.

- It was assumed that employees would arrive during the a.m. peak hour, and depart during the p.m. peak hour.

- To factor in employee carpooling, it was assumed that each vehicle entering the site would carry an average of 1.7 employees. This is based on data provided by Resolution Copper for observed carpooling behavior of staff at the existing Resolution Copper Mine.

### Intersection Traffic Volume and Level of Service

Table 3.5.4-8 shows the delay and LOS for each alternative (Southwest Traffic Engineering LLC 2017, 2018, 2020b), with and without the project, during peak construction (year 2022) and normal operations (year 2027).

339

4-RCMSER-0924

Resolution Copper Project and Land Exchange

**Table 3.5.4-8. Level of service and delay for tailings storage facility alternate locations for p.m. / a.m. during peak construction (2022) and normal operations (2027)**

| Alternative | Intersection | 2022 without Project | | 2022 with Project | | 2027 without Project | | 2027 with Project | |
|---|---|---|---|---|---|---|---|---|---|
| | | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) |
| Alternatives 2 and 3 – Near West Location | **Hewitt Station Road (NFS Road 357)/Eastbound U.S. 60** | | | | | | | | |
| | Northbound Through/Right | A | 0.0 | A | 0.0 | A | 0.0 | A | 0.0 |
| | Southbound Left/Through | B | 10.6 | B | 11.3 | B | 10.9 | B | 11.4 |
| | **Hewitt Station Road (NFS Road 357)/Westbound U.S. 60** | | | | | | | | |
| | Northbound Left/Through | C | 15.1 | C | 15.6 | C | 15.5 | C | 16.4 |
| | Southbound Through/Right | B | 13.7 | B | 12.1 | B | 13.9 | B | 12.9 |
| Alternative 4 – Silver King Location | **Silver King Mine Road (NFS Road 229)/U.S. 60¹** | | | | | | | | |
| | Eastbound Left | A | 9.2 | B | 13.1 | A | 9.5 | B | 11.0 |
| | Westbound Left | A | 8.6 | B | 11.2 | A | 6.8 | A | 9.9 |
| | Northbound Left/Through/Right | C | 18.6 | F | >120 | C | 20.9 | E | 45.4 |
| | Southbound Left/Through/Right | C | 17.8 | F | 105.7 | C | 19.4 | D | 33.1 |
| Alternative 5 – Peg Leg Location | **Florence- Kelvin Highway/SR 79** | | | | | | | | |
| | Westbound Left/Right | B | 10.1 | B | 10.4 | B | 10.4 | B | 10.6 |
| | Southbound Left | A | 7.9 | A | 7.9 | A | 7.9 | A | 8.0 |
| | **Florence-Kelvin Highway/SR 177** | | | | | | | | |
| | Eastbound Left/Right | A | 9.3 | A | 9.9 | A | 9.5 | A | 9.9 |
| | Northbound Left/Through | A | 7.6 | A | 7.6 | A | 7.6 | A | 7.6 |
| | **Florence-Kelvin Highway/Peg Leg Road** | | | | | | | | |
| | Eastbound Left/Right | n/a | n/a | A | 8.8 | n/a | n/a | A | 8.7 |
| | Northbound Left/Through | n/a | n/a | A | 7.3 | n/a | n/a | A | 7.3 |
| Alternative 6 – Skunk Camp Location | **Dripping Springs Road/SR 77** | | | | | | | | |
| | Eastbound Left/Right | A | 9.1 | A | 9.8 | A | 9.2 | A | 9.8 |
| | Northbound Left/Through | B | 7.4 | A | 7.4 | A | 7.4 | A | 7.5 |

340

Final Environmental Impact Statement

| Alternative | Intersection | 2022 without Project | | 2022 with Project | | 2027 without Project | | 2027 with Project | |
|---|---|---|---|---|---|---|---|---|---|
| | | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) | LOS Rank p.m. / a.m. | Delay (seconds per vehicle) |
| Alternatives 2, 3, 5, and 6 | **Silver King Mine Road (NFS Road 229)/U.S. 60†** | | | | | | | | |
| | Eastbound Left | A / A | 9.0 / 8.1 | B / A | 12.5 / 8.2 | A / A | 9.3 / 8.3 | B / A | 10.7 / 8.3 |
| | Westbound Left | A / A | 8.8 / 8.0 | A / B | 8.7 / 10.5 | A / A | 9.0 / 8.1 | A / A | 8.9 / 9.1 |
| | Northbound Left/Through/Right | C / B | 20.3 / 11.8 | D / D | 32.1 / 25.2 | C / B | 23.1 / 12.3 | D / C | 27.9 / 17.0 |
| | Southbound Left/Through/Right | C / B | 20.0 / 12.9 | E / C | 41.8 / 18.7 | C / B | 22.8 / 13.6 | D / C | 28.0 / 16.2 |

Notes: Shaded cells indicate a LOS of E or F, which is considered inadequate by ADOT; n/a = not applicable.

* LOS and delay information based on Southwest Traffic Engineering LLC (2017).

† Southwest Traffic Engineering LLC (2017) assessed a single, daily peak hour based on the sum of trips generated during the a.m. and p.m. peak periods. This was later updated at select intersections to include a detailed analysis of both a.m. and p.m. operations separately (Southwest Traffic Engineering LLC 2020b). The a.m. and p.m. peak analysis revealed the single peak hour approach assumed in the 2017 analysis was conservative.

341

4-RCMSER-0926

Resolution Copper Project and Land Exchange

For Alternatives 2 and 3, the intersections adjacent to the tailings storage facility alternatives are expected to continue operating at an adequate LOS during both peak construction and normal operations. No right- or left-turn lanes are required at the study intersections providing access to the tailings storage facility alternatives. The northbound land group at the Silver King Mine Road/U.S. 60 intersection degrades from LOS C to LOS F during construction, and to LOS E during operations. The southbound lane group degrades from LOS C to LOS F during construction, and returns to LOS D during operations.

### Transportation Routes and Changes in Access

Mine development has the potential to permanently alter, add, or decommission NFS roads or temporarily restrict access to NFS roads and lands, which could impact forest users and permittees. Some roads cut off by the perimeter fence would result in dead-end conditions. Ongoing and future travel management planning would determine which, if any, of these dead-end roads should be closed or decommissioned. These new conditions would result in site-specific and user-specific impacts, depending upon an individual's preference for using an NFS road.

Under all action alternatives, public access would not be allowed on any roads within the perimeter fence for security purposes and in order to protect public health and safety. This may conflict with the ongoing travel management goals of maintaining NFS roads for public use to the degree reasonable. All NFS roads and unauthorized roads on NFS land within the perimeter fence or roads on NFS land outside the perimeter fence that would no longer be accessible would be either decommissioned, rerouted to connect to another road, changed to administrative-only access, or have a turnaround constructed near the perimeter fence. Roadway decommissioning details would be developed by the Forest Service when the time for permanent closure is closer and more information is available. The NFS roads expected to be decommissioned or otherwise lost to public access for Alternatives 2 and 3 are shown in table 3.5.4-9.

Approximately 21.7 miles of NFS roads are expected to be decommissioned or lost. The roads impacted by the tailings storage facility are largely local to the tailings area and one route does provide through travel to other areas of the Tonto National Forest. Access would still be available to these areas but those routes may not be as direct or convenient.

All NFS roads that would be used by Resolution Copper and also remain open to the public would be maintained by Resolution Copper, and road improvements would be made when needed to maintain public safety. Table 3.5.4-10 describes the disturbance from new access roads associated with each alternative.

**Table 3.5.4-9. Miles of NFS roads decommissioned and lost for Alternatives 2 and 3 tailings storage facility**

| Facility | Tonto National Forest NFS Roads Decommissioned and Lost (miles) | Resolution Copper Applicant-Committed Improvements and Maintenance |
|---|---|---|
| Alternatives 2 and 3 – Near West: Total Roads* | 21.70 | |
| NFS Road 2386 | 0.20 | Portions restored to level 1 |
| NFS Road 1903 | 2.68 | None |
| NFS Road 1907 | 1.82 | None |
| NFS Road 1909 | 0.36 | None |
| NFS Road 1910 | 0.41 | None |
| NFS Road 1912 | 0.54 | None |
| NFS Road 1913 | 0.29 | None |
| NFS Road 1914 | 0.29 | None |

342

Final Environmental Impact Statement

| Facility | Tonto National Forest NFS Roads Decommissioned and Lost (miles) | Resolution Copper Applicant-Committed Improvements and Maintenance |
|---|---|---|
| NFS Road 1915 | 0.39 | None |
| NFS Road 1916 | 0.22 | None |
| NFS Road 1917 | 0.40 | None |
| NFS Road 1918 | 0.23 | None |
| NFS Road 1919 | 0.40 | None |
| NFS Road 2359 | 2.22 | None |
| NFS Road 2360 | 1.33 | None |
| NFS Road 2361 | 0.37 | None |
| NFS Road 2362 | 0.31 | None |
| NFS Road 2363 | 0.37 | None |
| NFS Road 2364 | 0.59 | None |
| NFS Road 2366 | 0.05 | None |
| NFS Road 2380 | 0.96 | None |
| NFS Road 252 | 3.36 | Portions reconstructed to level 2 |
| NFS Road 3450 | 0.26 | None |
| NFS Road 518 | 2.41 | None |
| NFS Road 982 | 1.10 | Portions reconstructed to level 2 |
| NFS Road 3455 | 0.08 | None |
| NFS Road 357 | 0.06 | Maintained (level not specified) |

Notes: Level 1 – Basic custodial care; Level 2 – High-clearance vehicles; Level 3 – Suitable for passenger cars

* Includes tailings facility (within fence line) and borrow area footprints; does not include pipeline or transmission line corridors, which are assumed to allow roads to remain open. Road segments less than 0.05 mile not shown.

Table 3.5.4-10. New access roads for tailings storage facility alternatives

| Alternative | New Access Roads |
|---|---|
| Alternatives 2 and 3 – Near West | This alternative would include rerouting Silver King Mine Road (NFS Road 229) to maintain through-access. |
| Alternative 4 -- Silver King | This alternative involves rerouting of Silver King Mine Road for deliveries to the West Plant Site. The new access road would be about 1 mile in length. The new access road reduces the use of Silver King Mine Road (NFS Road 229) to 0.4 mile, but infrequent use along NFS Road 229, north of the MARRCO corridor would continue for accessing the SRP substation. |
| Alternative 5 – Peg Leg | This alternative would include rerouting Silver King Mine Road (NFS Road 229) to maintain through-access. |
| | Most access roads would follow existing routes. However, some new access roads would be needed along the tailings conveyance pipeline corridor. Additional access roads for the tailings pipeline alignment would include 2.2 miles or 9 acres of new disturbance. |
| Alternative 6 – Skunk Camp | This alternative would include rerouting Silver King Mine Road/NFS Road 229 to maintain through access. |
| | New access roads would be needed along the tailings conveyance pipeline corridor, including 4 acres of new disturbance. The main access road would follow the collocated pipeline/powerline corridor for 19 miles from West Plant Site to tailings storage facility, using existing roads where possible. |

4-RCMSER-0928

Resolution Copper Project and Land Exchange

### 3.5.4.4     Alternative 4 – Silver King

*Mine-Related Traffic*

Table 3.5.4-6 summarizes the facility footprint and intersections impacted by mine-related traffic at each tailings storage facility alternative. Table 3.5.4-7 shows the total number of trips expected during the peak hour for each alternative (50 percent of trips are assumed to be inbound and 50 percent outbound during the peak hour). Alternative 4 involves 88 trips in the peak hour during construction and 58 trips in the peak hour during normal operations. Alterative 4 is unique in that it also involves relocating the filter plant and loadout facility from San Tan Valley to the West Plant Site. Thus, more employees are needed for the Silver King alternative than the other alternatives. In general, more employees are needed during peak construction than normal operations.

*Intersection Traffic Volume and Level of Service*

Table 3.5.4-8 shows the delay and LOS for each alternative, with and without the project, during peak construction (year 2022) and normal operations (year 2027). For Alternative 4, the Silver King Mine Road/U.S. 60 intersection, northbound, degrades from LOS C to LOS F during construction, and to LOS E during operations. The southbound lane group degrades from LOS C to LOS F during construction, and returns to LOS D during operations.

*Transportation Routes and Changes in Access*

The NFS roads expected to be decommissioned or otherwise lost to public access for Alternative 4 are shown in table 3.5.4-11.

Approximately 17.7 miles of NFS roads are expected to be decommissioned or lost. The roads impacted by the tailings storage facility provide through-travel to other areas of the Tonto National Forest, including some recreation loops and private inholdings (including Silver King Mine). Access would still be available to the recreation areas but those routes may not be as direct or convenient. Administrative access would be maintained on NFS Road 229 in order to provide through-travel to private inholdings.

All NFS roads that would be used by Resolution Copper and also remain open to the public would be maintained by Resolution Copper, and road improvements would be made when needed to maintain public safety. Table 3.5.4-11 describes the disturbance from new access roads associated with each alternative.

**Table 3.5.4-11. Miles of NFS roads decommissioned and lost for Alternative 4 tailings storage facility**

| Facility | Tonto National Forest NFS Roads Decommissioned and Lost (miles)* | Resolution Copper Applicant-Committed Improvements and Maintenance |
|---|---|---|
| Alternative 4 – Silver King: Total Roads | 17.70 | |
| NFS Road 229 | 1.97 | Portions reconstructed to level 3 |
| NFS Road 1010 | 0.32 | None |
| NFS Road 1053 | 1.46 | None |
| NFS Road 2358 | 0.22 | None |
| NFS Road 2371 | 0.38 | None |
| NFS Road 2374 | 0.78 | None |
| NFS Road 2375 | 0.41 | None |
| NFS Road 2386 | 0.20 | Portions restored to level 1 |

4-RCMSER-0929

Final Environmental Impact Statement

| Facility | Tonto National Forest NFS Roads Decommissioned and Lost (miles)* | Resolution Copper Applicant-Committed Improvements and Maintenance |
|---|---|---|
| NFS Road 2389 | 0.82 | None |
| NFS Road 2442 | 0.39 | None |
| NFS Road 2443 | 0.12 | None |
| NFS Road 2444 | 0.18 | None |
| NFS Road 2445 | 0.61 | None |
| NFS Road 2446 | 0.14 | None |
| NFS Road 2447 | 0.65 | None |
| NFS Road 2448 | 1.18 | None |
| NFS Road 2449 | 0.25 | None |
| NFS Road 2450 | 0.06 | None |
| NFS Road 2451 | 0.12 | None |
| NFS Road 2452 | 1.43 | None |
| NFS Road 3152 | 0.55 | Portions reconstructed to level 3 |
| NFS Road 3787 | 0.14 | None |
| NFS Road 650 | 3.62 | None[†] |
| NFS Road 982 | 1.70 | None[†] |

Note: Level 1 – Basic custodial care; Level 2 – High-clearance vehicles; Level 3 – Suitable for passenger cars

* Includes tailings facility (within fence line) and borrow area footprints; does not include pipeline or transmission line corridors, which are assumed to allow roads to remain open. Road segments less than 0.05 mile not shown.

† The GPO indicates reconstruction of portions of these roads to level 2, but those actions were specific to the tailings storage facility at the Near West location.

## 3.5.4.5    Alternative 5 – Peg Leg

### Mine-Related Traffic

Table 3.5.4-6 summarizes the facility footprint and intersections impacted by mine-related traffic at each tailings storage facility alternative. Table 3.5.4-7 shows the total number of trips expected during the peak hour for each alternative (50 percent of trips are assumed to be inbound and 50 percent outbound during the peak hour). Alternative 5 involves 66 trips in the peak hour during construction and 46 trips in the peak hour during normal operations.

### Intersection Traffic Volume and Level of Service

Table 3.5.4-8 shows the delay and LOS for each alternative, with and without the project, during peak construction (year 2022) and normal operations (year 2027). For Alternative 5, the intersections adjacent to the tailings storage facility alternatives are expected to continue operating at an adequate LOS during both peak construction and normal operations.

### Transportation Routes and Changes in Access

Alternative 5 would not result in the loss or decommissioning of any additional NFS roads due to the tailings storage facility. BLM estimates that the Alternative 5 footprint would directly affect approximately 29 miles of inventoried routes, with additional indirect effects from through disruption of existing routes. The BLM land in the area is designated under OHV regulations as "Limited to Existing Roads and Trails." The area includes existing primitive roads and trails, and the tailings facility would cause the loss of access and disrupt the continuity of existing routes. BLM also has identified potential loss of access to mining activities and grazing facilities as concerns for Alternative 5.

4-RCMSER-0930

### 3.5.4.6    Alternative 6 – Skunk Camp

*Mine-Related Traffic*

Table 3.5.4-6 summarizes the facility footprint and intersections impacted by mine-related traffic at each tailings storage facility alternative. Table 3.5.4-7 shows the total number of trips expected during the peak hour for each alternative (50 percent of trips are assumed to be inbound and 50 percent outbound during the peak hour). Alternative 5 involves 64 trips in the peak hour during construction and 46 trips in the peak hour during normal operations.

*Traffic Volume and Level of Service*

Table 3.5.4-8 shows the delay and LOS for each alternative, with and without the project, during peak construction (year 2022) and normal operations (year 2027). For Alternative 6, the intersections adjacent to the tailings storage facility alternatives are expected to continue operating at an adequate LOS during both peak construction and normal operations.

*Transportation Routes and Changes in Access*

Alternative 6 would be wholly located on private lands (after assumed acquisition of State Trust lands) and would impact 5.7 miles of Dripping Springs Road. BLM has identified the potential loss of access to mining activities and grazing facilities as concerns for Alternative 6.

### 3.5.4.7    Cumulative Effects

Full details of the cumulative effects analysis can be found in chapter 4. The following represents a summary of the cumulative impacts resulting from the project-related impacts described in Section 3.5.4, Environmental Consequences, that are associated with transportation and access, when combined with other reasonably foreseeable future actions.

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable, and have impacts that likely overlap in space and time with impacts from the Resolution Copper Project:

- ADOT Pinal County North-South Corridor
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project
- Silver Bar Mining Regional Landfill and Cottonwood Canyon Road

The cumulative effects analysis area for transportation is the roads adjacent to the mine and the regional transportation routes, since traffic from both the Resolution Copper Project and other reasonably foreseeable future actions would potentially travel these same routes. The metric used to quantify traffic and access cumulative impacts is the combined additional volume of traffic on road segments. Increased traffic impacts would be felt by residents, travelers, and users either on road segments or at intersections, and increased volume over existing levels is associated with reductions in level of service, increased travel times, and potential for increased accidents.

The transportation and access cumulative effects analysis area includes approximately 150 miles of major roadways and approximately 38 miles of minor roadways. The locations identified where overlaps in project-related traffic could occur are SR 177 and U.S. 60.

---

346

- SR 177. Based on the analysis in section 3.5.4, the current traffic load on SR 177 is 2,067 vehicles per day, with an anticipated 1,618 vehicles per day added by the Resolution Copper Project. The analysis further estimates that SR 177 could accept an additional 4,415 vehicles before reaching unacceptable levels of service (see figure 3.5.4-2 segment #5). Given the minimal number of vehicles from the Ripsey Wash Tailings Project (155 per day), and the assumption that a portion of the Ray Land Exchange traffic would replace existing Ray Mine traffic on SR 177, the cumulative effect on SR 177 would be unlikely to reach unacceptable levels due to the combination of Resolution Copper Project traffic with traffic from these three reasonably foreseeable future actions.

- U.S. 60. Based on the analysis in section 3.5.4, the current traffic load on U.S. 60 is 15,077 vehicles per day, with an anticipated 1,618 vehicles per day added by the Resolution Copper Project. The analysis further estimates that U.S. 60 could accept an additional 39,605 vehicles per day before reaching unacceptable levels of service (see figure 3.5.4-2 segment #2). The amount of traffic from Silver Bar landfill is unknown, but it appears the cumulative effect on U.S. 60 would be negligible due to the large available capacity of the roadway, and the route would be unlikely to reach unacceptable levels due to the combination of Resolution Copper Project traffic with traffic from these three reasonably foreseeable future actions.

- The proposed ADOT Pinal County North-South Corridor could reduce current traffic volumes on SR 177 and U.S. 60 by shifting trips on these roadways to the new roadway. Furthermore, the anticipated trips associated with the Resolution Copper Project would also use a new roadway built within the North-South Corridor. This would increase trip distribution on all major roadways serving the area, thus reducing the likelihood of any of the roadways reaching unacceptable levels of service due to the combination of Resolution Copper Project traffic with traffic from these four reasonably foreseeable future actions.

The new Queen Creek Bridge and Waterfall Canyon Bridge on U.S. 60 have ongoing construction that will last into 2026, resulting in occasional restrictions and closures. The previous bridges had reached the end of their lifespans and no longer met current bridge design standards, necessitating their replacement. The restrictions and closures are unlikely to overlap in time with the Resolution Copper Project.

### 3.5.4.8    Mitigation Effectiveness

| Mitigation Identifier and Title | Authority to Require |
|---|---|
| FS-TA-01: New mitigation aspects of revised road use plan | Required – Forest Service |
| FS-RC-03: Mitigation for adverse impacts to recreational trails (Tonto National Forest multi-use trail plan) | Required – Forest Service |
| RC-SO-06: Agreement with Town of Superior to cover direct costs | Committed – Resolution Copper |

We developed a robust monitoring and mitigation strategy to avoid, minimize, rectify, reduce, or compensate for resource impacts that have been identified during the process of preparing this EIS. Appendix J contains descriptions of mitigation measures that are being required by the Forest Service and mitigation measures voluntarily brought forward and committed to by Resolution Copper. Appendix J also contains descriptions of monitoring that would be needed to identify potential impacts and mitigation effectiveness.

This section contains an assessment of the effectiveness of design features associated with mitigation and monitoring measures found in appendix J that are applicable to transportation and access. See appendix J for full descriptions of each measure noted below.

Resolution Copper Project and Land Exchange

### *Mitigation Effectiveness and Impacts of Forest Required Mitigation Measures Applicable to Transportation and Access*

Appendix J contains mitigation and monitoring measures being required by the Forest Service under its regulatory authority or because these measures are required by other regulatory processes (such as the Biological Opinion). These measures are assumed to occur, and their effectiveness and impacts are disclosed here. The unavoidable adverse impacts disclosed below take the effectiveness of these mitigations into account.

**New mitigation aspects of revised road use plan (FS-TA-01).** Implementing the revised road use plan would help reduce the conflicts with existing traffic and recreational road users that would occur during construction and operations. However, implementation of the plan would not be effective at maintaining the current level of service for some intersections, and these traffic impacts would remain. New mitigation measures aimed at reducing disclosed impacts would be incorporated. These mitigation measures would be effective at reducing the impacts of road and pipeline crossing, especially with the Arizona National Scenic Trail, maintaining access east of Oak Flat, maintaining access for recreation activities, and reducing traffic impacts in the town of Superior by changing the location of employee access to the West Plant Site.

**Mitigation for adverse impacts to recreational trails (Tonto National Forest multi-use trail plan) (FS-RC-03).** Implementation of this plan would replace over 20 miles of motorized and non-motorized trail on Tonto National Forest around Superior. The Oak Flat area is heavily used for recreation, and the loss of Federal land base due to the land exchange (and the tailings storage facilities for some alternatives) would put pressure on remaining recreation areas. This plan would be effective at expanding the motorized and non-motorized travel routes and recreational opportunities in a sustainable manner consistent with Tonto National Forest management direction.

### *Mitigation Effectiveness and Impacts of Resolution Committed Mitigation Measures Applicable to Transportation and Access*

Appendix J contains mitigation and monitoring measures committed by Resolution Copper in contractual, financial, or other agreements. These measures are assumed to occur, and their effectiveness and impacts are disclosed here. However, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account as they are not within the authority of the Forest Service to ensure.

**Agreement with Town of Superior to cover direct costs (RC-SO-06).** There is the potential for impacts to the transportation network within the town of Superior, including increased road maintenance costs due to traffic from the mine, and the potential for mitigation measures related to increased traffic volume and public safety. Resolution Copper has reached agreement with the Town of Superior to offset costs to the Town that are a direct result of the mine. This measure would be effective at eliminating these transportation impacts.

### *Mitigation Effectiveness and Impacts of Resolution Voluntary Mitigation Measures Applicable to Transportation and Access*

Appendix J contains several other potential future mitigation measures that the Forest Service is disclosing as potentially useful in mitigating adverse effects, but for which there is no authority to require. There is no expectation that these measures would occur, and therefore the effectiveness is not considered in the EIS. No potential future mitigation measures were identified that are applicable to transportation and access.

### Unavoidable Adverse Impacts

Increased traffic associated with mine worker commuting and truck traffic to and from the mine is expected to result in impacts that cannot be avoided or fully mitigated, including increased traffic congestion and increased risk of traffic accidents. Decreases in LOS to subpar levels (LOS E or F) would occur at several intersections due to mine traffic during both peak construction years and normal operations.

Access to the Oak Flat area, including Devil's Canyon and Apache Leap, would be maintained to an extent, but would use less-direct routes than NFS Road 315, which currently provides the primary access. Loss of access to these areas would be mitigated, but not fully.

Loss of access to the highlands north of the West Plant Site would be fully offset for Alternatives 2, 3, 5, and 6 by rerouting the road. Loss of access to the general public under Alternative 4 would not be mitigated by this measure, as only administrative access would be maintained.

All alternatives, including Alternative 6, could result in some loss of access to other authorized land uses (e.g., mineral exploration, livestock grazing, wildlife hunting) in the area around the tailings storage facilities.

### 3.5.4.9    Other Required Disclosures

### Short-Term Uses and Long-Term Productivity

Impacts from increased mine-related traffic would be short term and would cease when the mine is closed.

### Irreversible and Irretrievable Commitment of Resources

Irretrievable impacts on transportation and access would occur as a result of an increase of traffic on State, County, and public NFS roads from mining and related activities within the analysis area and from the reduction of public access to roads within the perimeter fence. Because mine-related traffic would cease after mine closure, traffic impacts would not be considered an irreversible commitment of resources. Existing roads that would be decommissioned within the perimeter fence of the mine would constitute both an irreversible and irretrievable commitment of resources. Roads that are permanently covered with tailings or within the subsidence area would be an irreversible commitment, whereas those that are cut off to public access by the perimeter fence could potentially be restored or rerouted following mine closure and therefore are considered to be an irretrievable commitment of resources.

Resolution Copper Project and Land Exchange

# 3.6   Air Quality

## 3.6.1   Introduction

Air quality conditions are a valuable resource from an aesthetic and human health perspective, and they are subject to specific regulations that aim to protect that resource. Local and regional aspects of air quality may be affected by the proposed action and alternatives during construction, operations, and closure and reclamation. The applicable regulations and policies establish thresholds for evaluating air quality impacts, and this section includes a description of the existing environment and potential consequences (impacts on air quality) of the proposed action and alternatives under that regulatory framework. The regulatory framework protects aesthetic and human health conditions. Beyond regulation of specific

> ### Overview
>
> Motorized mine equipment and vehicles, potential large-scale ground surface disturbance and conveyance, and placement of mine tailings can adversely affect air quality through emissions and wind-borne particulates generated during mining operations. Short- and long-term local air quality monitoring records, as well as regional monitoring of National Ambient Air Standards (NAAQS), ozone ($O_3$), hazardous air pollutants (HAPs), anticipated effects on visibility, and other Federal and State emissions standards are key factors that help to analyze potential project impacts. Class I and Class II sensitive areas are of specific concern.

contaminants, the Forest Service has further responsibility to consider the impacts of air quality to special areas like wilderness and national parks, and these effects are also considered in this section. We briefly summarize some aspects of the analysis in this section. Additional details not included are captured in the project record (Newell, Garrett, et al. 2018).

### 3.6.1.1   Changes from the DEIS

We received many public comments concerned with whether the air quality modeling adequately captures extreme wind or dust events. We added a discussion of the baseline monitoring conducted to support the modeling effort and the adequacy of that monitoring to capture such extreme weather events.

Since the maximum air quality impacts among the alternatives have highly similar results, in order to minimize bulk in the DEIS document we had kept results for the alternatives in reference materials, and presented results for only Alternative 2 in the DEIS text. We have now included results for all alternatives for comparison.

The cumulative effects analysis was revised for the FEIS to better quantify impacts and is described in detail in Chapter 4 and summarized in this section. Any mitigations developed between the DEIS and FEIS are summarized in appendix J and if applicable to air quality, are analyzed for effectiveness in this section.

### 3.6.1.2   Changes from the January 2021 Rescinded FEIS

The estimate of greenhouse gas emissions has been revised to reflect several changes. First, estimates of electricity use and the associated greenhouse gas emissions have been updated to reflect more current demand estimates. Second, in response to public comments, an estimate of greenhouse gas emissions from smelting has been added to the disclosure.

Further analysis to demonstrate conformity has been added to this section, the cumulative effects analysis was revised based on updates to the list of potentially reasonably foreseeable actions, and the section has been updated to reflect analysis of consistency with the new "Tonto National Forest Land Management Plan," implemented in December 2023.

4-RCMSER-0935

## 3.6.2 Analysis Methodology, Assumptions, and Uncertain and Unknown Information

### 3.6.2.1 Analysis Area

The full analysis area consists of the area modeled for potential air quality impacts (the "near field" and "far field" areas) and can be seen in figure 3.6.2-1. The physical nature of the emission, along with the location, operating times, and amount of emissions are developed for each emission source. The ambient air quality impacts are assessed at locations (receptors) that begin at the fence line or ambient air boundary of each of the plant sites (East Plant Site, West Plant Site, tailings storage facility, filter plant and loadout facility). The applicable regulations and policies have established thresholds for evaluating air quality impacts and include special provisions for sensitive areas (Class I areas such as national parks and wilderness areas, and certain sensitive Class II areas); these sensitive areas fall within the analysis area as well.

### 3.6.2.2 Methodology

#### *Baseline Monitoring*

Resolution Copper has established a baseline monitoring program, collecting baseline air quality and meteorological data since 2012 at three sites in the project area. Meteorological data were collected near the East Plant Site and West Plant Site and at the Hewitt station, which is near the base of the Near West (alternative) tailings storage facility. The collected data are representative of conditions near the project sources and used as input for dispersion modeling of emissions and impacts. The modeling effort used 2 years of meteorological data (2015 and 2016) as input to estimate impacts near each site.
The monitoring also collected baseline ambient air quality data at the same time, including nitrogen oxides ($NO_X$), sulfur dioxide ($SO_2$), ozone, particulate matter equal to and less than 10 microns in aerodynamic diameters ($PM_{10}$), and particulate matter equal to and less than 2.5 microns in aerodynamic diameter ($PM_{2.5}$) at the East Plant Site, and $PM_{10}$ and $PM_{2.5}$ at the West Plant Site. A monitoring plan that describes methods and procedures, designed to meet the requirements of 40 CFR Part 58, Appendix A and Appendix E, was approved for use in modeling by the PCAQCD in 2011 and again in 2016 (Air Sciences Inc. 2016; Walch 2019). Quarterly data summaries have been prepared and submitted to PCAQCD for review and comment, documenting ongoing system checks, data review, calibrations, and audits.

The modeling effort for the DEIS was completed in 2018, prior to the acceptance of the 2017 data, which continued to be collected by Resolution Copper; subsequently, Hampson et al. (2020) confirmed that modeling with the 2017 data would not change the modeled impacts. The monitoring effort effectively captures the adverse air quality conditions, including periods with high wind speeds, adverse stagnant air conditions, and the highest background air quality concentrations in the project area. EPA modeling protocols require only 1 year of on-site data for regulatory, permitting efforts; the modeling effort used 2 years' worth of data, which exceeds EPA requirements.

Resolution Copper Project and Land Exchange



Figure 3.6.2-1. Analysis area showing proposed action and alternatives, sensitive areas, and meteorological monitoring sites

352

4-RCMSER-0937

### Air Quality Modeling and Direct Emission Amounts

The assessment of air quality impacts is a complex process that begins with identifying and characterizing the air emission sources and quantifying emission rates from the proposed action, based on the GPO. Air Sciences Inc. (2019b) identified the physical nature of the emissions, along with the location, operating times, and amount of emissions for each emission source. Modeling of these emissions, combined with background concentrations, is evaluated at the ambient air boundary[45] of each plant site (East Plant Site, West Plant Site, each alternative tailings storage facility, filter plant and loadout facility). Those boundaries are shown in figure 3.6.2-1.

Based on guidance from the ADEQ, the EPA, 40 CFR Part 51 Appendix W, and the Forest Service, analysts examined the impacts within 50 km ("near field") of the site locations with one model, and impacts beyond 50 km ("far field") with a different dispersion model (Arizona Department of Environmental Quality 2015; U.S. Forest Service et al. 2010). The EPA approves the AERMOD modeling system to determine impacts in the near field of the source or facility. A separate model platform, CALPUFF, is used to determine far field impacts from 50 to 100 km from the facility or operation. Each model requires a separate set of meteorological data to capture the atmospheric dispersion characteristics, and each model produces a gridded output of impacts at ground-level receptors. While the AERMOD dispersion models used 2 continuous years of site-specific meteorological data (2015–2016), the CALPUFF model used 3 years of gridded data (2015–2017).

Emissions vary over the life of the mine, with the maximum potential emissions occurring in year 14 (Air Sciences Inc. 2019b). At this point in time, process sources would be operating at maximum capacity. Depending on the source release characteristics, the emission sources were characterized as point, area, volume, or line sources. For example, *point* sources are used to model emissions that are released through a vent, stack, or opening. *Area* sources are used to model fugitive emissions sources such as wind erosion from disturbed surfaces, reentrained dust from roadways, and tailpipe emissions from motor vehicles. *Volume* sources are used to characterize emissions from material transfer processes; and emissions from roadways were modeled as *line* sources. Each group involves a different approach to characterizing emissions and estimating impacts at nearby receptors (Air Sciences Inc. 2018b). The total emissions for year 14 are provided in table 3.6.2-1 and include emissions for Alternative 2 (Air Sciences Inc. 2018c).

**Table 3.6.2-1. Total annual controlled emissions for proposed action (tons/year)**

| Source Category | CO | NO$_x$ | PM$_{2.5}$ | PM$_{10}$ | SO$_2$ | VOC |
|---|---|---|---|---|---|---|
| Process | 20.6 | 44.4 | 29.2 | 49.5 | 15.0 | 69.3 |
| Fugitive | 28.8 | 5.5 | 45.4 | 276.4 | 1.8 | 0.2 |
| Mobile | 566.0 | 68.5 | 3.2 | 2.9 | 1.0 | 33.2 |
| Total | 615.9 | 118.4 | 77.8 | 328.9 | 17.8 | 102.7 |

Notes: Totals may not sum exactly due to rounding.

CO = carbon monoxide; NOx = nitrogen oxides; PM$_{2.5}$ = particulate matter 2.5 microns in diameter or smaller; PM$_{10}$ = particulate matter 10 microns in diameter or smaller; SO$_2$ = sulfur dioxide; VOC = volatile organic compound

For an overall comparison of the potential air emissions from each alternative, the greatest potential difference in the estimated criteria pollutants, PM$_{10}$ and PM$_{2.5}$, which are primarily fugitive dust emissions) and emissions of NO$_X$ (from diesel-fired engines) can be reviewed. Total lead emissions

---

[45] The "ambient air boundary" represents the location where air quality is modeled, including both background air quality and contributions from the project. NAAQS must be met at this boundary and beyond. For this project, the fence line at each facility along with an established area of restricted access was used to represent the ambient air boundary. Public access is excluded within this area. Therefore, ensuring that regulatory standards are met at this point is protective of public health.

would be 0.023 ton/year (46 pounds/year), and impacts are analyzed through a screening technique based on the fractional level in $PM_{10}$ (Randall 2020b).

In addition to these criteria pollutant[46] emissions, there are small amounts of HAPs emitted from the proposed project (Newell, Garrett, et al. 2018). The estimated potential HAP emissions from the project are less than the major source thresholds (10 tons/year of any one HAP or 25 tons/year of all HAPs) under the National Emission Standards for Hazardous Air Pollutants (40 CFR 63). Therefore, the project would be classified as an area source and would be subject only to limited Maximum Achievable Control Technology standards for area sources, as listed in that regulation.

To meet regulatory requirements of the PCAQCD and the ADEQ, Resolution Copper performed dispersion modeling and impact analyses in support of their permit application to construct this facility. The proposed action qualifies as a "minor source" for PCAQCD and ADEQ permitting purposes. This assessment uses the dispersion modeling analysis to demonstrate compliance with NAAQS within 50 km of the project area. Details of the AERMOD permitting analysis, input, receptor grids, settings, and results are provided in Air Sciences Inc. (2018c). The Forest Service is using the same model to understand and disclose impacts in the EIS.[47] In addition to the ambient air boundary and surrounding nested receptor grid, impacts are also specifically assessed at identified Sensitive Areas and Class I areas (such as the Superstition Wilderness Area),[48] which are depicted in figure 3.6.2-1.

Within the 50-km distance from the proposed action sites, the analysis also addresses impacts on air quality, acid deposition, and plume blight at sensitive areas. Sensitive areas within this range include the Superstition Wilderness, the White Canyon Wilderness Area, and the Needle's Eye Wilderness.

The Class I areas that Air Sciences Inc. evaluated include Galiuro Wilderness, Mazatzal Wilderness, Saguaro National Park and Saguaro Wilderness Area, and the Sierra Ancha Wilderness. The analysis of these areas includes air quality impacts, compared with ambient standards and prevention of significant deterioration (PSD) increments, visibility or haze, and deposition of total sulfur and nitrogen.

CALPUFF modeling is used to evaluate impacts on air quality related values (visibility, deposition) in accord with guidance issued by FLAG (U.S. Forest Service et al. 2010). Impacts on air quality concentrations in Class I areas were evaluated using AERMOD impacts within the 50-km grid for receptors closer than 50 km, and impacts were evaluated at Class I areas beyond 50 km at the farthest 50-km receptor in the direction of the Class I Area. This approach is also in conformance with EPA guidance for assessing impacts at those receptors. Details of the CALPUFF modeling are provided in Air Sciences Inc. (2018c).

Generally, air quality impacts from a source decrease with distance from that source. As a first step, areas are screened from analysis using the standard source/distance (U.S. Forest Service et al. 2010) method based on the total emissions of $PM_{10}$, $SO_2$, $NO_X$, and sulfuric acid ($H_2SO_4$) in tons per year divided by the distance to the area in kilometers. Using this method, Air Sciences Inc. screened several areas as too far:

---

[46] "Criteria pollutants" are regulated by the Clean Air Act, and each criteria pollutant has a numeric NAAQS that must be met. There are six basic criteria pollutants: carbon monoxide (CO), lead (Pb), nitrogen dioxide ($NO_2$), ozone ($O_3$), particulate matter (further divided into $PM_{10}$ and $PM_{2.5}$), and sulfur dioxide ($SO_2$).

[47] Note that while the same air quality model may be used, the specific output may differ between PCAQCD permitting requirements and Forest Service NEPA requirements. The results shown in the DEIS reflect the total emissions from the project, regardless of whether they are applicable to the PCAQCD permit process.

[48] "Class I" areas are defined by the Clean Air Act and receive special consideration for air quality impacts. A Class I area must be specifically designated by the EPA; these usually include national parks, wilderness areas, monuments, and other areas of special national and cultural significance. Most of the rest of the country is considered a "Class II" area. However, in some cases, sensitive Class II areas (such as the White Canyon Wilderness) are treated similarly to Class I areas.

the Pine Mountain Wilderness, Mount Baldy Wilderness, and Sycamore Canyon Wilderness (Air Sciences Inc. 2018c).

Impacts on visibility and deposition are compared with the established acceptable levels of impact at receptors in each Class I area, using both the 24-hour maximum and the annual emission rates to assess visibility and deposition, respectively. Maximum impacts for each Class I and sensitive Class II area are tabulated for each parameter.

### Indirect Emission Amounts

Modeling for compliance with air quality standards is based on direct emissions from point and area sources for the various components of the project. Additional emissions can be indirectly caused by the project by the expected increase in road traffic for employee travel or deliveries and are estimated in table 3.6.2-2 (Newell, Garrett, et al. 2018).

Table 3.6.2-2. Total annual indirect emissions for proposed action caused by employee traffic and deliveries (tons/year)

| Source Category | CO | NO$_X$ | PM$_{2.5}$ | PM$_{10}$ | SO$_2$ | VOC |
|---|---|---|---|---|---|---|
| Employees | 64.4 | 3.0 | 5.5 | 22.6 | 0.2 | 0.7 |
| Deliveries | 1.3 | 3.7 | 4.7 | 19.4 | 0 | 0.3 |
| Total | 65.7 | 6.6 | 10.1 | 42.0 | 0.2 | 1.0 |

Notes: Totals may not sum exactly due to rounding.
CO = carbon monoxide; NOx = nitrogen oxides; PM$_{2.5}$ = particulate matter 2.5 microns in diameter or smaller; PM$_{10}$ = particulate matter 10 microns in diameter or smaller; SO$_2$ = sulfur dioxide; VOC = volatile organic compound

### Future Meteorological Trends and Greenhouse Gas Emissions

While global surface air temperatures have increased over the past century, changes in the Southwest have caused markedly increased average annual temperatures and reduced water storage due to early spring snowpack runoff (Dugan 2018; Garfin et al. 2013). It is extremely likely that anthropogenic factors have caused most of the increase in global surface temperatures and emissions of greenhouse gases (Romero-Lankao et al. 2014), which include carbon dioxide ($CO_2$), nitrous oxide, and methane, among others. The trends in temperature and effects of snowmelt runoff, with declining river flow, are predicted to continue into the foreseeable future (Garfin et al. 2013). Any net change in greenhouse gas emissions brought about by the proposed action would affect atmospheric concentrations of greenhouse gases and so might act to exacerbate or mitigate future meteorological trends.

There are four primary sources of direct and indirect greenhouse gas emissions associated with the proposed action: (1) fossil fuel combustion during mining, (2) fossil fuel combustion during electricity generation to support mining operations, (3) fossil fuel combusted during transport of concentrate to a smelting location, and (4) emissions associated with the smelting process.

1.  The proposed action would lead to direct emissions of up to 173,000 tonnes of $CO_2$ equivalents (CO2e) annually (Air Sciences Inc. 2018b).[49] The primary source would be fossil fuel combusted by mobile sources with a minor contribution from process combustion sources.

---

[49] These emission estimates are based on the peak year (year 14).

Resolution Copper Project and Land Exchange

2. The proposed action's need for electricity would lead to the indirect emission of up to 773,000 tonnes CO2e annually.[50]

3. Shipping copper concentrate from Superior, Arizona, to sites for further processing is estimated to result in the release of 83,000 tonnes CO2e annually (if shipped by rail to Salt Lake City, Utah) and 91,800 tonnes CO2e annually if shipped to China; this includes rail and oceanic transport (Garrett 2020b).[51]

4. While the level of smelting-related emissions varies greatly depending on the concentration of the copper concentrate, the throughput of the smelter, and the source of energy used (Alexander et al. 2021; Liu et al. 2022; Nilsson et al. 2017), this assessment relies on the global average of 1.43 tonnes CO2e per tonne of copper smelted as reported in International Energy Agency (2022). Based on the estimated annual output of 453,593 tonnes of copper, annual smelting-related emissions are estimated to be 648,000 tonnes CO2e annually.

In total, it is estimated that for the peak production period, not taking into account the net zero carbon commitments from Resolution Copper by 2050, the proposed action would result in greenhouse gas emission of up to 1,681,000 tonnes CO2e annually. Given the average annual output of the proposed action (453,593 tonnes of copper), the greenhouse gas emission intensity[52] would be 3.7 tonnes CO2e per tonne of copper.[53]

### *Health Risk Assessment*

For the purposes of the NEPA analysis, the ability to meet air quality standards is considered protective of public health;[54] therefore, a separate health-based analysis of individual constituents, particularly those associated with particulate emissions, is not necessary in order to disclose impacts on human health (SWCA Environmental Consultants 2018b).

However, an additional analysis provides an estimation of the health risk assessment of impacts of trace metals' air quality concentrations and deposition rates for regulated HAPs[55] that are emitted by sources in the proposed action and alternatives.[56] The trace metals would be emitted as a small fraction of particulate matter emissions from those sources.

---

[50] Estimates of indirect greenhouse gas emissions rising from the off-site generation of electricity have changed over time. The January 2021 Rescinded FEIS identified indirect greenhouse gas emissions from the off-site generation for 315 MW to be 878,000 tonnes CO2e using efficiency projections for the SRP power generation sources. This estimate has been updated twice since publication of the January 2021 Rescinded FEIS (Tipple 2022; Yilmaz 2022). The most recent calculations reflect the assumption that, from 2033 through 2050, electricity usage will range from 200 MW to 400 MW, with a median demand of 352 MW (Tipple 2022), with associated annual CO2e emissions of approximately 773,000 tonnes CO2e. Tipple (2022) assumes that in 2050, this source of CO2e is assumed to decrease to 0 based on Rio Tinto's net-zero commitment. This reduction would likely be accomplished through agreements with SRP to provide only renewably generated power to the project (see appendix J, measure RC-AQ-01). However, this commitment is not enforceable and has not been relied upon for this disclosure.

[51] The actual destination of the concentrate is unknown, as it will likely be sold to an entity other than Resolution Copper. The lack of this information makes estimating most impacts from transportation and smelting speculative, as the distance of travel, type of transportation, airshed of the smelting, and the type of smelting technology are completely unknown. However, because impacts from greenhouse gas emissions are global in nature and not dependent on location, providing greenhouse gas estimates for transportation and smelting is considered a reasonable disclosure.

[52] Greenhouse gas emission intensity refers to the amount of CO2e emitted per unit of copper produced.

[53] Calculated as 1,681,000 tonnes of CO2e released, divided by 453,593 tonnes of copper produced.

[54] The NAAQS are promulgated to protect human health with an adequate margin of safety (see Clean Air Act 109(b) and 40 CFR 50.2).

[55] HAPs are defined in Section 112(b) of the Clean Air Act.

[56] Air Sciences Inc. (2019a), appendix A, includes emission rates for the listed HAPs that would be emitted.

---

This evaluation is undertaken as a conservative screening effort, using modeled annual $PM_{10}$ ambient concentrations at off-site receptors, and using a conservative estimate of deposition velocity of the $PM_{10}$ size group. The analysis also includes data for air quality concentrations provided by Air Sciences Inc. (2019a) regarding a screening-level Human Health Risk Assessment. Deposition results were compared with Regional Screening Levels for residential soils (U.S. Environmental Protection Agency 2019). Air quality and deposition calculations are based on the receptor with the maximum annual impact of $PM_{10}$ concentration (7.27 micrograms per cubic meter ($\mu g/m^3$)) from the dispersion modeling results. Impacts at other receptors would be less than the calculated risk values.

This approach assesses risk by calculating a "total Hazard Quotient"; based on EPA guidance, if the Hazard Quotient remains below a value of 1, the risk to human health is acceptable. To calculate the total Hazard Quotient, the projected concentration or deposition of each HAP is divided by the screening level. The results for all the HAPs are then summed to give the total Hazard Quotient. The results indicate that the impact for each of the trace metals air concentration and deposition rate is below the respective Regional Screening Levels, and the calculated total Hazard Quotient for the air quality concentration and deposition rates of all combined metals is less than 1.0. This finding indicates that the combined impacts of all trace metal HAPs are below a level of concern for Human Health Risk Assessment.

A separate analysis addressed the potential for a "cancer cluster" in the area of the proposed action and alternatives. During public comment periods, claims have been made by residents about higher cancer rates in the Globe/Superior area attributed to the mining history of the area; for the most part, these claims have not cited sources of literature. No standalone studies were identified that specifically investigate a higher incident rate of cancer in the Globe or Superior areas. General statistics on cancer occurrence are mixed when the cancer rate of the local region is compared with the Arizona average cancer rate. Databases from the Arizona Department of Health Services and Centers for Disease Control and Prevention (CDC) show that Pinal and Gila Counties have a lower cancer rate than the Arizona average. However, data from the Arizona Department of Health Services for Superior/Kearny from 2005–2009 show an elevated cancer rate, compared with the Arizona average. Overall, from available data, there does not appear to be any compelling evidence that a cancer cluster exists in the area (SWCA Environmental Consultants 2018b).

While acknowledging that mine workers within the boundaries of the mine facilities have a greater potential for exposure to hazardous chemicals, the MSHA enforces specific health and safety standards, as well as monitoring for worker safety. Resolution Copper will directly address worker health and safety regulations in compliance with MSHA rules. For the purposes of the NEPA analysis, compliance with required MSHA rules is considered to be protective of mine worker health and safety. Worker health and safety regulations are not evaluated further under NEPA requirements (SWCA Environmental Consultants 2018b).

Further background about these estimations can be found in Newell, Garrett, et al. (2018).

### Presence of Asbestiform Minerals or Naturally Occurring Radioactive Materials

An analysis was conducted to identify the presence of asbestiform minerals that could become part of the tailings, as well as naturally occurring radioactive materials. A summary of these investigations is contained in Section 3.7.2, Groundwater and Surface Water Quality. The investigation determined that substantial information exists to answer these questions, and neither asbestos nor radioactive materials are present in the ore body above typical background concentrations.

4-RCMSER-0942

Resolution Copper Project and Land Exchange

## 3.6.3    Affected Environment

### 3.6.3.1    Relevant Laws, Regulations, Policies, and Plans

A wide range of Federal, State, and local requirements regulate air quality impacts of mine operations. Many of these require permits before the mine operations begin; others may require approvals or consultations, mandate the submission of various reports, and/or establish specific prohibitions or performance-based standards (Newell, Garrett, et al. 2018; U.S. Forest Service et al. 2010).

---

### Primary Legal Authorities and Technical Guidance Relevant to the Air Quality Effects Analysis

- Pinal County has been delegated responsibility under the Clean Air Act, and County, State, and Federal air quality regulations would be met through issuance of a Class II air permit (West Pinal PM10 Moderate Nonattainment Area, Chapter 4 Article 1 of the PCAQCD Code of Regulations)

- ADEQ has asserted responsibility for the Federal and State regulations for issuing an air permit for Alternative 6 (Skunk Camp tailings storage facility) because it is within both Pinal County and Gila County through Arizona Administrative Code Title 18 Chapter 2, Article 3.

- Additional Forest Service guidance for air quality–related values (deposition and visibility) contained in U.S. Forest Service et al. (2010)

- General Conformity Rule (Clean Air Act Section 176(c)(4); implementing regulations in 40 CFR 93); applicable only to Alternatives 5 and 6

---

### 3.6.3.2    Existing Conditions and Ongoing Trends

Resolution Copper conducted air quality and meteorological monitoring at the proposed project area. The locations of the monitors are shown in figure 3.6.2-1. Particulate matter ($PM_{10}$ and $PM_{2.5}$) has been monitored at the West Plant monitoring site and the East Plant monitoring site. $NO_2$, $SO_2$, and $O_3$ have been monitored at the East Plant Site. The results of the Resolution Copper air quality monitoring program are shown in figure 3.6.3-1, along with the applicable ambient standards. The data show some year-to-year variability, but there is no evident trend, except for the 1-hour $SO_2$ levels.

All monitoring data show compliance with the applicable standards, except potentially for ozone (the 3-year average, fourth highest daily maximum ozone level, is used to evaluate compliance with the standard). The arithmetic average of the last 3 years of ozone monitoring is 0.072 part per million (ppm) (truncated), which is above the current ambient standard of 0.070 ppm. The data show the variability over the 5-year period and include relatively high $PM_{10}$ and $PM_{2.5}$ levels in 2013. Although there is no distinct trend except for the annual $PM_{2.5}$ at the West Plant Site, the West Plant Site shows an annual average increase of 0.4 $\mu g/m^3$ per year in $PM_{2.5}$ concentrations over the monitoring period. The hourly $NO_2$ and $SO_2$ levels have steadily declined over this period, until 2017.

Resolution Copper collected meteorological data at three sites near the proposed mine operations, including the East Plant Site, West Plant Site, and Hewitt location, and used data from 2 years (2015–2016) to conduct the near-field air quality impact analysis. The data include wind speed, wind direction, stability category, and temperature. The data show a strong prevailing wind pattern at all sites with the dominant prevailing wind from the northeast quadrant for the East Plant Site and West Plant Site, and from the southeast quadrant for the Hewitt location. A secondary prevailing wind from the west and southwest is evident at all sites.

---

4-RCMSER-0943

Final Environmental Impact Statement



Figure 3.6.3-1. Monitoring results for PM₁₀, PM₂.₅, NO₂, SO₂, and O₃ relative to standards under 40 CFR 50

4-RCMSER-0944

Resolution Copper Project and Land Exchange

*Conformity*

The General Conformity Rule was established under Clean Air Act Section 176(c)(4) and implemented in 40 CFR 93; it serves to ensure that Federal actions do not inhibit State attainment plans for areas designated as non-attainment or maintenance. The rule effectively applies to all Federal actions that take place in areas designated as non-attainment or maintenance.

The East Plant Site and Alternative 6 (Skunk Camp tailings storage facility, the Lead Agency preferred alternative) are both wholly located within the Hayden $PM_{10}$ Nonattainment Area, and the filter plant and loadout facility is located in the West Pinal $PM_{10}$ Nonattainment Area. A Conformity Analysis is required for major Federal actions that have direct and indirect emissions greater than the 100 tons/year threshold specified in 40 CFR 93 Part B 153(B)(1). For these two sites, the direct emissions include both point sources and fugitive sources on $PM_{10}$. As provided in appendix A of Air Sciences Inc. (2019b), the total $PM_{10}$ controlled emissions are 79.0 tons/year for the East Plant, including both fugitives and point sources, and 238 tons/year for Alternative 6 (Skunk Camp tailings storage facility). The combined total exceeds the 100 tons/year threshold. Total potential $PM_{10}$ emissions from the filter plant and loadout facility are less than 100 tons/year, and a conformity analysis is not required for the West Pinal $PM_{10}$ Nonattainment Area.

There are two compliance options to demonstrating conformity, including (1) the issuance of a permit under the Federal New Source Review Program, which is implemented by PCAQCD and ADEQ for this location, and addresses the emission units in the proposed action or the preferred alternative, and (2) dispersion modeling that demonstrates that the proposed action or preferred alternative will not cause or contribute to an exceedance of the ambient air quality standard.

The cumulative dispersion modeling analysis (Hampson et al. 2020) uses representative meteorological and background air quality data and demonstrates that the $PM_{10}$ impacts will comply with the ambient air quality standards at all receptors within the Hayden non-attainment area. With the consideration of the new source review permitting requirement and the demonstrated compliance through dispersion modeling, a formal conformity review can be accepted through dispersion modeling at an appropriate time.

## SCREENING TO ASSESS EFFECTS OF SILT CONTENT

With respect to this demonstration, concerns were raised in comments on the DEIS about the silt content value (3 percent) used in the modeling analysis. Additional informal comments were raised after January 2021, resulting in additional screening analysis to demonstrate conformity. The percent silt content is used to estimate fugitive $PM_{10}$ and $PM_{2.5}$ emissions from roadways and exposed surfaces that will handle ore or tailings storage. A review of the silt content data showed that the general silt content level was provided by Randall and Hampson (2020b), relying on a statewide factor for road silt content (3 percent) (U.S. Environmental Protection Agency 2003) and an ore-body analysis of 20 samples that led to an average silt content of 1.79 percent applicable to the tailings storage facility. The value 3 percent was used throughout the fugitive dust calculations for both ore and roadway silt content at the tailings storage facility and East Plant Site.

In order to demonstrate that the silt content, if changed, would not lead to exceedances of air quality standards, further screening analysis of silt content and impacts was undertaken. Two separate screening exercises were performed to assess the potential effects of the silt content assumptions on the air quality modeling used to demonstrate conformity.

4-RCMSER-0945

Final Environmental Impact Statement

## SCREENING BASED ON TOTAL EMISSIONS

The first screening exercise considered the change in total $PM_{10}$ emissions using different silt content values for ore/tailings (process sources) and for roadways. Adjustments to silt content were made based on other estimates, including the use of a sector-specific silt content factor of 17 percent as provided in table 13.2.2-1 of EPA's Emission Factors for Stationary Sources (AP-42) (U.S. Environmental Protection Agency 2006).

Using a silt content value of 17 percent for roadways (based on a sector-specific value) and an ore/tailings silt content of 2 percent (based on site-specific samples), the screening calculation estimated emissions changes for the East Plant Site and tailings storage facility $PM_{10}$ emissions are shown in table 3.6.3-1, comparing the $PM_{10}$ emissions with the original 3 percent silt content data that were used in the modeling. Note that the analysis used hourly emission rates (pounds/hour) because those values would be used to determine the 24-hour compliance, not the annual tons/year emission rate. The screening adjustment shows that total $PM_{10}$ emissions would be reduced under this scenario for both the East Plant Site and the tailings storage facility in the preferred alternative, which would lead to a reduced $PM_{10}$ impact when compared with the EIS modeling results.

Table 3.6.3-1. Comparison of EIS $PM_{10}$ emissions to revised screening calculation based on silt content

| Location | Emissions Component | Silt Content Used | $PM_{10}$ Emissions (pounds/hour) |
|---|---|---|---|
| **EIS Modeling Calculation** | | | |
| East Plant Site | Surface – Excluding fugitives | N/A | 8.2 |
| | Surface – Roadway | 3% | 1.7 |
| | Underground – Excluding fugitives | N/A | 8.9 |
| | Underground – Fugitives (ore) | 3% | 41.5 |
| | *Subtotal* | | *60.3* |
| Tailings storage facility | Emissions Excluding fugitives | N/A | 0.63 |
| | Fugitives (roadway) | 3% | 1.11 |
| | Fugitives (ore) | 3% | 83.16 |
| | *Subtotal* | | *84.9* |
| Total | | | 145.2 |
| **Revised Screening Calculations** | | | |
| East Plant Site | Surface – Excluding fugitives | N/A | 8.2 |
| | Surface – Fugitives (roadway) | 17% | 9.63 |
| | Underground – Excluding fugitives | N/A | 8.9 |
| | Underground – Fugitives (ore) | 2% | 27.67 |
| | *Subtotal* | | *54.4* |
| Tailings storage facility | Emissions excluding fugitives | N/A | 0.63 |
| | Fugitives (roadway) | 17% | 6.29 |
| | Fugitives (ore) | 2% | 55.44 |
| | *Subtotal* | | *62.36* |
| Total | | | 116.76 |

Therefore, the first screening method indicates that the emission rates and resulting dispersion modeling impacts, relied upon in the EIS, using the 3 percent silt content data, are satisfactorily conservative and sufficient to be used to demonstrate conformity with the air quality standards.

4-RCMSER-0946

SCREENING BASED ON AIR QUALITY STANDARDS

A subsequent analysis (Air Sciences Inc. 2020) has been conducted to characterize emissions and impacts from the unpaved plant roads at the project sites. The updated silt content in this analysis was based on data in table 13.2.2-1 in the EPA's Compilation of Air Pollutant Emission Factors, AP-42, Section 13.2.2. The road silt content for several surface mining and material hauling operations was considered, including taconite mining and western surface coal mining sites. A value of 5.1 percent silt content was selected as a conservative estimate of plant road silt content. The fugitive dust adjustments were based on the silt content formulation in Equation 1a of AP-42 Section 13.2.2, as referenced above. The adjustment increased the $PM_{10}$ facility-wide emission rate from 219 pounds/hour to 313 pounds/hour. The $PM_{10}$ emissions from the tailings storage facility, which is within the non-attainment area, increased from 68 pounds/hour to 107 pounds/hour.

The recalculated fugitive dust $PM_{10}$ emission rates from unpaved roadways were used to adjust modeled impacts for the individual facilities. Results were assessed for two receptors at each project site: the receptor with the overall maximum impact from all project sources and the receptor with the highest impact from the individual site. The site-specific project impacts were recalculated from the original modeling by adjusting the emissions of fugitive dust from roadways by an appropriate ratio for each site. Those impacts were added back to the background concentration, along with the modeled impact from other site-specific sources, and the modeled impacts from other facilities.

The results, provided in Air Sciences Inc. (2020) and shown in table 3.6.3-2, show that the adjusted $PM_{10}$ total impacts remain well below the ambient air quality standards, and they demonstrate through modeling that the project will not lead to exceedance of the standard at the project sites, including those in the non-attainment area.

### Regional Climatology

The regional climate is characterized as semiarid; there are often long periods with little or no precipitation (Western Regional Climate Center 2018). Precipitation falls in a bimodal pattern: most of the annual rainfall within the region occurs during the winter and summer months, with dry periods mainly in the spring and fall. The total average annual precipitation varies between 15.7 and 18.8 inches, with 52 percent of the precipitation falling between November and April. Although there may be snow at higher elevations, it does not typically accumulate in the region. Precipitation usually occurs with steady, longer duration frontal storm events during the winter months (December through March). Rain events during the summer months (July to early September) are typically of shorter duration with more intensity associated with thunderstorms.

4-RCMSER-0947

**Table 3.6.3-2. Results of additional screening conducted for silt content**

| | East Plant Site | | West Plant Site | | Tailings Storage Facility | |
|---|---|---|---|---|---|---|
| Ambient Air Quality Standard for PM₁₀ (μg/m³) = 150 | | | | | | |
| 24-hour PM₁₀ Concentration (μg/m³) | | | | | | |
| *Ratio Adjusted Calculation:DEIS Calculation* | 1.00 | | 1.54 | | 1.67 | |
| | Maximum Concentration (μg/m³) | Maximum Facility Impact (μg/m³) | Maximum Concentration (μg/m³) | Maximum Facility Impact (μg/m³) | Maximum Concentration (μg/m³) | Maximum Facility Impact (μg/m³) |
| DEIS Maximum Impact + Background (DEIS) at Boundary Receptor | 85.4 | 80.4 | 97.0 | 84.3 | 74.0 | 72.1 |
| Paired-sum Background Concentration | 24.4 | 16.9 | 70.6 | 56.9 | 69.4 | 63.3 |
| Facility Impact | 59.4 | 62.5 | 1.0 | 21.1 | 4.0 | 8.2 |
| Impact from Other Project Sources | 1.6 | 1.0 | 25.4 | 6.3 | 0.6 | 0.7 |
| Adjusted Facility Impacts | 59.4 | 62.5 | 1.6 | 32.4 | 6.3 | 12.8 |
| Adjusted Facility Impacts + Other Sources + Background | 85.4 | 80.4 | 97.6 | 95.7 | 76.2 | 76.8 |
| *Percent of AAQS* | *57%* | *54%* | *65%* | *64%* | *51%* | *51%* |

Source: See table 3 in Air Sciences Inc. (2020).

4-RCMSER-0948

## 3.6.4 Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives

### 3.6.4.1 Alternative 1 – No Action

Under the no action alternative, there would be no impacts on air quality from proposed mining and associated activities. Existing and ongoing impacts on air quality from fugitive dust and vehicle emissions are expected to increase over time with continued population growth in central Arizona. However, it is expected that monitoring and remedial actions by Maricopa County, Pinal County, and ADEQ would be effective in keeping these gradual changes within NAAQS.

### 3.6.4.2 Direct and Indirect Effects Common to All Action Alternatives

#### Effects of the Land Exchange

The land exchange would have limited effects on air quality. The Oak Flat Federal Parcel would leave Forest Service jurisdiction; no significant effects are expected. However, the Tonto National Forest would lose its authority to provide direction and support to management activities in order to meet minimum air standards.

The offered lands parcels would enter either Forest Service or BLM jurisdiction, allowing those agencies to secure authority over management activities pertaining to air quality. However, it is important to note that the air quality currently existing within the offered lands parcels is unlikely to experience significant change after transfer to Federal jurisdiction. These parcels are primarily inholdings of surrounding Forest Service– or BLM-managed lands and likely reflect air quality of the surrounding areas that are already managed to achieve these air quality standards.

#### Effects of Forest Plan Amendment

No components of the 2023 forest plan that directly relate to air quality require amendment.

#### Effects of Compensatory Mitigation Lands

While some earth moving would be conducted related to mitigation activities on the compensatory mitigation lands, this would be short-lived, temporary, and negligible. Overall, there are no emissions or air quality impacts associated with these lands.

#### Effects of Recreation Mitigation Lands

The recreation mitigation lands are not anticipated to affect air quality substantially, either by construction or by future use. Since the majority of the trails are existing user-created routes, earth-moving activities required for trail construction would be short lived, temporary, and negligible. The recreation lands are anticipated to be part of the larger recreation road and trail network, and the level of use would be similar to existing conditions and cause similar emissions, though specific routes may change. Since the majority of the trails are existing user-created routes, emissions already occur from recreational use of these areas.

#### Summary of Applicant-Committed Environmental Protection Measures

A number of environmental protection measures are incorporated into the design of the project that would act to reduce potential impacts on air quality. These are non-discretionary measures, and their effects are accounted for in the analysis of environmental consequences.

4-RCMSER-0949

From the GPO (Resolution Copper 2016c), Resolution Copper has committed to a variety of measures to reduce potential impacts on air quality:

- Dust control on roads, including regular watering, road base maintenance and dust suppression, paving select access roads to the East Plant Site and West Plant Site with asphalt, and setting reasonable speed limits on access roads within the operational footprint.

- Dust control at the tailings storage facility, including delivering tailings to the storage facility via distribution pipelines and continuously wetting the tailings during active deposition. During non-active periods, dust emissions would be managed by establishing a temporary vegetative cover on construction areas that would be inactive and exposed for longer than 12 months, wetting inactive beaches and embankment surfaces with irrigation from sprinkler systems, and treatment with chemical or polymer dust suppressants, if necessary.

- Dust control at East Plant Site, including periodic water and/or chemical dust suppressant, normal mining controls such as wet drilling and the wetting of broken rock, application of water suppression spray to control dust ore conveyance, dedicated exhaust ventilation systems and/or enclosures for crushers and transfer points underground, performing primary crushing and conveying underground, and saturating underground exhaust ventilation.

- Dust control at West Plant Site, including housing main active ore stockpiles in fully covered buildings, applying water suppression spray to control dust ore conveyance, processing ore in a new enclosed building, and enclosing conveyor transfer points within the concentrator building. Once arriving at the concentrator complex, the ore would either be processed immediately or stockpiled in an enclosed structure for future processing.

- Dust control during shipping, including bagging molybdenum concentrate at the concentrator facility before shipping and enclosing loadout building and storage shed.

Other applicant-committed environmental protection measures by Resolution Copper include those outlined in the "Final Air Quality Impacts Analysis Modeling Plan" (Air Sciences Inc. 2018a) and Resolution Copper's current air quality permit, including the following:

- Use of low-sulfur diesel in mobile and stationary equipment;

- Use of a scrubber to control $SO_2$ emissions from the drying of molybdenum concentrate at the West Plant Site;

- Use of Tier 4 diesel engines (or greater); and

- Use of fencing, berms, locking gates, signage, natural barriers/steep terrain (25 to 30 percent or greater), and site security measures to limit access roads and other locations near areas of heavy recreational use. These same methods would be required to limit public access within the mine site (i.e., the air modeling boundary) to prevent public exposure to mine emissions.

### Air Quality Impact Assessment

The dispersion modeling effort described in section 3.6.3 is used to characterize ambient air quality impacts at receptors in the area of each of the proposed facilities (East Plant Site, West Plant Site, filter plant, and loadout facility), as well as the alternative tailings storage facility locations. Air Sciences Inc. generated a composite receptor grid of the impacts from the separate model runs for these facilities and used the grid to evaluate impacts; in other words, the emissions from each facility were modeled separately but then combined to assess impacts. The maximum impact for each of the criteria air pollutants over the composite receptor grid determines the direct effects of the proposed action and the alternatives. The impacts include the model results of emissions from the proposed action and alternatives

Resolution Copper Project and Land Exchange

added to a "background" air quality value that represents the ongoing impacts from other sources (including natural sources) in the area, and in effect represents the cumulative impact of the proposed action and other sources (Air Sciences Inc. 2018b). The background concentrations are based in part on the Resolution Copper data from the monitoring sites (see figure 3.6.3-1). These impacts are then compared with the appropriate standard, some of which have specific time components (i.e., 8-hour average). Details of the analysis are provided in Air Sciences Inc. (2019b).

Results of the modeled maximum impacts at all receptors for each of the criteria air pollutants are shown in table 3.6.4-1 for the proposed action (Alternative 2 – Near West Proposed Action). The emissions from the mining and processing operations at the East Plant Site, West Plant Site, and tailings storage facility boundary are taken from the year of maximum ore production (year 14) and added to the impacts from the maximum erodible area for the affected tailings storage facility.[57] Annual impacts are based on the annual average emission rate for each source; maximum hourly impacts are based on the hourly maximum emission rate for all sources; and 24-hour maximum impacts are based on the maximum 24-hour emission rate for the sources. None of the predicted results are anticipated to exceed the NAAQS at the ambient air boundary/fence line. The screening analysis of lead impacts is based on a ratio of lead to $PM_{10}$ concentrations, using quarterly data from 2003 (Randall 2020b).

Air quality impacts were modeled for each alternative, but the results are largely the same. Maximum impacts for other alternatives would be very similar to those shown in table 3.6.4-1. Detail of the results of other alternative air quality modeling are and summarized in table 3.6.4-2.

For all alternatives, the maximum total impacts for CO, 1-hour $NO_2$, and short-term $SO_2$ (24 hours or less) would occur at or near the boundary of the East Plant Site due to the large number of combustion sources at that site. The maximum annual impacts for $NO_2$ would occur at the filter plant and loadout facility and the maximum annual $SO_2$ impacts would occur at the West Plant Site, although both impacts would be well below the applicable ambient air quality standards.

---

[57] For the tailings facilities, the largest source of contaminants is fugitive dust, which largely depends on the amount of ground disturbed and exposed to wind. Therefore, assuming the largest exposed area—even at years before buildout occurs—ensures that air quality impacts are not underestimated.

4-RCMSER-0951

Final Environmental Impact Statement

**Table 3.6.4-1. Maximum air quality impacts for proposed operations and Alternative 2 – Near West Proposed Action**

| Pollutant | Averaging Period | Model Result/Form of Standard | Proposed Action Impact Only ($\mu g/m^3$) | Background ($\mu g/m^3$) | Total Maximum Impact ($\mu g/m^3$) | Standard ($\mu g/m^3$) | Total Maximum Impact as a Percentage of Standard |
|---|---|---|---|---|---|---|---|
| CO | 1-hour | 2nd high in any 3 years | 4,531 | 3,550 | 8,081 | 40,500 | 20 |
| CO | 8-hour | 2nd high in any 3 years | 1,040 | 2,519 | 3,559 | 10,000 | 36 |
| $NO_2$ | 1-hour | 98th percentile over 2 years | 138 | 9 | 146 | 188 | 78 |
| $NO_2$ | Annual | Max annual over 2 years | 2 | 3 | 5 | 100 | 5 |
| $PM_{10}$ | 24-hour | 3rd high over 2 years | 26 | 71 | 97 | 150 | 65 |
| $PM_{10}$ | Annual* | Max annual over 2 years | 7 | 17 | 25 | 50 | 49 |
| $PM_{2.5}$ | 24-hour | 98th percentile over 2 years | 11 | 6 | 18 | 35 | 51 |
| $PM_{2.5}$ | Annual | Average annual over 2 years | 2 | 4 | 6 | 12 | 49 |
| $SO_2$ | 1-hour | 99th percentile over 2 years | 92 | 24 | 117 | 196 | 59 |
| $SO_2$ | 3-hour | 2nd high over 2 years | 56 | 31 | 86 | 1,300 | 7 |
| $SO_2$ | 24-hour* | 2nd high over 2 years | 9 | 11 | 20 | 365 | 6 |
| $SO_2$ | Annual* | Max annual over 2 years | 1 | 2 | 3 | 80 | 4 |
| Lead | Quarterly | Highest quarterly average | 0.002 | 0.04 | 0.042 | 0.15 | 28 |

Note: $\mu g/m^3$ = micrograms per cubic meter
* Not a Federal standard

367

4-RCMSER-0952

Resolution Copper Project and Land Exchange

Table 3.6.4-2. Modeling maximum impact result for all alternatives

| Pollutant | Averaging Time | Alternative 2 Proposed Action (µg/m³) | Alternative 3 Near West (µg/m³) | Alternative 4 Silver King (µg/m³) | Alternative 5 Peg Leg (µg/m³) | Alternative 6 Skunk Camp (µg/m³) | NAAQS (µg/m³) | Below NAAQS |
|---|---|---|---|---|---|---|---|---|
| CO | 1 hour | 8,080.8 | 8,080.7 | 8,099.8 | 8,079.8 | 8,090.5 | 40,000.0 | Yes |
| | 8 hours | 3,558.8 | 3,558.8 | 3,559.7 | 3,558.2 | 3,559.3 | 10,000.0 | Yes |
| NO₂ | 1 hour | 146.4 | 146.4 | 149.8 | 148.5 | 148.1 | 188.0 | Yes |
| | 1 year | 4.7 | 4.7 | 4.7 | 4.2 | 4.2 | 100.0 | Yes |
| PM₁₀ | 24 hours | 96.8 | 96.8 | 97.1 | 99.5 | 97.0 | 150.0 | Yes |
| | 1 year | 24.5 | 24.4 | 24.5 | 23.5 | 21.2 | 50.0 | Yes |
| PM₂.₅ | 24 hours | 17.7 | 17.7 | 17.8 | 17.7 | 17.8 | 35.0 | Yes |
| | 1 year | 5.9 | 5.9 | 6.0 | 5.9 | 5.9 | 12.0 | Yes |
| SO₂ | 1 hour | 116.6 | 118.8 | 117.1 | 116.6 | 118.8 | 196.0 | Yes |
| | 3 hours | 86.4 | 86.4 | 86.4 | 86.4 | 86.4 | 1,300.0 | Yes |
| | 24 hours | 20.4 | 20.4 | 20.4 | 20.4 | 20.4 | 365.0 | Yes |
| | 1 year | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 80.0 | Yes |

Source: Air Sciences Inc. (2019b)

4-RCMSER-0953

As can be noted from table 3.6.4-1, maximum 1-hour $NO_2$ impacts would be about 78 percent of the standard, based on the average of the daily maximum 1-hour 98th percentile value over a 2-year period, which is calculated with a background $NO_2$ concentration that is based on a diurnally and seasonally derived value in accordance with EPA guidance.[58] Figure 3.6.4-1 shows the maximum impact for the 1-hour $NO_2$ design value at receptors around the East Plant Site and West Plant Site for Alternative 2 – Near West Proposed Action.[59] The overall maximum would occur at the ambient air boundary of the East Plant Site, with the relatively higher values toward the north and east of the East Plant Site. Predicted impacts are reduced substantially with distance from the East Plant Site ambient air boundary. The impacts are analyzed and depicted on a nested grid of receptors (see figure 3.6.4-1).

The maximum design value 24-hour average impacts for $PM_{2.5}$ would occur at the eastern boundary of the East Plant Site, as shown in figure 3.6.4-2 (also for Alternative 2 – Near West Proposed Action). The maximum 24-hour average impacts, as well as the annual average impacts for $PM_{2.5}$ and $PM_{10}$, occur at or near the boundaries of the East Plant Site, West Plant Site, and tailings storage facility. The predicted highest impacts tend to be captured within the 100-m grid spacing, within 1 km of the ambient air boundary. Impacts at most of the receptors around the East Plant Site and other project sites would be less than one-half of the design value ambient standard.[60] Maximum $PM_{2.5}$ impacts for the other alternatives are equivalent to Alternative 2, and are also located around the East Plant Site boundary.

The maximum design value 24-hour average impacts for $PM_{10}$ would also occur at the eastern boundary of the West Plant Site, as shown in figure 3.6.4-3 (for Alternative 6 – Skunk Camp Preferred Action). The predicted highest impacts within the $PM_{10}$ nonattainment area, including the Skunk Camp tailings storage facility, demonstrate that modeling shows compliance with the $PM_{10}$ standard throughout the nonattainment area, including the boundaries of the tailings storage facility site.

Following the initial modeling for the proposed action, additional modeling was conducted for all of the alternatives. Comparative results of the impacts for criteria air pollutants are shown in table 3.6.4-2, demonstrating that all impacts are below the ambient air quality standards. Maximum impacts among the alternatives vary by less than 3 percent.

A separate analysis of ozone formation and secondary $PM_{2.5}$ formation was conducted (Air Sciences Inc. 2018c) based on total emissions using the thresholds provided by EPA (2017). Results indicate that the maximum impacts would be below the established thresholds of impact for both of these pollutants, as provided by the guidance. The calculated secondary $PM_{2.5}$ would be 0.23 $\mu g/m^3$ for the 24-hour maximum impact and 0.008 $\mu g/m^3$ for the maximum annual impact. Adding these results to the calculations for primary $PM_{2.5}$ impacts would not change the data that are provided in table 3.6.4-1.

---

[58] 40 CFR 51, Appendix W, §8.3.2(c)(iii)

[59] In figures 3.6.4-1 and 3.6.4-2, the impacts are analyzed and depicted on a nested grid, with a sub-grid of receptors at 100-m spacing out to 1 km from the ambient air boundary, a 500-m grid spacing from 1 to 5 km from the boundary, nested 1,000- and 2,500-km grid spacing beyond that distance, and 25-m receptors along the ambient air boundaries and nearby roadways. The more densely nested 100-m sub-grid is clearly depicted in the figure, and the higher impacts are captured largely within this sub-grid of receptors.

[60] The design value of the ambient air quality standard refers to the calculation of compliance with the standard. For example, the design value of the 1-hour $NO_2$ standard is the 3-year average of the annual 98th percentile of the highest daily 1-hour $O_3$ concentration.

Resolution Copper Project and Land Exchange



Figure 3.6.4-1. Maximum 1-hour 98th percentile NO₂ impacts at receptors near East Plant Site and West Plant Site for Alternative 2 – Near West Proposed Action

370

Final Environmental Impact Statement



Figure 3.6.4-2. Maximum 24-hour 98th percentile PM₂.₅ impacts at receptors near the East Plant Site and West Plant Site for Alternative 2 – Near West Proposed Action

Resolution Copper Project and Land Exchange



Figure 3.6.4-3. Maximum 24-hour 98th percentile PM2.5 impacts at receptors near the tailings storage facility for Alternative 6 – Skunk Camp

372

4-RCMSER-0957

*Impacts at Sensitive Areas*

As designated during the scoping process, the Forest Service identified specific sensitive areas that include Class I areas and other areas such as wilderness. Areas within 50 km of the proposed action are modeled using the AERMOD platform, and impacts on acid deposition and visibility at areas from 50 to 100 km are analyzed using the CALPUFF modeling platform. These models use different characterizations to conduct the analyses (see Air Sciences Inc. (2019b)).

Table 3.6.4-3 provides the projected maximum incremental air quality impact for any of the alternatives at all receptors in each designated area. Representative background concentrations were not added to the modeled impacts. The analysis focuses on determining whether impacts at the Class I areas and sensitive Class II areas are of concern, and since the air quality impacts are below established significance levels, additional analysis with background concentrations is not warranted. Among the alternatives, and all the Class I areas, the impacts from Alternative 4 are greatest at the Superstition Wilderness, but they remain well below the PSD increments. Impacts represent the maximum among the alternatives; impacts for the other alternatives are less than the reported value and may be below 50 percent of that impact.

All impacts are projected to be less than the PSD increments at the Class I areas and, except for the Superstition Wilderness, would have an insignificant[61] impact at those areas. The highest 24-hour impacts of $PM_{10}$ and $PM_{2.5}$ emissions on air quality at the Superstition Wilderness consume up to 50 percent of the Class I PSD increments for those standards but are well below ambient standards, when background concentrations are added. Impacts are greatest at the area boundary and decrease rapidly with distance toward the remainder of the area. All ambient air quality impacts at the (Class II) White Canyon Wilderness are well below the Class II PSD increments. The maximum impacts at this area are for $PM_{2.5}$; and the maximum $PM_{10}$ impact is only 8 percent of the PSD Class II increments.

Impacts on the deposition of nitrogen (N) and sulfur (S) from the proposed action have also been projected through the same modeling platforms. Impacts are compared with the designated deposition analysis thresholds (DAT) (U.S. Forest Service et al. 2011). The DAT value for S is 5 grams/hectare/ year (g/ha/year) and for N is 10 g/ha/year. Results for the maximum deposition at each area among all the alternatives are provided in table 3.6.4-4, for both the S and N deposition estimates for the proposed action. There is little difference among the impacts of the alternatives at each of the sensitive areas.

[61] Comparisons with the PSD Class I Significant Impact Levels are provided for information only. No formal further analysis is required because the proposed action and alternatives do not trigger review and approval under the PSD regulations.

4-RCMSER-0958

Resolution Copper Project and Land Exchange

Table 3.6.4-3. Maximum ambient air quality impacts at identified sensitive areas

| Pollutant[a] | Averaging Period | Class I Areas | | | | | | Class II Areas | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PSD Class I Increment ($\mu g/m^3$) | Superstition Wilderness ($\mu g/m^3$) | Sierra Ancha Wilderness ($\mu g/m^3$) | Mazatzal Wilderness ($\mu g/m^3$) | Galiuro Wilderness ($\mu g/m^3$) | Saguaro National Park ($\mu g/m^3$) | PSD Class II Increment ($\mu g/m^3$) | White Canyon Wilderness[†] ($\mu g/m^3$) | Needle's Eye Wilderness[†] ($\mu g/m^3$) |
| $NO_2$ | Annual | 2.5 | 0.109 | 0.007 | 0.008 | 0.009 | 0.010 | 25 | 0.60 | 0.011 |
| $PM_{10}$ | 24-hour | 8.0 | 4.26 | 0.463 | 0.394 | 0.476 | 0.793 | 30 | 2.46 | 0.454 |
| $PM_{10}$ | Annual | 4.0 | 0.318 | 0.016 | 0.020 | 0.027 | 0.028 | 17 | 0.168 | 0.030 |
| $PM_{2.5}$ | 24-hour | 2.0 | 1.57 | 0.123 | 0.125 | 0.139 | 0.173 | 9 | 0.834 | 0.146 |
| $PM_{2.5}$ | Annual | 1.0 | 0.119 | 0.006 | 0.009 | 0.007 | 0.008 | 4 | 0.053 | 0.010 |
| $SO_2$ | 3-hour | 25 | 4.41 | 0.380 | 0.294 | 0.251 | 0.340 | 512 | 2.55 | 0.334 |
| $SO_2$ | 24-hour | 5 | 0.994 | 0.080 | 0.076 | 0.053 | 0.054 | 91 | 0.478 | 0.066 |
| $SO_2$ | Annual | 2 | 0.008 | 0.002 | 0.001 | 0.003 | 0.002 | 20 | 0.023 | 0.003 |

Notes: $\mu g/m^3$ = micrograms per cubic meter; shaded columns show standard for comparison for the Class I and Class II areas evaluated in this table

\* See table 3.6.4-1 for more detail on specific standards.

† PSD Class II increments apply to White Canyon Wilderness and Needle's Eye Wilderness.

Table 3.6.4-4. Maximum deposition analysis impacts at sensitive areas

| Constituent | DAT Value (g/ha/year) | Superstition Wilderness (g/ha/year) | White Canyon Wilderness (g/ha/year) | Sierra Ancha Wilderness (g/ha/year) | Mazatzal Wilderness (g/ha/year) | Galiuro Wilderness (g/ha/year) | Saguaro National Park (g/ha/year) | Needle's Eye Wilderness (g/ha/year) |
|---|---|---|---|---|---|---|---|---|
| Sulfur | 5 | 1.42 | 0.77 | 0.16 | 0.10 | 0.05 | 0.02 | 0.22 |
| Nitrogen | 10 | 4.18 | 2.94 | 0.33 | 0.19 | 0.15 | 0.05 | 1.06 |

Note: g/ha/year = grams per hectare per year

4-RCMSER-0959

Visibility impacts are analyzed separately depending on the distance from the source of emissions. Within 50 km, impacts on plume blight[62] at the Superstition Wilderness and the White Canyon Wilderness are based on designated vistas within those areas. The impacts are generated under the PLUVUE II analysis (U.S. Environmental Protection Agency 1992), which focuses on a single plume and is analyzed only for meteorological conditions during daylight hours. The analysis is directionally dependent, and where appropriate a representative characterization of the 24-hour emissions of $SO_2$, $NO_X$, and $PM_{10}$ were combined into a single plume. Results are provided for each of the observer locations in the two areas in table 3.6.4-5, indicating the number of daylight hours per year that a plume is perceptible at the indicated vistas for Alternatives 2 and 3. Perceptibility is based on the absolute contrast threshold, |C|, of 0.02 and a color contrast for gray terrain, ΔE, of 1.0 (figure 3.6.4-4).

Over the extended areas, the visibility of a plume against terrain features is affected by the height of the terrain and the position of the observer. The frequencies reported represent a general characterization of plume impacts when viewing terrain; there would be generally a 2 to 6 percent probability of a visible plume during daylight hours in the Superstition Wilderness. The impact at any one location could be different based on the terrain and the distance of the plume from the source(s). The plume may be visible in one direction but not in the opposite direction, for example. The frequency of a visible plume impact against the blue sky, however, would generally decrease with farther distances from the source(s). The effect or frequency of cloudy conditions is not taken into account in this analysis.

**Table 3.6.4-5. Annual total and percentage of daylight hours of perceptible plume blight at observer locations in sensitive areas, Superstition Wilderness, and White Canyon Wilderness**

| Observer Location | \|C\| Sky | ΔE Sky | \|C\| Terrain | ΔE Terrain |
|---|---|---|---|---|
| Montana Mountain (Superstition Wilderness) | 206 (4.7%) | 189 (4.3%) | 170 (3.9%) | 136 (3.1%) |
| Government Hill (Superstition Wilderness) | 204 (4.7%) | 182 (4.1%) | 110 (2.5%) | 89 (2.0%) |
| Iron Mountain (Superstition Wilderness) | 194 (4.4%) | 177 (4.0%) | 177 (4.0%) | 143 (3.3%) |
| Mound Mountain (Superstition Wilderness) | 166 (3.8%) | 147 (3.4%) | 169 (3.8%) | 138 (3.1%) |
| Superstition Mountain ridgeline (Superstition Wilderness) | 133 (3.0%) | 141 (3.2%) | 283 (6.4%) | 248 (5.6%) |
| White Canyon (White Canyon Wilderness) | 11 (0.2%) | 9 (0.2%) | 28 (0.6%) | 14 (0.3%) |

Note: There is a total of 4,386 hours of daylight per year.

---

[62] Plume blight is a visual impairment of air quality that manifests itself as a coherent plume.

Resolution Copper Project and Land Exchange



Figure 3.6.4-4. Near-field visibility of plume blight based on the absolute contrast threshold, |C|, of 0.02 and a color contrast for gray terrain, ΔE, of 1.0

376

Beyond 50 km, visibility impacts are predicted based on regional haze, which is a general condition in the impact area based on maximum concentrations of the impacts at those areas. Data for $SO_2$, $NO_x$, sulfates, and nitrates are used to evaluate these impacts. Annual average natural conditions are added to the predicted impacts that would occur from the proposed action. Results are shown in table 3.6.4-6 for the highest 98th percentile of the daily percentage of extinction among the alternatives. A threshold value of 5 percent from a single source is considered a significance threshold for conducting an additional impact analysis, and a 10 percent cumulative impact is considered a perceptible impact. All impacts are well below the 5 percent threshold that requires further analysis, demonstrating that impacts on regional haze at these locations would not be perceptible for any of the alternatives.

Table 3.6.4-6. Impacts of 98th percentile daily regional haze extinction levels in Class I areas

| Affected Area | Proposed Action (%) |
| --- | --- |
| Threshold | 5 |
| Sierra Ancha Wilderness | 0.35 |
| Mazatzal Wilderness | 0.15 |
| Galiuro Wilderness | 0.16 |
| Saguaro National Park | 0.17 |

The analysis of air quality impacts for the proposed action and alternatives shows that all impacts would be within the ambient air quality standards and well below the PSD increments. The proposed emission sources would comply with applicable regulations, and impacts on air quality-related values would be within the established thresholds for levels of acceptability.

### 3.6.4.3    Cumulative Effects

Full details of the cumulative effects analysis can be found in chapter 4. The following represents a summary of the cumulative impacts resulting from the project-related impacts described in Section 3.6.4, Environmental Consequences, that are associated with air quality, when combined with other reasonably foreseeable future actions.

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable, and have impacts that likely overlap in space and time with impacts from the Resolution Copper Project:

- ADOT Pinal County North-South Corridor
- LG Energy Solution Battery Production
- Pinto Valley Mine Expansion
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project
- Merrill Ranch Master Planned Community Project

The ADOT Pinal County North-South Corridor, LG Energy Solution Battery Production, and Merrill Ranch are reasonably foreseeable future actions but have not advanced to project design or any level of environmental review. Therefore, at this time, no emission estimates (construction or operations) for these projects have been completed. All three projects would generate emissions during construction from use of construction equipment and fugitive dust from ground disturbance. Furthermore, these three projects would generate long-term emissions from associated vehicle trips, with the LG Energy Solution Battery

4-RCMSER-0962

Resolution Copper Project and Land Exchange

Production facility potentially also generating direct and indirect emissions from manufacturing processes. Given the lack of detail on these projects currently, estimating their cumulative contribution to air quality impacts is not feasible. However, all three projects are expected to cumulatively contribute both localized and regional emissions.

With respect to the projects that have quantifiable emissions, the cumulative effects analysis area is identical to the modeling analysis area used to assess direct and indirect impacts to air quality; this area encompasses up to 62 miles (100 kilometers (km)) from the project. This area is much greater than the area where impacts were modeled to occur (all air quality standards were met at the project fence line), and is sufficiently large to encompass other emission sources that could combine with the project emissions to impact air quality. In lieu of modeling, the metric used to quantify the cumulative impacts to air quality is tons of emissions within the general airshed. The primary source of emissions from most mines is particulate matter; this analysis focuses on $PM_{10}$ and $PM_{2.5}$ as the metrics of interest. The combined cumulative impact to regional emissions is shown in table 3.6.4-7. No mine plans have been submitted for the Ray Mine Land Exchange parcels, but it was assumed that any mining activities on these parcels would replace existing emissions from the Ray Mine.

Table 3.6.4-7. Increase in annual regional emissions of particulate matter from Resolution Copper Project and reasonably foreseeable future actions

| Region | Emissions of $PM_{10}$ (tons/year) | Emissions of $PM_{2.5}$ (tons/year) |
|---|---|---|
| Gila County | 10,926 | 3,414 |
| Maricopa County | 98,106 | 20,052 |
| Pinal County | 25,942 | 4,376 |
| Statewide | 320,245 | 81,992 |
| Cumulative Effects | | |
| Resolution Copper Project | 329 | 78 |
| Pinto Valley Mine | 238 | 45 |
| Ripsey Wash Tailings Project | 90 | 7 |
| Ray Mine | No increase | No increase |
| *Percent increase over three-county area* | *0.5%* | *0.5%* |

## 3.6.4.4    Mitigation Effectiveness

| Mitigation Identifier and Title | Authority to Require |
|---|---|
| FS-SV-03: Revised reclamation and closure plans | Required – Forest Service |
| RC-AQ-01: SRP solar participation agreement | Committed – Resolution Copper |

We developed a robust monitoring and mitigation strategy to avoid, minimize, rectify, reduce, or compensate for resource impacts that have been identified during the process of preparing this EIS. Appendix J contains descriptions of mitigation measures that are being required by the Forest Service and mitigation measures voluntarily brought forward and committed to by Resolution Copper. Appendix J also contains descriptions of monitoring that would be needed to identify potential impacts and mitigation effectiveness.

This section contains an assessment of the effectiveness of design features associated with mitigation and monitoring measures found in appendix J that are applicable to air quality. See appendix J for full descriptions of each measure noted below.

4-RCMSER-0963

(128 of 300), Page 128 of 300
Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 128 of 300
Case 2:21-cv-00068-DWL    Document 105-9    Filed 07/14/25    Page 424 of 425

### Mitigation Effectiveness and Impacts of Forest Required Mitigation Measures Applicable to Air Quality

Appendix J contains mitigation and monitoring measures being required by the Forest Service under its regulatory authority or because these measures are required by other regulatory processes (such as the Biological Opinion). These measures are assumed to occur, and their effectiveness and impacts are disclosed here. The unavoidable adverse impacts disclosed below take the effectiveness of these mitigations into account.

**Revised reclamation and closure plans (FS-SV-03).** Implementing reclamation and closure plans ensures that the post-closure landscape is successfully revegetated to the extent practicable and that the landforms are stable and safe. This measure is effective at ensuring that air quality is not impacted by fugitive dust from unstable and unvegetated landforms in the long term.

### Mitigation Effectiveness and Impacts of Resolution Committed Mitigation Measures Applicable to Air Quality

Appendix J contains mitigation and monitoring measures committed by Resolution Copper in contractual, financial, or other agreements. These measures are assumed to occur, and their effectiveness and impacts are disclosed here. However, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account as they are not within the authority of the Forest Service to ensure.

**SRP solar participation agreement (RC-AQ-01).** This measure would be effective at reducing overall greenhouse gas emissions from the project by using solar-generated power. While effective at eliminating greenhouse gas emissions, the amount of power offset by this agreement is relatively limited. Resolution Copper optioned 4.6 percent of a 100-MW facility, or less than 5 MW. The anticipated power usage of the facility in full operation is ultimately as high as 352 MW. Resolution Copper anticipates similar agreements in the future to meet net-zero carbon commitments by 2050.

### Mitigation Effectiveness and Impacts of Resolution Voluntary Mitigation Measures Applicable to Air Quality

Appendix J contains mitigation and monitoring measures brought forward voluntarily by Resolution Copper and committed to in correspondence with the Forest Service. These measures are assumed to occur but are not guaranteed to occur. Their effectiveness and impacts if they were to occur are disclosed here; however, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account. No additional mitigation measures were voluntarily brought forward for air quality.

### Unavoidable Adverse Impacts

For the proposed action and all alternatives, emissions from project-related activities would meet applicable Federal and State standards for air quality but the increase in air pollutant concentrations and greenhouse gas emissions would constitute impacts that cannot be avoided.

### 3.6.4.5    Other Required Disclosures

### Short-Term Uses and Long-Term Productivity

Impacts on air quality (increased air pollutant concentrations but below applicable air quality standards) from mining and associated activities would be short term (during the estimated 51- to 56-year life of the mine, including construction, operations, and reclamation) and are expected to end with mine reclamation

4-RCMSER-0964

and return to pre-mining levels, assuming adequate revegetation success to stabilize dust emissions from disturbed areas.

### Irreversible and Irretrievable Commitment of Resources

During the construction and mining phases of the project, air pollutant concentrations would be higher throughout the analysis area than current levels but within applicable air quality standards; thus, air quality is not impacted for other uses in the airshed and these effects would not be considered irretrievable. Following mine closure and successful reclamation, pollutant concentrations would return to pre-mining levels, and there would be no long-term irreversible commitment of resources.

4-RCMSER-0965

Exhibit 24


2025 FEIS Volume 2


San Carlos Apache Tribe's Motion for Preliminary Injunction to Enjoin
Conveyance of Oak Flat

 

**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

**Tonto National Forest**　　　　　　　　　MB-R3-12-10　　　　　　　　　June 2025

# FINAL Environmental Impact Statement
## Resolution Copper Project and Land Exchange

Coconino, Gila, Maricopa, Pinal, Santa Cruz, and Yavapai Counties, Arizona



79904

**Volume 2**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.

**Front Cover photo captions:**

*Top:* Map of the Preferred Alternative Project location and the Tonto National Forest

*Bottom Left:* Oak Flat Federal Parcel

# Tables of Contents

## Volume 1

**Executive Summary** ...................................................................................................... **ES-1**

**ES-1.  Introduction** ....................................................................................................... **ES-1**

**ES-2.  Alternatives** ...................................................................................................... **ES-11**

**ES-3.  Summary of Impacts** ....................................................................................... **ES-23**

**ES-4.  FEIS Appendices** ............................................................................................ **ES-30**

**Chapter 1. Purpose of and Need for Action** ...................................................................... **1**
   1.1   Introduction ........................................................................................................ 1
   1.2   Background ......................................................................................................... 9
   1.3   Purpose of and Need for Action ...................................................................... 12
   1.4   Proposed Action ............................................................................................... 12
   1.5   Decision Framework ........................................................................................ 19
   1.6   Public Involvement .......................................................................................... 37
   1.7   Consultation ..................................................................................................... 42
   1.8   Issues ................................................................................................................ 43
   1.9   Other Proponent-Related Activities on National Forest System Lands............ 47

**Chapter 2. Alternatives, Including the Proposed Action** ............................................... **49**
   2.1   Introduction ...................................................................................................... 49
   2.2   Alternatives Considered in Detail.................................................................... 51
   2.3   Mitigation Common to All Action Alternatives ............................................ 135
   2.4   Effects of the Land Exchange ........................................................................ 143
   2.5   Comparison of Alternatives ........................................................................... 144

**Chapter 3. Affected Environment and Environmental Consequences** ........................ **163**
   3.1   Introduction .................................................................................................... 163
   3.2   Geology, Minerals, and Subsidence ............................................................... 166
   3.3   Soils, Vegetation, and Reclamation .............................................................. 206
   3.4   Noise and Vibration ....................................................................................... 273
   3.5   Transportation and Access ............................................................................. 312
   3.6   Air Quality ..................................................................................................... 350

## Volume 2

   3.7   Water Resources ............................................................................................. 381
      3.7.1  Groundwater Quantity and Groundwater-Dependent Ecosystems ................ 381
      3.7.2  Groundwater and Surface Water Quality........................................................ 454
      3.7.3  Surface Water Quantity ................................................................................... 564
   3.8   Wildlife and Special Status Wildlife Species ............................................... 599
      3.8.1  Introduction.................................................................................................... 599
      3.8.2  Analysis Methodology, Assumptions, and Uncertain and Unknown Information ......... 600
      3.8.3  Affected Environment..................................................................................... 603

Resolution Copper Project and Land Exchange

|   |   |   |
|---|---|---|
| 3.8.4 | Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives | 611 |
| 3.9 | Recreation | 644 |
| 3.9.1 | Introduction | 644 |
| 3.9.2 | Analysis Methodology, Assumptions, and Uncertain and Unknown Information | 645 |
| 3.9.3 | Affected Environment | 647 |
| 3.9.4 | Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives | 662 |
| 3.10 | Public Health and Safety | 686 |
| 3.10.1 | Tailings and Pipeline Safety | 686 |
| 3.10.2 | Fuels and Fire Management | 737 |
| 3.10.3 | Hazardous Materials | 754 |
| 3.11 | Scenic Resources | 766 |
| 3.11.1 | Introduction | 766 |
| 3.11.2 | Analysis Methodology, Assumptions, and Uncertain and Unknown Information | 768 |
| 3.11.3 | Affected Environment | 770 |
| 3.11.4 | Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives | 781 |
| 3.12 | Cultural Resources | 814 |
| 3.12.1 | Introduction | 814 |
| 3.12.2 | Analysis Methodology, Assumptions, and Uncertain and Unknown Information | 815 |
| 3.12.3 | Affected Environment | 818 |
| 3.12.4 | Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives | 825 |

## Volume 3

|   |   |   |
|---|---|---|
| 3.13 | Socioeconomics | 839 |
| 3.14 | Tribal Values and Concerns | 867 |
| 3.15 | Environmental Justice | 893 |
| 3.16 | Livestock and Grazing | 894 |
| 3.17 | Required Disclosures | 913 |
| **Chapter 4. Cumulative Effects** | | **923** |
| 4.1 | Introduction | 923 |
| 4.2 | Methodology and Screening | 926 |
| 4.3 | Cumulative Effects Analysis | 927 |
| **Chapter 5. Consulted Parties** | | **997** |
| 5.1 | Introduction | 997 |
| 5.2 | Notice of Intent and Scoping | 997 |
| 5.3 | Notice of Availability and DEIS Comment Period | 997 |
| 5.4 | Project Mailing List | 998 |
| 5.5 | Tribal Consultation (Government-to-Government) | 998 |
| 5.6 | Section 106 Consultation | 999 |
| 5.7 | Section 7 – Endangered Species Consultation | 1000 |
| 5.8 | Tonto National Forest Tribal Monitor Cultural Resources Program and Emory Oak Restoration Studies | 1000 |

| | | |
|---|---|---|
| 5.9 | Cooperating Agencies................................................................................. | 1002 |
| 5.10 | Project Notifications to Other Federal, State, and County Agencies and Municipal Governments................................................................................. | 1003 |
| **Chapter 6. List of Preparers**.................................................................................... | | **1007** |
| 6.1 | List of Preparers......................................................................................... | 1007 |
| **Chapter 7. Literature Cited**..................................................................................... | | **1011** |
| **Chapter 8. Glossary; Acronyms and Abbreviations** ................................................. | | **1073** |
| 8.1 | Glossary ..................................................................................................... | 1073 |
| 8.2 | Acronyms and Abbreviations ....................................................................... | 1077 |
| **Chapter 9. Index** ..................................................................................................... | | **1085** |
| **Appendix A. Section 3003 of PL 113-291** | | |
| **Appendix B. Existing Conditions of Offered Lands** | | |

# Volume 4

**Appendix C. Clean Water Act 404(B)(1) Alternatives Analysis – Resolution Copper**

**Appendix D. Clean Water Act Section 404 Conceptual Mitigation Plan – Resolution Copper Project**

**Appendix E. Alternatives Impact Summary**

**Appendix F. Alternatives Considered but Dismissed from Detailed Analysis**

**Appendix G. Further Details of East Plant Site, West Plant Site, MARRCO Corridor, and Filter Plant and Loadout Facility Infrastructure**

**Appendix H. Further Details of Mine Water Balance and Use**

**Appendix I. Summary of Effects of the Land Exchange**

**Appendix J. Mitigation and Monitoring Strategy**

**Appendix K. Summary of Content of Resource Analysis Process Memoranda**

# Volume 5

**Appendix L. Detailed Hydrographs Describing Impacts on Groundwater-Dependent Ecosystems**

**Appendix M. Water Quality Modeling Results for Constituents of Concern**

**Appendix N. Summary of Existing Groundwater and Surface Water Quality**

**Appendix O. *This appendix has been removed from the FEIS***

**Appendix P. Final Biological Opinion Completing Consultation under Section 7 of the Endangered Species Act**

**Appendix Q. Special Use Permit Applications**

# Volume 6

**Appendix R. Response to Comments Received on the DEIS**

**Appendix S. Consultation History**

4-RCMSER-0971

Resolution Copper Project and Land Exchange

**Appendix T.** **Proposed Forest Plan Amendment and NFMA Compliance Determination for Preferred Alternative**

**Appendix U.** **Supplemental Information for Section 3.14, Tribal Values and Concerns**

# Figures

Figure 3.7.1-1. Overview of groundwater modeling analysis area .......................................................... 384
Figure 3.7.1-2. Desert Wellfield modeling analysis area and maximum (Alternative 2, left) and minimum (Alternative 4, right) modeled pumping inpacts .................................................. 385
Figure 3.7.1-3. Modeled groundwater drawdown—proposed action, 200 years after start of mine ........ 395
Figure 3.7.1-4. Location of Phoenix AMA, groundwater basins/subbasins, and the Cutter Basin with respect to the preferred alternative ............................................................................ 401
Figure 3.7.1-5. Generalized geologic cross section (B–B') for Phoenix AMA and Pinal AMA (sources: Dubas and Liu (2010); Freihoefer et al. (2009); Liu et al. (2014); Peacey (2020c)) ......................................................................................................................... 402
Figure 3.7.1-6. Conceptual cross section (A–A') of the groundwater systems (see figure 3.2.3-1) ........ 404
Figure 3.7.1-7. Characterization wells for the shallow, perched groundwater, the Apache Leap Tuff aquifer, and the deep groundwater system .................................................................. 406
Figure 3.7.1-8. Apache Leap Tuff aquifer water-level elevations and general flow directions ............... 407
Figure 3.7.1-9. Groundwater-dependent ecosystems of concern .......................................................... 413
Figure 3.7.1-10. Modeled groundwater drawdown—no action .............................................................. 418
Figure 3.7.1-11. Summary of impacts on GDEs by alternative ............................................................. 419
Figure 3.7.1-12. Regional geology extending to the Cutter Basin ......................................................... 439
Figure 3.7.1-13. Regional geologic cross section (C–C') extending from the Resolution Copper Project site to the Cutter Basin ....................................................................................... 440
Figure 3.7.2-1. Analysis area for groundwater and surface water quality ............................................. 457
Figure 3.7.2-2. General components and process flow for water quality modeling analysis ................... 459
Figure 3.7.2-3. Water quality modeling locations and impaired waters ................................................ 469
Figure 3.7.2-4. Potential for subsidence lake and other points of exposure of block-cave water ........... 496
Figure 3.7.2-5. Alternative 2 seepage controls .................................................................................... 508
Figure 3.7.2-6. Alternative 3 seepage controls .................................................................................... 519
Figure 3.7.2-7. Alternative 4 seepage controls .................................................................................... 527
Figure 3.7.2-8. Alternative 5 seepage controls .................................................................................... 536
Figure 3.7.2-9. Alternative 6 seepage controls .................................................................................... 546
Figure 3.7.3-1. Surface water quantity analysis area ........................................................................... 567
Figure 3.7.3-2. Surface watersheds affected by Alternatives 2 and 3 .................................................. 581
Figure 3.7.3-3. Surface watersheds affected by Alternative 4 ............................................................. 584
Figure 3.7.3-4. Surface watersheds affected by Alternative 5 ............................................................. 589
Figure 3.7.3-5. Surface watersheds affected by Alternative 6 ............................................................. 593
Figure 3.8.2-1. Wildlife analysis area ................................................................................................. 602
Figure 3.8.3-1. Special habitat areas, caves, mines, springs, and karst features ................................. 606
Figure 3.8.3-2. Wildlife movement areas ........................................................................................... 607
Figure 3.8.3-3. Landscape integrity .................................................................................................... 608
Figure 3.8.4-1. Critical habitats ......................................................................................................... 635
Figure 3.9.2-1. Recreation analysis area ............................................................................................ 646
Figure 3.9.3-1. Existing recreation setting overview ........................................................................... 649
Figure 3.9.3-2. Desired recreation setting overview ............................................................................ 650

4-RCMSER-0972

Figure 3.9.3-3. Existing recreation opportunity overview ................................................................ 652
Figure 3.9.3-4. Primary roads affected by Alternative 5 – Peg Leg ......................................................... 653
Figure 3.9.3-5. Overview of Apache Leap Special Management Area ............................................ 657
Figure 3.9.3-6. Location of Oak Flat campground ........................................................................... 658
Figure 3.9.3-7. Climbing opportunities overview ............................................................................ 661
Figure 3.10.1-1. Overview of tailings safety analysis areas ............................................................ 689
Figure 3.10.1-2. Risk matrix resulting from the February 2020 FMEA ........................................ 715
Figure 3.10.2-1. Fuels and fire management analysis area ............................................................... 739
Figure 3.10.2-2. Wildland-urban interface delineation for the project area, comprising Forest
    Service–delineated and Pinal County CWPP–delineated WUI ........................... 740
Figure 3.10.2-3. Fire occurrence history for the project area and surrounding lands ..................... 743
Figure 3.10.3-1. Hazardous materials analysis area ........................................................................ 756
Figure 3.11.1-1. Scenic resources analysis area............................................................................... 767
Figure 3.11.3-1. Forest Service and BLM scenery management designations (VQO and VRM) ............ 775
Figure 3.11.3-2. Forest Service and BLM scenery management designations (SIO and VRM) .............. 776
Apache Leap South End parcels, looking east from Donkey Canyon toward the Apache Leap
    escarpment ....................................................................................................................... 777
Picketpost Mountain, looking east from the Arizona National Scenic Trail trailhead ........................... 778
View overlooking the town of Superior and the West Plant Site ........................................................... 779
Figure 3.11.4-1. Subsidence area visual simulation from aerial perspective at end of mining using
    Google Earth imagery ...................................................................................................... 785
Figure 3.11.4-2. Visual simulation of Alternative 2 tailings facility from KOP 10 – U.S. 60
    Milepost 219 ...................................................................................................... 794
Figure 3.11.4-3. Visual simulation of Alternative 4 tailings facility from KOP 17 – Town of
    Superior baseball field ........................................................................................ 799
Figure 3.11.4-4. Visual simulation of Alternative 5 tailings facility from KOP 25 – Cochran OHV
    parking .............................................................................................................. 803
Figure 3.11.4-5. Visual simulation of Alternative 6 tailings facility from KOP 29 – Dripping
    Springs Road ..................................................................................................... 806
Figure 3.12.2-1. Analysis areas for cultural resources ..................................................................... 817

## Tables

Table 3.7.1-1. Changes in groundwater head in the deep groundwater system due to dewatering .......... 392
Table 3.7.1-2. GDEs identified as having at least a partial connection to regional groundwater ............. 412
Table 3.7.1-3. Summary of potential impacts on groundwater-dependent ecosystems from
    groundwater drawdown .......................................................................................... 421
Table 3.7.1-4. Summary of potential impacts on groundwater supplies from groundwater drawdown ... 425
Table 3.7.1-5. Summary of potential impacts on groundwater-dependent ecosystems from surface
    flow losses due to subsidence from block caving or tailings storage facility stormwater
    controls................................................................................................................ 432
Table 3.7.1-6. Summary of water right filings associated with GDEs impacted by groundwater
    drawdown ............................................................................................................. 434
Table 3.7.1-7. Primary differences between alternative water balances................................................. 443
Table 3.7.2-1. Modeled block-cave sump water chemistry ................................................................ 460
Table 3.7.2-2. Compilation of magnitude of uncertainties disclosed for water quality modeling ........... 472
Table 3.7.2-3. Number of groundwater samples available for analysis................................................. 478

Resolution Copper Project and Land Exchange

Table 3.7.2-4. Rock units, alteration types, and number of samples submitted for Tier 1 geochemical evaluation ................................................................................................ 482
Table 3.7.2-5. Acid-generating ion classification of mine rock samples based on geological unit and alteration type ....................................................................................................... 484
Table 3.7.2-6. Acid-generation classification of tailings samples .................................................. 485
Table 3.7.2-7. Anticipated block cave water quality based on saturated column tests ............................ 490
Table 3.7.2-8. Comparison of rebounding groundwater levels and subsidence area elevation ............... 494
Table 3.7.2-9. Representative values of possible subsidence lake water sources (mg/L) ........................ 497
Table 3.7.2-10. Predicted stormwater runoff water quality (mg/L) ............................................. 501
Table 3.7.2-11. Results of potential stormwater release scenario ................................................. 503
Table 3.7.2-12. Effectiveness of Alternative 2 engineered seepage controls ................................... 506
Table 3.7.2-13. Seepage water quality modeling results for Alternative 2 (mg/L) ............................... 510
Table 3.7.2-14. Predicted changes in assimilative capacity more than 20 percent due to seepage entering surface waters ............................................................................................... 515
Table 3.7.2-15. Estimated low-flow values required for predicted concentrations to be greater than standards in Queen Creek, due to Alternative 2 tailings seepage ................................. 516
Table 3.7.2-16. Effectiveness of Alternative 3 engineered seepage controls ................................... 520
Table 3.7.2-17. Seepage water quality modeling results for Alternative 3 (mg/L) ............................... 523
Table 3.7.2-18. Estimated low-flow values required for predicted concentrations to be greater than standards in Queen Creek, due to Alternative 3 tailings seepage ................................. 524
Table 3.7.2-19. Effectiveness of Alternative 4 engineered seepage controls ................................... 526
Table 3.7.2-20. Seepage water quality modeling results for Alternative 4 (mg/L) ............................... 532
Table 3.7.2-21. Estimated low-flow values required for predicted concentrations to be greater than standards in Queen Creek, due to Alternative 4 tailings seepage ................................. 533
Table 3.7.2-22. Effectiveness of Alternative 5 engineered seepage controls ................................... 537
Table 3.7.2-23. Seepage water quality modeling results for Alternative 5 (mg/L) ............................... 541
Table 3.7.2-24. Estimated low-flow values required for predicted concentrations to be greater than standards in the Gila River, due to Alternative 5 tailings seepage ................................. 542
Table 3.7.2-25. Effectiveness of Alternative 6 engineered seepage controls ................................... 544
Table 3.7.2-26. Seepage water quality modeling results for Alternative 6 from DEIS water quality model (mg/L) ............................................................................................... 547
Table 3.7.2-27. Comparison of field investigations and water quality modeling at Skunk Camp location ................................................................................................... 549
Table 3.7.2-28. Seepage water quality modeling results for Alternative 6 from FEIS water quality model (mg/L) ............................................................................................... 556
Table 3.7.2-29. Estimated low-flow values required for predicted concentrations to be greater than standards in the Gila River, due to Alternative 6 tailings seepage (DEIS water quality model) ................................................................................................... 557
Table 3.7.3-1. Drainage characteristics ........................................................................... 570
Table 3.7.3-2. Locations where changes in streamflow for the project EIS action alternatives were analyzed ................................................................................................... 572
Table 3.7.3-3. Drainage area lost for each mine component ....................................................... 573
Table 3.7.3-4. Estimated changes in average monthly streamflow and peak flood flows common to all action alternatives – Devil's Canyon ................................................................ 576
Table 3.7.3-5. Estimated changes in average monthly streamflow and peak flood flows common to all action alternatives – Queen Creek ................................................................. 577
Table 3.7.3-6. Estimated changes in average monthly streamflow and peak flood flows for Queen Creek and northern tributaries – Alternative 2 ..................................................... 585

4-RCMSER-0974

Table 3.7.3-7. Estimated changes in average monthly streamflow and peak flood flows for Queen Creek – Alternative 4 ................................................................................................ 586
Table 3.7.3-8. Estimated changes in average monthly streamflow and peak flood flows for Queen Creek tributaries – Alternative 4 ..................................................................... 587
Table 3.7.3-9. Estimated changes in average monthly streamflow and peak flood flows for Donnelly Wash, Unnamed Wash, and Gila River – Alternative 5 ................................. 590
Table 3.7.3-10. Estimated changes in average monthly streamflow and peak flood flows for Dripping Spring Wash and Gila River – Alternative 6 ............................................. 594
Table 3.8.4-1. Acres of habitat blocks potentially affected for all action alternatives ............................. 623
Table 3.8.4-2. Acres of modeled habitat within the analysis area for special status wildlife species that potentially would be impacted under each action alternative .............................. 627
Table 3.8.4-3. Tonto National Forest vegetation type, trends, and acreages for management indicator species ...................................................................................................... 632
Table 3.9.3-1. Recreation opportunity spectrum acreages ............................................................... 651
Table 3.9.4-1. Current ROS within the analysis area and the Arizona National Scenic Trail corridor (acres) ................................................................................................................ 665
Table 3.9.4-2. ROS designation acreage within the analysis area and the Arizona National Scenic Trail corridor as modified by the project ............................................................... 665
Table 3.9.4-3. Loss of Federal land base and other recreation acreages ................................................ 666
Table 3.9.4-4. National Forest System routes that would be impacted under all action alternatives ....... 671
Table 3.9.4-5. Climbing resources that would be lost under all action alternatives ................................ 672
Table 3.10.1-1. Overview of key requirements of National Dam Safety Program and comparison with other guidance .......................................................................................... 699
Table 3.10.1-2. Comparison of key design criteria against requirements of National Dam Safety Program, Aquifer Protection Permit program, and industry best practices .......................... 703
Table 3.10.1-3. Communities and populations within 50 miles downstream of proposed tailings facilities ................................................................................................................ 705
Table 3.10.1-4. Water supplies in central Arizona within 50 miles downstream of proposed tailings facilities ................................................................................................................ 706
Table 3.10.1-5. Applicant-committed environmental protection measures addressing key failure modes, during both design and operations ............................................................. 712
Table 3.10.1-6. Empirical estimates of a hypothetical failure ........................................................... 718
Table 3.10.1-7. Potential for water contamination in the event of a tailings facility or pipeline failure ................................................................................................................... 719
Table 3.10.1-8. Potential for contaminated material to be left in the event of a tailings facility or pipeline failure ..................................................................................................... 720
Table 3.10.1-9. Differences between alternatives pertinent to tailings and pipeline safety ..................... 733
Table 3.11.3-1. Forest Service Visual Quality Objective classification descriptions .............................. 771
Table 3.11.3-2. Forest Service Scenic Integrity Objective descriptions ................................................ 771
Table 3.11.3-3. Forest Service Visual Quality Objectives and Scenic Integrity Objectives Cross-Walk ..................................................................................................................... 772
Table 3.11.3-4. Visual Resource Management Class descriptions ........................................................ 772
Table 3.11.3-5. Acreages by scenery management designation .......................................................... 773
Table 3.11.3-6. Dark sky conditions at observation points ............................................................... 780
Table 3.11.4-1. Impacts on scenic resources common to all action alternatives .................................... 782
Table 3.11.4-2. Scenery management designations in the project footprint and anticipated SIO after project implementation within the analysis area (acres) ......................................... 787

4-RCMSER-0975

Resolution Copper Project and Land Exchange

Table 3.11.4-3. Scenery management designations within the Arizona National Scenic Trail and
   anticipated SIO after project implementation (acres) .......................................................... 787
Table 3.11.4-4. Impacts on scenic resources under Alternative 2 ........................................................ 790
Table 3.11.4-5. Viewshed analysis for linear features (roads and trails) in Alternative 2 ...................... 791
Table 3.11.4-6. Alternative 2 key observation point descriptions and contrast rating analysis ............... 792
Table 3.11.4-7. Alternative 2 mine plan proposed lighting fixtures and associated lumens.................... 795
Table 3.11.4-8. Change in Average Sky Luminance and number of visible stars under Alternative 2 .... 795
Table 3.11.4-9. Viewshed analysis for linear features (roads and trails) in Alternative 4 ...................... 797
Table 3.11.4-10. Alternative 4 key observation point descriptions and contrast rating analysis ............. 798
Table 3.11.4-11. Viewshed analysis for linear features (roads and trails) in Alternative 5 ..................... 801
Table 3.11.4-12. Alternative 5 key observation point description and contrast rating analysis ............... 801
Table 3.11.4-13. Alternative 6 key observation point description and contrast rating analysis .............. 805
Table 3.11.4-14. Project area alternative scenery management designation acreage ............................... 809
Table 3.12.4-1. Cultural resources directly impacted by Alternative 2 .................................................. 829
Table 3.12.4-2. Cultural resources directly impacted by Alternative 4 .................................................. 830
Table 3.12.4-3. Cultural resources directly impacted by Alternative 5 .................................................. 832
Table 3.12.4-4. Cultural resources directly impacted under Alternative 6 ............................................. 833

4-RCMSER-0976

# 3.7    Water Resources

## 3.7.1    Groundwater Quantity and Groundwater-Dependent Ecosystems

### 3.7.1.1    Introduction

This section describes the analysis and predicted effects on the groundwater-dependent ecosystems (GDEs), public and private water supply wells, and subsidence from dewatering.

Resolution Copper has monitored the quantity and quality of water in streams, springs, and riparian areas as far back as 2003. Dozens of wells were installed for the sole purpose of understanding the local and regional hydrogeology, not just below Oak Flat but throughout the region. To assess impacts on groundwater resources, the long history of baseline data collection was considered holistically alongside

| **Overview** |
| :-- |
| Natural water features are scarce and important to Tribes, wildlife, residents, and recreationists. The Resolution Copper Project could affect both water availability and quality in several ways. In order to construct mine infrastructure, dewatering of the deep groundwater system below Oak Flat began in 2009, and would continue through mining. As the block caving and subsidence progress, eventually the effects of dewatering would extend to overlying aquifers. Changes in these aquifers, as well as capture of runoff by mine facilities and the subsidence area, could in turn affect springs, flowing streams, and riparian areas. In addition to loss of water, water quality changes could result from stormwater runoff, tailings seepage, or exposure of rock in the block-cave zone. |

- the large geographic area involved;
- the complex geology and multiple aquifers, including the incorporation of the block caving itself, which would fundamentally alter the geological structure of these aquifers over time;
- the long time frames involved for mining (decades) as well as the time for the hydrology to adjust to these changes (hundreds of years); and
- the fact that even relatively small changes in water levels can have large effects on natural systems.

A numerical groundwater flow model is the best available tool to assess groundwater impacts. Like all modeling, the Resolution Copper Mine groundwater model requires great care to construct, calibrate, and properly interpret. The Forest Service collaborated with a broad spectrum of agencies and professionals over several years to assess the groundwater modeling. This diverse group (see section 3.7.1.2) vetted the construction, calibration, and use of the groundwater model, and focused on understanding any sensitive areas with the potential to be negatively affected, including Devil's Canyon, Oak Flat, Mineral Creek, Queen Creek, Telegraph Canyon, Arnett Creek, and springs located across the landscape. The Forest Service refers to such areas as GDEs, which are "communities of plants, animals, and other organisms whose extent and life processes are dependent on access to or discharge of groundwater" (U.S. Forest Service 2012b).

Just as much care was taken to understand the limitations of the groundwater model. Specific model limitations are described in section 3.7.1.2 and reflect a careful assessment of how the results of a groundwater model can reasonably be used, given the uncertainties involved.

The Forest Service undertook a two-part strategy to manage uncertainty. First, all GDEs were assumed to be connected with the regional aquifers (and therefore potentially affected by the mine) unless direct

evidence existed to indicate otherwise. Second, regardless of what the model might predict, a monitoring plan would be implemented to ensure that actual real-world impacts are fully observed and understood.

This section analyzes impacts on GDEs and local water supplies from dewatering and block caving, the amount of water that would be used by each alternative, the impacts from pumping of the mine water supply from the Desert Wellfield, and the potential for ground subsidence to occur because of groundwater pumping. Some aspects of the analysis are briefly summarized in this section. Additional details not included here are in the project record (Newell and Garrett 2018d).

### *Changes from the DEIS*

We received a number of technical comments on the groundwater modeling effort used in the DEIS. We assessed these comments with the assistance of the reconvened Water Resources Workgroup. Many of the comments represented alternative modeling choices but not errors in the modeling process (Garrett 2020e). A review of these comments resulted in several clarifications and additions to this section, including details of baseline conditions and model calibration.

This section incorporates updated information with respect to springs and hydrologic conditions at the Skunk Camp location. We added further discussion of the development of the Desert Wellfield model in the East Salt River valley, and a refined analysis of potential subsidence impacts in that area.

The cumulative effects analysis was revised for the FEIS to better quantify impacts. It is described in detail in chapter 4 and summarized in this section. We received numerous comments concerned with water use by the mine and potential water scarcity due to drought, future meteorological trends, and competing water uses. The cumulative effects analysis now includes an expanded discussion of these issues. Mitigations developed between the DEIS and FEIS are summarized in appendix J and, if applicable to water quantity, are analyzed for effectiveness in this section.

### *Changes from the January 2021 Rescinded FEIS*

A number of changes have been made since January 2021 in response to comments. These include additional assessment of subsidence impacts, an analysis of the potential for indirect impacts affecting the San Carlos Apache Reservation and the Cutter Basin, and an expanded analysis of the number of wells that could be impacted by drawdown associated with the mine and the Desert Wellfield. The discussion of Arizona water law, and other pertinent laws, has also been expanded.

Changes to mitigation plans since January 2021 have been incorporated and assessed, revisions have been made to the cumulative effects analysis based on updates to the list of potentially reasonably foreseeable actions, and the section has been updated to reflect analysis of consistency with the new "Tonto National Forest Land Management Plan," implemented in December 2023.

## 3.7.1.2 Analysis Methodology, Assumptions, and Uncertain and Unknown Information

### *Analysis Area*

The analysis area for assessing impacts on groundwater quantity and GDEs comprises the groundwater model boundary for the mine site (figure 3.7.1-1) as well as the groundwater model boundary for the East Salt River valley model (figure 3.7.1-2). Models were run up to 1,000 years in the future, but as described below, quantitative results were reasonably applied up to 200 years in the future.

Some public comments expressed concern that the southern boundary of the East Salt River valley model, which corresponds to the boundary between the Phoenix AMA and the Pinal AMA, is inappropriate

because some level of drawdown from the Desert Wellfield is still anticipated at this location.
The Phoenix AMA/Pinal AMA boundary is based on a hydrogeologic divide between two distinct groundwater basins. This is the reason that boundary was selected as the domain of the groundwater model and the limit of the groundwater resource analysis area. However, note that the potential for project drawdown to overlap with other drawdown and projects farther south in the Pinal AMA is considered in the cumulative effects analysis in chapter 4.

*Modeling Process*

In September 2017, the Tonto National Forest convened a multidisciplinary team of professionals, referred to as the Groundwater Modeling Workgroup. The Groundwater Modeling Workgroup included Tonto National Forest and Washington-level Forest Service hydrologists, the groundwater modeling experts on the project NEPA team, representatives from ADWR, AGFD, the EPA, the San Carlos Apache Tribe, and Resolution Copper and its contractors. This group included not only hydrologists working on the groundwater model itself, but also the biologists and hydrologists who have conducted monitoring in the field and are knowledgeable about the springs, streams, and riparian systems in the project vicinity. The Groundwater Modeling Workgroup tackled three major tasks: defining sensitive areas, evaluating the model and assisting the Tonto National Forest in making key decisions on model construction and methodology, and assisting the Tonto National Forest in making key decisions on how to use and present model results.

A new Water Resources Workgroup convened in January 2020, following receipt of public comments on the DEIS. The reconvened Workgroup assisted the Tonto National Forest in assessing public comments related to water resources, including groundwater modeling, water quality and water quality modeling, and monitoring and mitigation. The Workgroup's efforts led to numerous requests for additional data, clarification, and analysis from the modelers, in order to inform the responses to the comments and the use of the model. Workgroup members disagreed with the approaches taken by the Tonto National Forest on some issues. These disagreements, as well as the results and proceedings of the reconvened Water Resources Workgroup, are documented in several summary memos (BGC Engineering USA Inc. 2020b; Garrett 2020j).

4-RCMSER-0979

Resolution Copper Project and Land Exchange



Figure 3.7.1-1. Overview of groundwater modeling analysis area

384

Final Environmental Impact Statement



**Figure 3.7.1-2. Desert Wellfield modeling analysis area and maximum (Alternative 2, left) and minimum (Alternative 4, right) modeled pumping impacts**

Left side of figure: Drawdown for scenario with the most pumping (Alternative 2). Upper left shows drawdown at end of mining; lower left shows maximum geographic extent of drawdown (124 years after end of mining). Right side of figure: Drawdown for scenario with the least pumping (Alternative 4). Upper right shows drawdown at end of mining; lower right shows maximum geographic extent of drawdown (11 years after end of mining).

385

Resolution Copper Project and Land Exchange

## SELECTED MODEL APPROACH

The groundwater model selected for the project is the MODFLOW-SURFACT program, selected in part because of the ability to change aquifer properties over time because of the effects of the block caving. This computer program code specifically was selected for use on this project for several reasons: "MODFLOW-SURFACT has the advantages of being more numerically stable when solving for groundwater flow in systems with steep hydraulic gradients and large differences in hydraulic conductivity across short distances, and in systems where drying and rewetting of model cells occurs. MODFLOW-SURFACT has been used on numerous large, complex mining projects, and is the most appropriate code for this project" (WSP USA 2019).

The assessment of the model by the Groundwater Modeling Workgroup, as well as the assessment of the conceptual hydrologic model upon which the numerical model is based, can be found in the technical memorandum summarizing the workgroup process and conclusions (BGC Engineering USA Inc. 2018d, 2020b). A description of the model construction can be found in WSP USA (2019). Predictive and sensitivity results can be found in Meza-Cuadra et al. (2018b) and Meza-Cuadra et al. (2018c).

Comments were received on the appropriateness of the groundwater model boundaries for the mine site. As seen in figure 3.7.1-1, the model boundaries were based roughly on watershed boundaries—a common practice for modeling as this often defines groundwater divides. However, the boundaries also represent important hydrologic conditions and geologic divides as well.

- The northeastern model boundary roughly represents the edge of the Apache Leap Tuff and Whitetail Conglomerate against the Pinal Schist and other less permeable igneous and metamorphic rocks (see "Indirect Effects to Cutter Basin" later in section 3.7.1 for a regional geographic map and cross section).

- The model boundaries on the western part of the model largely represent the relatively permeable units of the Superior Basin (Gila Conglomerate), which are surrounded by less permeable igneous and metamorphic rocks.

- The eastern and southeastern model boundary lie along Lyons Fork and Mineral Creek. These model boundaries were selected because they represent reasonable groundwater flow divides.

Part of the vetting of the groundwater model by the Groundwater Modeling Workgroup was to assess whether the selection of these boundaries might affect the groundwater modeling results. The boundaries were found to be reasonable with very little influence on the model outcomes (BGC Engineering USA Inc. 2018d, 2020b). These conclusions are based on two separate assessments. The first assessment considered those boundaries known as "general-head boundaries". These boundaries are important to assess because they allow water to flow in or out of the groundwater model, depending on the groundwater levels. If drawdown encroaches on a general-head boundary, more water will be added into the model, potentially resulting in the model underestimating drawdown impacts. The assessment concluded that the flow across the model boundaries was not substantial, up to 27 gallons per minute combined across all boundaries, compared to a dewatering pumping of 1,065 gallons per minute (Meza-Cuadra and Oliver 2018; Resolution Copper 2018a).

The second assessment converted all of the boundaries to no-flow boundaries, allowing no water in or out of the model. While not necessarily realistic, this ensures that boundaries are not allowing inflows that might reduce drawdown. This primarily increased drawdown in the northeast part of the model, for instance increasing anticipated drawdown in proxy well HRES-06 from about 10 feet to about 14 feet (Meza-Cuadra et al. 2018c). This sensitivity run is incorporated into the range of results described in this section.

386

## IDENTIFYING AND DEFINING GROUNDWATER-DEPENDENT ECOSYSTEMS

The Groundwater Modeling Workgroup developed the list of GDEs based on multiple sources of information; it ultimately evaluated in detail 67 different locations (Garrett 2018e). Any riparian vegetation or aquatic habitat around the GDEs is considered an integral part of the GDE.

It is important to understand that the list of GDEs assessed in detail was derived from a much wider list of potential spring locations. Potential spring locations were originally evaluated from eight separate available data sources (Rietz 2017), resulting in a list of over 1,000 possible springs within 20 miles of the project site. However, most of these spring locations are not perennial and cannot actually be located on the landscape. Spring locations based on available maps and databases may be artifacts of historic water conditions, may be incorrectly mapped, or may represent seasonal or ephemeral water sources.

By contrast, the types of springs that stand to be impacted by mine drawdown are those that have persistent water because they are connected to a regional aquifer system. For this reason, while historical maps and available databases were useful starting points, field surveys were required to verify which springs persistently exist on the landscape (WestLand Resources Inc. and Montgomery and Associates Inc. 2018, 2020). These field-verified springs represent the type of persistent GDEs with the potential for connections to regional aquifers and were then carried forward as part of the 67 GDEs assessed in detail.

The source of water for each GDE is important. Most of the 67 GDE locations the Groundwater Modeling Workgroup assessed were identified because of the persistent presence of water, year-to-year and season-to-season. In most cases this persistent water suggests a groundwater connection; however, the specific type of groundwater is important for predicting impacts on GDEs. There are generally two regional aquifers in the area: the Apache Leap Tuff, and the deep groundwater system. Any GDEs tied to these two aquifers have the potential to be impacted by mining. The deep groundwater system is being and would continue to be actively dewatered, and once block caving begins the Apache Leap Tuff would begin to dewater as well.

In addition to the regional groundwater systems, another type of groundwater results from precipitation that is temporarily stored in near-surface fractures or alluvial sediments. While temporary, this water still may persist over many months or even years as it slowly percolates back to springs or streams or is lost to evapotranspiration. These near-surface features are perched well above and are hydraulically disconnected from both the Apache Leap Tuff aquifer and the deep groundwater system; therefore, this groundwater source does not have the potential to be impacted by mine dewatering. However, changes in the surface watershed could still affect these shallow, perched groundwater sources. Predictions of reductions in runoff caused by changes in the watershed are discussed in section 3.7.3; these changes are also incorporated into this section (3.7.1) in order to clearly identify all the combined effects that could reduce water available for a GDE.

Identifying whether a GDE derives flow from the deep groundwater system, the Apache Leap Tuff, or shallow, perched aquifers was a key part of the Groundwater Modeling Workgroup's efforts. Several lines of evidence helped determine the most likely groundwater source for a number of GDEs: hydrologic and geological framework, inorganic water quality, isotopes, riparian vegetation, and the flow rate or presence of water. However, many more GDEs had little or no evidence to consider, or the evidence was contradictory. In these cases the Forest Service policy is to assume that a GDE has the potential to be impacted (Garrett 2018e; Newell and Garrett 2018a). In addition to identifying GDEs, the Groundwater Modeling Workgroup identified three key public water supply areas to assess for potential impacts from the mine.

After completion of the DEIS, additional field inventories were undertaken to identify other GDEs in the vicinity of the Skunk Camp tailings storage facility. Several additional springs were identified; however, no impacts to these springs by the facility footprint or changes in groundwater quantity are anticipated

Resolution Copper Project and Land Exchange

(WestLand Resources Inc. and Montgomery and Associates Inc. 2020). Potential changes in groundwater and surface water quality as a result of tailings seepage is assessed in section 3.7.2.

EVALUATING THE MODEL AND MODELING APPROACH

The Groundwater Modeling Workgroup reviewed the work done by WSP (a contractor of Resolution Copper) and assisted the Tonto National Forest in determining the appropriate methodologies and approaches that should be used. In practice, this consisted of an open, iterative process by which the Groundwater Modeling Workgroup requested data, the data were prepared and presented, and the results and meaning were discussed in Groundwater Modeling Workgroup meetings. All fundamental parts of developing a numerical groundwater flow model were discussed: developing a conceptual model, numerical model construction, model calibration, model sensitivity, model predictive runs, and model documentation. The results and conclusions of the Groundwater Modeling Workgroup's effort are documented in a final Groundwater Modeling Workgroup report (BGC Engineering USA Inc. 2018d). Results and conclusions of the post-DEIS reconvened Water Resources Workgroup are documented as well (BGC Engineering USA Inc. 2020b; Garrett 2020j).

The conceptual understanding of the hydrogeology and the geological framework of the area is fundamental to developing a valid groundwater flow model. A separate but related workgroup focused specifically on the geological data collection and interpretation, and the subsidence modeling. The results of this workgroup are discussed in Section 3.2, Geology, Minerals, and Subsidence, and documented in a final workgroup report (BGC Engineering USA Inc. 2018a). Several team members collaborated in both workgroups and facilitated sharing of information.

After receiving input from the Groundwater Modeling Workgroup, the Forest Service and its contractors ultimately determined that WSP's groundwater model, as amended and clarified over the course of the workgroup meetings, is a reasonable and appropriate tool for assessing hydrologic changes.

MODEL CALIBRATION

One specific topic raised in public comments is the calibration of the groundwater model. The selected approach for predicting project impacts requires three different steps: a steady-state model run to provide starting water levels representative of 1910; a transient model run between 1910 and 2016 used to calibrate the model; and predictive transient model runs.[63] The predictive transient models are described in more detail in the section below titled "Summary of Models Used for Mine Site Dewatering/Block Caving Effects."

Few details exist for groundwater levels in 1910, so the calibration target for the steady-state model was to attempt to replicate what was known about the general hydrology of the area, particularly where groundwater discharge was present in Queen Creek above Superior. The resulting steady-state water levels, calibrated in this way, form the starting point for the transient calibration run from 1910 to 2016. Ultimately, given the long time frame (over 100 years), the initial steady-state water levels in 1910 have relatively little effect on the transient modeling results.

Multiple calibration targets were used for the 1910–2016 transient calibration runs. These included:

- Groundwater levels. Groundwater levels formed the primary means of calibration for the transient model, with a strong focus on the time period from 1998 to 2016, which was a period of intensive monitoring of groundwater levels. Ultimately this calibration data set consisted of over

---

[63] A "transient" model run occurs over a specified period of time, with each time step using the model results from the previous time step as a starting point. A "steady-state" model has no time component, and the model simply runs until all the inflows and outflows specified in the model reach a balance.

4-RCMSER-0984

5,900 measurements at 93 different locations. These calibration targets were assessed statistically and visually (scatter plots and hydrographs comparing field-measured versus modeled water levels).

- Groundwater contours. Groundwater levels also were qualitatively assessed by comparing the modeled contours to real-world conditions, to identify how well gradients and flow directions match.

- Aquifer tests. Numerous aquifer tests were conducted by Resolution Copper as part of hydrogeologic characterization efforts. Two of these tests were particularly long: HRES-20 (90 days) and HRES-09 (23 days). These aquifer tests were replicated using the groundwater model, which is largely useful for calibrating storage parameters.

- Water budget. Groundwater models are built on a conceptual model, which is an understanding of the general characteristics of inflows to, and outflows from, an aquifer. A large part of the conceptual model is the water budget. Water budget components are estimated in a variety of ways, including field measurements. Part of the calibration approach is to compare the water budget from the calibrated model to the original conceptual model to identify what components have changed, and whether they still conform to field observations.

- Model fluxes. A primary purpose of the groundwater model at the mine site is to predict potential impacts to sensitive GDEs that have ties to the regional aquifers, including springs and perennial streams like Devil's Canyon and Mineral Creek. There are multiple ways to model groundwater/surface water interactions. Regardless of the methods used, the resulting model should qualitatively replicate the location and extent of surface water flows dependent on groundwater. This comparison was done in several ways, including comparing modeled flow through drains along Devil's Canyon to baseflow rates measured in the field, and comparing the model-predicted groundwater discharge to the field observations of continuously saturated stream reaches.

Ultimately, the transient calibration was successful. One common measurement used to assess calibration success is the scaled root mean squared (RMS) error, which is in the form of a percentage. Generally, scaled RMS error values less than 10 percent are considered acceptable, provided other qualitative calibration targets also are reasonable. The scaled RMS error for the entire calibration data set was 3 percent, and specifically for the Apache Leap Tuff calibration data set—which represents the aquifer of most importance to perennial waters in springs and in Devil's Canyon—the scaled RMS error was 3.3 percent (WSP USA 2019).

Other comments received focused on the large residuals in the deep groundwater system, compared with the residuals in the Apache Leap Tuff. "Residuals" are the difference between real-world measured groundwater levels and modeled groundwater levels. Reviewing the residuals is an important part of evaluating a model and forms the basis for the scaled RMS error, and are disclosed as part of the modeling results along with other calibration statistics (WSP USA 2019). In this case:

- The overall model, which includes the deep groundwater system and the Apache Leap Tuff, has a residual range from −387 to +681 feet, with an absolute mean residual of 91 feet. This results in the above stated 3.0 percent scaled RMS error.

- The Apache Leap Tuff alone, which is the regional aquifer of most interest because it supplies sensitive GDEs, has a residual range from −133 to +54 feet, with an absolute mean residual of 32 feet. This results in the above stated 3.3 percent scaled RMS error.

The most extreme residuals occur in the deep groundwater system, not the Apache Leap Tuff. However, the range of measured water levels in the deep groundwater system is also much greater than that in the

(150 of 300), Page 150 of 300
Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 150 of 300
Case 2:21-cv-00068-DWL    Document 106-2    Filed 07/14/25    Page 21 of 469

Resolution Copper Project and Land Exchange

Apache Leap Tuff (see table 3.7.1-1 for the drawdowns observed in the deep groundwater system). The scaled RMS error takes these differences in magnitude into account when assessing the reasonableness of a groundwater model.

The size of the absolute mean residuals informs the precision of the groundwater model results, or the level to which they can be relied upon. These data were reviewed carefully by the Groundwater Modeling Workgroup when making decisions on reliability (see the "Key Decision on Use of Model Results – Level of Precision" section below).

GEOTHERMAL GRADIENTS

Geothermal water is present at the mine site. Temperatures over 150 degrees Fahrenheit (°F) were documented in the deep groundwater system during sampling by Resolution Copper. The groundwater modeling does not incorporate geothermal effects and public comments raised the issue of whether geothermal gradients would have an effect on model results. This is a legitimate concern about a documented site-specific condition, as geothermal gradients can result in circulation within the aquifer.[64] Upon close examination, we determined that the geothermal conditions would not affect the results of the groundwater model as specifically used in the EIS.

- Impacts to GDEs result from water availability and are predicted solely through drawdown. Geothermal gradients have no effect on the amount or presence of water, only on circulation patterns within the aquifer.

- The huge stresses imposed by pumping to dewater the mine and the block caving itself render geothermal effects negligible. The system is anticipated to operate under extreme hydraulic gradients during operations.

- Geothermal gradients could be important for mixing within the block caving zone after operations cease. We evaluated the potential for this to occur in section 3.7.2. Ultimately, the analysis in that section shows that there are no outlets for groundwater within the block caving zone through mine infrastructure or tunnels, natural caves, or lake formation in the subsidence crater.

KEY DECISION ON USE OF MODEL RESULTS – BASELINE CONDITIONS

The Groundwater Modeling Workgroup made four specific key decisions about how the groundwater modeling results would be used:

1. Define appropriate baseline conditions,
2. Select an appropriate time frame for model output,
3. Select an appropriate precision for model output, and
4. Develop a strategy to deal with uncertainties.

The first key decision is how potential impacts from the mine operations are to be defined. With many resources, this is a simple task: predicted conditions during or after mine operations are compared with the affected environment, and the difference is considered the "impact" caused by the mine. In this case, renewed dewatering of the deep groundwater system has taken place since 2009 to allow construction and maintenance of mine infrastructure; this is described further in "Current and Ongoing Pumping and Water Level Trends" later in this section. This dewatering pumping is legal and has been properly permitted by the ADWR (see the "Current and Ongoing Pumping and Water Level Trends" section). Resolution

---

[64] Technically speaking, changes in temperature can also affect the material properties of water which ultimately can change properties like hydraulic conductivity, which incorporates aspects of both the aquifer materials and the fluid flowing through them. These effects are negligible when considering the range of uncertainty in the groundwater model.

4-RCMSER-0986

Copper is continuing this dewatering and would continue dewatering throughout the mine life. Further, even if the mine is not operated, Resolution Copper will continue legally dewatering to preserve its infrastructure investment.

The Tonto National Forest made the decision to handle this situation in two ways. First, continued dewatering of the mine would be included as part of the no action alternative. Second, the Tonto National Forest is ensuring that any effects of the past dewatering are disclosed as ongoing trends as part of the affected environment (Garrett 2019f).

As such, two separate models were prepared: a No Action model (with continued dewatering, but no block caving), and a Proposed Action model (with continued dewatering and block caving as proposed).

- For the no action alternative, the potential impact from the mine is defined as the drawdown as predicted in the no action groundwater flow model, up to 200 years after the start of mining (see next section for discussion on time frames).

- For the action alternatives, the potential impact from the mine is defined as the drawdown predicted in the proposed action groundwater flow model, up to 200 years after the start of mining (see next section for discussion on time frames). However, some of the GDEs impacted by proposed action drawdown would have been impacted by the no action alternative as well. The GDEs anticipated to be impacted by both models are disclosed for comparison, to clearly identify which impacts result from ongoing dewatering alone and which impacts result from the block caving.

The selection of baseline conditions was a specific point of disagreement in the Groundwater Modeling Workgroup. This same difference of opinion was expressed in public comments on the DEIS as well, noting that hydrologic conditions prior to the onset of Resolution Copper dewatering were not discussed in the DEIS, and that these pre-Resolution water levels should have been the appropriate baseline from which to measure impacts.

Large-scale dewatering activity began at Magma Mine in 1910 and continued until 1998, with the exception being the period between 1986 and 1989, when no significant pumping occurred. Active mining ceased in the Magma Mine in 1996, and the underground dewatering system continued operation until May 1998. Pumping averaged between 500 and 700 gallons per minute and resulted in over 3,000 feet of dewatering (WSP USA 2019).

The best estimate of water levels in 1910 before any dewatering is that they were at an elevation of 3,150 feet amsl (Short et al. 1943). While water levels recovered following the shutdown of dewatering in 1998, the 2009 water levels only rose to about 2,100 feet amsl, still well below the pre-1910 water levels (WSP USA 2019).

We confirmed our choice to use the current groundwater conditions at the site as the baseline to which project-related impacts are compared (Garrett 2018d). Aside from being the appropriate approach under NEPA, groundwater was documented to be substantially affected by mining in the Superior area for over a century. Selecting a past point in time as a baseline does not reflect the environment as it exists today. However, regardless of the baseline selected to disclose project-related impacts, the drawdown caused by past pumping by Resolution Copper is clearly disclosed in table 3.7.1-1.

Resolution Copper Project and Land Exchange

**Table 3.7.1-1. Changes in groundwater head in the deep groundwater system due to dewatering**

| Deep Groundwater System Wells* | Earliest Groundwater Head Elevation, in feet amsl (date shown in parentheses) | Groundwater Head Elevation in 2019 (in feet amsl) | Overall Change (feet) |
|---|---|---|---|
| **Deep groundwater system wells: east of the Concentrator Fault within the Resolution Graben** | | | |
| DHRES-01 (water level in Kvs) | 2,090 (2009) | −300 | −2,390 |
| DHRES-02 (water level in Kvs) | 2,100 (2008) | −580 | −2,680 |
| DHRES-08 (DHRES-08_-231 in Kvs) | 1,920 (2010) | 90 | −1,830 |
| **Deep groundwater system wells: east of the Concentrator Fault outside of the Resolution Graben** | | | |
| DHRES-06 (water level in Pz [Pnaco, Me, Dm, Cb, pCdiab]) | 3,250 (2010) | 3,240 | −10 |
| DHRES-07 (DHRES-07_-108 in Pz [Cb]) | 3,000 (2010) | 2,880 | −120 |
| DHRES-09 (water level in pCdsq and pCdiab) | 2,990 (2011) | 2,940 | −50 |
| DHRES-10 | N/A | N/A | N/A |
| DHRES-11 (water level in Pz and pCy) | 3,300 (2011) | 2,780 | −520 |
| DHRES-13 (water level in pCy and pCpi) | 2,790 (2011) | 2,670 | −120 |
| DHRES-14 (water level in Tw and pCpi) | 3,510 (2012) | 3,480 | −30 |
| DHRES-15 (water level in Dm and Cb) | 3,210 (2015) | 3,240 | +30 |
| **Deep groundwater system wells: west of the Concentrator Fault** | | | |
| DHRES-03 (DHRES-03_335 in Tvs) | 2,530 (2009) | 2,500† | −30 |
| DHRES-04 (water level in Tvs) | 2,570 (2009) | 2,620 | +50 |
| DHRES-05B (water level in Tal) | 2,620 (2010) | 2,560 | −60 |
| DHRES-16 (DHRES-16_-387 in Tal) | 2,320 (2014) | 2,190 | −130 |

Source: All data taken from Montgomery and Associates Inc. and Resolution Copper (2016).

Notes: Some elevations approximated to nearest 10 feet for clarity. N/A = Data not available; amsl = above mean sea level.

Tal = Apache Leap Tuff; Tw = Whitetail conglomerate; Tvs = Tertiary sedimentary and volcanic rocks; Kvs = Cretaceous sedimentary and volcanic rocks; Pz = Paleozoic sedimentary rocks (Pnaco = Naco formation; Me = Escabrosa limestone; Dm = Martin formation; Cb = Bolsa quartzite); pCy = Precambrian Apache Group; pCdiab = Precambrian diabase; pCdsq = Precambrian Dripping Springs quartzite; pCpi = Precambrian Pinal schist

\* For wells with multiple monitoring depths, specific monitoring location is shown in parentheses.

† 2016 water level shown

## KEY DECISION ON USE OF MODEL RESULTS – TIME FRAME

Groundwater models are generally run until they reach a point where the aquifer has sufficient time to react to an induced stress (in this case, the effects of block caving) and reach a new point of equilibrium.

In some systems this can take hundreds or even thousands of years. The groundwater flow model for the Resolution Copper project was run for 1,000 years, or roughly 950 years after closure of the mine, to approach equilibrium conditions. The Groundwater Modeling Workgroup recognized that a fundamental limitation of the model—of any model—is the unreliability of predictions far in the future, and the workgroup was tasked with determining a time frame that would be reasonable to assess. Based on combined professional judgment, the Groundwater Modeling Workgroup determined that results could be reasonably assessed up to 200 years into the future. All quantitative results disclosed in the EIS are restricted to this time frame.

The Groundwater Modeling Workgroup also recognized that while quantitative predictions over long time frames were not reliable, looking at the general trends of groundwater levels beyond the 200-year time frame still provides valuable context for the analysis. In most cases, the point of maximum groundwater drawdown or impact for any given GDE does not occur at the end of mining. Rather, it takes time for the full impacts to be observed—decades or even centuries. Even if quantitative results are unreliable at long time frames, the general trends in modeled groundwater levels can indicate whether the drawdown or impact reported at 200 years represents a maximum impact, or whether conditions might still worsen at that location. These trends are qualitatively explored, regardless of time frame. Specifically, see the discussions titled "Longer Term Modeled Impacts" in section 3.7.1.4. These qualitative discussions include impacts beyond the 200-year time frame for springs, Devil's Canyon, Queen Creek, Telegraph Canyon, Arnett Creek, and water supplies.

Time frames are only pertinent for transient models. Some public comments suggest that alternative approaches could have been used for the EIS analysis, either using a steady-state model to predict post-mine conditions or simply assuming that post-mine conditions would eventually (many centuries in the future) return to pre-mining conditions. Neither of these approaches is supportable for predicting impacts from the mine.

Steady-state modeling requires aquifer conditions and boundary conditions that are unchanging and in equilibrium. Regarding the mine, the use of block caving will incrementally change the aquifer characteristics over time during operations. Additionally, the amount of pumping is anticipated to change during operations. A transient model that allows for these changes is the only approach that can predict the groundwater levels as conditions change during operations. A steady-state model conceivably could have been used after operations cease to predict post-closure conditions. However, the modeling suggests equilibrium in the aquifer likely will not be achieved for over 1,000 years. Any results from a steady-state model would take place beyond 1,000 years. Thus, we considered such results to be remote and speculative.

Modeling could be avoided entirely if the assumption could be supported that post-mine conditions would eventually return to pre-mining conditions. This will never occur. Block caving is anticipated to fundamentally alter the hydrogeologic framework of the aquifer system, effectively eliminating the Whitetail Conglomerate unit that to date has separated the deep groundwater system from the Apache Leap Tuff aquifer. There is no expectation that the post-mine aquifer system eventually will look the same as it does today. Modeling is the most appropriate tool to predict how an altered aquifer system, fundamentally different from current conditions, would function.

KEY DECISION ON USE OF MODEL RESULTS – LEVEL OF PRECISION

Numerical groundwater models produce highly precise results (i.e., many digits beyond the decimal point). Even in a well-calibrated model, professional hydrologists and modelers recognize that there is a realistic limit to this precision, beyond which results are meaningless. The Groundwater Modeling Workgroup was tasked with determining the appropriate level of precision to use for groundwater modeling results.

Resolution Copper Project and Land Exchange

Based on combined professional judgment, the Groundwater Modeling Workgroup determined that to properly reflect the level of uncertainty inherent in the modeling effort, results less than 10 feet should not be disclosed or relied upon, as these results are beyond the ability of the model to predict. For values greater than 10 feet, the Groundwater Modeling Workgroup decided to use a series of ranges to further reflect the uncertainty: 10 to 30 feet, 30 to 50 feet, and greater than 50 feet. Regardless of these ranges, the quantitative modeled results for each GDE are still provided in the form of hydrographs (see appendix L). Several strategies were developed to help address the uncertainties associated with the groundwater modeling results, as described in the remainder of this section.

The precision of the results (10 feet) also reflects the inability of a regional groundwater model to fully model the interaction of groundwater with perennial or intermittent streams (see BGC Engineering USA Inc. (2018d) for a full discussion). This limitation means that impacts on surface waters are based on predicted groundwater drawdown, rather than modeled changes in streamflow. Note that while we are not relying quantitatively on modeled water levels less than 10 feet, the hydrographs included in appendix L of the EIS still qualitatively show all modeled drawdown, including drawdowns less than 10 feet.

KEY DECISION ON USE OF MODEL RESULTS – STRATEGIES TO ADDRESS UNCERTAINTY

Two key strategies were selected to deal with the uncertainty inherent in the groundwater model: the use of sensitivity model runs and the use of monitoring. The model runs used to predict impacts are based on the best-calibrated version of the model; however, there are many other variations of the model and model parameters that may also be reasonable. Sensitivity model runs are used to understand how other ways of constructing the model change the results. In these sensitivity runs, various model parameters are increased or decreased within reasonable ranges to see how the model outcomes change. In total, 87 model sensitivity runs were conducted, in addition to the best-calibrated version of the model.

Because of the uncertainty and limitations of the model, the Groundwater Modeling Workgroup decided that it would be most appropriate to disclose not only impacts greater than 10 feet based on the best-calibrated model, but also impacts greater than 10 feet based on any of the sensitivity runs. The predicted model results disclosed in this section represent a range of results from the best-calibrated model as well as the full suite of sensitivity runs. These are considered to encompass a reasonable range of impacts that could occur as a result of the project.

As can be seen in figure 3.7.1-3, which shows the 10-foot drawdown contour that encompasses all sensitivity runs (yellow area), some of the sensitivity runs show drawdown abutting the eastern edges of the model domain, which is an undesirable situation for a groundwater model. This result is driven by a single sensitivity run that looked at an increased hydraulic conductivity in the Apache Leap Tuff aquifer. This has been taken into consideration when interpreting the model results. For some GDEs, this particular sensitivity run represents the sole outcome where impact is anticipated; for these, impacts are considered possible but unlikely, given that the base case and all other model sensitivity runs show consistent results.

4-RCMSER-0990

Final Environmental Impact Statement



Figure 3.7.1-3. Modeled groundwater drawdown—proposed action, 200 years after start of mine

395

4-RCMSER-0991

Resolution Copper Project and Land Exchange

The Groundwater Modeling Workgroup recognized that while the model may not be reliable for results less than 10 feet in magnitude, changes in aquifer water level much less than 10 feet still could have meaningful effects on GDEs, even leading to complete drying. The Groundwater Modeling Workgroup explored several other modeling techniques, including explicitly modeling the interaction between groundwater and surface water to predict small changes in streamflow, but found that these techniques had similar limitations. To address this problem, monitoring of GDEs would be implemented during mine operations, closure, and potentially beyond. For many of these GDEs, this monitoring effort simply continues monitoring that has been in place from as early as 2003. Details of monitoring conducted to date are available in the project record for springs and surface waters (Montgomery and Associates Inc. 2017d), water quality sampling (Montgomery and Associates Inc. 2016), and well construction and groundwater levels (Montgomery and Associates Inc. and Resolution Copper 2016). If monitoring identifies real-world impacts that were not predicted by the modeling, mitigation would be implemented. Mitigation is not restricted to unanticipated impacts; mitigation may also be undertaken for those GDEs where impacts are expected to occur.[65]

### Summary of Models Used for Mine Site Dewatering/Block Caving Effects

The following groundwater flow models provide the necessary impact predictions. Each of the models included best-calibrated, base-case modeling runs as well as sensitivity runs:

- **No Action Model, Life of Mine.** This model assumes that no mining occurs and that therefore no block caving occurs that connects the Apache Leap Tuff aquifer to the deep groundwater system. While dewatering of the deep groundwater system is assumed to continue, for the most part those dewatering effects are confined to the deep groundwater system, and the Apache Leap Tuff aquifer does not dewater. This model was run for 51 years, until closure of the mine.

- **No Action Model, Post-closure.** This model continues after 51 years, with dewatering being curtailed at the end of the Life of Mine model. This model was run to 1,000 years, but quantitative results are only used out to 200 years after start of the model, which is 149 years after closure of the mine. Model results beyond 200 years are still used but are discussed qualitatively.

- **Proposed Action Model, Life of Mine.** This model assumes that mining and block caving occur as proposed, along with the dewatering necessary to maintain project infrastructure. Under these conditions, the Apache Leap Tuff aquifer becomes hydraulically connected to and partially drains downward into the deep groundwater system. This model was run for 51 years, until closure of the mine. The proposed action model is applicable to all action alternatives.

- **Proposed Action Model, Post-closure.** This model continues after 51 years, with dewatering being curtailed at the end of the Life of Mine model. This model was run to 1,000 years, but quantitative results are only used out to 200 years after start of the model, which is 149 years after closure of the mine. Model results beyond 200 years are still used but are discussed qualitatively. The proposed action model is applicable to all action alternatives.

### Model Used for Mine Water Supply Pumping Effects

One additional model was part of the analysis process. Resolution Copper also ran a model to predict pumping impacts from the water supply wellfield located along the MARRCO corridor in the East Salt River valley. This groundwater flow model was built from an existing, calibrated, regulatory model prepared by ADWR. In some form, this model has been used widely for basin-wide planning purposes since the 1990s, as well as to estimate project-specific water supply impacts. This model was evaluated

---

[65] In appendix J of the DEIS, this mitigation was found in measure RC-211. In appendix J of the FEIS, this mitigation can be found in measure FS-WR-01.

4-RCMSER-0992

for applicability to the Desert Wellfield modeling and found to be acceptable for assessing drawdown caused by mine water supply pumping under different alternatives (Walser 2020a).

## 3.7.1.3    Affected Environment

### Relevant Laws, Regulation, Policies, and Plans

The State of Arizona has jurisdiction over groundwater use; however, the Forest Service also has pertinent guidance on analyzing groundwater impacts, disclosing these impacts appropriately during NEPA analysis, and managing GDEs on NFS land.

---

### Primary Legal Authorities and Technical Guidance Relevant to the Groundwater Analysis

- Arizona Groundwater Management Act of 1980, along with implementing regulations that govern groundwater use within Active Management Areas
- Forest Service Manual 2520 (management of riparian areas, wetlands, and floodplains), 2530 (collecting water resource data), and 2880 (inventory and analysis of GDEs)

---

ARIZONA LEGAL FRAMEWORK CONCERNING WATER USE

The use of water in Arizona—from whatever source—takes place under a complex regulatory framework designed to prioritize and manage limited water resources. There is no single author of this framework; rather, it represents the combined outcome of four decades of intensive water management in Arizona and in the Colorado River drainage basin.

The use of surface water and groundwater are largely separated in Arizona law. Groundwater is governed by the authorities and restrictions put in place by the State of Arizona with the 1980 Groundwater Management Act and furthered by subsequent legislation. These laws are administered by the ADWR and largely govern the use of groundwater within AMAs. Within AMAs, the pumping of groundwater can only take place in conjunction with an appropriate groundwater right or withdrawal permit. Resolution Copper's groundwater pumping at the mine site (dewatering) and at the Desert Wellfield both take place within the boundaries of the Phoenix AMA and therefore must adhere to this regulatory framework. In the Resolution Copper Project analysis area, groundwater use in groundwater basins outside of AMAs is largely not regulated, except for the requirement that it be put to beneficial use.

The boundaries of the Phoenix AMA, Pinal AMA, and other groundwater basins are shown in figure 3.7.1-4. A cross section of the hydrogeology of the Phoenix AMA and Pinal AMA can be seen in figure 3.7.1-5. Note that the aquifers in the Phoenix AMA and Pinal AMA are hydrogeologically similar and connected. At the southern boundary of the Phoenix AMA, groundwater flows northward out of the Pinal AMA and into the Phoenix AMA.

Surface water use throughout the state is governed by a system of surface water rights based on the doctrine of prior appropriation. In practice, most water sources in the state are overallocated, with many more water rights filed than physical water exists in the system. Theoretically this is not problematic, since in times of shortage the senior water right holders would take precedence over junior water right holders. In practice, though, this requires that the priority dates and amounts of all surface water rights are decided upon. For the area encompassing the Resolution Copper Project, this is a massive legal undertaking known as the General Stream Adjudication of the Gila River. Goals of the adjudication include clarifying the validity and priority of surface water rights and providing a clear legal framework

for when groundwater withdrawals would impinge on surface water rights. The adjudication has been underway for several decades, and while progress has been made, many issues remain unresolved, including any prioritization or validation of water rights in the analysis area.

Water use in Arizona is further governed by the body of laws, treaties, and agreements known generally as the Law of the River. This governs the contracting and use of Colorado River water delivered through the Central Arizona Project, which is administered by the Central Arizona Water Conservation District and the Bureau of Reclamation. At present, the availability of CAP supplies is uncertain and in flux as Arizona and the other Colorado River basin states respond to extreme shortages on the Colorado River and in reservoirs like Lake Mead. Note that overall regional water supplies and shortages—and the cumulative impact of Resolution Copper's water use—are assessed in Chapter 4, Cumulative Effects.

Several public comments expressed confusion about aspects of the Resolution Copper Project with respect to Arizona water law and water use. The following questions and answers are provided for clarification.

- **How is Resolution Copper allowed to dewater the mine workings?** Resolution Copper has been pumping groundwater at the East Plant Site since 2009 to allow construction of underground infrastructure. This pumping is located within the Phoenix AMA and therefore requires a groundwater right or withdrawal permit. The current groundwater pumping for dewatering is being conducted under a dewatering permit for mining that was issued to Resolution Copper by ADWR (59-524492).

- **How will Resolution Copper be allowed to dewater mine workings in the future?** Future pumping of groundwater at the East Plant Site will require a similar dewatering permit or may be conducted using some other appropriate groundwater rights. For example, Resolution Copper currently holds multiple Type 2 non-irrigation grandfathered rights that potentially could be used in lieu of a dewatering permit (Rietz 2016b).

- **How will Resolution Copper be allowed to pump the large amount of water needed from the Desert Wellfield?** Because the Desert Wellfield is located within the Phoenix AMA, pumping from the wellfield requires a groundwater right or withdrawal permit. About 60 percent of the groundwater pumped will be associated with long-term storage credits already obtained by Resolution Copper or are under agreement to obtain. Use of these long-term storage credits legally would be considered recovered water. The remaining water would require some other appropriate right or permit from ADWR. Resolution Copper could rely on existing Type 2 non-irrigation grandfathered rights (Rietz 2016b), could obtain additional long-term storage credits, or could obtain a new withdrawal permit. One possible withdrawal permit would be a mineral extraction and metallurgical processing permit (ARS 45-514). This is a "shall issue" permit, provided that certain conditions dictated by statute are met, and typically has a term of 50 years. Any of these avenues are allowable under Arizona water law, but would require appropriate application to and authorization by ADWR.

- **How is Resolution Copper allowed to pump water from the Desert Wellfield for use remotely at the mine site?** The water supply for the Resolution Copper Project will come from the Desert Wellfield, located in the East Salt River valley. The groundwater will then be transported to the West Plant Site via the MARRCO corridor. There are legal restrictions in Arizona on the transfer of groundwater between groundwater basins and subbasins. In this case, both the Desert Wellfield and the West Plant Site are located within the same groundwater basin (the Phoenix AMA) and the same subbasin (East Salt River valley), as shown in figure 3.7.1-4. There is no restriction on transporting Desert Wellfield water within the same groundwater basin and subbasin.

- **How can Resolution Copper transport the dewatering water currently being pumped away from the Superior Basin?** Water removed from the mine workings by Resolution Copper is currently sent to the New Magma Irrigation and Drainage District, via the MARRCO corridor. As noted in the previous bullet, while there are legal restrictions in Arizona on the transfer of groundwater between groundwater basins and subbasins, both the current mine workings and the New Magma Irrigation and Drainage District are located within the same groundwater basin and the same subbasin.

- **How can Resolution Copper rely on its Central Arizona Project allocation, in the face of ongoing shortages on the Colorado River?** On September 20, 2021, Resolution Copper entered into a subcontract with the United States and the Central Arizona Water Conservation District for an annual allocation of 2,238 acre-feet of Non-Indian Agriculture Central Arizona Project water. Previously, it was envisioned that the Resolution Copper CAP allotment could be directly used. This remains a possibility. In 2022, Resolution Copper's allocation was delivered to the New Magma Irrigation and Drainage District's Groundwater Savings Facility, for conversion into new long-term storage credits. Availability of the CAP allotment water in future years will be subject to both physical availability and the terms of whatever drought contingency plans are in effect at that time. Given the variability in supply and the need for infrastructure to access the water directly, it appears most likely at this time that any available CAP allotment would be converted to long-term storage credits rather than accessed directly.

- **How would Resolution Copper be allowed to move water associated with tailings between groundwater basins under the preferred alternative?** The preferred alternative (Alternative 6) involves a tailings storage facility located in a different groundwater basin than the West Plant Site, and therefore would involve the movement of tailings as a slurry to a different groundwater basin. The Forest Service's understanding is that there is no legal restriction on the movement of tailings slurry. The existing restrictions on the movement of groundwater across basin boundaries apply to pumped groundwater, not to the products of industrial processing like tailings. Further, the source of water for the tailings is not directly groundwater. It is from the mine processing water circuit, which is a combination of multiple sources of water, including output from multiple recycling loops. Similarly, process water recovered at the tailings storage facility and recycled back to the West Plant Site is not groundwater and there is no legal restriction on the movement of this process water.

## LAWS CONCERNING FOREST SERVICE MANAGEMENT OF SPRINGS AND WATER RESOURCES

The Forest Service received comments suggesting that disclosure would be improved by discussing laws related to spring impacts. We do not believe it would be useful to summarize the entirety of the laws and regulations governing the administration of Forest Service lands. However, a brief discussion is included below discussing key laws related to governing water resources that are often raised in comments.

**Organic Act of 1897.** The Organic Act of 1897 authorized establishment of National Forest Reserves. The Organic Act specifies the reasons for which lands may be reserved:

> No public forest reservation shall be established, except to improve and protect the forest within the reservation, or for the purpose of securing favorable conditions of water flows, and to furnish a continuous supply of timber for the use and necessities of citizens of the United States . . . .

The Organic Act further specifies that waters within these areas are for use:

> All waters on such reservations may be used for domestic, mining, milling, or irrigation purposes, under the laws of the State wherein such forest reservations are situated, or under the laws of the United States and the rules and regulations established thereunder.

The Organic Act also specifies that mining is an allowable use within these areas:

> Nor shall anything herein prohibit any person from entering upon such forest reservations for all proper and lawful purposes, including that of prospecting, locating, and developing the mineral resources thereof: Provided, That such persons comply with the rules and regulations covering such forest reservations.

The Organic Act effectively provided the authority for designating National Forest lands and contained the broad outlines of what uses Congress intended for these lands, but contained little guidance on how to manage those lands. Guidance on management of NFS lands would continue to be developed through other legislation.

**Multiple-Use Sustained Yield Act of 1960 (Public Law 86-517).** The Multiple-Use Sustained Yield Act of 1960 established the guiding principle that National Forests should be managed for multiple uses, with discretion given to the agency to consider the value of various resources:

> . . . it is the policy of the Congress that the national forests are established and shall be administered for outdoor recreation, range, timber, watershed, and wildlife and fish purposes.

> The Secretary of Agriculture is authorized and directed to develop and administer the renewable surface resources of the national forests for multiple use and sustained yield of the several products and services obtained therefrom. In the administration of the national forests due consideration shall be given to the relative values of the various resources in particular areas.

The Multiple-Use Sustained Yield Act is silent on water resources, but as with the Organic Act, does specify that mining within these areas is an allowable use:

> Nothing herein shall be construed so as to affect the use or administration of the mineral resources of national forest lands . . . .

**Forest and Rangeland Renewable Resources Planning Act of 1974 (Public Law 93-378) and National Forest Management Act of 1976 (Public Law 94-588).** These laws establish the framework for long-range planning by the Forest Service to ensure the future supply of forest resources while maintaining a quality environment. These laws are silent on administration of water resources but do "recognize the fundamental need to protect and, where appropriate, improve the quality of soil, water, and air."

Overall, these laws identify water as one resource to be managed on national forests but do not dictate to the Forest Service how waters are to be managed. Rather, they establish an expectation that the Forest Service will manage for multiple uses, and establish an expectation that sustainability and protection of environmental quality must be considered. The regulations promulgated for NFS lands stem from these statutes and adhere to the same principles. Priority is given to protecting water resources without dictating how those resources are managed with other uses.

Final Environmental Impact Statement



Figure 3.7.1-4. Location of Phoenix AMA, groundwater basins/subbasins, and the Cutter Basin with respect to the preferred alternative

401

Resolution Copper Project and Land Exchange



Figure 3.7.1-5. Generalized geologic cross section (B–B') for Phoenix AMA and Pinal AMA (sources: Dubas and Liu (2010); Freihoefer et al. (2009); Liu et al. (2014); Peacey (2020c))

402

### *Existing Conditions and Ongoing Trends*

REGIONAL HYDROLOGIC FRAMEWORK

The project is located within a geological region known as the Basin and Range province, near the boundary with another geological region known as the Arizona Transition Zone. The Basin and Range aquifers generally consist of unconsolidated gravel, sand, silt, and clay, or partly consolidated sedimentary or volcanic materials. These materials have filled deep fault-block valleys formed by large vertical displacement across faults. Mountain ranges that generally consist of impermeable rocks separate adjacent valleys (Robson and Banta 1995), leading to compartmentalized groundwater systems. Stream alluvium is present along most of the larger stream channels. These deposits are about 100 feet thick and 1 to 2 miles wide along the Gila, Salt, and Santa Cruz Rivers in Arizona aquifers (Robson and Banta 1995). The hydrology of the Arizona Transition Zone is generally more complex, characterized largely by fractured rock aquifers with some small alluvial basins.

The semiarid climate in the region limits the amount of surface water available for infiltration, resulting in slow recharge of the groundwater with an average annual infiltration of 0.2 to 0.4 inch per year (Woodhouse 1997). Much of this recharge occurs as mountain-front recharge, where runoff concentrates along ephemeral channels.

GROUNDWATER IN THE ANALYSIS AREA

The analysis area contains several distinct groundwater systems, as shown on the conceptual cross section in figure 3.7.1-6:

- Groundwater east of the Concentrator Fault:
  - a shallow, perched groundwater system
  - the Apache Leap Tuff aquifer
  - a deep groundwater system
- Groundwater west of the Concentrator Fault in the Upper Queen Creek watershed (10-digit HUC 1505010004):
  - alluvial groundwater, primarily in floodplain alluvium along Queen Creek
  - deep groundwater system in poorly permeable basin-fill sediments

The groundwater underlying most of the analysis area is within the Phoenix AMA, as defined by the Arizona Groundwater Management Act, and is in the East Salt River valley groundwater subbasin of the AMA, as shown in figure 3.7.1-1. Groundwater use within the AMA is administered by the ADWR (Newell and Garrett 2018d).

Summaries of the geology of the area are found in Section 3.2, Geology, Minerals, and Subsidence; the following discussion focuses on the hydrology and groundwater of the area.

Resolution Copper Project and Land Exchange



Figure 3.7.1-6. Conceptual cross section (A–A') of the groundwater systems (see figure 3.2.3-1)

404

4-RCMSER-1000

**East Plant Site**

The East Plant Site is located on Oak Flat, east of the Concentrator Fault. The Concentrator Fault is a barrier to flow in the deep groundwater systems on either side of the fault. Groundwater characterization wells for the shallow, perched groundwater, the Apache Leap Tuff aquifer, and the deep groundwater system are shown in figure 3.7.1-7.

The shallow groundwater system consists of several shallow, perched aquifers of limited areal extent hosted in alluvial deposits and the uppermost weathered part of the Apache Leap Tuff. The primary shallow aquifers in this area are located near Top-of-the-World and JI Ranch, and to a lesser degree along some of the major drainages such as Hackberry Canyon and Rancho Rio Canyon.

The Apache Leap Tuff aquifer is a fractured-rock aquifer that extends throughout much of the Upper Queen Creek and Mineral Creek-Gila River watersheds (10-digit HUCs 1505010004 and 1505010002, respectively); this area includes both Devil's Canyon and upper Mineral Creek. The Apache Leap Tuff aquifer is separated from the deep groundwater system by a thick sequence of poorly permeable Tertiary basin-fill sediments (the Whitetail Conglomerate). In general, the direction of groundwater movement in the Apache Leap Tuff follows surface drainage patterns, with groundwater moving from areas of recharge at higher elevations to natural discharge areas in Devil's Canyon and in Mineral Creek. Regional water levels in the Apache Leap Tuff aquifer, and general flow directions, are shown in figure 3.7.1-8.

The deep groundwater system east of the Concentrator Fault is compartmentalized, and faults separate individual sections of the groundwater system from each other. Depending on their character, faults can either inhibit or enhance groundwater flow. Based on available evidence, the faults in the project area tend to restrict groundwater flow between individual sections. The ore body and future block-cave zone lie within a geological structure called the Resolution Graben, which is bounded by a series of regional faults. The deep groundwater system in the Resolution Graben is hydraulically connected to existing mine workings, and a clear decrease in water levels in response to ongoing dewatering of the mine workings has been observed (Resolution Copper 2016c).

Three wells monitor the deep groundwater system inside the Resolution Graben (see table 3.7.1-1). As noted earlier in this section, groundwater levels in the deep groundwater system below Oak Flat (close to the pumping, within the Resolution Graben) have declined more than 2,000 feet since 2009 (Montgomery and Associates Inc. and Resolution Copper 2016) (see table 3.7.1-1). The deep groundwater system east of the Concentrator Fault, but outside the Resolution Graben, appears to have a limited hydraulic connection with the deep groundwater system inside the graben. Resolution Copper monitors groundwater levels at eight locations in the deep groundwater system outside the Resolution Graben (see table 3.7.1-1). Outside the graben, groundwater level decreases have been smaller, with a maximum decline of about 500 feet since 2009, while near Superior, water levels associated with similar connected units have declined up to 130 feet since 2009 (see table 3.7.1-1) (Montgomery and Associates Inc. and Resolution Copper 2016).

Resolution Copper Project and Land Exchange



Figure 3.7.1-7. Characterization wells for the shallow, perched groundwater, the Apache Leap Tuff aquifer, and the deep groundwater system

406

4-RCMSER-1002

Final Environmental Impact Statement



Figure 3.7.1-8. Apache Leap Tuff aquifer water-level elevations and general flow directions

4-RCMSER-1003

Resolution Copper Project and Land Exchange

**West Plant Site**

At the West Plant Site, shallow and intermediate groundwater occurs in the Gila Conglomerate. In addition, groundwater occurs in shallow alluvium to the south of the West Plant Site and in fractured bedrock (Apache Leap Tuff) on the eastern boundary of the West Plant Site.

Groundwater in the shallow, unconfined Gila Conglomerate discharges locally, as evidenced by the presence of seeps and evaporite deposits. The groundwater deeper in the Gila Conglomerate, below a separating mudstone formation, likely flows to the south or southwest toward regional discharge areas (Resolution Copper 2016c). Several wells monitor the Gila Conglomerate near the West Plant Site. Most of these wells have shown steady long-term declines in water level since 1996. These declines are consistent with water level declines occurring regionally in response to drought conditions (Montgomery and Associates Inc. 2017b).

The deep groundwater west of the Concentrator Fault is hosted in low permeability Quaternary and Tertiary basin-fill deposits, fractured Tertiary volcanic rocks, and underlying Apache Leap Tuff. Four wells monitor the deep groundwater system west of the Concentrator Fault. These wells have shown varying rises and declines (Montgomery and Associates Inc. 2017b).

**MARRCO Corridor, Filter Plant and Loadout Facility, and Desert Wellfield**

Along much of the MARRCO corridor, groundwater is present in a shallow aquifer within the alluvium along Queen Creek. The groundwater flow direction in this part of the corridor generally follows the Queen Creek drainage to the west.

In the portion of the corridor between Florence Junction and Magma, where the filter plant and loadout facility would be located, the groundwater is present in deep alluvial units. The regional groundwater flow direction in this area is generally toward the northwest (Resolution Copper 2016c).

The makeup water supply[66] for the mine would come from a series of wells installed within the MARRCO corridor, drawing water from these deep alluvial units of the East Salt River valley. These wells are known as the "Desert Wellfield." Although groundwater development in the vicinity of the Desert Wellfield has heretofore been limited, historically areas of the East Salt River valley to the west and south have been heavily used for agriculture. Until the late 1980s to early 1990s, groundwater levels were declining in much of the basin. Passage of the 1980 Groundwater Management Act which imposed limits on pumping, the availability of a renewable source of water, and the development of a regulatory framework allowing for recharge of the aquifer, all of which in combination with reduced agricultural pumping, have contributed to rising water levels. In the NMIDD to the southwest, groundwater levels have recovered on the order of 170 feet over the past three decades, with somewhat lesser water level increases occurring in the area of the Desert Wellfield (Bates et al. 2018). Current depths to groundwater in the vicinity of the Desert Wellfield range from 400 to 600 feet below ground surface. Because of these depths to groundwater, there are no GDEs in the East Salt River valley supported by regional groundwater that potentially could be impacted by drawdown from the mine water supply pumping.

**Tailings Storage Facility – Alternatives 2 and 3 – Near West**

Thin alluvial deposits on the floors of canyons and washes at the location of the proposed tailings storage facility contain small amounts of shallow, perched groundwater. The majority of the tailings storage facility site is underlain by rocks with little permeability, with no indication of a water table within the upper 150 to 300 feet of ground surface (Montgomery and Associates Inc. 2017c). Where those rocks are

---

[66]  The mine process incorporates numerous means of recycling water back into the process wherever possible. However, for all alternatives, there remains the need for substantial additional fresh water for the processing. The fresh water fed into the processing stream is termed "makeup" water.

fractured, they have the potential to store groundwater and allow for groundwater flow. Three springs are in the footprint of the proposed tailings storage facility: the Perlite, Benson, and Bear Tank Canyon Springs (see figure 3.7.1-3). Groundwater flow generally follows the topography toward Queen Creek. Several wells were installed in the tailings storage facility area to provide information on groundwater levels (Montgomery and Associates Inc. 2017c).

**Tailings Storage Facility – Alternative 4 – Silver King**

Similar to the Near West site, thin alluvial deposits on the floors of canyons and washes, especially in Silver King Wash, contain small amounts of shallow, perched groundwater (Cross and Blainer-Fleming 2012; Klohn Crippen Berger Ltd. 2018c). The majority of the tailings storage facility site is underlain by rocks with little permeability. Groundwater moves generally southwest (Cross and Blainer-Fleming 2012). A number of perennial springs are located near Alternative 4. McGinnel Spring and Iberri Spring are located within the footprint of Alternative 4, and several other perennial springs (McGinnel Mine Spring, Rock Horizontal Spring, and Bitter Spring) are located within 1 mile (see figure 3.7.1-3).

**Tailings Storage Facility – Alternative 5 – Peg Leg**

A broad alluvial groundwater basin underlies the Peg Leg location (Ludington et al. 2007). Limited site water level data suggest that groundwater depths below the facility footprint are relatively shallow, with depths less than 50 feet (Golder Associates Inc. 2018a). Groundwater flow is to the northwest, generally following the ground surface topography. The site is located in the Donnelly Wash groundwater basin, outside any AMA.

**Tailings Storage Facility – Alternative 6 – Skunk Camp**

A number of field investigations that took place at the Skunk Camp location were completed and reported after publication of the DEIS (Fleming, Shelley, et al. 2018; KCB Consultants Ltd. 2019; Montgomery and Associates Inc. 2019a, 2020a, 2020e, 2020g; WestLand Resources Inc. and Montgomery and Associates Inc. 2020; Wong et al. 2020a). The specific reports and types of investigations are detailed in section 3.2.

Overall, on-site investigations confirmed the previous understanding of hydrology and geology at the site, as detailed in section 3.2. Deposits of sand and gravel less than 100 feet thick underlie the Skunk Camp location and contain shallow groundwater. Regional groundwater flows from northwest to southeast within the proposed tailings storage facility area toward the Gila River. Shallow groundwater flow is expected to be primarily through the surface alluvial channels and upper weathered zone of the Gila Conglomerate (Klohn Crippen Berger Ltd. 2018d). The site is located in the Dripping Spring Wash groundwater basin, outside of any AMA.

GROUNDWATER BALANCE WITHIN MODELING ANALYSIS AREA

Groundwater systems are considered to be at steady state when outflow equals inflow. In the modeling analysis area, outflows due to mine dewatering exceed inflows, with the result that the groundwater system is not at steady state and water is removed from storage.

Inflow components of the groundwater balance include recharge from precipitation, groundwater inflows from adjacent groundwater basins, and deep percolation from irrigation and from the Town of Superior Wastewater Treatment Plant. Recharge from precipitation is the largest component of inflow into the groundwater of the analysis area.

Groundwater outflows include mine dewatering, groundwater pumping, subsurface and surface flow at Whitlow Ranch Dam (a flood control structure located on Queen Creek, just upstream of the community of Queen Valley), and groundwater evapotranspiration. The largest component of groundwater outflow

for both the shallow perched groundwater and the Apache Leap Tuff aquifer is groundwater evapotranspiration, primarily from where vegetation has access to near-surface groundwater. The largest component of groundwater outflow for deep groundwater is mine dewatering, primarily from Resolution Copper but also from an open-pit perlite mining operation near Queen Creek. In 2017, mine dewatering removed approximately 1,360 acre-feet of water from the deep groundwater system (Montgomery and Associates Inc. 2018).

## ONGOING METEOROLOGICAL TRENDS AFFECTING WATER BALANCE

The annual mean and minimum temperatures in the lower Colorado River Basin have increased 1.8°F to 3.6°F for the time period 1900–2002, and data suggest that spring minimum temperatures for the same time period have increased 3.6°F to 7.2°F (Dugan 2018). Winter temperatures have increased up to 7.2°F, and summer temperatures 1.6°F. Increasing temperature has been correlated with decreasing snowpack and earlier runoff in the lower Colorado River Basin, with runoff increasing between November and February and decreasing between April and July (April to July is traditionally recognized as the peak runoff season in the basin).

Future projected temperature increases are anticipated to change the amount of precipitation only by a small amount but would change the timing of runoff and increase the overall evaporative demand. Groundwater recharge is most effective during low-intensity, long-duration precipitation events, and when precipitation falls as snow. With ongoing trends for the southwestern United States toward higher temperatures with less snow and more high-intensity rainstorms, more runoff occurs, but groundwater recharge may decline, leading to a decrease in groundwater levels. Increased demand for groundwater, due to higher water demand under higher temperatures, may also lead to greater stresses on groundwater supplies.

## CURRENT AND ONGOING PUMPING AND WATER LEVEL TRENDS

Mining near Superior started about 1875, and dewatering of the Magma Mine began in earnest in 1910 as production depths increased. Dewatering continued with little interruption until 1998, after active mining ceased at the Magma Mine. In 2009, Resolution Copper resumed dewatering as construction began on Shaft 10 (WSP USA 2019). Since 2009, Resolution Copper has reported pumping about 20,000 acre-feet of groundwater under their dewatering permit.[67] Almost all of this water is treated and delivered to the NMIDD. Most historical dewatering pumping took place east of the Concentrator Fault, primarily at the Magma Mine, but also at the Silver King, Lake Superior and Arizona, and Belmont mines (Keay 2018).

Resolution Copper removes groundwater from sumps in Shafts 9 and 10, effectively dewatering the deep groundwater system that lies below the Whitetail Conglomerate unit (the bottom of Shaft 10 is about 7,000 feet below ground level). Groundwater levels in the deep groundwater system below Oak Flat (close to the pumping) have dropped over 2,000 feet since 2009. These same hydrogeological units extend west, below Apache Leap, and into the Superior Basin. Near Superior, water levels associated with these units have declined roughly 20 to 90 feet since 2009 (Montgomery and Associates Inc. and Resolution Copper 2016).

In the Oak Flat area, the Apache Leap Tuff aquifer overlies the deep groundwater system, and the Whitetail Conglomerate unit separates the two groundwater systems. The Whitetail Conglomerate unit acts as an aquitard—limiting the downward flow of groundwater from the Apache Leap Tuff.

---

[67] The current mine infrastructure lies almost entirely within the Phoenix AMA. In this area, pumping groundwater requires a groundwater right from the ADWR. Resolution Copper's dewatering right (59-524492) is permitted through 2029 (Rietz 2016b). The amount of pumping was determined by reviewing the annual reports submitted to ADWR for this dewatering right for the period 2009 through 2021.

Groundwater level changes in the Apache Leap Tuff that have been observed have generally been 10 feet or less since 2009.

Groundwater levels in the Apache Leap Tuff are important because they provide water to GDEs, such as the middle and lower reaches of Devil's Canyon (Garrett 2018e). Resolution Copper has extensively monitored Devil's Canyon since as early as 2003. Most hydrologic indicators show no significant change over time in Devil's Canyon (Garrett 2019f). A number of other water sources have been monitored on Oak Flat and show seasonal drying, but these locations have been demonstrated to be disconnected from the Apache Leap Tuff aquifer, relying instead on localized precipitation (Garrett 2018e; Montgomery and Associates Inc. 2017a). Other pumping also occurs within the Superior Basin, but is substantially less than the Resolution Copper dewatering, roughly accounting for less than 10 percent of groundwater pumped within the model area (Montgomery and Associates Inc. 2018).

## GROUNDWATER-DEPENDENT ECOSYSTEMS

The Tonto National Forest evaluated 67 different spring or stream locations in the project area as potential GDEs. These include the following:

- **Queen Creek drainage.** Areas evaluated include Queen Creek itself from its headwaters to Whitlow Ranch Dam, four tributaries (Number Nine Wash, Oak Flat Wash, Arnett Creek, and Telegraph Canyon), and 29 spring locations.

- **Devil's Canyon drainage.** Areas evaluated include Devil's Canyon from its headwaters to the confluence with Mineral Creek at the upper end of Big Box Reservoir, three tributaries (Hackberry Canyon, Rancho Rio Canyon, and Iron Canyon), and seven spring locations. Four of these springs are located along the main stem of Devil's Canyon and contribute to the general streamflow.

- **Mineral Creek drainage.** Areas evaluated include Mineral Creek from its headwaters to the confluence with Devil's Canyon at the upper end of Big Box Reservoir, and five spring locations. Three of these springs are located along the main stem of Mineral Creek and contribute to the general streamflow.

After evaluating available lines of evidence for portions of Queen Creek, Devil's Canyon, Mineral Creek, Telegraph Canyon, and Arnett Creek, the Groundwater Modeling Workgroup thought it likely that some stream segments within these drainage areas could have at least a partial connection to regional aquifers, and each is described in more detail in the following text of this section. In addition, the Groundwater Modeling Workgroup identified 17 springs that demonstrate at least a partial connection to regional aquifers. The remainder of the potential GDEs were eliminated from analysis for various reasons (Garrett 2018e).[68] GDEs with a likely or possible regional groundwater source, and therefore analyzed in this section, are listed in table 3.7.1-2 and shown in figure 3.7.1-9.

---

[68] To summarize, potential GDEs were eliminated from analysis using the groundwater flow model because they did not appear to exist within the analysis area (five springs); or had sufficient evidence to indicate a shallow groundwater source instead of a connection to the regional aquifers (19 springs; most of Queen Creek; upper Devil's Canyon; two tributaries to Queen Creek; and three tributaries to Devil's Canyon). Some of these GDEs may still be affected by changes in surface runoff, and these changes are still analyzed in this section.

4-RCMSER-1007

Resolution Copper Project and Land Exchange

Table 3.7.1-2. GDEs identified as having at least a partial connection to regional groundwater

| Type of Feature | Name/Description* | Type of Impact Analysis Used in EIS |
|---|---|---|
| **Queen Creek Drainage** | | |
| Stream segments | Queen Creek, between km 17.39 and 15.55 (downstream of Superior and upstream of Boyce Thompson Arboretum); approximately 1.2 miles long | Groundwater flow model (all stream segments); Surface water flow model (Queen Creek only) |
| | Queen Creek at Whitlow Ranch Dam | |
| | Arnett Creek, near the confluence with Telegraph Canyon (km 4.5) and upstream at Blue Spring (km 12.5) | |
| | Telegraph Canyon, near the confluence with Arnett Creek | |
| Springs (10 total) | Bitter, Bored, Hidden, Iberri, Kane, McGinnel, McGinnel Mine, No Name, Rock Horizontal, and Walker | Groundwater flow model |
| **Devil's Canyon Drainage** | | |
| Stream segments | Devil's Canyon, from km 9.14 to confluence with Mineral Creek/Big Box Reservoir; approximately 5.7 miles long | Groundwater flow model; Surface flow water model |
| Springs (4 total) | DC-8.2W, DC-6.6W, DC-6.1E, DC-4.1E | Groundwater flow model |
| **Mineral Creek Drainage** | | |
| Stream segments | Mineral Creek from km 8.7 to confluence with Devil's Canyon/Big Box Reservoir, approximately 5.4 miles long | Groundwater flow model |
| Springs (3 total) | Government Springs, MC-8.4C, MC-3.4W (Wet Leg Spring) | Groundwater flow model |

* Many of the stream descriptions reference the distance upstream of the confluence, measured in kilometers. This reference system is also incorporated into many stream/spring monitoring locations. For instance, spring "DC-8.2W" is located 8.2 km upstream of the mouth of Devil's Canyon, on the west side of the drainage.

4-RCMSER-1008

Final Environmental Impact Statement



Figure 3.7.1-9. Groundwater-dependent ecosystems of concern

413

4-RCMSER-1009

Resolution Copper Project and Land Exchange

### Devil's Canyon

The upper reach of Devil's Canyon (from above the U.S. 60 bridge to approximately km 9.3) includes a reach of perennial flow from approximately DC-11.0 to DC-10.6. The geohydrology suggests that this section of Devil's Canyon lies above the water table in the Apache Leap Tuff aquifer and is most likely supported by snowmelt or precipitation stored in near-surface fractures, and/or floodwaters that have been stored in shallow alluvium along the stream, before slowly draining into the main channel. Further evaluation of hydrochemistry and flow data support this conclusion (Garrett 2018e). Streamflow in Upper Devil's Canyon is not considered to be connected with the regional Apache Leap Tuff aquifer and would not be expected to be impacted by groundwater drawdown caused by the block-cave mining and dewatering. This portion of Devil's Canyon is also upstream of the subsidence area and unlikely to be impacted by changes in surface runoff.

Moving downstream in Devil's Canyon, persistent streamflow arises again about km 9.3. From this point downstream, Devil's Canyon contains stretches of perennial flow, aquatic habitat, and riparian galleries. Flow arises both from discrete springs along the walls of the canyon (four total), as well as groundwater inflow along the channel bottom. These reaches of Devil's Canyon also are supported in part by near-surface storage of seasonal precipitation; however, the available evidence indicates that these waters arise primarily from the regional Apache Leap Tuff aquifer. Streamflow in middle and lower Devil's Canyon is considered to be connected with the regional aquifer, which could potentially be impacted by groundwater drawdown caused by the block-cave mining and dewatering. These reaches of Devil's Canyon also receive runoff from the area where the subsidence area would occur and therefore may also lose flow during runoff events.

### Queen Creek

The available evidence suggests that Queen Creek from headwaters to Whitlow Ranch Dam is ephemeral in nature, although in some areas above Superior it may be considered intermittent, as winter base flow does occur and likely derives from seasonal storage of water in streambank alluvium, which slowly seeps back in to the main channel (Garrett 2018e). This includes three springs located along the main stem of Queen Creek above Superior.

An exception for Queen Creek is a perennially flowing reach between km 17.39 and 15.55, which is located downstream of Superior and upstream of Boyce Thompson Arboretum. Originally this flowing reach had been discounted because it receives effluent discharge from the Superior Wastewater Treatment Plant. However, discussions within the Groundwater Modeling Workgroup suggested that a component of baseflow supported by regional aquifer discharge may exist in this reach as well. Regardless of whether baseflow directly enters the channel from the regional aquifer, substantial flow in this reach also derives from dewatering discharges from a small open-pit perlite mining operation, where the mine pit presumably intersects the regional aquifer (Garrett 2018e). Therefore, for several reasons, this reach was included as a potential GDE, with the potential to be impacted by regional groundwater drawdown. The AGFD conducted surveys on this reach in 2017 and found that while flow fluctuated throughout the survey reach, aquatic wildlife and numerous other avian and terrestrial species use this habitat, and that aquatic species appeared to be thriving and reproducing (Warnecke et al. 2018).

Queen Creek also has perennial flow that occurs at Whitlow Ranch Dam and supports a 45-acre riparian area (primarily cottonwood, willow, and saltcedar). This location is generally considered to be where most subsurface flow in the alluvium along Queen Creek and other hydrologic units exits the Superior Basin. Queen Creek above and below Superior receives runoff from the area where the subsidence area would occur and therefore may also lose flow during runoff events. About 20 percent of the average annual runoff above Magma Avenue Bridge would be lost to the subsidence area (described in more detail in Section 3.7.3, Surface Water Quantity).

Final Environmental Impact Statement

**Mineral Creek**

Mineral Creek is similar in nature to lower Devil's Canyon. While flows are supported in part by near-surface storage of seasonal precipitation, the available evidence indicates that these waters arise partially from the Apache Leap Tuff aquifer and other regional sources. For the purposes of analysis, Mineral Creek is considered to be connected with regional aquifers, which could potentially be impacted by groundwater drawdown caused by the block-cave mining and dewatering; whether this impact is predicted to occur or not is determined using the results of the groundwater modeling.

Approximately the lower 4 miles of Mineral Creek exhibits perennial flow that supports riparian galleries and aquatic habitat. Three perennial springs also contribute to Mineral Creek (Government Springs, MC-8.4C, and MC-3.4W or Wet Leg Spring). Government Springs is the farthest upstream, roughly 5.4 miles above the confluence with Devil's Canyon (Garrett 2018e).

Mineral Creek is designated as critical habitat for Gila chub. The AGFD has conducted fish surveys on Mineral Creek periodically since 2000 and has not identified Gila chub in Mineral Creek since 2000. While the presence of amphibians suggested acceptable water quality in this reach, until 2006 no fish populations were observed despite acceptable habitat. AGFD stocked native longfin dace in Mineral Creek downstream of Government Springs in 2006, and as of 2017, these fish were still present in the stream, though Gila chub have not been seen (Crowder et al. 2014; WestLand Resources Inc. 2018a).

**Arnett Creek**

Fairly strong and consistent evidence indicates that several reaches of Arnett Creek likely receive some contribution from groundwater that looks similar to the Apache Leap Tuff aquifer, though these units are not present in this area. This includes Blue Spring (located in the channel of Arnett Creek above Telegraph Canyon) and in the downstream portions of Arnett Creek immediately downstream of Telegraph Canyon. Arnett Creek is considered to be connected with regional aquifers, which could potentially be impacted by groundwater drawdown caused by the block-cave mining and dewatering; whether this impact is predicted to occur or not is determined using the results of the groundwater modeling.

**Telegraph Canyon**

Telegraph Canyon is a tributary to Arnett Creek. Unlike Arnett Creek, there was insufficient evidence to determine whether or not these waters were tied to the regional aquifers. In such cases, the Forest Service policy is to assume that a connection exists; therefore, Telegraph Canyon is also considered to be connected with the regional aquifers, which could potentially be impacted by groundwater drawdown caused by the block-cave mining and dewatering; whether this impact is predicted to occur or not is determined using the results of the groundwater modeling.

**Tributaries to Queen Creek and Devil's Canyon**

A number of tributaries were evaluated originating in the Oak Flat area and feeding either Queen Creek or Devil's Canyon. These include Number 9 Wash and Oak Flat Wash (Queen Creek drainage) and Iron Canyon, Hackberry Canyon, and Rancho Rio Canyon (Devil's Canyon drainage). Sufficient evidence existed for all of these tributaries to demonstrate that they most likely have local water sources that are not connected to the regional Apache Leap Tuff aquifer (Garrett 2018e).

WATER SUPPLY WELLS

GDEs represent natural systems that could be impacted by the project, but human communities also rely on groundwater sources in the area. In lieu of analyzing individual wells, typical wells in key

4-RCMSER-1011

(176 of 300), Page 176 of 300 Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 176 of 300
Case 2:21-cv-00068-DWL Document 106-2 Filed 07/14/25 Page 47 of 469

Resolution Copper Project and Land Exchange

communities were analyzed using the groundwater flow model (Newell and Garrett 2018d). These areas include the following:

- **Top-of-the-World**. Many wells in this location are relatively shallow and rely on near-surface fracture systems and shallow perched alluvial deposits (see attachment 7 in Garrett (2018e)); these wells would not be impacted by changes in the regional aquifers. However, other wells in this area could be completed deeper into the Apache Leap Tuff aquifer. Impacts on well HRES-06 is used as a proxy for potential impacts on water supplies and individual wells in this area.

- **Superior**. The Arizona Water Company serves the Town of Superior; the water comes from the East Salt River valley. Even so, there are assumed to still be individual wells within the town that use local groundwater (stock wells, domestic wells, commercial wells). As with Top-of-the-World, some of these wells may rely on near-surface groundwater and would not be impacted by changes in the regional aquifers. Other wells could be completed in geological units in hydraulic connection to the deep groundwater system. Well DHRES-16_743 is used as a proxy for potential impacts on water supplies and individual wells in this area.

- **Boyce Thompson Arboretum**. The Gallery Well is used as a proxy for impacts on water supplies associated with Boyce Thompson Arboretum. This well likely uses groundwater from local sources, but for the purposes of analysis it is assumed to be connected to regional aquifers.

Public comments suggested that focusing on proxies instead of specific individual wells was an inappropriate approach. The rationale for using proxies was provided in DEIS references (Newell and Garrett 2018c), but bears repeating here.

In order to evaluate the effects of groundwater drawdown on an individual well, a number of details need to be known about the well construction and operation. These include depth to water, depth of well, location of perforated intervals, and the type and depth of pump equipment in the well. In general, individual water supply wells vary so much a hypothetical 10-foot drop in the water table could leave a shallow well completely dry (requiring it to be redrilled), could cause a different well to lower a pump but otherwise remain unaffected, or could have no noticeable effect at all for deeper wells. Most of these key details are unknown through existing data sources, and unable to be collected without disrupting water service.

The proxy wells described above provide a reasonable estimate of impacts that any individual well owner could apply to their own well if located in the same area. If an individual well owner is not located near these areas, drawdown can be spatially seen in figures 3.7.1-2 (for drawdown near the Desert Wellfield) and 3.7.1-3 (for drawdown near the mine site). Drawdown also is detailed for any of the GDE locations (see hydrographs in appendix L, with the specific location shown on figure 3.7.1-9). If proxy wells are insufficient for a given individual well owner, all of these sources also are indicative of drawdown in the regional aquifer that could impact individual wells.

The Forest Service received comments suggesting an expansion of the analysis of individual wells. Specifically, even if the impact to individual wells cannot be undertaken with any certainty, the total number of wells potentially impacted could be disclosed. This analysis has been undertaken and added to the FEIS (Garrett 2023a).

We also received cautions about the ability to apply the proxy wells to all wells in the geographic area. We recognize this limitation. The proxy well locations are meant to reflect the drawdown that can be expected in a specific location, at a specific time, in a specific hydrogeologic unit. Other wells in the area could experience no impact at all (if drawing water from shallow alluvium or fractures) or different impacts (if completed in some other hydrogeologic units). The proxy wells are meant to reflect the most likely impacts in those areas: for Top-of-the-World drawdown in the Apache Leap Tuff, for Superior

4-RCMSER-1012

drawdown in the deep groundwater system, and for Boyce Thompson Arboretum drawdown in the deep groundwater system.

### 3.7.1.4 Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives

#### *Alternative 1 – No Action*

Under the no action alternative, which includes continued dewatering pumping of the deep groundwater system, no perennial streams are anticipated to be impacted, but six perennial springs would experience drawdown greater than 10 feet. These springs are Bitter, Bored, Hidden, McGinnel, McGinnel Mine, and Walker Springs, as shown in figures 3.7.1-10 and 3.7.1-11 and summarized in table 3.7.1-3. Hydrographs showing drawdown under the no action alternative for all GDEs with connections to regional aquifers are included in appendix L.

The 10-foot drawdown contour shown on figure 3.7.1-10 represents the limit of where the groundwater model can reasonably predict impacts with the best-calibrated model (orange area). GDEs falling within this contour are anticipated to be impacted. GDEs outside this contour may still be impacted, but it is beyond the ability of the model to predict.

It is not possible to precisely predict what impact a given drawdown in groundwater level would have on an individual spring; however, given the precision of the model (10 feet), it is reasonable to assume any spring with anticipated impact of this magnitude could experience complete drying.

Bored Spring has the highest riparian value, supporting a standing pool and a 500-foot riparian string of cottonwood, willow, mesquite, saltcedar, and sumac. The loss of water to this spring would likely lead to complete loss of this riparian area.

Bitter, Hidden, McGinnel, McGinnel Mine, and Walker Springs all have infrastructure improvements to some degree and host relatively little riparian vegetation, although standing water and herbaceous and wetland vegetation may be present. The loss of flowing water would likely lead to complete loss of these pools and fringe vegetation.

4-RCMSER-1013

Resolution Copper Project and Land Exchange



Figure 3.7.1-10. Modeled groundwater drawdown—no action

Final Environmental Impact Statement



Figure 3.7.1-11. Summary of impacts on GDEs by alternative

4-RCMSER-1015

Resolution Copper Project and Land Exchange

## ANTICIPATED IMPACTS ON WATER SUPPLY WELLS

Many domestic and stock water supply wells in the area are shallow and likely make use of water stored in shallow alluvium or shallow fracture networks. These wells are unlikely to be impacted by groundwater drawdown from mine dewatering under the no action alternative. However, groundwater drawdown caused by the mine could affect groundwater supplies for wells that may draw from either the regional Apache Leap Tuff aquifer or the deep groundwater system. Drawdown from 10 to 30 feet is anticipated in wells in the Superior area, as shown in table 3.7.1-4.

Unlike the action alternative, the mitigation measures that would remedy any impacts on water supply wells caused by drawdown from the project (mitigation measure FS-WR-01, discussed later in this section) would not occur under the no action alternative.

## LONGER TERM MODELED IMPACTS

The only GDEs impacted under the no action alternative are the six distant springs identified earlier in this section, which are modeled as having connections to the regional deep groundwater system. Based on long-term modeled hydrographs, these springs generally see maximum drawdown resulting from the continued mine pumping within 150 to 200 years after the end of mining; the impacts shown in table 3.7.1-3 likely represent the maximum impacts that would be experienced under the no action scenario.

## SUBSIDENCE IMPACTS

Under the no action alternative, small amounts of land surface displacement could continue to occur due to ongoing pumping (Newell and Garrett 2018d). These amounts are observable using satellite monitoring techniques but are unlikely to be observable on the ground.

4-RCMSER-1016

Final Environmental Impact Statement

Table 3.7.1-3. Summary of potential impacts on groundwater-dependent ecosystems from groundwater drawdown

| Reference Number on Figure 3.7.1-9 | Specific GDE | Drawdown (feet) from Dewatering under No Action Alternative (end of mining) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (end of mining) | Drawdown (feet) from Dewatering under No Action Alternative (200 years after start of mine) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (200 years after start of mine) | Number of Sensitivity Runs with Drawdown greater than 10 Feet (based on Proposed Action, 200 years after start of mine) | Summary of Expected Impacts on GDEs |
|---|---|---|---|---|---|---|---|
| | Queen Creek and Tributaries | | | | | | |
| 12 | Queen Creek – Flowing reach from km 17.39 to 15.55 | <10 | <10 | <10 | <10 | 4 of 87 sensitivity runs show impacts greater than 10 feet; impacts are possible but unlikely | No Action – Drawdown is not anticipated.* Proposed Action – Additional drawdown due to block caving is not anticipated with the base case model. Drawdown is possible but unlikely under the sensitivity modeling runs.* Reach has two other documented end substantial water sources. |
| 1 | Queen Creek – Whitlow Ranch Dam Outlet‡ | <10 | <10 | <10 | <10 | Not available | No Action – Drawdown is not anticipated.* Proposed Action – Additional drawdown due to block caving is not anticipated.† |
| 13 | Arnett Creek (from Blue Spring to confluence with Queen Creek) | <10 | <10 | <10 | <10 | 0 of 87 sensitivity runs show impacts greater than 10 feet | No Action – Drawdown is not anticipated.* Proposed Action – Additional drawdown due to block caving is not anticipated.* |
| 14 | Telegraph Canyon (near confluence with Arnett Creek) | <10 | <10 | <10 | <10 | 0 of 87 sensitivity runs show impacts greater than 10 feet | No Action – Drawdown is not anticipated.* Proposed Action – Additional drawdown due to block caving is not anticipated.* |

421

4-RCMSER-1017

Resolution Copper Project and Land Exchange

| Reference Number on Figure 3.7.1-9 | Specific GDE | Drawdown (feet) from Dewatering under No Action Alternative (end of mining) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (end of mining) | Drawdown (feet) from Dewatering under No Action Alternative (200 years after start of mine) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (200 years after start of mine) | Number of Sensitivity Runs with Drawdown greater than 10 Feet (based on Proposed Action, 200 years after start of mine) | Summary of Expected Impacts on GDEs |
|---|---|---|---|---|---|---|---|
| | **Devil's Canyon and Springs along Channel** | | | | | | |
| 16 | Middle Devil's Canyon (from km 9.3 to km 6.1, including springs DC8.2W, DC6.6W, and DC6.1E) | <10 | <10 | <10 | 10–30 (Spring DC-6.6W) | For spring DC6.6W, 76 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts<br><br>For the main channel (DC8.8C, DC 8.1C) and spring DC8.2W, 1 of 87 sensitivity runs shows impacts greater than 10 feet; impacts are possible but unlikely<br><br>For spring DC6.1E, 0 of 87 sensitivity runs show impacts greater than 10 feet | No Action – Drawdown is not anticipated.*<br><br>Proposed Action – Addition drawdown due to block caving is anticipated in spring DC-6.6W with the base case model and most sensitivity modeling runs (see description of impacts).*†<br><br>Drawdown is possible but unlikely under the sensitivity modeling runs for main channel groundwater inflow and spring DC6.1E. |
| 16 | Lower Devil's Canyon (from km 6.1 to confluence with Mineral Creek, including spring DC4.1E) | <10 | <10 | <10 | <10 | 0 of 87 sensitivity runs show impacts greater than 10 feet | No Action – Drawdown is not anticipated.*<br><br>Proposed Action – Additional drawdown due to block caving is not anticipated.* |
| | **Mineral Creek and Springs along Channel** | | | | | | |
| 18 | Mineral Creek (from Government Springs (km 8.7) to confluence with Devil's Canyon, including springs MC6.4C and MC3.4W (Wet Leg Spring)) | <10 | <10 | <10 | <10 | 0 of 87 sensitivity runs show impacts greater than 10 feet | No Action – Drawdown is not anticipated.*<br><br>Proposed Action – Additional drawdown due to block caving is not anticipated.* |
| | **Queen Creek Basin Springs** | | | | | | |
| 2 | Bitter Spring | 10–30 | 10–30 | <10 | 10–30 | 87 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts | No Action – Drawdown is anticipated (see description of impacts).*†<br><br>Proposed Action – Additional drawdown due to block caving is anticipated (see description of impacts).*† |

4-RCMSER-1018

Final Environmental Impact Statement

| Reference Number on Figure 3.7.1-9 | Specific GDE | Drawdown (feet) from Dewatering under No Action Alternative (end of mining) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (end of mining) | Drawdown (feet) from Dewatering under No Action Alternative (200 years after start of mine) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (200 years after start of mine) | Number of Sensitivity Runs with Drawdown greater than 10 Feet (based on Proposed Action, 200 years after start of mine) | Summary of Expected Impacts on GDEs |
|---|---|---|---|---|---|---|---|
| 3 | Bored Spring | 30–50 | 30–50 | >50 | >50 | 87 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts | No Action – Drawdown is anticipated (see description of impacts).[1]<br><br>Proposed Action – Additional drawdown due to block caving is anticipated (see description of impacts).[1] |
| 4 | Hidden Spring | 10–30 | 10–30 | 30–50 | >50 | 67 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts | No Action – Drawdown is anticipated (see description of impacts).[1]<br><br>Proposed Action – Additional drawdown due to block caving is anticipated (see description of impacts).[1] |
| 5 | Iberri Spring | <10 | <10 | <10 | <10 | 1 of 87 sensitivity runs show impacts greater than 10 feet; impacts are possible but unlikely | No Action – Drawdown is not anticipated.[1]<br><br>Proposed Action – Addition drawdown due to block caving is not anticipated with the base case model. Drawdown is possible but unlikely under the sensitivity modeling runs.[1] |
| 6 | Kane Spring | <10 | <10 | <10 | >50 | 84 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts | No Action – Drawdown is not anticipated.[1]<br><br>Proposed Action – Additional drawdown due to block caving is anticipated (see description of impacts).[1] |
| 7 | McGinnel Mine Spring | <10 | <10 | 10–30 | 10–30 | 86 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts | No Action – Drawdown is anticipated (see description of impacts).[1]<br><br>Proposed Action – Addition drawdown due to block caving is anticipated (see description of impacts).[1] |

4-RCMSER-1019

Resolution Copper Project and Land Exchange

| Reference Number on Figure 3.7.1-9 | Specific GDE | Drawdown (feet) from Dewatering under No Action Alternative (end of mining) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (end of mining) | Drawdown (feet) from Dewatering under No Action Alternative (200 years after start of mine) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (200 years after start of mine) | Number of Sensitivity Runs with Drawdown greater than 10 Feet (based on Proposed Action, 200 years after start of mine) | Summary of Expected Impacts on GDEs |
|---|---|---|---|---|---|---|---|
| 8 | McGinnel Spring | <10 | <10 | 10–30 | 10–30 | 85 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts | No Action – Drawdown is anticipated (see description of impacts).[*†]<br><br>Proposed Action – Addition drawdown due to block caving is anticipated (see description of impacts).[*†] |
| 9 | No Name Spring | <10 | <10 | <10 | <10 | 0 of 87 sensitivity runs show impacts greater than 10 feet | No Action – Drawdown is not anticipated.[*]<br><br>Proposed Action – Additional drawdown due to block caving is not anticipated.[*] |
| 10 | Rock Horizontal Spring | <10 | <10 | <10 | <10 | 0 of 87 sensitivity runs show impacts greater than 10 feet | No Action – Drawdown is not anticipated.[*]<br><br>Proposed Action – Additional drawdown due to block caving is not anticipated.[*] |
| 11 | Walker Spring | 10–30 | 10–30 | 10–30 | 30–50 | 87 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts | No Action – Drawdown is anticipated (see description of impacts).[*†]<br><br>Proposed Action – Additional drawdown due to block caving is anticipated (see description of impacts).[*†] |

[*] Regardless of anticipated impacts, monitoring would occur during operations for verification. Predictions of drawdown are approximations of a complex physical system, inherently limited by the quality of input data and structural constraints imposed by the model grid and modeling approach. The groundwater model does not predict changes to flow magnitude and timing at a given GDE. By extension, drawdown contours may not represent the aerial extent of anticipated impacts on GDEs. These contours will be used to inform more site-specific impact monitoring and mitigation.

[†] For all springs, streams, and associated riparian areas potentially impacted, impacts could include a reduction or loss of spring/stream flow, increased mortality or reduction in extent or health of riparian vegetation, and reduction in the quality or quantity of aquatic habitat from loss of flowing water, adjacent vegetation, or standing pools.

[‡] Whitlow Ranch Dam outlet is not modeled specifically, as this cell is defined by a constant head in the model. Output described is based on estimated head levels at this location.

4-RCMSER-1020

Final Environmental Impact Statement

Table 3.7.1-4. Summary of potential impacts on groundwater supplies from groundwater drawdown

| Water Supply Area | Drawdown (feet) from Dewatering under No Action Alternative (end of mining) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (end of mining) | Drawdown (feet) from Dewatering under No Action Alternative (200 years after start of mine) | Drawdown (feet) from Dewatering and Block Caving under Proposed Action (200 years after start of mine) | Potential for Greater Drawdown Based on Sensitivity Runs? | Summary of Expected Impacts on Groundwater Supplies[*] |
|---|---|---|---|---|---|---|
| DHRES-16_r43 (Superior) | <10 | 10–30 | <10 | 10–30 | 86 of 87 sensitivity runs show impacts greater than 10 feet; confirms base case impacts | No Action – Drawdown is not anticipated. Proposed Action – Additional drawdown due to block caving is anticipated for water supply wells in this area, except for those completed solely in alluvium or shallow fracture systems. Impacts could include loss of well capacity, the need to deepen wells, the need to modify pump equipment, or increased pumping costs. Applicant-committed remedy if impacts occur. |
| Gallery Well (Boyce Thompson Arboretum) | <10 | <10 | <10 | <10 | 0 of 87 sensitivity runs show impacts greater than 10 feet | No Action – Drawdown is not anticipated. Proposed Action – Additional drawdown due to block caving is not anticipated. |
| HRES-06 (Top-of-the-World) | <10 | <10 | <10 | <10 | 17 of 87 sensitivity runs show impacts greater than 10 feet; impacts are possible beyond base case impacts | No Action – Drawdown is not anticipated. Proposed Action – Additional drawdown due to block caving is anticipated for water supply wells in this area, except for those completed solely in alluvium or shallow fracture systems. Impacts could include loss of well capacity, the need to deepen wells, the need to modify pump equipment, or increased pumping costs. Applicant-committed remedy if impacts occur. |

[*] These proxy wells reflect drawdown in the regional aquifer most likely to be used in these geographic areas: for Top-of-the-World this is the Apache Leap Tuff, and for Superior and Boyce Thompson Arboretum this is the deep groundwater system. Some wells in these areas may be completed in different hydrogeologic units.

4-RCMSER-1021

Resolution Copper Project and Land Exchange

### *Impacts Common to All Action Alternatives*

EFFECTS OF THE LAND EXCHANGE

The land exchange would have effects on groundwater quantity and GDEs.

The Oak Flat Federal Parcel would leave Forest Service jurisdiction. Several GDEs were identified on the Oak Flat Federal Parcel, including Rancho Rio Canyon, Oak Flat Wash, Number 9 Wash, the Grotto (spring), and Rancho Rio spring. The role of the Tonto National Forest under its primary authorities in the Organic Administration Act, Locatable Minerals Regulations (36 CFR 228 Subpart A), and Multiple-Use Mining Act is to ensure that mining activities minimize adverse environmental effects on NFS surface resources; this includes these GDEs. The removal of the Oak Flat Federal Parcel from Forest Service jurisdiction negates the ability of the Tonto National Forest to regulate effects on these resources.

The offered lands parcels would enter either Forest Service or BLM jurisdiction. A number of perennial water features are located on these lands, including the following:

- Tangle Creek. Features of the Tangle Creek Parcel include Tangle Creek and one spring (LX Spring). Tangle Creek is an intermittent or perennial tributary to the Verde River and bisects the parcel. It includes associated riparian habitat with mature hackberry, mesquite, ash, and sycamore trees.

- Turkey Creek. Features of the Turkey Creek Parcel include Turkey Creek, which is an intermittent or perennial tributary to Tonto Creek and eventually to the Salt River at Roosevelt Lake. Riparian vegetation occurs along Turkey Creek with cottonwood, locus, sycamore, and oak trees.

- Cave Creek. Features of the Cave Creek Parcel include Cave Creek, an ephemeral to intermittent tributary to the Agua Fria River, with some perennial reaches in the vicinity of the parcel.

- East Clear Creek. Features of the East Clear Creek Parcel include East Clear Creek, a substantial perennial tributary to the Little Colorado River. Riparian vegetation occurs along East Clear Creek, including boxelder, cottonwood, willow, and alder trees.

- Lower San Pedro River. Features of the Lower San Pedro River Parcel include the San Pedro River and several large, ephemeral tributaries (Cooper, Mammoth, and Turtle Washes). The San Pedro River itself is ephemeral to intermittent along the 10-mile reach that runs through the parcel; some perennial surface water is supported by an uncapped artesian well. The San Pedro is one of the few remaining free-flowing rivers in the Southwest and it is recognized as one of the more important riparian habitats in the Sonoran and Chihuahuan Deserts. The riparian corridor in the parcel includes more than 800 acres of mesquite woodlands that also features a spring-fed wetland.

- Appleton Ranch. The Appleton Ranch Parcels are located along ephemeral tributaries to the Babocomari River (Post, Vaughn, and O'Donnel Canyons). Woody vegetation is present along watercourses as mesquite bosques, with very limited stands of cottonwood and desert willow.

- No specific water sources have been identified on the Apache Leap South Parcel or the Dripping Springs Parcel.

Specific management of water resources on the offered lands would be determined by the agencies, but in general when the offered lands enter Federal jurisdiction, these water sources would be afforded a level of protection they currently do not have under private ownership.

4-RCMSER-1022

## EFFECTS OF FOREST PLAN AMENDMENT

The "Tonto National Forest Land Management Plan" (2023) provides guidance for management of lands and activities on the Tonto National Forest. Plan components guide project and activity decision-making and are required in the forest plan. They include desired conditions, objectives, standards, guidelines, and suitability of lands (U.S. Forest Service 2023d:15-17).

A review of all components of the 2023 forest plan was conducted to identify the need for amendment due to the effects of the project (SWCA Environmental Consultants 2025). The review determined that Alternatives 2, 3, and 4 would be inconsistent with six desired conditions and one guideline related to riparian areas, seeps, springs, and wetlands: RMZ-DC-01, RMZ-DC-02, RMZ-DC-03, RMZ DC-06, RMZ-DC-08, RMZ DC-09, and RMZ-G-05 (see table 1.4.3-1). A plan amendment would be required for Alternatives 2, 3, and 4 that would except these alternatives from complying with the six desired conditions and one guideline. Alternatives 5 and 6 are consistent with these desired conditions and guideline and would not require exception of these forest plan components in an amendment.

The impacts to riparian areas, seeps, springs, and wetlands from the Resolution Copper Project are primarily due to existing groundwater pumping, block caving from the mine itself (located on private land), and future subsidence (located on land that will become private as part of the land exchange), along with direct impacts from the tailings facilities. Existing groundwater pumping, block caving on private land, and subsidence would not be authorized by Forest Service decisions and are not activities that would take place on NFS lands. Therefore, impacts from these actions are not pertinent to forest plan consistency.

Alternatives 2, 3, and 4 would all construct tailings facilities on NFS land. Direct impacts on riparian areas, seeps, springs, and wetlands would include the following:

- Alternatives 2 and 3: Three springs would be directly disturbed by the tailings storage facility; two perennial stream reaches on Queen Creek would be impacted by reduced runoff from the tailings.

- Alternative 4: Two springs would be directly disturbed by the tailings storage facility; two perennial stream reaches on Queen Creek would be impacted by reduced runoff from the tailings.

- Alternatives 2, 3, and 4: There would be entrainment, evaporation, watershed losses, and seepage from tailings facilities.

These impacts would contribute toward a reduction in riparian areas, seeps, springs, and wetlands across the Tonto National Forest.

Alternatives 5 and 6 would not authorize tailings facilities on NFS lands; therefore, impacts resulting from tailings facilities are not pertinent to forest plan consistency.

## EFFECTS OF COMPENSATORY MITIGATION LANDS

None of the activities anticipated on the compensatory mitigation lands are expected to require groundwater use or have an impact on groundwater availability. Overall, the planned activities are designed and intended to improve the function of GDEs associated with these riparian areas.

## EFFECTS OF RECREATION MITIGATION LANDS

The recreation mitigation lands are not anticipated to affect groundwater quantity or GDEs. None of the activities associated with the recreation mitigation lands are expected to require groundwater use or have an impact on groundwater availability.

4-RCMSER-1023

Resolution Copper Project and Land Exchange

SUMMARY OF APPLICANT-COMMITTED ENVIRONMENTAL PROTECTION MEASURES

A number of environmental protection measures are incorporated into the design of the project that would act to reduce potential impacts on groundwater quantity and GDEs. These are non-discretionary measures and their effects are accounted for in the analysis of environmental consequences.

From the GPO (2016c), Resolution Copper has committed to various measures to reduce impacts on groundwater quantity and GDEs:

- Groundwater levels will be monitored at designated compliance monitoring wells located downstream of the tailings storage facility seepage recovery embankments in accordance with the requirements of the APP program;

- All potentially impacted water will be contained on-site during operations and will be put to beneficial use, thereby reducing the need to import makeup water;

- Approximately 60 percent of Resolution Copper's water needs will be sourced from long-term storage credits (surface stored underground[69]). In addition, in September 2021, the allocation of a Non-Indian Agriculture CAP allotment was finalized. In 2022, this water was delivered to NMIDD and may be used similarly in the future for continued aquifer recharge;

- As much water as possible will be recycled for reuse; and

- The water supply will also include the beneficial reuse of existing low-quality water sources such as impacted underground mine dewatering water.

HYDROLOGIC CHANGES ANTICIPATED FROM MINING ACTIVITIES

The block caving conducted to remove the ore body would unavoidably result in fracturing and subsidence of overlying rocks. These effects would propagate upward until reaching the ground surface approximately 6 years after block caving begins (Garza-Cruz and Pierce 2017). It is estimated that the subsidence area that would develop at the surface would be approximately 800 to 1,100 feet deep (see Section 3.2, Geology, Minerals, and Subsidence).

Fracturing and subsidence of rock units would extend from the ore body to the surface. This includes fracturing of the Whitetail Conglomerate that forms a barrier between the deep groundwater system and the Apache Leap Tuff aquifer. When the Whitetail Conglomerate fractures and subsides, a hydraulic connection is created between all aquifers. Effects of dewatering from the deep groundwater system would extend to the Apache Leap Tuff aquifer at this time.

CHANGES IN BASIN WATER BALANCE – MINE DEWATERING

Mine dewatering is estimated to remove approximately 87,000 acre-feet of water from the combined deep groundwater system and Apache Leap Tuff aquifer over the life of the mine, or about 1,700 acre-feet per year (Meza-Cuadra et al. 2018a).

ANTICIPATED IMPACTS FOR GROUNDWATER-DEPENDENT ECOSYSTEMS (UP TO 200 YEARS AFTER START OF MINING)

As assessed in this EIS, GDEs can be impacted in several ways:

- Ongoing dewatering (described in the no action alternative section)

---

[69] More discussion about Resolution Copper's accumulation of long-term storage credits, or agreements for obtaining long-term storage credits, is included in Chapter 4, Cumulative Effects.

4-RCMSER-1024

Final Environmental Impact Statement

- Expansion of dewatering impacts caused by the block caving (described in this section)

- Direct physical disturbance by either the subsidence area or tailings storage facilities (described in following sections for each individual alternative)

- Reduction in surface flow from loss of watershed due to subsidence area or tailings facility (described in section 3.7.3 and also summarized in this section)

Six springs experienced drawdown greater than 10 feet under the no action alternative, and these springs are also impacted under the proposed action (Bitter, Bored, Hidden, McGinnel, McGinnel Mine, and Walker Springs). Under the proposed action, the hydrologic changes caused by the block caving would allow the dewatering impacts to expand, impacting two additional springs: Kane Spring and DC6.6W. Impacts on springs under the proposed action are summarized in table 3.7.1-3 and figure 3.7.1-11 and are shown along with the model results (10-foot drawdown contour) in figure 3.7.1-3. Hydrographs of drawdown under the proposed action for all GDEs are also included in appendix L.

As one strategy to address the uncertainty inherent in the groundwater model, sensitivity modeling runs were also considered in addition to the base case model. The sensitivity modeling runs strongly confirm the impacts on the eight springs listed earlier in this section. Sensitivity runs show additional impact could be possible in Middle Devil's Canyon (locations DC8.8C, DC8.2CW, and DC8.1C), in Queen Creek below Superior, and at Iberri Spring. In each case, however, the large majority of sensitivity runs are consistent with the base case modeling and show drawdown less than 10 feet. Based on the sensitivity runs, impacts at these locations may be possible but are considered unlikely.

The 10-foot drawdown contour shown on figure 3.7.1-3 represents the limit of where the groundwater model can reasonably predict impacts, either with the best-calibrated model (orange area) or the model sensitivity runs (yellow area). GDEs falling within this contour are anticipated to be impacted. GDEs outside this contour may still be impacted, but it is beyond the ability of the model to predict.

## ANTICIPATED IMPACTS ON DEVIL'S CANYON

Groundwater inflow along the main stem of Devil's Canyon is not anticipated to be impacted using the best-calibrated groundwater model; however, tributary flow from spring DC-6.6W along the western edge of Devil's Canyon is anticipated to be impacted. Based on field measurements, flow from this spring contributes up to 5 percent of flow in the main channel downstream at location DC-5.5C (Newell and Garrett 2018d). There is little indication that any other springs along Devil's Canyon or groundwater contribution to the main stem of the stream would be impacted; out of 87 modeling runs, only a single modeling run indicates impact on GDE locations in Devil's Canyon besides spring DC-6-6W.

Potential runoff reductions in Devil's Canyon are summarized in table 3.7.1-5. Percent reductions in average annual flow due to the subsidence area range from 5.6 percent in middle Devil's Canyon to 3.5 percent at the confluence with Mineral Creek; percent reductions during the critical low-flow months of May and June are approximately the same. Combined with loss from spring DC-6.6W due to groundwater drawdown, total estimated flow reductions along the main stem of lower Devil's Canyon caused by the proposed project could range from 5 to 10 percent.

The habitat in Devil's Canyon downstream of spring DC-6.6W and the subsidence area that would potentially lose flow includes a roughly 2.1-mile-long, 50-acre riparian gallery, and a 0.5-mile-long continuously saturated reach that includes several large perennial pools. Riparian vegetation in this portion of the canyon ranges from 40 to 300 feet wide. Dominant riparian species are sycamore, cottonwood, ash, alder, and willow, as well as wetland species at spring locations.

The anticipated 5 to 10 percent loss in flow during the dry season could contribute to a reduction in the extent and health of riparian vegetation and aquatic habitat.

4-RCMSER-1025

Resolution Copper Project and Land Exchange

Groundwater and surface flow declines have altered riparian ecosystems throughout the Southwest. Studies have linked declines in pioneer riparian trees such as cottonwood and willow to changes in hydrologic conditions. Statistically, the presence of these trees is linked to the persistence of surface flow, depths to groundwater, and inter-annual fluctuations in groundwater depth. Changes in riparian makeup are not restricted solely to mortality, caused when groundwater depths exceed the limit at which cottonwood and willow trees can readily access the water table. Smaller changes in water availability can affect the overall health and vitality of these species, leading to a shift in species composition toward more drought-tolerant saltcedar and mesquite. While complete drying of the downstream habitat, loss of dominant riparian vegetation, or loss of standing pools is unlikely, smaller flow reductions could still drive material changes in the riparian habitat.

ANTICIPATED IMPACTS ON SPRINGS

It is not possible to precisely predict what impact a given drawdown in groundwater level would have on an individual spring; however, given the precision of the model (10 feet), it is reasonable to assume any spring with anticipated impact of this magnitude could experience complete drying.

Bored Spring has the highest riparian value, supporting a standing pool and a 500-foot riparian string of cottonwood, willow, mesquite, saltcedar, and sumac. The loss of water to this spring would likely lead to complete loss of this riparian area.

Hidden, McGinnel, McGinnel Mine, Walker, Bitter, and Kane Springs all have infrastructure improvements to some degree and host relatively little riparian vegetation, although standing water and herbaceous and wetland vegetation may be present. The loss of flowing water would likely lead to complete loss of these pools and fringe vegetation.

ANTICIPATED IMPACTS ON QUEEN CREEK

Impact on the flowing reach of Queen Creek between Superior and Boyce Thompson Arboretum is not anticipated under the best-calibrated model run, and impact is anticipated under less than 5 percent of the sensitivity model runs (4 of 87 sensitivity runs suggest an impact). Impacts on groundwater inflow in this reach are considered possible, but unlikely.

This reach is believed to potentially have three sources of flow (Garrett 2018e):

- groundwater inflow into this reach is possible and assumed, but not certain;
- effluent from the Town of Superior Wastewater Treatment Plant occurs and is estimated at 170 acre-feet per year; and
- discharge of groundwater from a perlite mine pit southwest of Superior is estimated at 170 acre-feet per year.

Aside from groundwater drawdown, this reach of Queen Creek also would see reductions in runoff due to the subsidence area, ranging from about 19 percent in Superior to 13 percent at Boyce Thompson Arboretum (see table 3.7.1-5). The anticipated 13 to 19 percent loss in flow during the dry season could contribute to a reduction in the extent and health of riparian vegetation and aquatic habitat. The complete drying of the downstream habitat, loss of dominant riparian vegetation, or loss of standing pools would be unlikely.

Between Boyce Thompson and Whitlow Ranch Dam, Queen Creek is largely ephemeral, and habitat is generally xeroriparian in nature, accustomed to ephemeral, periodic flows. Impacts on this type of vegetation would be unlikely due to surface flow reductions. The riparian area along Queen Creek at Whitlow Ranch Dam would be impacted by reductions in surface flow of roughly 3.5 percent. The groundwater levels in this area are primarily controlled by the fact that this area represents the

4-RCMSER-1026

discharge point for the Superior basin and the influence of Whitlow Ranch Dam impounding flow. Given this control, a 3.5 percent change in surface flow would be unlikely to greatly affect groundwater levels at this location, nor does the groundwater flow model predict any drawdown at this distance from the mine. Impacts on the riparian area at Whitlow Ranch Dam would not be expected to be substantial.

The location on Queen Creek most at risk is likely above Superior, with possible surface flow losses of more than 19 percent. Reduction in runoff volume could reduce the amount of water temporarily stored in shallow alluvium or fracture networks. Impacts above Superior could include a reduction or loss of spring/stream flow, increased mortality or reduction in extent or health of riparian vegetation similar to that described for Devil's Canyon, and reduction in the quality or quantity of aquatic habitat from loss of flowing water, adjacent vegetation, or standing pools.

POTENTIAL IMPACT ON SURFACE WATER RIGHTS FROM GROUNDWATER DRAWDOWN

Arizona law allows for the right to appropriate and use surface water, generally based on a "first in time, first in right" basis. This function is administered by the ADWR, which maintains databases of water right filings, reviews applications and claims, and when appropriate issues permits and certificates of water right. However, water right filings can be made on the same surface water by multiple parties, and at this time almost all Arizona surface waters are over-appropriated with no clear prioritization of overlapping water rights. In addition, the State of Arizona has a bifurcated water rights system in which groundwater and surface water use are considered separately, and state law as of yet provides no clear framework for the interaction between groundwater and surface water uses.

4-RCMSER-1027

Resolution Copper Project and Land Exchange

**Table 3.7.1-5. Summary of potential impacts on groundwater-dependent ecosystems from surface flow losses due to subsidence from block caving or tailings storage facility stormwater controls**

| Reference Number on Figure 3.7.1-9 | GDE | Summary of Expected Impacts on GDEs |
|---|---|---|
| | **Queen Creek and Tributaries** | |
| Not numbered on figure | Queen Creek above Superior (from confluence with Oak Flat Wash (~km 26) to Magma Avenue Bridge (km 21.7), including springs QC23.6C (Boulder Hole), Queen Seeps, and QC22.6E (Karst Spring)) | No Action – No reduction in runoff would occur from subsidence.<br><br>Proposed Action – Reduction in surface runoff volume due to subsidence is estimated to be 18.6% et Magma Avenue Bridge (see Section 3.7.3, Surface Water Quantity). Reduction in runoff volume could reduce amount of water temporarily stored in shallow alluvium or fracture networks. Impacts above Superior could include a reduction or loss of spring/stream flow, increased mortality or reduction in extent or health of riparian vegetation, and reduction in the quality or quantity of aquatic habitat from loss of flowing water, adjacent vegetation, or standing pools. |
| Not numbered on figure | Queen Creek below Superior (from Magma Avenue Bridge (km 21.7) to Whitlow Ranch Dam (km 0)) | No Action – No reduction in runoff occur from subsidence or tailings alternatives.<br><br>Proposed Action/Subsidence -- Reduction in surface runoff volume due to subsidence is estimated to range from 13.4% reduction at Boyce Thompson Arboretum to 3.5% reduction at Whitlow Ranch Dam. Channel largely ephemeral and habitat is generally xeroriparian in nature, accustomed to ephemeral, periodic flows. Impacts on this type of vegetation would be unlikely due to surface flow reductions of this magnitude. For the effluent- and groundwater-supported reach between Superior and Boyce Thompson Arboretum, the anticipated 13 to 19 percent loss in flow during the dry season could contribute to a reduction in the extent and health of riparian vegetation and aquatic habitat.<br><br>Alternative 2 and 3 – The combined reduction in runoff volume from subsidence with a reduction in runoff volume due to a tailings storage facility at the Near West location (Alternative 2 or 3) is estimated as 6.5% at Whitlow Ranch Dam. Channel largely ephemeral and habitat is generally xeroriparian in nature, accustomed to ephemeral, periodic flows. Impacts on this type of vegetation would be unlikely due to surface flow reductions of this magnitude.<br><br>Alternative 4 – The combined reduction in runoff volume from subsidence with a reduction in runoff volume due to a tailings storage facility at the Silver King location (Alternative 4) is estimated to range from a 19.9% reduction at Boyce Thompson Arboretum to an 8.9% reduction at Whitlow Ranch Dam. Reduction in runoff volume could reduce the amount of water temporarily stored in shallow alluvium or fracture networks. Impacts at Boyce Thompson Arboretum could include a reduction or loss of spring/stream flow, increased mortality or reduction in extent or health of riparian vegetation, and reduction in the quality or quantity of aquatic habitat from loss of flowing water, adjacent vegetation, and standing pools. |
| 1 | Whitlow Ranch Dam Outlet | No Action – Drawdown is not anticipated.<br><br>Proposed Action -- Additional drawdown due to block caving is not anticipated, and reduction in surface runoff is anticipated 3.5%, but impacts on riparian vegetation are unlikely due to geological controls on groundwater levels. Location would be monitored during operations for verification of potential impacts. |
| 15 | Oak Flat Wash | No Action – No reduction in runoff would occur from subsidence.<br><br>Proposed Action – A portion of the Oak Flat Wash drainage is within the subsidence area, and a reduction in surface water volume is anticipated. These impacts are already incorporated into the quantitative modeling for Queen Creek. |

432

4-RCMSER-1028

(193 of 300), Page 193 of 300
Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 193 of 300
Case 2:21-cv-00068-DWL    Document 106-2    Filed 07/14/25    Page 64 of 469

Final Environmental Impact Statement

| Reference Number on Figure 3.7.1-9 | GDE | Summary of Expected Impacts on GDEs |
|---|---|---|
| | **Devil's Canyon and Tributaries** | |
| 16 | Devil's Canyon (from km 9.3 to confluence with Mineral Creek (km 0)) | No Action – No reduction in runoff would occur from subsidence. |
| | | Proposed Action – Reduction in surface runoff volume due to subsidence ranges from 5.6% reduction at DC8.1C to 3.5% reduction at confluence with Mineral Creek (see Section 3.7.3, Surface Water Quantity). During critical dry season (May/June), percent reductions are approximately the same. Flow reductions could contribute to a reduction in the extent and health of riparian vegetation and aquatic habitat. Complete drying of the downstream habitat, loss of dominant riparian vegetation, or loss of standing pools would be unlikely. |
| 17 | Rancho Rio Canyon (RR1.5C) | No Action – No reduction in runoff would occur from subsidence. |
| | | Proposed Action – A portion of the Rancho Rio Canyon drainage is within the subsidence area, and a reduction in surface water volume is anticipated. These impacts are already incorporated into the quantitative modeling for Devil's Canyon. |

4-RCMSER-1029

Resolution Copper Project and Land Exchange

To remedy these issues, a legal proceeding called the General Stream Adjudication of the Gila River is being undertaken through the Arizona court system. Goals of the adjudication include clarifying the validity and priority of surface water rights and providing a clear legal framework for when groundwater withdrawals would impinge on surface water rights. The adjudication has been underway for several decades, and while progress has been made, many issues remain unresolved, including any prioritization or validation of water rights in the analysis area.

Groundwater drawdown associated with the project is anticipated to impact eight GDEs. Known surface water filings associated with these GDEs are summarized in table 3.7.1-6. The Forest Service analysis identifies and discloses possible loss of water to these GDEs; however, the impact on any surface water rights from a legal or regulatory standpoint cannot yet be determined due to the ongoing adjudication.

**Table 3.7.1-6. Summary of water right filings associated with GDEs impacted by groundwater drawdown**

| Specific GDE Potentially Impacted by Groundwater Drawdown | Arizona Water Right Filings |
|---|---|
| DC-6.6W Spring | Filing of Statement of Claim of Right to Use Public Waters of the State, 36-1757, filed 1986 by ASLD |
| Bitter Spring | Filing of Statement of Claim of Right to Use Public Waters of the State, 36-24054, filed 1979 by Tonto National Forest |
| Bored Spring | Application for a Permit to Appropriate Public Waters of the State of Arizona #A-2014, filed 1938 by Crook National Forest |
| | Permit to Appropriate #A-1376, issued 1939 to Crook National Forest by State Water Commissioner |
| | Certificate of Water Right #955, issued 1941 to Crook National Forest by State Water Commissioner |
| Hidden Spring | Filing of Statement of Claim of Right to Use Public Waters of the State, 36-24052, filed 1979 by Tonto National Forest |
| Kane Spring | No filings identified |
| McGinnel Mine Spring | Application for a Permit to Appropriate Public Waters of the State of Arizona, 33-94335, filed 1988 by Tonto National Forest |
| | Proof of Appropriation of Water, 33-94335, filed 1989 by Tonto National Forest |
| | Permit to Appropriate Public Waters of the State of Arizona, 33-94335, issued 1989 by ADWR |
| | Certificate of Water Right 33-94355, issued 1990 by ADWR |
| McGinnel Spring | Statement of Claim of Right to Use Public Waters of the State, 36-24049, filed 1979 by Tonto National Forest |
| Walker Spring | No filings identified |

Note that potential impacts to water rights from anticipated changes in surface flow, including for the community of Queen Valley (which was raised specifically in public comments), are discussed in Section 3.7.3, Surface Water Quantity.

ANTICIPATED IMPACTS ON WATER SUPPLY WELLS

Many domestic and stock water supply wells in the area are shallow and likely make use of water stored in shallow alluvium or shallow fracture networks. These wells are unlikely to be impacted by groundwater drawdown from the mine. However, groundwater drawdown caused by the mine could affect groundwater supplies for wells that may draw from either the regional Apache Leap Tuff aquifer or the deep groundwater system. Drawdown from 10 to 30 feet is anticipated in wells in the Superior area, as shown in table 3.7.1-4. In addition, in about 20 percent of sensitivity modeling runs, impacts from 10 to 30 feet could also occur in wells near Top-of-the-World. In total, 53 registered wells are located within the 10-foot drawdown contour for the best-calibrated base-case model (48 exempt wells, five non-exempt

4-RCMSER-1030

wells), and 124 registered wells lie within the expanded 10-foot drawdown contour from the sensitivity modeling runs (111 exempt wells, 13 non-exempt wells.[70]

The applicant-committed mitigation measures include remedying any impacts on water supply wells caused by drawdown from the project (see mitigation measure FS-WR-01, discussed later in this section).

LONGER TERM MODELED IMPACTS – SPRINGS IN THE QUEEN CREEK BASIN

Under the proposed action, drawdown continues to propagate well beyond 200 years. The modeled groundwater level trends generally suggest maximum drawdown does not occur until 600 to 800 years after the end of mining at the distant spring locations (Morey 2018d).

As described earlier in this section, eight of the springs (Bitter, Bored, Hidden, Kane, McGinnel, McGinnel Mine, Walker, and DC6.6W) see impacts great enough under either the no action alternative or proposed action to effectively dry the spring. The remaining springs without anticipated impacts (Iberri, No Name, and Rock Horizontal) may still experience drawdown beyond 200 years, but the magnitude and trends of drawdown observed are unlikely to change the anticipated impacts (see hydrographs in appendix L).

LONGER TERM MODELED IMPACTS – DEVIL'S CANYON

For most of Devil's Canyon (including spring DC-6.6W), drawdown under the proposed action scenario reaches its maximum extent within 50 to 150 years after the end of mining; the impacts shown in table 3.7.1-3 likely represent the maximum impacts under the proposed action scenario.

LONGER TERM MODELED IMPACTS – QUEEN CREEK, TELEGRAPH CANYON, AND ARNETT CREEK

Predicted drawdown at Queen Creek, Telegraph Canyon, and Arnett Creek did not exceed the quantitative 10-foot drawdown threshold, except in a small number of sensitivity modeling runs. However, predicted groundwater level trends indicate that the maximum drawdown would not occur at these locations for roughly 500 to 900 years, suggesting impacts could be greater than those reported in table 3.7.1-3 (Morey 2018d).

For Telegraph Canyon and Arnett Creek, while drawdown may still be occurring beyond 200 years, the magnitude and trends of drawdown observed are unlikely to change the anticipated impacts (see hydrographs in appendix L).

For the flowing reach of Queen Creek below Superior, while the impacts predicted by the best-calibrated model did not exceed the quantitative threshold of 10 feet, trends of drawdown suggest this could occur after 200 years. With consideration to the uncertainties in the analysis, impacts on the groundwater-related flow components of Queen Creek appear to be possible to occur at some point.

LONGER TERM MODELED IMPACTS – WATER SUPPLIES

Potential impacts on groundwater supplies associated with the regional aquifer were already identified as possible for both Top-of-the-World and Superior. The predicted groundwater trends suggest that the impacts shown in table 3.7.1-4 for Top-of-the-World are likely the maximum impacts expected (Morey 2018d). However, the groundwater trends for wells in Superior (represented by well DHRES-16_753) suggest that maximum drawdown would not occur until roughly 600 years after the end of mining.

---

[70] Under Arizona state law, exempt wells are smaller wells with a pump capacity of less than 35 gallons per minute (ARS 45-454).

Impacts on groundwater supplies relying on the regional deep groundwater system near Superior may continue to worsen beyond the results report in table 3.7.1-4.

## POTENTIAL FOR LAND SUBSIDENCE DUE TO GROUNDWATER PUMPING

Two areas have the potential for land subsidence due to groundwater pumping: the area around the East Plant Site and mining panels where dewatering pumping would continue to occur, and the area around the Desert Wellfield. While small amounts of land subsidence attributable to the dewatering pumping have been observed around the East Plant Site using satellite techniques (approximately 1.5 inches, between 2011 and 2016), once mining operations begin, any land subsidence due to pumping would be subsumed by subsidence caused by the block caving (estimated to be 800 feet deep, and possibly as deep as 1,100 feet at the end of mining).

Drawdown associated with the Desert Wellfield would contribute to lowering of groundwater levels in the East Salt River valley subbasin, including near two known areas of known ground subsidence. In the DEIS, we noted that further detailed analysis of land subsidence resulting from groundwater withdrawal is not feasible beyond noting the potential for any pumping to contribute to drawdown and subsidence. Subsidence effects are a basin-wide phenomenon, and the impact from one individual pumping source cannot be predicted or quantified.

Public comments on the DEIS questioned this premise, suggesting that analytical tools exist to model subsidence attributable to a sole water user. We discussed this concept with the reconvened Water Resources Workgroup. While recognizing that all water users contribute to basin subsidence, we developed a methodology for assessing the potential magnitude of such impacts and applied it to the Desert Wellfield water supply pumping (Walser 2020b).

Groundwater levels in and around the Desert Wellfield declined from the earliest records around 1960 until about the mid-1990s. Magnitudes of drawdown near the Desert Wellfield range from 80 to 130 feet. Groundwater levels subsequently recovered in the vicinity of the Desert Wellfield due to changes in water management, rising 60 to 85 feet.

A well-known subsidence area in the East Salt River valley occurs near Apache Junction, close to a geographic feature known as Hawk Rock. This area is located about 6 miles northwest of Desert Wellfield. Subsidence in the Hawk Rock area has been mapped since 1933. This information, when combined with measurements of groundwater levels, approximates the amount of subsidence a certain amount of groundwater drawdown could cause. Rates of subsidence in the Hawk Rock area between roughly 1992 and 2000 were about 0.8 to 1.2 inches per year. During this same time frame, groundwater drawdown averaged 2.8 feet per year, corresponding to 0.3 to 0.4 inch of subsidence per foot of groundwater drawdown.

The maximum drawdown estimate in the center of the Desert Wellfield is about 210 feet at the end of mine operations. An important aspect of subsidence is that it is irreversible; once sediment layers collapse when dewatered, they remain collapsed even if water levels recover. Because of this, we can estimate that no subsidence would occur until groundwater levels decline below their historic lows, which were 80 to 130 feet lower than current water levels. The maximum drawdown modeled for the Desert Wellfield (210 feet under Alternative 2) would decline from 80 to 130 feet beyond the historic lows. These declines could contribute to subsidence. Using Hawk Rock as an analog, drawdowns associated with the Desert Wellfield likely would result in subsidence of roughly 24 to 52 inches.

It is important to note the limitations of this estimate. Subsidence occurred in the Hawk Rock area because groundwater levels were declining across a wide swath of the East Salt River valley. By contrast, the groundwater level declines from the Desert Wellfield are focused in a relatively small area. Modeled

Final Environmental Impact Statement

groundwater drawdown beyond historic lows is not anticipated to occur more than 2 miles from the Desert Wellfield; this is different from the basin-wide declines contributing to earlier subsidence.

There are numerous societal costs associated with land subsidence caused by basin-wide pumping, but specific impacts are unpredictable. Gradual widespread regional subsidence may have no effect at all on infrastructure, whereas the opening of earth fissures due to subsidence can directly destroy infrastructure. Earth fissures generally occur at specific places in the basin driven by underlying geologic geometry, often near the margins of groundwater basins. Specifically mapped fissures have been identified near Apache Junction and along the San Tan Mountains, but not in the immediate vicinity of the Desert Wellfield.

Some of the more common damage associated with earth fissures includes:

- Cracked or collapsing roads
- Broken pipes and utility lines
- Damaged or breached canals
- Cracked foundation/separated walls
- Damaged well casing or wellhead
- Disrupted drainage

INDIRECT EFFECTS ON CUTTER BASIN

During the re-initiation of Tribal consultation in 2021–2022, concerns were raised by the San Carlos Apache Tribe about indirect impacts to Tribal water resources in the Cutter Basin caused by Resolution Copper dewatering around the East Plant Site, as well as long-term changes in regional groundwater from block-caving. The concern raised was not that drawdown from the Resolution Copper Project would directly impact the Cutter Basin, but that drawdown from the Resolution Copper Project would impact regional water supplies, which might then result in water users replacing lost water resources with additional pumping in the Cutter Basin. In response to these comments, the Forest Service conducted an analysis of these potential indirect effects (Garrett 2023b), summarized below.

The Cutter Basin is not an officially recognized groundwater basin, but is a common term used to describe an area roughly encompassed by the Gilson Wash watershed (10-digit HUC 1504000703). This area is part of the wider Safford Groundwater Basin, a basin officially designated by the ADWR (see figure 3.7.1-4). The Cutter Basin is highly similar to other basins in the area (including Dripping Springs Wash). Deep basin-fill sediments—primarily the Quaternary/Tertiary Gila Conglomerate—are underlain by Precambrian igneous and sedimentary bedrock. Most of the Cutter Basin is within the boundaries of the San Carlos Apache Reservation. However, a portion of the Cutter Basin extends west of the reservation boundary. A number of water supply wells have been installed in this area of the Cutter Basin immediately adjacent to the reservation, often referred to as the Cutter Wellfield, as shown on figure 3.7.1-4. These wells have been installed by the City of Globe and several mining companies.

Detailed well logs in the vicinity of these water supply wells indicate that the wells clearly draw water from the Gila Conglomerate. Long-term water level monitoring in the immediate vicinity of the wellfield shows that, between 1990 and 2020, groundwater levels have exhibited long-term decline of around 140 feet. This long-term drawdown very likely extends into the portion of the aquifer that lies below the San Carlos Apache Reservation.

Regional geology extending to the Cutter Basin is shown in figure 3.7.1-12, and a geologic cross section extending from the Resolution Copper mine site to the Cutter Basin is shown in figure 3.7.1-13.

437

4-RCMSER-1033

Groundwater modeling of potential impacts indicates that drawdown from the Resolution Copper Project would not extend to this area (see figure 3.7.1-3). In addition, the Resolution Copper dewatering is far removed from the Cutter Basin, in a different groundwater basin, and separated by the relatively impermeable bedrock of the Pinal Mountains (see figure 3.7.1-13). However, direct impacts are not the issue of concern, but rather whether the Resolution Copper Project could affect closer water supplies and thus trigger cascading effects that ultimately could cause more pumping from the Cutter Basin.

The impact of the Resolution Copper Project's dewatering drawdown on water supply wells is analyzed in the EIS (see table 3.7.1.4). The nearest water supply to the Resolution Copper Project—Top of the World—is anticipated to be impacted. While the base case modeling does not indicate drawdown greater than 10 feet, about 20 percent of the sensitivity modeling runs indicate impact could occur, leading the analysis to conclude that: "Additional drawdown due to block caving is anticipated for water supply wells in this area, except for those completed solely in alluvium or shallow fracture systems. Impacts could include loss of well capacity, the need to deepen wells, the need to modify pump equipment, or increased pumping costs."

This is the type of impact to a regional water supply that potentially could cascade to indirectly cause greater pumping from the Cutter Basin. However, the analysis continues to note that this potential impact to these regional water users is addressed by mitigation. Specifically, measure FW-WR-01 in appendix R is a Forest Service–required mitigation related to groundwater-dependent ecosystems and public supply wells. If drawdown related to the mine affects the Top-of-the-World supply wells, the Forest Service requires and Resolution Copper has committed to deepen or replace the wells, or if that proves ineffective, provide an alternative water supply. Since these potential impacts from Resolution Copper's drawdown are mitigated, there would be no motive for Top-of-the-World residents to obtain water from the Cutter Basin, or another nearby source.

The next closest regional water user to the Resolution Copper Project is the Town of Superior, west of the East Plant Site. Potable water is supplied to the Town of Superior by Arizona Water Company and is imported into the area via pipeline from the East Salt River valley. Other production wells in the Superior Basin that are not tied to the Arizona Water Company system could be impacted by mine drawdown. The analysis estimates 10 to 30 feet of drawdown could occur in these wells. However, in a similar manner to Top-of-the-World, Resolution Copper would mitigate any potential impacts via measure FS-WR-01, and there would be no motive for Superior Basin water users to obtain water from the Cutter Basin, or another nearby source.

Aside from Top-of-the-World and the Town of Superior/Superior Basin water users, the next closest regional water user is the Pinto Valley Mine. The mine is located approximately 2 to 3 miles east from Top-of-the-World, and lies beyond the analysis area for Resolution Copper groundwater drawdown impacts (see figure 3.7.1-3). In addition, Pinto Valley obtains most of its water supply from the Gila Conglomerate, a completely different hydrogeologic unit than those impacted by the block-caving and dewatering in the vicinity of the mine site (the Apache Leap Tuff and the Whitetail Conglomerate) (U.S. Forest Service 2021d). It would be unlikely that Resolution Copper pumping would impact Pinto Valley Mine water supplies or cause Pinto Valley Mine to seek water supplies elsewhere.

Final Environmental Impact Statement



Figure 3.7.1-12. Regional geology extending to the Cutter Basin

439

4-RCMSER-1035

Resolution Copper Project and Land Exchange



Figure 3.7.1-13. Regional geologic cross section (C–C') extending from the Resolution Copper Project site to the Cutter Basin

440

In addition to groundwater drawdown, the potential for groundwater quality changes to drive changes in groundwater supply was also assessed (Garrett 2023b), drawing upon the analysis in section 3.7.2 of the FEIS. Groundwater quality changes in the block-caving area were not found to be likely to impact regional water supplies.

Arizona state law also restricts any movement of groundwater from the Cutter Basin into the adjacent groundwater basins, including the Pinal AMA or Phoenix AMA, and these areas are neither adjacent nor readily accessible. For instance, there are three other groundwater basins interposed between the Pinal AMA and the Cutter Basin/Safford Groundwater Basin: the Donnelly Wash Groundwater Basin, the Lower San Pedro Groundwater Basin, and the Dripping Springs Wash Groundwater Basin. Water users in Pinal County would not legally be able to pull water from the Cutter Basin/Safford Groundwater Basin, and transporting water that distance (at least 50 miles) would be physically unlikely as well.

To summarize the conclusions of the analysis conducted in response to these concerns:

- The City of Globe and other water supply wells located adjacent to the San Carlos Apache Reservation appear to be physically impacting water resources in the area known as the Cutter Basin.

- If groundwater impacts from the Resolution Copper Project were to impact regional suppliers, it is conceivable that pumping in the Cutter Basin could increase and further affect groundwater resources of the San Carlos Apache Tribe.

- However, the analysis finds that there are no reasonable cascading effects by which Resolution Copper's actions would increase pumping adjacent to the San Carlos Apache Tribe.

- With respect to drawdown, potential impacts from the block caving to regional water users would be mitigated if they occurred. With respect to water quality, acknowledging the uncertainties, the best available analysis suggests water quality in the block-cave zone would not exceed water quality standards, and the potential for movement of that water away from the block-cave zone (and thus the ability to impact regional water supplies) is remote.

- Further, there are substantial legal restrictions on the ability for any regional water users to move groundwater away from adjacent groundwater basins like the Cutter Basin/Safford Groundwater Basin.

### Alternative 2 – Near West Proposed Action

GROUNDWATER-DEPENDENT ECOSYSTEMS IMPACTED

Three GDEs would be directly disturbed by a tailings facility at the Near West site: Bear Tank Canyon Spring, Benson Spring, and Perlite Spring. All three of these GDEs are believed to be disconnected from the regional aquifers, relying on precipitation stored in shallow alluvium or fracture networks. Benson Spring is located near the front of the facility, potentially under the tailings embankment. Bear Tank Canyon Spring is located in the middle of the facility under the NPAG tailings, and Perlite Spring is located at the northern edge of the facility, near the PAG tailings cell.

Alternative 2 likely will impact 20 GDEs (see figure 3.7.1-11):

- Six springs are anticipated to be impacted from continued dewatering under the no action alternative.

- Two additional springs are anticipated to be impacted under the proposed action, because of the block-cave mining.

- Three springs and three ponds are directly disturbed by the subsidence area.

- Three springs are directly disturbed by the Alternative 2 tailings storage facility.

- One perennial stream (Devil's Canyon) is impacted by reduced runoff from the subsidence area.

- Two perennial stream reaches on Queen Creek are impacted by reduced runoff from both the subsidence area and the tailings.

## CHANGES IN TAILINGS WATER BALANCE

The substantial differences in water balance between alternatives are directly related to the location and design of the tailings storage facility. There are five major differences, as shown in table 3.7.1-7:

- **Entrainment**. The tailings deposition method affects the amount of water that gets deposited and retained with the tailings. Alternative 2 entrains about the same amount of water as the other slurry tailings alternatives (Alternatives 3, 5, and 6), but substantially more than Alternative 4.

- **Evaporation**. The tailings deposition method also affects the amount of water lost through evaporation, even among slurry tailings. Alternative 2 evaporates a similar amount of water as Alternatives 5 and 6, but substantially more than Alternatives 3 and 4.

- **Watershed losses**. Watershed losses from the capture of precipitation depend primarily on the location of the tailings storage facility and where it sits in the watershed. Surface runoff losses are summarized in table 3.7.1-5, and are analyzed in greater detail in Section 3.7.3, Surface Water Quantity.

- **Seepage**. Differences in seepage losses are substantial between alternatives. Three estimates of seepage are shown in table 3.7.1-7. The amount of seepage based on the initial tailings designs using only the most basic level of seepage controls is shown, and primarily reflects the type of tailings deposition and geology (WestLand Resources Inc. 2018b). After these initial designs, the engineered seepage controls were refined as part of efforts to reduce impacts on water quality from the seepage (Klohn Crippen Berger Ltd. 2019d). The estimated reduced seepage rates with all engineered seepage controls in place, both during operations and post-closure, are also shown in table 3.7.1-7. Alternative 2 loses more seepage than Alternatives 3 and 4, but less seepage than Alternatives 5 and 6. The effects of seepage on groundwater and surface water quality are analyzed in greater detail in Section 3.7.2, Groundwater and Surface Water Quality.

4-RCMSER-1038

Final Environmental Impact Statement

Table 3.7.1-7. Primary differences between alternative water balances

| Alternative | Water Entrained with Tailings (acre-feet, life of mine) | Precipitation or Runoff Intercepted (acre-feet, life of mine)* | Percentage Loss to Downstream Waters† | Water Lost to Evaporation from Tailings Storage Facility (acre-feet, life of mine)* | Water Lost as Seepage from Tailings Storage Facility without Engineered Seepage Controls (acre-feet, life of mine) | Water Lost as Seepage to Aquifer after Engineered Seepage Controls during Operations (acre-feet, life of mine) | Water Lost as Seepage to Aquifer, Post-Closure (acre-feet per year) | Makeup Water Pumped from Desert Wellfield (acre-feet, life of mine) |
|---|---|---|---|---|---|---|---|---|
| 2 | 271,839 | 68,780 | 6.5 | 307,903 | 5,741 | 849 | 20.7 | 586,508 |
| 3 | 305,443 | 60,531 | 6.5 | 174,742 | 2,891 | 111 | 2.7 | 494,286 |
| 4 | 71,017 | 110,854 | 8.9 | 135,102 | 3,146 | 369–680 | 15.2–31.9 | 175,800 |
| 5 | 308,404 | 276,639 | 0.2 | 384,702 | 53,184 | 10,701 | 261 | 544,778 |
| 6 | 277,710 | 205,297 | 0.3 | 384,427 | 17,940 | 2,685–7,298 | 202–258 | 544,858 |

Source: Ritter (2018). For seepage losses after engineered seepage controls, during operations and post-closure, see Klohn Crippen Berger Ltd. (2019d) and Gregory and Bayley (2019).

Note that entrainment for Alternative 3 is based on an assumption of 100% saturation used in the global water balance and is known to be overestimated, compared with more detailed seepage modeling conducted for each alternative. See Garrett (2020d) for further details.

*  Alternatives 5 and 6 include total precipitation on and evaporation from the tailings beach. However, precipitation onto the tailings beach that evaporates before contributing to the mine water balance is not included in the estimated precipitation and evaporation volumes for Alternatives 2, 3, and 4. These different accounting methods for evaporation and precipitation do not impact the total makeup water demand estimates for the Desert Wellfield.

†  Alternatives 2, 3, and 4 reflect change in percentage of annual flow in Queen Creek at Whitlow Ranch Dam. Alternatives 5 and 6 reflect change in percentage of annual flow in the Gila River at Donnelly Wash. These numbers only account for precipitation captured by tailings facilities or subsidence area. Water rerouted around the facilities or seepage reappearing downstream is not incorporated.

443

4-RCMSER-1039

Resolution Copper Project and Land Exchange

CHANGES IN DESERT WELLFIELD PUMPING

The water balances for the alternatives are very complex, with multiple water sources and many recycling loops. However, ultimately a certain amount of makeup water is needed, which must be pumped from Desert Wellfield in the East Salt River valley. Alternative 2 requires the most makeup water, roughly 600,000 acre-feet over the life of the mine. The amount of groundwater in storage in the East Salt River valley subbasin (above a depth of 1,000 feet) is estimated to be about 8.1 million acre-feet.[71] Pumping under Alternative 2 represents about 7.3 percent of the available groundwater in the East Salt River valley subbasin.

Projected drawdown would be greatest in the center of the Desert Wellfield, reaching a maximum drawdown of 228 feet, as shown in figure 3.7.1-2. These groundwater levels recover after mining ceases, eventually recovering to less than 20 feet. Drawdown decreases with distance from the wellfield. At the north and south ends of the wellfield, maximum drawdown ranges from 109 to 132 feet, and farther south within NMIDD, maximum drawdown is roughly 49 feet (Bates et al. 2018; Garrett 2018a).

A total of 611 registered wells is located within the 10-foot modeled drawdown contour for Alternative 2 (304 exempt wells and 307 non-exempt wells). Impacts resulting from drawdown could include loss of well capacity, the need to deepen wells, the need to modify pump equipment, or increased pumping costs. According to one estimate, an additional 1.02 to 2.56 kilowatt-hours of energy, depending on pump efficiency, is required to lift 1 acre-foot of water an additional foot (Peacock n.d. [1996]).

### Alternative 3 – Near West – Ultrathickened

GROUNDWATER-DEPENDENT ECOSYSTEMS IMPACTED

Alternative 3 likely will impact the same GDEs as those under Alternative 2.

CHANGES IN TAILINGS WATER BALANCE

The following water balance components for Alternative 3 are summarized in table 3.7.1-7:

- **Entrainment.** Alternative 3 entrains about the same amount of water as the other slurry tailings alternatives (Alternatives 3, 5, and 6), but substantially more than Alternative 4.

- **Evaporation.** Alternative 3 evaporates less water than Alternatives 2, 5, and 6, and almost matches the filtered tailings alternative (Alternative 4) for reductions in evaporation.

- **Watershed losses.** Watershed losses are the same as Alternative 2.

- **Seepage.** With engineered seepage controls in place, Alternative 3 loses the least amount of seepage of any alternative, including the filtered tailings alternative (Alternative 4).

---

[71] The amount of groundwater in storage was calculated based on the volume of aquifer located between the 2017 simulated water table (using the Desert Wellfield model) and a depth of 1,000 feet below ground surface, multiplied by a specific yield value of 8 percent (Garrett 2018a). The use of the 1,000-foot depth is based on substantive policy guidance from the ADWR for determining physical availability of groundwater within an AMA when supporting an application for an Assured Water Supply (Arizona Department of Water Resources 2007). The specific yield value was ultimately derived from the ADWR Salt River Valley model upon which the Desert Wellfield model is based. Specific yield in the ADWR model ranges from about 6 to 12 percent in the East Salt River valley, depending on geographic area and hydrologic unit (Freihoefer et al. 2009); see figures 3.8 through 3.10 in that report.

CHANGES IN DESERT WELLFIELD PUMPING

Alternative 3 requires less makeup water than Alternative 2, roughly 500,000 acre-feet over the life of the mine. Pumping under Alternative 3 represents about 6.1 percent of the estimated 8.1 million acre-feet of available groundwater in the East Salt River valley subbasin (Garrett 2018a).

Maximum drawdown for Alternative 3 reaches about 177 feet, eventually recovering to less than 20 feet. At the north and south ends of the wellfield, maximum drawdown ranges from 87 to 105 feet, and farther south within NMIDD maximum drawdown is roughly 42 feet (Bates et al. 2018; Garrett 2018a).

Water use for Alternative 3 is bracketed between that of Alternative 2 with the greatest groundwater use and Alternative 4 with the least groundwater use (see figure 3.7.1-2). A total of 611 registered wells are located within the 10-foot modeled drawdown contour for Alternative 2 (304 exempt wells and 307 non-exempt wells), and a total of 345 registered wells are located within the 10-foot modeled drawdown contour for Alternative 4 (180 exempt wells and 165 non-exempt wells). The number of wells potentially impacted by Alternative 3 falls within this range. Impacts to wells from drawdown are similar to those described for Alternative 2.

### Alternative 4 – Silver King

GROUNDWATER-DEPENDENT ECOSYSTEMS IMPACTED

Two GDEs would be directly disturbed by a tailings facility at the Silver King site: Iberri Spring and McGinnel Spring. Both of these springs are assumed to be at least partially connected to the regional aquifers; both are located under the NPAG tailings facility.

Alternative 4 likely will impact 18 GDEs (see figure 3.7.1-11):

- Six springs are anticipated to be impacted from continued dewatering under the no action alternative.

- Two additional springs are anticipated to be impacted under the proposed action, because of the block-cave mining.

- Three springs and three ponds are directly disturbed by the subsidence area.

- Two springs are directly disturbed by the Alternative 4 tailings storage facility; however, one of these was already impacted under the no action alternative.

- One perennial stream (Devil's Canyon) is impacted by reduced runoff from the subsidence area.

- Two perennial stream reaches on Queen Creek are impacted by reduced runoff from both the subsidence area and the tailings.

For the other action alternatives, there was an anticipated 7 to 15 percent loss in flow in Queen Creek below Superior to Boyce Thompson Arboretum. Because of the location of Alternative 4 at the head of the watershed, these flow losses are more substantial, ranging from 7 percent in Superior, to 20 percent at Boyce Thompson Arboretum, to 9 percent at Whitlow Ranch Dam. Reduction in runoff volume could reduce the amount of water temporarily stored in shallow alluvium or fracture networks.

Impacts at Boyce Thompson Arboretum could include a reduction or loss of spring/stream flow, increased mortality or reduction in extent or health of riparian vegetation, and reduction in the quality or quantity of aquatic habitat from loss of flowing water, adjacent vegetation, or standing pools. Substantial impacts on the riparian vegetation at Whitlow Ranch Dam are still unlikely due to the geological controls, although the reductions in runoff are greater under Alternative 4 than other alternatives.

4-RCMSER-1041

Resolution Copper Project and Land Exchange

## CHANGES IN TAILINGS WATER BALANCE

The following water balance components for Alternative 4 are summarized in table 3.7.1-7:

- **Entrainment.** Because water is filtered from the tailings before placement, Alternative 4 entrains the least amount of water of all alternatives, approximately only one-quarter of that entrained under Alternative 2.

- **Evaporation.** Because Alternative 4 does not have a standing recycled water pond, Alternative 4 also evaporates the least amount of water of all alternatives, approximately only one-half of that of Alternative 2.

- **Watershed losses.** Watershed losses are higher than Alternatives 2 and 3, due to the position of Alternative 4 higher in the Upper Queen Creek watershed, and the need for stringent stormwater control to avoid contact of water with exposed PAG tailings.

- **Seepage.** Alternative 4 loses the least amount of seepage of all alternatives, except for Alternative 3 (ultrathickened).

## CHANGES IN DESERT WELLFIELD PUMPING

Alternative 4 requires the least amount of makeup water of all alternatives, roughly 180,000 acre-feet over the life of the mine, or roughly 30 percent of the makeup water required for the slurry tailings alternatives (Alternatives 2, 3, 5, and 6). Pumping under Alternative 4 represents about 2.2 percent of the estimated 8.1 million acre-feet of available groundwater in the East Salt River valley subbasin (Garrett 2018a).

Alternative 4 also results in the least amount of drawdown, as shown in figure 3.7.1-2. Maximum drawdown for Alternative 4 reaches about 53 feet, eventually recovering to roughly 5 feet. At the north and south ends of the wellfield, maximum drawdown ranges from 30 to 35 feet, and farther south within NMIDD maximum drawdown is roughly 17 feet (Bates et al. 2018; Garrett 2018a).

A total of 345 registered wells are located within the 10-foot modeled drawdown contour for Alternative 4 (180 exempt wells and 165 non-exempt wells). Impacts to wells from drawdown are similar to those described for Alternative 2.

## *Alternative 5 – Peg Leg*

### GROUNDWATER-DEPENDENT ECOSYSTEMS IMPACTED

No GDEs have been identified within the vicinity of the Peg Leg site or are expected to be directly disturbed. In total, 14 GDEs are anticipated to be impacted under Alternative 5 (see figure 3.7.1-11):

- Six springs are anticipated to be impacted from continued dewatering under the no action alternative.

- Two additional springs are anticipated to be impacted under the proposed action because of the block-cave mining.

- Two springs are directly disturbed by the subsidence area.

- Three perennial stream reaches in Devil's Canyon and Queen Creek are impacted by reduced runoff from the subsidence area.

- One perennial stream reach of the Gila River is impacted by reduced runoff from the tailings facility.

4-RCMSER-1042

CHANGES IN TAILINGS WATER BALANCE

The following water balance components for Alternative 5 are summarized in table 3.7.1-7:

- **Entrainment.** Alternative 5 entrains about the same amount of water as the other slurry tailings alternatives (Alternatives 2, 5, and 6), but substantially more than Alternative 4.

- **Evaporation.** Alternative 5 loses the most amount of water to evaporation of all alternatives, about 25 percent more than Alternative 2.

- **Watershed losses.** Watershed losses (as a percentage change in perennial flow) are relatively low for Alternative 5, largely due to the large contributing drainage area and flow of the Gila River.

- **Seepage.** Because of the location over a deep alluvial basin, Alternative 5 loses substantially more seepage than all other alternatives.

CHANGES IN DESERT WELLFIELD PUMPING

Alternative 5 requires more water to move the tailings slurry over long distances, and to make up for seepage losses. Alternative 5 uses only slightly less water than Alternative 2, about 550,000 acre-feet over the life of the mine. Pumping under Alternative 5 represents about 6.7 percent of the estimated 8.1 million acre-feet of available groundwater in the East Salt River valley subbasin (Garrett 2018a).

Maximum drawdown for Alternative 5 reaches about 199 feet, eventually recovering to less than 20 feet. At the north and south ends of the wellfield, maximum drawdown ranges from 96 to 115 feet, and farther south within NMIDD maximum drawdown is roughly 46 feet (Bates et al. 2018; Garrett 2018a).

Water use for Alternative 5 is bracketed between that of Alternative 2 with the greatest groundwater use, and Alternative 4 with the least groundwater use (see figure 3.7.1-2). A total of 611 registered wells are located within the 10-foot modeled drawdown contour for Alternative 2 (304 exempt wells and 307 non-exempt wells), and a total of 345 registered wells are located within the 10-foot modeled drawdown contour for Alternative 4 (180 exempt wells and 165 non-exempt wells). The number of wells potentially impacted by Alternative 5 falls within this range. Impacts to wells from drawdown are similar to those described for Alternative 2.

### *Alternative 6 – Skunk Camp*

GROUNDWATER-DEPENDENT ECOSYSTEMS IMPACTED

No GDEs have been identified within the vicinity of the Skunk Camp site based on site-specific information. Alternative 6 likely will impact 18 GDEs, the same as under Alternative 5 (see figure 3.7.1-11):

- Six springs are anticipated to be impacted from continued dewatering under the no action alternative.

- Two additional springs are anticipated to be impacted under the proposed action, because of the block-cave mining.

- Three springs and three ponds are directly disturbed by the subsidence area.

- Three perennial stream reaches in Devil's Canyon and Queen Creek are impacted by reduced runoff from the subsidence area.

- One perennial stream reach of the Gila River is impacted by reduced runoff from the tailings facility.

Resolution Copper Project and Land Exchange

CHANGES IN TAILINGS WATER BALANCE

The following water balance components for Alternative 6 are summarized in table 3.7.1-7:

- **Entrainment.** Alternative 6 entrains about the same amount of water as the other slurry tailings alternatives (Alternatives 2, 5, and 6), but substantially more than Alternative 4.

- **Evaporation.** Alternative 6 loses almost as much water to evaporation as the alternative with the greatest evaporative losses (Alternative 5), about 25 percent more than Alternative 2.

- **Watershed losses.** Watershed losses (as a percentage change in perennial flow) are relatively low for Alternative 6, largely due to the large contributing drainage area and flow of the Gila River.

- **Seepage.** Because of the location over an alluvial basin, Alternative 6 loses substantially more than Alternatives 2, 3, and 4, but still less than Alternative 5.

CHANGES IN DESERT WELLFIELD PUMPING

Alternative 6 requires more water to move the tailings slurry over long distances, and to make up for seepage losses. Alternative 6 uses only slightly less water than Alternative 2, about 550,000 acre-feet over the life of the mine, and about the same as Alternative 5. Pumping under Alternative 6 represents about 6.7 percent of the estimated 8.1 million acre-feet of available groundwater in the East Salt River valley subbasin (Garrett 2018a).

Drawdown from Alternative 6 is nearly identical to that of Alternative 5.

Water use for Alternative 6 is bracketed between that of Alternative 2 with the greatest groundwater use, and Alternative 4 with the least groundwater use (see figure 3.7.1-2). A total of 611 registered wells are located within the 10-foot modeled drawdown contour for Alternative 2 (304 exempt wells and 307 non-exempt wells), and a total of 345 registered wells are located within the 10-foot modeled drawdown contour for Alternative 4 (180 exempt wells and 165 non-exempt wells). The number of wells potentially impacted by Alternative 6 falls within this range. Impacts to wells from drawdown are similar to those described for Alternative 2.

*Cumulative Effects*

Full details of the cumulative effects analysis can be found in chapter 4. The following represents a summary of the cumulative impacts resulting from the project-related impacts described in Section 3.7.1.5, Environmental Consequences, that are associated with groundwater quantity or GDEs, when combined with other reasonably foreseeable future actions.

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable, and have impacts that likely overlap in space and time with impacts from the Resolution Copper Project:

- Merrill Ranch Master Planned Community Project

- Ray Land Exchange and Proposed Plan Amendment

The cumulative effects analysis area encompasses two separate modeling areas used to assess direct and indirect impacts to groundwater resources and GDEs: a large model area centered on the block-cave zone and encompassing much of the Upper Queen Creek watershed, the Superior basin, and Oak Flat (where dewatering would occur), and the East Salt River valley (where the mine water supply would be pumped). Both model areas are sufficiently large to encompass other water users that could combine with the project effects and impact groundwater resources. The metrics used to quantify the cumulative impacts to groundwater quantity and GDEs are (1) the amount of water pumped within the same groundwater basin

4-RCMSER-1044

or aquifer (acre-feet); (2) drawdown caused by pumping within the same groundwater basin or aquifer (feet); (3) drawdown in the East Salt River valley around the Desert Wellfield will be based on cumulative modeling results (model results); and (4) GDEs lost or impacted (number).

The Ray Land Exchange parcels were the only reasonably foreseeable future actions that passed screening and potentially affect the same aquifer as the Resolution Copper Project mine area (different from the Desert Wellfield). As no mine plans have been prepared to date, it is unknown how much water future activities associated with the Ray Land Exchange might use. If groundwater is extracted and used on these parcels, there could be impacts to some of the same regional aquifers impacted by the Resolution Copper Project, though the distance suggests that overlap of drawdown is unlikely to occur (or if it does, is unlikely to be substantial). In general, Ray Mine obtains much of its water supply from sources to the south, including the Hayden well field. Continued reliance on these sources is not anticipated to have any cumulative effect with drawdown or groundwater use associated with the Resolution Copper Project.

Most of Merrill Ranch lies outside of the cumulative effects analysis area, and the source of water is unknown at this time, making it difficult to analyze. However, the potential water use is similar to other actions screened out of the cumulative effects analysis, but still of public concern. Given the overall high level of concern associated with water supply, the number of reasonably foreseeable future actions associated with the cumulative effects analysis and listed above seems remarkably small. Indeed, there are a number of other reasonably foreseeable future actions that were identified that would directly overlap with the Desert Wellfield that would contribute to overall impacts to regional water supplies in the East Salt River valley. These include the following:

- Arizona's drought contingency plan,
- Town of Florence housing developments,
- population change,
- recent modeling reports projecting water shortages in Pinal County,
- Assured Water Supplies in the East Salt River valley, and
- future Superstition Vistas development area on Arizona State Trust land, including the first parcel to be auctioned off (2,783 acres) in 2020.

The overall cumulative effects of the Resolution Copper Project with these and similar projects on these regional water supplies, in light of competing water uses, ongoing climatic trends, and drought, are discussed in detail in the "Cumulative Effects on Regional Water Supplies" section in chapter 4.

## Mitigation Effectiveness

| Mitigation Identifier and Title | Authority to Require |
|---|---|
| FS-WR-01: GDEs and water well mitigation | Required – Forest Service |

We developed a robust monitoring and mitigation strategy to avoid, minimize, rectify, reduce, or compensate for resource impacts that have been identified during the process of preparing this EIS. Appendix J contains descriptions of mitigation measures that are being required by the Forest Service and mitigation measures voluntarily brought forward and committed to by Resolution Copper. Appendix J also contains descriptions of monitoring that would be needed to identify potential impacts and mitigation effectiveness.

This section contains an assessment of the effectiveness of design features associated with mitigation and monitoring measures found in appendix J that are applicable to groundwater quantity and GDEs. See appendix J for full descriptions of each measure noted below.

## MITIGATION EFFECTIVENESS AND IMPACTS OF FOREST REQUIRED MITIGATION MEASURES APPLICABLE TO GROUNDWATER QUANTITY AND GROUNDWATER-DEPENDENT ECOSYSTEMS

Appendix J contains mitigation and monitoring measures being required by the Forest Service under its regulatory authority or because these measures are required by other regulatory processes (such as the Biological Opinion). These measures are assumed to occur, and their effectiveness and impacts are disclosed here. The unavoidable adverse impacts disclosed below take the effectiveness of these mitigations into account.

**GDEs and water well mitigation (FS-WR-01).** In April 2019, the Forest Service received from Resolution Copper a document titled "Monitoring and Mitigation Plan for Groundwater Dependent Ecosystems and Water Wells" (Montgomery and Associates Inc. 2019b). This plan was revised and finalized in September 2020 (Montgomery and Associates Inc. 2020b). This document outlines a monitoring plan to assess potential impacts on each GDE, identifies triggers and associated actions to he taken by Resolution Copper to ensure that GDEs are protected, and describes mitigation measures for each GDE if it is shown to be impacted by future mine dewatering. Note that this plan includes actions both for GDEs and water supply wells.

The plan focuses on the same GDEs described in this section of the EIS, as these are the GDEs that are believed to rely on regional groundwater that could be impacted by the mine. The stated goal of the plan is "to ensure that groundwater supported flow that is lost due to mining activity is replaced and continues to be available to the ecosystem." The plan specifically notes that it is not intended to address water sources associated with perched shallow groundwater in alluvium or fractures.

The specific GDEs addressed by this plan include the following:

- Bitter, Bored, Hidden, Iberri, Kane, McGinnel, McGinnel Mine, No Name, Rock Horizontal, and Walker Springs
- Queen Creek below Superior (reach km 17.39 to 15.55) and at Whitlow Ranch Dam
- Arnett Creek in two locations
- Telegraph Canyon in two locations
- Devil's Canyon springs (DC4.1E, DC6.1E, DC6.6W, and DC8.2W)
- Devil's Canyon surface water in two locations (reach km 9.1 to 7.5, and reach km 6.1 to 5.4)
- Mineral Creek springs (Government Springs, MC3.4W)
- Mineral Creek surface water in two locations (MC8.4C, and reach km 6.9 to 1.6)

Monitoring frequency and parameters are discussed in the plan, and include such things as groundwater level or pressure, surface water level, presence of water or flow, extent of saturated reach, and phreatophyte area. In general, groundwater level or pressure and surface water level would be monitored daily (using automated equipment), while other methods would be monitored quarterly or annually.

Water supplies to be monitored are Superior (using well DHRES-16_743 as a proxy), Boyce Thompson Arboretum (using the Gallery Well as a proxy), and Top-of-the-World (using HRES-06 as a proxy).

A variety of potential actions are identified that could be used to replace water sources if monitoring reaches a specified trigger. Specific details (likely sources and pipeline corridor routes) are shown in the plan. These include the following:

- Drilling new wells, applicable to both water supplies and GDEs. The intent of installing a well for a GDE is to pump supplemental groundwater that can be used to augment flow. The exact

Final Environmental Impact Statement

location and construction of the well would vary; it is assumed in many cases groundwater would be transported to GDEs via an overland pipeline to minimize ground disturbance. Wells require maintenance in perpetuity, and likely would be equipped with storage tanks and solar panels, depending on specific site needs.

- Installing spring boxes. These are structures installed into a slope at the discharge point of an existing spring, designed to capture natural flow. The natural flow is stored in a box and discharged through a pipe. Spring boxes can be deepened to maintain access to water if the water level decreases. Spring boxes require little ongoing maintenance to operate.

- Installing guzzlers. Guzzlers are systems for harvesting rainwater for wildlife consumption. Guzzlers use an impermeable apron, typically installed on a slope, to collect rainwater which is then piped to a storage tank. A drinker allows wildlife and/or livestock to access water without trampling or further degrading the spring or water feature. Guzzlers require little ongoing maintenance to operate.

- Installing surface water capture systems such as check dams, alluvial capture, recharge wells, or surface water diversions. All of these can be used to supplement diminished groundwater flow at GDEs by retaining precipitation in the form of runoff or snowmelt, making it available for ecosystem requirements.

- Providing alternative water supplies from a non-local source. This would be considered only if no other water supply is available, with Arizona Water Company or the Desert Wellfield being likely sources of water.

An important change was made to measure FS-WR-01 after the January 2021 FEIS was rescinded. Comments received by the Forest Service suggested that the triggers for mitigation be more clearly defined in the measure. The Forest Service requested revisions to the plan and received those revisions from Resolution Copper in December 2022 (Montgomery and Associates Inc. 2022). The revision simplified the triggers. Quantitative criteria are specified for each GDE that generally amount to observing 2 years of measurements below the average, coupled with decreases in water level in regional monitoring wells. Water wells are treated similarly based on groundwater level measurements.

The plan still contains a caveat that the "mitigation measure would be triggered except if data demonstrate dewatering from the Project was not the cause of the impact." However, unlike the previous version of the mitigation plan which required a positive demonstration using undetermined means that mine drawdown was responsible for GDE impacts prior to implementing mitigation, the revised version assumes that mitigation will take place if these clear quantitative triggers are met, and only would not be implemented if a defensible argument could be made otherwise.

The 2022 version of the plan (Montgomery and Associates Inc. 2022) is the version of the plan required to be implemented by the Forest Service.

**Effectiveness of Monitoring**

The monitoring as proposed has sufficient frequency and includes the necessary parameters to not only identify whether changes in GDEs are taking place, but also to inform whether the mine drawdown is responsible. For instance, conducting daily automated monitoring allows for an understanding of normal seasonal and drought-related fluctuations in water level or flow, which can be taken into consideration when evaluating the possible effects from the mine.

The plan produced by Resolution Copper that describes the actions for this measure (Montgomery and Associates Inc. 2022) does not specify a duration for monitoring. In appendix J, the Forest Service further requires that:

4-RCMSER-1047

Resolution Copper Project and Land Exchange

1. Monitoring and mitigation will be required to continue through operations, during the period of active dewatering.

2. Monitoring and mitigation will be required to continue during the closure phase as well, for at least 10 years after cessation of active dewatering.

3. At the end of this period, Resolution Copper may request from the Forest Service that individual GDEs and water wells be dropped from further monitoring and mitigation efforts, based on analysis of the observations made during the operations and closure phases.

Note that an arbitrary end date for monitoring is not included. Monitoring only can be reduced based on credible analysis and after a positive decision to do so from the Forest Service.

### Effectiveness of Mitigation

Replacement of water sources using the techniques described (replacement wells or alternative water sources) would be highly effective for public water supplies. For GDEs, the effectiveness would depend on the specific approach. Engineered replacements like pipelines, guzzlers, or spring boxes would be effective at maintaining a water source and maintaining a riparian ecosystem, but the exact type, location, and extent of riparian vegetation could change to adapt to the new discharge location and frequency of the new water source. Changes in water quality are unlikely to be an issue, since new water sources would likely derive from the same source as natural spring flow (i.e., the Apache Leap Tuff aquifer, or stored precipitation).

While water flow, riparian ecosystems, and associated terrestrial and aquatic habitat would be maintained, there would still likely be a noticeable change in the overall environment that could affect wildlife, or the recreating public. The presence of infrastructure like wells and pipes near some natural areas could change the sense of place and nature experienced in these locations.

### Impacts from Mitigation Actions

The mitigation actions identified would result in additional ground disturbance, though minimal. Mitigation for any given GDE would likely result in less than 1 acre of impact, assuming a well pad and pipeline installation, or installation of check dams. If all mitigations were installed as indicated in the plan, impacts could total 20 to 30 acres of additional ground disturbance.

The Forest Service received comments concerning the indirect impacts from these GDE-related mitigation actions. The general concern was that any mitigations implemented effectively take water from other uses in the watershed.

With respect to mitigations like spring boxes, guzzlers, or check dams, there is some validity to this concept. These mitigations necessarily retain water that otherwise would be flowing downstream.

However, the magnitude of the surface flow loss is minimal. For example, spring DC6.6W (the only GDE on Devil's Canyon anticipated by the NEPA analysis to be impacted, see table 3.7.1-3) is located up an unnamed tributary to Devil's Canyon. Even if a 1-acre concrete apron were installed for a guzzler, the downstream portion of Devil's Canyon has a contributing drainage area of 20 square miles (12,800 acres) and the loss of 1 acre of that area would be negligible. As a different example on a smaller scale, Kane Spring is one of the springs anticipated to be most heavily impacted (drawdown greater than 50 feet, see table 3.7.1-4). The contributing drainage area for the nearest drainage (an unnamed ephemeral wash) is 0.8 square mile (512 acres). Even at this smaller scale, the loss of area from a 1-acre concrete apron would be a fraction of 1 percent.

With respect to mitigations like well drilling and pumping groundwater to the surface, the criticism is not true. This does not represent a trade-off in uses. Under natural conditions prior to drawdown, groundwater

4-RCMSER-1048

(213 of 300), Page 213 of 300
Case 2:21-cv-00068-DWL   Document 106-2   Filed 07/14/25   Page 84 of 469
Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 213 of 300

would have exited the aquifer at the spring naturally. Under mitigated conditions, groundwater exits the aquifer at the same location, only using mechanical means. The overall effect—exposure of groundwater at the surface—is the same.

MITIGATION EFFECTIVENESS AND IMPACTS OF RESOLUTION COMMITTED MITIGATION MEASURES APPLICABLE TO GROUNDWATER QUANTITY AND GROUNDWATER-DEPENDENT ECOSYSTEMS

Appendix J contains mitigation and monitoring measures committed by Resolution Copper in contractual, financial, or other agreements. Due to these commitments these measures are assumed to occur and their effectiveness and impacts if they were to occur are disclosed here; however, there are no committed mitigations for groundwater quantity and GDEs, which is reflected in the unavoidable adverse impacts disclosed below.

MITIGATION EFFECTIVENESS AND IMPACTS OF RESOLUTION VOLUNTARY MITIGATION MEASURES APPLICABLE TO GROUNDWATER QUANTITY AND GROUNDWATER-DEPENDENT ECOSYSTEMS

Appendix J contains mitigation and monitoring measures brought forward voluntarily by Resolution Copper and committed to in correspondence with the Forest Service. These measures are assumed to occur but are not guaranteed to occur. Their effectiveness and impacts if they were to occur are disclosed here; however, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account. No additional mitigation measures were voluntarily brought forward for groundwater quantity and GDEs.

UNAVOIDABLE ADVERSE IMPACTS

Given the effectiveness of mitigation, there would be no residual impacts on public water supplies near the mine site. All lost water supplies would be replaced.

For GDEs expected to be impacted by groundwater drawdown, the mitigation measures described would result in no net loss of riparian ecosystems or aquatic habitat on the landscape, although the exact nature and type of ecosystems would change to adapt to new water sources. However, impacts on the sense of place and nature experienced at these perennial streams and springs, rare in a desert environment, would not be mitigated by these actions.

The mitigation plan would not mitigate any GDEs lost directly to surface disturbance, depending on the tailings alternative.

Impacts on water supplies in the East Salt River valley in the form of groundwater drawdown and reduction of regional groundwater supply would not be fully mitigated when only required mitigation is considered.

### Other Required Disclosures

SHORT-TERM USES AND LONG-TERM PRODUCTIVITY

Groundwater pumping would last the duration of the mine life. At the mine itself, groundwater levels would slowly equilibrate over a long period (centuries). Groundwater drawdown from dewatering of the underground mine workings would constitute a permanent reduction in the productivity of groundwater resources within the long time frame expected for equilibrium. Groundwater in the vicinity of the Desert Wellfield would equilibrate more quickly, but there would still be an overall decline in the regional water table due to the Resolution Copper Project and a permanent loss of productivity of groundwater resources in the area.

Resolution Copper Project and Land Exchange

Seeps and springs could be permanently impacted by drawdown in groundwater levels, as could the riparian areas associated with springs, but these impacts would be mitigated. GDEs or riparian areas directly lost to surface disturbance would be a permanent impact.

IRREVERSIBLE AND IRRETRIEVABLE COMMITMENT OF RESOURCES

Mine dewatering at the East Plant Site under all action alternatives would result in the same irretrievable commitment of 160,000 acre-feet of water from the combined deep groundwater system and Apache Leap Tuff aquifer over the life of the mine.

Changes in total groundwater commitments at the Desert Wellfield vary by alternative for tailings locations and tailings type. Alternative 4 would require substantially less water overall than the other alternatives (176,000 acre-feet, vs. 586,000 acre-feet for Alternative 2). Loss of this water from the East Salt River valley aquifer is an irretrievable impact; the use of this water would be lost during the life of the mine.

While several GDEs and riparian areas could be impacted by groundwater drawdown, these changes are neither irreversible nor irretrievable, as mitigation would replace water sources as monitoring identifies problems. However, even if the water sources are replaced, the impact on the sense of nature and place for these natural riparian systems would be irreversible. In addition, the GDEs directly disturbed by the subsidence area or tailings alternatives represent irreversible impacts.

## 3.7.2    Groundwater and Surface Water Quality

### 3.7.2.1    Introduction

The proposed mine could potentially impact groundwater and surface water quality in several ways. The exposure of the mined rock to water and oxygen, inside the mine as well as in stockpiles prior to processing, can create depressed pH levels and high concentrations of dissolved metals, sulfate, and dissolved solids. After processing, the tailings would be transported for disposal into the tailings storage facility. Seepage from the tailings has the potential to enter underlying aquifers and impact groundwater quality. In addition, contact of surface runoff with mined ore, tailings, or processing areas has the potential to impact surface water quality.

This section contains analysis of existing groundwater and surface water quality; results of a suite of geochemical tests on mine rock; predicted water quality in the block-cave zone and potential exposure pathways, including the potential for a lake to form in the subsidence area; impacts on groundwater and surface water from tailings seepage; impacts on surface water from runoff exposed to tailings; impacts on assimilative capacity of perennial waters; impacts on impaired waters; whether chemicals added during processing would persist in the tailings storage facility; the potential for asbestiform minerals to be present; and the potential for naturally occurring radioactive materials to be present. Some additional details not discussed in detail here are captured in the project record (Newell and Garrett 2018d).

### Changes from the DEIS

We revised the Groundwater and Surface Water Quality section since the DEIS in response to numerous public comments regarding the water quality analysis, seepage, and anticipated water quality impacts.

As described in chapter 2, Alternatives 5 and 6 no longer have alternative pipeline routes to reach the tailings storage facility, but only a single route each. We further revised the Alternative 6 pipeline route to address potential impacts to habitat and resources along Mineral Creek. The water quality analysis does not rely upon the number of acres disturbed; therefore, these route changes had no impact on the water quality analysis.

4-RCMSER-1050

One analysis conclusion we reached in the DEIS was that the release of stormwater coming in contact with tailings or processing facilities was not anticipated, due to the stormwater controls implemented. After review of public comments, we identified a scenario in which stormwater could be released during the normal course of operations and we added analysis of that event to this section. This includes further description of the storms and flood events for which the facilities are designed. We also clarify the existing AZPDES discharge permits held by Resolution Copper and the conditions under which water would be released to Queen Creek, including recent changes to the permits since publication of the January 2021 Rescinded FEIS.

One approach we took in the DEIS was to analyze downstream water quality impacts caused by tailings seepage, not only in the groundwater downgradient from the tailings storage facility, but also in the nearest downstream perennial water fed by groundwater. Comments suggested the need to extend this analysis beyond the nearest downstream perennial water, particularly in the context of community water supplies along the Gila River or in Queen Valley. We added this analysis to this section.

Some comments focused on the ability to properly characterize and store the two tailings streams (NPAG and PAG). We added information to this section describing the design contingencies in the event the predicted volumes of these tailings vary during operation, and also added analysis of the effectiveness of the planned subaqueous deposition of PAG tailings.

Many comments questioned whether a lake would form in the subsidence area. In response to these comments, we revised the analysis to reflect more uncertainties in the modeling outcomes. We still conclude that formation of a subsidence crater lake remains remote and speculative.

The quality of groundwater in the reflooded block-cave zone is difficult to predict; upon consideration of comments, we changed the approach used in the DEIS to estimate this water quality and rely in this section on different methodologies and data sources. This updated and more appropriate analysis suggests that post-closure water quality may not represent an environmental concern, however uncertainty remains with the estimates.

One change from the DEIS is the refinement of the water quality modeling conducted for the preferred alternative (Alternative 6). The refinement uses a numeric groundwater flow model instead of a mixing cell model. The refined model responds to several concerns raised with the DEIS water quality model by including a more explicit simulation of seepage controls and by assessing flow through multiple geologic units (alluvium and underlying Gila Conglomerate). After publication of the DEIS, several field investigations were completed for the Skunk Camp area, including well drilling, aquifer tests, water quality samples, and geotechnical investigations. The refined water quality model makes use of these additional site-specific data. We describe these investigations in this section and disclose additional water quality modeling to supplement the approach used in the DEIS; this results in a range of conclusions for water quality impacts for the preferred alternative, though the fundamental outcome remains much the same.

New mitigation measures have also been brought forward to directly address surface water impacts, including the direct replacement of water in Queen Creek. These are analyzed in the "Mitigation Effectiveness" discussion in this section. To better quantify impacts, the cumulative effects analysis has been revised. Details are described in chapter 4 and relevant portions are summarized in this section.

### Changes from the January 2021 Rescinded FEIS

As noted, one change made for the January 2021 Rescinded FEIS was the refinement of the water quality modeling conducted for the preferred alternative (Alternative 6). Additional work was conducted on this model in response to comments received by the Forest Service, and the results have been included in this

section. Given the various different analyses, a summary section has also been added to improve the disclosure (see "Summary of Water Quality Predictions for Alternative 6" in section 3.7.2).

Additional information has also been included on post-closure aquifer conditions and water budgets and on recent developments concerning the existing stormwater permit held by Resolution Copper. Revisions were made to the cumulative effects analysis based on updates to the list of potentially reasonably foreseeable actions, and the section has been updated to reflect analysis of consistency with the new "Tonto National Forest Land Management Plan," implemented in December 2023.

### 3.7.2.2    Analysis Methodology, Assumptions, and Uncertain and Unknown Information

*Analysis Area*

The analysis area is shown in figure 3.7.2-1 and encompasses all areas where groundwater or surface water quality changes could potentially occur due to the proposed project and alternatives. This includes the block-cave zone, each alternatives tailings footprint, aquifers downgradient from each tailings facility, and downstream surface waters. In the DEIS, the downstream limit of the analysis area is the location of the first perennial water, specifically Queen Creek at Whitlow Ranch Dam and the Gila River either at Donnelly Wash or Dripping Spring Wash. The analysis area now extends to encompass potential impacts to downstream communities, including Queen Valley downstream of Whitlow Ranch Dam, and communities along the Gila River downstream of Donnelly Wash or Dripping Spring Wash. The goal of this section is to identify potential risks to water quality, including surface water. These perennial surface water locations are the point at which seepage would enter the surface water system and represent the location at which surface water quality is most at risk and any impacts on surface water or aquatic habitat would be greatest.

4-RCMSER-1052

Final Environmental Impact Statement



Figure 3.7.2-1. Analysis area for groundwater and surface water quality

457

### Geochemistry Modeling Process

All tailings storage facilities—including filtered tailings—lose water to the environment in the form of seepage that drains by gravity over time. This seepage into groundwater is the primary source of potential water contamination from the project and has the potential to affect the quality of underlying aquifers as well as downstream surface waters fed by those aquifers. The water quality of tailings seepage reflects a mixture of different water sources used in the mining process (see figure 2.2.2-16) as well as geochemical changes that occur over time within the tailings storage facility and changes that occur as seepage moves downgradient through the aquifer.

Modeling the water quality changes caused by seepage from the tailings storage facility[72] requires a series of interconnected analyses, as shown on figure 3.7.2-2. These analyses include the following:

- The amount of water that must be removed from the block-cave zone during operations to allow mining. This is estimated using the **groundwater flow model** discussed in detail in section 3.7.1.

- The geochemical changes of the groundwater within the underground block-cave zone caused by the interaction of exposed rock surfaces to water and oxygen. These changes are estimated using a **block-cave geochemistry model**.

- The tailings slurry that leaves the processing facility is a mix of tailings and process water. As the tailings are deposited in the tailings storage facility, some process water is collected in the recycled water pond and sent back to the West Plant Site, but some process water stays trapped in the pore space of the tailings (this is known as "entrainment"). Eventually some of this water can seep or drain out of the tailings facility. The water quality at various locations in the tailings facility is estimated using a **tailings solute geochemistry model.**[73]

- Some of the tailings that are deposited in the tailings storage facility would remain saturated indefinitely with little possibility of oxidation occurring. However, within the embankment and beach areas, sulfide-containing minerals in the tailings would be exposed to oxygen over time, which would cause geochemical changes. These changes are estimated using the **embankment sulfide oxidation model**.

- A wide variety of engineered seepage controls are in place to intercept and collect entrained water that seeps out of the tailings facility, but despite these controls some seepage still enters the environment. The effectiveness of engineered seepage controls is estimated using a variety of **tailings seepage models**.

- The seepage not captured and entering the environment causes water quality changes in the downgradient aquifers and eventually in surface waters fed by those aquifers. The changes in groundwater and surface water quality are estimated using a series of **bypass seepage mixing/loading models**. Figure 3.7.2-2 shows the groundwater modeling cells (QC3, QC2, and QC1) and surface water modeling cells (Queen Creek at Whitlow Ranch Dam) downstream of Alternatives 2 and 3 – Near West tailings storage facility. The groundwater and surface water modeling cells would vary based on alternative tailings storage facility location.

---

[72] For details of the geochemistry modeling workgroup formed to direct and review the water quality modeling, see Newell and Garrett (2018d).

[73] The term "solute" refers to substances that are dissolved in water, such as metals like arsenic or selenium, or inorganic molecules like sulfate or nitrate.

Final Environmental Impact Statement



Figure 3.7.2-2. General components and process flow for water quality modeling analysis

*Assumptions, Uncertain and Unknown Information for Geochemistry Models*

BLOCK-CAVE GEOCHEMISTRY MODEL

**Modeling Details**

Water collects in the sump of the block-cave zone during operations and is derived from several sources:

- Groundwater inflow from the Apache Leap Tuff,
- Groundwater inflow from the deep groundwater system,
- Blowdown water from ventilation and cooling systems, and
- Excess mine service water.[74]

---

[74] Mine service water is used for a variety of tasks underground, including dust suppression and cooling. Much of this water evaporates or leaves with the ore; any excess water left over would likely find its way to the sump.

---

4-RCMSER-1055

Resolution Copper Project and Land Exchange

The block-cave sump water is pumped out during operations and incorporated into the processing water stream and therefore is one of the sources ultimately contributing to the water in the tailings facility. A block-cave geochemistry model was constructed to blend these flows and their associated chemical composition over the time of operation of the mine (Eary 2018f). Groundwater flow modeling was used to assign the flow rate for how much groundwater flows into the block-cave zone (WSP USA 2019). The rate of supply of blowdown water from ventilation systems is based on the overall water balance for the mine (WestLand Resources Inc. 2018b).

Apache Leap Tuff and deep groundwater chemistries are based upon analysis of site groundwater samples. The chemical composition of blowdown water is based upon analysis of CAP water and groundwater sourced from the Arizona Water Company (Arizona Water Company 2017). Resolution Copper projects this blended water to be composed of 25 percent CAP water and 75 percent Arizona Water Company water. Owing to evaporation associated with cooling, this water mixture is concentrated to an assumed value for total dissolved solids of 2,500 milligrams per liter (mg/L).

The model time frame is 41 years and ends with the cessation of mining. Inflows to the block-cave sump vary over time, but their chemical composition does not. The mixed waters reporting to the sump from their individual sources are equilibrated with any chemical precipitates that are oversaturated and likely to precipitate from solution. This precipitation of solids removes chemical mass from the mixed water. Results for model year 41, at the end of mining, are reported in table 3.7.2-1.

Note that the discussion about block-cave sump water chemistry here refers to a single input during mine operations that ultimately is part of the prediction of tailings solute chemistry. A separate question regarding anticipated block-cave water quality occurring after closure as the block-cave zone is reflooded is addressed later in this section).

**Table 3.7.2-1. Modeled block-cave sump water chemistry**

| Constituent | Eary Block-Cave Geochemistry Model* Predicted Concentrations (mg/L) | Arizona Aquifer Water Quality Standard (mg/L) |
|---|---|---|
| Ca | 237 | -- |
| Mg | 63 | -- |
| Na | 130 | -- |
| K | 28 | -- |
| Cl | 46 | -- |
| $HCO_3$ | 114 | -- |
| $SO_4$ | 934 | -- |
| $SiO_2$ | 22.4 | -- |
| F | 2.3 | 4 |
| N | 0.8 | -- |
| Al | 0.0857 | -- |
| Sb | 0.0047 | 0.006 |
| As | 0.0227 | 0.05 |
| Ba | 0.0199 | 2 |
| Be | 0.0003 | 0.004 |
| B | 0.342 | -- |
| Cd | 0.0008 | 0.005 |

4-RCMSER-1056

Final Environmental Impact Statement

| Constituent | Eary Block-Cave Geochemistry Model* Predicted Concentrations (mg/L) | Arizona Aquifer Water Quality Standard (mg/L) |
|---|---|---|
| Cr | 0.0027 | 0.1 |
| Co | 0.0063 | -- |
| Cu | 0.0158 | -- |
| Fe | 0.0025 | -- |
| Pb | 0.005 | 0.05 |
| Mn | 0 | -- |
| Hg | Not reported | 0.002 |
| Mo | 0.0135 | -- |
| Ni | 0.0076 | 0.01 |
| Se | 0.0051 | 0.05 |
| Ag | 0.0039 | -- |
| Tl | **0.0043** | 0.002 |
| Zn | 0.221 | -- |
| pH s.u. | 8.58 | -- |
| TDS | 1528 | -- |

Notes: Modeled concentrations that are above Arizona aquifer water quality standards are show in **bold** and shaded. Model data are not specific to total or dissolved fractions.

Dash indicates no Arizona numeric aquifer water quality standard exists for this constituent.

* Eary (2018f)

## Assumptions, Uncertain and Unknown Information

The block-cave geochemistry model, like all models, necessarily includes assumptions in its effort to forecast future conditions. Assumptions are made to constrain model components that cannot be conclusively known and therefore represent uncertainty in the model results. The key assumptions in the block-cave geochemistry model, the level of uncertainty, and their potential implications are summarized here:

- The model assumes the chemistry of various water sources (Apache Leap Tuff, deep groundwater system, CAP water, Desert Wellfield) remains constant over time. In reality, the chemical load[75] from these sources could increase or decrease over time.
  - Applies to: all action alternatives.
  - Possible outcome if real-world conditions differ from the assumption: Modeled tailings seepage concentrations could be higher or lower.
  - Likely magnitude of effect for all action alternatives: Low. Water sources are primarily from large aquifers that change slowly in response to climatic trends and are not the primary source of chemical loading to the block-cave zone.

- The model assumes fractured rock in the collapsed block-cave zone does not contact oxygen and chemical weathering does not supply any chemical load to the sump water. If chemical

---

[75] The word "loading" is used throughout this section. In this context, "chemical loading" or "pollutant loading" refers to the total amount, by weight, of a chemical, metal, or other pollutant that enters the environment over some time period (usually a day or year). For example, the total selenium load entering the environment from Alternative 2 seepage has been estimated as 0.0242 kilograms per day.

4-RCMSER-1057

Resolution Copper Project and Land Exchange

weathering occurs, percolation of groundwater through these rocks could transport weathering products to the sump.

- o Applies to: all action alternatives.
- o Possible outcome if real-world conditions differ from the assumption: Sump water and modeled tailings seepage concentrations could be higher.
- o Likely magnitude of effect for all action alternatives: High. The sump water only makes up between 20 and 24 percent of the inflow to the West Plant Site (see Ritter (2018)), but the loads for all constituents of concern could substantially increase if this assumption does not match real-world conditions. See section "Overall Effect of Uncertainties on the Model Outcomes" later in this section for more discussion.

- The model assumes that weathering products from ore remain with the ore and report to the tailings storage facility. These weathering products could rinse off ore and report to the sump.

- o Applies to: all action alternatives.
- o Possible outcome if real-world conditions differ from the assumption: Sump chemical load could be higher, but whether traveling with ore or reporting to sump, the weathering products enter the process stream either way, and there would be no change to the overall tailings seepage models.
- o Likely magnitude of effect for all action alternatives: None.

TAILINGS SOLUTE GEOCHEMISTRY MODEL

**Modeling Details**

The water balance for the mine is complex, with multiple sources and recycling loops, and how these sources mix forms the fundamental basis for predicting the water quality in the tailings facility. The water balance differs for each tailings alternative (Golder Associates Inc. 2018a; Klohn Crippen Berger Ltd. 2018a, 2018b, 2018c, 2018d; WestLand Resources Inc. 2018b). Chemical loading inputs are applied to each water source, and the resulting water quality is calculated with a mixing model (PHREEQC) for the entire operational life of the mine, with a different analysis conducted for each alternative (Eary 2018a, 2018b, 2018c, 2018d, 2018e, 2018g). Water quality is modeled for six different locations:

- the mixture of water entering the West Plant Site;

- the PAG recycled water pond (not applicable to Alternative 4 – Silver King);

- the NPAG recycled water pond (not applicable to Alternative 4 – Silver King);

- the water within the pore space of the tailings embankment;

- the seepage collection ponds; and

- the seepage lost to underlying aquifers not captured by the seepage collection ponds.

The tailings solute geochemistry model determines the chemistry of all water and chemicals reporting to the tailings storage facility, and the degree of evaporative concentration. It produces estimates of dissolved constituent concentrations in the tailings storage facility, a portion of which is lost seepage that is used in modeling impacts on downgradient water resources. The tailings solute geochemistry model results are strongly affected by the water balance for the tailings storage facility, which provides flows for the various components reporting to the tailings storage facility and accommodates for evaporative loss. This loss is used in the tailings solute geochemistry model to concentrate dissolved chemical constituents.

4-RCMSER-1058

**Assumptions, Uncertain and Unknown Information**

The tailings solute geochemistry model is largely a mathematical process of tracking and combining chemical masses, given various input flow rates and chemical concentrations. While the inputs have uncertainty (such as the block-cave sump chemistry), the model itself is highly certain. The release of chemical mass from the ore during processing is also part of the tailings solute geochemistry model; this is based on rates observed during site-specific metallurgical testing and is considered reasonable with relatively low uncertainty.

## EMBANKMENT SULFIDE OXIDATION MODEL

### Modeling Details

During operations, the tailings that are most likely to experience oxidation of sulfide minerals—the PAG tailings—would be kept in a subaqueous state with an overlying water cap (a minimum of 10 feet deep) to prevent oxygen from reaching and interacting with the tailings. During closure, the water cap would gradually be replaced with a cover of NPAG tailings and a reclamation cover to achieve the same result. The fine-grained tailings on the interior of the facility are expected to exhibit a low vertical permeability and a high moisture content, and oxygen is not expected to penetrate the tailings at rates sufficient to affect seepage chemistry for hundreds of years (Wickham 2018). This would eliminate (or greatly reduce) the risk of acid rock drainage from the PAG tailings, which would otherwise have the potential to impact downstream waters and aquifers.

However, the embankments of the NPAG tailings facility would be constructed of well-drained cyclone sands. Oxygen would be able to enter these areas and react with sulfide minerals over time. The same is true of the entirety of the filtered tailings facility (Alternative 4 – Silver King). The embankment sulfide oxidation model determines the chemical quality of seepage derived from the oxidation occurring in the tailings embankment for the 41 years of operation and an additional 204-year post-closure period[76] (Wickham 2018).

**Assumptions, Uncertain and Unknown Information**

Chemical loading is calculated using theoretical concepts regarding oxygen movement into the tailings that make up the embankment, and an experimentally derived rate equation for the oxidation of sulfide minerals. The rate equation's validity is supported by field and laboratory testing, and the movement of oxygen is supported by literature-based studies; both assumptions are considered reasonable for the estimate of embankment seepage water quality with relatively low uncertainty.

## TAILINGS SEEPAGE MODELS

### Modeling Details

Management of water in the tailings storage facility must accomplish a variety of outcomes. For structural integrity, it is desirable to allow water to leave the NPAG tailings storage facility and the tailings embankment in the form of seepage (see section 3.10.1 for a further discussion of tailings stability). However, it is undesirable to allow that seepage to enter downstream aquifers or surface waters in amounts that can cause water quality problems. For PAG tailings, which tend to generate the worst seepage water quality, not only is it undesirable to allow seepage from PAG tailings to enter the

---

[76] The duration of the geochemical modeling matches a global decision made by the Tonto National Forest with input from the Groundwater Modeling Workgroup that quantitative modeling results are not reliable longer than 200 years in the future. This is described more in section 3.7.1.

Resolution Copper Project and Land Exchange

environment but it is also necessary to prevent seepage in order to maintain saturation of the PAG tailings to prevent oxidation.

Each alternative would use a specific set of engineered seepage controls that are built into the design in order to accomplish these goals. These include such controls as liners, blanket and finger drains, seepage collection ponds, and pumpback wells. The specific controls incorporated into each alternative design are described in section 3.7.2.4.

For a given tailings storage facility, estimates have been made of the "total seepage" and the "lost seepage." Total seepage is all water that drains from the tailings storage facility by gravity. Lost seepage is seepage that is not recovered with the engineered seepage controls. Lost seepage is assumed to discharge to the environment. The role of consolidation of the tailings over time was incorporated into the seepage estimates, described further in Newell and Garrett (2018d).

All alternative designs use a strategy of layering on engineered seepage controls to reduce the amount of lost seepage to acceptable levels. Some of these controls, such as foundation preparation, liners, drains, and seepage collection ponds, are implemented during construction of the facility. Other controls, such as auxiliary pumpback wells, grout curtains, or additional seepage collection ponds, would be added as needed during operations depending on the amounts of seepage observed and the observed effectiveness of the existing controls.

The amount of seepage entering the environment is modeled in a variety of ways, depending on alternative (Klohn Crippen Berger Ltd. 2019d).[77] Common to all of these models is that the engineered seepage controls described in section 3.7.2.4 are assumed to be in place, and the combined effectiveness of the layered engineered seepage controls is a key assumption in the ultimate predicted impacts on water.

The level of engineered seepage controls for each alternative was assigned based on practicability and initial modeling estimates of the "allowable seepage" (Gregory and Bayley 2018a). Allowable seepage is the estimated quantity, as a percentage of total seepage, that can be released without resulting in groundwater concentrations that are above Arizona aquifer water quality standards, or surface water concentrations that are above Arizona surface water quality standards. The allowable seepage target is a significant driver for the design of each facility; engineered seepage controls were increased in the design as needed to limit lost seepage to the allowable amount.

### Comparison of Engineered Seepage Controls to a Fully Lined Facility

During alternatives development, the concept of a fully lined tailings storage facility was pursued. Eventually this concept was eliminated from detailed analysis, although liners are still used in some areas and some of the techniques used to control seepage that have been incorporated into the design accomplish similar results as a liner. A full description of this evolution is contained in Newell and Garrett (2018d), as are calculations of expected seepage from a fully lined facility. These calculations are used for comparison in section 3.7.2.4.

### Assumptions, Uncertain and Unknown Information

Engineered seepage controls incorporated into the tailings storage facility design serve to ensure geotechnical stability/safety and recover a percentage of the total seepage released, in order to meet the limits of allowable seepage. The bypass seepage mixing/loading model is reliant on the amount of lost seepage, and therefore reliant on both the feasibility and effectiveness of the engineered seepage controls. Details of the engineered seepage controls (broken out by Levels 0 through 4) and an assessment of their

---

[77] The choice of models used to estimate seepage for each alternative was based on the specific location, design, level of information, and seepage controls. Further details of the models are contained in Newell and Garrett (2018d).

4-RCMSER-1060

ability to control seepage are discussed in section 3.7.2.4. The key assumptions in the tailings seepage models, and the level of uncertainty are summarized here:

- The tailings seepage models calculate seepage during the mine life under full-buildout conditions, with gradual increases in acreage and tapering of seepage over time.
  - Applies to: all action alternatives.
  - Possible outcome if real-world conditions differ from the assumption: Modeled tailings seepage during operations is overestimated.
  - Likely magnitude of effect for all action alternatives: Low to none. This approach overestimates chemical loading, rather than underestimates it, and therefore is conservative. In addition, this applies only during the operational life and would not affect the post-closure seepage estimates.

- Incomplete removal of alluvial channels within the interior of the tailings storage facility would allow for faster transport of seepage.
  - Applies to: Alternatives 2, 3, 4, and 6.
  - Possible outcome if real-world conditions differ from the assumption: Seepage reaches finger drains and blanket drains faster.
  - Likely magnitude of effect for Alternatives 2, 3, 4, and 6: Low to none. This would only enhance the operation of the finger and blanket drainage system, which captures seepage and pumps it back to the recycled water pond.

- The seepage estimates do not account for possible preferential flow along minor faults in the bedrock underlying the tailings storage facility footprint.
  - Applies to: Alternatives 2, 3, and 4. No minor faults were identified in the vicinity of Alternative 5, and faults were explicitly modeled in the refined water quality model for Alternative 6.
  - Possible outcome if real-world conditions differ from the assumption: Seepage bypasses drains and seepage collection ponds, increasing amount of lost seepage and chemical load to downstream aquifer.
  - Likely magnitude of effect for Alternatives 2 and 3: Low to none. While seepage would bypass the drains and seepage collection ponds, for seepage to enter the environment assumes that all foundation treatments (Level 1, Level 4) were ineffective as well as the downstream grout curtain (Level 2, Level 4) and auxiliary pumpback wells (Level 4). The variety of layered controls have a high likelihood of capturing this seepage.
  - Likely magnitude of effect for Alternative 4: Moderate. This alternative has fewer layered seepage controls, and places sole reliance on the drains and seepage collection ponds.

- The modeling used to estimate seepage efficiency assumes ideal placement of all pumpback wells, embankments, and grout curtains. Pumpback wells might not be located in ideal locations and therefore allow more flow to escape than modeled.
  - Applies to: Alternatives 2, 3, and 6
  - Possible outcome if real-world conditions differ from the assumption: More seepage escapes, increasing chemical load to downstream aquifer.
  - Likely magnitude of effect for Alternatives 2 and 3: Low. The primary ring of seepage collection dams (Level 1) is located along alluvial drainages which are highly likely to be the preferential flow paths. The secondary ring of seepage collection dams (Level 3), auxiliary pumpback wells (Level 4), and grout curtains (Level 2, Level 4) are controls that would be

4-RCMSER-1061

Resolution Copper Project and Land Exchange

installed during operations as needed. Placement of these would be driven by direct observation, and it is reasonable to assume they would be targeted to areas of concern.

- o Likely magnitude of effect for Alternative 6: Low. The geometry of Dripping Spring Wash is such that the alluvial flow path is well defined, with few barriers to placement of the seepage collection dams, cutoff walls, grout curtains, and pumpback wells (Level 1).

- The modeled efficiencies for Alternative 2 (99 percent) and Alternative 3 (99.5 percent) could be difficult to achieve in practice. For instance, the length of the Level 4 grout curtain for both alternatives (approximately 7.5 miles) is believed to be larger by a factor of 10 than any other grout curtain in the United States. Similarly, for comparison, the full suite of engineered seepage controls would result in 97 percent less seepage than a fully lined facility.

  - o Applies to: Alternatives 2 and 3
  - o Possible outcome if real-world conditions differ from the assumption: More seepage escapes, increasing chemical load to downstream aquifer.
  - o Likely magnitude of effect for Alternatives 2 and 3: Moderate to high. The overall reliance on a variety of engineered seepage controls in a layered defense reduces the likelihood that the failure of any one control would change the outcome. For the Near West location, however, the proximity to Queen Creek provides little room for flexibility to add or modify controls during operations.

- Unlike Alternatives 2 and 3, there is limited information on the hydrology and geology of the proposed Silver King tailings location (Alternative 4). Seepage capture was not modeled, but instead based on professional judgment of the design engineers and an understanding of the potential flow pathways for seepage. Results could vary widely based on field conditions encountered.

  - o Applies to: Alternative 4.
  - o Possible outcome if real-world conditions differ from the assumption: More seepage escapes, increasing chemical load to downstream aquifer.
  - o Likely magnitude of effect for Alternative 4: Moderate. Filtered tailings involve less initial seepage to control, but concentrations of metals are generally higher. Complex and poorly understood geology complicates control efforts. However, at this location there is also potentially room to layer on additional seepage controls downstream.

- **Alternative 5 has limited site-specific information on the foundation conditions. However, the general characteristics of the aquifer are reasonably well understood from site-specific geophysics (resistivity, seismic, and gravity surveys), surface geology mapping, review of records and logs from 20 to 30 wells in the near vicinity, and site-specific water levels from nine wells in the near vicinity (Fleming, Kikuchi, et al. 2018; Hydrogeophysics Inc. 2017).**

  - o Applies to: Alternative 5.
  - o Possible outcome if real-world conditions differ from the assumption: More seepage escapes, increasing chemical load to downstream aquifer.
  - o Likely magnitude of effect for Alternative 5: Low to none. Unlike Alternatives 2, 3, and 4, the large volume of groundwater flow in the substantial alluvial aquifer downstream creates dilution and can accept larger amounts of seepage without resulting in concentrations above water quality standards. In addition, the lost seepage as modeled is based on a reduced pumping amount from the pumpback well system. Additional pumping could take place as needed. In addition, the nearest perennial water is several miles downstream, so there is substantial room to add or modify seepage controls.

4-RCMSER-1062

(227 of 300), Page 227 of 300
Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 227 of 300
Case 2:21-cv-00068-DWL   Document 106-2   Filed 07/14/25   Page 98 of 469

- The DEIS noted uncertainties related to Alternative 6. A number of field investigations took place at the Skunk Camp location that were concluded and reported after publication of the DEIS (KCB Consultants Ltd. 2019; Montgomery and Associates Inc. 2019a, 2020a, 2020e, 2020g; WestLand Resources Inc. and Montgomery and Associates Inc. 2020; Wong et al. 2020a). The specific reports and types of investigations are detailed in section 3.2. Overall, the on-site investigations largely confirmed the previous understanding of hydrology and geology at the site, as detailed in section 3.2. Geological and hydrologic characteristics at this location now have reasonably high confidence, supported by the site-specific investigations, and this previous uncertainty is no longer a concern.

BYPASS SEEPAGE MIXING/LOADING MODELS

**Modeling Details**

The water quality of the tailings seepage (estimated using the tailings solute geochemistry models), the changes in water quality from the embankment (estimated using the embankment sulfide oxidation model), and the predicted amounts of lost seepage from the facility (estimated using the tailings seepage models), are input into a series of bypass seepage mixing/loading models. These models predict the changes in aquifer water quality as lost seepage flows downgradient from each tailings storage facility. The bypass seepage mixing/loading model uses the Goldsim software package to calculate the mass balance and account for dilution from groundwater present in a series of connected mixing cells. The model cells and framework are slightly different for each alternative; all models are run for the 41 years of operation and an additional 204 years post-closure.

- **Near West (Alternatives 2 and 3)**. The mixing/loading model for Alternatives 2 and 3 estimates groundwater quality in five different mixing cells, starting with Roblas Canyon and Potts Canyon, then flowing into Queen Creek. Queen Creek is represented by three mixing cells, which lead downstream to where the model ends at Whitlow Ranch Dam, where groundwater emerges as surface water (Gregory and Bayley 2018e). Background groundwater quality is derived from a well located adjacent to Queen Creek, using the median of nine samples collected between May 2017 and February 2018. Background surface water quality is derived from the median of 15 samples collected at Whitlow Ranch Dam between March 2015 and December 2017.

- **Silver King (Alternative 4)**. Even though this alternative is composed of filtered tailings, some seepage is still expected to occur with Alternative 4, though a very small amount, compared with Alternatives 2, 3, 5 and 6. The downstream mixing model estimates groundwater quality in nine cells, which start with Potts Canyon, Silver King Wash, and Happy Camp Wash East and West, then flowing into Queen Creek. Queen Creek is represented by five mixing cells, which lead downstream to where the model ends at Whitlow Ranch Dam, where groundwater emerges as surface water (Gregory and Bayley 2018b). Background groundwater and surface water quality are derived from the same sources as Alternatives 2 and 3.

- **Peg Leg (Alternative 5)**. The Peg Leg location is fundamentally different from Alternatives 2, 3, and 4 in that much of the facility overlies a large alluvial aquifer, resulting in relatively large seepage rates, compared with other alternatives. The downstream mixing model estimates groundwater quality in five cells along Donnelly Wash, leading to the Gila River where groundwater emerges as surface water (Gregory and Bayley 2018c). Background groundwater quality is derived from a single sample in September 2017 from a well located adjacent to Donnelly Wash. Background surface water quality is derived from a single sample in November 2018 from the Gila River at the confluence with Donnelly Wash.

- **Skunk Camp (Alternative 6)**. There are now two models considered for Alternative 6; these models provide a range of outcomes with respect to water quality. The first model is disclosed in

4-RCMSER-1063

Resolution Copper Project and Land Exchange

the DEIS (henceforth known as the DEIS water quality model). The Skunk Camp DEIS water quality model is similar to the Peg Leg model, with the alluvial aquifer associated with Dripping Spring Wash located downstream. The downstream mixing model estimates groundwater quality in five cells along Dripping Spring Wash, leading to the Gila River, where groundwater emerges as surface water (Gregory and Bayley 2018d). Background groundwater quality is derived from a single sample in November 2018 from a well located adjacent to Dripping Spring Wash. Background surface water quality is derived from a single sample in November 2018 from the Gila River at the confluence with Dripping Spring Wash.

The Skunk Camp DEIS water quality model is supplemented with a refined modeling approach that takes advantage of the additional information collected at the Skunk Camp site since the DEIS (termed the FEIS water quality model). The refined modeling approach uses a three-dimensional numerical groundwater model—similar to the model used to predict groundwater drawdown at the mine site and the model used to predict groundwater drawdown at the Desert Wellfield. However, the Skunk Camp FEIS water quality model also incorporates fate and transport of contaminants resulting from tailings seepage.

A relatively straightforward mixing cell model is used to evaluate the impact on water, as shown in figure 3.7.2-2. Lost seepage from a given tailings storage facility alternative mixes with the flow of underlying groundwater in the first model cell. The flow of water and dissolved chemicals from this cell passes to the next cell downgradient and is combined with any other flows reporting to that cell. Flows are passed from one groundwater cell to the next until it discharges to a receiving surface water, which is the last cell in the model. At each step, the concentrations of chemical constituents are calculated. The model dimensions of the groundwater cells dictate the amount of dilution that is achieved on mixing with lost seepage; the larger the cells, the greater the diluting effect.

The specific geographic points selected to represent the aquifer and surface water modeled impacts are shown in figure 3.7.2-3.

4-RCMSER-1064

Final Environmental Impact Statement



Figure 3.7.2-3. Water quality modeling locations and impaired waters

469

4-RCMSER-1065

Resolution Copper Project and Land Exchange

**Assumptions, Uncertain and Unknown Information**

The uncertainties described for the block-cave geochemistry model, the tailings solute geochemistry model, and the embankment sulfide oxidation model also add to the uncertainty of the bypass seepage mixing/loading model. Specific uncertainties that affect the bypass seepage mixing/loading model include the following:

- The size of the groundwater cells in the model affects the amount of dilution and the outcome.
    - Applies to: all action alternatives.
    - Possible outcome if real-world conditions differ from the assumption: More or less dilution occurs, changing chemical load to downstream aquifers and perennial waters.
    - Likely magnitude of effect for Alternatives 2 and 3: Low. Substantial site-specific investigation has taken place at the Near West location; this location has the most hydrologic and geological information of any of the alternatives.
    - Likely magnitude of effect for Alternative 4: Low. While the hydrology and geology near the Silver King location is uncertain, the groundwater mixing component happens downstream in Queen Creek, which is relatively well-defined.
    - Likely magnitude of effect for Alternative 5: Low to none. Substantial site-specific investigations have occurred at the Peg Leg location that define the size of the aquifer, which even with uncertainties is substantial.
    - Likely magnitude of effect for Alternative 6: Low. The site-specific investigations confirmed many of the assumptions about the alluvial aquifer that were used in both the DEIS and FEIS water quality modeling.
- There is a limited knowledge of baseline aquifer water chemistry.
    - Applies to: all action alternatives.
    - Possible outcome if real-world conditions differ from the assumption: Baseline chemistry may be higher or lower, leading to different combined concentrations in downstream aquifers.
    - Likely magnitude of effect for Alternatives 2, 3, and 4: Low. Water quality modeling used the median results from nine different samples collected from the nearest downstream well.
    - Likely magnitude of effect for Alternative 5: Moderate. The water quality modeling was based on a single groundwater sample. While water quality modeling did not result in concentrations near aquifer water quality standards for most constituents, selenium approaches the standard late in the modeling run. Even moderate changes in selenium based on additional groundwater sampling could change the outcome of the models.
    - Likely magnitude of effect for Alternative 6: Low. The DEIS water quality modeling was based on a single groundwater sample. However, water quality modeling did not result in concentrations near aquifer water quality standards, allowing some room for variation as future samples are collected. Further, the FEIS water quality modeling utilized a more representative data set for aquifer water chemistry, based on field investigations completed at the tailings site.
- There is a limited knowledge of baseline surface water chemistry.
    - Applies to: all action alternatives
    - Possible outcome if real-world conditions differ from the assumption: Baseline chemistry may be higher or lower, leading to different assimilative capacity and different predicted concentrations in downstream perennial waters.

---

470

4-RCMSER-1066

(231 of 300), Page 231 of 300
Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 231 of 300
Case 2:21-cv-00068-DWL   Document 106-2   Filed 07/14/25   Page 102 of 469

Final Environmental Impact Statement

- o Likely magnitude of effect for Alternatives 2, 3, and 4: Low. Water quality modeling used the median results from 15 different samples collected from Queen Creek at Whitlow Ranch Dam.
- o Likely magnitude of effect for Alternatives 5 and 6: Low. The water quality modeling was based on a single surface water sample for each alternative, driven by the necessity to have recent surface water quality results at two specific locations (Donnelly Wash and Dripping Spring Wash). A longer period of record exists for the Gila River at other locations and these samples have been assessed against the values used; the model outcomes would not substantially change if surface water quality varied similar to the historic record (see Newell and Garrett (2018d)).

- Modeling idealizes mixing and assumes that seepage fully mixes across the full width of the alluvium of Queen Creek, Donnelly Wash, or Dripping Spring Wash. Should only partial mixing occur, this would also increase concentrations in parts of the alluvial aquifer. Modeling also does not take into account seasonal flow patterns of water levels.

  - o Applies to: all action alternatives.
  - o Possible outcome if real-world conditions differ from the assumption: Preferential mixing or flow paths would effectively reduce the amount of dilution of seepage, resulting in higher downstream concentrations. Changing water levels could result in more or less dilution.
  - o Likely magnitude of effect for all action alternatives: Moderate. Flow through alluvial aquifers is relatively straightforward to model as an idealized system, but real-world conditions (like the periodic recharge effects of stormflow) could greatly affect the outcomes. These types of uncertainties are inherent; no amount of hydrologic investigation is likely to resolve these uncertainties.

## OVERALL EFFECT OF UNCERTAINTIES ON THE MODEL OUTCOMES

As with all modeling, the modeling used to estimate water quality impacts for each alternative contains assumptions and uncertainty that limit the accuracy and reliability of the associated results.

The model construction includes some intentional bias to skew results that produce a greater negative impact and therefore provide the greatest environmental protection. Examples include the following:

- The assumption that life-of-mine discharge from the tailings storage facility remains at the highest levels associated with the drain down process, rather than decreasing over time. This maximizes the modeled chemical discharge from the tailings storage facility.

- The model does not consider any geochemical processes in the groundwater and surface water flow that might lower concentrations. Examples include potential chemical precipitation of oversaturated solids, or adsorption of chemical constituents onto aquifer solids, which can both lower concentrations in the water.

- For comparisons against surface water standards, median flow values were used which is appropriate when replicating baseflow. Concentrations during runoff events would be expected to be lower due to dilution from stormflows. However, it should be noted that lower flow conditions can occur during the year that would not be reflected by median flow conditions, and for some constituents like copper, studies suggest that stormflows might increase in copper concentrations (Louis Berger Group Inc. 2013). Effects of low-flow conditions are examined later in this section.

- Variations in hardness can change surface water quality standards for some metals, with increasing hardness resulting in a higher water quality standard; for the comparisons in

4-RCMSER-1067

Resolution Copper Project and Land Exchange

section 3.7.2.4, the best available information on existing hardness was used (as calculated from calcium and magnesium concentrations).

Several uncertainties have been disclosed in this section that affect the ultimate outcome of the water quality modeling. These are summarized in table 3.7.2-2.

Table 3.7.2-2. Compilation of magnitude of uncertainties disclosed for water quality modeling

| Modeling Component/ Uncertainty | Potential Effect on Modeled Tailings Seepage | Alternative 2 Likely Magnitude of Effect on Outcomes | Alternative 3 Likely Magnitude of Effect on Outcomes | Alternative 4 Likely Magnitude of Effect on Outcomes | Alternative 5 Likely Magnitude of Effect on Outcomes | Alt 6 Likely Magnitude of Effect on Outcomes |
|---|---|---|---|---|---|---|
| Block-cave model | | | | | | |
| Source water chemistry could vary | Higher or lower | Low | Low | Low | Low | Low |
| Cave-zone in-situ weathering could occur | Higher | High | High | High | High | High |
| Weathering products stay with ore | None | None | None | None | None | None |
| Tailings seepage models | | | | | | |
| Full-buildout seepage during operations | Lower | Low to none | Low to none | Low to none | Low to none | Low to none |
| Alluvial channels could remain in footprint | None | Low to none | Low to none | Low to none | – | Low to none |
| Minor faults could cause preferential flow | Higher | Low to none | Low to none | Moderate | – | – |
| Ideal placement of controls assumed | Higher | Low | Low | – | – | Low |
| Seepage efficiency difficult to meet | Higher | Moderate to high | Moderate to high | – | – | – |
| Limited site-specific hydrologic/geological information | Higher | – | – | Moderate | Low to None | – |
| Bypass seepage mixing/loading models | | | | | | |
| Mixing cells could be different sizes | Higher or lower | Low | Low | Low | Low to None | Low |
| Limited baseline aquifer water quality | Higher or lower | Low | Low | Low | Moderate | Low |
| Limited baseline surface water quality | Higher or lower | Low | Low | Low | Low | Low |
| Idealized mixing | Higher | Moderate | Moderate | Moderate | Moderate | Moderate |

Note: A dash indicates that this was not identified as a specific concern for this alternative.

Many of the uncertainties identified could result in either higher or lower concentrations in modeled outcomes, or overall would be expected to have a low (or no) impact on the outcomes.

A number of uncertainties reflect limited information on the geology and hydrology at alternative tailings locations or limited baseline water quality samples. This does not mean that the models are unrealistic or unreasonable. They rely upon the best available hydrologic and geological information and make reasonable assumptions about aquifer conditions. Future hydrologic and geological investigations at these locations would reduce some uncertainty and refine some model parameters; the overall flow regime of

4-RCMSER-1068

the downstream aquifers and surface waters is understood well enough that the model framework would likely remain the same.

One of the most uncertain aspects of the modeling is the assumption about oxidation in the block-cave zone. The block-cave geochemistry model used as a basis for the water quality modeling (Eary 2018f) represents the current conception of the mechanics of block caving and ventilation of the mine and how that would affect the presence of oxygen in the cave zone; this is considered a reasonable interpretation. However, real-world conditions could differ. If greater oxidation occurred in the block-cave zone, it could result in more oxidation products either reporting with the ore to the processing plant, or rinsing into the sump and from there entering the process stream.

As previously noted, this uncertainty is specifically about block-cave sump water chemistry during mine operations that ultimately is part of the prediction of tailings solute chemistry. A separate question regarding anticipated block-cave water quality occurring after closure as the block-cave zone is reflooded is addressed later in this section.

### Conclusion as to Reasonableness of Models

For the EIS, the approach used when dealing with incomplete or uncertain information related to a reasonably foreseeable significant adverse effect, was to make clear that such information is lacking. Obtaining that information is only considered if it is essential to a reasoned choice among alternatives and it is feasible to obtain. While future work or additional information could reduce some of these uncertainties, the water quality modeling results disclosed in the EIS (see section 3.7.2.4) are sufficiently different between alternatives that such refinements are not "essential to a reasoned choice among alternatives." In fact, the additional water quality modeling conducted for the FEIS for Alternative 6 (see section 3.7.2.4) used additional site-specific information and more sophisticated modeling techniques but largely confirmed the results of the DEIS water quality modeling. The broad conclusions in section 3.7.2.4 are not likely to change, specifically:

- It is difficult to meet water quality objectives at Alternatives 2, 3, and 4 without extensive engineered seepage controls.
- Alternatives 5 and 6 not only meet water quality objectives as modeled but have substantial additional capacity to do so, and flexibility to implement additional seepage controls.

### *Forest Service Disclosure and ADEQ Permitting Requirements*

The State of Arizona has the authority to determine whether or not the proposed project would violate State water quality regulations. The person or entity seeking authorization for a regulated discharge (in this case Resolution Copper) has the responsibility to demonstrate to the State of Arizona that the regulated discharge would not violate water quality standards. This demonstration takes place through the application for and issuance of permits. Resolution Copper would be required to obtain a permit under the AZPDES program for any discharges to surface waters, including stormwater runoff, as well as an APP for any discharges to groundwater, or discharges to the ground that could seep into groundwater.

The Forest Service is responsible for ensuring that mine operators on NFS lands obtain the proper permits and certifications to demonstrate they comply with applicable water quality standards. This constitutes compliance with the CWA. The ROD would require that Resolution Copper obtain the applicable State permits prior to approval of the final mining plan of operations or special use permit, which authorizes mine or right-of-way activities. If the permits are issued, then ADEQ has determined that the project would be compliant with State law and identified the steps that would occur if monitoring indicates noncompliance.

4-RCMSER-1069

Resolution Copper Project and Land Exchange

While the permitting process provides an assurance to the public that the project would not cause impacts on water quality, it does not relieve the Forest Service of several other responsibilities:

- The Forest Service has a responsibility to analyze and disclose to the public any potential impacts on surface water and groundwater as part of the NEPA process, separate from the State permitting process.

- The role of the Tonto National Forest under its primary mineral or special use authorities is to ensure that activities minimize adverse environmental effects on NFS lands and comply with all applicable laws and regulations. As such, the Forest Supervisor ultimately cannot select an alternative that is unable to meet applicable laws and regulations.[78] However, it may be after the EIS is published when permits are issued by ADEQ that demonstrate that the project complies with state laws. In the meantime, it would be undesirable for the Forest Service to pursue and analyze alternatives that may not be able to comply. Therefore, a second goal of the analysis in this EIS is to inform the Forest Supervisor of alternatives that may prove difficult to permit.

The analysis approaches used by the Forest Service in this EIS likely differ from those that ADEQ would use in assessing and issuing permits. ADEQ would use the assumptions, techniques, tools, and data deemed appropriate for those permits. The Forest Service has selected to use a series of simpler mixing-cell models to provide a reasonable assessment of potential water quality impacts that is consistent with the level of hydrologic and geological information currently available for the alternative tailings sites. This approach is sufficient to provide the necessary comparison between alternatives and assess the relative risk of violation of water quality standards. It is understood different analysis may be conducted later when ADEQ is reviewing permit applications for the preferred alternative.

There are two specific additional aspects of the analysis in this section of the EIS that have a bearing on the ADEQ permitting process: assimilative capacity, and impaired waters.

ASSIMILATIVE CAPACITY

Assimilative capacity is the ability for a perennial water to receive additional pollutants without being degraded; assimilative capacity is calculated as the difference in concentration between the baseline water quality for a pollutant and the most stringent applicable water quality criterion for that pollutant.

Under Arizona surface water regulations, the addition of a pollutant may be considered "significant degradation" of a perennial water if, during critical flow conditions, the regulated discharge consumes 20 percent or more of the available assimilative capacity for each pollutant of concern (Arizona Administrative Code R18-11-107.01(B)). The addition of contaminants to surface waters through seepage could result in a reduction in the assimilative capacity of perennial waters. The EIS therefore contains an analysis of reductions in assimilative capacity.

The regulatory determination of significant degradation of perennial waters is under the purview of the State of Arizona. This determination is usually made when a permit is requested for a discharge directly to surface waters. However, Resolution Copper is not proposing any direct discharges to surface waters. Alternatively, ADEQ could consider the indirect effects of seepage from the tailings storage facility to surface waters under the APP program, or under a CWA Section 401 water quality certification (which is only done if a CWA Section 404 permit is required).[79]

---

[78] Note that Alternative 6 would involve a tailings facility located off of Federal lands, and permitting the tailings facility would not be part of the Federal decision. In this case, the State permitting process that would ensue would require that applicable laws and regulations be met.

[79] Note that ADEQ issued the 401 water quality certification on December 22, 2020. The certification does not specifically reference degradation, but does require that the applicant is responsible to ensure that certified activities do not cause or contribute to any exceedances of Arizona surface water quality standards in a water of the U.S.

4-RCMSER-1070

The 20 percent threshold that defines significant degradation is not absolute; if ADEQ decides to assess antidegradation standards as part of a permitting action, there are also provisions in Arizona regulations for degradation to be allowed, provided certain criteria are met (Arizona Administrative Code R18-11-107.C).

In other words, neither the regulatory need to assess assimilative capacity, nor the consequences of exceeding the 20 percent threshold can be assessed outside of a specific permitting decision by ADEQ. Regardless, the Forest Service responsibility for the DEIS is to disclose possible water quality concerns. This includes the reduction in assimilative capacity of a perennial water. For this purpose, a threshold of 20 percent loss in assimilative capacity is used.[80]

IMPAIRED WATERS

Under the CWA, the State of Arizona must identify waters that are impaired for water quality.[81] As with assimilative capacity, the regulatory determination of how impaired waters could be affected by a discharge is solely under the purview of the State of Arizona.

For the purposes of disclosure, the Forest Service approach in the EIS is to identify what surface waters have been determined to be impaired, where contaminants from the project could enter these surface waters and exacerbate an already impaired water, and the estimated loading for constituents associated with the impairment.

One reason we take this approach for disclosure is because ADEQ must make several regulatory decisions before assessing how discharges would or would not impact impaired waters. One primary decision is which level of antidegradation standard would be applied. This standard varies depending on whether a drainage is ephemeral/intermittent (Tier 1 antidegradation standards apply) or perennial (Tier 2 antidegradation standards could apply). These specific decisions would be made during the ADEQ permitting process. For the purposes of the EIS, we restrict disclosure of water quality impacts to the following:

- Predicting changes in concentrations in groundwater and surface water, comparing results to numeric water quality standards as a reasonable threshold for identifying impacts. Note that numeric water quality standards are not the only regulatory technique for managing water quality. During permitting, ADEQ can also manage adverse water quality by application of narrative water quality standards, restricting any adverse impacts to water quality uses.

---

[80] The calculation of assimilative capacity depends in part on the specific numeric surface water standard being used. Several surface water quality standards for metals change based on the hardness of the water. A hardness of 307 mg/L CaCO₃ was used for Queen Creek, which is based on the lowest hardness observed (sample date August 25, 2017); a hardness of 290 mg/L CaCO₃ was used for the Gila River below Donnelly Wash (sample date November 13, 2018); and a hardness of 242 mg/L CaCO₃ was used for the Gila River below Dripping Spring Wash (sample date November 9, 2018). The addition of the modeled seepage does increase hardness but only slightly (less than 2%). The values of hardness used are based on the best available information at this time; ADEQ could choose to apply different hardness values during permitting.

The calculation of assimilative capacity also depends on specific "critical flow conditions." One technique (often called 7Q10) is to choose the lowest flow over 7 consecutive days that has a probability of occurring once every 10 years. By contrast, the seepage modeling in the EIS uses the median flow for surface waters, which is a common method of estimating baseflow conditions, because it tends to exclude large flood events. While assessing typical baseflow conditions (using the median flow) were determined to be the most appropriate method for the EIS disclosure, ADEQ could choose to apply different flow conditions during permitting. Based on public comments, however, we have added additional analysis of low-flow conditions and the effect those conditions would have on predicted water quality.

[81] "Impaired" refers to a regulatory designation under the CWA, and generally means that existing water quality is degraded to the point that an applicable water quality standard is not being attained.

4-RCMSER-1071

- Assessing the uncertainties and likelihood of these estimates, focusing on the ability to apply seepage controls.
- Identifying where and how much contaminant load reaches a designated impaired water.
- Estimating how much assimilative capacity is reduced due to project discharges.

### Constituents of Concern

While the background references and reports contain information for the full suite of metals, inorganic constituents, and field measurements, the analysis we present in this section focuses on selected "constituents of concern." For example, appendix M of this EIS only includes graphs for the following constituents (these are constituents that are typically known to be issues for tailings facilities, or that the bypass seepage mixing/loading models have indicated may be a problem). These include the following:

- Total dissolved solids
- Sulfate
- Nitrate
- Selenium, cadmium, antimony, and copper

### 3.7.2.3    Affected Environment

### Relevant Laws, Regulations, Policies, and Plans

For the most part, impacts on groundwater and surface water quality fall under State of Arizona regulations, which are derived in part from the CWA. Additional details of the regulatory framework for groundwater and surface water quality are captured in the project record (Newell and Garrett 2018d).

---

**Primary Legal Authorities and Technical Guidance Relevant to the Groundwater and Surface Water Quality Analysis**

- Clean Water Act and Federal primary and secondary water quality standards
- State of Arizona Aquifer Water Quality Standards and the Aquifer Protection Permit program
- State of Arizona Surface Water Quality Standards and the Arizona Pollutant Discharge Elimination System program (delegated primacy for Clean Water Act Section 402)

---

### Existing Conditions and Ongoing Trends

This section discusses three aspects of the affected environment:

- Existing groundwater quality for various aquifers, including what types and quantity of data have been collected to date; the general geochemistry of the groundwater for major constituents; the occurrence and concentrations of constituents of concern, compared with water quality standards; the age of the groundwater; and existing trends in groundwater quality.
- Existing surface water quality for various streams, including what types and quantity of data have been collected to date; the general geochemistry of surface waters for major constituents; and the occurrence and concentrations of constituents of concern, compared with water quality standards.

Final Environmental Impact Statement

- Characterization of mine rock ore, and tailings, including the types and quantity of data for different geological units and alteration types that have been collected to date, and the static and kinetic laboratory testing undertaken to describe the likely changes in water quality when exposed to oxygen in the presence of sulfide minerals.

EXISTING GROUNDWATER QUALITY

**Types of Groundwater Present**

As more fully described in Section 3.7.1, Groundwater Quantity and Groundwater-Dependent Ecosystems, three types of groundwater exist in the area: shallow groundwater occurring in shallow alluvial materials, perched zones, or shallow fractures; the Apache Leap Tuff aquifer; and the deep groundwater system (units generally below the Whitetail Conglomerate, and extending into the Superior Basin) as seen in figure 3.7.1-4. These groundwater systems are identified as separate based on the different ages of the water within them and because they do not appear to be hydraulically connected based on aquifer testing.

The tailings facilities for Alternatives 2, 3, and 4 in the Superior Basin include shallow alluvial materials along washes and underlying fractured hard rock units like the Gila Conglomerate, which are assumed to be in hydraulic connection with the deep groundwater system. The tailings facilities for Alternatives 5 and 6 are geographically separate from the Superior Basin and overlie alluvial aquifers associated with Donnelly Wash and Dripping Spring Wash, respectively, with some hard rock units along the margins of the facilities.

**Period of Record for Groundwater Quality Data**

Groundwater quality data have been collected since monitor well drilling and development was initiated in 2003, and collection continues into the present. Groundwater samples from each monitoring well are analyzed for common dissolved constituents when the wells are completed, and then periodically thereafter. Overall, 31 wells in the project area have been sampled since 2003, and over 150 samples have been collected to characterize groundwater in the project area through 2016. These samples are largely focused on the East Plant Site and surrounding areas.

Near the West Plant Site, 48 wells have been developed and sampled, yielding 102 samples of groundwater (including duplicate samples). This sampling has largely been the result of ongoing voluntary cleanup activities at the West Plant Site, and the results are generally geared toward assessing contamination rather than hydrogeological conditions and general water quality.

Additional piezometers and monitoring wells were constructed in the Near West area in 2016 and 2017, where the tailings storage facility for Alternatives 2 and 3 would be located. In total, 68 groundwater samples have been collected from 16 locations between 2017 and 2019.

Several other sampling locations provide the basis for background water quality in the bypass seepage mixing/loading models. These include a well near Queen Creek (nine samples between 2017 and 2018), and a well near Donnelly Wash (one sample in 2018). For the area around Dripping Spring Wash, investigations after publication of the DEIS included analysis of water quality from 42 groundwater samples from both new and existing wells.

**Types of Groundwater Quality Data Collected**

All samples were analyzed for a wide range of chemical constituents, including water quality measurements made on water samples in the field at the point of collection (e.g., pH, temperature) and analyses conducted by Arizona-certified analytical laboratories. Some of the constituents analyzed are directly related to water quality, including those that have regulatory standards in the state of Arizona.

4-RCMSER-1073

Resolution Copper Project and Land Exchange

Other constituents such as isotopes were sampled to help understand groundwater dynamics and the potential for interaction with local surface water resources (Garrett 2018e). The number, date range, and types of samples collected are shown in table 3.7.2-3. A summary of existing groundwater quality for each aquifer is shown in appendix N, table N-1.

**Table 3.7.2-3. Number of groundwater samples available for analysis**

| Type of Analysis | Shallow Groundwater Samples | Apache Leap Tuff Samples | Deep Groundwater Samples |
|---|---|---|---|
| General chemistry | 28 (June 1986–Sep 2016) | 106 (March 2004–Mar 2016) | 20 (Nov 2008–Oct 2016) |
| Metals | 28 (June 1986–Sep 2016) | 107 (March 2004–Mar 2016) | 20 (Nov 2008–Oct 2016) |
| Isotopes | 24 (June 1986–May 2012) | 92 (March 2004–Mar 2016) | 20 (Nov 2008–Oct 2016) |
| Radionuclides | 12 (June 2007–Dec 2008) | 65 (June 2007–Mar 2016) | 20 (Nov 2008–Oct 2016) |

**Chemical Quality of Groundwater**

There are differences in water quality among the three principal groundwater sources (shallow, Apache Leap Tuff, deep groundwater system) in the project area (Montgomery and Associates Inc. 2012, 2016).[82] The shallow groundwater system can be described as a calcium/magnesium bicarbonate type with varying amounts of sulfate. The total dissolved solids content is generally low (median of 240 mg/L). Constituents in water samples from the shallow groundwater system rarely have concentrations above Arizona numeric Aquifer Water Quality Standards (AWQS) and EPA primary maximum contaminant levels, with nitrate and lead being the only constituents with concentrations above these standards. Samples also rarely have concentrations above EPA secondary maximum contaminant levels, but this does occur for iron, manganese, sulfate, aluminum, and total dissolved solids; secondary standards are generally established for aesthetics and taste, rather than safety.

The Apache Leap Tuff aquifer has been sampled much more than either the shallow or deep groundwater systems, since it is the aquifer from which most springs and stream derive their flow. Overall the Apache Leap Tuff is a calcium-magnesium-bicarbonate water type, with low total dissolved solids (median of 219 mg/L). Constituents in water samples from the Apache Leap Tuff rarely appear in concentrations above Arizona numeric AWQS or EPA primary standards, although this has occurred for antimony, thallium, and beryllium. Concentrations above EPA secondary standards occur occasionally for aluminum, iron, and manganese, and rarely for total dissolved solids.

The overall water quality of the deep groundwater system is more variable than the shallow and Apache Leap Tuff systems, with greater total dissolved solids (median of 410 mg/L) that often can be above the EPA secondary standard. Only one sample (in 2011) exhibited concentrations above AWQS values. Concentrations often are above EPA secondary standards for aluminum, iron, manganese, sulfate, and fluoride. Samples with elevated sulfate, total dissolved solids, iron, and manganese appear to be within the proposed mineralized ore zone (Montgomery and Associates Inc. 2012).

Groundwater is also extracted from Shaft 9 as part of the ongoing dewatering. Groundwater associated with discharge from Shaft 9 has very high sulfate concentrations and, by extension, elevated total dissolved solids. Numerous constituents can be found in concentrations above Arizona numeric AWQS and EPA primary and secondary standards. This sampling location should not, however, be considered

---

[82] For a complete summary of the number of samples with concentrations over Arizona or EPA standards to support the qualitative terms used in this section (i.e., "rarely," "occasionally," "often"), see Newell and Garrett (2018d).

4-RCMSER-1074

(239 of 300), Page 239 of 300
Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 239 of 300
Case 2:21-cv-00068-DWL   Document 106-2   Filed 07/14/25   Page 110 of 469

representative of the deep groundwater system, as it is affected by historical mine activity. The impacts at this location appear to be influenced by sulfide mineral oxidation, although the solution is routinely near neutral pH.

## Age of Groundwater

Chemical characteristics of groundwater (isotopes) that may be used to assess age do not have explicit regulatory standards. Carbon-14 ($^{14}C$) and tritium have both been measured in shallow system, Apache Leap Tuff aquifer, and deep groundwater system sources to constrain age and provide understanding of water movement. These isotopic measurements indicate that shallow groundwater is typically estimated to be less than 700 years old, whereas Apache Leap Tuff and deep groundwater are 3,000–5,000 and 6,000–15,000 years old, respectively.

## Trends in Groundwater Quality

Based on groundwater samples collected roughly between 2003 and 2015, over time the groundwater quality, in terms of major chemical constituents (e.g., calcium, magnesium, bicarbonate, sulfate) has remained generally stable in the shallow groundwater system and Apache Leap Tuff aquifer. The shallow system has displayed the greatest amount of variation, largely confined to variations in sulfate concentration. Although data for deep groundwater show significant variation with location, available data indicate there is little seasonal variability.

## EXISTING SURFACE WATER QUALITY

Surface water occurs broadly across the entire project area. The settings in which surface water occurs span a wide range, from small to large drainage areas and channels and with highly variable flow rates. The kinds of surface water present (including springs and perennial streams) are described in further detail in both the "Groundwater Quantity and Groundwater-Dependent Ecosystems" and "Surface Water Quantity" resource sections in this chapter.

## Period of Record for Surface Water Quality Data

The surface water baseline monitoring program for the project area was initiated in 2003 and has continued through present, with a 2-year hiatus in 2006 and 2007. Although surface water data have been collected since 2003, the number of samples collected varies from location to location. Water quality data are available for a total of 47 locations. Through 2019, over 630 samples of surface water have been collected and chemically analyzed.

Most surface water monitoring has been conducted in the Devil's Canyon drainage area (main canyon and two tributaries). Queen Creek, along the northern margin of Oak Flat prior to entering the Superior area, has also been extensively characterized (Montgomery and Associates Inc. 2013, 2017d).

Several other sampling locations provide the basis for background water quality in the bypass seepage mixing/loading models. These include Queen Creek at Whitlow Ranch Dam (22 samples between 2015 and 2019), the Gila River below Donnelly Wash (one sample in 2018), and the Gila River below Dripping Spring Wash (six samples between 2018 and 2019).

## Types of Surface Water Quality Data Collected

As with groundwater, all samples were analyzed for a wide range of chemical constituents, including water quality measurements made on water samples in the field at the point of collection (e.g., pH, temperature) and analyses conducted by State-certified analytical laboratories. Some of the constituents analyzed are directly related to water quality, including those that have regulatory standards in the state of

4-RCMSER-1075

Resolution Copper Project and Land Exchange

Arizona. Other constituents such as isotopes were sampled to help understand groundwater dynamics and the potential for interaction with local surface water resources (Garrett 2018e).

**Chemical Quality of Surface Waters**

In general, surface water in the area is a calcium-sodium-bicarbonate type, with a neutral to alkaline pH. Based on sampling conducted by Resolution Copper, the basic chemistry of surface water does not vary widely across the project site and does not show any identifiable long-term trends, either increasing or decreasing. For the three principal drainages associated with the project—Devil's Canyon, Queen Creek, and Mineral Creek—water quality is generally considered to be of acceptable quality, although all three have exhibited concentrations above Arizona surface water quality standards at different times for several different constituents (Montgomery and Associates Inc. 2013, 2017d). A summary of the number of surface water samples with concentrations above Arizona numeric surface water standards is included in appendix N, table N-4; the constituents most often noted are arsenic, thallium, copper, lead, and selenium.

Appendix N, table N-2 presents a summary of water quality for defined reaches of the principal drainages, for filtered water samples (dissolved concentrations). Appendix N, table N-3 presents the same types of data for unfiltered samples (total concentrations). A summary of Arizona numeric surface water standards and which bodies they are applicable to is included in appendix N, table N-5. The State of Arizona has conducted more extensive sampling throughout the drainage area since 2002–2003, with a focus on identifying sources of pollutants affecting impaired reaches of Queen Creek, Arnett Creek, and several tributary washes. ADEQ found that copper and lead vary across the drainage area, with the highest concentrations of copper observed in runoff from Oak Flat and subwatersheds generally north of the West Plant Site. ADEQ also observed variations in runoff hardness (which is important for calculating surface water quality standards) and lead across the drainage area (Louis Berger Group Inc. 2013).

**Impaired Waters**

The objective of the CWA is to restore and maintain the chemical, physical, and biological integrity of the nation's waters. To fulfill this objective, the State of Arizona is required to assess the existing quality of surface waters and identify any water bodies that do not meet State surface water quality standards. Each pollutant (i.e., copper, lead, suspended sediment) is looked at individually.

When a water body is identified that does not meet water quality standards, the next step taken by ADEQ is to develop a total maximum daily load (TMDL) for that pollutant. The TMDL is the amount to of a pollutant that a stream or lake can receive and still meet water quality standards. The studies to support developing a TMDL look at the point sources (i.e., discharge from municipalities or industries) and nonpoint sources (i.e., stormwater runoff from agriculture or the natural landscape).

Within the Queen Creek, Mineral Creek, and Gila River drainage areas, several streams appear on the 303(d) Impaired Waters List (Arizona Department of Environmental Quality 2018). The most recent list (2018) includes the following streams within the analysis area:

- Queen Creek, from headwaters to Superior Wastewater Treatment Plant discharge. Impaired for dissolved copper (since 2002), total lead (since 2010), and total selenium (since 2012). Two unnamed tributaries to this reach are also impaired for dissolved copper (since 2010).

- Queen Creek, from Superior Wastewater Treatment Plant discharge to Potts Canyon. Impaired for dissolved copper (since 2004).

- Queen Creek, from Potts Canyon to Whitlow Canyon. Impaired for dissolved copper (since 2010).

- Arnett Creek, from headwaters to Queen Creek. Impaired for dissolved copper (since 2010).

4-RCMSER-1076

- Gila River, from San Pedro River to Mineral Creek. Impaired for suspended sediment (since 2006).

Of these, the only two reaches with the potential to receive additional pollutants caused by the Resolution Copper Project are Queen Creek below the Superior Wastewater Treatment Plant, due to runoff or seepage from Alternatives 2, 3, and 4, and the Gila River from the San Pedro River to Mineral Creek, due to runoff or seepage from Alternative 6 (see figure 3.7.2-3).

In investigating the potential sources of copper in the drainage area, ADEQ identified that the dominant source of copper to Queen Creek was runoff from the soils and rocks in the drainage area, not point source discharges, and was a combination of natural background copper content and historic fallout from copper smelting (Louis Berger Group Inc. 2013). Part of the copper contribution looked at specifically by ADEQ was from Oak Flat. About 20 percent of the runoff reaching Superior would be captured by the subsidence area and potentially could reduce copper loads to Queen Creek. For the purposes of the EIS, no such reductions are being assumed, in order to ensure that the impacts from copper loads from tailings seepage are not underestimated. Copper loads to Queen Creek due to the Resolution Copper Project are discussed in section 3.7.2.4.

**Existing AZPDES Permits and Potential for Discharge**

Public comments on the DEIS questioned which impaired waters of those identified above needed to be considered, and specifically pointed to Queen Creek from headwaters to the Superior Wastewater Treatment Plant as receiving discharge from the West Plant Site. As noted in chapter 1, at the time of the publication of the January 2021 Rescinded FEIS, Resolution Copper held an AZPDES permit that authorizes potential discharge to Queen Creek (Resolution Copper 2020c).

The permit allowed for discharge of stormwater, but only for discharges resulting from a 100-year, 24-hour storm or greater (Outfall 001). The permit also allowed for discharge from the mine water treatment plant, which primarily treats groundwater from mine dewatering (Outfall 002). No discharges have occurred at either outfall under this permit since 2004, when Resolution Copper began operations at the site. Stormwater has been retained on-site and treated water is being sent to NMIDD or used for dust control (Resolution Copper 2020d). The potential discharges would enter an impaired reach of Queen Creek as described above. The discharges are subject to water quality limits, with concentrations set by ADEQ to be below the most restrictive surface water standards.

Resolution Copper had sought and received renewal of that AZPDES permit. However, in November 2022, a decision was issued in an ongoing appeal and the court found that the ADEQ could not renew the permit because Resolution Copper's dewatering discharge from Shaft 10 represented a new source. Further, the court noted that ADEQ would need to finalize standards on Queen Creek before a similar AZPDES permit could be issued. Permitting of any discharges at this location under the AZPDES program remain unresolved at this time.

It is still likely that a similar AZPDES permit for such discharges would be in place during operations. However, discharges are not anticipated as part of the proposed project. During operations, the likelihood of discharge from the West Plant Site via this permit is reduced substantially. The water demands of the mine require that all contact stormwater or dewatering water be recycled back into the process stream; redundant systems will be in place to actively remove water from stormwater basins and reincorporate it into the process stream. Any discharges would likely take place under upset conditions. Once properly permitted through ADEQ, the discharges would comply within the overall management framework for Queen Creek, including the impaired segment from headwaters to the Town of Superior Wastewater Treatment Plant. If not properly permitted, these outfalls to Queen Creek could not be used as an outlet under any conditions, whether routine or upset.

4-RCMSER-1077

Resolution Copper Project and Land Exchange

**Whitlow Fire Pipeline Break**

On April 21, 2020, the Whitlow Fire burning on the Tonto National Forest reached and damaged the pipeline within the MARRCO corridor that sends treated mine dewatering water to the NMIDD. The resulting pipeline break released an estimated 480,000 gallons of treated mine water to the ground surface. Resolution Copper reported the discharge to ADEQ as required under the APP for the West Plant Site (Resolution Copper 2020g). Resolution Copper reported that based on recent sampling, the released water was within permit limits. No impacts to water supplies or surface resources are anticipated from this release.

MINE ROCK ANALYSIS

Rock within the proposed subsurface zone of mining is highly mineralized. However, not all the rock that is mineralized is ore grade and identified for proposed recovery. Much mineralized rock would remain in place during, and after mining. This rock contains sulfide minerals (e.g., pyrite, iron disulfide) and other metal-containing material. During mining, and after mining for some time, exposure of these minerals to oxygen could lead to their chemical weathering. This weathering may contribute acidity and metals to contact water and diminish its overall quality. The mine rock has been sampled and analyzed to assess the extent to which it might affect water that accumulates and is removed during mining, as well as the potential effects on groundwater that floods the mine void after mining is completed.

**Amount of Geochemistry Tests Conducted**

MWH Americas (2013) reports the rock units and alteration types that have been evaluated, and the number of samples for each. This information is summarized in table 3.7.2-4. Overall, 226 samples were submitted for analysis of Tier 1 procedures, with 13 duplicates for a total of 239 samples. A total of 54 samples was identified and submitted for Tier 2 evaluation using humidity cells; these cells were run for periods lasting from 16 to 74 weeks. Saturated column tests were then performed on samples from 14 of the 54 humidity cell tests, and were run for a 12-week period. Specific Tier 1 and Tier 2 tests are described in the next section.

**Table 3.7.2-4. Rock units, alteration types, and number of samples submitted for Tier 1 geochemical evaluation**

| Code | Rock Unit | Count |
|------|-----------|-------|
| Tal | Tertiary Apache Leap Tuff (Ignimbrite) | 7 |
| Tw | Tertiary Whitetail Conglomerate | 11 |
| Kvs | Cretaceous volcanics and sediments (undifferentiated) | 101 |
| Kqs | Cretaceous quartz-rich sediments | 1 |
| QEP | Quartz eye porphyry; rhyodacite porphyry | 37 |
| FP/LP | Felsic porphyry; latite porphyry | 3 |
| Dm | Devonian Martin limestone (skarn) | 21 |
| Andesite | Andesite | 1 |
| Diabase | Diabase | 22 |
| Qzite | Quartzite | 17 |
| Breccia/Hbx | Heterolithic breccia | 3 |
| Fault | Fault | 2 |
|  | Total | 226 |

4-RCMSER-1078

Final Environmental Impact Statement

| Code | Rock Unit | Count |
|------|-----------|-------|
| | Alteration Type | |
| AA | Advanced argillic | 19 |
| ARG | Argillic | 1 |
| HFLRET | Retrograde hornfels | 5 |
| PHY | Phyllic | 111 |
| POT | Potassic | 31 |
| PRO | Propylitic | 16 |
| SA | Supergene argillic | 7 |
| SIL | Siliceous | 1 |
| SKN/SKRET | Skarn/Retrograde skarn | 16 |
| UNALT | Unaltered | 18 |
| ZEO | Zeolite | 1 |
| | Total | 226 |

## Types of Geochemistry Tests Conducted

Mine rock has been evaluated using a range of established, standard (best practices) methods for the mining industry (International Network for Acid Prevention 2018) as well as those that are regulatorily mandated procedures (Arizona Department of Environmental Quality 2004). These methods assess

- the potential for rock to generate acidic drainage,
- the rate at which such acid generation may occur, and
- what constituents of concern might be released and their associated concentrations.

Specific methods include

- whole rock chemical composition (concentration of wide range of elements),
- acid-base accounting (Sobek et al. 1978),
- net acid generation test (Stewart et al. 2006),
- synthetic precipitation leaching procedure (U.S. Environmental Protection Agency 1994),
- particle size analysis,
- humidity cell testing (American Society for Testing and Materials 1996), and
- saturated column testing (a project-specific test to leach the residual humidity cell testing procedure material.

The first five procedures (whole rock chemical composition, acid-base accounting, net acid generation test, synthetic precipitation leaching procedure, and particle size analysis) are Tier 1 procedures required in the Arizona Best Available Demonstrated Control Technology (BADCT) guidance (Arizona Department of Environmental Quality 2004). The last two are called for in the Tier 2 test-level requirements, which are generally conducted on fewer samples but take place over a longer period of time. Humidity cells are designed to mimic chemical weathering in the laboratory, and assess the rate of acid generation over time, and changes in water quality over time as a sample weathers. Saturated column tests are designed to mimic what would happen when the block-cave zone refloods after mining.

4-RCMSER-1079

Resolution Copper Project and Land Exchange

Beyond these chemical testing methods that directly assess potential impacts on the quality of contacting water, mine rock has been evaluated using mineralogical techniques such as

- petrography (microscopic evaluation of mineral grain sizes and contact boundaries),
- X-ray diffraction (identifies actual minerals present and their abundance), and
- scanning electron microscopy (evaluation of mineral formulas and textures).

Geochemical testing fundamentally is meant to determine whether a given rock sample is potentially acid generating or not, and if so, to what extent. The geochemical tests indicate that there are numerous rock units associated with the project that have acid generation potential; geochemical tests on simulated tailings samples similarly have demonstrated the potential for acid generation.

### Results of Geochemistry Tests – Mine Rock

Acid-base account testing of mine rock indicates that overall, most rock is classified as likely to generate acid rock drainage. ADEQ (2004) provides guidance for using acid-base account measurements to classify mine rock as either acid generating, non-potentially acid generating (NPAG), or potentially acid generating (PAG). To do this, the net neutralizing potential (NNP) is calculated, which is simply the acid neutralizing potential of the sample minus the acid generating potential of the sample. These prescriptive guidelines (Arizona Department of Environmental Quality 2004) for classifying mine materials use the following definitions:

- If NNP is less than −20, the rock can be considered acid generating.
- If NNP is greater than +20, the rock can generally be considered NPAG.
- Samples that fall between −20 and +20 are considered uncertain and may be tested further using kinetic testing methods.

Table 3.7.2-5 summarizes the percentage of each major rock type, according to hydrothermal alteration type, that is classified as either acid generating, NPAG, or PAG.

**Table 3.7.2-5. Acid-generating ion classification of mine rock samples based on geological unit and alteration type**

| Geological Unit[a] | Alteration Type | Acid Generating | Non-acid Generating | Potentially Acid Generating |
|---|---|---|---|---|
| Andesite | Potassic | 0.0% | 0.0% | 100.0% |
| Breccia | Advanced Argillic | 100.0% | 0.0% | 0.0% |
| Breccia | Phyllic | 50.0% | 50.0% | 0.0% |
| Diabase | Phyllic | 100.0% | 0.0% | 0.0% |
| Diabase | Potassic | 73.7% | 0.0% | 26.3% |
| Martin limestone | Retrograde Hornfels | 16.7% | 83.3% | 0.0% |
| Martin limestone | Skarn | 40.0% | 53.3% | 6.7% |
| Cretaceous volcanics & sediments (undifferentiated) | Advanced Argillic | 36.4% | 45.5% | 18.2% |
| Cretaceous volcanics & sediments (undifferentiated) | Phyllic | 70.8% | 12.3% | 16.9% |
| Cretaceous volcanics & sediments (undifferentiated) | Propylitic | 85.7% | 0.0% | 14.3% |
| Quartz eye porphyry | Advanced Argillic | 100.0% | 0.0% | 0.0% |

4-RCMSER-1080

Final Environmental Impact Statement

| Geological Unit* | Alteration Type | Acid Generating | Non-acid Generating | Potentially Acid Generating |
|---|---|---|---|---|
| Quartz eye porphyry | Phyllic | 75.0% | 12.5% | 12.5% |
| Quartz eye porphyry | Potassic | 75.0% | 25.0% | 0.0% |
| Quartz eye porphyry | Siliceous | 100.0% | 0.0% | 0.0% |
| Quartzite | Advanced Argillic | 100.0% | 0.0% | 0.0% |
| Quartzite | Phyllic | 100.0% | 0.0% | 0.0% |
| Quartzite | Zeolite | 100.0% | 0.0% | 0.0% |
| Apache Leap Tuff | Unaltered | 0.0% | 83.3% | 16.7% |
| Overall | | 63.7% | 22.4% | 13.9% |

* The percentage of the ore body of each rock type are generally: diabase (30%); quartzite (11%); quartz eye porphyry (15%); breccia (19%); Cretaceous volcanics and sediments (26%); Apache Leap Tuff (0%) (see Garrett (2017b)).

Humidity cell testing (a type of kinetic testing) has been conducted for assessing PAG and NPAG material. The kinetic testing is less for identifying the potential for acid generation, but more importantly for estimating specific weathering rates for developing chemical loading terms to be used in the seepage modeling. Humidity cell testing confirmed that samples identified as PAG in Tier 1 testing continued to produce acid leachates over time.

### Results of Geochemistry Tests – Tailings

Tailings samples have been produced as part of metallurgical processing investigations and have been characterized for the potential to produce acid. Tailings would be produced in a such a way that part of the production stream would be highly enriched in acid-generating pyrite (the PAG tailings), and the balance would be depleted in pyrite as a result (the NPAG tailings). As summarized by Duke HydroChem LLC (2016), and reported in table 3.7.2-6, as would be expected all the PAG tailings are classified as acid-generating, whereas NPAG tailings are roughly equal parts non-acid generating and potentially acid generating, with a small percentage considered acid generating.

As noted in chapter 2, we received public comments regarding the terminology we used in the DEIS to describe the tailings as strictly either "NPAG" or "PAG". The concern raised in public comments was that NPAG tailings still have the potential for acid generation, and therefore use of this term is misleading. Indeed, as disclosed in table 3.7.2-6, samples of the tailings we call NPAG are classified roughly as 15 percent acid-generating, 41 percent non-acid generating, and 44 percent potentially acid generating. By contrast, samples of the tailings we call PAG are classified 100 percent as acid-generating.

Table 3.7.2-6. Acid-generation classification of tailings samples

| Tailings Type | Acid Generating | Non-acid Generating | Potentially Acid Generating |
|---|---|---|---|
| NPAG tailings (84% of total amount) | 15% | 41% | 44% |
| PAG tailings (16% of total amount) | 100% | 0% | 0% |

As noted in chapter 2, we accept the validity of this concern, but in order to avoid confusion we have chosen to maintain consistent terminology between the DEIS and FEIS, and with the substantial number of documents in the project record that also use NPAG/PAG terminology.

The predictions of the water quality of seepage are based on the results of the entire body of geochemical tests, both static and kinetic, and these predictions are not affected in any way by the terminology used. The primary concern for operational management of the tailings facility is that the anticipated amounts of

---

4-RCMSER-1081

Resolution Copper Project and Land Exchange

each tailings stream could differ, leading either to placement of acid-generating tailings in non-optimal locations in the facility for lack of capacity in the PAG cells, or to insufficient cyclone sand from the NPAG stream to build the embankment. The Water Resources Workgroup explored these issues and the resulting analysis found the following (KCB Consultants Ltd. 2020a):

- With respect to availability of cyclone sand, a less-advantageous split of 75 percent PAG was analyzed. The current design (84 percent NPAG/16 percent PAG) would use 67 percent of the available cyclone sand from the NPAG stream to build the embankment. The less-advantageous split would use 86 percent of the available cyclone sand to build the embankment. Adequate cyclone sand is available in either case, demonstrating that a reasonable buffer exists as a contingency. The analysis also noted that in the event of an interruption in cyclone sand availability, other borrow sources are available for material in the interim. One ramification of a deviation from the 84 percent NPAG/16 percent PAG split is that the ability to perform concurrent reclamation could be delayed by 3 to 4 years.

- A 15 percent contingency was built into the overall design for the volume of the PAG cells to account for operational deviations. Since the PAG cells make use of downstream embankments, any variations in material availability would not affect the overall structure and stability of the PAG cells.

- The selection of design parameters (dry densities) tends to underestimate the amount of consolidation that would occur. Anticipated consolidation over time as seepage drains from the tailings storage facility also provides a contingency factor to handle operational volume discrepancies.

Based on public comments, we want to note that while periodic sampling and analysis of tailings is conducted, this sampling is not conducted for the purposes of identifying and segregating high-pyrite material, as might be done with waste rock. Rather, the NPAG and PAG tailings slurry streams will leave the processing plant, travel via pipeline to the tailings storage facility, and be deposited as per the final design. For example, for Alternative 6, the PAG tailings slurry would be deposited directly into the PAG cells, while the NPAG tailings would be cycloned prior to placement. NPAG cyclone underflow (coarse material) would be used for embankment construction and NPAG cyclone overflow (fine material) would be thickened and placed behind the NPAG embankment. Details of the likely tailings operational sampling were explored by the Water Resources Workgroup (Wickham 2020).

### 3.7.2.4    Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives

#### No Action Alternative

Under the no action alternative, seepage would not develop from a tailings facility and contribute to chemical loading in downgradient aquifers or surface waters, and stormwater would not potentially contact tailings, ore, or process areas. Water quality in the block-cave zone and surrounding aquifers would continue to match current conditions.

#### Impacts Common to All Action Alternatives

EFFECTS OF THE LAND EXCHANGE

The land exchange would have effects on groundwater and surface water quality.

The Oak Flat Federal Parcel would leave Forest Service jurisdiction. The role of the Tonto National Forest under its primary authorities in the Organic Administration Act, Locatable Regulations (36 CFR 228 Subpart A), and Multiple-Use Mining Act is to ensure that mining activities minimize adverse

(247 of 300), Page 247 of 300
Case: 25-5197, 09/29/2025, DktEntry: 61.5, Page 247 of 300
Case 2:21-cv-00068-DWL    Document 106-2    Filed 07/14/25    Page 118 of 469

environmental effects on NFS surface resources; this includes water quality. The removal of the Oak Flat Federal Parcel from Forest Service jurisdiction negates the ability of the Tonto National Forest to regulate effects on these resources.

The offered lands parcels would enter either Forest Service or BLM jurisdiction. A number of perennial water features are located on these lands and entering Federal management would offer additional protection for the water quality of these resources.

EFFECTS OF FOREST PLAN AMENDMENT

No components of the 2023 forest plan that directly relate to groundwater and surface water quality require amendment.

EFFECTS OF COMPENSATORY MITIGATION LANDS

None of the activities proposed on the compensatory mitigation lands would impact groundwater or surface water quality. Ground disturbance could generate small amounts of sediment, but standard stormwater controls and best management practices would be in place to minimize these effects. Overall, the riparian improvements would be anticipated to be beneficial to surface water quality in the respective watersheds.

EFFECTS OF RECREATION MITIGATION LANDS

The recreation mitigation lands are not anticipated to affect groundwater and surface water quality. Ground disturbance during trail construction could generate small amounts of sediment, but standard stormwater controls and best management practices would be in place to minimize these effects. In addition, discouraging the haphazard development of unauthorized trails would reduce soil erosion and prevent sediment yield into nearby ephemeral washes and perennial streams such as Arnett Creek and Telegraph Canyon.

SUMMARY OF APPLICANT-COMMITTED ENVIRONMENTAL PROTECTION MEASURES

A number of environmental protection measures are incorporated into the design of the project that would act to reduce potential impacts on groundwater and surface water quality. These are non-discretionary measures, and their effects are accounted for in the analysis of environmental consequences.

- Stormwater controls (described in detail in "Potential Surface Water Quality Impacts from Stormwater Runoff")

- Engineered seepage controls (described in detail under each alternative in "Potential Water Quality Impacts from Tailings Storage Facility")

- Design changes to the pipeline corridor for Alternative 6 now require a trenchless crossing or directional drilling below Mineral Creek, upstream from Government Springs Ranch. Similarly, the Alternative 5 pipeline corridor could require some type of directional drilling under the Gila River. These are standard techniques to avoid surface impacts, with the primary concern to place the pipelines deep enough to avoid scour effects. In both cases, best practices and protection measures would ensure that flows are uninterrupted, no sediment or slurry discharge occurs during construction, and surface waters remain undisturbed (Golder Associates Inc. 2020). There likely would be no surface flow in Mineral Creek at the crossing location; Mineral Creek has been surveyed roughly annually for surface water occurrence since 2008, with flow typically being encountered only downstream of Government Springs Ranch (Montgomery and Associates Inc. 2017d). The potential for pipeline leaks during operation, and the applicant-committed environmental protection measures protective of the environment, are discussed in section 3.10.1.

Resolution Copper Project and Land Exchange

## POTENTIAL GROUNDWATER QUALITY IMPACTS WITHIN BLOCK-CAVE ZONE

### Revised Approach for Estimating Post-Closure Block-Cave Water Quality

The DEIS presented two different modeling approaches for estimating potential water quality in the block-cave zone after closure, based on two versions of a water quality model (titled the Eary 2018 and Hatch 2016 models). After receipt of public comments and further review by the Water Resources Workgroup, it became clear that the two models shown in the DEIS were misconstrued by the NEPA team as being representative of post-closure water quality in the block-cave zone. Rather, these two models were both created for a specific purpose: to estimate the load of pollutants entering the West Plant Site from the East Plant Site, during operations. These models largely calculate the same chemical load but differ in how that load is delivered to the West Plant Site. The Hatch 2016 model assumed that all oxidation products associated with the fractured ore were rinsed into the sump water, which would then enter the West Plant Site as part of the process water stream. The later Eary 2018 model assumed that all oxidation products associated with the fractured ore remain with the ore and do not report to the sump, but are instead retained in ore moisture, which would then enter the West Plant Site with the ore. In both cases, the mass of oxidation products is consistent and enters the West Plant Site, ultimately becoming one source that contributes to elevated concentrations of metals in the tailings seepage. Neither of these models are proper analogs for the physical and chemical actions that take place when the block-cave zone is reflooded after closure, and they are no longer discussed in this section.[83]

In lieu of these inappropriate estimates, different and more appropriate methods of estimating post-closure block-cave water quality were identified to disclose impacts (Williamson 2020). Oxygen is anticipated to be present in the unsaturated block-cave zone after closure, but in limited quantities. Some oxygen arrives in groundwater that must travel through overlying caved ore, either from the surrounding aquifer or percolating from the subsidence area at the surface. At the end of mining, oxygen would also be present within the fractured mineralized ore around the draw points, where ventilation actively replenishes oxygen to the extent air flow can reach into the fractured ore body. The distance air flow can penetrate is not known with any certainty, but has been estimated to be from tens to hundreds of feet.

Upon closure, the first flush of water into the block-cave zone releases residual sulfide oxidation products into solution. This first flush of water is anticipated to have poor water quality; however, as the block cave continues to reflood, the initial flush of oxidation products becomes diluted. At the same time, the remnant rock associated with the ore body that contains the most sulfide minerals becomes inundated, effectively limiting oxidation of those minerals. Over time the water quality in the block-cave zone would be anticipated to improve as more and more groundwater enters the zone.

The above mechanisms were simulated with a number of geochemical tests that were intended to replicate the flooding of the block-cave zone. Resolution Copper conducted a number of humidity cell tests to characterize the geochemistry and acid generation potential of mined rock. These are known as "kinetic" tests, as they track the changes over time in the quality of water in contact with ore or rock samples. Humidity cell tests are typically run for at least 20 weeks, and many are run longer.

After humidity cell tests were completed, Resolution Copper converted 14 of the humidity cells into saturated column tests. The saturated column tests were run for 12 weeks (MWH Americas Inc. 2013). The results for all 14 saturated column tests are shown in table 3.7.2-7 and support the conceptual description that the initial reflooding removes most of the oxidation products from oxygenated fractured ore (primarily around the draw points), and then gradually water quality improves. For all the constituents of concern (total dissolved solids, sulfate, selenium, cadmium, antimony, chromium, and copper), the results from the first week of the saturated column test (initial reflooding) are substantially greater than

---

[83]  While no longer used to help predict water quality in the block-cave zone after closure, as noted previously the Eary 2018 model is still an important input in the prediction of tailings seepage quality during operations.

4-RCMSER-1084

the last week of the humidity cell test. Concentrations then substantially decline by the final week of the saturated column test. Using sulfate as an example, the median sulfate concentration at the end of the humidity cell tests is 360 mg/L. Immediately after reflooding, the median sulfate concentration increases to 1,024 mg/L. By completion of the saturated column test after 12 weeks, the median sulfate concentration has fallen to 42 mg/L.

Uncertainty exists with these—or any—estimates decades or centuries in the future. However, the best available estimates to inform post-closure water quality in the block-cave zone are the final samples from the saturated column tests (May 24, 2010). As shown in table 3.7.2-7, the median concentrations for all constituents are lower than the Arizona numeric aquifer water quality standards. This suggests that long-term post-closure water quality in the block-cave zone may not represent an environmental concern as previously disclosed in the DEIS.

Resolution Copper Project and Land Exchange

Table 3.7.2-7. Anticipated block cave water quality based on saturated column tests

| | Conductivity[a] (μS/cm) | Sulfate (mg/L) | Total acidity (mg/L as CaCO₃) | pH | Selenium (mg/L) | Cadmium (mg/L) | Antimony (mg/L) | Total Chromium (mg/L) | Copper (mg/L) |
|---|---|---|---|---|---|---|---|---|---|
| **Final sample for humidity cell tests** | | | | | | | | | |
| RES-001C (SC2, 8/25/09) | 1,090 | 615 | <5 | 7.05 | 0.001 | <0.0005 | <0.002 | <0.05 | <0.05 |
| RES-002A (SC11, 2/10/09) | 366 | 158 | 137 | 3.94 | 0.027 | <0.0005 | <0.002 | <0.05 | 99.7 |
| RES-002A (SC12, 1/12/10) | 742 | 376 | 326.96 | 4.92 | 0.0055 | 0.0003 | <0.002 | <0.3 | 267 |
| RES-002A (SC14, 8/25/09) | 1,860 | 807 | 84.48 | 5.77 | 0.0166 | 0.0026 | <0.002 | 0.02 | 21.2 |
| RES-005I (SC21, 8/25/09) | 333 | 105 | 107.52 | 3.63 | 0.531 | 0.0002 | <0.002 | <0.05 | 13 |
| RES-006D (SC28, 6/25/09) | 541 | 225 | 237.44 | 3.76 | 0.0166 | 0.0006 | <0.002 | <0.05 | 34.1 |
| RES-008A (SC34, 11/17/09) | 92 | 33 | <5 | | 0.0002 | <0.0005 | <0.002 | <0.05 | 0.01 |
| RES-009 (SC38, 12/9/08) | 47 | <10 | <5 | 8.58 | <0.0005 | <0.0005 | <0.002 | <0.05 | <0.05 |
| RES-009 (SC39, 12/9/08) | 112 | <10 | <5 | 8.78 | 0.0018 | <0.0005 | <0.002 | <0.05 | <0.05 |
| RES-009E (SC44, 11/17/09) | 1,750 | 567 | 481.6 | -- | 0.0051 | 0.0011 | <0.002 | <0.05 | 17.3 |
| RES-009E (SC49, 11/4/08) | 1,180 | 668 | 544 | 4.31 | 0.0099 | 0.0082 | <0.002 | <0.3 | 384 |
| RES-009E (SC50, 2/10/09) | 919 | 496 | 345 | 4.21 | 0.0685 | 0.0082 | <0.002 | <0.05 | 230 |
| RES-009E (SC52, 11/4/08) | 852 | 345 | <20 | 8.2 | 0.0039 | 0.0002 | <0.002 | <0.05 | 0.24 |
| RES-009E (SC54, 1/12/10) | 1,240 | 603 | 9.76 | 6.3 | 0.0025 | 0.0006 | <0.002 | 0.01 | 3.42 |
| Median concentration | 797 | 360.5 | 86 | 5.345 | 0.0053 | 0.0005 | 0.002 | 0.05 | 15.15 |
| **First sample for saturated column tests (3/15/10)** | | | | | | | | | |
| RES-001C (SC2) | 2,140 | 1,370 | <5 | 7.28 | 0.0041 | 0.0002 | <0.002 | <0.05 | <0.05 |
| RES-002A (SC11) | 2,200 | 1,580 | 1,360 | 3.26 | 0.0286 | 0.0005 | <0.01 | 0.16 | 864 |
| RES-002A (SC12) | 851 | 477 | 360.32 | 5.04 | 0.009 | 0.0004 | <0.002 | 0.03 | 387 |
| RES-002A (SC14) | 2,560 | 1,750 | 410.68 | 5.03 | 0.187 | 0.0089 | <0.002 | 0.01 | 192 |
| RES-005I (SC21) | 730 | 335 | 313.6 | 3.44 | 0.426 | 0.0005 | 0.0217 | 0.04 | 81.3 |
| RES-006D (SC28) | 1,360 | 678 | 400.96 | 3.64 | 0.0262 | 0.0013 | <0.002 | 0.02 | 114 |
| RES-008A (SC34) | 511 | 191 | <5 | 7.7 | 0.0019 | 0.0004 | <0.002 | 0.02 | 0.04 |
| RES-009 (SC38) | 203 | <10 | <5 | 8.45 | 0.004 | <0.0005 | <0.002 | <0.05 | 0.04 |
| RES-009 (SC39) | 234 | 13 | <5 | 8.36 | 0.0097 | <0.0005 | <0.002 | <0.05 | 0.04 |

490

Final Environmental Impact Statement

| | Conductivity[a] (µS/cm) | Sulfate (mg/L) | Total acidity (mg/L as CaCO₃) | pH | Selenium (mg/L) | Cadmium (mg/L) | Antimony (mg/L) | Total Chromium (mg/L) | Copper (mg/L) |
|---|---|---|---|---|---|---|---|---|---|
| RES-009E (SC44) | 3,940 | 2,010 | 1,710 | 2.57 | 0.0207 | 0.0086 | <0.002 | 0.1 | 169 |
| RES-009E (SC49) | 3,310 | 2,490 | 2,250 | 3.5 | 0.0237 | 0.0364 | <0.01 | <1 | 1760 |
| RES-009E (SC50) | 148 | 49 | 33.4 | 4.72 | 0.0485 | 0.0034 | <0.002 | 0.01 | 78.6 |
| RES-009E (SC52) | 2,380 | 1,520 | <5 | 8.05 | 0.0168 | 0.0016 | <0.002 | <0.05 | 0.85 |
| RES-009E (SC54) | 2,430 | 1,460 | <5 | 8.7 | 0.0104 | 0.0016 | <0.002 | <0.05 | 8.21 |
| Median concentration | 1,760 | 1,024 | 173.5 | 5.035 | 0.01875 | 0.0009 | 0.002 | 0.05 | 84.95 |
| Final sample for saturated column tests (5/24/10) | | | | | | | | | |
| RES-001C (SC2) | 1,600 | 1,020 | <5 | 6.77 | 0.0013 | <0.0005 | <0.002 | <0.1 | 0.04 |
| RES-002A (SC11) | 232 | 77 | 66.08 | 3.64 | 0.0034 | <0.0005 | <0.002 | <0.05 | 2.07 |
| RES-002A (SC12) | 185 | 85 | 71.44 | 5.06 | 0.001 | <0.0005 | <0.002 | <0.05 | 49.7 |
| RES-002A (SC14) | 2,250 | 1,580 | 15.38 | 5.56 | 0.0022 | 0.0009 | <0.002 | <0.1 | 0.49 |
| RES-005I (SC21) | 28 | <10 | 8.84 | 4.46 | 0.0255 | 0.0001 | <0.002 | <0.05 | 0.07 |
| RES-006D (SC28) | 74 | 20 | 26.68 | 4.61 | 0.0039 | <0.0005 | <0.002 | <0.05 | <0.05 |
| RES-008A (SC34) | 56 | <10 | <5 | 7.55 | 0.0002 | <0.0005 | <0.002 | <0.05 | <0.05 |
| RES-009 (SC38) | 44 | <10 | <5 | 8.02 | <0.0005 | <0.0005 | <0.002 | <0.05 | <0.05 |
| RES-009 (SC39) | 99 | <10 | <5 | 8.88 | 0.0036 | <0.0005 | <0.002 | <0.05 | <0.05 |
| RES-009E (SC44) | 181 | 63 | 60.48 | 3.8 | 0.0049 | 0.0001 | <0.002 | <0.05 | 1.02 |
| RES-009E (SC49) | 106 | 34 | 40.24 | 4.09 | 0.0013 | <0.001 | <0.002 | <0.05 | 0.13 |
| RES-009E (SC50) | 148 | 49 | 33.4 | 4.72 | 0.007 | 0.0002 | <0.002 | <0.05 | <0.05 |
| RES-009E (SC52) | 136 | 10 | <5 | 7.79 | 0.0015 | <0.0005 | <0.002 | <0.05 | 0.01 |
| RES-009E (SC54) | 2,330 | 1,350 | <5 | 7.53 | 0.0009 | <0.0005 | <0.002 | <0.1 | 0.11 |
| Median concentration | 142 | 41.5 | 12.1 | 5.31 | 0.00185 | 0.0005 | 0.002 | 0.05 | 0.06 |
| Arizona numeric aquifer water quality standard[†] | 833 | 250 | – | – | 0.05 | 0.005 | 0.006 | 0.1 | – |

Notes: All median values calculated by setting non-detections to the detection limit.

– = No data or standard.

[a] Conductivity is a surrogate for total dissolved solids; the general rule of thumb is that the concentration of total dissolved solids (in mg/L) is 0.6 times the conductivity measurement (in microsiemens per cm (µS/cm)).

[†] The standard shown for conductivity is the equivalent of the EPA secondary maximum contaminant limit of 500 mg/L for total dissolved solids, and the standard shown for sulfate represents the EPA secondary maximum contaminant limit of 250 mg/L. All other standards shown are Arizona numeric aquifer water quality standards.

491

4-RCMSER-1087

Resolution Copper Project and Land Exchange

However, appropriate caution needs to be taken with this conclusion. The saturated column tests represent the best estimate of post-closure water quality in the block-cave zone, but they are not perfect analogs of future conditions. First, the water-to-rock ratios in the block-cave zone may be different from those in the bench-scale saturated column tests. Second, the saturated column tests were conducted at room temperature, whereas the in-situ conditions are anticipated to have much higher temperatures. The operations block-cave modeling incorporated a correction factor to scale humidity cell test results upwards to account of the higher anticipated temperatures; no such correction is made for the results of the saturated column tests shown in table 3.7.2-7. Given these uncertainties, while encouraging, the results of the saturated column tests are not definitive.

There are additional potential safety factors that suggest post-closure water quality in the block-cave zone would be less than suggested by the humidity cells or saturated column tests. There would be a thick overlying layer of rock above the panel caving area, and this rock is generally inert or acid neutralizing (over 80 percent of the samples analyzed of Apache Leap Tuff are non-acid generating; see table 3.7.2-5). Water percolating through the overlying rock would help neutralize acidity in remaining non-economic rock in the panel caving area. Rising groundwater levels would eventually flood the panel caving area completely, isolating it from oxygen and controlling further chemical weathering. However, as with the saturated column tests, these safety factors are not definitive.

### Sources of Nitrogen for Block-Cave Water Quality

Public comments also requested clarification on how nitrate loads are handled in the block-cave water quality modeling; this was explored by the Water Resources Workgroup (Eary 2020). The primary source of nitrogen for any water leaving the block-cave zone, either as ore moisture or from pumping from the sump, is the use of ammonium nitrate-fuel oil (ANFO) explosive. These explosives produce several types of nitrogen compounds, including nitrate ($NO_3$) and ammonium ($NH_4$). Most of the nitrogen is converted to gases during explosions (95 percent); the remainder remains as residual in the ore (5 percent). All of the residual nitrogen is assumed to be leachable and enters the process either with the ore itself or from the sump (roughly 16.5 tons annually). Additional nitrogen is released from the ore during processing (roughly 10.7 tons annually), as well as added from background makeup water from the Desert Wellfield (about 16.4 tons annually). All of these sources contribute to the nitrogen load in the tailings slurry, and ultimately to the tailings seepage.

### POTENTIAL FOR SUBSIDENCE LAKE DEVELOPMENT

The Groundwater Modeling Workgroup recognized that three simultaneous events would take place that suggest there could be the potential for the creation of a surface lake on Oak Flat after closure of the mine:

- The subsidence crater would develop. The base case model run indicates the subsidence area would be about 800 feet deep. Most of the sensitivity runs of the subsidence model are similar, although one sensitivity model run reached about 1,100 feet deep (Garza-Cruz and Pierce 2018).

- Groundwater levels would rebound and rise as the aquifer equilibrates after dewatering is curtailed after closure of the mine.

- Block caving would have created a hydraulic connection from the surface to the deep groundwater system and eliminated any intervening layers like the Whitetail Conglomerate that formerly were able to prevent or slow vertical groundwater flow.

In the DEIS, the Groundwater Modeling Workgroup explored the potential for a subsidence lake to form. Ultimately the Forest Service determined that the presence of a subsidence lake was remote and speculative, and as such, it would therefore be inappropriate to analyze in the EIS. For a subsidence lake to form, groundwater levels would have to rebound to an elevation greater than the bottom of the

4-RCMSER-1088

Final Environmental Impact Statement

subsidence area. Table 3.7.2-8 summarizes the modeled groundwater levels for the three wells within the area of the subsidence area. The best-calibrated model indicates that after 1,000 years, groundwater levels are still at least 200 feet below the bottom of the subsidence area, and possibly as much as 650 feet below the bottom of the subsidence area. Relative positions of the subsidence area and recovering groundwater levels are shown in figure 3.7.2-4.

Public comments on the DEIS suggested that while the results shown in table 3.7.2-8 and figure 3.7.2-4 accounted for uncertainty in the subsidence modeling, they did not account for the uncertainty in the groundwater flow modeling. Further analysis was conducted to estimate the possible variability in the recovery rate of groundwater. Extrapolation of the recovery trends for the entire range of modeling suggests that after 1,000 years, groundwater elevations could range anywhere from 920 feet amsl to 3,460 feet amsl.

Most scenarios, including the best-calibrated model, suggest the subsidence lake would only occur in the far future, more than 1,000 years after cessation of mining. There is a scenario presented in table 3.7.2-8 and figure 3.7.2-4 using the upper end of the recovery range that places the groundwater elevation above the bottom of the subsidence area—the necessary condition for a subsidence lake to form. This condition is modeled to occur roughly 900 years in the future. The revised analysis in the FEIS reaches the same conclusions as those in the DEIS: while there are fundamental trends that suggest some day a subsidence crater lake could form, the time frames under all scenarios—at least 900 years in the future—make this occurrence remote and speculative, and it remains inappropriate to analyze the presence of a subsidence crater lake.

Resolution Copper Project and Land Exchange

Table 3.7.2-8. Comparison of rebounding groundwater levels and subsidence area elevation

| Well | Current Land Surface Elevation (from well schematics) | Estimated Elevation of Bottom of Subsidence Area (based on a total crater depth of 800–1,100 feet) | Estimated Water Level Elevation at End of Mining | Estimated Water Level Elevation after 1,000 Years (Best-calibrated Model) | Estimated Water Level Elevation after 1,000 Years (Uncertainty Range) | Elevation of MSD One Portal | Elevation of Never Sweat Tunnel | Elevation of Umbrella Cave |
|------|------|------|------|------|------|------|------|------|
| DHRES-01 | 4,076 | 3,276–2,976 | −2,799 | 2,666 | 920–3,460 | 2,930 | 3,200 | 2,992 |
| DHRES-02 | 3,976 | 3,176–2,876 | −2,798 | 2,666 | 920–3,460 | 2,930 | 3,200 | 2,992 |
| DHRES-08 | 4,120 | 3,320–3,020 | −2,798 | 2,666 | 920–3,460 | 2,930 | 3,200 | 2,992 |

Note: All elevations are given in feet above mean sea level (amsl).

4-RCMSER-1090

POTENTIAL FOR OTHER EXPOSURE PATHWAYS FOR BLOCK-CAVE GROUNDWATER

The Groundwater Modeling Workgroup explored the potential for exposure to block-cave groundwater at the surface other than through a subsidence lake. The Magma Mine workings connect the block-cave zone to the ground surface, and questions arose if the historic workings of the Magma Mine could be a pathway for block-cave groundwater to emerge at the surface. There is also at least one natural cave in the area (Umbrella Cave) that could represent an exposure pathway. Elevations for possible exposure points are shown in table 3.7.2-8.

Ultimately the group determined that block-cave groundwater would not rise to an elevation that would allow it to daylight through the Magma Mine workings, and thus there would be little potential for exposure to block-cave groundwater. The Groundwater Modeling Workgroup determined this based on the following rationale:

- During operations, pumping would dewater the Magma Mine workings. After dewatering ends, collected water in the Magma Mine workings would drain toward the block-cave zone, and not outward.

- The Magma Mine portal that comes to surface at the lowest elevation (MSD One Portal) daylights at an elevation of 2,930 feet amsl. At 1,000 years, this remains over 260 feet above recovered groundwater levels (best-calibrated model).

- A tunnel that drains away from the block-cave zone (Never Sweat Tunnel) intercepts the subsidence area at approximately 3,200 feet amsl. At 1,000 years, this remains over 530 feet above recovered groundwater levels (best-calibrated model).

- Umbrella Cave has an elevation of 2,992 feet amsl and remains over 320 feet above recovered groundwater levels at 1,000 years (best-calibrated model).

- The cone of depression in the aquifer created by the mine dewatering would persist for hundreds of years, creating hydraulic conditions that prevent subsurface flow away from the block-cave zone.

- As with the potential for a subsidence crater lake developing, while there are fundamental trends that suggest some day water exposure could occur through human-made or natural openings, the time frames under all scenarios—at least 900 years in the future—make this occurrence remote and speculative, and it remains inappropriate to analyze the future exposure to block-cave water through human-made or natural openings.

The relative positions of the subsidence area, other potential exposure points, and the modeled rise of groundwater levels is shown in figure 3.7.2-4.

4-RCMSER-1091

Resolution Copper Project and Land Exchange



**Figure 3.7.2-4. Potential for subsidence lake and other points of exposure of block-cave water**

### Possible Water Quality Outcomes from a Subsidence Lake

While the fundamental processes needed to create a subsidence lake are reasonably foreseeable—rebounding water levels, subsiding ground surface, fracturing of intervening geological layers—the relative elevations based on the modeling conducted does not support that these processes would come together in a way that would actually create a lake within the subsidence area.

Similarly, if a lake developed, it is not possible to predict the details that would be necessary to conduct even a rudimentary analysis of effects. For instance, the depth of the lake cannot be known with any accuracy. That single parameter would affect both the amount of inflow of native groundwater and the amount of evaporation that would occur from the lake surface, and it is the interplay of these two parameters that largely determines how constituents would concentrate in the lake and whether the ultimate water quality would be hazardous to wildlife.

4-RCMSER-1092

Final Environmental Impact Statement

Formation of a lake is speculative, but some context can be provided for the possible water quality in the subsidence lake. Water quality for the basic inputs is generally known, even if the relative amounts, how they would mix, and what evaporation would take place are not known. Representative values are shown in table 3.7.2-9, with comparison to Arizona surface water standards for wildlife. The broad conclusion that can be drawn is that if a subsidence lake were to form, a potential exists for concentrations above Arizona surface water standards, particularly copper. However, the potential also exists for water quality to be acceptable. These represent the bounds of possible outcomes.

**Table 3.7.2-9. Representative values of possible subsidence lake water sources (mg/L)**

| Constituent | Apache Leap Tuff Groundwater (see appendix N) | Deep Groundwater (see appendix N) | Block-Cave Sump Geochemistry at Closure (see table 3.7.2-1) | Precipitation[*] | Surface Water Quality Standard[†] |
|---|---|---|---|---|---|
| Total dissolved solids | 248 | 609 | 1,528 | 10–20 | – |
| Sulfate | 18 | 245 | 934–2,247 | 2.2 | – |
| Antimony | Non-detect | Non-detect | 0.0047–0.035 | Non-detect | 0.030 |
| Cadmium | Non-detect | Non-detect | 0.0008–0.19 | Non-detect | 0.00068–0.0062 |
| Selenium | Non-detect | Non-detect | 0.0051–0.5 | Non-detect | 0.002 |
| Copper | 0.01 | 0.09 | 0.0148–141 | Non-detect | 0.0023–0.0293 |
| Nitrate | 0.50 | 0.43 | Not modeled | 0.27–1.05 | – |
| Hardness (as CaCO₃) | 125 | 338 | 851–1,690 | 4 | – |

[*] Carroll (1962); Root et al. (2004); metal loads in precipitation are assumed to be insignificant for comparison.

[†] For comparison, the standard for Aquatic and Wildlife-Warmwater, chronic exposure is shown. Where hardness is required to calculate the standard, a range is shown. Antimony, cadmium, and copper standards are for dissolved concentrations, selenium is for total concentrations. Model data are not specific to total or dissolved fractions; for the purposes of comparison to surface water standards it can be assumed to apply to both.

## Post-closure Aquifer Conditions

Some comments received suggest that creation of a subsidence lake is inevitable once the aquifer recovers to pre-mining levels, however long this takes. Whether there would be an eventual recovery of the aquifer to pre-mining levels is also an important question because that is the point that groundwater would no longer be flowing towards the block-cave area and thus preventing migration of any problematic water quality. The Water Resources Workgroup explored this issue, along with many other groundwater modeling issues, in June and July 2020 (Morey 2020e), and concluded that this assumption is fundamentally incorrect. The changes wrought to the aquifer by the block caving fundamentally change the hydrologic and geological framework of the system. A return to pre-mining hydrologic conditions is not anticipated, and a return to pre-mining groundwater levels is not inevitable.

The available impact analysis also bears this out. Existing groundwater levels (in the Apache Leap Tuff aquifer) are shown in figure 3.7.1-8, and range from 3,600 to 3,700 feet amsl. As shown in figure 3.7.2-4, the modeled aquifer recovery could range anywhere from 920 feet amsl to 3,460 feet amsl at 1,000 years, indicating that a cone of depression and inward gradient likely still exists at that time.[84]

---

[84] Please note the cautions in section 3.7.1 about the time frame within which the groundwater model predictions can be reasonably quantified (200 years). Given these limitations, the prediction of a persistent cone of depression even after 1,000 years cannot rely solely on the quantified water levels. The fact that all of the modeling sensitivity analyses point to the same outcome, and that the general trend of aquifer recovery is very slow, are also reasons that suggest a persistent cone of depression would be present.

4-RCMSER-1093

Resolution Copper Project and Land Exchange

POTENTIAL SURFACE WATER QUALITY IMPACTS FROM STORMWATER RUNOFF

**Stormwater Controls and Potential for Discharge of Stormwater**

*Construction and Operation Phases*

Stormwater control measures for each alternative are described in Newell and Garrett (2018d). During construction, temporary sediment and erosion controls would be implemented as required under a stormwater permit issued by ADEQ. These controls would include physical control structures as well as best management practices. Physical control structures could include diversions, berms, sediment traps, detention basins, silt fences, or straw wattles. Best management practices could include limiting vegetation removal, good housekeeping, proper material storage, and limiting ground disturbance. Stormwater control measures are generally kept in place until disturbed areas are stabilized either through revegetation or by permanent constructed facilities.

Generally speaking, during operations any precipitation or runoff that comes into contact with tailings, ore, hazardous material storage areas, or processing areas is considered "contact water." During operations contact water would be captured, contained in basins, pumped out after storm events, and recycled back into the process water stream. This type of containment would be required by both the stormwater and aquifer protection permits that would be issued for the project. Contact water would not be released to the environment at any time during operations.

There are areas of the West Plant Site and filter plant and loadout facility that are undisturbed or contain only ancillary facilities. Stormwater from these areas is considered "non-contact" stormwater. In many cases, upstream runoff would be diverted around the project facilities to prevent the stormwater from becoming contact water and would be allowed to continue flowing into downstream drainages. Non-contact stormwater would be allowed to leave the property.

The tailings storage facility generally follows the same strategy during operations. For all alternatives, runoff from upstream of the facility would be diverted around the facility to prevent any contact with tailings. For Alternatives 2, 3, 5, and 6, any precipitation falling within the facility would run into the recycled water pond, and any runoff from the external embankments would be routed to the downstream seepage collection ponds, then pumped back and recycled into the process water stream. For Alternative 4, with filtered tailings, the tailings surface is designed to minimize ponding, and all contact water would be routed to downstream seepage collection ponds. As with the other alternatives, the water from the Alternative 4 seepage collection ponds would be pumped back and recycled in the process water stream; however, with Alternative 4, the water quality running off of the PAG tailings facility may be such that it requires further treatment prior to reuse.

*Closure and Post-closure Phases*

With respect to stormwater, the goal upon closure is to stabilize disturbed areas, minimize long-term active management, and return as much flow as possible to the environment. This is readily accomplished at the East Plant Site, West Plant Site, and filter plant and loadout facility once facilities are demolished and removed, and the sites are revegetated. Closure details for these areas are included in sections 6.5, 6.6, 6.8, and appendix Y of the GPO (Resolution Copper 2016c).

The tailings storage facility represents a more complex closure problem, regardless of alternative. The specific goals of closing the tailings storage facility are as follows:

- Develop a stable landform
- Develop a stable vegetated cover that limits infiltration and protects surface water quality by preventing contact of stormwater with tailings

4-RCMSER-1094

- Minimize ponded water on the closed tailings surface
- Limit access of oxygen to PAG tailings to prevent oxidation of pyrite materials (acid rock drainage)
- Protect the reclaimed surface against wind or water erosion
- Provide a growth medium for vegetation to establish and be sustained in perpetuity

Closure of the tailings facilities for Alternatives 2, 3, 5, and 6 is a long-term phased process that involves gradually reducing the size of the recycled water pond and then encapsulating the PAG tailings with NPAG tailings. Eventually the tailings embankments and top surface of the facility are given a soil cover with a thickness of at least 1 to 2 feet and revegetated. Stormwater conveyance channels and armoring would be used where appropriate to protect the reclaimed surface. Once surfaces are covered and stable, stormwater could be allowed to discharge downstream if water quality meets release criteria.

For some time after closure, the seepage collection ponds would be maintained downstream of the tailings storage facility to collect drainage from the facility. This time could vary from years to decades, depending on the alternative. There would be no discharge from the collection ponds to downstream waters, neither seepage nor stormwater that collects within the ponds. For some time the recycled water pond would still exist within the tailings facility, and during this time collected water in the seepage ponds could be pumped back to the recycled water pond for evaporation. Once the recycled water pond disappears, the seepage collection ponds are designed to be large enough to evaporate any collected seepage and stormwater. The seepage collection ponds are meant to stay in place until all water reporting to the ponds is of adequate quality to allow discharge downstream.

Closure of the filtered tailings facility (Alternative 4) is similar but simplified by the lack of any recycled water pond. Instead, all surfaces of the PAG and NPAG facilities would be given a soil cover and revegetated. Stormwater from upstream in the drainage area would be diverted around the facilities in perpetuity, and once surfaces are covered and stable, stormwater from the facilities could be allowed to discharge downstream as well if water quality meets release criteria.

For some time after closure (estimated to be about 5 years), the seepage collection ponds for Alternative 4 would be maintained downstream of the tailings storage facility. The seepage collection ponds are meant to stay in place until all water reporting to the ponds is of adequate quality to allow discharge downstream. Unlike Alternatives 2, 3, 5, and 6, any excess water in the seepage collection ponds during closure cannot be pumped back to a recycled water pond; these ponds therefore could require active water treatment. In the long term, the ponds are designed to be large enough to evaporate any collected seepage and stormwater.

The potential for ponds to impact wildlife is assessed in section 3.8.4.2.

*Summary of Stormwater Controls*

Under normal conditions, at no point during construction, operation, closure, or post-closure would stormwater coming into contact with tailings, ore, or processing areas be allowed to discharge downstream. After closure, precipitation falling on the tailings facilities would interact with the soil cover, not tailings. The seepage collection ponds represent a long-term commitment for managing seepage and stormwater, but eventually would either become passive systems fully evaporating collected water, or would be removed after demonstrating that collected water is of adequate quality to discharge.

Stormwater mixes with collected seepage in collection ponds and some would be lost to the environment; this occurrence is incorporated into the bypass seepage mixing/loading model.

4-RCMSER-1095

Resolution Copper Project and Land Exchange

**Predicted Quality of Stormwater Runoff and Potential Release Scenario**

*Predictions of Stormwater Runoff Quality*

The quality of stormwater runoff from tailings and the soil cover can be predicted in several ways. In the aquifer protection permitting process, ADEQ often relies on a test called the synthetic precipitate leaching procedure (SPLP). This test measures contaminants in a slightly acidic water solution that has interacted with a rock or tailings sample. One drawback of relying solely on the SPLP test is that it is usually conducted only using fresh core or lab-created tailings samples that have not weathered. By contrast, in reality, precipitation could interact with embankment tailings that could have been weathering for years or decades.

Two additional methods reflect the water quality from interaction with weathered materials. As part of the geochemical characterization activities, Resolution Copper conducted a series of "barrel" tests, in which barrels of material were left exposed to natural precipitation over the course of several years. The resulting leachate from the barrels was periodically collected and analyzed. Numerous humidity cell tests also were run for long periods of time. These tests involve periodic exposure of samples to water over many weeks, even years. An estimate of the potential runoff water quality from PAG and NPAG tailings was produced, drawing on the results of these various geochemical tests (Eary 2018g). Runoff from NPAG tailings was calculated by combining the results of 12 humidity cell tests conducted on tailings samples representing different lithologies. Potential runoff water quality from PAG tailings (applicable to Alternative 4 only) was estimated from barrel tests conducted on filtered PAG tailings (specifically Barrel #3), supplemented with results from barrel tests conducted on paste PAG tailings (specifically Barrel #1).

Resolution Copper also sampled natural runoff quality, specifically during a storm event in February 2018 in the vicinity of the Near West location (specific to Alternatives 2 and 3).

Water quality results for SPLP tests, Resolution Copper estimates of runoff quality, and natural runoff are shown in table 3.7.2-10 and compared with the surface water quality standards for the most restrictive use.[85]

All methods of estimating stormwater runoff quality suggest that both NPAG and PAG tailings may have concentrations of some constituents that are above Arizona surface water standards. As stated above, this stormwater would not be discharged to the environment at any time; the results shown in table 3.7.2-10 reinforce the need for requiring stormwater controls during operations. Post-closure runoff water quality, after the soil cover is in place and revegetated, should be similar to natural runoff water quality and concentrations above surface water quality standards would not be anticipated.

*Potential Stormwater Release Scenario*

Stormwater contacting tailing would not be released downstream during normal operations. However, based on public comments, we explored the possibility of a more extreme event causing release of contact stormwater during operations, focused on Alternative 6 – Skunk Camp (Preferred Alternative) (Resolution Copper 2020f).

---

[85] Surface water quality standards are difficult to succinctly summarize, as the standards vary by specific designated use of the water body and in some cases vary by hardness of the water. For reference, table N-5 in appendix N summarizes all surface water standards for water bodies in the area, as well as aquifer water quality standards.

4-RCMSER-1096

Final Environmental Impact Statement

Table 3.7.2-10. Predicted stormwater runoff water quality (mg/L).

| Regulated Constituents | Estimated Runoff Water Quality from NPAG Tailings (Alternatives 2, 3, 5, 6)* | Estimated Runoff Water Quality from PAG Tailings (Alternative 4)* | Water Quality Measured in Natural Runoff† | SPLP Results for NPAG Tailings‡ | SPLP Results for PAG Tailings‡ | Surface Water Standard for Most Restrictive Use (Gila River or Queen Creek) | Surface Water Standard for Most Restrictive Use (Ephemeral Tributaries) |
|---|---|---|---|---|---|---|---|
| Antimony | 0.00073 | 0.00062 | 0.00027 | <0.003 | <0.003 | 0.030 | 0.747 |
| Arsenic | 0.00016 | 0.676 | 0.0052 | <0.003 | <0.003 | 0.030 | 0.260 |
| Barium | 0.0128 | 0.208 | 0.0128 | 0.0122 | 0.0275 | 98 | 98 |
| Beryllium | 0.0022 | 0.192 | 0.0005 | <0.002 | <0.002 | 0.0053 | 1.667 |
| Boron | 0.0028 | 0.104 | 0.03 | | | 1 | 186.667 |
| Cadmium | 0.00097 | 0.106 | 0.000019 | <0.0002 | <0.0002 | 0.0043 | 0.2175 |
| Chromium, Total§ | 0.00038 | 9.107 | 0.00095 | <0.006 | <0.006 | 0.011 | -- |
| Copper | 9.81 | 3,294 | 0.012 | <0.01 | <0.01 | 0.0191 | 0.0669 |
| Fluoride | 0 | 424.6 | 0.13 | 1.25 | 0.61 | 140 | 140 |
| Iron | 0.177 | 5,353.8 | 0.0225 | <0.06 | <0.06 | 1 | -- |
| Lead | 0.00026 | 0.0095 | 0.0001 | 0.0116 | <0.003 | 0.0065 | 0.015 |
| Manganese | 0.693 | 43 | 0.017 | 0.0106 | 0.0313 | 10 | 130.667 |
| Mercury | | | | <0.0002 | <0.0002 | 0.00001 | 0.005 |
| Nickel | 0.112 | 26.39 | 0.0013 | | | 0.1098 | 10.7379 |
| Nitrate | 0 | 0 | 3.1 | | | 3733.333 | 3733.333 |
| Nitrite | | | | | | 233.333 | 233.333 |
| Selenium | 0.0088 | 0.322 | 0.00027 | <0.003 | 0.0043 | 0.002 | 0.033 |
| Silver | 0.000006 | 1.76 | 0.000018 | <0.005 | <0.005 | 0.0147 | 0.0221 |
| Thallium | 0.00008 | 0.0177 | 0.000015 | <0.001 | <0.001 | 0.0072 | 0.075 |
| Uranium | | | | <0.001 | <0.001 | 2.8 | 2.8 |
| Zinc | 0.171 | 17.29 | 0.0015 | <0.01 | <0.01 | 0.2477 | 2.8758 |
| pH | 5.48 | 2.13 | 7.59 | 6.53 | 6.72 | 6.5–9.0 | 6.5–9.0 |

4-RCMSER-1097

Resolution Copper Project and Land Exchange

| | Estimated Runoff Water Quality from NPAG Tailings (Alternatives 2, 3, 5, 6)* | Estimated Runoff Water Quality from PAG Tailings (Alternative 4)* | Water Quality Measured in Natural Runoff† | SPLP Results for NPAG Tailings‡ | SPLP Results for PAG Tailings† | Surface Water Standard for Most Restrictive Use (Gila River or Queen Creek) | Surface Water Standard for Most Restrictive Use (Ephemeral Tributaries) |
|---|---|---|---|---|---|---|---|
| *Constituents without Numeric Standards* | | | | | | | |
| Sulfate | 264 | 28,452 | 6.8 | 229 | 115 | -- | -- |
| Total Dissolved Solids | -- | -- | -- | 294 | 188 | -- | -- |

Notes:

See appendix N, table N-5, for details regarding the water quality standards used in this table.

All values shown in milligrams per liter. Shaded cell and bolded text indicate concentrations above at least one water quality standard.

For all analyses, values below the laboratory detection limit are calculated as equal to the detection limit (except for SPLP, which are based on single samples). There are other valid methods that could be used, such as using a zero value, or more commonly, using half the detection limit. Because surface water standards for some constituents—particularly mercury—can be extremely low, it is important to use the detection limit when looking at non-detect results. To use any lower value could yield results that meet the water quality standard, even when the detection limit was actually too high to draw this conclusion. Some water quality standards for metals are specific to total recoverable metals or dissolved metals. Predicted results are compared with standards regardless of whether the standard specifies total or dissolved.

* From Enchemica, Common Inputs Memorandum, 7/18/18, table 3-4 (Eary 2018g).

† From Enchemica, Common Inputs Memorandum, 7/18/18, table 3-2; from stormwater samples collected at Near West location (Eary 2018g).

‡ NPAG results taken from "7/7A 7C Scavenger" sample from Verberg (2007), PAG results taken from "7/7A 7C Cleaner" sample from Verberg (2007).

§ Standard shown for chromium is for hexavalent chromium, which is the most restrictive of the three chromium standards (total chromium, trivalent chromium, and hexavalent chromium).

4-RCMSER-1098

The overall components of the stormwater controls for Alternative 6 are as follows:

- Precipitation falling on about 8,000 acres of the drainage area would be diverted away from the tailings storage facility before it contacts any tailings and would be routed downstream to Dripping Spring Wash. These diversion controls are sized for the 100-year, 24-hour peak flow or volume, without assuming any auxiliary pumping of water to the recycle water pond. If the diversion controls were to fail completely or in part, the overflow would report to the tailings storage facility.

- Precipitation falling on about 7,000 acres of the drainage area, including the top of the tailings storage facility itself, would report during operations to the NPAG or PAG cells and eventually be pumped into the recycle water pond. Each area of the tailings storage facility (the PAG cell, NPAG beach) is sized to hold the 72-hour Probable Maximum Flood; importantly, this sizing also assumes that no upstream diversion takes place (i.e., the diversion controls fail).

- Precipitation falling on about 1,200 acres of the drainage area below the tailings embankment would be diverted away from the seepage collection pond before it contacts any tailings or seepage and would be routed downstream to Dripping Spring Wash. These diversion controls are sized for 100-year, 24-hour peak flow. If the diversion controls were to fail completely or in part, the overflow would report to the seepage collection pond.

- Precipitation falling on about 800 acres—primarily on the exposed face of the main tailings embankment—would report to the seepage collection pond. The seepage collection pond is sized to hold the operational volume, 15 feet of upset contingency, an additional 5 feet of freeboard, and the 200-year, 24-hour storm volume, without assuming any auxiliary pumping of water to the recycle water pond (i.e., pumps fail). Importantly, the seepage collection pond includes an emergency spillway, and overflow from the emergency spillway would report downstream to Dripping Spring Wash. We explored this potential for release of contact stormwater through the emergency spillway and into Dripping Spring Wash.

For this scenario to occur, the seepage collection pond would need to be not just operating at full capacity, but in an upset condition where pumps have been shut down and are still inoperable (including any redundant pumping systems), at which time a runoff event greater than the 200-year, 24-hour storm occurs. The probability of these events occurring and the anticipated outcomes are shown in table 3.7.2-11.

**Table 3.7.2-11. Results of potential stormwater release scenario**

| Return Period of Storm Event | Annual Exceedance Probability of Storm Event | Probability of Storm Event Occurring over Life of Mine (41 years) | Scenarios Resulting in Release over Spillway | Maximum Discharge from Spillway (acre-feet) | Total Storm Volume Reporting to Gila River (acre-feet) | Release Scenarios with Concentrations above Arizona Numeric Surface Water Quality Standards* |
|---|---|---|---|---|---|---|
| 1 in 300 years | 0.33% | 13% | 1-day storm; full upset conditions | 40 | 26,770 | 1 of 1 |
| 1 in 400 years | 0.25% | 10% | 1-day storm, full and partial upset conditions; 7-day storm, full upset conditions | 90 | 31,250 | 2 of 4 |
| 1 in 500 years | 0.2% | 8% | 1-day and 7-day storms, full and partial upset conditions; 3-day storm, full upset conditions | 130 | 36,360 | 4 of 7 |

4-RCMSER-1099

Resolution Copper Project and Land Exchange

| Return Period of Storm Event | Annual Exceedance Probability of Storm Event | Probability of Storm Event Occurring over Life of Mine (41 years) | Scenarios Resulting in Release over Spillway | Maximum Discharge from Spillway (acre-feet) | Total Storm Volume Reporting to Gila River (acre-feet) | Release Scenarios with Concentrations above Arizona Numeric Surface Water Quality Standards* |
|---|---|---|---|---|---|---|
| 1 in 1,000 years | 0.1% | 4% | 1-, 3-, and 7-day storms; full and partial upset conditions | 260 | 59,890 | 9 of 9 |

\* Release scenarios include different upset conditions and flood scenarios for any given storm event; full upset conditions mean that the initial depth of water in the seepage control pond is at 15 feet prior to the storm, and partial upset conditions mean that the initial depth of water in the seepage control pond is at 5 or 10 feet prior to the storm.

For all storm events with a return period greater than 300 years, releases could occur under some operational conditions that would result in concentrations in Dripping Spring Wash greater than the Arizona numeric surface water quality standards. In all cases these concentrations are restricted to the area immediately downstream of the seepage collection pond. Due to the large amount of dilution from the contributing drainage area that occurs during large storm events, all concentrations fall below standards at the confluence of Dripping Spring Wash with Silver Creek (about 6 miles downstream).

## EFFECTIVENESS OF SUBAQUEOUS DEPOSITION AT PAG CELLS TO CONTROL OXYGEN INGRESS

The Resolution Copper tailings storage facility designs—with the exception of the filtered tailings facility associated with Alternative 4—all use the concept of depositing the PAG tailings below a water cover during operations in order to limit oxygen ingress and therefore control potential oxidation that would increase the dissolved metal load in tailings seepage. Some public comments question whether this technique would be feasible and effective in a climate like Arizona.

The Water Resources Workgroup undertook further investigation of this issue, including review of case studies and analog locations, and industry guidance and best practices (Enos 2020). In general, subaqueous disposal represents an industry-tested approach for managing tailings, effective at suppressing sulfide mineral oxidation and elevated metals concentrations. The key to the effectiveness of this approach hinges on maintaining a minimum water depth. The project water balance for the alternatives indicates that sufficient water would be available, but this anticipated water availability would need to be borne out during operations. The analysis also found that while there are many case examples demonstrating that water covers are effective, there are no current examples in arid environments, like the desert of the southwestern United States, that match the climate and scale of the Resolution Copper Project.

## POTENTIAL FOR SEEPAGE CAUSING CHANGES IN SURFACE WATER REGIME

Public comments suggested that the addition of tailings seepage to the aquifer could result in a groundwater mound, potentially causing stream reaches that are currently ephemeral to instead become perennial. If this occurred, it would represent a new point of potential exposure to tailings seepage. This was explored by the Water Resources Workgroup. Estimates of the magnitude of seepage, compared with the aquifer capacity suggest mounding will not be substantial.

- For Alternatives 2, 3, and 4, the estimated subsurface flow in the Queen Creek alluvial aquifer is about 575 acre-feet (Gregory and Bayley 2018e). The amount of tailings seepage (after seepage controls) is from 2.7 acre-feet (Alternative 3) to 20.7 acre-feet (Alternative 2). This increase (0.5 to 3.5 percent) is unlikely to fundamentally change the ephemeral nature of Queen Creek (Newell and Garrett 2018d).

4-RCMSER-1100

- The Alternative 5 design has a pumpback system designed specifically to maintain the capacity of the aquifer to accept flow; by definition, this design ensures that groundwater levels do not rise to the land surface and become surface flow.
- For Alternative 6, the refined numeric groundwater flow modeling demonstrates directly that groundwater mounding does not occur (Montgomery and Associates Inc. 2020c).

POTENTIAL FOR IMPACT TO PUBLIC WATER SUPPLIES

Public comments raised concerns about changes in groundwater or surface water quality impacting public water supplies. Specific public waters supplies identified in our analysis include the Arizona Water Company water systems at Apache Junction, Superior, Winkelman, and Pinal Valley, and the public water supply (groundwater and surface water) in Queen Valley.

The Arizona Water Company systems for Apache Junction, Superior, and Pinal Valley are located in the East Salt River valley. There are no anticipated discharges associated with any alternatives that would impact the quality of these water supplies.

The Arizona Water Company Winkelman system—and other public water supplies—are located on the Gila River downstream from Alternative 6 – Skunk Camp. The Gila River also provides water to other downstream water users below both Alternative 5 – Peg Leg and Alternative 6 – Skunk Camp. The potential to impact these water supplies is disclosed under those alternatives. Similarly, potential impacts to Queen Valley water supplies are discussed under Alternatives 2, 3, and 4 (see "Ramifications on Downstream Water Users" section under each alternative).

These disclosures focus on the potential for discharges from the project—primarily tailings seepage—to impact downstream water supplies. Note that risks to water supplies in the event of a failure of the tailings storage facility are assessed in Section 3.10.1, Tailings and Pipeline Safety.

### Alternative 2 – Near West Proposed Action

POTENTIAL WATER QUALITY IMPACTS FROM TAILINGS STORAGE FACILITY

#### Seepage Controls Incorporated into Design

A tailings storage facility creates seepage. Total seepage is all water that drains from the tailings storage facility by gravity. Lost seepage is seepage that is not recovered with the engineered seepage controls. Lost seepage is assumed to discharge to the environment.

The design of engineered seepage controls for each alternative has been approached in stages. For Alternatives 2 and 3:

- Level 0: Controls that are inherent in the design of the embankment itself and required for stability, but also function to control seepage.
- Level 1: A suite of engineered seepage controls always envisioned to be part of the design, that served as the starting point for the seepage modeling.
- Levels 2–4: These represent additional layers of engineered seepage control considered during the design process in order to reduce seepage to meet water quality objectives. Some of these controls would have to be built into the facility from the start, such as low-permeability liners for the PAG tailings. Others are expected to be necessary but can be implemented if real-world observations indicate existing seepage controls are not sufficient, such as downstream grout curtains and additional seepage collection ponds.

Resolution Copper Project and Land Exchange

The following describes the various engineered seepage controls assessed in the Alternative 2 design, and table 3.7.2-12 summarizes how these are expected to be applied. A conceptual diagram of the seepage controls is shown in figure 3.7.2-5. The initial suite of engineered seepage controls includes blanket and finger drains, foundation treatment, and downstream seepage collection dams and pumpback wells.

- Primary seepage control measures for stability (Level 0) include blanket and finger drains built into the facility. Sand and gravel blanket drains are required beneath the cyclone sand embankment; the blanket drain was modeled as a 3-foot-thick, highly conductive layer consisting of coarse gravel that drains the embankment and conveys seepage to the seepage collection ponds downstream of the facility. Finger drains would also collect water from beneath the tailings and convey it beneath the starter dam via a series of lined channels to the seepage collection ponds. Finger drains were modeled as channels 10 feet thick by 30 feet wide, and filled with highly conductive coarse gravel, following the topography of the existing alluvial tributaries.

  o Enhancements: For Level 1 controls, the blanket drain was expanded further beneath the facility to increase seepage control, ultimately extending 200 feet upstream.

- The foundation would be treated during construction to reduce seepage and encourage flow into the drain system. Foundation treatment can include a variety of techniques such as dental concrete,[86] cut-offs, grouting, or engineered low-permeability layers such as compacted fine tailings, engineered low-permeability liners, asphalt, slurry bentonite, and/or cemented paste tailings. Specific treatments would be designed based on real-world conditions encountered during site preparation. For the purposes of the alternative design, it is assumed that engineered low-permeability layers would be used with geological units with relatively higher conductivity (Tertiary perlite, Tertiary tuff, and Precambrian Apache Group units) that underlie approximately one-third of the tailings footprint.

  o Enhancements: For Level 1 controls, the full starter PAG cell was assumed to be underlain by an engineered low-permeability layer. For Level 4 controls, this was expanded to the entire PAG cell.

- Eleven primary seepage collection dams with associated seepage collection ponds would be constructed in natural valleys downstream of the cycloned sand embankment. All alluvial soil underneath the crest of the seepage collection dams would be excavated until competent foundation material is reached. Dams are then covered on the upstream side with an engineered low-permeability layer and built with grouted cut-off walls to help intercept subsurface flow. Pumpback wells would be installed upstream of the grout curtain and would return seepage to the recycled water pond.

  o Enhancements: Under Level 1 controls, grout curtains were expanded to 100-foot depth. Under Level 2 controls, grout curtains were expanded to the bedrock ridges between seepage collection dams and any high-permeability zones.

**Table 3.7.2-12. Effectiveness of Alternative 2 engineered seepage controls**

| Seepage Control Levels and Components | Uncaptured Seepage from Facility | Source |
|---|---|---|
| Uncontrolled seepage from tailings facility | 2,132 acre-feet/year | Groenendyk and Bayley (2018b) and Klohn Crippen Berger Ltd. (2018a) |

---

[86] "Dental concrete" is conventional concrete that is used to shape surfaces and fill irregularities, much like filling a cavity in a tooth.

4-RCMSER-1102

Final Environmental Impact Statement

| Seepage Control Levels and Components | Uncaptured Seepage from Facility | Source |
|---|---|---|
| **Level 0 (seepage controls for geotechnical stability)** | | |
| • Modified centerline cyclone sand embankment<br>• Blanket drain under embankment; finger drains | Not explicitly modeled; incorporated into Level 1 modeling | |
| **Level 0–1** | | |
| • Blanket drain extends into facility under NPAG beach; finger drains (blanket/finger drains account for roughly 88% of seepage collected)<br>• Seepage collection ponds with pumpback wells and cut-off walls | 194 acre-feet/year | Groenendyk and Bayley (2018a) |
| **Level 1** | | |
| • Blanket drain extends 200 feet into facility<br>• Foundation treatment and selected areas of engineered low-permeability layers, for all areas not Gila Conglomerate<br>• Engineered low-permeability layer for starter PAG facility<br>• Seepage collection ponds with pumpback wells, cut-off walls, and grout curtain to 100-foot depth | Not explicitly modeled; incorporated into Level 4 modeling | N/A |
| **Level 2** | | |
| • Grout curtain extended to target high-permeability zones and seepage pathways | Not explicitly modeled; incorporated into Level 4 modeling | N/A |
| **Level 3** | | |
| • Add second perimeter of seepage collection ponds downstream | Not explicitly modeled; incorporated into Level 4 modeling | N/A |
| **Level 4 (includes Levels 0 through 4)** | | |
| • Add pumpback wells, cut-off walls, and grout curtains to second perimeter of seepage collection ponds<br>• Engineered low-permeability layer for entire PAG cell<br>• Downgradient grout curtain extending to 100-foot depth<br>• Additional pumpback wells in targeted areas to maximize capture | 20.7 acre-feet/year[†] | Groenendyk and Bayley (2019) |
| • For comparison: fully lined facility (3,300 acres)[*] | 792 acre-feet/year | Rowe (2012) |

[*] See Newell and Garrett (2018d) for details of calculations; assumes 1 foot of head over liner.

[†] Initial estimate of post-closure seepage based on infiltration of precipitation was 17 acre-feet per year; post-closure seepage was later changed to match operational seepage of 20.7 acre-feet per year.

4-RCMSER-1103

Resolution Copper Project and Land Exchange



Figure 3.7.2-5. Alternative 2 seepage controls

4-RCMSER-1104

In addition to the basic suite of engineered controls, three additional concepts were brought into the design for further seepage control:

- Five auxiliary seepage collection dams would be constructed downstream of the primary seepage collection dams (Level 3). These could be further enhanced with pumpback wells, cut-off walls, and grout curtains (Level 4).

- A 7.5-mile-long and 100-foot-deep grout curtain would be installed downgradient of the tailings facility (Level 4).

- Twenty-one auxiliary pumpback wells would be installed beyond the grout curtain with depths of approximately 200 feet, wherever deemed useful (Level 4).

### Anticipated Effectiveness of Seepage Controls

Total seepage was estimated during the initial design phase using a one-dimensional, unsaturated flow model (Klohn Crippen Berger Ltd. 2018a). Total seepage estimates start with a water balance calculation of flow through the tailings during full buildout, based on assumptions about weather (precipitation and evaporation), consolidation, and area and depth of the tailings.

A three-dimensional groundwater flow model was then used to model the amount of this total seepage that would be captured by various engineered seepage controls, leaving some amount of lost seepage to enter the environment downgradient (Groenendyk and Bayley 2018b, 2019).

During operations, total seepage created by the tailings was estimated at 2,132 acre-feet per year (1,912 and 220 acre-feet per year of NPAG and PAG seepage, respectively) and lost seepage was modeled to be 194 acre-feet per year with Level 1 seepage controls, and 21 acre-feet per year with all enhanced engineered seepage controls (Level 4).

Modeling indicates the Level 4 seepage controls would reach a seepage capture efficiency of 99 percent. Most of this seepage is captured by blanket and finger drains (88 percent).

### Risk of Seepage Impacting Groundwater or Surface Water Quality

Modeled results for groundwater and surface water impacts are reported by Gregory and Bayley (2019). The detailed results of the bypass seepage mixing/loading model were supplied as an Excel spreadsheet, and can be found in Garrett (2019d). Table 3.7.2-13 presents model results for all modeled chemical constituents in the first groundwater cell along Queen Creek (cell QC-3)[87] and the ultimate, final surface water cell (Queen Creek at Whitlow Ranch Dam), for model years 41, 100, and 245.[88] This provides perspective on trends and expected conditions at the end of mining and in the long term. Table 3.7.2-13 also presents Arizona water quality standards and baseline chemistry for added perspective.

Figures M-1 through M-7 in appendix M illustrate model results for seven chemical constituents of concern that either are regulated constituents that helped drive the required level of engineered seepage controls incorporated into the design (cadmium, selenium, antimony, copper) or offer other significant perspective on water quality (nitrate, total dissolved solids, sulfate). These figures depict the model results for all groundwater and surface water cells.

---

[87] Results are included in the modeling for several washes that would receive lost seepage (Potts and Roblas Canyon), which are upgradient from cell QC-3. It is not likely that substantial groundwater exists in these alluvial channels; these modeled results are indicative of seepage itself, rather than groundwater concentrations expected in the aquifer.

[88] Note that model year 41 represents the end of mining, the end of tailings production, and the start of facility closure.

---

Resolution Copper Project and Land Exchange

Table 3.7.2-13. Seepage water quality modeling results for Alternative 2 (mg/L)

| | Aquifer Water Quality Standard | Baseline Groundwater Quality (Well DS17-17*) | QC-3 Model Cell Year 41 | QC-3 Model Cell Year 100 | QC-3 Model Cell Year 245 | Surface Water Standard for the Most Restrictive Use | Baseline Surface Water Quality (Whitlow Ranch Dam*) | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 41 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 100 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 245 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Constituents with Numeric Standards* | | | | | | | | | | |
| Antimony | 0.006 | 0.00021 | 0.00026 | 0.00034 | 0.00036 | 0.030 | 0.00052 | 0.00054 | 0.00059 | 0.00065 |
| Arsenic | 0.05 | 0.0013 | 0.0013 | 0.0013 | 0.0014 | 0.030 | 0.00235 | 0.0024 | 0.0024 | 0.0024 |
| Barium | 2 | 0.0261 | 0.0263 | 0.0263 | 0.0263 | 98 | 0.0350 | 0.035 | 0.035 | 0.035 |
| Beryllium | 0.004 | 0.00100 | 0.00100 | 0.00101 | 0.00101 | 0.0053 | 0.0010 | 0.0010 | 0.0010 | 0.0010 |
| Boron | – | 0.069 | 0.073 | 0.078 | 0.078 | 1 | 0.057 | 0.059 | 0.062 | 0.066 |
| Cadmium | 0.005 | 0.00004 | 0.0001 | 0.0602 | 0.0002 | 0.0051‡ | 0.00005 | 0.00007 | 0.00015 | 0.00020 |
| Chromium, Total[1] | 0.1 | 0.0019 | 0.0022 | 0.0029 | 0.0027 | 0.011 | 0.0015 | 0.0016 | 0.0019 | 0.0023 |
| Copper | -- | 0.00076 | 0.004 | 0.004 | 0.003 | 0.0234‡ | 0.00230 | 0.0041 | 0.0039 | 0.0045 |
| Fluoride | 4 | 0.529 | 0.56 | 0.57 | 0.56 | 140 | 0.4 | 0.42 | 0.43 | 0.43 |
| Iron | – | 0.045 | 0.0450 | 0.0450 | 0.0450 | 1 | 0.048 | 0.048 | 0.048 | 0.048 |
| Lead | 0.05 | 0.000065 | 0.00008 | 0.00009 | 0.00009 | 0.0083‡ | 0.00008 | 0.00008 | 0.00009 | 0.00010 |
| Manganese | – | 0.0049 | 0.011 | 0.028 | 0.025 | 10 | 0.150 | 0.153 | 0.162 | 0.169 |
| Mercury | 0.002 | N/A | N/A | N/A | N/A | 0.00001 | N/A | N/A | N/A | N/A |
| Nickel | 0.1 | 0.0027 | 0.003 | 0.005 | 0.005 | 0.1343‡ | 0.0027 | 0.0030 | 0.0041 | 0.0050 |
| Nitrate | 10 | 0.38‡ | 0.43 | 0.46 | 0.45 | 3,733.333 | 1.900 | 1.93 | 1.94 | 1.97 |
| Nitrite | 1 | N/A | N/A | N/A | N/A | 233.333 | N/A | N/A | N/A | N/A |
| Selenium | 0.05 | 0.0009 | 0.002 | 0.005 | 0.004 | 0.002 | 0.0007 | 0.0012 | 0.0027 | 0.0038 |
| Silver | – | 0.000036 | 0.0003 | 0.0009 | 0.0007 | 0.0221 | 0.000036 | 0.00016 | 0.00049 | 0.00071 |
| Thallium | 0.002 | 0.00003 | 0.00006 | 0.00009 | 0.00008 | 0.0072 | 0.000030 | 0.00004 | 0.00006 | 0.00008 |
| Uranium | – | N/A | N/A | N/A | N/A | 2.8 | N/A | N/A | N/A | N/A |
| Zinc | -- | 0.005 | 0.018 | 0.045 | 0.039 | 0.3031‡ | 0.0030 | 0.0088 | 0.0238 | 0.0353 |

510

4-RCMSER-1106

Final Environmental Impact Statement

| | Aquifer Water Quality Standard | Baseline Groundwater Quality (Well DS17-17*) | QC-3 Model Cell Year 41 | QC-3 Model Cell Year 100 | QC-3 Model Cell Year 245 | Surface Water Standard for the Most Restrictive Use | Baseline Surface Water Quality (Whitlow Ranch Dam*) | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 41 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 100 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 245 |
|---|---|---|---|---|---|---|---|---|---|---|
| pH | -- | N/A | N/A | N/A | N/A | 6.5–9.0 | N/A | N/A | N/A | N/A |
| *Constituents without Numeric Standards* | | | | | | | | | | |
| Sulfate | -- | 173 | 186 | 208 | 209 | -- | 136 | 144 | 154 | 168 |
| Total Dissolved Solids | -- | 589 | 614 | 652 | 652 | -- | 546 | 561 | 579 | 603 |

Notes: N/A = not analyzed in seepage modeling
Shaded cell and bolded text indicate concentrations above water quality standard.
Model data are not specific to total or dissolved fractions; for the purposes of comparison to surface water standards it can be assumed to apply to both.
\* Results shown represent median values from water quality measurements.
† No available data for well DS17-17. NO$_3$-N value calculated as median of three samples collected from Bear Tank and Benson Springs between November 2014 and March 2015.
‡ Standards are hardness dependent and were calculated using lowest (most stringent) hardness value recorded for Whitlow Ranch Dam (307 mg/L CaCO$_3$ on August 25, 2017); see appendix N, table N-5, for details on how these standards were selected.
§ Standard shown for chromium is for hexavalent chromium, which is the most restrictive of the three chromium standards (total chromium, trivalent chromium, and hexavalent chromium).

4-RCMSER-1107

Resolution Copper Project and Land Exchange

Modeling results for Alternative 2 indicate the following:

- Modeling estimates that engineered seepage controls can recover 99 percent of total seepage. All levels of control (Levels 0 through 4) have been applied to Alternative 2 for the purposes of estimating the effects of tailings seepage on water quality.

- For all constituents, concentrations decrease with distance from the tailings storage facility, but increase over time.

- There are no concentrations above aquifer water quality standards for the first model cell corresponding to groundwater (cell QC-3) or subsequent downgradient cells.

- Concentrations of selenium are above the surface water regulatory standard for the most restrictive use in model year 64 and onward for Queen Creek at Whitlow Ranch Dam (see appendix M, figure M-3), despite incorporation of engineered seepage controls estimated to capture 99 percent of total seepage. No other constituents are modeled to have concentrations above surface water regulatory standards. The model result is above the standard by a very small amount, and the uncertainty in the model does not allow a strict comparison. It can only be concluded that concentrations are expected to be near the standard.

- Sulfate and total dissolved solids are significant constituents in tailings seepage and can alter the potential use of downstream water resources, but do not have numeric standards. Over time, sulfate concentrations in groundwater closest to the tailings storage facility are expected to rise slightly above the 250 mg/L secondary standard, to 340 mg/L (see appendix M, figure M-1).

- Most constituents increase in concentration in groundwater and surface water above existing baseline conditions.

- The risk of not being able to meet desired seepage capture efficiencies is high. While the determination of whether water quality standards would be met is under the jurisdiction of ADEQ, the disclosure undertaken by the Forest Service suggests that the high capture efficiency required of the engineered seepage controls could make meeting water quality standards under this alternative challenging. The number and types of engineered seepage controls represent significant economic and engineering challenges.

**Practicability for Additional Seepage Controls**

The site-specific suite of engineered seepage controls designed for Alternative 2 is substantially more effective at controlling seepage than a fully lined facility with no other controls. The estimated loss through a full liner due to defects is 792 acre-feet per year (see Rowe (2012) and Newell and Garrett (2018d) for details of this estimate). This estimate is specifically for geomembrane as specified under Arizona BADCT; composite liners are able to reach better performance, but there are substantial logistical concerns about the ability to successfully install a full liner of any kind (see Newell and Garrett (2018d) for a summary of concerns).

Under the suite of engineered seepage controls considered (Levels 0 through 4), all parts of the foundation except those on Gila Conglomerate would already use low-permeability layers which have similar permeabilities to the Arizona BADCT specifications. The comparison to a full liner illustrates the need for layered seepage controls, particularly downstream seepage collection dams and pumpback wells, to control seepage that would be generated from within the facility, regardless of the foundation treatment.

Alternative 2 has limited ability to add further layers of seepage controls during operations. The envisioned seepage controls (Levels 0 through 4) already would extend downstream to the edge of Queen Creek. Logistically, there is little physical room to add additional controls.

4-RCMSER-1108

RAMIFICATIONS FOR LONG-TERM CLOSURE

**Post-closure Water Quality, Seepage Rates, and Closure Timing**

The operational water budget for the project (see appendix H) changes substantially after closure. With respect to water sources, there is no further pumping from the Desert Wellfield, no further capture and recycling of stormwater, and no further removal of water from the block-cave area. With respect to water losses, water is no longer lost due to entrainment in tailings or concentrate, no longer consumed for refrigeration and ventilation, and no longer lost to evaporation from tailings ponds. The sole operational water budget component remaining after closure is seepage from the tailings storage facility.

Modeling indicates that the concentrations of constituents of concern continue to increase over time, post-closure. In addition, the estimated long-term post-closure seepage rate of 17 acre-feet per year (Gregory and Bayley 2018a) is close to the seepage rate only achieved with all Level 4 engineered seepage controls in place (20.7 acre-feet per year), including the active pumpback wells. This suggests that passive closure of the tailings storage facility may be difficult, and active management may be required.

In the alternative design, Klohn Crippen Berger Ltd. (2018a) estimated that active closure would be required up to 100 years after the end of operations. Up to 25 years after closure, the recycled water pond still is present and therefore all engineered seepage controls could remain operational, with seepage pumped back to the tailings storage facility. After 25 years, the recycled water pond is no longer present. At this time the seepage collection ponds would be expanded to maximize evaporation, and then active water management (either enhanced evaporation or treatment prior to release) would take place until the ponds could passively evaporate all incoming seepage. The sludge containing concentrated metals and salts from evaporation would eventually require cleanup and potentially off-site disposal as solid or hazardous waste; this would likely include both the accumulated solids as well as the seepage pond liner.

**Financial Assurance for Closure and Post-closure Activities**

Alternative 2 potentially involves long time periods of post-closure monitoring and mitigation related to stormwater or seepage water quality. This raises concern regarding the possibility of Resolution Copper going bankrupt or otherwise abandoning the property after operations have ceased. If this were to happen, the responsibility for these long-term activities would fall to the Forest Service. The Forest Service would need to have financial assurance in place to ensure adequate funds to undertake these activities for long periods of time—for decades or even longer.

The authority and mechanisms for ensuring long-term funding is discussed in section 1.5.5. The types of activities that would likely need to be funded could include the following:

- Active (such as water treatment plant) or passive (such as wetlands) water treatment systems, including design, operational maintenance, and replacement costs
- Treatment and disposal of any sludge generated by water treatment plants, or through passive evaporation
- Monitoring of water quality of seepage and downstream waters
- Maintenance and monitoring of post-closure stormwater control features
- Monitoring the water quality of stormwater runoff associated with the closure cover, to determine ability to release stormwater back to the downstream watershed

4-RCMSER-1109

Resolution Copper Project and Land Exchange

Additional financial assurance requirements for long-term maintenance and monitoring are part of the Arizona APP program:

> [T]he applicant or permittee shall demonstrate financial responsibility to cover the estimated costs to close the facility and, if necessary, to conduct postclosure monitoring and maintenance by providing to the director for approval a financial assurance mechanism or combination of mechanisms as prescribed in rules adopted by the director or in 40 Code of Federal Regulations section 264.143 (f)(1) and (10) as of January 1, 2014. (ARS 49-243; also see Arizona Administrative Code R18-9-A203 for specific regulations and methods allowed for financial assurance)

The Arizona State Mine Inspector also has authority to require a mine reclamation plan and financial assurance for mine closure (Arizona Administrative Code Title 11, Chapter 2). The regulations for these focus primarily on surface disturbance and revegetation, rather than water quality.

A refined seepage analysis was conducted for Alternative 6 – Skunk Camp (Preferred Alternative) that provides insights into the time frames associated with long-term seepage treatment from slurry tailings facilities. Based on these estimates, draindown over time from the NPAG beach tailings would slowly decrease from over 4,000 gallons per minute at the point of mine closure, to eventually reach a steady-state of 40 to 80 gallons per minute, based solely on the amount of water allowed in by the closure cover (KCB Consultants Ltd. 2020d).

The final post-closure seepage collection pond has yet to be sized, but conceptually the potential unaided evaporation from a 10-acre pond would be about 60 acre-feet per year, equal to about 220 gallons per minute. The draindown curve indicates it might take 20–30 years for seepage reductions to reach this point. The refined seepage analysis confirms the rough estimate that active water management could be needed for several decades after closure.

## POTENTIAL IMPACTS ON IMPAIRED WATERS

As noted, in the project area Queen Creek is currently considered impaired for copper. The overall estimated current copper loading on this reach of Queen Creek is 0.101 kg/day. The draft TMDL for dissolved copper estimated for this reach of Queen Creek is 0.080 kg/day; this represents the total allowable amount of dissolved copper that would not result in surface water quality standards being exceeded. Note that these calculations include Resolution Copper's current permits for the West Plant Site and East Plant Site, but no discharges from a future tailings facility. ADEQ has identified the need for more than a 20 percent reduction in dissolved copper loading in order for this reach of Queen Creek to not be impaired (Arizona Department of Environmental Quality 2017).

Seepage from Alternative 2 would represent an additional dissolved copper load to Queen Creek of 0.0227 kg/day during operations and 0.0072 kg/day post-closure (see Newell and Garrett (2018d) for calculations of pollutant loading from each alternative). Alternative 2 would increase the dissolved copper load in Queen Creek by 7 to 22 percent and would interfere with efforts to reduce dissolved copper loads to Queen Creek.

In addition to tailings seepage, an emergency release of stormwater from seepage collection ponds (a scenario discussed in detail under Alternative 6) could similarly increase the dissolved copper load in Queen Creek and would interfere with efforts to reduce dissolved copper loads to Queen Creek. Such a release has a low probability, would occur only under certain combinations of extreme storm events (300-year return period or greater) and operational upset conditions, and would be short-lived.

Final Environmental Impact Statement

## PREDICTED REDUCTIONS IN ASSIMILATIVE CAPACITY

The calculated reductions in assimilative capacity are shown in table 3.7.2-14. For Alternative 2, since concentrations for selenium were already predicted to be above the surface water quality standards, by definition no assimilative capacity remains for this pollutant (see table 3.7.2-14).

**Table 3.7.2-14. Predicted changes in assimilative capacity more than 20 percent due to seepage entering surface waters**

| Alternative | Receiving Water | Remaining Assimilative Capacity After Seepage Enters Surface Water |
|---|---|---|
| Alternative 2 | Queen Creek at Whitlow Ranch Dam | Selenium (0%); the selenium concentration is above the numeric surface water quality standard |
| Alternative 3 | Queen Creek at Whitlow Ranch Dam | No changes in assimilative capacity greater than 20% are anticipated |
| Alternative 4 | Queen Creek at Whitlow Ranch Dam | Selenium (0%); the selenium concentration is above the numeric surface water quality standard |
| Alternative 5 | Gila River below Donnelly Wash | Copper (77%); Selenium (63%) |
| Alternative 6 | Gila River below Dripping Spring Wash | Selenium (67%) |

Note: For full calculations, see Newell and Garrett (2018d); this document also contains an assessment of potential changes in assimilative capacity due to reductions in stormwater runoff discussed in section 3.7.3.

## FURTHER ASSESSMENT WITH LOW-FLOW CONDITIONS

The water quality model of potential surface water quality impacts in Queen Creek from Alternative 2 tailings seepage makes use of the median flow rate in Queen Creek at Whitlow Ranch Dam (estimated to be 1.43 cubic feet per second).[89] As noted in the methodology section, using median flow is a common method of estimating baseflow conditions, because it tends to exclude large flood events. Public comments on the DEIS suggested that these flow conditions do not consider the impact of tailings seepage during critical low-flow periods in Queen Creek. In response, we assessed the potential for predicted concentrations in Queen Creek to be greater than Arizona numeric surface water quality standards under low-flow conditions.

The concentration of constituents in Queen Creek is a function of the load from the tailings seepage, the background load in Queen Creek, and the available flow in Queen Creek. The approach shown in table 3.7.2-15 assumes that background concentrations in Queen Creek remain constant; therefore, when flow rates drop, the background load drops as well.[90] Meanwhile, the tailings seepage load entering Queen Creek with groundwater in the alluvial aquifer remains the same but contributes a larger percentage of the total load. This leads to increases in the overall predicted concentration. At some given magnitude of streamflow, the flow is low enough that concentrations due to the influence of the tailings seepage load may exceed the Arizona numeric surface water quality standard. The amount of time that flow in Queen Creek tends to be at or lower than this critical low flow value provides an estimate of how often water quality problems might arise.

---

[89] Based on USGS stream gage 09478500 Queen Creek below Whitlow Ranch Dam, period of record roughly 2002 to 2020.

[90] Based on previous assessments of Queen Creek, some of the upstream portions of the watershed—including Oak Flat—appear to contribute the highest loads of metals (Arizona Department of Environmental Quality 2017). During EIS water quality modeling discussions, this led to suggestions that large storm flows may actually increase metal concentrations in Queen Creek, rather than dilute them. Regardless, the water quality samples upon which the low-flow analysis is based were collected at Whitlow Ranch Dam under baseflow conditions, and are anticipated to be representative of low-flow conditions when only groundwater is contributing to flow in Queen Creek.

4-RCMSER-1111

Resolution Copper Project and Land Exchange

Table 3.7.2-15. Estimated low-flow values required for predicted concentrations to be greater than standards in Queen Creek, due to Alternative 2 tailings seepage

| Constituent | Background Concentration of Queen Creek (mg/L) | Maximum Predicted Concentration in Queen Creek at Whitlow Ranch Dam (mg/L) | Median Flow Rate in Queen Creek (cfs) | Estimated Annual Load from Queen Creek (kg) | Estimated Annual Load from Seepage (kg) | Arizona Numeric Surface Water Quality Standard (mg/L) | Estimated Low Flow at Which Standard Would Be Reached (cfs) | Estimated Percent of Time Queen Creek Flow is Below Standard-Reaching Rate* |
|---|---|---|---|---|---|---|---|---|
| Selenium | 0.0007 | 0.0046 | 1.43 | 0.89 | 5.23 | 0.002 | N/A | N/A |
| Cadmium | 0.00025 | 0.00025 | 1.43 | 0.06 | 0.26 | 0.0043 | 0.07 | N/O |
| Antimony | 0.00052 | 0.00067 | 1.43 | 0.66 | 0.19 | 0.03 | 0.01 | N/O |
| Copper | 0.0023 | 0.006 | 1.43 | 2.94 | 4.72 | 0.0191 | 0.31 | 1 |
| Arsenic | 0.0024 | 0.0024 | 1.43 | 3.00 | -- | 0.03 | -- | -- |
| Beryllium | 0.001 | 0.001 | 1.43 | 1.28 | -- | 0.0053 | -- | -- |
| Chromium | 0.0015 | 0.0026 | 1.43 | 1.91 | 1.40 | 0.011[†] | 0.17 | N/O |
| Lead | 0.00008 | 0.00011 | 1.43 | 0.10 | 0.04 | 0.0065 | 0.01 | N/O |
| Nickel | 0.0027 | 0.0057 | 1.43 | 3.45 | 3.83 | 0.1098 | 0.04 | N/O |
| Silver | 0.000036 | 0.00097 | 1.43 | 0.05 | 1.19 | 0.0147 | 0.09 | N/O |
| Thallium | 0.00003 | 0.00011 | 1.43 | 0.04 | 0.10 | 0.0072 | 0.02 | N/O |
| Zinc | 0.003 | 0.0459 | 1.43 | 3.83 | 54.75 | 0.2477 | 0.25 | <1 |

Notes: N/A = Not applicable, as constituent already has concentrations greater than numeric standards at median flow rates.

N/O = Not observed. Flows low enough to cause concentrations greater than numeric standards have never been observed over the period of record at this gage.

-- Indicates that tailings seepage provides no or negligible load, and there is no expectation that concentrations could be greater than numeric surface water standards.

* Estimated based on USGS gage 09478500, Queen Creek below Whitlow Ranch Dam, period of record from 2002 to 2020

† Standard shown for chromium is for hexavalent chromium, which is the most restrictive of the three chromium standards (total chromium, trivalent chromium, and hexavalent chromium).

4-RCMSER-1112

Final Environmental Impact Statement

For Alternative 2, the results from this approach suggest that the ability to meet numeric surface water quality standards would not change under low-flow conditions. Water quality modeling already predicts that selenium would reach concentrations greater than numeric surface water quality standards at median flow rates, and would reach these concentrations at low flow rates as well. For other metals, flows in Queen Creek low enough to cause concern have never been observed. The exceptions are copper and zinc; we estimate that flows fall low enough to lead to concern less than 1 percent of the time.

RAMIFICATIONS ON DOWNSTREAM WATER USERS

The community of Queen Valley is located just downstream of Whitlow Ranch Dam, and concerns were raised over potential impacts on both surface water and groundwater use resulting from changes in water quality.

The hydrologic connection between Queen Creek, the impoundment of water at Whitlow Ranch Dam, and water uses in Queen Valley was explored (Garrett 2020k; Montgomery and Associates Inc. 2020d).

Groundwater in Queen Valley occurs in a wedge of Tertiary basin-fill deposits and Apache Leap Tuff that is overlain by floodplain alluvium deposits to locally form an aquifer. The floodplain alluvium, reportedly up to 42 feet thick at Whitlow Ranch Dam, serves to capture and store surface water runoff, which in turn recharges the underlying deposits. The alluvium generally does not contribute to supply wells in Queen Valley.

Water flows into the Queen Valley community from a narrow bedrock gap at Whitlow Ranch Dam. This represents the discharge point for all surface water runoff from Upper Queen Creek and the Superior Basin. The dam itself, completed in 1960, has an impervious core and footing through the entire thickness of the floodplain alluvium, which forces groundwater to the surface and is the reason for the presence of perennial water behind the dam. Impounded surface water and groundwater are discharged through the dam by a 5.5-foot-diameter culvert.

Flow downstream of the dam rarely travels more than a few miles, as it is either diverted to an irrigation canal used by the Queen Valley Country Club or percolates into the alluvium and underlying rock units. The canal delivers water to a series of ponds and lakes, and for irrigation of the golf course. Seepage from the canals and ponds may also recharge the underlying aquifer.

Based on evaluation of hydrographs and pumping data, Queen Valley aquifer acts similarly to many ephemeral systems in Arizona. During dry periods, both decreased runoff and increased pumping tend to cause sustained declines in the groundwater levels and aquifer storage below Queen Valley. During wet periods, less groundwater is pumped, and surface water readily recharges the aquifer, recovering groundwater levels and aquifer storage.

Water quality changes caused by tailings seepage in both groundwater (forced to the surface at Whitlow Ranch Dam) and in surface water would reasonably migrate downstream into Queen Valley via the outflow culvert at the dam. As noted above, concentrations of selenium at Whitlow Ranch Dam are above the surface water regulatory standard for the most restrictive use. Because little dilution would occur between the dam and diversion of surface water for use in Queen Valley, these concentrations are reasonable estimates of water quality changes in Queen Valley as well.

With respect to selenium, the most-restrictive surface water quality standard used for comparison in table 3.7.2-13 is for warmwater aquatic and wildlife chronic exposure (0.002 mg/L). The surface water quality standards for the anticipated uses in Queen Valley (full or partial body contact, agricultural irrigation) are less restrictive (0.020 mg/L; see table N-5 in appendix N for more detail). Predicted selenium concentrations (0.0038 mg/L at Year 245) would not exceed these less-restrictive standards.

4-RCMSER-1113

Resolution Copper Project and Land Exchange

Surface water quality in the diversions in Queen Valley would be anticipated to change from current conditions due to the seepage from the Alternative 2 tailings storage facility. Surface water would exhibit increases in metals, sulfate, and dissolved solids. While these changes would occur, the concentrations of these constituents may not increase enough to impact the actual uses of the water, such as for irrigation.

Surface water also has a fairly direct connection to the Queen Valley aquifer and would also be anticipated to recharge groundwater in Queen Valley. Water quality changes in surface water therefore could also cause changes in groundwater quality. However, unlike the direct use of surface water, much of the groundwater recharge takes place during large storm events and substantial dilution could occur. Regardless of dilution effects, concentrations in surface water are not anticipated to be greater than aquifer water quality standards, as shown in table 3.7.2-13.

Groundwater quality in Queen Valley would be anticipated to potentially change from current conditions due to the seepage from the Alternative 2 tailings storage facility, exhibiting increases in metals, sulfate, and dissolved solids. However, such increases may not affect the actual use of the groundwater, as they do not exceed numeric aquifer water quality standards.

### Alternative 3 – Near West – Ultrathickened

POTENTIAL WATER QUALITY IMPACTS FROM TAILINGS STORAGE FACILITY

#### Seepage Controls Incorporated into Design

The various engineered seepage controls assessed in the Alternative 3 design and how they are expected to be applied are shown in table 3.7.2-16. A conceptual diagram of the seepage controls is shown in figure 3.7.2-6. These are almost entirely identical to Alternative 2, except in Alternative 3 a low-permeability layer is used for the entire PAG cell starting with Level 1 controls.

#### Anticipated Effectiveness of Seepage Controls

As with Alternative 2, total seepage was estimated during the initial design phase using a one-dimensional, unsaturated flow model (Klohn Crippen Berger Ltd. 2018b), and a three-dimensional groundwater flow model was used to model the amount of total seepage that would be captured by various engineered seepage controls, leaving some amount of lost seepage to enter the environment downgradient (Groenendyk and Bayley 2018b, 2019).

During operations, total seepage created by the tailings was estimated at 728 acre-feet per year (508 and 220 acre-feet per year of NPAG and PAG seepage, respectively) and lost seepage was modeled to be 116 acre-feet per year with Level 1 seepage controls, and 2.7 acre-feet per year with all enhanced engineered seepage controls (Level 4).

Modeling indicates the Level 4 seepage controls would reach a seepage capture efficiency of 99.5 percent. Most of this is captured by blanket and finger drains (88 percent).

4-RCMSER-1114

Final Environmental Impact Statement



Figure 3.7.2-6. Alternative 3 seepage controls

4-RCMSER-1115

Resolution Copper Project and Land Exchange

**Table 3.7.2-16. Effectiveness of Alternative 3 engineered seepage controls**

| Seepage Control Levels and Components | Uncaptured Seepage from Facility | Source |
|---|---|---|
| Uncontrolled seepage from tailings facility | 728 acre-feet/year | Groenendyk and Bayley (2018b) and Klohn Crippen Berger Ltd. (2018b) |
| Level 0 (seepage controls for geotechnical stability) | | |
| • Modified centerline cyclone sand embankment<br>• Blanket drain under embankment; finger drains | Not explicitly modeled; incorporated into Level 1 modeling | |
| Level 0-1 | | |
| • Blanket drain extends into facility under NPAG beach; finger drains (blanket/finger drains account for roughly 88% of seepage collected)<br>• Seepage collection ponds with pumpback wells and cut-off walls | 116 acre-feet/year | Groenendyk and Bayley (2018a) |
| Level 1 | | |
| • Foundation treatment and selected areas of engineered low-permeability layers, for all areas not Gila Conglomerate<br>• Engineered low-permeability layer for entire PAG facility<br>• Seepage collection ponds with pumpback wells, cut-off walls, and grout curtain to 100-foot depth | Not explicitly modeled; incorporated into Level 4 modeling | N/A |
| Level 2 | | |
| • Grout curtain extended to target high-permeability zones and seepage pathways | Not explicitly modeled; incorporated into Level 4 modeling | N/A |
| Level 3 | | |
| • Add second perimeter of seepage collection ponds downstream | Not explicitly modeled; incorporated into Level 4 modeling | N/A |
| Level 4 (includes Levels 0 through 4) | | |
| • Add pumpback wells, cut-off walls, and grout curtains to second perimeter of seepage collection ponds<br>• Downgradient grout curtain extending to 100-foot depth<br>• Additional pumpback wells in targeted areas to maximize capture | 2.7 acre-feet/year | Groenendyk and Bayley (2019) |

### Risk of Seepage Impacting Groundwater or Surface Water Quality

Modeled results for groundwater and surface water impacts are reported by Gregory and Bayley (2019). The detailed results of the bypass seepage mixing/loading model were supplied as an Excel spreadsheet, and can be found in Garrett (2019d). Table 3.7.2-17 presents model results for all modeled chemical constituents in the first groundwater cell along Queen Creek (cell QC-3)[91] and the ultimate, final surface water cell (Queen Creek at Whitlow Ranch Dam), for model years 41, 100, and 245. This provides perspective on trends and expected conditions at the end of mining and in the long term. Table 3.7.2-17 also presents Arizona water quality standards and baseline chemistry for added perspective.

Figures M-8 through M-14 in appendix M illustrate model results for the seven constituents of concern.

---

[91] Similar to Alternative 2, results are included in the modeling for several washes that would receive lost seepage (Potts and Roblas Canyons), which are upgradient from cell QC-3. It is not likely that substantial groundwater exists in these alluvial channels; these modeled results are indicative of seepage itself, rather than groundwater concentrations expected in the aquifer.

4-RCMSER-1116

Modeling results for Alternative 3 indicate the following:

- Modeling estimates that engineered seepage controls can recover 99.5 percent of total seepage. All levels of control (Levels 0 through 4) have been applied to Alternative 3 for the purposes of estimating the effects of tailings seepage on water quality.

- For all constituents, concentrations decrease with distance from the tailings storage facility, but increase over time.

- No chemical constituent are anticipated in concentrations above groundwater or surface water standards.

- Selenium and cadmium are increased slightly above baseline conditions in groundwater and surface water (see appendix M, figures M-10 and M-11).

- The risk of not being able to meet desired seepage capture efficiencies is high. While the determination of whether water quality standards would be met is under the jurisdiction of ADEQ, the disclosure undertaken by the Forest Service suggests that the high capture efficiency required of the engineered seepage controls could make meeting water quality standards under this alternative challenging. The number and types of engineered seepage controls represent significant economic and engineering challenges.

**Practicability for Additional Seepage Controls**

The assessment of practicability of using a full liner, or adding extra layers of seepage controls during operations, is the same as for Alternative 2.

RAMIFICATIONS FOR LONG-TERM CLOSURE

**Post-closure Water Quality, Seepage Rates, and Closure Timing**

As noted under Alternative 2, the sole operational water budget component remaining after closure is seepage from the tailings storage facility.

Modeling indicates that the concentrations of constituents of concern continue to increase over time, post-closure. In the alternative design, KCB (2018b) estimated that active closure would only be required up to 9 years after the end of operations. At that time, the seepage collection ponds would be expanded to maximize evaporation; passive evaporation of all incoming seepage was anticipated. The sludge of concentrated metals and salts from evaporation would eventually require cleanup and potentially off-site disposal as solid or hazardous waste; this would likely include both the accumulated solids as well as the seepage pond liner.

The final seepage modeling assumes that long-term lost seepage rates would match those during operations (2.7 acre-feet per year), which is much lower than original estimates of long-term recharge through the tailings storage facility caused by infiltration of precipitation (25 acre-feet per year (Gregory and Bayley 2018a)). This suggests that active management may be needed indefinitely post-closure.

**Financial Assurance for Closure and Post-closure Activities**

The regulatory framework to require financial assurance to ensure closure and post-closure activities are conducted is the same as for Alternative 2.

POTENTIAL IMPACTS ON IMPAIRED WATERS

As noted, in the project area Queen Creek is currently considered impaired for copper. The overall estimated current loading on this reach of Queen Creek is 0.101 kg/day. The draft TMDL for dissolved

Resolution Copper Project and Land Exchange

copper estimated for this reach of Queen Creek is 0.080 kg/day; this represents the total allowable amount of dissolved copper that would not result in surface water quality standards being exceeded. Note that these calculations include Resolution Copper's current permits for the West Plant Site and East Plant Site, but no discharges from a tailings facility. ADEQ has identified the need for more than a 20 percent reduction in dissolved copper loading in order for this reach of Queen Creek to not be impaired (Arizona Department of Environmental Quality 2017).

Seepage from Alternative 3 would represent an additional dissolved copper load to Queen Creek of 0.0018 kg/day during operations and 0.0010 kg/day post-closure (see Newell and Garrett (2018d) for calculations of pollutant loading from each alternative). Alternative 3 would increase the dissolved copper load in Queen Creek by 1 to 2 percent and would minimally interfere with efforts to reduce dissolved copper loads to Queen Creek.

As with Alternative 2, in addition to tailings seepage, an emergency release of stormwater from seepage collection ponds (a scenario discussed in detail under Alternative 6) could similarly increase the dissolved copper load in Queen Creek and would interfere with efforts to reduce dissolved copper loads to Queen Creek. Such a release has a low probability, would occur only under certain combinations of extreme storm events (300-year return period or greater) and operational upset conditions, and would be short-lived.

PREDICTED REDUTIONS IN ASSIMILATIVE CAPACITY

The calculated reductions in assimilative capacity are shown in table 3.7.2-14. For Alternative 3, seepage is not anticipated to use up more than 20 percent of the assimilative capacity in Queen Creek.

FURTHER ASSESSMENT WITH LOW-FLOW CONDITIONS

Similar to Alternative 2, we analyzed how streamflow less than the median would potentially affect concentrations, as shown in table 3.7.2-18.

For Alternative 3, the results from this approach suggest that the ability to meet numeric surface water quality standards would not change under low-flow conditions. Except for selenium, flows in Queen Creek have never been observed low enough to cause concern. For selenium, we estimate that flows fall low enough to lead to concern less than 1 percent of the time.

RAMIFICATIONS ON DOWNSTREAM WATER USERS

Similar to Alternative 2, seepage from the Alternative 3 tailings storage facility has a potential to impact surface water and groundwater supplies in Queen Valley.

However, unlike Alternative 2, there are no anticipated concentrations of contaminants above any aquifer or surface water quality standards, as shown in table 3.7.2-17. Surface water quality in the diversions in Queen Valley may change from current conditions due to the seepage from the Alternative 3 tailings storage facility, exhibiting increases in metals, sulfate, and dissolved solids. However, such increases may not affect the actual use of the water, as they do not exceed numeric surface water quality standards.

Similarly, groundwater quality in Queen Valley may change from current conditions due to the seepage from the Alternative 3 tailings storage facility, exhibiting increases in metals, sulfate, and dissolved solids. However, such increases may not affect the actual use of the groundwater, as they do not exceed numeric aquifer water quality standards.

4-RCMSER-1118

Final Environmental Impact Statement

Table 3.7.2-17. Seepage water quality modeling results for Alternative 3 (mg/L)

| | Aquifer Water Quality Standard | Baseline Groundwater Quality (Well DS17-17*) | QC-3 Model Cell Year 41 | QC-3 Model Cell Year 100 | QC-3 Model Cell Year 245 | Surface Water Standard for Most Restrictive Use | Baseline Surface Water Quality (Whitlow Ranch Dam*) | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 41 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 100 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 245 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Constituents with Numeric Standards* | | | | | | | | | | |
| Antimony | 0.006 | 0.00021 | 0.00021 | 0.00021 | 0.00022 | 0.030 | 0.00052 | 0.00052 | 0.00052 | 0.00053 |
| Arsenic | 0.05 | 0.0013 | 0.0013 | 0.0013 | 0.0013 | 0.030 | 0.00235 | 0.0024 | 0.0024 | 0.0024 |
| Barium | 2 | 0.0261 | 0.0261 | 0.0261 | 0.0261 | 98 | 0.035 | 0.035 | 0.035 | 0.035 |
| Beryllium | 0.004 | 0.00100 | 0.00100 | 0.00100 | 0.00100 | 0.0053 | 0.0010 | 0.0010 | 0.0010 | 0.0010 |
| Boron | -- | 0.069 | 0.069 | 0.069 | 0.069 | 1 | 0.057 | 0.057 | 0.057 | 0.057 |
| Cadmium | 0.005 | 0.00004 | 0.0000 | 0.0000 | 0.0001 | 0.0051‡ | 0.00005 | 0.00005 | 0.00005 | 0.00006 |
| Chromium, Total§ | 0.1 | 0.0019 | 0.0019 | 0.0019 | 0.0020 | 0.011 | 0.0015 | 0.0015 | 0.0015 | 0.0015 |
| Copper | -- | 0.00076 | 0.001 | 0.001 | 0.001 | 0.0234‡ | 0.00230 | 0.0023 | 0.0024 | 0.0024 |
| Fluoride | 4 | 0.529 | 0.53 | 0.53 | 0.53 | 140 | 0.4 | 0.41 | 0.41 | 0.41 |
| Iron | -- | 0.045 | 0.0450 | 0.0450 | 0.0450 | 1 | 0.048 | 0.048 | 0.048 | 0.048 |
| Lead | 0.05 | 0.000065 | 0.00007 | 0.00007 | 0.00007 | 0.0083‡ | 0.00008 | 0.00008 | 0.00008 | 0.00008 |
| Manganese | -- | 0.0049 | 0.005 | 0.005 | 0.007 | 10 | 0.150 | 0.150 | 0.150 | 0.151 |
| Mercury | 0.002 | N/A | N/A | N/A | N/A | 0.00001 | N/A | N/A | N/A | N/A |
| Nickel | 0.1 | 0.0027 | 0.003 | 0.003 | 0.003 | 0.1343‡ | 0.0027 | 0.0027 | 0.0027 | 0.0028 |
| Nitrate | 10 | 0.38† | 0.38 | 0.38 | 0.39 | 3,733.333 | 1.90 | 1.90 | 1.90 | 1.90 |
| Nitrite | 1 | N/A | N/A | N/A | N/A | 233.333 | N/A | N/A | N/A | N/A |
| Selenium | 0.05 | 0.0009 | 0.001 | 0.001 | 0.001 | 0.002 | 0.0007 | 0.0007 | 0.0007 | 0.0009 |
| Silver | -- | 0.000036 | 0.0000 | 0.0001 | 0.0001 | 0.0221 | 0.000036 | 0.00004 | 0.00005 | 0.00007 |
| Thallium | 0.002 | 0.00003 | 0.00003 | 0.00003 | 0.00004 | 0.0072 | 0.000030 | 0.00003 | 0.00003 | 0.00003 |
| Uranium | -- | N/A | N/A | N/A | N/A | 2.8 | N/A | N/A | N/A | N/A |
| Zinc | -- | 0.005 | 0.005 | 0.006 | 0.008 | 0.3031‡ | 0.0030 | 0.0030 | 0.0034 | 0.0045 |

523

4-RCMSER-1119

Resolution Copper Project and Land Exchange

| | Aquifer Water Quality Standard | Baseline Groundwater Quality (Well DS17-17[*]) | QC-3 Model Cell Year 41 | QC-3 Model Cell Year 100 | QC-3 Model Cell Year 245 | | Surface Water Standard for Most Restrictive Use | Baseline Surface Water Quality (Whitlow Ranch Dam[*]) | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 41 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 100 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 245 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| pH | – | N/A | N/A | N/A | N/A | | 6.5–9.0 | N/A | N/A | N/A | N/A |
| *Constituents without Numeric Standards* | | | | | | | | | | | |
| Sulfate | – | 173 | 173 | 174 | 176 | | – | 136 | 136 | 138 | 138 |
| Total Dissolved Solids | – | 589 | 589 | 590 | 594 | | – | 548 | 546 | 545 | 549 |

Notes: N/A= not analyzed in seepage modeling

Model data are not specific to total or dissolved fractions; for the purposes of comparison to surface water standards it can be assumed to apply to both.

* Results shown represent median values from water quality measurements.

† No available data for well DS17-17. NO$_3$-N value calculated as median of three samples collected from Bear Tank and Benson Springs between November 2014 and March 2015.

‡ Standards are hardness dependent and were calculated using lowest (most stringent) hardness value recorded for Whitlow Ranch Dam (307 mg/L CaCO$_3$ on August 25, 2017); see appendix N, table N-5, for details on how these standards were selected.

§ Standard shown for chromium is for hexavalent chromium, which is the most restrictive of the three chromium standards (total chromium, trivalent chromium, and hexavalent chromium).

Table 3.7.2-18. Estimated low-flow values required for predicted concentrations to be greater than standards in Queen Creek, due to Alternative 3 tailings seepage

| Constituent | Background Concentration of Queen Creek (mg/L) | Maximum Predicted Concentration in Queen Creek at Whitlow Ranch Dam (mg/L) | Median Flow Rate in Queen Creek (cfs) | Estimated Annual Load from Queen Creek (kg) | Estimated Annual Load from Seepage (kg) | Arizona Numeric Surface Water Quality Standard (mg/L) | Estimated Low Flow at Which Standard Would Be Reached (cfs) | Estimated Percentage of Time Queen Creek Flow Is Below Standard-Reaching Rate[*] |
|---|---|---|---|---|---|---|---|---|
| Selenium | 0.0007 | 0.0009 | 1.43 | 0.89 | 0.26 | 0.002 | N/A | <1 |
| Cadmium | 0.00005 | 0.00006 | 1.43 | 0.06 | 0.01 | 0.0043 | 0.07 | N/O |
| Antimony | 0.00052 | 0.00053 | 1.43 | 0.66 | 0.01 | 0.03 | 0.01 | N/O |
| Copper | 0.0023 | 0.0025 | 1.43 | 2.94 | 0.26 | 0.0191 | 0.31 | N/O |
| Arsenic | 0.0024 | 0.0024 | 1.43 | 3.00 | – | 0.03 | – | – |
| Beryllium | 0.001 | 0.001 | 1.43 | 1.28 | – | 0.0053 | – | – |
| Chromium | 0.0015 | 0.0016 | 1.43 | 1.91 | 0.13 | 0.011† | 0.17 | N/O |

4-RCMSER-1120

Final Environmental Impact Statement

| Constituent | Background Concentration of Queen Creek (mg/L) | Maximum Predicted Concentration in Queen Creek at Whitlow Ranch Dam (mg/L) | Median Flow Rate in Queen Creek (cfs) | Estimated Annual Load from Queen Creek (kg) | Estimated Annual Load from Seepage (kg) | Arizona Numeric Surface Water Quality Standard (mg/L) | Estimated Low Flow at Which Standard Would Be Reached (cfs) | Estimated Percentage of Time Queen Creek Flow is Below Standard-Reaching Rate[a] |
|---|---|---|---|---|---|---|---|---|
| Lead | 0.00008 | 0.00008 | 1.43 | 0.10 | 0.00 | 0.0065 | 0.01 | N/O |
| Nickel | 0.0027 | 0.0029 | 1.43 | 3.45 | 0.28 | 0.1098 | 0.04 | N/O |
| Silver | 0.000036 | 0.00008 | 1.43 | 0.05 | 0.06 | 0.0147 | 0.09 | N/O |
| Thallium | 0.00003 | 0.00003 | 1.43 | 0.04 | -- | 0.0072 | -- | -- |
| Zinc | 0.003 | 0.005 | 1.43 | 3.83 | 2.55 | 0.2477 | 0.25 | N/O |

Notes:

N/O = Not observed. Flows low enough to cause concentrations greater than numeric standards have never been observed over the period of record at this gage.

-- Indicates that tailings seepage provides no or negligible load, and there is no expectation that concentrations could be greater than numeric surface water standards.

[a] Values in this column relate to the "Estimated Low Flow at Which Standard Would Be Reached (cfs)" column to the left. Estimated based on USGS gage 09478500, Queen Creek below Whitlow Ranch Dam, period of record from 2002 to 2020.

† Standard shown for chromium is for hexavalent chromium, which is the most restrictive of the three chromium standards (total chromium, trivalent chromium, and hexavalent chromium).

4-RCMSER-1121

Resolution Copper Project and Land Exchange

### *Alternative 4 – Silver King*

POTENTIAL WATER QUALITY IMPACTS FROM TAILINGS STORAGE FACILITY

**Seepage Controls Incorporated into Design**

Alternative 4 includes the following seepage controls, similar in nature to those described for Alternative 2. A conceptual diagram of the seepage controls is shown in figure 3.7.2-7. Table 3.7.2-19 summarizes how these are expected to be applied:

- Blanket drains and/or finger drains beneath the embankment and the tailings facility (Level 0).

- Lined collection ditches and five seepage collection ponds downstream of PAG and NPAG facilities designed to cut off the alluvium (Level 1).

- Grouting of fractures in the bedrock foundation, and pumpback wells (Level 2).

**Table 3.7.2-19. Effectiveness of Alternative 4 engineered seepage controls**

| Seepage Control Levels and Components | Uncaptured Seepage from Facility | Source |
|---|---|---|
| Uncontrolled seepage from tailings facility | 79 acre-feet/year | Klohn Crippen Berger Ltd. (2019b) |
| Level 0 (seepage controls for geotechnical stability) | | |
| • Dewatered (filtered) tailings<br>• Compacted structural zone<br>• Blanket drain under structural zone; finger drains | Not explicitly modeled; incorporated into Level 1 modeling | N/A |
| Level 1 | | |
| • Lined collection ditches and ponds in alluvial channels<br>• Based on professional judgement, estimated to have no greater than 80% efficiency at seepage control | 17 acre-feet per year or more | Klohn Crippen Berger Ltd. (2019b) |
| Level 2 | | |
| • Targeted grouting of fractures in foundation<br>• Pumpback wells for seepage return<br>• Based on professional judgment, estimated to have no greater than 90% efficiency at seepage control | 9 acre-feet per year or more | Klohn Crippen Berger Ltd. (2019b) |

4-RCMSER-1122

Final Environmental Impact Statement



Figure 3.7.2-7. Alternative 4 seepage controls

4-RCMSER-1123

Resolution Copper Project and Land Exchange

**Anticipated Effectiveness of Seepage Controls**

For Alternative 4 – Silver King, total seepage was estimated during the initial design phase using a one-dimensional, unsaturated flow model (Klohn Crippen Berger Ltd. 2018c). Unlike Alternatives 2 and 3, there is limited information on the hydrology and geology of the proposed Silver King tailings location and constructing a similar three-dimensional steady-state flow model is not feasible. The efficiency of seepage capture was estimated instead, based on professional judgment of the design engineers and an understanding of the potential flow pathways for seepage. Based on the professional judgement of the design engineers, it is estimated that these seepage controls would capture no more than 80 percent of seepage using Level 1 controls and no more than 90 percent of seepage using Level 2 controls (Klohn Crippen Berger Ltd. 2019b).

During operations, total seepage created by the tailings was estimated at 79 acre-feet per year (77.5 and 1.9 acre-feet per year of NPAG and PAG seepage, respectively) and lost seepage was modeled to be 17 or more acre-feet per year with Level 1 seepage controls, and 9 or more acre-feet per year with all enhanced engineered seepage controls (Level 2).

**Risk of Seepage Impacting Groundwater or Surface Water Quality**

Modeled results for groundwater and surface water impacts are reported by Gregory and Bayley (2019). The detailed results of the bypass seepage mixing/loading model were supplied as an Excel spreadsheet, and can be found in Garrett (2019d). Table 3.7.2-20 presents model results for all modeled chemical constituents in the first groundwater cell along Queen Creek (cell QC-1)[92] and the ultimate surface water cell (Queen Creek at Whitlow Ranch Dam), for model years 41, 100, and 245. This provides perspective on trends and expected conditions at the end of mining and in the long term. Table 3.7.2-20 also presents Arizona water quality standards and baseline chemistry for added perspective.

Figures M-15 through M-21 in appendix M illustrate model results for the seven constituents of concern.

Modeling results for Alternative 4 indicate the following:

- The model results rely upon the 90 percent estimated efficiency of engineered seepage controls, which is not based on technical analysis (unlike Alternatives 2, 3, 5, and 6) but on professional judgment.

- For all constituents, concentrations decrease with distance from the tailings storage facility, but increase over time.

- There are no concentrations above aquifer water quality standards for the first model cell corresponding to groundwater (cell QC-1) or subsequent downgradient cells. Note that although Gregory and Bayley (2019) report that concentrations are above groundwater standards for Alternative 4, their conclusion is based upon the interpretation of first groundwater occurring in the alluvial channels very close to the tailings storage facility. As noted above, it is not likely that groundwater actually occurs until further downgradient, near Queen Creek.

- Concentrations of selenium are above the surface water regulatory standard for the most restrictive use in model years 59 and onward for Queen Creek at Whitlow Ranch Dam (see appendix M, figure M-17), despite incorporation of engineered seepage controls estimated to capture 90 percent of total seepage. No other constituents are modeled to have concentrations above surface water regulatory standards. The model result is above the standard by a very small

---

[92] Results are included in the modeling for several washes that would receive lost seepage (Happy Camp Wash East and West, Silver King Wash, Potts Canyon), which are upgradient from cell QC-1. It is not likely that substantial groundwater exists in these alluvial channels; these modeled results are indicative of seepage itself, rather than groundwater concentrations expected in the aquifer.

4-RCMSER-1124

amount, and the uncertainty in the model does not allow a strict comparison. It can only be concluded that concentrations are expected to be near the standard.

- Sulfate and total dissolved solids are significant constituents in tailings seepage and can alter the potential use of downstream water resources, but do not have numeric standards. Over time, sulfate concentrations in groundwater closest to the tailings storage facility are expected to rise slightly above the 250 mg/L secondary standard, to 284 mg/L (see appendix M, figure M-15).

- Most constituents increase in concentration in groundwater and surface water above existing baseline conditions.

- Of all the alternatives, Alternative 4 is the only one where seepage control effectiveness was not able to be modeled; instead, this alternative relies on professional engineering judgment for the effectiveness of the seepage controls. Additional controls could be needed; the practicability of this is described in the following section.

## Practicability for Additional Seepage Controls

The amount of seepage without engineered controls is considerably less for Alternative 4, compared with the other alternatives, with only 79 acre-feet per year. The estimated loss through a full liner is about 550 acre-feet per year for a 2,300-acre facility. This estimate is specifically for a geomembrane as specified under Arizona BADCT; composite liners are able to reach better performance, but there are substantial logistical concerns about the ability to successfully install a full liner of any kind, and the terrain at Alternative 4 was specifically considered for feasibility (see Newell and Garrett (2018d) for a summary of concerns).

Unlike Alternatives 2 and 3, Alternative 4 has more ability to add further layers of seepage control during operations. For instance, there is room to install additional downstream seepage collection ponds with cut-off walls and pumpback wells, in Silver King Wash and Happy Camp Wash. The greater distance downstream to Queen Creek allows more flexibility during operations for this location, compared with Alternatives 2 and 3.

## RAMIFICATIONS FOR LONG-TERM CLOSURE

### Post-closure Water Quality, Seepage Rates, and Closure Timing

As noted under Alternative 2, the sole operational water budget component remaining after closure is seepage from the tailings storage facility.

Modeling indicates that the concentrations of constituents of concern continue to increase over time, post-closure. Post-closure seepage rates are estimated as 15.2 to 31.9 acre-feet per year (Wickham 2018).

In the alternative design, Klohn Crippen Berger Ltd. (2018c) estimated that active closure would be required for 5 years after the end of operations. During this time, reclamation of the exposed tailings would be in progress, and the need to retain stormwater in the collection ponds requires more capacity than the collection ponds can passively evaporate and may require active treatment. Once stormwater can again be released downstream, after the tailings surface has been reclaimed with a stable closure cover, the collection ponds would be able to passively evaporate collected water. The sludge of concentrated metals and salts from evaporation would eventually require cleanup and potentially off-site disposal as solid or hazardous waste; this would likely include both the accumulated solids as well as the seepage pond liner.

Resolution Copper Project and Land Exchange

**Financial Assurance for Closure and Post-closure Activities**

The regulatory framework to require financial assurance to ensure closure and post-closure activities are conducted is the same as for Alternatives 2 and 3.

## POTENTIAL IMPACTS ON IMPAIRED WATERS

As noted, in the project area Queen Creek is currently considered impaired for copper. The overall estimated current loading on this reach of Queen Creek is 0.101 kg/day. The draft TMDL for dissolved copper estimated for this reach of Queen Creek is 0.080 kg/day; this represents the total allowable amount of dissolved copper that would not result in surface water quality standards being exceeded. Note that these calculations include Resolution Copper's current permits for the West Plant Site and East Plant Site, but no discharges from a tailings facility. ADEQ has identified the need for more than a 20 percent reduction in dissolved copper loading in order for this reach of Queen Creek to not be impaired (Arizona Department of Environmental Quality 2017).

Seepage from Alternative 4 would represent an additional dissolved copper load to Queen Creek of 0.0116 kg/day during operations and 0.0217 kg/day post-closure (see Newell and Garrett (2018d) for calculations of pollutant loading from each alternative). Alternative 4 would increase the dissolved copper load in Queen Creek by 11 to 21 percent and would interfere with efforts to reduce dissolved copper loads to Queen Creek.

As with Alternatives 2 and 3, in addition to tailings seepage, an emergency release of stormwater from seepage collection ponds (a scenario discussed in detail under Alternative 6) could similarly increase the dissolved copper load in Queen Creek and would interfere with efforts to reduce dissolved copper loads to Queen Creek. Such a release has a low probability, would occur only under certain combinations of extreme storm events (300-year return period or greater) and operational upset conditions, and would be short-lived.

## PREDICTED REDUCTIONS IN ASSIMILATIVE CAPACITY

The calculated reductions in assimilative capacity are shown in Table 3.7.2-14. For Alternative 4, since concentrations for selenium were already predicted to be above the surface water quality standards, by definition no assimilative capacity remains for this pollutant.

## FURTHER ASSESSMENT WITH LOW-FLOW CONDITIONS

Similar to Alternatives 2 and 3, we analyzed how streamflow less than the median would potentially affect concentrations, as shown in table 3.7.2-21.

For Alternative 4, the results from this approach suggest that the ability to meet surface water quality standards would not change under low-flow conditions. Water quality modeling already predicts that selenium would reach concentrations greater than numeric surface water quality standards at median flow rates, and would reach these concentrations at low flow rates as well. For other metals, flows in Queen Creek have never been observed low enough to cause concern. The exceptions are copper and zinc; we estimate that flows fall low enough to lead to concern less than 1 percent of the time.

## RAMIFICATIONS ON DOWNSTREAM WATER USERS

The ramifications of seepage from the Alternative 4 tailings storage facility on surface water and groundwater supplies in Queen Valley is nearly identical to Alternative 2.

Concentrations of selenium at Whitlow Ranch Dam are above the surface water regulatory standard for the most restrictive use; as little dilution would occur between the dam and diversion of surface water for use in Queen Valley, these concentrations are reasonable estimates of water quality changes in Queen

4-RCMSER-1126

Final Environmental Impact Statement

Valley as well. With respect to selenium, the most-restrictive surface water quality standard used for comparison in table 3.7.2-20 is for warmwater aquatic and wildlife chronic exposure (0.002 mg/L). The surface water quality standards for the anticipated uses in Queen Valley (full or partial body contact, agricultural irrigation) are less restrictive (0.020 mg/L; see table N-5 in appendix N for more detail). Predicted selenium concentrations (0.0046 mg/L at Year 245) would not exceed these less-restrictive standards.

Surface water quality in the diversions in Queen Valley would be anticipated to change from current conditions due to the seepage from the Alternative 4 tailings storage facility. Surface water would exhibit increases in metals, sulfate, and dissolved solids. While these changes would occur, the concentrations of these constituents may not increase high enough to impact the actual uses of the water, such as for irrigation.

None of the anticipated concentrations at Whitlow Ranch Dam are greater than aquifer water quality standards, as shown in table 3.7.2-20. Groundwater quality in Queen Valley would be anticipated to potentially change from current conditions due to the seepage from the Alternative 4 tailings storage facility, exhibiting increases in metals, sulfate, and dissolved solids. However, such increases may not affect the actual use of the groundwater, as they do not exceed numeric aquifer water quality standards.

4-RCMSER-1127

Resolution Copper Project and Land Exchange

Table 3.7.2-20. Seepage water quality modeling results for Alternative 4 (mg/L)

| | Aquifer Water Quality Standard | Baseline Groundwater Quality (Well DS17-17*) | QC-3 Model Cell Year 41 | QC-3 Model Cell Year 100 | QC-3 Model Cell Year 245 | Surface Water Standard for Most Restrictive Use | Baseline Surface Water Quality (Whitlow Ranch Dam*) | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 41 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 100 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 245 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Constituents with Numeric Standards* | | | | | | | | | | |
| Antimony | 0.006 | 0.00021 | 0.00022 | 0.00052 | 0.00074 | 0.030 | 0.00052 | 0.00052 | 0.00068 | 0.00080 |
| Arsenic | 0.05 | 0.0013 | 0.0013 | 0.0016 | 0.0018 | 0.030 | 0.00235 | 0.0024 | 0.0025 | 0.0026 |
| Barium | 2 | 0.0261 | 0.0263 | 0.0263 | 0.0264 | 98 | 0.0350 | 0.035 | 0.035 | 0.035 |
| Beryllium | 0.004 | 0.00100 | 0.00102 | 0.00102 | 0.00104 | 0.0053 | 0.0010 | 0.0010 | 0.0010 | 0.0010 |
| Boron | – | 0.069 | 0.069 | 0.082 | 0.091 | 1 | 0.057 | 0.057 | 0.064 | 0.069 |
| Cadmium | 0.005 | 0.00004 | 0.0000 | 0.0003 | 0.0004 | 0.0051‡ | 0.00005 | 0.00005 | 0.00016 | 0.00023 |
| Chromium, Total‡ | 0.1 | 0.0019 | 0.0019 | 0.0026 | 0.0030 | 0.011 | 0.0015 | 0.0015 | 0.0019 | 0.0021 |
| Copper | – | 0.00076 | 0.003 | 0.004 | 0.006 | 0.0234‡ | 0.00230 | 0.0035 | 0.0038 | 0.0049 |
| Fluoride | 4 | 0.529 | 0.53 | 0.56 | 0.58 | 140 | 0.4 | 0.41 | 0.42 | 0.43 |
| Iron | – | 0.045 | 0.0450 | 0.0450 | 0.0450 | 1 | 0.048 | 0.048 | 0.048 | 0.048 |
| Lead | 0.05 | 0.000065 | 0.00007 | 0.00012 | 0.00015 | 0.0063‡ | 0.00008 | 0.00008 | 0.00010 | 0.00012 |
| Manganese | – | 0.0049 | 0.010 | 0.060 | 0.088 | 10 | 0.150 | 0.153 | 0.178 | 0.194 |
| Mercury | 0.002 | N/A | N/A | N/A | N/A | 0.00001 | N/A | N/A | N/A | N/A |
| Nickel | 0.1 | 0.0027 | 0.004 | 0.007 | 0.009 | 0.1343‡ | 0.0027 | 0.0031 | 0.0047 | 0.0060 |
| Nitrate | 10 | 0.39† | 0.40 | 0.40 | 0.42 | 3,733.333 | 1.90 | 1.91 | 1.91 | 1.92 |
| Nitrite | 1 | N/A | N/A | N/A | N/A | 233.333 | N/A | N/A | N/A | N/A |
| Selenium | 0.05 | 0.0009 | 0.001 | 0.006 | 0.008 | 0.002 | 0.0007 | 0.0007 | 0.0031 | 0.0046 |
| Silver | – | 0.000036 | 0.0000 | 0.0009 | 0.0014 | 0.0221 | 0.000036 | 0.00004 | 0.0005 | 0.00074 |
| Thallium | 0.002 | 0.00003 | 0.00003 | 0.00009 | 0.00012 | 0.0072 | 0.000030 | 0.00003 | 0.00006 | 0.00008 |
| Uranium | – | N/A | N/A | N/A | N/A | 2.8 | N/A | N/A | N/A | N/A |
| Zinc | – | 0.005 | 0.006 | 0.053 | 0.081 | 0.3031‡ | 0.0030 | 0.0036 | 0.0281 | 0.0428 |

4-RCMSER-1128

Final Environmental Impact Statement

| | Aquifer Water Quality Standard | Baseline Groundwater Quality (Well DS17-17') | QC-3 Model Cell Year 41 | QC-3 Model Cell Year 100 | QC-3 Model Cell Year 245 | Surface Water Standard for Most Restrictive Use | Baseline Surface Water Quality (Whitlow Ranch Dam') | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 41 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 100 | Queen Creek at Whitlow Ranch Dam Modeled Surface Water Year 245 |
|---|---|---|---|---|---|---|---|---|---|---|
| pH | – | N/A | N/A | N/A | N/A | 6.5–9.0 | N/A | N/A | N/A | N/A |
| *Constituents without Numeric Standards* | | | | | | | | | | |
| Sulfate | – | 173 | 175 | 212 | 241 | – | 136 | 137 | 156 | 172 |
| Total Dissolved Solids | – | 589 | 592 | 647 | 688 | – | 546 | 547 | 576 | 598 |

Notes: N/A= not analyzed in seepage modeling
Shaded cell and bolded text indicate concentrations above water quality standard.
Model data are not specific to total or dissolved fractions; for the purposes of comparison to surface water standards it can be assumed to apply to both.
'   Results shown represent median values from water quality measurements.
†  No available data for well DS17-17. $NO_3$-N value calculated as median of three samples collected from Bear Tank and Benson Springs between November 2014 and March 2015.
‡  Standards are hardness dependent and were calculated using lowest (most stringent) hardness value recorded for Whitlow Ranch Dam (307 mg/L $CaCO_3$ on August 25, 2017); see appendix N, table N-5, for details on how these standards were selected.
§  Standard shown for chromium is for hexavalent chromium, which is the most restrictive of the three chromium standards (total chromium, trivalent chromium, and hexavalent chromium).

**Table 3.7.2-21. Estimated low-flow values required for predicted concentrations to be greater than standards in Queen Creek, due to Alternative 4 tailings seepage**

| Constituent | Background Concentration of Queen Creek (mg/L) | Maximum Predicted Concentration in Queen Creek at Whitlow Ranch Dam (mg/L) | Median Flow Rate in Queen Creek (cfs) | Estimated Annual Load from Queen Creek (kg) | Estimated Annual Load from Seepage (kg) | Arizona Numeric Surface Water Quality Standard (mg/L) | Estimated Low Flow at Which Standard Would Be Reached (cfs) | Estimated Percent of Time Queen Creek Flow Is Below Standard-Reaching Rate* |
|---|---|---|---|---|---|---|---|---|
| Selenium | 0.0007 | 0.0046 | 1.43 | 0.89 | 4.98 | 0.002 | N/A | N/A |
| Cadmium | 0.00005 | 0.00023 | 1.43 | 0.06 | 0.23 | 0.0043 | 0.06 | N/O |
| Antimony | 0.00052 | 0.0008 | 1.43 | 0.66 | 0.36 | 0.03 | 0.01 | N/O |
| Copper | 0.0023 | 0.0049 | 1.43 | 2.94 | 3.32 | 0.0191 | 0.22 | <1 |
| Arsenic | 0.0024 | 0.0026 | 1.43 | 3.00 | 0.32 | 0.03 | 0.01 | N/O |
| Beryllium | 0.001 | 0.001 | 1.43 | 1.28 | – | 0.0053 | – | – |
| Chromium | 0.0015 | 0.0021 | 1.43 | 1.91 | 0.77 | 0.011† | 0.09 | N/O |

533

4-RCMSER-1129

Resolution Copper Project and Land Exchange

| Constituent | Background Concentration of Queen Creek (mg/L) | Maximum Predicted Concentration in Queen Creek at Whitlow Ranch Dam (mg/L) | Median Flow Rate in Queen Creek (cfs) | Estimated Annual Load from Queen Creek (kg) | Estimated Annual Load from Seepage (kg) | Arizona Numeric Surface Water Quality Standard (mg/L) | Estimated Low Flow at Which Standard Would Be Reached (cfs) | Estimated Percent of Time Queen Creek Flow is Below Standard-Reaching Rate* |
|---|---|---|---|---|---|---|---|---|
| Lead | 0.00008 | 0.00012 | 1.43 | 0.10 | 0.05 | 0.0065 | 0.01 | N/O |
| Nickel | 0.0027 | 0.006 | 1.43 | 3.45 | 4.21 | 0.1098 | 0.04 | N/O |
| Silver | 0.000036 | 0.00074 | 1.43 | 0.05 | 0.90 | 0.0147 | 0.07 | N/O |
| Thallium | 0.00003 | 0.00008 | 1.43 | 0.04 | 0.06 | 0.0072 | 0.01 | N/O |
| Zinc | 0.003 | 0.0428 | 1.43 | 3.83 | 50.79 | 0.2477 | 0.23 | <1 |

Notes:

N/A = Not applicable, as constituent already has concentrations greater than numeric standards at median flow rates.

N/O = Not observed. Flows low enough to cause concentrations greater than numeric standards have never been observed over the period of record at this gage.

-- Indicates that tailings seepage provides no or negligible load, and there is no expectation that concentrations could be greater than numeric surface water standards.

* Values in this column relate to the "Estimated Low Flow at Which Standard Would Be Reached (cfs)" column to the left. Estimated based on USGS gage 09478500, Queen Creek below Whitlow Ranch Dam, period of record from 2002 to 2020.

† Standard shown for chromium is for hexavalent chromium, which is the most restrictive of the three chromium standards (total chromium, trivalent chromium, and hexavalent chromium).

4-RCMSER-1130

### Alternative 5 – Peg Leg

POTENTIAL WATER QUALITY IMPACTS FROM TAILINGS STORAGE FACILITY

**Seepage Controls Incorporated into Design**

Alternative 5 includes the following seepage controls, similar in nature to those described for Alternative 2. A conceptual diagram of the seepage controls is shown in figure 3.7.2-8. Table 3.7.2-22 summarizes how these are expected to be applied:

- Blanket drains beneath the embankment (Level 0)
- Lined collection ditches and six seepage collection ponds (Level 1)
- A geomembrane (HDPE) over 300 acres where the initial recycled water pond would be, in order to maintain operational control of tailings deposition (Level 1)
- An engineered low-permeability layer under the entire separate PAG cell (Level 1); under Level 2 controls this would be upgraded to a full synthetic liner and additional foundation preparation to remove material down to bedrock
- A pumpback well system (Level 1)
- Use of thin-lift deposition in Year 7 once adequate room becomes available (Level 2)

**Anticipated Effectiveness of Seepage Controls**

For Alternative 5, total seepage estimates are based on an "Order of Magnitude" water balance estimated using a two-dimensional finite element model (SLIDE V7.0) (Golder Associates Inc. 2018a).

The amount of lost seepage for Alternative 5 is calculated in a different manner than other alternatives. Much of the foundation consists of a deep alluvial aquifer associated with Donnelly Wash, which results in substantial seepage losses even with engineered seepage controls built into the facility. Therefore, a downstream pumpback system is a key component of the engineered seepage controls. The amount of flow the alluvial aquifer is able to handle was estimated and a downstream pumpback well system is expected to remove enough water to maintain the aquifer at equilibrium.

During operations, total seepage created by the tailings was estimated at 3,930 acre-feet per year (2,660 and 1,270 acre-feet per year of NPAG and PAG seepage, respectively) and lost seepage was modeled to be 1,317 acre-feet per year with Level 1 seepage controls, and 261 acre-feet per year with all enhanced engineered seepage controls (Level 2).

Modeling indicates the Level 2 seepage controls would reach a seepage capture efficiency of 84 percent of the seepage. It is important to note that the pumpback well system is adjusted under Level 2 and pumpage is reduced to only what is needed to control water quality; substantial additional pumping could be undertaken if needed at this location.

4-RCMSER-1131

Resolution Copper Project and Land Exchange



Figure 3.7.2-8. Alternative 5 seepage controls

4-RCMSER-1132

**Table 3.7.2-22. Effectiveness of Alternative 5 engineered seepage controls**

| Seepage Control Levels and Components | Uncaptured Seepage from Facility | Source |
|---|---|---|
| Uncontrolled seepage from tailings facility | 3,930 acre-feet/year | Klohn Crippen Berger Ltd. (2019d) |
| **Level 0 (seepage controls for geotechnical stability)** | | |
| • Centerline cyclone sand embankment<br>• Blanket drain under embankment<br>• Separate PAG and NPAG cells | Not explicitly modeled; incorporated into Level 1 modeling | N/A |
| **Level 1** | | |
| • Lined seepage collection ditches and ponds<br>• Finger drains under facility along natural drainages<br>• 300 acres of geomembrane (HDPE) underneath recycled water pond<br>• Engineered low-permeability layer under entire PAG cell<br>• Pumpback well system to control downgradient flow | 1,317 acre-feet per year | Klohn Crippen Berger Ltd. (2019d) |
| **Level 2** | | |
| • Full synthetic liner below entire PAG cell<br>• Removal of all material above bedrock below PAG cell<br>• Thin-lift deposition to start in year 7 (requires sufficient room)<br>• Adjustment to pumpback well system, reducing pumping to just amount necessary to control water quality | 261 acre-feet per year | Kidner and Pilz (2019) and Klohn Crippen Berger Ltd. (2019d) |

**Risk of Seepage Impacting Groundwater or Surface Water Quality**

Modeled results for groundwater and surface water impacts are reported by Gregory and Bayley (2019). The detailed results of the bypass seepage mixing/loading model were supplied as an Excel spreadsheet, and can be found in Garrett (2019d). Table 3.7.2-23 presents model results for all modeled chemical constituents for cells in the first groundwater cell along Donnelly Wash (cell DW-2) and the ultimate surface water cell (Gila River below Donnelly Wash), for model years 41, 100, and 245. This provides perspective on trends and expected conditions at the end of mining and in the long term. Table 3.7.2-23 also presents Arizona water quality standards and baseline chemistry for added perspective.

Figures M-22 through M-28 in appendix M illustrate model results for the seven constituents of concern.

Modeling results for Alternative 5 indicate the following:

- Modeling estimates that engineered seepage controls can recover 84 percent of total seepage. All levels of control (Levels 0 through 2) have been applied to Alternative 5 for the purposes of estimating the effects of tailings seepage on water quality.

- For all constituents, concentrations decrease with distance from the tailings storage facility, but increase over time.

- No chemical constituent are anticipated in concentrations above groundwater or surface water standards. Nitrate is present in concentrations above aquifer water quality standards, but this is due to background nitrate concentrations and not seepage from the facility. Note also that in year 245, selenium just reaches the aquifer water quality standard but is not above it.

- Sulfate and total dissolved solids are significant constituents in tailings seepage and can alter the potential use of downstream water resources, but do not have numeric standards. Over time, sulfate concentrations in groundwater closest to the tailings storage facility are expected to rise

4-RCMSER-1133

Resolution Copper Project and Land Exchange

substantially above the 250 mg/L secondary standard to 594 mg/L (see appendix M, figure M-22).

- Most constituents increase in concentration in groundwater and surface water above existing baseline conditions.

- The practicability of adding seepage controls during operations is assessed in the following section.

**Practicability for Additional Seepage Controls**

The site-specific suite of engineered seepage controls designed for Alternative 5 is substantially more effective at controlling seepage than a fully lined facility with no other controls. The estimated loss through a full liner is about 1,400 acre-feet per year for a 5,900-acre facility (see Rowe (2012) and Newell and Garrett (2018d) for details of this estimate). This estimate is specifically for an engineered low-permeability liner as specified under Arizona BADCT; composite liners are able to reach better performance, but there are substantial logistical concerns about the ability to successfully install a full liner of any kind (see Newell and Garrett (2018d) for a summary of concerns).

Under the suite of engineered seepage controls considered (Levels 0 through 2), the entire PAG cell and about 300 acres of the NPAG facility would already use low-permeability layers which have similar permeabilities to the Arizona BADCT specifications. The comparison with a full liner illustrates the need for layered seepage controls, particularly downstream seepage collection dams and pumpback wells, to control seepage that would be generated from within the facility regardless of the foundation treatment.

Alternative 5 has substantial flexibility for adding other layers of seepage controls during operation as needed. The pumpback system for Level 2 seepage controls is not assumed to be operating at full capacity, and this would be an efficient way of increasing seepage capture as needed. The distance downstream to the Gila River offers opportunities for modified or expanded pumpback systems or physical barriers (grout curtains).

RAMIFICATIONS FOR LONG-TERM CLOSURE

**Post-closure Water Quality, Seepage Rates, and Closure Timing**

As noted under Alternative 2, the sole operational water budget component remaining after closure is seepage from the tailings storage facility.

Modeling indicates that the concentrations of constituents of concern continue to increase over time, post-closure. Post-closure seepage rates are estimated to be 261 acre-feet per year (Kidner and Pilz 2019).

In the alternative design, Kidner and Pilz (2019) estimated during closure the facility would gradually drain down. The seepage collection ponds would remain in place and passively evaporate seepage, and the seepage extraction wells downstream would remain in place to control seepage as long as necessary. This time frame is estimated from 100 to 150 years (Kidner and Pilz 2019). Once the collection ponds can be closed, the closure plans call for encapsulating the accumulated sludge in the geomembrane and backfilling with soil to grade.

A refined seepage analysis was conducted for Alternative 6 – Skunk Camp (Preferred Alternative) that provides insights into the time frames associated with long-term seepage treatment from slurry tailings facilities. Based on these estimates, draindown over time from the NPAG beach tailings would slowly decrease from over 4,000 gallons per minute at the point of mine closure, to eventually reach a steady-state of 40 to 80 gallons per minute, based solely on the amount of water allowed in by the closure cover (KCB Consultants Ltd. 2020d).

4-RCMSER-1134

The final post-closure seepage collection pond has yet to be sized, but conceptually the potential unaided evaporation from a 10-acre pond would be about 60 acre-feet per year, equal to about 220 gallons per minute. The draindown curve indicates it might take 20 to 30 years for seepage to reduce to reach this point. The refined seepage analysis confirms the rough estimate that active water management could be needed for several decades after closure.

**Financial Assurance for Closure and Post-closure Activities**

The regulatory framework under the State of Arizona to require financial assurance for long-term closure activities is the same as described for Alternative 2. However, for the tailings facility, financial assurance requirements would be required by BLM, not the Forest Service.

Like the Forest Service, BLM also has regulatory authority to require financial assurance for closure activities, contained in their surface management regulations (43 CFR Subpart 3809). BLM considers that the financial assurance must cover the estimated cost as if BLM were hiring a third-party contractor to perform reclamation of an operation after the mine has been abandoned. The financial assurance must include construction and maintenance costs for any treatment facilities necessary to meet Federal and State environmental standards.

POTENTIAL IMPACTS ON IMPAIRED WATERS

Any discharges from Alternative 5 are downstream of any impaired waters.

PREDICTED REDUCTIONS IN ASSIMILATIVE CAPACITY

The calculated reductions in assimilative capacity are shown in table 3.7.2-14. For Alternative 5, the discharge of seepage into the Gila River uses more than 20 percent of the assimilative capacity for copper and selenium.

FURTHER ASSESSMENT WITH LOW-FLOW CONDITIONS

The water quality model of potential surface water quality impacts in the Gila River from Alternative 5 tailings seepage makes use of the median flow rate in the Gila River (estimated to be 241 cubic feet per second at Donnelly Wash).[93] As noted in the methodology section, using median flow is a common method of estimating baseflow conditions, because it tends to exclude large flood events. Public comments on the DEIS suggested that these flow conditions do not consider the impact of tailings seepage during critical low-flow periods in the Gila River. In response, we assessed the potential for predicted concentrations in the Gila River to be greater than Arizona numeric surface water quality standards under low-flow conditions.

The concentration of constituents in the Gila River is a function of the load from the tailings seepage after mixing with groundwater in the Donnelly Wash aquifer, the background load in the Gila River, and the available flow in the Gila River. The approach shown in table 3.7.2-24 assumes that background concentrations in the Gila River remain constant; therefore, when flow rates drop, the background load drops as well. Meanwhile, the tailings seepage load entering the Gila River with groundwater from the Donnelly Wash alluvial aquifer remains the same but contributes a larger percentage of the total load. This leads to increases in the overall predicted concentration. At some given magnitude of streamflow,

[93] For Alternative 5, there are no stream gages on the Gila River close to Donnelly Wash. The flow rate was interpolated based on flow data from the two USGS gaging stations closest to Donnelly Wash: station 09474000, located along the Gila River approximately 14 miles upstream from Donnelly Wash at Kelvin, Arizona; and station 09475500, located at the Florence-Casa Grande Canal approximately 6 miles downstream from Donnelly Wash, near Florence, Arizona. Daily flow measurements from the two stations were used to estimate the median flow rate for the Gila River at Donnelly Wash, using a spatially weighted average based on distance from each stream gage. The period of record used was from 2003 to the end of September 2017 (Gregory and Bayley 2018c).

4-RCMSER-1135

Resolution Copper Project and Land Exchange

the flow is low enough that concentrations due to the influence of the tailings seepage load may exceed the Arizona numeric surface water quality standard. The amount of time that flow in the Gila River tends to be at or lower than this critical low-flow value provides an estimate of how often water quality problems might arise.

For Alternative 5, the results from this approach suggest that a number of metals could reach concentrations greater than numeric surface water quality standards at lower flow rates, with selenium and copper having the greatest risk. Based on flow data for the Gila River, we estimate that flows fall low enough to lead to these conditions about 28 percent of the time.

## RAMIFICATIONS ON DOWNSTREAM WATER USERS

Seepage from the Alternative 5 tailings storage facility would affect both groundwater downgradient in the Donnelly Wash alluvial aquifer, as well as surface water in the Gila River, which likely has some level of groundwater contribution from Donnelly Wash. Concerns were raised over the potential impacts to downstream water supplies, whether directly using water from the Gila River or relying on groundwater wells along the river floodplain in close connection with surface water. Specific water supplies of concern include Hayden, Kearny, Winkelman, and agricultural diversions for the San Carlos Irrigation and Drainage District.

Unlike Alternatives 2 and 4, there are no anticipated concentrations of contaminants in the Gila River due to the tailings seepage above any aquifer or surface water quality standards, as shown in table 3.7.2-23. Some dilution would be anticipated to occur downstream as well, due to contributions from other tributaries or groundwater inflows. The anticipated increases in concentrations above baseline surface water quality are relatively small, compared with the increases anticipated in Queen Creek with Alternatives 2, 3, and 4. Low-flow conditions, occurring about 28 percent of the time, would tend to increase concentrations for selenium and copper to concentrations above the most stringent surface water quality standards. Surface water quality in any diversions along the Gila River would be anticipated to change from current conditions due to the seepage from the Alternative 5 tailings storage facility, exhibiting increases in metals, sulfate, and dissolved solids. Whether such increases affect the use of the water downstream would depend on the specific use and potential dilution. Regardless, the risk of impacting downstream water users due to degraded water quality increases under low-flow conditions.

Any groundwater wells in close hydraulic connection with the Gila River would be anticipated to potentially change from current conditions due to the seepage from the Alternative 5 tailings storage facility, exhibiting increases in metals, sulfate, and dissolved solids. However, such increases may not affect the actual use of the groundwater, as they do not exceed numeric aquifer water quality standards.

4-RCMSER-1136