## Nos. 25-5185, 25-5189, 25-5197

# In The United States Court of Appeals for the Ninth Circuit

ARIZONA MINING REFORM COALITION; et al.,

*Plaintiffs-Appellants,*

v.

BROOKE L. ROLLINS, U.S. Secretary of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-00122-PHX-DWL
Hon. Dominic W. Lanza

### SUPPLEMENTAL EXCERPTS OF RECORD OF INTERVENOR-DEFENDANT-APPELLEE RESOLUTION COPPER MINING LLC
#### VOLUME 6 OF 12 (SER 1439–1718)

Christopher D. Thomas
Andrea J. Driggs
Janet M. Howe
Benjamin A. Longbottom
HOLLAND & HART LLP
2398 E. Camelback Rd, Suite
650 Phoenix, AZ 85016
(602) 507-9704
CDThomas@hollandhart.com

Michael R. Huston
 *Counsel of Record*
Diane M. Johnsen
Nicholas S. Crown
Samantha J. Burke
Addison W. Bennett
PERKINS COIE LLP
2525 E Camelback Rd, Suite 500
Phoenix, AZ 85016
(602) 351-8000
MHuston@perkinscoie.com

*Counsel for Resolution Copper Mining LLC*

SAN CARLOS APACHE TRIBE, a federally recognized Tribe,

*Plaintiff-Appellant,*

v.

UNITED STATES FOREST SERVICE,
an agency of the U.S. Department of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-0068-PHX-DWL
Hon. Dominic W. Lanza

GOUYEN BROWN LOPEZ, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:25-cv-2758-PHX-DWL
Hon. Dominic W. Lanza

Exhibit 25

2025 FEIS Volume 3

San Carlos Apache Tribe's Motion for Preliminary Injunction to Enjoin
Conveyance of Oak Flat

 

**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

Tonto National Forest                    MB-R3-12-10                    June 2025

# FINAL Environmental Impact Statement
## Resolution Copper Project and Land Exchange

Coconino, Gila, Maricopa, Pinal, Santa Cruz, and Yavapai Counties, Arizona



79905

**Volume 3**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.

**Front Cover photo captions:**

*Top:* Map of the Preferred Alternative Project location and the Tonto National Forest

*Bottom Left:* Oak Flat Federal Parcel



# Table of Contents

## Volume 1

Executive Summary ..................................................................................................................... ES-1

ES-1.  Introduction ..................................................................................................................... ES-1

ES-2.  Alternatives ..................................................................................................................... ES-11

ES-3.  Summary of Impacts ...................................................................................................... ES-23

ES-4.  FEIS Appendices ........................................................................................................... ES-30

Chapter 1. Purpose of and Need for Action ........................................................................... 1
   1.1    Introduction ............................................................................................................... 1
   1.2    Background.................................................................................................................. 9
   1.3    Purpose of and Need for Action ............................................................................... 12
   1.4    Proposed Action ......................................................................................................... 12
   1.5    Decision Framework ................................................................................................... 19
   1.6    Public Involvement .................................................................................................... 37
   1.7    Consultation ............................................................................................................... 42
   1.8    Issues ......................................................................................................................... 43
   1.9    Other Proponent-Related Activities on National Forest System Lands ..................... 47

Chapter 2. Alternatives, Including the Proposed Action ..................................................... 49
   2.1    Introduction ............................................................................................................... 49
   2.2    Alternatives Considered in Detail.............................................................................. 51
   2.3    Mitigation Common to All Action Alternatives ....................................................... 135
   2.4    Effects of the Land Exchange ................................................................................... 143
   2.5    Comparison of Alternatives ...................................................................................... 144

Chapter 3. Affected Environment and Environmental Consequences ............................... 163
   3.1    Introduction ............................................................................................................... 163
   3.2    Geology, Minerals, and Subsidence ......................................................................... 166
   3.3    Soils, Vegetation, and Reclamation .......................................................................... 206
   3.4    Noise and Vibration ................................................................................................... 273
   3.5    Transportation and Access ......................................................................................... 312
   3.6    Air Quality ................................................................................................................. 350

## Volume 2

   3.7    Water Resources ......................................................................................................... 381
   3.8    Wildlife and Special Status Wildlife Species ............................................................. 599
   3.9    Recreation ................................................................................................................... 644
   3.10  Public Health and Safety ........................................................................................... 686
   3.11  Scenic Resources ....................................................................................................... 766
   3.12  Cultural Resources ..................................................................................................... 814

Resolution Copper Project and Land Exchange

# Volume 3

3.13 Socioeconomics .................................................................................................... 839
   3.13.1 Introduction ............................................................................................... 839
   3.13.2 Analysis Methodology, Assumptions, and Uncertain and Unknown Information ........ 839
   3.13.3 Affected Environment ................................................................................. 842
   3.13.4 Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives ................................................................................................. 848
3.14 Tribal Values and Concerns .................................................................................. 867
   3.14.1 Introduction ............................................................................................... 867
   3.14.2 Analysis Methodology, Assumptions, and Uncertain and Unknown Information ........ 868
   3.14.3 Affected Environment ................................................................................. 872
   3.14.4 Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives ................................................................................................. 884
3.15 Environmental Justice .......................................................................................... 893
3.16 Livestock and Grazing .......................................................................................... 894
   3.16.1 Introduction ............................................................................................... 894
   3.16.2 Analysis Methodology, Assumptions, and Uncertain and Unknown Information ........ 895
   3.16.3 Affected Environment ................................................................................. 897
   3.16.4 Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives ................................................................................................. 902
3.17 Required Disclosures ............................................................................................. 913
   3.17.1 Short-Term Uses and Long-Term Productivity ........................................... 913
   3.17.2 Unavoidable Adverse Effects ..................................................................... 913
   3.17.3 Irreversible and Irretrievable Commitments of Resources .......................... 913
   3.17.4 Cumulative Effects ..................................................................................... 913
   3.17.5 Other Required Disclosures ........................................................................ 913

**Chapter 4. Cumulative Effects** ...................................................................................... 923
4.1 Introduction ........................................................................................................... 923
   4.1.1 Changes from the DEIS ............................................................................... 923
   4.1.2 Changes from the January 2021 Rescinded FEIS ......................................... 924
4.2 Methodology and Screening ................................................................................... 926
   4.2.1 Screening of RFFA List ............................................................................... 926
   4.2.2 Cumulative Effects Analysis ....................................................................... 927
4.3 Cumulative Effects Analysis .................................................................................. 927
   4.3.1 Cumulative Effects Analysis Areas and Impact Metrics .............................. 927
   4.3.2 Descriptions of RFFAs ................................................................................ 931
   4.3.3 Cumulative Effects Analysis by Resource ................................................... 933
   4.3.4 Further Discussion of Key Topics ................................................................ 977

**Chapter 5. Consulted Parties** ........................................................................................ 997
5.1 Introduction ........................................................................................................... 997
5.2 Notice of Intent and Scoping ................................................................................. 997
5.3 Notice of Availability and DEIS Comment Period ................................................ 997
5.4 Project Mailing List ............................................................................................... 998
5.5 Tribal Consultation (Government-to-Government) ................................................. 998
5.6 Section 106 Consultation ....................................................................................... 999
5.7 Section 7 – Endangered Species Consultation ...................................................... 1000

6-RCMSER-1443

(8 of 282), Page 8 of 282 Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 8 of 282
Case 2:21-cv-00068-DWL Document 106-3 Filed 07/14/25 Page 6 of 355

Final Environmental Impact Statement

5.8 Tonto National Forest Tribal Monitor Cultural Resources Program and Emory Oak
Restoration Studies .................................................................................................. 1000
5.8.1 Tribal Monitor Program .................................................................................. 1000
5.8.2 Emory Oak Restoration .................................................................................. 1001
5.9 Cooperating Agencies ..................................................................................................... 1002
5.10 Project Notifications to Other Federal, State, and County Agencies and Municipal
Governments .................................................................................................................. 1003
5.10.1 Federal .............................................................................................................. 1003
5.10.2 State .................................................................................................................. 1004
5.10.3 County .............................................................................................................. 1004
5.10.4 Local ................................................................................................................. 1004
5.10.5 Tribal ................................................................................................................ 1005

**Chapter 6. List of Preparers** ................................................................................................ **1007**
6.1 List of Preparers ............................................................................................................ 1007
6.1.1 Forest Service .................................................................................................. 1007
6.1.2 Third-Party NEPA Contractors ..................................................................... 1008

**Chapter 7. Literature Cited** ................................................................................................... **1011**

**Chapter 8. Glossary; Acronyms and Abbreviations** ......................................................... **1073**
8.1 Glossary .......................................................................................................................... 1073
8.2 Acronyms and Abbreviations ........................................................................................ 1077

**Chapter 9. Index** ...................................................................................................................... **1085**

**Appendix A. Section 3003 of PL 113-291**

**Appendix B. Existing Conditions of Offered Lands**

## Volume 4

**Appendix C. Clean Water Act 404(B)(1) Alternatives Analysis – Resolution Copper**

**Appendix D. Clean Water Act Section 404 Conceptual Mitigation Plan – Resolution Copper Project**

**Appendix E. Alternatives Impact Summary**

**Appendix F. Alternatives Considered but Dismissed from Detailed Analysis**

**Appendix G. Further Details of East Plant Site, West Plant Site, MARRCO Corridor, and Filter
Plant and Loadout Facility Infrastructure**

**Appendix H. Further Details of Mine Water Balance and Use**

**Appendix I. Summary of Effects of the Land Exchange**

**Appendix J. Mitigation and Monitoring Strategy**

**Appendix K. Summary of Content of Resource Analysis Process Memoranda**

## Volume 5

**Appendix L. Detailed Hydrographs Describing Impacts on Groundwater-Dependent Ecosystems**

**Appendix M. Water Quality Modeling Results for Constituents of Concern**

**Appendix N. Summary of Existing Groundwater and Surface Water Quality**

Resolution Copper Project and Land Exchange

**Appendix O.** *This appendix has been removed from the FEIS*

**Appendix P. Final Biological Opinion Completing Consultation under Section 7 of the Endangered Species Act**

**Appendix Q. Special Use Permit Applications**

## Volume 6

**Appendix R. Response to Comments Received on the DEIS**

**Appendix S. Consultation History**

**Appendix T. Proposed Forest Plan Amendment and NFMA Compliance Determination for Preferred Alternative**

**Appendix U. Supplemental Information for Section 3.14, Tribal Values and Concerns**

# Figures

Figure 3.13.2-1. Socioeconomic resource analysis area .......................................................................... 841
Figure 3.13.3-1. Total visitor spending, earnings, and direct tax receipts in Pinal County
  ($, millions). Source: Reproduced from Dean Runyan Associates (2018). ........................... 846
Figure 3.13.4-1. Comparison of projected total employment effects (direct and indirect/induced)
  during different phases of the proposed Resolution Copper Project....................................... 851
Figure 3.14.2-1. Tribal resources analysis area ...................................................................................... 870
Figure 3.14.3-1. Adjudicated Tribal boundaries .................................................................................... 878
Figure 3.16.2-1. Analysis area for evaluating existing rangeland conditions and livestock grazing
  allotments........................................................................................................................................ 896
Figure 4.1.1-1. Comparison of cumulative effects analysis process for the DEIS and FEIS.................... 925
Figure 4.3.3-1. Geology, minerals, and subsidence cumulative effects analysis area and RFFAs .......... 935
Figure 4.3.3-2. Soils and vegetation cumulative effects analysis area and RFFAs ................................. 937
Figure 4.3.3-3. Noise and vibration cumulative effects analysis area and RFFAs .................................. 941
Figure 4.3.3-4. Transportation and access cumulative effects analysis area and RFFAs ....................... 945
Figure 4.3.3-5. Air quality cumulative effects analysis area and RFFAs ................................................ 947
Figure 4.3.3-6. Groundwater quantity and groundwater-dependent ecosystems cumulative effects
  analysis area and RFFAs................................................................................................................. 949
Figure 4.3.3-7. Groundwater and surface water quality cumulative effects analysis area and RFFAs .... 951
Figure 4.3.3-8. Surface water quantity cumulative effects analysis area and RFFAs............................... 953
Figure 4.3.3-9. Wildlife cumulative effects analysis area and RFFAs .................................................... 955
Figure 4.3.3-10. Recreation cumulative effects analysis area and RFFAs .............................................. 959
Figure 4.3.3-11. Tailings and pipeline safety cumulative effects analysis area and RFFAs.................... 961
Figure 4.3.3-12. Fuels and fire management cumulative effects analysis area and RFFAs ..................... 963
Figure 4.3.3-13. Hazardous materials management cumulative effects analysis area and RFFAs........... 965
Figure 4.3.3-14. Scenic resources cumulative effects analysis area and RFFAs ..................................... 967
Figure 4.3.3-15. Cultural resources cumulative effects analysis area and RFFAs................................... 969
Figure 4.3.3-16. Socioeconomic cumulative effects analysis area and RFFAs ...................................... 971
Figure 4.3.3-17. Tribal values and concerns cumulative effects analysis area and RFFAs..................... 973
Figure 4.3.3-18. Livestock and grazing cumulative effects analysis area and RFFAs ............................ 976
Figure 4.3.4-1. Projected drawdown in the East Salt River valley in 2118 caused by cumulative
  water use, with (right) and without (left) Resolution Copper pumping................................. 985

Figure 4.3.4-2. Projected depth-to-water in the East Salt River valley in 2118 caused by cumulative
water use, with (right) and without (left) Resolution Copper pumping ................................. 986

# Tables

Table 3.13.3-1. Housing characteristics of the socioeconomic analysis area, 2014–2018 ...................... 843
Table 3.13.3-2. Average labor force, unemployment rate, and median household income in the
socioeconomic analysis area, 2014–2018 ................................................................................ 844
Table 3.13.3-3. General revenues and expenditures for Gila, Graham, Maricopa, and Pinal County
governments .............................................................................................................................. 844
Table 3.13.3-4. General revenue and expenditures for the Town of Superior .......................................... 845
Table 3.13.3-5. Activity participation in Tonto National Forest, 2016 ...................................................... 847
Table 3.13.4-1. Summary of IMPLAN labor results based on projected average annual activity from
proposed Resolution Copper Project ........................................................................................ 850
Table 3.13.4-2. Projected average annual State and local government revenues related to the
proposed Resolution Copper Project ........................................................................................ 852
Table 3.13.4-3. Total projected reduction in direct wildlife-related recreation expenditures under
each tailings alternative ............................................................................................................ 858
Table 3.13.4-4. Total projected property value reduction under each tailings alternative ....................... 859
Table 3.14.3-1. Plants within the Analysis Area ....................................................................................... 880
Table 3.16.3-1. Acreages of Forest Service livestock grazing leases by allotment ................................. 898
Table 3.16.3-2. Vegetation condition rating, Millsite Allotment, 1991–2003 .......................................... 899
Table 3.16.3-3. Soil condition in acres, Millsite Allotment ...................................................................... 899
Table 3.16.3-4. Authorized use for Superior Allotment, 2018, DNH Cattle Company ............................ 900
Table 3.16.3-5. Acreages for BLM livestock grazing leases by allotment ............................................... 900
Table 3.16.3-6. Acreages for ASLD grazing leases by allotment ............................................................ 901
Table 3.16.4-1. Livestock water sources impacted under all action alternatives ..................................... 903
Table 3.16.4-2. Reduction in available grazing by allotment and ownership – Alternative 2 ................... 905
Table 3.16.4-3. Water sources impacted under Alternative 2 ................................................................... 905
Table 3.16.4-4. Reduction in available grazing by allotment and ownership – Alternative 4 ................... 906
Table 3.16.4-5. Water sources impacted under Alternative 4 ................................................................... 907
Table 3.16.4-6. Reduction in available grazing by allotment and ownership – Alternative 5 ................... 907
Table 3.16.4-7. Reduction in available grazing by allotment and ownership – Alternative 6 ................... 908
Table 3.16.4-8. Water sources impacted under Alternative 6 ................................................................... 909
Table 4.3.1-1. Cumulative effects spatial analysis areas for cumulative effects, and preferred and
proxy impact metrics ................................................................................................................ 928
Table 4.3.2-1. Descriptions of RFFAs carried forward into cumulative effects analysis ........................ 932
Table 4.3.3-1. Physical disturbance by vegetation community within the soils and vegetation
cumulative effects analysis area ............................................................................................... 938
Table 4.3.3-2. Physical disturbance by soil type within the soils and vegetation cumulative effects
analysis area .............................................................................................................................. 938
Table 4.3.3-3. Physical disturbance within critical habitats within the soils and vegetation
cumulative effects analysis area ............................................................................................... 940
Table 4.3.3-4. Rationale for overlap of transportation from RFFAs with Resolution Copper Project
transportation routes for those RFFAs affecting transportation or access .............................. 942
Table 4.3.3-5. Increase in annual regional emissions of particulate matter from Resolution Copper
Project and RFFAs .................................................................................................................... 948

Resolution Copper Project and Land Exchange

Table 4.3.3-6. Physical disturbance by vegetation community within the wildlife cumulative effects analysis area .................................................................................................................. 956
Table 4.3.3-7. Physical disturbance to critical habitats within the wildlife cumulative effects analysis area .................................................................................................................. 957
Table 4.3.3-8. Rationale for overlap of hazardous materials from RFFAs with Resolution Copper Project hazardous materials transportation routes ................................................. 964
Table 4.3.4-1. Results of assessment of future meteorological trends for mine site groundwater model .......................................................................................................................... 992
Table 5.3-1. DEIS public meeting locations, dates, and attendance numbers ......................... 997
Table 6.1.1-1. Forest Service personnel participating in the EIS........................................ 1007
Table 6.1.2-1. Third-party NEPA contractor personnel participating in the EIS................... 1008

6-RCMSER-1447

(12 of 282), Page 12 of 282 Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 12 of 282
Case 2:21-cv-00068-DWL   Document 106-3   Filed 07/14/25   Page 10 of 355

Final Environmental Impact Statement

## 3.13   Socioeconomics

### 3.13.1   Introduction

The analysis for social and economic concerns includes a discussion of current social and economic data relevant to the proposed project, including population, housing, financial resources, facilities and services, and quality of life. These elements are considered to help analyze potential impacts from the proposed project and alternatives to social and/or economic conditions. Further detail regarding the social and economic information is provided in "Socioeconomic Effects Technical Report: Resolution Copper Mine Environmental Impact Statement" (BBC Research and Consulting 2020). Potential socioeconomic impacts analyzed in this section include employment, earnings, state and local

> **Overview**
>
> Large mines can be a boon to local economies through the influx of employees, spending on products and services, and increased tax revenue. These same increases can also stress basic services like hospitals, water and sewer systems, local housing stock, and roads and infrastructure. A large mine (or tailings facility) can also fundamentally change the quality of life of the surrounding communities, affect property values, and affect other industries, such as tourism and recreation. Historically, mining in Arizona has followed a "boom and bust" cycle, which potentially leads to great economic uncertainty.

government revenue, demands for public services, risk of a mining boom/bust cycle, tourism, social impacts, and property values.

#### 3.13.1.1   Changes from the DEIS

The analysis of social and economic effects has been updated and revised in response to recent information and comments concerning the DEIS. The analysis incorporates the most recent projections of future labor and non-labor requirements from Resolution Copper and updates to local tax rates and other local information. The analysis presents a revised discussion regarding fiscal effects on the Town of Superior based on discussions between the Town and the Forest Service following the DEIS. This section, and the socioeconomic effects technical report, also present expanded analysis and discussions regarding potential "boom-bust cycle" effects and other potential social impacts on local communities, and effects on nature-based amenities and tourism-related economic activity. The expanded analysis also includes potential economic effects from water supply disruptions and projected economic impacts from changes in the availability of public grazing land.

#### 3.13.1.2   Changes from the January 2021 Rescinded FEIS

For the socioeconomic section, the only changes since January 2021 are (1) revisions to the cumulative effects analysis based on updates to the list of potentially reasonably foreseeable actions and (2) an update to reflect the analysis of consistency with the new "Tonto National Forest Land Management Plan," implemented in December 2023.

### 3.13.2   Analysis Methodology, Assumptions, and Uncertain and Unknown Information

#### 3.13.2.1   Analysis Area

The socioeconomic analysis focused primarily on the region informally known as the "Copper Triangle," which encompasses the location of the proposed mine, and most closely examined potential effects in the town of Superior, which is the closest community. Other communities within the Copper Triangle include the Queen Valley census designated place (CDP), Cutter CDP, city of Globe, town of Hayden, town of Kearny, town of Miami, San Carlos CDP, Bylas CDP, Peridot CDP, Top-of-the-World CDP, and town of

Winkelman. Whereas most of the Copper Triangle is located in Pinal and Gila Counties, Maricopa County was also included in the socioeconomic analysis because a substantial portion of the workforce for the proposed mine would be expected to commute from the Phoenix Metropolitan Area. Pima County is farther from the proposed mine and unlikely to be substantially affected by construction or operations but was included in the regional economic impact analysis (see section 3.13.4) based on information indicating that suppliers in Pima County would likely provide goods and services to support mining activity.

### 3.13.2.2    Analysis Methodology

Information regarding the social and economic affected environment was obtained from various sources, including the following: the U.S. Census Bureau; the State of Arizona; Impact Analysis for Planning (IMPLAN) data files;[125] Gila, Graham, Maricopa, Pima, and Pinal Counties; and the Town of Superior. Information on the potential social and economic effects of the proposed alternatives was based primarily on IMPLAN economic input-output analysis. This modeling incorporated the proposed GPO provided by Resolution Copper, current tax rates and tax policies of the relevant jurisdictions, interviews with local information sources, and information provided by the AGFD. The temporal bounds of analysis for socioeconomic resources is the three phases of activity associated with the mine: construction, operations, and closure/reclamation. The spatial analysis area for socioeconomics includes the communities most likely to be affected by the proposed project (figure 3.13.2-1).

Potential effects on local property values from proximity to the proposed tailings facility alternatives were evaluated based on previous published studies, including a quantitative analysis of impacts on property values in Green Valley, Arizona (near an existing mine). Estimated percentage changes in value were based on the proximity of residential properties to the proposed tailings locations using GIS analysis. These changes likely reflect a combination of factors including noise, dust, visual impacts, traffic, and other considerations. Possible effects from water supply disruption, including changes in quality and quantity of groundwater supplies, were evaluated qualitatively.

The potential risks to the proposed mine due to fluctuations in the price of copper, and the corresponding risk of temporary (or longer-term) closure due to market forces, were evaluated based on the mine's projected variable costs of production and anticipated productivity. Sensitivity analysis was conducted in regard to likely ranges of future prices and potential differences in future production relative to current expectations.

Where the mine's workforce would reside is an important element in the social and economic effects analysis. Projections were developed based on analyses of current commuting patterns in the area, the characteristics of the local labor force, the residence choices of current Resolution Copper employees, and the availability of housing in Superior and nearby areas.

The future price of copper over the projected life of the proposed mine is unknown, as well. Both of these issues are evaluated in detail in BBC Research and Consulting (2020), which also provides a more extensive description of the methods used in the social and economic effects analysis.

---

[125] IMPLAN is a widely used economic model and is used to quantify the direct and indirect economic effects of a project.

Final Environmental Impact Statement



Figure 3.13.2-1. Socioeconomic resource analysis area

841

6-RCMSER-1450

Resolution Copper Project and Land Exchange

## 3.13.3    Affected Environment

One of the planning principles in the National Forest Management Act is "responsiveness to changing conditions in the land and changing social and economic demands of the American people" (U.S. Forest Service 1985b). Forest Service guidelines for socioeconomic analyses are outlined in the Forest Service "Economic and Social Analysis Handbook" (U.S. Forest Service 1985a). The handbook provides guidelines for evaluating socioeconomic impacts that may result from policy, program, plan, or project decisions on NFS lands. FSM 1970 directs how economic and social analyses should be conducted to aid Forest Service decision-making.

### 3.13.3.1    Relevant Laws, Regulations, Policies, and Plans

A complete listing and brief description of the legal authorities, reference documents, and agency guidance applicable to socioeconomics may be reviewed in Newell (2018f).

---

### Primary Legal Authorities and Technical Guidance Relevant to the Socioeconomics Effects Analysis

- National Forest Management Act
- "Tonto National Forest Land and Resource Management Plan"
- Forest Service Economic and Social Analysis Handbook (FSH 1909.17)
- Chapter 1970, Social and Economic Evaluation (FSM 1970.1)

---

### 3.13.3.2    Existing Conditions and Ongoing Trends

#### *Demographic and Socioeconomic Characteristics*

**Population.** The population of the state of Arizona was approximately 7.3 million in 2019. In 2019, the counties closest to the proposed mine site (Pinal, Graham, and Gila Counties) had estimated populations of 462,789 (Pinal), 38,837 (Graham), and 54,018 (Gila). Between 2000 and 2019, Pinal County's population grew at an average annual rate of 8.3 percent, compared with a rate of 0.3 percent in Gila County and 0.8 percent in Graham County. The population of Maricopa County, which lies approximately 60 miles west of the town of Superior, was 4.5 million in 2019 and grew at an average annual rate of 2.4 percent between 2000 and 2019.

The town of Superior had an estimated 3,178 residents in 2019, which represents an increase of 341 residents since 2010 (12.0 percent growth), but a decline of 76 residents since 2000 (2.3 percent reduction). In total, the Copper Triangle had approximately 50,000 residents in 2016.

**Housing.** The characteristics of the housing stock in the analysis area are shown in table 3.13.3-1. Maricopa County had the largest housing stock in the socioeconomic analysis area (an average of 1.7 million housing units between 2014 and 2018). Of the remaining counties, Pinal County had the second largest housing stock (171,368 housing units), followed by Gila County (33,411 housing units), and Graham County (13,416 housing units). The town of Superior had an average housing stock of 1,631 units between 2014 and 2018.

Between 2014 and 2018, there was an average of 198,390 vacant housing units in Maricopa County, compared with 34,082 in Pinal County, 11,703 in Gila County, and 2,634 in Graham County. The town of Superior had an average of 413 vacant housing units during this time. The vacancy rate in Superior (25.3 percent) was about 10 percentage points higher than the average vacancy rate across Arizona

---

Final Environmental Impact Statement

(15.0 percent). Maricopa County had the highest median home values between 2014 and 2018 ($242,700), followed by Pinal County ($169,800) and Gila County ($157,600). Of the cities and towns in the socioeconomic analysis area, Globe had the highest median home values between 2014 and 2018 ($129,500), followed by Kearny ($91,400) and Superior ($79,400). Peridot had the lowest median home values between 2014 and 2018 ($22,800), followed by Bylas ($28,600).

Table 3.13.3-1. Housing characteristics of the socioeconomic analysis area, 2014–2018

| Area | Average Housing Stock | Change in Housing Stock (%)* | Average Vacant Units | Average Vacancy Rate (%) |
|------|------|------|------|------|
| Gila County | 33,411 | 18.5 | 11,703 | 35.0 |
| Cutter | 8 | – | 8 | 100.0 |
| Globe | 3,452 | 8.8 | 618 | 17.9 |
| Hayden | 325 | -2.7 | 130 | 40.0 |
| Miami | 1,144 | 23.0 | 355 | 31.0 |
| San Carlos | 1,140 | 14.7 | 153 | 13.4 |
| Graham County | 13,416 | 17.4 | 2,634 | 19.6 |
| Bylas | 451 | – | 72 | 16.0 |
| Peridot | 361 | 4.3 | 64 | 17.7 |
| Maricopa County | 1,719,157 | 37.5 | 198,390 | 11.5 |
| Pinal County | 171,368 | 111.2 | 34,082 | 19.9 |
| Kearny | 957 | 9.6 | 207 | 21.6 |
| Superior | 1,631 | 11.0 | 413 | 25.3 |
| Top-of-the-World | 142 | −22.8 | 0 | 0.0 |
| Winkelman | 127 | −34.5 | 22 | 17.3 |
| *Arizona* | *2,970,935* | *35.7* | *446,635* | *15.0* |

Sources: U.S. Census Bureau (2000); U.S. Census Bureau American Community Survey 5-year estimates, 2014 to 2018 (U.S. Census Bureau 2015b)
* Percentage change was calculated with data from the 2000 U.S. Census and the American Community Survey 5-year estimates from 2014 to 2018. Information on the housing stocks of Cutter and Bylas was not available for the year 2000.

**Employment.** In 2018, there were approximately 2.7 million jobs in Maricopa County, compared with 99,749 jobs in Pinal County, 21,169 jobs in Gila County, and 12,526 jobs in Graham County. The retail trade sector was the largest single source of private employment in all four counties. While the mining industry is not among the largest employers in the socioeconomic analysis area, the industry still employed more than 10,000 people across all four counties in 2018. In percentage terms, Pinal County saw the largest change in total employment between 2001 and 2018 (approximately 83 percent), followed by Maricopa County (42 percent), Graham County (29 percent), and Gila County (6 percent).

**Labor force, unemployment, and income characteristics.** The labor force in each county, city, and town in the socioeconomic analysis area is shown for the period from 2014 to 2018 in table 3.13.3-2. Between 2014 and 2018, there was an average of approximately 2.1 million workers in Maricopa County, compared with 163,079 workers in Pinal County, 20,214 workers in Gila County, and 14,166 workers in Graham County. Between 2014 and 2018, the average unemployment rate was 10.2 percent in Gila County, 9.4 percent in Graham County, 5.5 percent in Maricopa County, and 7.8 percent in Pinal County. The average unemployment rate in the town of Superior was 9.3 percent during this time. Between 2014 and 2018, the median household income in Graham County was $51,352, compared with $61,606 in Maricopa County. During the same period, the median household income in Pinal County was $55,550.

6-RCMSER-1452

Resolution Copper Project and Land Exchange

In Gila County, the median household income was $42,092. The town of Superior had a median household income of approximately $30,395 between 2014 and 2018.

**Table 3.13.3-2. Average labor force, unemployment rate, and median household income in the socioeconomic analysis area, 2014–2018**

| Area | Labor Force | Unemployment Rate (%) | Median Household Income |
|---|---|---|---|
| Gila County | 20,214 | 10.2 | $42,092 |
| Cutter | 0 | – | – |
| Globe | 3,509 | 10.3 | $47,086 |
| Hayden | 176 | 14.8 | $38,828 |
| Miami | 839 | 9.4 | $26,639 |
| San Carlos | 1,337 | 33.4 | $23,456 |
| Graham County | 14,166 | 9.4 | $51,352 |
| Bylas | 612 | 38.7 | $26,103 |
| Peridot | 566 | 39.9 | $33,125 |
| Maricopa County | 2,121,295 | 5.5 | $61,606 |
| Pinal County | 163,079 | 7.8 | $55,550 |
| Kearny | 883 | 9.3 | $54,875 |
| Superior | 1,220 | 9.3 | $30,395 |
| Top-of-the-World | 188 | 31.4 | $73,029 |
| Winkelman | 83 | 13.3 | $38,661 |
| *Arizona* | *3,256,192* | *6.5* | *$56,213* |

Source: U.S. Census Bureau (2015a)

**County taxes, revenues, and public expenditures.** Table 3.13.3-3 shows the sources of revenue for Gila, Graham, Maricopa, and Pinal County governments for the most recent fiscal years for which data are available. Taxes, including property, income, sales, and vehicle license taxes, accounted for 56.2 percent of Gila County's tax revenues in fiscal year (FY) 2018, compared with 49.2 percent in Graham County in FY 2019, 38.2 percent in Maricopa County in FY 2019, and 63.0 percent in Pinal County in FY 2019. Grants, including unrestricted and operating grants, and other sources of revenue were other primary contributors of county government tax revenues. General government expenses; public safety; highways and streets; and health, welfare, and sanitation were the primary categories of expenditures in all four counties.

**Table 3.13.3-3. General revenues and expenditures for Gila, Graham, Maricopa, and Pinal County governments**

| | FY 2014 Gila County (%) | FY 2014 Graham County (%) | FY 2015 Maricopa County (%) | FY 2015 Pinal County (%) |
|---|---|---|---|---|
| **General Revenues** | | | | |
| Taxes | 56.2 | 49.2 | 38.2 | 63.0 |
| Intergovernmental | 0.0 | 0.0 | 33.6 | 0.0 |
| Charges for services | 5.1 | 11.7 | 12.0 | 12.5 |
| Grants | 28.7 | 34.7 | 13.6 | 21.3 |
| Other | 10.0 | 4.4 | 2.7 | 3.3 |

| | FY 2014<br>Gila County (%) | FY 2014<br>Graham County (%) | FY 2015<br>Maricopa County (%) | FY 2015<br>Pinal County (%) |
|---|---|---|---|---|
| Total (Millions, $) | $60.0 | $33.5 | $2,272.6 | $304.8 |
| **General Expenditures** | | | | |
| General government | 38.0 | 18.3 | 9.7 | 19.3 |
| Public safety | 31.0 | 38.6 | 52.6 | 45.4 |
| Highway and streets | 9.9 | 15.9 | 5.2 | 14.7 |
| Health, welfare, and sanitation | 14.4 | 14.0 | 28.1 | 15.0 |
| Culture and recreation | 2.0 | 2.3 | 2.7 | 0.8 |
| Education | 4.3 | 6.8 | 1.4 | 2.5 |
| Interest | 0.4 | 4.0 | 0.3 | 2.0 |
| Total (Millions, $) | $66.2 | $28.0 | $1,867.8 | $268.2 |

Sources: Arizona Auditor General (2017a, 2017b); Maricopa County (2017); Pinal County (2016)

Note: Tax revenues include property, income, sales, and vehicle license taxes.

**Town of Superior taxes, revenues, and public expenditures.** Table 3.13.3-4 shows the sources of revenue for the Town of Superior government during FY 2019 (July 1, 2018–June 30, 2019). During that time, the Town of Superior received approximately $3.9 million in revenue. The largest share of revenue collected came from local taxes (35.9 percent). The largest expenditures made were for public safety, which accounted for 36.4 percent of the Town's expenditures.

**Table 3.13.3-4. General revenue and expenditures for the Town of Superior**

| General Revenues | Percentage of Total | General Expenditures | Percentage of Total |
|---|---|---|---|
| Taxes | 35.9 | General government | 24.7 |
| Intergovernmental | 22.2 | Public safety | 36.4 |
| Charges for services | 8.3 | Highways and streets | 25.9 |
| Grants | 33.4 | Culture and recreation | 8.1 |
| Other | 0.1 | Other | 4.9 |
| Total (Millions, $) | $3.9 | Total (Millions, $) | $3.2 |

Source: HintonBurdick CPAs and Advisors (2017)

## Public Facilities and Services

**Transportation and road maintenance.** The town of Superior can be accessed by road via U.S. 60, which is a major east-west transportation route through the region, and SR 177, which is a north-south route that runs between Superior and the town of Winkelman. Superior also has 25.6 miles of local streets that connect the town's different neighborhoods. A 2009 study commissioned by ADOT found that the 16-mile stretch of U.S. 60 between Superior and Miami/Globe was operating at capacity and expected the level of service to decline over time unless improvements were made to accommodate future demand (Logan Simpson Design Inc. 2009). A 2016 assessment of Superior's roads found that of the 25.6 miles of roads maintained by the Town of Superior, 17 miles were in poor or serious condition (Arizona Department of Transportation 2016). Estimates suggest it would cost the Town of Superior $1.25 million to repair all the roads in need of improvements.

**Utility services.** The Town of Superior contracts with the Arizona Water Company to supply the Town of Superior's municipal water. Arizona Water Company supplies Superior with municipal drinking water from Arizona Water Company's groundwater resources located near Florence Junction. Arizona Water

6-RCMSER-1454

Resolution Copper Project and Land Exchange

Company recently petitioned the Arizona Corporation Commission to raise water rates in the town of Superior, citing the need to raise revenue to cover investments in infrastructure as well as increasing operating and maintenance expenses. The Town of Superior provides sewer and wastewater treatment services for its residents. A recent study of the Town of Superior's wastewater treatment plant, originally built in 1974, found several inadequacies and noted that the plant may not meet State inspection standards (Duthie Government Advisors 2016). The Town of Superior has recently received a grant from the USDA to upgrade the wastewater treatment system (Jeavons 2018). Electricity is provided by APS.

**Emergency and medical services.** The Town of Superior funds and operates both fire and police departments. According to conversations with the Town of Superior's Fire Chief, the fire department has six full-time staff and 24 reserve staff that are paid on a per-call basis. The fire department has two type-1 engines, which are used for structure fires, one 1,800-gallon water tender, a type-6 brush truck used for fighting wildfires, and two rescue vehicles. The Town of Superior's police department has nine full-time officers, seven reserve officers, and one office manager that serve Superior's population.

### Travel and Tourism

In Pinal County, tourists and visitors spent a total of $208 million in 1998, but by 2017, visitor spending had grown to $617 million, an increase of 197 percent (figure 3.13.3-1). During this same period, visitor spending grew by 87 percent across the state of Arizona, while visitor spending growth in Gila and Maricopa Counties amounted to 49 and 99 percent, respectively. The growth in visitor spending has been supported by an increase of out-of-state air travel arrivals in Arizona, which have increased by 5.5 percent per year since 2014 (Dean Runyan Associates 2018). The growth in visitor spending helped businesses in Pinal County earn $184.6 million from visitor spending in 2017, compared with $53.7 million in 1998. Visitor spending in the county also supports county and local governments by generating tax revenues. Estimates from Dean Runyan Associates (2017) show that visitor spending generated approximately $58.6 million in tax revenue in Pinal County in 2017, which is more than a 200 percent increase from the tax revenue generated from visitor spending in 1998. Overall, visitor spending supports an estimated 7,090 jobs in Pinal County (Dean Runyan Associates 2017). As a result, changes in visitation numbers or visitor spending in the county could have effects on the county's economy.



**Figure 3.13.3-1. Total visitor spending, earnings, and direct tax receipts in Pinal County ($, millions). Source: Reproduced from Dean Runyan Associates (2018).**

The tourism economy of the Copper Triangle, which includes Pinal and Gila Counties as well as the town of Superior, is dependent on natural amenities to draw visitors to the area. The southern portion of the Tonto National Forest includes areas around the town of Superior. Table 3.13.3-5 shows the primary activities of visitors to the Tonto National Forest.

**Table 3.13.3-5. Activity participation in Tonto National Forest, 2016**

| Activity | % Participation | % Main Activity |
|---|---|---|
| Hiking/walking | 29.3 | 15.3 |
| Viewing wildlife | 25.1 | 1.2 |
| Relaxing | 22.6 | 5.3 |
| Viewing natural features | 22.2 | 5.7 |
| Fishing | 17.9 | 11.8 |
| Non-motorized water | 14.9 | 13.6 |
| Some other activity | 14.5 | 10.9 |
| Motorized water activities | 12.5 | 8.5 |
| Other non-motorized | 11.1 | 6.7 |
| Driving for pleasure | 10.5 | 3.3 |
| Developed camping | 7.9 | 2.9 |
| Picnicking | 7.7 | 2.5 |
| OHV use | 7.5 | 5.8 |
| Nature study | 5.9 | 0 |
| Primitive camping | 4.1 | 1.1 |

Source: U.S. Forest Service (2016e)

In 2016, approximately 2,580,000 people visited Tonto National Forest to participate in recreation activities (U.S. Forest Service 2016e). Visitors to the Tonto National Forest spent an average of $115 per party per day on an average trip lasting approximately 4 days, but the economic impact depends on the activity that visitors participate in, whether they are local or non-local, and whether the trip is a day trip or an overnight trip (U.S. Forest Service 2016e).

On average, visitors participating in motorized activities like off-roading have the highest expenditures of nature-based tourists to National Forests. Their average expenditures per-party per trip in forests like Tonto National Forest range from a low of $63 for local day trips to more than $208 for non-local overnight trips. Expenditures from visitors participating in other activities such as hunting, fishing, and hiking range from lows of $26 for local day trips for hiking to more than $313 for non-local overnight trips to view wildlife. In total, recreational visitors to Tonto National Forest spend approximately $63.4 million per year in surrounding communities, generating $24.7 million in direct and indirect labor income, which sustains an annual average of approximately 760 jobs (U.S. Forest Service 2016c).

In addition to the travel, tourism, and recreation that occur on the Tonto National Forest, there is significant recreational activity—particularly OHV use and wildlife viewing—on land managed by the State of Arizona and the BLM. The Tonto National Forest is also one of the most heavily used National Forests for motorized recreation (Arizona Game and Fish Department 2018d). In Pinal County, OHV recreationists and tourists spend approximately $192 million per year within the county. Based on the only available data (from 2003), updated for inflation, the total spending within Pinal County supports an estimated 1,561 jobs, paying total annual wages of $34 million (Silberman n.d. [2003]). In Pinal County,

wildlife viewing contributes approximately $89.5 million annually to the county's economy (Arizona Game and Fish Department 2018d).

## 3.13.4 Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives

### 3.13.4.1 Alternative 1 – No Action Alternative

Under the no action alternative, the mine would not be developed, and existing socioeconomic conditions and trends would continue, as described in the "Affected Environment" part of this resource section.

### 3.13.4.2 Direct and Indirect Effects Common to All Action Alternatives

#### Effects of the Land Exchange

The land exchange would have limited effects on socioeconomics. The Oak Flat Federal Parcel would leave Federal jurisdiction and would result in a reduction of wildlife-related recreation spending and expenditures by visitors to the Oak Flat campground, although the exact amount lost from visitors to Oak Flat has not been quantified. Another expected effect on socioeconomics could stem from slight changes in the tax base, but overall this would be limited. The admission of eight new parcels into Federal jurisdiction may increase recreational spending in those areas; however, it is likely to result in minimal overall effects. One of the planning principles in the National Forest Management Act is "responsiveness to changing conditions in the land and changing social and economic demands of the American people" (U.S. Forest Service 1985b). As such, the offered lands parcels entering NFS jurisdiction would then be managed under those principles.

#### Effects of Forest Plan Amendment

No components of the 2023 forest plan that directly relate to socioeconomics require amendment.

#### Effects of Compensatory Mitigation Lands

While some labor and equipment costs would be associated with the activities to take place on the compensatory mitigation lands, any socioeconomic effect would be short-lived and relatively small, based on the amount of earth-moving and vegetation restoration that would take place.

#### Effects of Recreation Mitigation Lands

The recreation mitigation lands are anticipated to positively affect socioeconomics. The planned trail system would benefit the local economy via long-term sustainable recreation and ecotourism. The recreation mitigation lands boast a diverse range of scenic terrain within a relatively small area and have the potential to become a popular destination for the growing number of outdoor recreation enthusiasts from the Phoenix metropolitan area.

#### Summary of Applicant-Committed Environmental Protection Measures

Resolution Copper has entered into a number of agreements that would result in socioeconomic benefits within the analysis area. These are included here, and their effects are accounted for in the analysis of environmental consequences.

- In February 2019, Resolution Copper entered into an Entrepreneurship and Innovation Center Gift Agreement with the Town of Superior, to fund a number of programs meant to diversify the economic base of the community.

- In February 2019, Resolution Copper entered into a Multigenerational Center Development Gift Agreement with the Town of Superior, to help fund the final studies, design, and construction of a multigenerational center. The goal of the center is to improve the overall quality of life for Superior residents, local employers, and their employees, expand the quality of life amenities and services that are essential to retraining and attracting residents and employers, allow for consolidation of Town services and decrease the overall administrative burden of the Town, and further develop public, private, civic, and educational sectors of the community.

- In February 2019, Resolution Copper entered into an Education Funding Agreement with the Superior Unified School District, dedicating funding to a number of classroom enhancements and educational programs over the next 4 years.

- In February 2019, Resolution Copper entered into a Park Improvement Agreement with the Town of Superior, to fund improvements to the U.S. 60 Caboose Park.

- In March 2016, Resolution Copper entered into an Emergency Response Services agreement with the Town of Superior, to fund the provision of fire and other emergency services to the mine facilities by the Town.

- Resolution Copper has committed at a corporate level to hiring qualified candidates locally, and will track progress by employee proximity to the mine.

- Resolution Copper has committed at a corporate level to using local suppliers and services wherever possible.

### Socioeconomic Impacts

Most of the direct and indirect effects are based on the proposed mine plan, including employment, earnings, output, and fiscal impacts, and do not differ in nature or magnitude between the action alternatives. Two indirect effects (effects on the tourism economy and property values) are similar in nature between alternatives but differ in magnitude. For those, the differences between each action alternative are summarized in the table 3.13.4-4 and table 3.13.4-5, later in this section.

**Impact on employment, earnings, and value added.** Table 3.13.4-1 summarizes the annual average economic and fiscal effects of the proposed mine based on projected employment and purchases of goods and services over the life of the mine. On average, the mine is projected to directly employ 1,434 workers, pay about $149 million per year in total employee compensation, and purchase about $490 million per year in goods and services (not shown in table 3.13.4-1). The IMPLAN results indicate that the proposed mine would create substantial "multiplier" effects (technically known as indirect and induced economic effects) in Arizona, supporting almost 2,200 indirect and induced jobs and about $130 million per year in indirect and induced labor income. Including direct and multiplier effects, the proposed mine is projected to increase average annual economic value added in Arizona by about $1.2 billion (not shown in table 3.13.4-1). However, most of the multiplier effects would occur outside the "Copper Triangle." While nearly all of the direct mine employment is expected to be based in the ZIP Code encompassing Superior, only 14 percent of the multiplier effects are projected to occur within that ZIP Code. About 11 percent of the multiplier effects are projected to occur in other parts of Pinal County, about 13 percent in Gila County, and about 6 percent in Pima County. The majority of the multiplier effects are projected to occur in Maricopa County (56 percent).

Resolution Copper Project and Land Exchange

**Table 3.13.4-1. Summary of IMPLAN labor results based on projected average annual activity from proposed Resolution Copper Project**

| Geographic Area | Employment | Labor Income |
|---|---|---|
| **Superior (ZIP Code 85173)** | | |
| Direct Effect | 1,434 | $148,862,798 |
| Indirect Effect | 109 | $4,303,597 |
| Induced Effect | 191 | $5,110,938 |
| *Total Effect, Superior* | *1,734* | *$158,277,333* |
| **Remainder of Copper Triangle** *(Indirect and Induced Effects Only)* | | |
| Other Pinal County areas | 95 | $3,244,360 |
| Gila County areas | 271 | $9,910,537 |
| Graham County areas | 0 | $0 |
| *Total Effect, Remainder of Copper Triangle* | *366* | *$13,154,897* |
| **Outside of Copper Triangle** *(Indirect and Induced Effects Only)* | | |
| Pinal County (remainder) | 129 | $6,990,981 |
| Gila County (remainder) | 0 | $0 |
| Graham County (remainder) | 0 | $0 |
| Maricopa County | 1,163 | $93,994,934 |
| Pima County | 114 | $7,431,631 |
| *Total Effect, Outside of Copper Triangle* | *1,405* | *$108,417,545* |
| **Total Regional Effects** | | |
| Direct Effect | 1,434 | $148,862,717 |
| Indirect Effect | 1,078 | $89,291,018 |
| Induced Effect | 994 | $41,696,040 |
| *Total Effect, Regional* | *3,506* | *$279,849,775* |

Note: Rounded to nearest whole number

Projected employment and procurement activity associated with the proposed mine is anticipated to vary over the life of the project. The largest direct employment at the proposed mine is projected to occur during the approximately 40-year period of production (potentially 2031–2071). The smallest direct employment levels, and the lowest spending on goods and services, are projected to occur during the closure and reclamation period (potentially 2072–2073), as shown in figure 3.13.4-1.

6-RCMSER-1459

Final Environmental Impact Statement



**Figure 3.13.4-1. Comparison of projected total employment effects (direct and indirect/induced) during different phases of the proposed Resolution Copper Project**

Where the mine's employees would live is important in evaluating impacts on Superior and the Copper Triangle area in terms of demographics, demands for public services, and other social and economic effects. Based on current commuting patterns and the residence choices of the mine's employees to date, it appears likely that approximately 25 percent of the workforce would seek to live in or near Superior, and about 10 percent would choose to live in or near other communities within the Copper Triangle. The remainder would likely commute primarily from eastern portions of Maricopa County.

During the first few years, the actual number of mine-related employees who would live in Superior is likely to be constrained by the size and condition of the town's available housing supply and the availability of local services. While an estimated 433 of the new workers projected to result from the proposed mine might prefer to live nearby, given current conditions in Superior, it is more likely that these new workers would absorb about one-half of the available, move-in-ready housing stock during the early years of mine construction and operations. This implies about 160 new households would move to Superior in the relatively near term. Additional housing demand from mine-related workers is likely to provide upward pressure currently on home prices in Superior (which are currently very low), and could create affordability challenges for some existing Superior residents.

**Projected fiscal effects.** Operation of the proposed mine would produce both direct revenues to state and local governments (paid by Resolution Copper) and secondary revenues for those governments (which would be paid by employees and vendors). While there are numerous minor government revenues that would be generated by operation of the proposed mine, more than 95 percent of the revenues that would accrue to the State of Arizona and the most affected local governments (those within Pinal and Gila Counties) would stem from six revenue sources—some of which would produce revenues for both the State government and local governments:

- Resolution Copper property taxes (property taxes on the mine itself, paid to Pinal County and other local taxing entities)

---

851

Resolution Copper Project and Land Exchange

- Resolution Copper severance taxes (paid to the State of Arizona, with a portion shared to local governments based on population)

- Resolution Copper corporate income taxes (paid to the State of Arizona, with a portion shared to cities based on population through Urban Revenue Sharing Fund)

- Transaction privilege taxes (sales taxes paid to local governments and the State of Arizona, with a portion of the State revenues shared to local governments based on population)

- Employee income taxes (paid to the State of Arizona, with a portion shared to cities based on population through Urban Revenue Sharing Fund)

- Employee property taxes (paid to the jurisdictions in which the employees would reside)

**State and local government revenue summary.** Combining estimated revenues from the six primary revenue sources just described, the proposed mine is projected to generate an average of between $80 and $120 million per year in State and local tax revenues, as shown in table 3.13.4-2. The reported range of annual revenues reflects differences between tax revenue projections developed by consultants for Resolution Copper and revenue projections developed for the Forest Service, as described in BBC Research and Consulting (2018). The State of Arizona would be the largest recipient of tax revenues from the proposed mine, with projected average receipts of between $33 and $39 million per year. Pinal County Junior College and Pinal County would also receive large amounts of tax revenues (ranging from about $6 million to over $20 million), primarily from property tax revenues on the proposed mine.

Pinal County would, however, also experience a reduction in payments in lieu of taxes (PILT) from reductions in the Federal land base within the county due to the proposed mine. Based on a decrease in Federal land from the land exchange and proposed project features ranging from 3,400 acres under Alternative 6 to 10,600 acres under Alternative 5, the annual reduction in PILT revenue for Pinal County could be between $8,000 and $25,000.

While the Superior Unified School District would receive the largest amount of property tax revenue based on its current mill levy, the Arizona school finance equalization system would likely require the School District to either reduce its mill levy, distribute the additional tax revenues across other districts, or a combination of both. Statutory limits on increases in property tax revenues in Arizona mean that the additional property tax revenues for other entities included in the projected revenue estimates in table 3.13.4-2 would primarily benefit existing taxpayers by resulting in a reduction in local property tax rates.

Although Superior is by far the closest municipality to the proposed mine, the Town of Superior is projected to receive a small share of the total tax revenues (less than $0.4 million per year) in the near term, but this would increase to about $0.9 million per year if future development accommodates the full housing demand estimate of 433 workers living in Superior.

**Table 3.13.4-2. Projected average annual State and local government revenues related to the proposed Resolution Copper Project**

| Location | Total by Jurisdiction | |
|---|---|---|
| | Low Estimate ($) | High Estimate ($) |
| Town of Superior | | |
| Without new residents | $57,498 | $57,699 |
| With existing housing constraints | $187,526 | $187,728 |
| Longer term potential | $510,736 | $510,937 |

Final Environmental Impact Statement

| Location | Total by Jurisdiction | |
|---|---|---|
| | Low Estimate ($) | High Estimate ($) |
| Superior Unified School District* | $16,255,627 | $31,806,112 |
| Pinal County Junior College | $6,098,926 | $11,637,615 |
| Pinal County | $10,784,109 | $20,461,059 |
| Gila County | $97,491 | $103,651 |
| Graham County | $23,598 | $27,880 |
| Other Arizona jurisdictions† | | |
| Near term | $14,689,986 | $18,262,547 |
| Longer term | $14,019,701 | $17,592,263 |
| State of Arizona | $32,551,850 | $38,639,999 |
| Total‡ | $80,559,084 | $120,059,516 |

* School district revenues based on current mill levy. Arizona school finance equalization formula would likely result in either a reduction in the mill levy or a redistribution of revenues to other districts, or both.

† Includes all Arizona municipalities other than Superior; all Arizona counties other than Pinal, Gila, and Graham; and all property-taxing entities in Pinal County other than those identified in this table.

‡ Totals shown exclude the longer-term estimates for Town of Superior and other Arizona jurisdictions.

The proposed mine would also produce substantial revenues for the Federal Government, estimated at more than $200 million per year from corporate and employee Federal income taxes (Elliot D. Pollack and Company 2011). The revenues shown in table 3.13.4-2 would directly result from mine activity. However, growth in population resulting from mining activity would also lead to additional revenues from the State of Arizona's revenue sharing formulas, particularly in the town of Superior. In the near term, when current constraints would limit the number of new employees living in Superior, projected growth in Superior's population could result in an increase in intergovernmental revenue sharing from the State of approximately $140,000 per year. If and when housing and commercial development in Superior can accommodate the full mine-related housing demand (433 households), annual intergovernmental revenues from the State of Arizona would increase by about $384,000, relative to current conditions.

The ASLD would also receive royalty payments from the proposed mine for a small area of ASLD lands that would be mined. The minimum ASLD royalty payment is 2 percent of the gross value of the minerals produced from their lands, but ASLD royalties average between 5 and 6 percent of the value (Arizona State Land Department 2019b). With ASLD owning the rights to approximately 2 percent of the overall copper resource, average annual royalty payments to ASLD over the life of the proposed mine are projected to be between $0.5 million and $1.5 million.

**Mine-related demands and costs for public services.** Development and operations of the proposed mine could generate additional demands for public services, and additional costs to provide such services. Based on the location of the proposed mine in Pinal County, just outside the municipal boundaries of the Town of Superior, those two jurisdictions and the Superior School District could be the most affected by additional service requirements and costs.

In the DEIS, the study team developed estimates of Superior's potential additional costs based on an "effective service area" measure of the population it could serve, including non-residents who would commute to work at the proposed copper mine. Subsequent to the DEIS, the study team continued to work with the Town of Superior to refine the fiscal impact estimates and produced revised estimates based on the most recent Town of Superior budget for 2020 and input from the Town in September 2019 and February 2020. The Forest Service and the EIS team also engaged in a discussion regarding these estimates in October 2019 and June 2020.

Resolution Copper Project and Land Exchange

Subsequent to these revised estimates and discussions, the Town of Superior and Resolution Copper worked together to develop agreed-upon estimates of the effects of the proposed mine on Superior's costs and revenues. Depending on the number of new residents who live in Superior as a result of the proposed mine, the projected impact on the Town's costs at the peak of construction was estimated to be between approximately $1.0 and $1.2 million per year. Those costs are projected to be offset by between $340,000 and $640,000 per year in offsetting revenues plus contributions from Resolution Copper of approximately $725,000 per year (see "Mitigation Effectiveness" section below for more discussion).

During operations, the Town's costs are projected to increase by between $0.8 and $1.3 million per year. Those cost increases could be offset by additional revenues of between $0.2 and $1.2 million—depending on the number of mine workers residing in Superior—as well as contributions from Resolution Copper of about $654,000 per year.

Development and operations of the proposed mine could also increase the demand for K–12 education services. However, schools in the Superior Unified School District are currently operating well below their designed capacity. Pinal County would also provide services to the proposed mine, including road maintenance, additional public safety services, and other county government activities. Based on projected changes in the effective population served by Pinal County, the proposed mine could increase the costs of county service provision by about $540,000 per year. As shown in table 3.13.4-2, the proposed mine is projected to increase Pinal County's revenues by an annual average of between $11 million and $20 million, which is likely to substantially exceed the increase in the costs of service provision for the county.

**Potential effects on other communities.** There are a number of other communities within the Copper Triangle or within a relatively short commuting distance from the proposed mine that could experience economic effects. These communities include:

- **Apache Junction.** Located primarily in Pinal County, but partially in Maricopa County. About 32 miles northwest of Superior and north of Queen Creek and the San Tan Valley. A potential residence location on the edge of the Phoenix Metropolitan Area for portions of the proposed mine's workforce. Effects included in remainder of Pinal County (outside of Copper Triangle) and Maricopa County estimates.

- **Florence.** County seat of Pinal County. Approximately 31 miles southwest of Superior. Largest Pinal County incorporated community in proximity to Superior. Also a potential residence location for some of the proposed mine's workforce. Approximately 20 miles west of Peg Leg tailings storage facility (Alternative 5). Outside of the Copper Triangle, but included in effects on remainder of Pinal County.

- **Gold Canyon.** A smaller census-designated place in Pinal County, located approximately 25 miles west of Superior and a few miles southeast of Apache Junction. Like the other communities on the eastern edge of the Phoenix Metropolitan Area, Gold Canyon is a potential residence location for workers at the proposed mine. Effects are included in "other Pinal County" estimates, outside of the Copper Triangle.

- **Hayden.** A declining former mining community located in both Gila and Pinal Counties. Founded by Kennecott Mining Company and located approximately 30 miles southeast of Superior and a few miles southeast of Kearny. Potentially, some former miners residing in Hayden could find employment at the proposed mine or at the relatively nearby proposed Skunk Camp or Peg Leg tailings storage facilities. Effects are included in estimates for the Copper Triangle and for Pinal and Gila Counties.

6-RCMSER-1463

Final Environmental Impact Statement

- **Kearny.** Founded by Kennecott Mining Company in 1958, and located within the Pinal County portion of the Copper Triangle. Approximately 22 miles southeast of Superior and a potential residence location for some of the proposed mine's workforce. Approximately 10 miles south of proposed Skunk Camp tailings storage facility (Preferred Alternative) and 10 miles east of Peg Leg tailings storage facility (Alternative 5). Effects are included in estimates for the Copper Triangle and for Pinal County.

- **Queen Creek.** Located in both Pinal and Maricopa Counties on the eastern edge of the Phoenix Metropolitan Area. Approximately 40 miles west of Superior and a few miles north of the San Tan Valley. A likely potential residence location for portions of the proposed mine's workforce. Effects included in remainder of Pinal County (outside of Copper Triangle) and Maricopa County estimates.

- **San Tan Valley.** Census-designated place in Pinal County, outside of traditional Copper Triangle. Substantial and growing population area about 40 miles west of Superior on the edge of the Phoenix Metropolitan Area. About 5 miles south of Queen Creek and 8 miles west of proposed location for the mine's filter plant. Included in effects on remainder of Pinal County.

- **Winkelman.** A small and declining former mining community in Gila County located near Kearny, about 32 miles southeast of Superior. Like Kearny and Hayden, could be a source of some workers for the proposed mine. Effects are included in estimates for the Copper Triangle and Gila County.

**Vulnerability to boom-bust cycles.** The global price of copper has historically been highly variable. Periods of low and/or declining copper prices have contributed to fluctuations in copper mining employment and wages in Arizona, and those fluctuations have created economic and fiscal hardships in smaller communities that are heavily dependent on mining. Presuming that Resolution Copper's projections of operational employment, labor costs, non-labor operating costs, and output prove reasonably accurate, the proposed Resolution Copper Mine would have lower operating costs than the typical conventional copper mines in the region. Based on analysis of historical copper prices since 1900, it appears unlikely that the proposed mine would have to suspend or substantially cut back its operations for purely economic reasons during either the 10-year ramp-up period or the following 20 years of full production. During the last 10 years of the mine's anticipated production life, the operational economics of the mine could be less advantageous, and there may be a greater likelihood that operations could be reduced or suspended for economic reasons. If the mine proves to be less productive than anticipated, or variable costs are substantially higher than anticipated, there would be a greater likelihood of potential shutdowns due to low copper prices.

Whether or not there are any temporary shutdowns during the operation of the proposed mine, the mine would have a finite life span, currently projected to span about 54 years from 2020 through 2073. When the mine closes, and reclamation is complete, the Town of Superior and the Copper Triangle would likely experience a decline in local employment and, potentially, either a decrease in population or an increase in the local unemployment rate. These changes could also have adverse impacts on local fiscal and social conditions as has been previously experienced in Superior and other former mining communities in Arizona.

**Other social effects.** In the public comments received on the DEIS, local residents and stakeholders indicated they have concerns about social impacts of the mine, such as increased demand for emergency services, impacts on crime and safety, demand for community services, and sense of community cohesion. The available literature on the social impacts of hard rock mining, primarily based on academic studies in other countries, suggests that some negative social impacts are unavoidable. Much closer to the proposed Resolution Copper Mine, the experience of the Town of Hayden—with an aging and dwindling population and increasing crime rates and drug use since the closure of the former ASARCO mine—

6-RCMSER-1464

Resolution Copper Project and Land Exchange

illustrates that these types of social impacts can and have occurred in Arizona (Ross 2017). Ongoing communication and coordination between the Town of Superior and Resolution Copper during the five decades of mine construction and operation could help anticipate and identify conflicts and craft cooperative mitigation strategies where feasible.

**Potential effects on the nature-based tourism economy.** The proposed mine would have operations located east and west of the town of Superior. The tailings produced by the proposed mine would be stored at one of four sites currently being considered as alternatives. The activities at each of the proposed sites would affect the region's nature-based tourism economy, which includes the economic activity of both local and non-local users of the area's natural amenities for tourism and recreation. Nature-based tourists may participate in one or more activities, including OHV use, camping, hiking, rock climbing, hunting, fishing, and picnicking. Based on survey data, it is likely that more than 80 percent of nature-based tourists visiting the portion of Tonto National Forest within the socioeconomic analysis area would visit sites outside of the two-county area, stay home, or choose a different activity to participate in under the proposed action and action alternatives unless measures were taken to mitigate potential negative impacts on recreational and natural amenities from the proposed mine.

Most of the effects would occur in the town of Superior and Pinal and Gila Counties. The proposed mine and its associated facilities would be distributed across a large amount of land in Pinal and Gila Counties, where nature-based tourism is the primary tourism activity. The projected loss of Federal land from project features and the land exchange could be as much as 110,600 acres, about 2 percent of the 618,000 acres of Federal land in Pinal County. However, the proposed action and action alternatives would directly impact less than 0.5 percent of the Tonto National Forest's total land area. As a result, the proposed mine's effects on nature-based tourism would vary by location and activity. AGFD projects that the tailings storage facilities would reduce wildlife-related recreation expenditures during the potential 60-year period[126] of construction, operations, and closure/reclamation of the proposed mine (Arizona Game and Fish Department 2018d). As shown in table 3.13.4-3, the magnitude of the effect varies by the location of the tailings storage facility. While AGFD used a 60-year period to quantify their analysis of effects on wildlife-related recreation spending, permanent damage to the area from subsidence and the anticipated lengthy period of reclamation for the tailings storage facility would likely result in persistent impacts extending well beyond this period. Other impacts are summarized in the following sections: transportation and access (see section 3.5), scenic resources (see section 3.11), noise and vibration (see section 3.4), and air quality (see section 3.6). Many of the potential economic effects on nature-based tourism are not quantified because of a lack of visitation data but are discussed in qualitative terms in the following text. If the proposed mine causes visitation and spending patterns to shift, it may result in lower tourism spending receipts for local businesses, which in turn could reduce tourism-related earnings and employment in the analysis area.

*East Plant Site.* The operations at the East Plant Site would affect some of the natural amenities that attract tourists to the area. The East Plant Site is located on approximately 1,543 acres of land managed by the Forest Service, including 1,458 acres of NFS land that would subside, ending the use of the area by the general public. The East Plant Site and subsidence area would alter the recreation experience adjacent to the Oak Flat campground and its surroundings, an area that is popular with campers, picnickers, hikers, and rock climbers. OHV activities would also be affected by the proposed mine's operations. Portions of NFS Road 315, a popular off-road loop between U.S. 60 and SR 177, would be eliminated by the activities at the East Plant Site and the eventual subsidence of the area. In total, AGFD estimates that about 6 miles of public access motorized routes would be lost in addition to 421 acres of dispersed camping. The loss of this area would have potentially large effects on nature-based tourism patterns

---

[126] The impacts disclosed in this section are based in part on an analysis conducted by the AGFD (a cooperating agency on the project) and provided to the Tonto National Forest. In that analysis, the AGFD used a mine life span of 60 years, which differs slightly from the mine life described in chapter 2 of 51 to 56 years.

6-RCMSER-1465

Final Environmental Impact Statement

around the town of Superior. The impact on the site could result in a loss of tourism spending in and around the town, depending on the location of substitute sites. The site is also used for hunting, although according to AGFD the area does not contain a disproportionate amount of habitat favoring any particular species of interest to hunters. In total, AGFD estimated that the effects of the proposed mine at the East Plant Site would result in 188 fewer hunter days per year. This would lead to a direct reduction of $10,510 annual wildlife-related recreation spending in the local economy, which would equal a nominal value of $630,480 over the 60-year life of the proposed mine (Arizona Game and Fish Department 2018d).

*West Plant Site.* The West Plant Site is located on private land near the town of Superior's northwestern edge. The West Plant Site was formerly used by the Magma Mine as the site of its copper concentrator. The proposed mine would increase the scale of industrial activity at the site, but the proposed activities would be consistent with the site's historical use. The increased industrial activity could create beneficial effects on the town's tourism economy for tourists interested in mining activity.

*Alternatives 2 and 3 – Near West.* The area on and around the Near West tailings alternative is used for a variety of activities, including OHV use, camping, and hunting, by visitors from outside Pinal County. AGFD estimates that the Near West tailings alternative would affect about 23 miles of motorized off-road trails and eliminate 1,737 acres of dispersed camping (Arizona Game and Fish Department 2018d). This would lead to more crowding and congested conditions elsewhere, with the potential to increase competition and conflict between activities at areas experiencing these new use patterns. This could negatively impact the number of nature-based tourist visits and tourism spending, resulting in lower tourism spending, earnings, and employment.

The area is popular with hunters due to its populations of mule deer, white-tailed deer, javelina, quail, dove, and coyotes and other predators. According to a survey and mapping exercise conducted by AGFD, the site has some of the highest rates of use among hunters. The Near West tailings alternative would reduce the number of hunting days on the site by approximately 1,200 hunter-days per year, amounting to a reduction in direct expenditures of $66,920 per year, or $4.0 million over the 60-year operational time horizon of the proposed mine (Arizona Game and Fish Department 2018d).

*Alternative 4 – Silver King.* The alternative would affect the aesthetics of the area, particularly for users of OHV routes and other tourists who value the views and vistas of the Superstition Mountains. The aesthetic effects could change people's desire to visit and recreate in the area, thereby shifting visitation and spending patterns and potentially reducing nature-based tourism expenditures in the region. In total, AGFD estimates that there are about 20 miles of public access motorized routes and 1,434 acres of dispersed camping that would be affected. The site at the proposed Silver King alternative receives a moderate to high number of hunters who use the area to hunt mule deer and predatory animals. The higher elevation areas of the site are the most valued by hunters because the quality of mule deer habitat increases with altitude at the site. According to AGFD, the proposed alternative would have a negative effect on mule deer populations, which would reduce the number of hunting days by about 1,078 per year. This would reduce the amount of direct expenditures of hunters by about $60,368 per year, or $3.6 million over the 60-year operational time horizon of the proposed mine (Arizona Game and Fish Department 2018d).

*Alternative 5 – Peg Leg.* Development of this alternative would have a negative effect on the aesthetics of the area, particularly for visitors driving from the Florence-Kelvin Highway and for outdoor enthusiasts who value pristine view of the Mineral Mountains and the Gila River. Other opportunities for sightseeing, viewing nature, and viewing historic sites would be affected in the Middle Gila Canyons area. AGFD estimates that there are about 45 miles of public access motorized routes and 1,009 acres of disperse camping within the tailings footprint (excluding pipeline corridors). The Peg Leg alternative site also contains a variety of species that are popular with hunters, including predators and small game. This also

6-RCMSER-1466

Resolution Copper Project and Land Exchange

makes the site popular with wildlife-watchers. The AGFD estimates that the site supports about 219 hunting-days each year. Under this alternative, the hunting activity would be lost, resulting in a loss of direct economic activity amounting to $12,254 per year, or $735,269 over the 60-year life of the proposed mine (Arizona Game and Fish Department 2018d).

*Alternative 6 – Skunk Camp.* This alternative would have the largest negative effect on tourism and recreation of any of the proposed alternatives. AGFD estimates that there are about 32 miles of public access motorized routes and 861 acres of dispersed camping within the tailings footprint (excluding pipeline corridors). Hunting is permitted on State Trust lands within the proposed location of the Skunk Camp alternative, and the site is also popular with people who enjoy watching wildlife. Private lands at the site may or may not be open to public access at the discretion of the landowner. The area is characterized as excellent mule deer, javelina, and Gambel's quail habitat, and transitional white-tailed deer habitat. This area is one of three major areas most frequently hunted in this Game Management Unit and hunters tend to concentrate within these few areas to camp and stage for travel to nearby hunting destinations. Key to recreation in this area is access via Dripping Springs Road. According to a survey and mapping exercise conducted by AGFD, the Skunk Camp alternative would reduce the number of hunting days on the site by approximately 1,269 hunter-days per year, amounting to a reduction in direct expenditures of $70,554 per year, or $4.2 million over the 60-year operational time horizon of the proposed mine (Arizona Game and Fish Department 2018d).

**Table 3.13.4-3. Total projected reduction in direct wildlife-related recreation expenditures under each tailings alternative**

| Tailing Alternatives | Projected Annual Reduction in Visitor Spending | Projected Reduction in Visitor Spending over 60-year Period |
|---|---|---|
| Alternative 2 – Near West Proposed Action | $66,920 | $4.0 million |
| Alternative 3 – Near West – Ultrathickened | $66,920 | $4.0 million |
| Alternative 4 – Silver King | $60,368 | $3.6 million |
| Alternative 5 – Peg Leg | $12,254 | $735,269 |
| Alternative 6 – Skunk Camp | $70,554 | $4.2 million |

Source: AGFD (2018d)

**Potential property value effects from tailings.** While the proposed mine facilities at the East Plant Site and the West Plant Site could have some adverse effects on property values in Superior due to creating a more industrialized setting, those effects would likely be more than offset by the increased demand for housing and commercial space in the town. The primary adverse effects on property values from the proposed mine would likely be associated with the tailings storage facilities.

The proposed mine would likely affect residential property values within at least a 5-mile radius of the proposed location of the tailings facilities under each alternative. Table 3.13.4-4 summarizes the proposed mine's estimated effects on residential property values based on current development near the proposed locations of the mine tailings under each alternative and the current value of those properties. Estimates in table 3.13.4-4 indicate the magnitude of potential property value effects but are based on a limited body of directly relevant research. Any adjacent state lands could experience similar decreases in property values. For some alternatives, it is possible that Resolution Copper may purchase some residential parcels; this possibility was not incorporated into the analysis.

Reclamation and closure plans are anticipated to restore the tailings storage facility to support post-closure uses such as wildlife habitat and, potentially, livestock grazing. However, the level to which revegetation would be successful is uncertain and revegetation would likely take many years, if not

Final Environmental Impact Statement

decades, to achieve full success (see section 3.3). Consequently, localized effects on property values are likely to persist for an extended period after mine closure.

**Table 3.13.4-4. Total projected property value reduction under each tailings alternative**

| Tailing Alternatives | Number of Residential Parcels within 5 Miles of Tailings Perimeter | Total Projected Property Value Reduction ($) | Change in Value (%) |
|---|---|---|---|
| Alternative 2 – Near West Proposed Action | 1,370 | $3,059,395 | −4.1 |
| Alternative 3 – Near West – Ultrathickened | 1,370 | $3,059,395 | −4.1 |
| Alternative 4 – Silver King | 1,181 | $5,472,374 | −10.6 |
| Alternative 5 – Peg Leg | 8 | $69,178 | −6.3 |
| Alternative 6 – Skunk Camp | 31 | $57,575 | −4.0 |

Sources: BBC Research and Consulting (2018); Gila County Assessor's Office (2017); Pinal County Assessor's Office (2017)
Note: GIS data for residential parcel data were obtained from standard Pinal County and Gila County coverages.

To the extent that the tailings facility impacts nearby residential property values, it would also impact local property tax revenues. Combined effects on revenues for the Town of Superior, Pinal County, Pinal County Community College, and the Superior School District would be largest under Alternative 4, totaling about $102,000 per year across the four taxing entities. The smallest effect would be under Alternatives 5 and 6, totaling less than $1,000 per year. However, taxes on the tailings storage facility itself would more than offset these reductions. For example, Resolution Copper has estimated that the "Full Cash Value" of the proposed Skunk Camp tailings storage facility would be about $207 million, including $6 million in construction cost and about $201 million in equipment value. Based on that estimate, that facility would produce about $5.7 million per year in annual property tax revenues, which would be roughly split between applicable taxing entities in Pinal and Gila Counties (Resolution Copper 2020a, 2020h).

If the proposed mine is developed with the Forest Service preferred alternative for its tailings storage facility (Alternative 6 – Skunk Camp), about $3 million of the annual property tax revenues attributed to Pinal County in table 3.13.4-2 could go to Gila County instead.

A unique aspect of Alternative 4 is the relocation of the filter plant and loadout facility to the West Plant Site. The Town of Superior has indicated an interest in seeing the filter plant for the proposed mine be located within its municipal boundaries. Based on the projected full cash valuation of the plant and the current Town of Superior mill levy (6.7123 mills), if the filter plant were located within the town it could produce annual property tax revenues for the Town of Superior of over $900,000 per year (Pinal County 2020; Resolution Copper 2020h).

**Potential economic effects from water supplies.** Effects of the proposed mine, and the mine tailings storage facility, on water quality and water quantity could also have financial and economic impacts on water users dependent on local groundwater or surface water supplies.

Any of the proposed tailings storage facilities would lose seepage with poor water quality, and all are dependent on a suite of engineered seepage controls to reduce this lost seepage. Modeling indicates that seepage from tailings storage facilities under Alternatives 2 and 4 would result in water quality problems in Queen Creek. Alternative 3 would not, but requires highly efficient seepage control to achieve this (99.5 percent capture). Seepage from Alternatives 5 and 6 does not result in any anticipated water quality problems; these alternatives also have substantial opportunity for additional seepage controls if needed (see section 3.7.2).

6-RCMSER-1468

Resolution Copper would have the responsibility to demonstrate to the State of Arizona that the regulated discharge would not violate water quality standards and would be required to obtain a permit under the AZPDES program for any discharges to surface waters, including stormwater runoff, as well as an APP for any discharges to groundwater, or discharges to the ground that could seep into groundwater. However, total dissolved solids and sulfate, which do not have numeric thresholds, are anticipated to increase in the downgradient aquifer. Increased levels of these contaminants could impact the desirability of groundwater, or its usability.

The issue of competing water uses, water scarcity, and regional water supplies was raised in many public comments on the DEIS. The use of water by the mine—from whatever source—takes place under a complex regulatory framework for management of limited water resources. This includes the authorities and restrictions put in place by the 1980 Groundwater Management Act, administered by the ADWR, for use of groundwater within AMAs, and the contracting and use of CAP water, which is administered by the Central Arizona Water Conservation District and the Bureau of Reclamation. Particularly in Arizona, every source of water has competing users. These laws and regulations were enacted to codify the value and priorities that the State of Arizona and society in general place on the use of a limited water supply. Any water used by Resolution Copper must adhere to this framework, whether direct use of CAP water, dewatering at the mine site (which lies within the Phoenix AMA), pumping from the Desert Wellfield (also within the Phoenix AMA), or acquisition and use of long-term storage credits. Note that further discussion of competing water uses and future water scarcity is included in Chapter 4, Cumulative Effects.

By definition, Resolution Copper's legally permitted use of water adheres to the norms and values placed on water by the State of Arizona. Analysis of the economic value of the water used by Resolution Copper, the other beneficial uses to which water could be put, or extrapolation of economic harm to other entities due to Resolution Copper's legally permitted use of water, is outside the scope of analysis of this EIS. Groundwater drawdown in the vicinity of the mine site could impact water supply availability for some existing users, including the Town of Superior, Boyce Thompson Arboretum, and Top-of-the-World CDP. However, Resolution Copper has committed to mitigating impacts on these users if necessary (see the "Mitigation Effectiveness" part of Section 3.7.1).

Groundwater quantity near the Desert Wellfield could also be impacted. Groundwater users in this area could experience increased pumping costs or potentially need to drill deeper wells to obtain their water supplies (see section 3.7.1). Higher pumping costs and deeper well requirements could also affect the desirability of properties in this area and, potentially, the value of those properties.

**Other economic effects.** Apart from effects on property values from proximity to the proposed tailings storage facilities, increased traffic and industrial development could also adversely impact the quality of life for residents in proximity to the proposed mine and tailings storage facilities.

Although mine-related pipelines would be buried, and are unlikely to affect ranchers' ability to move and graze livestock on their allotments, the proposed mine, and particularly the proposed tailings storage facility alternatives, would result in the loss of several thousand acres of public and private land currently available for livestock grazing. The "Livestock and Grazing" section of the EIS (see section 3.16) has quantified the potential reductions in the number of acres available for grazing on private land and on lands managed by NFS, ASLD, and BLM.

The potential economic implications of the reduction in available grazing land depend on several factors, including the extent to which the existing grazing allotments are being fully utilized by local ranchers and the availability of substitute pasture. At a minimum, the reduction in available grazing land likely would increase the costs of grazing for local ranchers if they substitute private pasture or more distant public grazing land for the decreased allotments available due to mine development. Although some livestock

watering sources are anticipated to be lost due to dewatering near the mine site, mitigation is in place to replace these water sources.

The maximum economic effects from reduced availability of public grazing land would occur if ranchers had to reduce the size of their cattle herds in proportion to the decrease in the number of available grazing animal unit months (AUMs). Based on the projected reductions in grazing land under each tailings storage facility alternative, annual direct gross revenues from cattle production could be reduced by between $107,000 (under Alternatives 2 and 3) and $449,000 (under Alternative 6). These reductions could correspond to a loss of between 0.3 and 1.1 jobs directly and indirectly tied to local cattle ranching.

### 3.13.4.3   Cumulative Effects

Full details of the cumulative effects analysis can be found in chapter 4. The following represents a summary of the cumulative impacts resulting from the project-related impacts described in Section 3.13.4, Environmental Consequences, that are associated with socioeconomics, when combined with other reasonably foreseeable future actions.

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable, and have impacts that likely overlap in space and time with impacts from the Resolution Copper Project:

- ADOT Pinal County North-South Corridor
- LG Energy Solution Battery Production
- Florence Copper In-Situ Mining Project
- Merrill Ranch Master Planned Community Project
- Oak Wells Wind Project
- Pinto Valley Mine Expansion
- Ray Land Exchange and Proposed Plan Amendment

The cumulative effects analysis area for socioeconomic effects is the area encompassed by Maricopa, Pinal, Gila, and Pima Counties, as the economic changes caused by other projects would affect these same towns, economies, and public services. The metrics used to quantify socioeconomic cumulative impacts are (1) the overall change in labor workforce from baseline levels (percent), and (2) the overall effect on local housing and local community services, including emergency services. Industrial, commercial, and residential development has positive and negative impacts. These become cumulative mostly where residents see impacts from multiple projects on their communities, such as housing stock, housing prices, or services they rely upon such as schools, ambulance, fire department, or police services.

The ADOT Pinal County North-South Corridor, LG Energy Solution Battery Production, Merrill Ranch, and Oak Wells Wind RFFAs are deemed reasonably foreseeable, but have not advanced to design or any level of environmental or jurisdictional review that may include socioeconomic analysis. Therefore, at this time, no workforce or population estimates (construction or operations) for these projects have been completed. All four projects would generate jobs and economic stimulus during construction and could result in temporary worker in-migration. Furthermore, these projects would generate long-term workforce demands, economic stimulus, and permanent population to the area. Given the current lack of detail on these projects, estimating their cumulative contribution to socioeconomic impacts (both beneficial and adverse) would be speculative. However, all four projects are expected to cumulatively contribute both localized and regional population changes, as well as beneficial and adverse social change and economic effects. Of note is the ADOT Pinal County North-South Corridor, which will introduce a new transient

Resolution Copper Project and Land Exchange

population through the area and likely result in indirect population and economic growth due to providing a new regional transportation link.

For the rest of the RFFAs with available data, the size of the workforce is known with some certainty. For instance, the Pinto Valley Mine Expansion estimates a labor force of about 1,030 people, though the expansion would not change the overall labor force but would extend it for a longer time period. Florence Copper estimates a labor force of about 796 direct and indirect jobs. These would largely be drawing from the same labor pool as Resolution Copper, which anticipates over 3,700 direct and indirect/induced jobs during operations. There are about 60,000 jobs in Pinal County and Gila County combined; these projects together could represent as much as a 9 percent increase in the workforce in these two counties.

It is speculative to assign workforce numbers to the Ray Land Exchange, as no mine plans have been developed. Like the Pinto Valley Mine Expansion, it is likely the labor force would remain similar to current levels, but would shift from existing operations to new mining operations on the exchange lands.

In terms of use of impacts on local housing and local community services, Pinto Valley Mine Expansion and the Resolution Copper Project are in the closest vicinity to each other and would likely overlap in their use of services, both for the mines themselves as well as services used by employees in communities like the town of Superior and city of Globe.

In aggregate, these foreseeable and as-yet unknown actions would contribute to general socioeconomic conditions in the region in both positive and potentially negative terms. Large-scale mining development, in particular, tends to infuse relatively quick economic stimulus to local economies but can also create pressures on local infrastructure such as roads, schools, medical services, and the availability and affordability of housing. Large-scale mining projects such as the Resolution Copper Project and the mining developments described here may also adversely affect tourism, recreational opportunities, and what are considered desirable but less-tangible qualities of a rural setting and lifestyle.

### 3.13.4.4    Mitigation Effectiveness

| Mitigation Identifier and Title | Authority to Require |
|---|---|
| FS-WR-01: GDEs and water well mitigation | Required – Forest Service |
| FS-WR-02: 404 compensatory mitigation plan | Required – U.S. Army Corps of Engineers |
| FS-WR-04: Replacement of water in Queen Creek | Required – Forest Service |
| FS-RC-02: Access to Oak Flat campground | Required – Forest Service |
| FS-RC-03: Mitigation for adverse impacts to recreational trails (Tonto National Forest multi-use trail plan) | Required – Forest Service |
| FS-SO-02: Establish foundations for long-term funding, including the Tribal Monitor Program | Required – Forest Service |
| RC-RC-04: Establish an alternative campground site (Castleberry) to mitigate the loss of Oak Flat campground | Committed – Resolution Copper |
| RC-RC-05: Mitigation for impacts on climbing resources | Committed – Resolution Copper |
| RC-SO-01: Community development fund | Committed – Resolution Copper |
| RC-SO-03: Establish a regional economic development entity for Copper Triangle communities (Superior, Hayden, Winkelman, and Kearney) | Committed – Resolution Copper |
| RC-SO-05: Continue funding Community Working Group | Committed – Resolution Copper |
| RC-SO-06: Agreement with Town of Superior to cover direct costs | Committed – Resolution Copper |
| RV-RC-06: Mitigation for public access to JI Ranch through AGFD cooperative agreement | Voluntary – Resolution Copper |
| RV-SO-04: Resolution Copper social investment program | Voluntary – Resolution Copper |

We developed a robust monitoring and mitigation strategy to avoid, minimize, rectify, reduce, or compensate for resource impacts that have been identified during the process of preparing this EIS. Appendix J contains descriptions of mitigation measures that are being required by the Forest Service and mitigation measures voluntarily brought forward and committed to by Resolution Copper. Appendix J also contains descriptions of monitoring that would be needed to identify potential impacts and mitigation effectiveness.

This section contains an assessment of the effectiveness of design features associated with mitigation and monitoring measures found in appendix J that are applicable to socioeconomics. See appendix J for full descriptions of each measure noted below.

### Mitigation Effectiveness and Impacts of Forest Required Mitigation Measures Applicable to Socioeconomics

Appendix J contains mitigation and monitoring measures being required by the Forest Service under its regulatory authority or because these measures are required by other regulatory processes (such as the Biological Opinion). These measures are assumed to occur, and their effectiveness and impacts are disclosed here. The unavoidable adverse impacts disclosed below take the effectiveness of these mitigations into account.

**GDEs and water well mitigation (FS-WR-01).** This measure would replace water sources for any riparian areas associated with springs or perennial streams (groundwater-dependent ecosystems) impacted by drawdown from the mine dewatering and block caving. Though this measure could change the overall natural character of riparian areas, it would be effective at preserving riparian vegetation and aquatic habitats, which are of importance to recreational users of the Tonto National Forest. Preserving recreational opportunities is beneficial to the long-term socioeconomic stability of the Superior area.

**Clean Water Act Section 404 compensatory mitigation plan (FS-WR-02).** The compensatory mitigation parcels would offer conservation of riparian habitat, as well as overall improvement in the health and stability of riparian habitats, by minimizing invasive non-native species and returning conditions to a more natural state. This measure would be effective at replacing xeroriparian habitat lost within the project footprint. Whether recreation would be specifically allowed on these lands would be determined later, if compatible with conservation easements put in place to protect waters and habitat. The Queen Creek parcel would likely be effective at improving recreational opportunities in the immediate vicinity of Superior, when considered in combination with the Castleberry campground (FS-RC-04), implementing the Tonto National Forest multi-use trail plan (FS-RC-03), and replacement of water in Queen Creek (FS-WR-04). Preserving and enhancing recreational opportunities is beneficial to the long-term socioeconomic stability of the Superior area.

**Replacement of water in Queen Creek (FS-WR-04).** This measure would replace the storm runoff in Queen Creek that otherwise would be lost to the subsidence area. It would be highly effective at minimizing the effects felt in Queen Creek caused by reduction in the watershed area, specifically impacts to surface water quantity and riparian habitat, which would prevent impacts to wildlife using this habitat. This would be effective at minimizing impacts to recreational users and birdwatchers drawn to riparian habitat in this area. Note that other stormwater losses would still occur under Alternatives 2, 3, and 4. Preserving and enhancing recreational opportunities is beneficial to the long-term socioeconomic stability of the Superior area.

**Access to Oak Flat campground (FS-RC-02).** Maintaining access to Oak Flat campground, to the extent practicable with respect to safety, would be effective at reducing impacts caused by the loss of the Oak Flat area to subsidence. However, the user experience at the campground likely would not be the same, given the open space, trails, roads, and climbing opportunities that would no longer abut the campground.

Preserving recreational opportunities is beneficial to the long-term socioeconomic stability of the Superior area.

**Mitigation for adverse impacts to recreational trails (Tonto National Forest multi-use trail plan) (FS-RC-03).** Implementation of this plan would replace over 20 miles of motorized and non-motorized trail on Tonto National Forest around Superior. The Oak Flat area is heavily used for recreation, and the loss of Federal land base due to the land exchange (and the tailings storage facilities for some alternatives) would put pressure on remaining recreation areas. This plan would be effective at expanding the motorized and non-motorized travel routes and recreational opportunities in a sustainable manner consistent with Tonto National Forest management direction. Replacing and enhancing recreational opportunities is beneficial to the long-term socioeconomic stability of the Superior area.

**Establish foundations for long-term funding, including the Tribal Monitor Program (FS-SO-02).** Resolution Copper will establish a foundation or foundations for funding the continuation of the Tribal Monitor Program, long-term maintenance and monitoring of the Emory Oak Collaborative Tribal Restoration Initiative, and development of a Tribal Youth Program in partnership with the Forest Service and consulting Tribes. This measure would be effective at enhancing these other measures, as it would ensure that these programs have a long-term base of financial support, rather than short-term funding that would be eventually exhausted.

### Mitigation Effectiveness and Impacts of Resolution Committed Mitigation Measures Applicable to Socioeconomics

Appendix J contains mitigation and monitoring measures committed by Resolution Copper in contractual, financial, or other agreements. These measures are assumed to occur, and their effectiveness and impacts are disclosed here. However, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account as they are not within the authority of the Forest Service to ensure.

**Mitigation for impacts on climbing resources (RC-RC-05).** The impacts to climbing resources are substantial, with the loss of the world-class climbing opportunities at Oak Flat, and these lost climbing areas cannot be replaced. The suite of mitigation measures voluntarily undertaken by Resolution Copper, after consultation with climbing groups, including the Queen Creek Coalition, would be effective at offsetting these impacts by improving access to other climbing areas in the vicinity and preventing impacts by maintaining access to existing climbing areas on Resolution Copper property. Preserving and enhancing recreational opportunities is beneficial to the long-term socioeconomic stability of the Superior area.

**Establish an alternative campground site (Castleberry) to mitigate the loss of Oak Flat campground (RC-RC-04).** Establishing the replacement campground would be effective at offsetting impacts caused by loss of dispersed camping opportunities on the Tonto National Forest and the changes in the experience at Oak Flat campground. Replacing and enhancing recreational opportunities is beneficial to the long-term socioeconomic stability of the Superior area.

**Community development fund (RC-SO-01).** Resolution Copper will establish a foundation for the communities of Superior, Miami, Globe, Kearny, Hayden, and Winkelman for the rehabilitation of historic buildings. This measure would be effective at helping prevent the loss of historic properties within the Copper Triangle, preserving them for future generations, and preserving the historic mining heritage of these towns. This would contribute to the long-term socioeconomic revitalization of these communities.

**Establish a regional economic development entity for Copper Triangle communities (Superior, Hayden, Winkelman, and Kearney) (RC-SO-03).** Through investment of an initial endowment, Resolution Copper will develop a sustainable regional economic development entity (or entities) to provide programming and investment in the Copper Triangle Communities (Superior, Hayden, Winkelman, and Kearney). This new community-based entity will partner with external organizations, local municipalities and stakeholders. Specifically, partnerships will be sought with organizations having certain expertise and tools to support and enhance the quality of life in the region, such as strategic planning for economic reinvestment and workforce development. This collaborative approach, with financial support, would be effective at developing projects that would offset potential socioeconomics impacts associated with the mine that are not yet identified, such as labor force issues, housing problems, or public services.

**Continue funding Community Working Group (RC-SO-05).** Continued funding of the Community Working Group ensures that a diverse set of viewpoints from the local community are engaged in issues related to the mine, which would be effective at identifying potential adverse impacts and potential remedies.

**Agreement with Town of Superior to cover direct costs (RC-SO-06).** The agreement with the Town of Superior that Resolution Copper directly pay for costs associated with municipal services that are a result of operation of them mine, such as use of public services and road maintenance, would be effective at ensuring the Town of Superior and its residents are not unduly burdened with the impacts of the mine without also engaging in economic benefits from the mine.

### Mitigation Effectiveness and Impacts of Resolution Voluntary Mitigation Measures Applicable to Socioeconomics

Appendix J contains mitigation and monitoring measures brought forward voluntarily by Resolution Copper and committed to in correspondence with the Forest Service. These measures are assumed to occur but are not guaranteed to occur. Their effectiveness and impacts if they were to occur are disclosed here; however, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account.

**Mitigation for public access to JI Ranch through AGFD cooperative agreement (RV-RC-06).** This measure would be effective at offsetting the loss of open land base for recreation, including providing specific opportunities hunting and motorized recreation. Enhancing recreational opportunities is beneficial to the long-term socioeconomic stability of the Superior area.

**Resolution Copper social investment program (RV-SO-04).** This program is designed to help create a diverse local business community and focuses on projects that help build a healthier and safer community, including parks/pool facilities and schools. These projects would be effective at developing projects that would offset potential socioeconomics impacts associated with the mine that are not yet identified, including education and quality of life.

### Unavoidable Adverse Impacts

Loss of jobs in the local tourism and outdoor recreation industries cannot be avoided or fully mitigated. Likewise, loss in property values for property close to the mine would constitute an impact that cannot be avoided or fully mitigated. The applicant-committed measures would be effective at expanding the economic base of the community and improving resident quality of life, and could partially offset the expected impacts, although many of the current agreements would expire prior to full construction of the mine. Many of the mitigation measures that would contribute to the recreational economy of the Superior area are required and these impacts would be offset, and recreational opportunities may even be enhanced. Many of the mitigation measures that would directly offset socioeconomic effects in the area

Resolution Copper Project and Land Exchange

are voluntary only. These mitigation measures would effectively offset impacts but cannot be guaranteed to take place.

### 3.13.4.5    Other Required Disclosures

*Short-Term Uses and Long-Term Productivity*

Socioeconomic impacts are both positive and negative and are primarily short term. The project would provide increased jobs and tax revenue from construction through final reclamation and closure. However, this would be offset by potential impacts on local tourism and outdoor recreation economies, and a decrease in nearby property values. As these effects are largely the result of the tailings storage facility, which is a permanent addition to the landscape, they could persist over the long term.

The long-term continued population and economic growth in areas of the Copper Triangle with existing copper mines indicates that these impacts are in the magnitude of being decades long and would not be permanent.

*Irreversible and Irretrievable Commitment of Resources*

Some changes in the nature of the surrounding natural setting and landscape would be permanent, including the tailings storage facility and the subsidence area. The action alternatives would therefore potentially cause irreversible impacts on the affected area regarding changes in the local landscape, community values, and quality of life.

6-RCMSER-1475

## 3.14  Tribal Values and Concerns

### 3.14.1  Introduction

This project would occur across a landscape that is important to many Tribes, has been for many generations, and continues to be used for cultural and spiritual purposes. Tonto National Forest has consulted regularly with 11 federally recognized Tribes that are culturally affiliated with the lands that would be affected and have had the opportunity to be active in the consultation, review, and comment processes of the project. No Tribe supports the desecration/destruction of ancestral sites. Places where ancestors have lived are considered alive and sacred. It is a Tribal cultural imperative that these places should not be disturbed or destroyed for resource extraction or for financial gain. Continued access to the land and all its resources is necessary and should be accommodated for present and future generations. Participation in the design of this destructive activity has caused considerable emotional stress and brings direct harm to a Tribe's traditional way of life; however, it is still deemed necessary to ensure that ancestral homes and ancestors receive the most thoughtful and respectful treatment possible.

> **Overview**
>
> In accordance with treaties, laws, executive orders, regulation and policy, the Tonto National Forest consults formally (government-to-government) and collaborates informally (staff-to-staff) with federally recognized Tribal nations that may be affected by the federal decision-making process. Moreover, the NDAA requires within its stipulations specifically that the Forest Service consult with federally recognized Tribes that may be affected by the project to understand potential project impacts to resources and spiritual values of concern to federally recognized Tribes. The Resolution Copper Mine and Southeast Arizona Land Exchange has a high potential to directly and permanently adversely affect numerous cultural resources sites, including archaeological resources, areas with sacred values, and other places of spiritual and cultural significance to members of federally recognized Tribes. This section describes the formal government-to-government consultation and informal staff-to-staff collaboration conducted to date between the Tonto National Forest and the 15 federally recognized Tribes that have chosen to actively engage with the Forest Service on this project.

By law, Federal agencies must consult with Indian Tribes about proposed actions that may affect lands and resources important to them, in order to comply with the NHPA for NRHP-listed historic properties (see Section 3.14.3, Affected Environment, for the list of laws and regulations). Section 3003 of PL 113-291 also requires that the Secretary of Agriculture engage in government-to-government consultation with affected Tribes concerning issues related to the land exchange. The Secretary of Agriculture authorized the Forest Supervisor, Tonto National Forest, to consult with Resolution Copper to seek mutually acceptable measures to address the concerns of the affected Tribes and minimize the adverse effects from mining and related activities on the conveyed lands.

Beginning in 2015, the Tonto National Forest began consultation with 11 Tribes regarding the proposed mine, the land exchange, and the development of alternate tailings locations. Tonto National Forest also consulted the Tribes regarding the management of the Apache Leap SMA, as directed by Section 3003 of PL 113-291.

Government-to-government consultations are ongoing between Tonto National Forest and the Fort McDowell Yavapai Nation, Gila River Indian Community, Hopi Tribe, Mescalero Apache Tribe, Pueblo of Zuni, Salt River Pima-Maricopa Indian Community, San Carlos Apache Tribe, Tonto Apache Tribe, White Mountain Apache Tribe, Yavapai-Apache Nation, and Yavapai-Prescott Indian Tribe. The four O'odham Tribes (the Four Southern Tribes Cultural Committee) are represented by the Salt River Pima-Maricopa Indian Community and the Gila River Indian Community. The BLM identified four Tribes that may be affected if the alternative on BLM land is selected: the Ak-Chin Indian Community, Fort Sill

Apache Tribe, Pascua Yaqui Tribe, and Tohono O'odham Nation. See Chapter 5, Consulted Parties, for a full account of consultation to date.

Tribal values and concerns regarding the land exchange and the proposed GPO include resources with traditional or cultural significance, some of which are also described in Section 3.12, Cultural Resources. Resources of traditional or cultural significance can be traditional cultural places (TCPs) as defined by National Register Bulletin 38, "Guidelines for Documenting and Evaluating Traditional Cultural Properties" (Parker and King 1998); sacred places; and traditional knowledge places (TKPs)—including burial locations, landforms, viewsheds, and named locations in the cultural landscape; water sources; and traditional resource-gathering locations for food, materials, minerals, and medicinals.

### 3.14.1.1 Changes from the DEIS

Several changes were made to the "Tribal Values" section of the DEIS. We received numerous comments from Tribal members about the sacredness and importance of Oak Flat to them, their lives, their culture, and their children. Many expressed their sadness and anger that their sacred place would be destroyed and that they would lose access to their oak groves and ceremonial grounds. In response, we added information on the history of Oak Flat and its significance to the Tribes; expanded the plant resources list with information gathered by the Tribal monitors; included Tribal monitor survey results conducted since the DEIS for special interest areas; and disclosed information from the ethnographic report while respecting the sensitive nature of that data. We also included excerpts from Congressional testimony (outside designated public input periods), as well as personal perspectives and comments from Tribal members collected during the DEIS comment period.

### 3.14.1.2 Changes from the January 2021 Rescinded FEIS

One reason for the March 2021 withdrawal of the Notice of Availability and rescinding of the January 2021 FEIS was to allow the Forest Service to re-engage with consulting Tribes to fully understand their concerns. On September 20, 2021, the Forest Service notified Tribes that the Forest Service would reinitiate Tribal consultation. This was followed by a Tribal listening session on October 19, 2021, and subsequent consultation and staff meetings thereafter. The reinitiated Tribal consultation has informed the republished FEIS.

Since ACHP did not sign the PA, the PA was never executed. Therefore mitigation measures identified in the PA and any others identified subsequently will now be implemented through the final ROD and special use permit for use of NFS lands, and through enforcement by other State and Federal agencies as well as third parties in separate agreements. Changes in enforcement of the measures described in the draft PA are further described in appendix J.

Other changes since January 2021 are as follows: (1) revisions to the cumulative effects analysis based on updates to the list of potentially reasonably foreseeable actions, and (2) the section has been updated to reflect analysis of consistency with the new "Tonto National Forest Land Management Plan," implemented in December 2023.

## 3.14.2 Analysis Methodology, Assumptions, and Uncertain and Unknown Information

### 3.14.2.1 Analysis Area

The direct, indirect, and atmospheric analysis areas for Tribal values and concerns are the same as for cultural resources, found in section 3.12.2. The direct analysis area for the proposed project is defined by several factors: the acreage of ground disturbance expected for each mine component described in the

GPO and the acreage of land leaving Federal stewardship as a result of the land exchange. The direct analysis area for the proposed action (GPO and land exchange) is approximately 39,272 acres and consists of the following, which includes access roads and other linear infrastructure:

- 1,861-acre East Plant Site and subsidence area, including the reroute of Magma Mine Road;
- 2,422-acre Oak Flat Federal Parcel, which is NFS land to be exchanged with Resolution Copper;
- 953-acre West Plant Site and Silver King Road realignment;
- 6.96-mile Silver King to Oak Flat transmission line;
- 685-acre MARRCO railroad corridor and adjacent project components;
- 553-acre filter plant and loadout facility;
- Alternatives 2, 3, 4, 5, and 6 tailings storage facilities and tailings corridors; and
- Mitigations to reduce recreational impacts and compensatory mitigation associated with a 404 permit.

The indirect analysis area consists of a 2-mile buffer around all project and alternative components and is designed to account for impacts on resources not directly tied to ground disturbance and outside the direct analysis area.

The atmospheric analysis area consists of a 6-mile buffer around all project and alternative components. This distance is consistent with the indirect analysis area for visual impacts and the Section 106 APE as described in section 3.12, modified by the addition of a small portion of land south of Picketpost Mountain, a 1-mile extension farther east to the San Carlos Apache Indian Reservation boundary, and an extension to the southeast to encompass Kearny, Arizona, and historical use of that area. The indirect impacts analysis area encompasses approximately 752,229 acres. The analysis area for Tribal values is shown in figure 3.14.2-1.

### Visual Impact Analysis

The visual impact analysis for Tribal values follows the scenic resources analysis presented in Newell, Grams, et al. (2018). The visual impacts analyzed are within the scenic resources analysis area (see section 3.11), which is defined by buffers around project components:

- 6 miles around tailings facility alternatives,
- 2 miles around slurry pipeline corridors, the East Plant Site and subsidence area, the West Plant Site, and transmission lines, and
- 1 mile on either side of the MARRCO corridor

For the 2-mile buffer around slurry pipeline corridor alternatives, the East Plant Site and subsidence area, the West Plant Site, and transmission lines, and the 1-mile buffer for the MARRCO corridor, it was assumed that those project components could be seen with their buffers with no obstructions.

Resolution Copper Project and Land Exchange



Figure 3.14.2-1. Tribal resources analysis area

870

### 3.14.2.2   Analysis Approach

The Forest Service worked collaboratively with the Tribes to gather information on Tribal values and resources via an ethnographic study (Hopkins et al. 2015) and through ongoing consultation. Resolution Copper funded the collection of cultural resources information important to Tribal members through Class I records searches and Class III pedestrian surveys. During consultation, several Tribes requested the inclusion of Tribal monitors in the archaeological survey to record areas of special interest. To honor that request, the Forest Service arranged for the archaeological contractors to employ Tribal monitors.

#### *Impact Indicators*

*Direct impacts* on resources of traditional cultural significance (archaeological sites; burial locations; spiritual areas, landforms, viewsheds, and named locations in the cultural landscape; water sources; food, materials, mineral, and medicinal plant gathering localities; or other significant traditionally important places) would consist of damage, loss, or disturbance that would alter the characteristic(s) that make the resource eligible for listing in the NRHP or sacred to the respective cultural group(s). The loss might be caused by ground disturbance, loss of groundwater or surface water, or by the erection of facilities that alter the viewshed. Indirect impacts would consist primarily of visual impacts from alterations to setting and feeling, auditory impacts, or inadvertent disturbance.

Impact indicators for this analysis include the following:

- Loss, damage, or disturbance to historic properties, including TCPs listed in or eligible for listing in State or Federal registers, that are significant to Native American Tribes.

- Loss, damage, or disturbance to burial sites; spiritual areas and viewsheds; cultural landscapes; sacred places; springs and other water resources; food and medicinal plants; minerals; and hunting, fishing, and gathering areas.

- Loss of access to burial sites; spiritual areas and viewsheds; cultural landscapes; sacred places; springs and other water resources; food and medicinal plants; minerals; and hunting, fishing, and gathering areas.

- Alterations to setting, feeling, or association of historic properties significant to Native American Tribes, including TCPs where those characteristics are important to their State or Federal register eligibility.

Assuming the land exchange occurs, as mandated by Congress in Section 3003 of PL 113-291, the selected lands would be conveyed to Resolution Copper no later than 60 days after the publication of the FEIS, and the Oak Flat Federal Parcel would become private property and no longer be subject to the NHPA or Forest Service management that provides for Tribal access. Under Section 106 of the NHPA and its implementing regulations (38 CFR 800), historic properties leaving Federal management is considered an adverse effect regardless of the plans for the land, meaning that as analyzed under NEPA, the land exchange will have an adverse impact on resources significant to the Tribes.

Adverse impacts on historic properties would be avoided, minimized, or mitigated through measures developed during the Section 106 process of the NHPA and through Tonto National Forest's consultations with Resolution Copper in accordance with Section 3003 of PL 113-291. As noted above, since the PA was never executed, the measures developed during the Section 106 process may be required under different authorities, as discussed in appendix J. Adverse impacts on resources that may not be historic properties under Section 106 would be avoided, minimized, or mitigated through steps outlined in the FEIS and ROD.

Resolution Copper Project and Land Exchange

## 3.14.3 Affected Environment

### 3.14.3.1 Relevant Laws, Regulations, Policies, and Plans

The primary legal authorities and agency guidance relevant to this analysis of anticipated project-related impacts on Tribal resources are shown in the accompanying text box.

A complete listing and brief description of the regulations, reference documents, and agency guidance used in this effects analysis may be reviewed in Newell (2018i).

---

**Primary Legal Authorities and Technical Guidance Related to the Effects Analysis for Tribal Values and Concerns**

- National Historic Preservation Act of 1966 (54 U.S.C. 300101 et seq.)
- Archaeological Resources Protection Act (16 U.S.C. 470aa–470mm)
- American Indian Religious Freedom Act of 1978 (42 U.S.C. 1996)
- Religious Freedom Restoration Act (42 U.S.C. 2000bb et seq.)
- Native American Graves Protection and Repatriation Act of 1990 (25 U.S.C. 3001–3013)
- U.S. Forest Service Region 3 First Amended Programmatic Agreement Regarding Historic Property Protection and Responsibilities (executed December 24, 2003)
- Executive Order 13007 (May 24, 1996), "Indian Sacred Sites"
- Executive Order 13175 (November 6, 2000), "Consultation and Coordination with Indian Tribal Governments"
- Bald and Golden Eagle Protection Act of 1940 (16 U.S.C. 688–688d)
- Endangered Species Act (16 U.S.C. 1531–1543)
- Migratory Bird Treaty Act (16 U.S.C. 703–711)
- National Environmental Policy Act (42 U.S.C. 4321 et seq.)

---

### 3.14.3.2 Existing Conditions and Ongoing Trends

Resolution Copper funded cultural resources surveys of the proposed project area and tailings alternatives, as outlined in section 3.12. Tribal monitors resurveyed or accompanied archaeological survey crews in those areas to identify areas of Tribal interest to four cultural groups with ties to the area (Puebloan, O'odham, Apache, and Yavapai), to include springs and seeps, plant, animal, and mineral resource collecting areas, landscapes, and landmarks. All springs and seeps are considered sacred by all the consulting Tribes.

Tonto National Forest conducted Tribal monitor resource identification survey training sessions in January 2018, October 2018, and September 2019, as described in Section 5.7.1, Tribal Monitor Program. The method for identifying places of importance consisted of four steps (King and Shingoitewa 2020). First, Tribal monitors walked the survey areas looking for areas of interest, which were defined as special interest areas. The special interest areas were loosely grouped into categories: Settlement Areas, Resource-Gathering Areas, Agricultural Areas, and Natural Resources Areas. Second, if a special interest area was deemed to be particularly important, it was further recorded as a TKP. Then, the Tonto National Forest staff would present the TKP to the THPO or the designated Tribal representative as a potential TCP. Finally, the TKP would be evaluated by Tribal elders, THPOs, and/or other designated Tribal

representative through field visits. Resulting TCP requests from the Tribes would then be shared with Tonto National Forest staff for evaluation under the NHPA.

As a result of completing the Tribal Monitoring Program resource identification surveys, more reports have been made available for consideration in the FEIS analysis. These reports include: the final Tribal Monitor report for Alternative 5 – Peg Leg; and the draft Tribal Monitor reports for the Oak Flat Federal Parcel, Near West (Alternatives 2 and 3), and Silver King (Alternative 4). For the Skunk Camp (Alternative 6), and the Peg Leg (Alternative 5) pipeline and power line corridor surveys, all fieldwork is complete and the data collected are presented and analyzed in this document.

In 2015, the Tonto National Forest, in partnership with the San Carlos Apache Tribe, composed a nomination for Oak Flat, the area originally known as *Chi'chil Bildagoteel*, to be listed in the NRHP as a TCP (Nez 2016). This effort consisted of extensive literature research and interviews with Tribal members.

In addition, an ethnographic study was completed titled "Ethnographic and Ethnohistoric Study of the Superior Area, Arizona" (Hopkins et al. 2015). The study consisted of archival and existing literature review and compilation, as well as oral interviews and field visits with Tribal members to collect oral history and knowledge. Tribal members accompanied research staff to important places throughout the study area and shared information about those places. Members of the San Carlos Apache Tribe, Tonto Apache Tribe, White Mountain Apache Tribe, Yavapai-Apache Nation, Fort McDowell Yavapai Nation, Yavapai-Prescott Indian Tribe, Gila River Indian Community, Salt River Pima-Maricopa Indian Community, Hopi Tribe, and Pueblo of Zuni contributed to the study. This study was used in the FEIS analysis.

### History of Oak Flat

The concept of a cultural landscape must drive how we analyze the impacts of the proposed project (King 2003; National Park Service 2020; U.S. Forest Service 2015c). According to the National Park Service, a cultural landscape is "a geographic area, including both cultural and natural resources and the wildlife or domestic animals therein, associated with a historic event, activity, or person, or exhibiting other cultural or aesthetic values" (National Park Service 2020). For Tribes, a cultural landscape encompasses all of the places, resources, features, archaeological sites, springs, etc., that are associated with their history and way of life. Each of the Tribes associated with the project area has their own way of defining and understanding their cultural landscape which are described briefly below; however, all the Tribes share some places or resources that they feel are vital and sacred parts of their landscapes. Places like springs, ancestral (archaeological) sites, plants, animals, and mineral resource locations are sacred and should not be disturbed or disrupted.

The Oak Flat Federal Parcel slated to be transferred to Resolution Copper was once part of the traditional territories of the Western Apache, the Yavapai, the O'odham, and the Puebloan Tribes of Hopi and Zuni. They lived on and used the resources of these lands until the lands were taken by force 150 years ago. The following briefly describes their historic connection to the land and how they were removed from it and confined by the U.S. Government.

WESTERN APACHE

Apache oral tradition recounts that the first Western Apache clans emerged from the First World into what is now the Southwest (Goodwin 1994). The world was defined by the four cardinal directions and their associated mountains and winds (Goodwin 1994). The Apache call themselves Nde or "the People." The term "Western Apache" is used to refer to Apache groups that historically have lived in Arizona (Goodwin 1935), composed of the San Carlos Apache, the White Mountain Apache, the Cibecue Apache, and the Tonto Apache, according to Basso (1983). The San Carlos Apache ranged through the Pinal,

Resolution Copper Project and Land Exchange

Apache, Mescal, and Catalina Mountains and along the San Pedro River (Basso 1983; Hilpert 1996). The White Mountain Apache ranged from the White Mountains to the Pinaleño Mountains. The Cibecue Apache ranged from the Salt River north to the Flagstaff area; the Tonto Apache lived from around the Verde River north to the San Francisco Mountains (Basso 1983).

Each Western Apache group ranged across their territory gathering seasonal resources and moving camp as resources became available (Basso 1970; Buskirk 1949; Hilpert 1996). Mescal was gathered in the spring and summer and roasted in large pits (Basso 1983; Hilpert 1996; Watt 2004). Later in the spring, they would plant corn in canyons, returning periodically to check on the corn and water it (Basso 1971; Hilpert 1996). In the late summer and fall, the Apache gathered acorns and harvested the corn (Basso 1971).

When foods were scarcer from December to March, the Apache would focus on raiding for supplies and livestock (Basso 1983, 1971).To the Apache, raiding was different from warfare: raiding was an economic activity designed to obtain goods, while warfare was to kill enemies (Basso 1971). The Apache often raided the O'odham, as well as Mexican ranchers (Brooks 2016). They occasionally raided Yavapai groups but more often would ally with them against the O'odham. The O'odham raided the Apache and Yavapai in retaliation. The area around Superior-Globe was a meeting place for Apache and Yavapai who were headed south to raid the O'odham (Basso 1971).

The Spanish were the first Anglo people to encounter the Apache; however, the Spanish did not have much influence north of the Gila River (Sheridan 1995). After the signing of the Treaty of Guadalupe in 1848 (which ended the Mexican–American War and ceded the Southwest to the United States), Euro-American settlers began arriving in Western Apache lands in search of mineral wealth and ranching lands. Repeated conflicts between settlers and Apache prompted the U.S. Government to build forts on Apache lands (Basso 1983, 1971; Hilpert 1996; Thrapp 1967). The presence of these forts and their troops had a devastating effect on the Apache, as soldiers killed Apache they saw as a threat and the Apache retaliated (Basso 1971). Several massacres of Apache by soldiers and civilians occurred from the 1850s through the 1870s, including the reported events at Apache Leap. In the 1870s, the Apache were forced off their lands and onto reservations: Fort Apache, Camp Verde, Camp Grant (and later San Carlos), and Ojo Caliente (Basso 1983, 1971). This effort was led by General George Cook, who assumed command of the army in Arizona in 1871. In 1874, the U.S. government further embarked on a program to move the Western Apache, Chiricahua Apache, and Yavapai onto San Carlos with the idea that this would make them easier to control and would facilitate their transition to farming and ranching (Basso 1971). However, the different groups did not know one another, which led to friction, the settled agricultural life was the opposite of their lifeway, and they were not provided with adequate resources. Conflicts between the U.S. Army and Apache who escaped the reservations or had refused to go continued until 1890.

A reservation was eventually established in the lands of the Cibecue and White Mountain Apache in 1897. Apache and Yavapai who left San Carlos to return to the Verde Valley or the Payson area found they did not have land there as promised. A reservation at Camp Verde for Apache and Yavapai was established in 1937, which later became the Yavapai-Apache Nation in 1992. A small reservation was established in 1972 for the Tonto Apache in Payson. All these communities lost large portions of their homelands, including Oak Flat, and today live on lands that do not encompass places sacred to their cultures.

For the Western Apache, history and place-naming are an integral part of the cultural landscape (Basso 1996). Place names were originally spoken by the ancestors and invoke past events that occurred at that location (Basso 1996). History for the Apache is "written" across the landscape through place names; names can evoke those events so that they are also, in a sense, happening when they are being spoken of. Knowing these places is vital to understanding Apache history and, therefore, identity. For the Western

Apache, "the people's sense of place, their sense of the tribal past, and their vibrant sense of themselves are inseparably intertwined" (Basso 1996).

The Apache landscape is imbued with diyah, or power (Basso 1996). Diyah resides in natural phenomenon like lightning, in things like water or plants, and in places like mountains. Gáán, or holy beings, live in important natural places and protect and guide the Apache people (Hilpert 1996). They come to ceremonies to impart well-being to Apache, to heal, and to help the people stay on the correct path.

## YAVAPAI

The Yavapai once ranged a huge area from Flagstaff in the north, to the Colorado River to the west, to the Salt and Gila Rivers to the south, and the Tonto Basin to the east (Khera and Mariella 1983). Yavapai people belong to one of four groups, each with its own lands: the Tolkepaya (Western People), Kwevkepaya (Southeastern People), Wipukepa (Northeastern People), and Yavapé (Northwestern People) (Braatz 2007; Khera and Mariella 1983).The Kwevkepaya lived in and around the analysis area (Gifford 1932). The Yavapai have occupied these lands from the beginning. According to their oral history, the Yavapai emerged from the underworld into the current world on the first maize plant from Montezuma's Well (Khera and Mariella 1983).

Like the Apache, the Yavapai traveled across the landscape to take advantage of seasonally available resources, as well as some farming (Braatz 2007; Gifford 1932). Among the many plant resources that the Yavapai sought were acorns (Khera and Mariella 1983). Also like the Apache, the Yavapai would raid their neighbors for supplies and they sometimes joined with the Apache to raid the O'odham (Basso 1971; Braatz 2007).

After the signing of the Treaty of Guadalupe, the influx of Euro-American settlers began to impact the Yavapai way of life as they were forced off their lands. The Yavapai generally avoided conflicts with the newcomers; however, by the 1860s, they began to have conflicts as more settlers invaded their lands (Khera and Mariella 1983). In 1865, a group of Yavapai were settled on a reservation near the Colorado River but did not have enough resources to survive. Other attempts to settle Yavapai on reservations were also unsuccessful until the early 1870s when General Crook ordered that they be moved to the newly established Rio Verde Reservation (Khera and Mariella 1983); however, this policy led to a horrible massacre. In December of 1872, the U.S. Army, which had been tasked with rounding up the Yavapai, killed a group of Kewevkapaya in the Salt River Canyon (Thrapp 1967). The Yavapai were moved onto the Rio Verde Reservation by 1873; however, just 2 years later in the winter of 1875 they were moved again to the San Carlos Reservation along with the Apache. Conditions along the 180-mile route to San Carlos were very harsh, and over 100 Yavapai died during the march (Khera and Mariella 1983). The Yavapai lived with the Apache at San Carlos until the 1890s when they were allowed to return home; however, it took several decades for reservations for the Yavapai to be established.

## O'ODHAM

The "O'odham" or "the People" consists of the Akimel O'odham (River People), Tohono O'odham (Desert People), the Sobaipuri, and the Hia-Ced O'odham (Sand People). They lived across an area encompassing the Gila and Salt River valleys to the north, the Sonoran Desert to the south, the San Pedro River to the east, and to the Gulf of California to the west.

According to O'odham oral traditions, the world was created by the Earth Medicine Man. The Earth Medicine Man created beings such as Coyote and Elder Brother (Bahr 2001). Although Earth Medicine Man made people, they were flawed and were destroyed in a flood. Elder Brother then created the O'odham out of mud or clay (Bahr 2001). Elder Brother taught people how to farm and irrigate their crops in the desert (Bahr 2001); he charged the people to care for the land and live in the desert which

"is the center of all things" (Fontana 1989). The archaeological remains that are found across central and southern Arizona are the villages of these early ancestors and are known as Huhugam or "past peoples," "The-finished-ones," or "something that is used up" (Bahr 2001; Lopez 2007).

Contact with Europeans was more intensive for the O'odham than for the Apache or Yavapai. In the sixteenth century, the Spanish arrived and established missions in southern Arizona to convert Native peoples to Catholicism (Bolton 1936). When Mexico gained independence from Spain in 1821, the O'odham lands became part of Mexico; however, after the signing of the Treaty of Guadalupe in 1848, O'odham lands were split between Mexico and the United States. Not long after the treaty was signed, Euro-Americans began to arrive in search of gold, silver, and in search of land to farm or graze livestock (Ahlstrom 2000; Sheridan 1995). In response to the pressure of these new arrivals on O'odham land, reservations were established. Along the Gila River, two reservations, the Gila River Indian Community and the Salt River Pima-Maricopa Indian Community, were established for the Akimel O'odham and members of the Maricopa (Pee Posh) from the lower Colorado River who had joined the Akimel O'odham in the 1840s in response to conflicts with other Tribes along the Colorado. Two more reservations were established to the south: the Ak-Chin Indian Community and the Tohono O'odham Nation. Although the O'odham live across four reservations, they consider themselves to be one people.

The O'odham use songscapes to remember and understand their cultural landscape (Darling and Lewis 2007). O'odham song series often describe places and their relationships to one another; they create a map that follows a cognitive trail across the landscape. A song series will reference places in a "linear, circular, or meandering path without repeated returns to the same location" (Darling and Lewis 2007). These songs follow particular trails or routes to important ritual places; they serve as a guide for the traveler and incorporate time and history into the landscape (Darling and Lewis 2007).

## PUEBLOAN

For the Hopi, Hopitutskwa or Hopi Land comprises everywhere they have lived in the past (Hedquist et al. 2018; Koyiyumptewa and Colwell-Chanthaphonh 2011). According to Hopi oral tradition, the Hopi emerged from the Fourth World into the current world through the Sipapuni, which is found along the Little Colorado River (Courlander 1971). Once they arrived in the Fourth World, they encountered Masaaw, the "Ruler of the Upper World, Caretaker of the Place of the Dead and the Owner of Fire" (Courlander 1971). Masaaw charged the Hopi to take care of the earth and journey until they found the Earth Center or Tuuwanasavi (Colwell and Koyiyumptewa 2018; Ferguson and Colwell-Chanthaphonh 2006). The Hopi clans moved throughout the Southwest in this quest, sometimes living in places for a while before moving on, until they all reached the Hopi Mesas where the Hopi live today. These ancestors are collectively referred to as the Hisatsinom or "people of long ago" (Dongoske et al. 1997). As the Hopi moved across the lands, they left "footprints" in the form of archaeological remains.

Of significance to the project area, is the Hopi oral tradition of Palatkwapi or "red walled city" from which the Water Clan, and related clans, migrated (Teague 1993). Palatkwapi was to the south of the Hopi Mesas, somewhere in south-central Arizona, and within the Hohokam region. The city was located near a river that always had water in it, and there were regular rains for the corn to grow (Courlander 1971). People in Palatkwapi began to lose their way and behave improperly. Flooding destroyed the city, and the clans were forced to leave. Eventually, they made their way to Hopi Mesa. The analysis area is both within the lands of Water Clans and associated clans, as well as the regions through which the Hopi clans traveled during their migration.

The Hopi clan migration stories as they journeyed to the Earth Center Place define their cultural landscape (Ferguson and Colwell-Chanthaphonh 2006). When Masaaw charged the Hopi to find the Tuuwanasavi, he also instructed them to leave *itaakuku* or "footprints" to show that they done what they were charged to do (Ferguson and Colwell-Chanthaphonh 2006). These footprints consist of the

archaeological remains seen today in the Southwest. These footprints create "complex spatial and temporal patterns on the land" (Ferguson and Colwell-Chanthaphonh 2006), creating a map showing the clan journeys.

For the Zuni, after the world was created, the Zuni ancestors, *A:lashshina:kwe*, emerged from the lower worlds into the Fourth World at *Chimik'yana'kya deya'a*, a canyon on the Colorado River (Ferguson and Colwell-Chanthaphonh 2006; Ferguson and Hart 1985). From there, the clans set off on a journey to find the Middle Place, or *Itiwana*, in three groups. One group traveled north, one east, and one south. The Zuni traveled all over the Southwest up to the Jemez Mountains (*He:mushina Yalla:we*) and beyond and south to Escudilla Peak (*Shohk'ona Im'a*); one group went more directly to *Itiwana* up the Zuni River (Ferguson and Hart 1985). During the journey, they built villages along their routes and left "memory pieces," artifacts and other archaeological remains, to show they had been there (Ferguson and Colwell-Chanthaphonh 2006). The Zuni were shown the location of *Itiwana* by a water spider, *K'yan'asdebi*, who spread himself across the land so that his heart was directly over *Itiwana* and his legs showed the four cardinal directions and the zenith and nadir.

One group of Zuni, *A'lahonakwin da'na don a:wanmwa* or "Ancient Ones Who Journeyed to the Land of Everlasting Sun" traveled south and stayed there (Ferguson and Colwell-Chanthaphonh 2006). The Zuni had long-standing contacts with groups to the south through many avenues. Zuni trails run south all the way to Mexico and they maintained trade relationships with many peoples, including the O'odham (Ferguson and Colwell-Chanthaphonh 2006; Ferguson and Hart 1985). Zuni also traveled to the south to gather plants and minerals, and to hunt (Ferguson and Hart 1985). All of these areas are part of the Zuni cultural landscape.

### 3.14.3.3  Adjudicated Boundaries

Figure 3.14.3-1 shows the proposed project and alternatives, as well as the analysis area/APE, with the 1978 adjudicated boundaries from the Indian Claims Commission (1978) mapping. Three groups have land areas that intersect with the project area or the analysis area: Western Apache, Pima-Maricopa, and Yavapai.

The Western Apache territory stretches from the San Francisco Peaks just north of Flagstaff south to the Rincon Mountains southeast of Tucson. The western border of the Western Apache area is just east of the Verde River along the Mazatzal Mountains down to the Gila River at Winkelman and south to the Rincon Mountains. To the east, the border runs from the San Francisco Peaks southeast across the Colorado Plateau along the Little Colorado River to the San Francisco Mountains and the New Mexico border and then roughly southwest to the Rincon Mountains.

The Pima-Maricopa territory (Akimel O'odham) consists of all of the Phoenix Valley (Gila and Salt River basins) and extending to the east to the Pinal Highlands, south to Avra Valley, west to the Gila Bend Mountains, and north to Lake Pleasant.

Resolution Copper Project and Land Exchange



Figure 3.14.3-1. Adjudicated Tribal boundaries

878

6-RCMSER-1487

The Yavapai territory stretches from just south of the San Francisco Peaks at the north to just east of the Colorado River at the west, then east along the border of the Pima-Maricopa territory to north of Phoenix. It then extends southeast between the Pima-Maricopa and the Western Apache almost to the Gila River.

### 3.14.3.4    Direct Analysis Area

#### *Archaeological Sites*

In section 3.12, we discuss the 644 archaeological sites recorded to date in the direct analysis area. Eighteen of those sites have components attributed to Apache/Yavapai peoples; 423 are attributed to Hohokam, Hohokam/Salado, or Salado. The remaining sites or components are attributed to Archaic, Native American, or Euro-American peoples.

#### *Traditional Cultural Places and Cultural Landscapes*

A portion of the direct analysis area is within the *Chi'chil Bildagoteel* Historic District, which is listed in the NRHP as an Apache TCP. Apache Leap, Oak Flat, and 38 archaeological sites that contribute to the eligibility of the district are within the *Chi'chil Bildagoteel* Historic District. Apache Leap is within the indirect analysis area, but access to the Protohistoric/Historic Apache village at its summit is through the direct analysis area.

Consistent with the direction in the land exchange legislation, the Tonto National Forest set aside Apache Leap, a sacred landscape for the Apache and Yavapai and other Tribes, as a special management area totaling 839 acres (Apache Leap SMA). The Tonto National Forest was also directed in PL 113-291 Section 3003 to develop a management plan in consultation with the Tribes. Meetings were held individually with Tribes, with cultural groups, and an all-Tribes meeting to discuss the management options for this sacred landscape. Tribes made the following requests regarding the Apache Leap SMA:

1. Leave it in its natural state;
2. Guarantee access, including possibly developing a new road, so that Tribal members can reach the top to perform ceremonies once the current access route is closed due to subsidence;
3. Do not renew or reissue the extant grazing permits; and
4. Allow day-use only (no overnight camping), and do not permit any rock-climbing.

These requests were integrated into the management plan as part of the environmental assessment of the SMA. A final decision notice, special area management plan, and corresponding forest plan amendment were issued December 26, 2017. When a new access route is designed, it will require an environmental review to determine whether the route poses any adverse effects on cultural and/or Tribal resources.

#### *Places of Traditional and Cultural Importance*

Additional resources (special interest areas or resources) were recorded during the ethnographic study within the analysis areas (Hopkins et al. 2015) and by the Tribal Monitor surveys.

During their surveys, the Tribal Monitors recorded 594 special interest areas in the direct analysis area. Of the 594, 523 are described as cultural resources, 66 as natural resources, and five as both cultural and natural resources. The cultural resources generally correspond to prehistoric archaeological sites and were categorized by the Tribal Monitors as cultural areas, settlement areas, resource gathering areas, resource processing areas, agricultural areas, and other. The natural resources areas are landforms, rockshelters, springs, water sources, vantage points, plant resources areas, and mineral resources areas. Special interest areas that are categorized as both cultural and natural resources include rockshelter, plant resources and

processing areas, a tinaja with plant processing areas, and a quarry. Please note that information regarding special interest areas constitutes sensitive data, and resources will only be discussed in general terms.

Research conducted for the ethnographic study identified seven places of traditional and cultural importance within the direct analysis area (Hopkins et al. 2015). The places include springs, canyons, an archaeological site, a rock art site, and Oak Flat.

### Springs

Up to 15 springs or seeps (Bitter, Bored, Hidden, McGinnel Mine, McGinnel, Walker, Grotto, Rancho Rio, KP Reservoir, Benson, Bear Canyon, Perlite, Iberri, DC-6.6W, and Kane) and three ponds (Above Grotto, SS-1, and Anxiety Fault Pond) are located within the direct analysis area that could be directly disturbed or impacted by dewatering (see section 3.7.1). Springs are sacred to all the consulting Tribes. These are springs with known persistence that have been monitored in the field and either would be directly disturbed or potentially dewatered by drawdown in the regional aquifer. Other springs and seeps have been mapped in the area from a variety of sources; many of these are likely to be seasonal and not associated with regional groundwater.

### Plant and Mineral Resources

In total, 115 plant species of special interest have been identified to date within the direct impacts analysis area (table 3.14.3-1). Several of these plants have been identified as a component of natural resources special interest areas.

**Table 3.14.3-1. Plants within the Analysis Area**

| Common Name | Scientific Name | In a Special Interest Area (Y/N) |
|---|---|---|
| Agave | Agave sp. | N |
| Aloe vera | Aloe vera | N |
| Arizona juniper | Juniperus arizonica | Y |
| Arizona lupine | Lupinus arizonicus | N |
| Arizona thistle | Cirsium arizonicum | Y |
| Banana yucca | Yucca baccata | Y |
| Barberry | Mahonia fremontii | N |
| Barrel cactus | Ferocactus acanthodes | N |
| Beargrass | Nolina microcarpa | Y |
| Blue bonnet | Lupinus texensis | N |
| Blue palo verde | Parkinsonia florida | N |
| Brittlebush | Encelia farinosa | N |
| Buckhorn cholla | Cylindropuntia acanthocarpa | N |
| Buckwheat | Eriogonum sp. | N |
| Buffalo gourd | Cucurbita foetidissima | N |
| Burrobush | Hymenoclea salsola | N |
| California buckthorn | Frangula californica | N |
| Canyon ragweed | Ambrosia ambrosioides | Y |
| Catclaw | Senegalia greggii | N |
| Century plant | Agave sp. | N |

Final Environmental Impact Statement

| Common Name | Scientific Name | In a Special Interest Area (Y/N) |
|---|---|---|
| Chainfruit cholla | *Cylindropuntia fulgida* | Y |
| Cholla | *Cylindropuntia* spp. | N |
| Christmas cactus | *Schlumbergera bridgesii* | N |
| Christmas cholla | *Cylindropuntia leptocaulis* | N |
| Clock-face prickly pear | *Opuntia chlorotica* | N |
| Creosote | *Larrea tridentata* | Y |
| Crucifixion thorn | *Castela emoryi* | N |
| Cryptantha | *Cryptantha angustifolia* | N |
| Deergrass | *Muhlenbergia rigens* | N |
| Desert agave | *Agave deserti* | Y |
| Desert blazingstar | *Mentzelia laevicaulis* | N |
| Desert hackberry | *Celtis pallida* | Y |
| Desert honeysuckle | *Anisacanthus thurberi* | N |
| Desert lavender | *Condea emoryi* | Y |
| Desert rue | *Thamnosma montana* | N |
| Desert sage | *Salvia dorrii* | Y |
| Desert senna | *Senna covesii* | N |
| Desert tobacco | *Nicotiana obtusifolia* | N |
| Desert trumpet | *Eriogonum inflatum* | N |
| Desert wishbonebush | *Mirabilis laevis* | N |
| Desert zinnia | *Zinnia grandiflora* | N |
| Devil's claw | *Proboscidea parviflora* | Y |
| Dock | *Rumex hymenosepalus* | N |
| Fairyduster | *Calliandra eriophylla* | Y |
| Fiddleneck | *Amsinckia intermedia* | N |
| Filaree | *Erodium cicutarium* | N |
| Flattop buckwheat | *Eriogonum fasciculatum* | N |
| Foothill palo verde | *Parkinsonia microphylla* | N |
| Fragrant sumac | *Rhus aromatica* | N |
| Fringed twinevine | *Sarcostemma cynanchoides* | N |
| Gambel oak | *Quercus gambelii* | N |
| Globemallow | *Sphaeralcea* sp. | N |
| Gooding's willow | *Salix gooddingii* | Y |
| Graythorn | *Ziziphus obtusifolia* | N |
| Hedgehog cactus | *Echinocereus fasciculatus* | Y |
| Holly grape | *Mahonia aquifolium* | N |
| Hollyleaf buckthorn | *Rhamnus ilicifolia* | N |
| Indian paintbrush | *Castilleja coccinea* | N |
| Indian mallow | *Abutilon* sp. | Y |
| Ironwood | *Olneya tesota* | N |

6-RCMSER-1490

Resolution Copper Project and Land Exchange

| Common Name | Scientific Name | In a Special Interest Area (Y/N) |
|---|---|---|
| Jojoba | *Simmondsia chinensis* | Y |
| Lupin | *Lupinus* sp. | N |
| Manzanita | *Arctostaphylos* sp. | N |
| Mediterranean grass | *Schismus barbatus* | N |
| Mesquite | *Prosopis glandulosa* | Y |
| Miniature woollystar | *Eriastrum diffusum* | N |
| Mormon tea | *Ephedra trifurca* | Y |
| Narrowleaf yucca | *Yucca angustissima* | Y |
| Nightblooming cereus | *Peniocereus greggii* | N |
| Ocotillo | *Fouquieria splendens* | Y |
| Palo verde | *Parkinsonia aculeata* | Y |
| Pincushion cactus | *Mammillaria* sp. | N |
| Pine | *Pinus* sp. | N |
| Plains bristlegrass | *Setaria vulpiseta* | N |
| Popcorn flower | *Cryptantha angustifolia* | N |
| Poreleaf | *Porophyllum gracile* | N |
| Prickly pear | *Opuntia chlorotica* | Y |
| Primrose | *Oenothera primiveris* | N |
| Purple threeawn | *Aristida purpurea* | N |
| Queen of the night cactus | *Epiphyllum oxypetalum* | Y |
| Rabbitbush | *Ericameria nauseosa* | Y |
| Ratany (trailing ratany) | *Krameria lanceolata* | N |
| Ratany (white ratany) | *Krameria grayi* | N |
| Resurrection fern | *Pleopeltis polypodioides* | Y |
| Rock lotus | *Lotus rigidus* | N |
| Saguaro | *Carnegiea gigantea* | Y |
| Scorpionweed | *Phacelia* sp. | N |
| Scrub oak | *Quercus turbinella* | N |
| Shamrock | *Oxalis* sp. | N |
| Singlewhorl burrobush | *Ambrosia monogyra* | N |
| Skunk bush | *Rhus trilobata* | Y |
| Soaptree yucca | *Yucca elata* | N |
| Sotol | *Dasylirion wheeleri* | Y |
| Staghorn cholla | *Cylindropuntia versicolor* | Y |
| Sunflower | *Helianthus* sp. | Y |
| Sweetbush | *Bebbia juncea* | N |
| Tansy mustard | *Descurainia pinnata* | N |
| Teddybear cholla | *Cylindropuntia bigelovii* | Y |
| Thorn-apple | *Datura* sp. | N |
| Threeawn grass | *Aristida purpurea* | N |

6-RCMSER-1491

Final Environmental Impact Statement

| Common Name | Scientific Name | In a Special Interest Area (Y/N) |
|---|---|---|
| Timber oak | *Quercus* sp. | N |
| Triangle bur ragweed | *Ambrosia deltoidea* | N |
| Turpentine bush | *Ericameria* sp. | N |
| Velvet mesquite | *Prosopis velutina* | N |
| White tackstem | *Calycoseris wrightii* | N |
| Whitethorn acacia | *Vachellia constricta* | Y |
| Wild spinach | *Chenopodium* sp. | Y |
| Wild onion | *Allium macropetalum* | N |
| Willow | *Chilopsis linearis* | Y |
| Wire lettuce | *Stephanomeria pauciflora* | N |
| Wolfberry | *Lycium berlandieri* | Y |
| Woodsorrel | *Oxalis* sp. | N |
| Yellow palo verde | *Parkinsonia microphylla* | Y |
| Yucca | *Yucca* spp. | Y |

Eight minerals or types of minerals important to Tribal groups were identified in the direct impacts analysis area: Apache tear obsidian, caliche, mica, red ore, polishing stones, quartz crystals, iron sand deposits, and schists.

### 3.14.3.5    Indirect Analysis Area

A portion of the *Chi'chil Bildagoteel* Historic District TCP is within the indirect analysis area outside the direct analysis area. Specifically, Apache Leap to the west of Oak Flat is adjacent to the direct analysis area. Ten places of traditional and cultural importance have been identified in the ethnographic report within the indirect analysis area.

In total, 147 springs or surface water sources are found in the indirect analysis area. These springs and water sources are within the Queen Creek watershed, Devil's Canyon watershed, and the Gila River watershed.

### 3.14.3.6    Atmospheric Analysis Area

Tonto National Forest's consultations and ethnohistoric study of the general area around Oak Flat have identified many named Western Apache locations and special interest areas, as well as Yavapai band traditional territories. This applies particularly to the areas within the U.S. 60 corridor—for example, the Superstition Mountains, Picketpost Mountain, Apache Leap, and Devil's Canyon are all named sacred locations. A portion of the *Chi'chil Bildagoteel* Historic District is within the atmospheric analysis area. The ethnographic report identified 13 places of traditional and cultural importance to Tribes within the atmospheric analysis area. These places include springs, ridges, mountains and mountain ranges, resource collection sites, and archaeological sites.

The atmospheric analysis area also contains prehistoric sites and resources of interest to the Tribes that are related to the prehistoric occupation of the area—descendant communities include the Gila River Indian Community, Hopi Tribe, Salt River Pima-Maricopa Indian Community, and Pueblo of Zuni.

6-RCMSER-1492

Resolution Copper Project and Land Exchange

### 3.14.3.7    Testimony about the Spiritual Significance of Oak Flat

Appendix U contains portions of the congressional testimony by members of the San Carlos Apache Tribe (given outside designated public input periods), as well as a selection of representative comments on the DEIS, which emphasize the cultural importance of Oak Flat to Native peoples.

## 3.14.4    Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives

### 3.14.4.1    Alternative 1 – No Action

*Direct Impacts*

Under the no action alternative, the Forest Service would not approve the GPO, current management plans would remain, and Resolution Copper would continue current activities on private property and previously permitted activities on the Tonto National Forest. As described in section 2.2.3, the no action alternative analysis analyzed the impacts of (1) the Forest Service's not approving the GPO, and (2) the land exchange's not occurring.

If the Forest Service does not approve the GPO, the mining operation as defined in the GPO would not occur; if the land exchange does not occur, the selected lands would remain under Forest Service management. Under either scenario, no direct impacts are anticipated to archaeological sites, TCPs, springs, or other resources significant to the Tribes, including loss of access to resources.

*Indirect and Atmospheric Impacts*

If either the land exchange does not occur or the GPO is not approved, no adverse indirect or atmospheric impacts are anticipated to resources other than to some springs. With or without the land exchange, the continued dewatering of mine shafts on private land would occur, lowering the water table in the area, which may have adverse indirect impacts on six springs. See section 3.7.1 for more information on dewatering and its potential effects on area resources.

### 3.14.4.2    Impacts Common to All Action Alternatives

Under all action alternatives, the Oak Flat parcel will be adversely impacted by the proposed mining operation. Extraction of the ore via block caving will eventually lead to the subsidence of the parcel; access to Oak Flat and the subsidence zone will be curtailed once it is no longer safe for visitors. Several springs located on the Oak Flat Federal Parcel will be lost due to the development of the subsidence area. The subsidence has a high potential to directly and permanently adversely affect numerous cultural resources sites, including the following: archaeological resources; areas with sacred values such as springs, seeps, and prayer locations; resource gathering sites; ancestor burial sites; traditional ceremonial and dance locations; and other places of spiritual and cultural significance to members of federally recognized Tribes.

*Effects of the Land Exchange*

Assuming that the land exchange occurs, as mandated by Congress in the Southeast Arizona Land Exchange Act, the selected lands will be conveyed to Resolution Copper no later than 60 days after the publication of the FEIS, and the Oak Flat Federal Parcel would become private property and no longer be subject to the NHPA. Under Section 106 of the NHPA and its implementing regulations (38 CFR 800), historic properties leaving Federal management is considered an adverse effect, regardless of the plans for the land, meaning that as analyzed under NEPA, the land exchange would have an adverse effect on resources significant to the Tribes.

Final Environmental Impact Statement

The Oak Flat Federal Parcel contains 41 NRHP-eligible historic properties and one NRHP-listed TCP. Distinctive features of the TCP include an Emory oak stand that the Apache and Yavapai use to harvest acorns, plus a nearby campground, constructed by the Civilian Conservation Corps, that provides a convenient place for family gatherings. Four of the places of traditional and cultural importance identified in the ethnographic report are found within the Oak Flat Federal Parcel; they are all part of the TCP. Two additional places of traditional and cultural importance are found within the East Plant Site of the GPO. All of these resources would be adversely affected by leaving Federal management, which would result in a high potential to directly and permanently adversely affect numerous cultural resources sites, including the following: archaeological resources; areas with sacred values such as springs, seeps, and prayer locations; resource gathering sites; ancestor burial sites; traditional ceremonial and dance locations; and other places of spiritual and cultural significance to members of federally recognized Tribes.

### Effects of Forest Plan Amendment

No components of the 2023 forest plan directly relate to Tribal values and concerns that require amendment. However, a great number of forest plan components are related to resources considered important or sacred by Tribes, including wildlife, water resources, and scenic resources. The need for a forest plan amendment for these resources is discussed in the appropriate section.

### Effects of Compensatory Mitigation Lands

The compensatory mitigation lands are intended for conservation and overall improvement of riparian areas and are not anticipated to have any impact on Tribal values or concerns. One compensatory mitigation land is located on Tribal lands and is being undertaken in cooperation with the Gila River Indian Community.

### Effects of Recreation Mitigation Lands

The recreation mitigation lands are anticipated to have an adverse effect on Tribal values. Although preliminary trail alignments and trailhead areas were surveyed for impacts to cultural resources that are eligible for the NRHP and trail designs were refined to reduce conflict with cultural resources, the trails would be visible from known TCPs, and any ground disturbance is deemed to be an adverse effect on cultural and Tribal resources.

### Summary of Applicant-Committed Environmental Protection Measures

A number of environmental protection measures are incorporated into the design of the project that would address the loss of resources of Tribal value and concern. These are non-discretionary measures, and their effects are accounted for in the analysis of environmental consequences. Many of these are related to other resources, such as minimizing ground disturbance or loss of habitat, and are not reiterated here.

Measures to reduce impacts on Tribal resources are described in the "Mitigation Effectiveness" section below.

### 3.14.4.3    Alternatives 2 and 3 – Near West

### Direct Impacts

Under Alternatives 2 and 3, the land exchange would occur, and the Forest Service would approve the GPO. For both alternatives, there are variations of the footprint and the type of storage facility proposed in the modified GPO location; however, the direct effects would be the same for both. Section 3.12.4.2 contains a description of the location of the 138 prehistoric and historic archaeological sites (18 of which have eligibility yet to be determined) that would be impacted by these alternatives and their associated

Resolution Copper Project and Land Exchange

mine operation areas (East Plant Site, subsidence area, West Plant Site, tailings facility and corridor, Silver King Mine Road, MARRCO corridor, and roads) (see table 3.12.4-1).

Twenty-three special interest areas were recorded in the tailings facility and corridor proposed for Alternatives 2 and 3; all of the special interest areas are cultural and are categorized as settlement or cultural areas. Several special interest areas are deemed to be related and are grouped together into three larger areas of importance. Each of these incorporates an active spring and archaeological sites. The area also contains many plants and minerals of use to Tribes. Specifically, 67 plant species are found within the tailings facility; 17 of those are found in special interest areas. All alluvial deposits would be removed to expose bedrock for the tailings storage facility, so all of these soil and vegetation resources would be destroyed by construction and use of the facility. Resources in the direct analysis area may be lost completely because of ground disturbance, or Tribes may lose access to those resource once they are part of the mine.

Eight persistent springs are anticipated to be dewatered by mine drawdown. In addition, three springs and three ponds within the subsidence area and three springs in the Alternative 2 and 3 tailings facility footprint will be directly disturbed.

### Indirect Impacts

For both alternatives, a portion of the *Chi'chil Bildagoteel* Historic District TCP found outside the project area may be indirectly impacted from inadvertent damage from construction activities in the area. In addition, 10 places of traditional and cultural importance identified in the ethnographic report are within the indirect impacts analysis area. Fifty springs or other water sources are within the indirect analysis area. Either tailings storage facility configuration would adversely reduce and affect the flow of water into Queen Creek; the long-term effects on groundwater quality due to tailings seepage are discussed in section 3.7.2.

### Atmospheric Impacts

The tailings location for Alternatives 2 and 3 is located directly opposite Picketpost Mountain, a mountain sacred to Western Apache bands, and the presence of the nearly 500-foot-high tailings would constitute an adverse visual effect on the landscape.

Plotting the visual effects buffers against the results of the ethnographic study, two identified places of traditional and cultural importance are within 1 mile of the MARRCO corridor, eight are within 2 miles of the GPO mine facilities (i.e., East Plant Site, West Plant Site, etc.), and five are within 6 miles of the tailings facility. Adverse visual effects are expected for these places.

## 3.14.4.4    Alternative 4 – Silver King

### Direct Impacts

This alternative contains a total of 147 prehistoric and historic archaeological sites that would be adversely impacted by the combined areas of the mine; two of these archaeological sites have eligibility yet to be determined (see table 3.12.4-2). As noted earlier in this section, impacts on resources on Oak Flat would be the same for Alternative 4 as for Alternatives 2 and 3. Resources in the direct analysis area may be lost completely because of ground disturbance, or Tribes may lose access to those resources once they are part of the mine.

Thirty-three special interest areas were recorded in the Silver King tailings facility and corridor; 28 are cultural resources areas and five are natural resources areas. The cultural resource areas consist of settlement areas, resource processing areas, cultural areas, and agricultural areas. One of the natural

resource areas was a mineral source; there is no information available on the other four. Several of the cultural areas are grouped into two larger areas of interest; an additional area consisting of a spring, riparian area, and grinding features was also defined. In addition, 70 plant species are found within the Silver King tailings alternative; 16 of these species are found within special interest areas. Eight persistent springs are anticipated to be dewatered by mine drawdown. In addition, three springs and three ponds within the subsidence area and one spring in the Alternative 4 tailings facility footprint would be directly disturbed.

### Indirect Impacts

Like under Alternatives 2 and 3, for Alternative 4, a portion of the *Chi'chil Bildagoteel* Historic District TCP outside the project area may be indirectly impacted from inadvertent damage from construction activities. In addition, the same 10 places of traditional and cultural importance are located in the indirect impacts analysis area. Sixty springs, seeps, or other water sources are within the indirect impacts analysis area. A tailings storage facility at the Alternative 4 location would reduce the surface area of the local watershed and have long-term effects on local groundwater quality within the Queen Creek watershed due to tailings seepage (see sections 3.7.2 and 3.7.3).

### Atmospheric Impacts

The Silver King tailings storage facility is east of Alternatives 2 and 3, but still within the area of sacred landscapes that would be visually compromised by the 1,040-foot-high tailings. Plotting the visual effects buffers against the results of the ethnographic study, two identified places of traditional and cultural importance are within 1 mile of the MARRCO corridor, eight are within 2 miles of the GPO mine facilities, and 12 are within 6 miles of the tailings facility. Adverse visual effects are expected for these places.

### 3.14.4.5    Alternative 5 – Peg Leg

### Direct Impacts

Alternative 5, including the pipeline corridor, contains 157 prehistoric and historic archaeological sites; three of these archaeological sites have eligibility yet to be determined (see table 3.12.4-3). In total, 133 special interest areas have been recorded by Tribal monitors in the Alternative 5 tailings facility and pipeline. Eighty-four of the special interest areas are cultural; they consist of settlement areas, resource processing areas, and agricultural areas. Forty-seven are natural resources; they are springs, landforms, vantage points, and plant and mineral resource areas. Two special interest areas are categorized as both cultural and natural resource areas; they are a water source and a quarry. Three larger areas of special interest have been identified by grouping several of the special interest areas: two focus on cultural resources and one focuses on natural resources.

In addition, 56 plant species are found in the Alternative 5 tailings facility and pipeline; seven of these species can be found in special interest areas. Seven special minerals of special interest would also be impacted. These resources may be lost completely because of ground disturbance, or Tribes may lose access to these resources once they are part of the mine. Direct impacts to water sources in the subsidence area are the same as under Alternatives 2, 3, and 4.

### Indirect Impacts

Indirect impacts to the TCP are the same as under Alternatives 2, 3, and 4.

Sixty-five springs or other water sources are found within the indirect impacts analysis area for Alternative 5. The surface area of the Gila River watershed would be reduced due to the permanent

tailings storage facility, and water quality may also be impaired due to future tailings seepage. For more details, see sections 3.7.2 and 3.7.3.

### Atmospheric Impacts

Plotting the visual effects buffers against the results of the ethnographic study, two identified places of traditional and cultural importance are within 1 mile of the MARRCO corridor, and nine are within 2 miles of the GPO mine facilities. Adverse visual effects are expected for these places.

### 3.14.4.6    Alternative 6 – Skunk Camp

### Direct Impacts

Under Alternative 6 and associated pipeline, 380 archaeological sites would be impacted; three of these archaeological sites have eligibility yet to be determined (see table 3.12.4-4). The Tribal Monitors identified 383 special interest areas in the Alternative 6 tailings facility, pipeline corridor, and 115-kV transmission line. Of the 383 special interest areas, 372 are cultural areas and include settlement areas, resource gathering and processing areas, agricultural areas, and cultural areas. The nine natural resources areas include springs and other water sources, plant resource areas, and a rockshelter. Two special interest areas are classified as both cultural and natural resource areas; they are both plant processing locations.

In addition, 62 plant species are found in the Alternative 6 tailings facility and pipeline; four of these species can be found in special interest areas. These resources may be lost completely because of ground disturbance, or Tribes may lose access to these resources once they are part of the mine facility.

Direct impacts to water sources in the subsidence crater are the same as under Alternatives 2, 3, 4, and 5. The surface area of the watershed would be reduced due to the permanent tailings storage facility (see section 3.7).

### Indirect Impacts

Indirect impacts to the TCP are the same as for Alternatives 2, 3, 4, and 5. Indirect impacts to places of traditional and cultural importance are the same as Alternatives 2, 3, 4, and 5. In total, 106 springs or other water sources are within the indirect impacts analysis area for Alternative 6. The Alternative 6 tailings facility is within the Dripping Springs watershed, which would reduce the surface area of the local watershed and may also have long-term effects on local groundwater quality within the Dripping Springs watershed due to tailings seepage (see sections 3.7.2 and 3.73).

### Atmospheric Impacts

Plotting the visual effects buffers against the results of the ethnographic study, two identified places of traditional and cultural importance are within 1 mile of the MARRCO corridor, and eight are within 2 miles of the GPO mine facilities. Adverse visual effects are expected for these places.

### 3.14.4.7    Cumulative Effects

The full details of the cumulative effects analysis can be found in chapter 4. The following represents a summary of the cumulative impacts resulting from the project-related impacts described in Section 3.14.4, Environmental Consequences, that are associated with Tribal values and concerns, when combined with other reasonably foreseeable future actions.

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable, and have impacts that likely overlap in space and time with impacts from the Resolution Copper Project:

- ADOT Pinal County North-South Corridor

(62 of 282), Page 62 of 282 Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 62 of 282
Case 2:21-cv-00068-DWL    Document 106-3    Filed 07/14/25    Page 60 of 355

Final Environmental Impact Statement

- Merrill Ranch Master Planned Community Project

- Pinto Valley Mine Expansion

- Ray Land Exchange and Proposed Plan Amendment

- Ripsey Wash Tailings Project

- Silver Bar Mining Regional Landfill and Cottonwood Canyon Road

The cumulative effects analysis area for Tribal concerns and values is considered to be the ancestral homelands of the affected Tribes, which is assumed to be the southwestern United States. The metric used to quantify cumulative impacts to Tribal values and concerns is the physical footprint of the projects. Given the long time period in which Tribal members have occupied these lands, and their religious and community connections to the landscape, there are many areas on the natural landscape that represent sacred sites for Tribal members, or for which general disturbance of the natural landscape represents an impact to their Tribal values. These types of impacts are difficult to quantify. Physical footprint is used as a proxy for the level of disturbance occurring to the natural landscape, assuming that effects on Tribal values would stem from these disturbances.

The six reasonably foreseeable future actions above, combined with the Resolution Copper Project, represent about 37,000 acres of the 730,000-acre cumulative effects analysis area, or about 5.1 percent. This represents the overall cumulative level of disturbance that can be anticipated to affect the overall landscape with its connections to Tribal values and heritage. As described previously in this section, impacts to Tribal values and concerns are inadequately expressed through percentages and numbers. The impacts of the Resolution Copper Project alone are substantial and irreversible due to the changes that would occur at Oak Flat. The other projects listed have not been identified as exhibiting the same level of Tribal concern; however, the combined disturbance across a wide region contributes to an overall disruption of the landscape and erosion of traditional places important to Tribes.

### 3.14.4.8    Mitigation Effectiveness

| Mitigation Identifier and Title | Authority to Require |
|---|---|
| FS-SV-01: Resource salvage | Required – Forest Service |
| FS-WR-01: GDEs and water well mitigation | Required – Forest Service |
| FS-RC-02: Access to Oak Flat campground | Required – Forest Service |
| FS-CR-01: Implementation of Oak Flat HPTP | Required – Forest Service |
| FS-CR-02: GPO research design | Required – Forest Service |
| FS-CR-03: Visual, atmospheric, auditory, socioeconomic, and cumulative effects mitigation plan | Required – Forest Service |
| FS-CR-05: Emory Oak Collaborative Tribal Restoration Initiative | Required – Forest Service |
| FS-CR-06: Tribal cultural heritage fund | Required – Forest Service |
| FS-CR_08: Tribal education fund | Required – Forest Service |
| FS-SO-02: Establish foundations for long-term funding, including the Tribal Monitor Program | Required – Forest Service |
| RC-CR-04: Increase size of Apache Leap SMA | Committed – Resolution Copper |
| RC-CR-07: Archaeological database funds | Committed – Resolution Copper |
| RC-SO-01: Community development fund | Committed – Resolution Copper |

6-RCMSER-1498

Resolution Copper Project and Land Exchange

We developed a robust monitoring and mitigation strategy to avoid, minimize, rectify, reduce, or compensate for resource impacts that have been identified during the process of preparing this EIS. Appendix J contains descriptions of mitigation measures that would be completed and identifies who is responsible for those measures. Appendix J also contains descriptions of monitoring that would be needed to identify potential impacts and mitigation effectiveness.

This section contains an assessment of the effectiveness of design features associated with mitigation and monitoring measures found in appendix J that are applicable to Tribal values and concerns. See appendix J for full descriptions of each measure noted below.

### Mitigation Effectiveness and Impacts of Forest Required Mitigation Measures Applicable to Tribal Values and Concerns

Appendix J contains mitigation and monitoring measures that are required by law or policy. These measures are assumed to occur, and their effectiveness and impacts are disclosed here. The unavoidable adverse impacts disclosed below take the effectiveness of these mitigations into account.

Measures FS-CR-01 (Oak Flat HPTP), FS-CR-02 (GPO research design), and FS-CR-03 (Visual, atmospheric, auditory, socioeconomic, and cumulative effects mitigation plan) were all described in Section 3.12, Cultural Resources. These measures have in common that they are primarily aimed at mitigating historic properties. While these measures are effective at reducing, but not preventing, impacts associated with destruction of historic properties, it is important to note that historic properties are not synonymous with Tribal values and concerns.

According to the Tribes consulted, adverse impacts on TCPs, special interest areas, and other places or resources of significant interest to Tribes cannot be mitigated; therefore, mitigation strategies for Tribal resources are designed to provide benefits to affected Tribes. The mitigation strategies will have, and are having, positive impact on Tribal communities such as providing jobs, funding Tribal visits for evaluation of special interest areas, and increasing access to Emory oak resources. Specific mitigations include the following.

**Resource salvage (FS-SV-01).** This measure allows for Tribal access for salvage of culturally important resources within the mine footprint prior to disturbance. This measure would not replace those areas lost to cultural resource collection in perpetuity, but would be effective at preventing loss of these resources.

**GDEs and water well mitigation (FS-WR-01).** This measure would replace water sources for any riparian areas associated with springs or perennial streams (groundwater-dependent ecosystems) impacted by drawdown from the mine dewatering and block caving. Springs are considered sacred to many Tribes. Though this measure would replace water, it may not replace the significance of the springs in the overall cultural landscape.

**Access to Oak Flat campground (FS-RC-02).** Maintaining access to Oak Flat campground, to the extent practicable with respect to safety, would be effective at reducing impacts caused by the loss of the Oak Flat area to subsidence. However, this represents only a small portion of Oak Flat and would not reduce the impact on Tribal cultural heritage caused by the destruction of the broader landscape due to the subsidence area.

**Emory Oak Collaborative Tribal Restoration Initiative (FS-CR-05).** In partnership with the Tonto National Forest, Resolution Copper will fund the Emory Oak Collaborative Tribal Restoration Initiative, a multi-year restorative fieldwork program for Emory oak groves located in the Tonto National Forest and the Coconino National Forest. The program is designed to restore and protect Emory oak groves that are accessed by Apache communities for traditional subsistence gathering and ensure their sustainability for future generations. This would replace one culturally important resource, but would not reduce the impact

6-RCMSER-1499

on Tribal cultural heritage caused by the destruction of the broader landscape of Oak Flat due to the subsidence area.

**Tribal cultural heritage fund (FS-CR-06).** Resolution Copper will establish a cultural heritage foundation for consulting Native American Tribes for long-term funding of cultural heritage projects. While not preventing the impacts to cultural heritage caused by the mine, these projects could be effective at preventing impacts from other projects, or preserving aspects of Tribal cultural heritage that otherwise would be jeopardized.

**Tribal education fund (FS-CR-08).** Resolution Copper will establish a fund dedicated to funding scholarships for Tribal members pursuing post-high school education, at a college, university, vocational school, or accredited 2-year program. Scholarships will be awarded based upon a committee's review of applicants. These scholarships would be effective at reducing economic impacts to Tribal members but would not directly offset any of the impacts to Tribal values disclosed.

**Establish foundations for long-term funding, including the Tribal Monitor Program (FS-SO-02).** Resolution Copper will establish a foundation or foundations for funding the continuation of the Tribal Monitor Program, long-term maintenance and monitoring of the Emory Oak Collaborative Tribal Restoration Initiative, and development of a Tribal Youth Program in partnership with the Forest Service and consulting Tribes. This measure would be effective at enhancing these other measures, as it would ensure that these programs have a long-term base of financial support, rather than short-term funding that would be eventually exhausted.

### Mitigation Effectiveness and Impacts of Resolution Committed Mitigation Measures Applicable to Tribal Values and Concerns

Appendix J contains mitigation and monitoring measures committed by Resolution Copper in contractual, financial, or other agreements. These measures are assumed to occur, and their effectiveness and impacts are disclosed here. However, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account as they are not within the authority of the Forest Service to ensure.

Mitigation measures RC-CR-07 (Archaeological database funds) and RC-SO-01 (Community development fund) were described in Section 3.12, Cultural Resources. These measures have in common that they are primarily aimed at mitigating historic properties. While these measures are effective at reducing, but not preventing, impacts associated with destruction of historic properties, it is important to note that historic properties are not synonymous with Tribal values and concerns.

According to the Tribes consulted, adverse impacts on TCPs, special interest areas, and other places or resources of significant interest to Tribes cannot be mitigated; therefore, mitigation strategies for Tribal resources are designed to provide benefits to affected Tribes. The mitigation strategies will have, and are having, positive impact on Tribal communities, such as providing jobs, funding Tribal visits for evaluation of special interest areas, and increasing access to Emory oak resources. Specific mitigations are as follows.

**Increase size of Apache Leap Special Management Area (RC-CR-04).** The addition of acreage to the Apache Leap SMA would help expand this protected area and reduce management conflicts. This would not reduce the impact on Tribal cultural heritage caused by the destruction of the broader landscape of Oak Flat due to the subsidence area.

Resolution Copper Project and Land Exchange

### Mitigation Effectiveness and Impacts of Resolution Voluntary Mitigation Measures Applicable to Tribal Values and Concerns

Appendix J contains mitigation and monitoring measures brought forward voluntarily by Resolution Copper and committed to in correspondence with the Forest Service. These measures are assumed to occur but are not guaranteed to occur. Their effectiveness and impacts if they were to occur are disclosed here; however, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account. No additional mitigation measures were voluntarily brought forward for Tribal values and concerns.

### Unavoidable Adverse Impacts

Significant Tribal properties and uses would be directly and permanently impacted. These impacts cannot be avoided within the areas of direct impact, nor can they be fully mitigated.

### 3.14.4.9    Other Required Disclosures

### Short-Term Uses and Long-Term Productivity

Physical and visual impacts on TCPs, special interest areas, and plant and mineral resources caused by construction of the mine would be immediate, permanent, and large in scale. Mitigation measures cannot replace or replicate the Tribal resources and TCPs that would be destroyed by project construction and operation. The landscape, which is imbued with specific cultural attributions by each of the consulting Tribes, would also be permanently affected.

### Irreversible and Irretrievable Commitment of Resources

The direct impacts on the TCP and special interest areas from construction of the mine and associated facilities constitute an irreversible commitment of resources. TCPs cannot be reconstructed once disturbed, nor can they be fully mitigated. Sacred springs would be eradicated by subsidence or construction of the tailings storage facility, and affected by groundwater drawdown. Changes that permanently affect the ability of Tribal members to access the TCP and special interest areas for cultural and religious purposes also consist of an irreversible loss of resources. For uses such as gathering traditional materials from areas that would be within the subsidence area or the tailings storage facility, the project would constitute an irreversible loss of resources.

6-RCMSER-1501

Final Environmental Impact Statement

## 3.15  Environmental Justice

This section has been removed in compliance with Executive Orders 14148 and 14173.

Resolution Copper Project and Land Exchange

# 3.16   Livestock and Grazing

## 3.16.1   Introduction

There are currently 17 established grazing allotments totaling approximately 462,000 acres within the analysis area on lands managed either by the Forest Service, BLM, or ASLD, or on privately owned lands. Most allotments are some combination of land management and/or ownership, where multiple grazing permits are held by a single permittee for the allotment.

Within the analysis area, all action alternatives would affect vegetation and/or water sources and cause direct or indirect impacts that would render portions of the current grazing allotments unavailable for livestock grazing. Impacts are expected throughout the full life cycle of the mine, including construction, operations, closure and reclamation, and post-closure phases.

> **Overview**
>
> The Resolution Copper Mine project area and alternative tailings locations comprise public lands under both Federal and State jurisdiction as well as privately owned lands. Federal lands are managed by the Forest Service and the BLM, while State Trust lands are under the stewardship of the ASLD. As described in the sections that follow, approval of either the GPO or any of the alternatives presented in this EIS would result in the loss to public use of substantial areas of Federal and State lands, including recreational use, livestock grazing, and other uses. Some roads, fencing, range improvements, boundary markers, and other existing features would be permanently eliminated or altered.

### 3.16.1.1   Changes from DEIS

We have made several changes to the livestock and grazing analysis in response to comments received on the DEIS. Several new water sources were identified by public comments or by further field inventories at the Skunk Camp location and these have been incorporated. Alternatives 5 and 6 no longer have alternative pipeline routes to reach the tailings storage facility. Each has a single route as described in chapter 2. In addition, we revised the Alternative 6 pipeline route, in part to address comments on grazing impacts to Government Springs Ranch. As a result of these changes, we also revised all calculations of impacts to animal unit months (AUMs).[127]

The cumulative effects analysis was revised for the FEIS to better quantify impacts. It is described in detail in chapter 4 and summarized in this section. Any mitigations developed between the DEIS and FEIS are summarized in appendix J and, if applicable to livestock grazing, are analyzed for effectiveness in this section.

### 3.16.1.2   Changes from January 2021 Rescinded FEIS

Since January 2021, some information about water sources has been updated in this section and revisions were made to the cumulative effects analysis based on updates to the list of potentially reasonably foreseeable actions. The section has also been updated to reflect the analysis of consistency with the new "Tonto National Forest Land Management Plan," implemented in December 2023.

---

[127] An "animal unit month" metric used to identify the amount of forage required to feed one mature cow weighing approximately 1,000 pounds and a calf up to weaning age.

## 3.16.2 Analysis Methodology, Assumptions, and Uncertain and Unknown Information

### 3.16.2.1 Analysis Area

The analysis area for livestock and grazing includes the entirety of all allotments that overlap spatially, in full or in part, with the primary GPO-proposed mine components (East Plant Site and subsidence area, West Plant Site, MARRCO corridor, filter plant and loadout facility, Near West tailings storage facility and pipeline corridors, and transmission lines) and each alternative tailings storage facility analyzed in this EIS (figure 3.16.2-1). Temporal analysis of impacts on livestock and grazing includes all portions of grazing allotments over the period in which mine activities could occur (50–55 years), including the construction, operations, closure and reclamation, and post-closure phases.

### 3.16.2.2 Methodology

This analysis documents the potential for acreages of grazing allotments to change, the potential for AUMs to be reduced, and the potential for loss of grazing-related facilities (e.g., stock watering sources).

Grazing allotments intersecting with the analysis area were identified through geospatial data obtained from the Tonto National Forest, BLM, and ASLD. Where necessary, the datasets were reconciled to one another and to available geospatial land ownership data, in order to make data from the different sources comparable for analysis. The total acreages of each allotment and the acres potentially impacted by project-related activities were then determined through GIS spatial analysis. AUM values were calculated based on the original AUMs per acre of the entire allotment and were extrapolated to the anticipated acreage of impact to yield a proportional estimate of reduction in AUMs (e.g., 100 AUMs are allowed on a 1,000-acre allotment; if reduced by 500 acres, the available AUMs become 50). Data on ownership, lease agreements, AUMs, etc., were identified and evaluated where available. Impacts on springs, as well as livestock and wildlife water sources, were identified by evaluation of publicly available geospatial data retrieved from several sources: Tonto National Forest, BLM Tucson Field Office, and AGFD, as well as various environmental resource surveys prepared under contract for Resolution Copper. Data on existing rangeland conditions, where available, were taken from environmental assessments and allotment management plans, but range conditions have not been recorded for most grazing allotments in the analysis area.

It should be noted that the water sources described as being lost in this section may differ from the GDEs that are described as being impacted in section 3.7.1, but for which mitigation is anticipated to maintain or replace the water sources described in this analysis. Section 3.7.1 focuses on GDEs with persistent, perennial water tied to regional aquifers. This section focuses on water for wildlife from a variety of sources, including tanks and springs that would be directly impacted and may rely on temporary or seasonal sources of water. In addition, some impacts on livestock access from fencing may not be considered in section 3.7.1, which focuses on direct disturbance instead of loss of access.

Resolution Copper Project and Land Exchange



Figure 3.16.2-1. Analysis area for evaluating existing rangeland conditions and livestock grazing allotments

896

Final Environmental Impact Statement

## 3.16.3    Affected Environment

### 3.16.3.1    Relevant Laws, Regulations, Policies, and Plans

> **Primary Legal Authorities and Technical Guidance Relevant to the Livestock and Grazing Effects Analysis**
>
> - Taylor Grazing Act of 1934
> - Federal Land Policy and Management Act of 1976
> - Multiple-Use Sustained-Yield Act of 1960
> - "Tonto National Forest Land and Resource Management Plan"
> - Forest and Rangeland Renewable Resources Planning Act of 1974

A complete listing and brief description of the legal authorities, reference documents, and agency guidance used in this livestock and grazing analysis may be reviewed in Newell (2018c).

### 3.16.3.2    Existing Conditions and Ongoing Trends

There are currently 17 established grazing allotments totaling approximately 462,000 acres in the analysis area. The proposed action and its alternatives intersect only about 10 percent of these allotments by area. This section summarizes existing conditions for the entirety of each allotment to the extent that existing conditions can be described.

Because of their relatively large and complex geographic areas, each grazing allotment is of varying size and varying land management; however, allotments are typically leased by a single entity that must obtain grazing rights (a permit or authorization) from each respective land manager/owner.

Rangelands in the analysis area are typically Sonoran desertscrub dominated by large cacti and tall shrubs at lower elevations (below 3,500 feet) and are chaparral dominated by dense shrub species such as oak, manzanita, and mountain mahogany above 4,000 feet. Semi-arid grasslands predominate in the transition zone between these type primary ecozones (Arizona Roadside Environments 1999).

Given the complex relationship between livestock grazing and land management, allotments are discussed in this section by land-managing agency. The level of detail provided is based on available data.

#### Forest Service Grazing Allotments

The Forest Service manages grazing permits within three allotments in the analysis area: Devil's Canyon (18,576 acres), Millsite (44,573 acres), and Superior (56,164 acres), for a total of approximately 119,313 acres of permitted grazing on NFS lands (table 3.16.3-1). Permitted grazing uses for Forest Service grazing allotments are summarized in this section.[128] Actual use may be less than permitted use, mainly as a result of periods of extended drought (U.S. Forest Service 2010c).

---

[128] There is overlap between the delineated boundaries of Forest Service grazing allotments and BLM grazing allotments. A portion of Alternative 6 lies within the delineated boundaries of the Forest Service Lyons Fork grazing allotment. However, most of the surface management of this land is under the jurisdiction of BLM, which manages it as the Government Springs grazing allotment (as shown in figure 3.16.2-1). Because almost all of the potential footprint of Alternative 6 in this grazing allotment is on BLM land, the Government Springs allotment has been analyzed in the EIS. As shown in figure 3.16.2-1, small portions of the Alternative 6 pipeline and transmission line corridor cross the eastern boundary of the Government Springs allotment onto NFS land. These corridors will not exclude cattle and are anticipated to have a negligible impact on any AUMs or grazing management within the Forest Service Lyons Fork allotment. The Forest Service Lyons Fork allotment is therefore not analyzed further in the EIS.

---

6-RCMSER-1506

Resolution Copper Project and Land Exchange

**Table 3.16.3-1. Acreages of Forest Service livestock grazing leases by allotment**

| Allotment Name | Grazing Lease Acreage* | Livestock Type / Number | Authorized AUMs |
|---|---|---|---|
| Devil's Canyon | 18,576 | Cattle / 200 | 1,104 |
| Millsite | 44,573 | Cattle / 307 | 4,374 |
| Superior | 56,164 | Cattle / 314 | 5,300 |

Note: Livestock type/number and AUMs were taken from the Forest Service livestock grazing records.

* Acreages are estimates based on available spatial data.

## DEVIL'S CANYON ALLOTMENT

The grazing permit for the portion of the Devil's Canyon Allotment on NFS land is held by Integrity Land and Cattle, of which Resolution Copper is a principal owner. Integrity Land and Cattle operates JI Ranch and runs approximately 200 head of cattle on this allotment as of the GPO (2016c). The carrying capacity for this allotment is 1,104 AUMs.

Devil's Canyon serves as a natural barrier south of U.S. 60 and splits this portion of the allotment into east and west halves. The highway itself splits the allotment into north and south halves, thus resulting in three large pastures—North pasture, Southeast pasture, and Southwest pasture (U.S. Forest Service 2015d). The allotment's carrying capacity is limited by the existing water locations and area used. At present, the water sources in this allotment are used 60 to 70 percent during the season of use. The allotment is managed using a 3-pasture/6-month rest rotation for the base herd, with a complementary system for bulls and horses. This allows for complete yearlong rest following grazing (U.S. Forest Service 2015d).

Recent inspections of the Southeast pasture indicated that general ecological conditions were stable or trending toward a higher seral state (that is, ecological conditions were transitioning toward a climax community). Forage and browse species were abundant with favorable frequency grouping and age classes of higher-stage plants. Sideoats grama (*Bouteloua curtipendula*) and Lehmann lovegrass (*Eragrostis lehmanniana*) are key species monitored in this allotment. Soil conditions also were stable or trending toward stable, with uniform ground cover dispersion and no detectable soil movement at the time of inspection in 2017 (U.S. Forest Service 2017a).

## MILLSITE ALLOTMENT

The grazing permit for the portion of the Millsite Allotment on NFS land is held by William and Lynn Martin. William and Lynn Martin own JF Ranch and are permitted to graze 307 cows/bulls year-round and 197 yearlings between January 1 and May 31. In 1983, a production-utilization study showed 36,806 acres of the Millsite Allotment as being at full-capacity range; the remaining 6,815 acres were identified as having no capacity. As of 1983, the lessees of the Millsite Allotment were using 17,359 of the full-capacity range acreage for livestock use, or 47.7 percent of available rangeland (U.S. Forest Service 2010c). The 1983 study also estimated that, with improved management, capacity for the Millsite Allotment is 4,374 AUMs.

Sonoran desertscrub covers approximately 75 to 80 percent of the Millsite Allotment and has been heavily impacted by the area's history of livestock grazing. An analysis was performed on data collected between 1991 and 2003 at seven sample clusters in the allotment to create a vegetation condition rating (U.S. Forest Service 2010c). Overall, vegetation conditions on the allotment were poor, and nearly one-half are deteriorating (table 3.16.3-2). As a result, the Forest Service prescribed a deferred and/or rest rotation method for the Millsite Allotment management plan (U.S. Forest Service 2016d). Soil conditions for the allotment were evaluated in 2004, 2008, and 2009, and are shown in table 3.16.3-3.

Final Environmental Impact Statement

Table 3.16.3-2. Vegetation condition rating, Millsite Allotment, 1991–2003

| Cluster Number | Pasture | Vegetation Rating and Trend |
|---|---|---|
| C1 | Cottonwood | Very poor, stable |
| C2 | Woodbury | Fair, stable |
| C3 | Bear Tank | Poor, stable |
| C4 | Millsite | Poor, downward |
| C5 | Millsite | Poor, downward |
| C6 | Hewitt | Fair, downward |
| C7 | Cottonwood | Poor, stable |

Source: U.S. Forest Service (2010c)
Note: Rating system given on a scale from "Poor" to "Excellent"

Table 3.16.3-3. Soil condition in acres, Millsite Allotment

| Condition | Acres* | Relative Percentage |
|---|---|---|
| Satisfactory | 34,724 | 78 |
| Impaired | 3,592 | 8 |
| Unsatisfactory–Impaired | 265 | 1 |
| Unsatisfactory | 5,992 | 13 |
| Total | 44,573 | 100 |

Source: U.S. Forest Service (2010c)
Notes: The soil rating system is based on the Natural Resources Conservation Service Soil Condition Rating Guide. These ratings are defined as follows (U.S. Forest Service 1999):
Satisfactory – Indicators signify that soil function is being sustained and soil is functioning properly and normally. The ability of soil to maintain resource values and sustain outputs is high.
Impaired – Indicators signify a reduction in soil function. The ability of soil to function properly has been reduced and/or there exists an increased vulnerability to degradation.
Unsatisfactory – Indicators signify that loss of soil function has occurred. Degradation of vital soil functions results in the inability of soil to maintain resource values, sustain outputs, and recover from impacts.
* Acreages are estimates based on available spatial data.

SUPERIOR ALLOTMENT

The grazing permit for the portion of the Superior Allotment on NFS land is held by DNH Cattle Company, which is permitted to graze 314 cows/bulls throughout the year and 174 yearlings between January 1 and May 31. Most full-capacity range within this allotment is located at higher elevations. In 1961, an allotment analysis determined the carrying capacity to be 5,300 AUMs (U.S. Forest Service no date). The soil and vegetation conditions on the Superior Allotment are considered poor, especially at low elevations, resulting from improper grazing in the past, with irreversible effects in some areas. The current management practice of a 6-month pasture/6-month rest rotation schedule, outlined in the Superior Allotment management plan, intends to provide extended rest to the stressed lowland areas and allow spring/summer rest for two consecutive years out of three (U.S. Forest Service 2016d). A summary of the Superior Allotment's 2018 authorized use is presented in table 3.16.3-4 (U.S. Forest Service no date).

6-RCMSER-1508

Resolution Copper Project and Land Exchange

**Table 3.16.3-4. Authorized use for Superior Allotment, 2018, DNH Cattle Company**

| Grazing Unit | Authorized Livestock |
|---|---|
| *North Side* | |
| Montana | 180 cow/calf |
| | 14 bulls |
| | 22 yearlings |
| Silver Canyon | 180 cow/calf |
| | 14 bulls |
| 88 | 180 cow/calf |
| | 14 bulls |
| *South Side* | |
| Town, North TU | 101 cow/calf |
| | 24 yearlings |
| | 6 bulls |
| Wildhorse | 5 bulls |
| TU Trap, Holding | 101 cow/calf |
| | 24 yearlings |
| South TU | 101 cow/calf |
| | 6 bulls |

Source: Sando (2018)

Note: Silver Canyon and 88 grazing units were deferred for 2018. No other pastures rested or deferred during 2018.

Each individual allotment management plan outlines a monitoring program with the intent of determining whether the currently prescribed management practices are properly implemented and effective for the improvement of rangeland conditions. The Tonto National Forest implements compliance monitoring to ensure livestock are distributed correctly, and to inspect improvements and maintenance, and forage utilization, among other variables, with an inspection scheduled each grazing year. Other monitored aspects are the presence of noxious weeds and riparian conditions, which may be monitored on longer time intervals (5–10 years) as needed (U.S. Forest Service 2016d). Monitoring practices may be modified if there are significant changes to livestock use patterns.

### Bureau of Land Management Grazing Allotments

The BLM authorizes grazing permits within nine allotments in the analysis area, totaling about 111,876 acres. Detailed grazing conditions and documentation for most of these grazing permits are not available; however, the NEPA process for the Teacup and Whitlow Allotments were initiated in 2017 (Bureau of Land Management 2017a). The Land Health Evaluation for the LEN, Teacup, and Whitlow grazing leases indicated that the general range conditions met the standards set for them by the BLM. BLM also suggested that LEN could support 357 cattle under 2,964 AUMs, Teacup could support 392 cattle under 3,058 AUMs, and Whitlow could support 136 cattle under 588 AUMs. BLM's Rangeland Administration System data were queried for acreage and AUMs for the remaining BLM grazing leases. Table 3.16.3-5 provides acreages for the grazing permits that BLM manages in the analysis area, the number of livestock, and authorized AUMs.

**Table 3.16.3-5. Acreages for BLM livestock grazing leases by allotment**

| Allotment Name | Grazing Lease Acreage* | Livestock Type / Number | Authorized AUMs |
|---|---|---|---|
| LEN | 23,110 | Cattle / 357 | 2,964 |

| Allotment Name | Grazing Lease Acreage* | Livestock Type / Number | Authorized AUMs |
|---|---|---|---|
| Teacup | 28,775 | Cattle / 392 | 3,058 |
| Helmwheel | 14,820 | Cattle / 119 | 1,428 |
| A-Diamond | 6,589 | Cattle / 301 | 686 |
| Victory Cross | 2,858 | Cattle / 163 | 411 |
| Battle Axe | 13,081 | Cattle / 210 | 1,562 |
| Horsetrack | 11,058 | Cattle / 102 | 1,224 |
| Meyers | 2,518 | Cattle / 47 | 564 |
| Whitlow | 9,067 | Cattle / 136 | 588 |

Note: Livestock type/number and AUMs were taken from the BLM Rangeland Administration System (Bureau of Land Management 2019a).

* Acreages are estimates based on available spatial data.

### Arizona State Land Department Grazing Leases

The ASLD manages grazing permits within 14 allotments in the analysis area totaling 181,768 acres. ASLD does not maintain detailed documentation on rangeland conditions for specific grazing permit areas; however, this analysis assumes that rangeland conditions for State Trust lands would be similar to those found on neighboring NFS and BLM lands. Rangeland data summarized in table 3.16.3-6 were taken from the Arizona Land Resources Information System (ALRIS), a spatial data viewer maintained by the ASLD.

Table 3.16.3-6. Acreages for ASLD grazing leases by allotment

| Allotment Name | Grazing Lease Acreage* | Authorized AUMs |
|---|---|---|
| LEN | 14,294 | 1,346 |
| Teacup | 12,099 | 1,583 |
| Helmwheel | 30,634 | 2,843 |
| A-Diamond | 7,980 | 955 |
| Victory Cross | 4,485 | 1,048 |
| Battle Axe | 3,262 | 425 |
| Horsetrack | 16,818 | 1,414 |
| Whitlow | 11,275 | 1,066 |
| Devil's Canyon | 6,592 | 1,104 |
| Ellsworth Desert | 26,378 | 2,250 |
| Ruiz | 11,554 | 1,246 |
| Slash S | 15,358 | 5,757 |
| Nichols Ranch | 13,807 | 1,300 |
| Government Springs | 7,232 | 924 |

Note: AUMs were taken from Arizona Land Resources Information System (Arizona State Land Department 2019a).

* Acreages are estimates based on available spatial data.

Resolution Copper Project and Land Exchange

## 3.16.4    Environmental Consequences of Implementation of the Proposed Mine Plan and Alternatives

### 3.16.4.1    Alternative 1 – No Action Alternative

Under the no action alternative, no alterations would be made to current grazing access or allotments, nor would there be any direct loss of stock tanks, seeps, and springs. However, six springs in the Superior Allotment are anticipated to be impacted by continued dewatering pumping of mine infrastructure. Management would continue as outlined per the allotment management plans and rangeland conditions would improve or deteriorate contingent upon the plans' effectiveness, combined with future meteorological trends. These trends are expected to result in droughts that are more frequent and of longer duration, which could stress vegetation and require adjustments to allotment management plans in the future.

### 3.16.4.2    Impacts Common to All Action Alternatives

*Impacts on Allotments*

All action alternatives would result in direct and indirect impacts on livestock and grazing within the analysis area because all areas within project facility footprints would become inaccessible to grazing. Impacts are expected throughout the full life cycle of the mine, including the construction, operations, closure and reclamation, and post-closure phases. Direct impacts of any action alternatives include the following:

- Reduction in acreage of grazing allotments
- Reduction in available AUMs within individual grazing allotments
- Loss of grazing-related facilities (water sources or infrastructure)

All action alternatives would see impacts on grazing allotments located in the East Plant Site, subsidence area, and MARRCO corridor. An area within the East Plant Site and Oak Flat Federal Parcel would be fenced off at the commencement of the construction phase of the mine, and the perimeter would be extended every 10 years following the start of operations to account for the additional area impacted by subsidence. Presently, there is no plan to make the area within the subsidence area accessible after Resolution Copper has ownership of the parcel (Resolution Copper 2016c); this would result in a reduction of at least 1,856 acres in the Devil's Canyon Allotment and a direct impact on Integrity Land and Cattle, which currently owns the grazing permit on that allotment. In addition, all action alternatives would see a reduction of at least 38 acres on the Millsite Allotment and some reduction in acreage on the Superior Allotment, although the amount varies by alternative.

Implementation of any action alternative would result in loss of the livestock water sources identified in table 3.16.4-1. The water sources listed in this section reflect springs, tanks, and stock wells that were identified in allotment documentation or from other mapping sources. Unlike the GDEs discussed in section 3.7.1, the springs disclosed in this section may or may not have persistent water, may be seasonal or transitory, and many lacked water when visited in the field. Some of these springs or tanks have water right filings associated with them, as shown in the tables in this section. See section 3.7.1 for more discussion on potential impact to surface water rights.

The impacts shown in this section reflect physical disturbance from mine construction as well as dewatering impacts to GDEs (as discussed in section 3.7.1). GDEs identified as impacted in section 3.7.1 are listed in this section. Note that monitoring and mitigation were implemented to replace water sources if dewatering impacts occur as anticipated.

Final Environmental Impact Statement

Stream segments identified as impacted in section 3.7.1 or 3.7.3 (Devil's Canyon, Queen Creek, Dripping Spring Wash, Gila River, Donnelly Wash) are not listed in this section. The anticipated reductions in flow do not result in substantial water loss or drying. The water source still would be available for livestock or wildlife use.

**Table 3.16.4-1. Livestock water sources impacted under all action alternatives**

| Name | Type | Nearest Project Area | Grazing Allotment | Water Right Filing |
|------|------|----------------------|-------------------|--------------------|
| Rancho Rio Spring | Spring | Subsidence area | Devil's Canyon | 36-24139 |
| KP Reservoir | Seep | Subsidence area | Devil's Canyon | None identified |
| Above Grotto | Pond | Subsidence area | Devil's Canyon | None identified |
| SS-1 | Pond | Subsidence area | Devil's Canyon | None identified |
| Anxiety Fault Pond | Pond | Subsidence area | Devil's Canyon | None identified |
| Queen Seeps* | Spring | Transmission line | Devil's Canyon | None identified |
| The Grotto | Spring | Subsidence area | Devil's Canyon | None identified |
| Apache Leap Stock Tank | Dugout/pit tank | East Plant Site | Devil's Canyon | 38-23975 |
| Oak Flat Stock Tank | Dugout/pit tank | Subsidence area | Devil's Canyon | 38-23888 (38-65060) |
| Reservoir Tank 2 | Stock tank, intermittent | Subsidence area | Devil's Canyon | 38-23890 |
| No Name | Tanks | MARRCO corridor | Millsite | None identified |
| Bitter Spring | Spring | Dewatered by pumping† | Superior | See table 3.7.1-6 |
| Bored Spring | Spring | Dewatered by pumping† | Superior | See table 3.7.1-6 |
| Hidden Spring | Spring | Dewatered by pumping† | Superior | See table 3.7.1-6 |
| McGinnel Spring | Spring | Dewatered by pumping† | Superior | See table 3.7.1-6 |
| McGinnel Mine Spring | Spring | Dewatered by pumping† | Superior | See table 3.7.1-6 |
| Walker Spring | Spring | Dewatered by pumping† | Superior | See table 3.7.1-6 |
| DC-6.6W | Spring | Dewatered by pumping† | Devil's Canyon | See table 3.7.1-6 |
| Kane Spring | Spring | Dewatered by pumping† | Devil's Canyon | See table 3.7.1-6 |

Sources: Montgomery and Associates Inc. (2017a); WestLand Resources Inc. (2018d); WestLand Resources Inc. and Montgomery and Associates Inc. (2018)

\* As transmission lines span many areas, this water source may or may not be physically impacted during construction.

† Mitigation would be implemented to replace these water sources if lost as anticipated.

Grazing has a complex effect on the surrounding plants and habitat, with positive and negative effects. In some cases, grazing removes cover that allows other plant species to grow, potentially reducing fire risk. However, grazing can disturb soil and biotic crusts and spreads seeds of weeds and other non-native species. Over time, grazing puts pressure on plants that are palatable while unpalatable plants (such as cholla or prickly pear) are undisturbed and can increase on the landscape. Grazing of non-native plants temporarily lessens biomass but also can lead to the spread of seeds of those non-native species within and from one area to another, thus increasing the long-term effects on native species on the landscape. Areas where livestock congregate (tanks, riparian areas, other water sources) may be completely stripped of vegetation, depending on the level of grazing.

Overall, while the change in grazing patterns on the landscape has the potential to affect plant distribution, the relative grazing pressure on the unimpacted portions of the allotments remains relatively similar. We do not anticipate major changes in habitat from loss of one part of the allotment.

Resolution Copper Project and Land Exchange

### Effects of Reclamation

The tailings storage facility represents a large area of disturbance (approximately 2,300 to approximately 5,900 acres, depending on the selected tailings storage facility location) that would be reclaimed after closure. The success of reclamation and the ability to reestablish vegetation on the tailings storage facility surface would have a large effect on the ability to sustain livestock grazing as a post-mine land use. Potential reclamation success is analyzed in detail in section 3.3. Overall, in areas where ground disturbance is relatively low, and soil resources (e.g., nutrients, organic matter, microbial communities) and vegetation propagules (e.g., seedbank or root systems to resprout) remain relatively intact, it would be expected that vegetation communities could rebound to similar pre-disturbance conditions in a matter of decades to centuries. In contrast, for the tailings storage facility, which would be covered in non-soil capping material (such as Gila Conglomerate), biodiversity and ecosystem function may never reach the original, pre-disturbance conditions even after centuries of recovery. Allowing grazing as a post-mine land use would need to be weighed against the potential sustainability of the soil and vegetation ecosystem.

### Effects of the Land Exchange

The selected Oak Flat Federal Parcel would leave Forest Service jurisdiction, and approximately 1,856 acres of the existing Devil's Canyon Allotment on Tonto National Forest lands (presently permitted to Integrity Land and Cattle Company) would become unavailable for grazing, resulting in an overall reduction of available AUMs. This is an approximately 7 percent loss in total size of the grazing allotment.

The offered lands parcels would come under Federal jurisdiction. The Forest Service supports livestock grazing as a valuable resource to promote on the landscape, provided that it is responsibly performed and managed and does not injure plant growth. BLM's rangeland program places an emphasis in multi-jurisdictional ecosystem management in Arizona. This involves interdisciplinary resource management in consultation and coordination with other Federal, State, and local agencies and Indian Tribes. The specific management of livestock and grazing on the offered lands would be determined by the agencies upon transference of the parcels, but in general, when the offered lands enter Federal jurisdiction, the parcels would have the potential to be permitted for grazing where there currently is none. The Apache Leap South End Parcel would be exempt from grazing as it would become part of a management area that has no new grazing allowed. Allotments on the Forest Service that surround some of the offered lands parcels include Cartwright, Red Creek, and Tonto Basin, among others. Allotments managed by the BLM that surround some of the offered lands parcels are Dripping Springs and Steamboat Mountain.

### Changes in Grazing on Compensatory Mitigation Lands

Grazing currently takes place on the H&E Farm compensatory mitigation land. After restoration, use will likely cease in order to sustain mitigation improvements to the parcel. As this is a relatively small private parcel (500 acres), and would remain privately held, there would be no impacts to grazing allotment holders and overall, no impact to livestock grazing on Federal lands.

Grazing does not currently take place at the Queen Creek or MAR-5 compensatory mitigation lands.

### Forest Plan Amendment

No components of the 2023 forest plan that directly relate to livestock and grazing require amendment.

### Effects of Recreation Mitigation Lands

The recreation mitigation lands are anticipated to minimally affect livestock and grazing. The recreation mitigation is located within the Superior grazing allotment and would affect less than 1 percent of the

Final Environmental Impact Statement

grazing allotment acreage. Livestock grazing is a currently approved land use that occurs alongside the existing formal and user-created roads and trails, and grazing practices are not expected to change as a result of the recreation mitigation.

### Summary of Applicant Committed Environmental Protection Measures

No environmental protection measures were identified as being incorporated into the design of the project that would act to reduce potential impacts on livestock grazing. However, note that a number of measures meant to reduce impacts on water resources could be applicable to livestock grazing as well. These are described primarily in sections 3.7.1 and 3.7.3.

### 3.16.4.3    Alternative 2 – Near West Proposed Action

Implementation of this alterative would result in the reduction of available grazing within six allotments under various management or ownership. Table 3.16.4-2 summarizes the anticipated reduction in acres of land available for livestock grazing from this alternative by allotment and by land manager/owner, and reductions in AUMs by allotment are estimated where data were available.

Table 3.16.4-2. Reduction in available grazing by allotment and ownership – Alternative 2

| Grazing Allotment | Private (acres) | NFS (acres) / AUMs | ASLD (acres) / AUMs | Total Grazing Reduction (acres) |
|---|---|---|---|---|
| Devil's Canyon | 324 | 1,906 / 113 | 142 / 24 | 2,372 |
| Ellsworth Desert | 664 | 0 | 50 / 4 | 714 |
| Millsite | 58 | 4,203 / 414 | 0 | 4,261 |
| Nichols Ranch | 47 | 0 | 37 / 4 | 84 |
| Ruiz | 29 | 0 | 45 / 5 | 74 |
| Superior | 3 | 1,065 / 100 | 0 | 1,068 |
| Total | | | | 8,573 |

Under Alternative 2, approximately 8,573 acres of land currently authorized for livestock grazing use would be forfeited, with the greatest impacts occurring on the Devil's Canyon and Millsite Allotments, with relatively lesser impacts on the Ellsworth Desert and Superior Allotments, and minor impacts on the Nichols Ranch and Ruiz Allotments. For the Devil's Canyon Allotment, Resolution Copper currently holds the grazing rights via permits with the Tonto National Forest and the ASLD over Oak Flat, the mine area, and a portion of the pipeline/power line corridor and intends to continue grazing (Resolution Copper 2020e).

Implementation of Alternative 2 would also result in the loss of access to six natural springs, as well as five constructed stock watering and/or wildlife watering features (table 3.16.4-3).

Table 3.16.4-3. Water sources impacted under Alternative 2

| Name | Type | Nearest Project Area | Grazing Allotment | Water Right Filing |
|---|---|---|---|---|
| Bear Tank Canyon Spring | Spring | Tailings facility | Millsite | 36-105437 |
| Benson Spring | Spring | Tailings facility | Millsite | 36-14696 |
| Lower Bear Tank Canyon Spring | Spring | Tailings facility | Millsite | None identified |
| Perlite Spring | Spring | Tailings facility | Superior | 36-24044 |
| Benson Spring (other) | Unknown | Tailings facility | Millsite | None identified |

6-RCMSER-1514

Resolution Copper Project and Land Exchange

| Name | Type | Nearest Project Area | Grazing Allotment | Water Right Filing |
|---|---|---|---|---|
| Hackberry Tank | Dugout/pit tank | Tailings facility | Millsite | None identified |
| Noble Windmill | Windmill/well | Tailings facility | Millsite | None identified |
| Pilot Tank | Dugout/pit tank | Tailings facility | Millsite | None identified |
| No Name | Spring, trough | Tailings facility | Millsite | None identified |
| No Name | Well | Tailings facility | Millsite | None identified |
| Conley Spring | Spring | Tailings facility | Millsite | 36-103353 |

Sources: Montgomery and Associates Inc. (2017a); WestLand Resources Inc. (2018d); WestLand Resources Inc. and Montgomery and Associates Inc. (2018)

### 3.16.4.4    Alternative 3 – Near West – Ultrathickened

Implementation of Alternative 3 would result in the same impacts on lands currently authorized for livestock grazing and water sources use and access as described for Alternative 2.

### 3.16.4.5    Alternative 4 – Silver King

Implementation of the Silver King alternative would result in reduction of available grazing within six allotments under various management or ownership. Table 3.16.4-4 summarizes the anticipated reduction in acres of land available for livestock grazing from this alternative by allotment and by land manager/owner, and reductions in AUMs by allotment are estimated where data were available.

Table 3.16.4-4. Reduction in available grazing by allotment and ownership – Alternative 4

| Grazing Allotment | Private (acres) | NFS (acres) / AUMs | ASLD (acres) / AUMs | Total Grazing Reduction (acres) |
|---|---|---|---|---|
| Devil's Canyon | 324 | 1,906 / 113 | 142 / 24 | 2,372 |
| Ellsworth Desert | 664 | 0 | 50 / 4 | 714 |
| Millsite | 17 | 111 / 11 | 0 | 128 |
| Nichols Ranch | 47 | 0 | 37 / 3 | 84 |
| Ruiz | 29 | 0 | 45 / 5 | 74 |
| Superior | 49 | 5,757 / 543 | 0 | 5,806 |
| Total | | | | 9,178 |

Under Alternative 4, approximately 9,178 acres of land currently authorized for livestock grazing would be forfeited, with the greatest impacts occurring on the Superior Allotment. Relatively moderate impacts would occur on the Devil's Canyon Allotment, with more minor impacts occurring on the Ellsworth Desert, Millsite, Nichols Ranch, and Ruiz Allotments. For the Devil's Canyon Allotment, Resolution Copper currently holds the grazing rights via permits with the Tonto National Forest and the ASLD over Oak Flat, the mine area, and a portion of the pipeline/power line corridor and intends to continue grazing (Resolution Copper 2020e).

Implementation of Alternative 4 would also result in the loss of access to five natural springs, as well as six constructed stock watering and/or wildlife watering features (table 3.16.4-5).

**Table 3.16.4-5. Water sources impacted under Alternative 4**

| Name | Type | Nearest Project Area | Grazing Allotment | Water Right Filing |
|------|------|---------------------|-------------------|-------------------|
| McGinnel Mine Spring | Spring | Tailings facility (note this spring is already impacted by pumping) | Superior | See table 3.7.1-6 |
| Mud Spring 2 | Spring | Fence line* | Superior | 36-24050 |
| Rock Horizontal Spring | Spring | Fence line* | Superior | 36-103348 |
| Iberri Spring | Spring | Tailings facility | Superior | None identified |
| McGinnel Spring | Spring | Tailings facility | Superior | See table 3.7.1-6 |
| Cedar Tank | Stock tank, intermittent | Fence line* | Superior | 38-23954 |
| Comet Tank | Stock tank, intermittent | Tailings facility | Superior | None identified |
| Dugan Tank | Stock tank, intermittent | Fence line* | Superior | None identified |
| Javelina Tank | Stock tank, intermittent | Fence line* | Superior | 38-23953 |
| Peachville Tank | Stock tank, intermittent | Fence line* | Superior | 38-23952 |
| No Name | Well | Fence line* | Superior | None identified |

Sources: Montgomery and Associates Inc. (2017a); WestLand Resources Inc. (2018d); WestLand Resources Inc. and Montgomery and Associates Inc. (2018)

* For the purposes of the NEPA analysis, 100% physical disturbance is assumed within the fence line of the tailings storage facility. However, when constructed, some areas between the tailings storage facility footprint and the fence line would not be impacted. Thus, this water source may or may not be physically impacted during construction.

## 3.16.4.6    Alternative 5 – Peg Leg

Implementation of the Peg Leg alternative would result in the reduction of available grazing within 10 grazing allotments. Table 3.16.4-6 summarizes the anticipated reduction in acres of land available for livestock grazing from this alternative by allotment and by land manager/owner, and reductions in AUMs by allotment are estimated where data were available.

**Table 3.16.4-6. Reduction in available grazing by allotment and ownership – Alternative 5**

| Grazing Allotment | Private (acres) | NFS (acres) / AUMs | ASLD (acres) / AUMs | BLM (acres) / AUMs | Total Grazing Reduction (acres) |
|-------------------|-----------------|--------------------|--------------------|--------------------|--------------------------------|
| A-Diamond | 186 | 0 | 2,430 / 291 | 285 / 30 | 2,901 |
| Battle Axe | 38 | 0 | 32 / 4 | 428 / 51 | 498 |
| Devil's Canyon | 324 | 1,906 / 113 | 142 / 24 | 0 | 2,372 |
| Ellsworth Desert | 664 | 0 | 50 / 4 | 0 | 714 |
| Helmwheel | 4 | 0 | 24 / 2 | 1,265 / 122 | 1,293 |
| Millsite | 17 | 111 / 11 | 0 | 0 | 128 |
| Nichols Ranch | 47 | 0 | 36 / 3 | 0 | 83 |
| Ruiz | 29 | 0 | 45 / 5 | 0 | 74 |
| Superior | 20 | 715 / 68 | 0 | 0 | 735 |
| Teacup | 3 | 0 | 1,832 / 240 | 5,075 / 539 | 6,907 |
| **Total** | | | | | **15,705** |

Under Alternative 5, approximately 15,705 acres of land currently authorized for livestock grazing would be forfeited over 10 allotments, with the greatest impacts to acreage occurring on the Teacup Allotment. Slightly fewer acres on each of the Devil's Canyon, A-Diamond, and Helmwheel Allotments would be

Resolution Copper Project and Land Exchange

affected, with relatively lesser impacts on the remaining allotments. For the Devil's Canyon Allotment, Resolution Copper currently holds the grazing rights via permits with the Tonto National Forest and the ASLD over Oak Flat, the mine area, and a portion of the pipeline/power line corridor and intends to continue grazing (Resolution Copper 2020e).

BLM commented on the DEIS that implementation of the Peg Leg alternative would result in the removal of the ranch headquarters for the Teacup Allotment, including residences, barns, corrals, fences, and stock watering features. This would constitute a total loss of ranching infrastructure and would directly affect ranching operations for this allotment.

Additionally, this alternative would result in the loss of access to natural springs, as well as constructed stock watering and/or wildlife watering features, but none outside those shown in impacts common to all (see table 3.16.4-1). Constructed stock watering and/or wildlife water facilities in the tailings pipeline corridor could be present yet are not listed. It is expected that the water sources would be avoided during micro-siting or would be replaced as per water resources mitigation. Impacts associated with water sources in the tailings pipeline corridor would be associated with construction and therefore would be short term and temporary.

### 3.16.4.7    Alternative 6 – Skunk Camp

Implementation of the Skunk Camp alternative would result in reduced grazing opportunities within nine grazing allotments. Table 3.16.4-7 summarizes the anticipated reduction in available grazing from this alternative by allotment and by land manager/owner, and reductions in AUMs by allotment are estimated where data were available.

Table 3.16.4-7. Reduction in available grazing by allotment and ownership – Alternative 6

| Grazing Allotment | Private (acres) | NFS (acres) / AUMs | ASLD (acres) / AUMs | BLM (acres) / AUMs | Total Grazing Reduction (acres) |
|---|---|---|---|---|---|
| Devil's Canyon | 200 | 2,047 / 122 | 270 / 45 | 0 | 2,517 |
| Ellsworth Desert | 664 | 0 | 50 / 4 | 0 | 714 |
| Government Springs | 45 | 0 | 191 / 24 | 0 | 236 |
| Millsite | 17 | 111 / 11 | 0 | 0 | 128 |
| Nichols Ranch | 47 | 0 | 37 / 3 | 0 | 84 |
| Ruiz | 29 | 0 | 45 / 5 | 0 | 74 |
| Slash S | 1,304 | 0 | 5,726 / 2,146 | 0 | 7,030 |
| Superior | 55 | 268 / 25 | 0 | 0 | 323 |
| Victory Cross | 909 | 0 | 1,766 / 412 | 0 | 2,675 |
| Total | | | | | 13,781 |

Under Alternative 6, approximately 13,781 acres of existing livestock grazing would be lost over nine allotments, with the largest grazing impacts to acreage occurring on the Slash S Allotment. Slightly fewer acres on each of the Devil's Canyon and Victory Cross Allotments would be affected, with relatively minor impacts on the remaining allotments. For the Devil's Canyon Allotment, Resolution Copper currently holds the grazing rights via permits with the Tonto National Forest and the ASLD over Oak Flat, the mine area, and a portion of the pipeline/power line corridor and intends to continue grazing (Resolution Copper 2020e).

Resolution Copper currently holds the grazing rights via permits with the ASLD (and BLM) for a portion of the Skunk Camp tailings storage facility (Victory Cross Grazing Allotment) and intends to continue grazing (Resolution Copper 2020e).

BLM commented on the DEIS that implementation of the Skunk Camp alternative would result in the removal of the ranch headquarters for the Slash S Allotment, including residences, barns, corrals, fences, and stock watering features. This would constitute a total loss of ranching infrastructure and directly affect ranching operations for this allotment. However, Resolution Copper holds grazing rights through a future interest in the Slash S Allotment and intends to continue grazing, regardless of impacts to infrastructure (Resolution Copper 2020e).

This alternative would result in the loss of access to five additional natural springs (table 3.16.4-8). Constructed stock watering and/or wildlife water facilities in the tailings pipeline corridor could be present even if not listed in table 3.16.4-8. It is expected that the water sources would be avoided during micro-siting or would be replaced in accordance with water resources mitigation. Impacts associated with water sources in the tailings pipeline corridor would be associated with construction and therefore short term and temporary.

**Table 3.16.4-8. Water sources impacted under Alternative 6**

| Name | Type | Nearest Project Area | Grazing Allotment | Water Right Filing |
|---|---|---|---|---|
| Big Spring 3 | Spring | Fence line* | Victory Cross | None identified |
| Looney Spring 2 | Spring | Fence line* | Slash S | 36-1878 |
| Dry Spring | Spring | Tailings facility | Slash S | 36-1889 |
| Haley Spring | Spring | Tailings facility | Slash S | 4A-3882.1 |
| Mill Spring[†] | Spring | Underground boring | Government Springs | 4A-919.2 |

Sources: Montgomery and Associates Inc. (2017a); WestLand Resources Inc. (2018d); WestLand Resources Inc. and Montgomery and Associates Inc. (2018)

\* For the purposes of NEPA analysis, 100% physical disturbance is assumed within the fence line of the tailings storage facility. However, when constructed, some areas between the tailings storage facility footprint and the fence line would not be impacted. Thus, this water source may or may not be physically impacted during construction.

† This spring is in the vicinity of underground boring for the slurry pipelines to cross under Mineral Creek. Impacts to this spring from the boring could occur but are not anticipated.

## 3.16.4.8    Cumulative Effects

Full details of the cumulative effects analysis can be found in chapter 4. The following represents a summary of the cumulative impacts resulting from the project-related impacts described in Section 3.16.4, Environmental Consequences, that are associated with livestock grazing, when combined with other reasonably foreseeable future actions.

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable, and have impacts that likely overlap in space and time with impacts from the Resolution Copper Project:

- ADOT Pinal County North-South Corridor
- APS Herbicide Use within Authorized Rights-of-Way on Tonto National Forest lands
- Grazing Allotment Permit Renewals (Various)[129]

---

[129] While not an identified RFFA, these have been included because the cumulative analysis assumes existing grazing allotment permits would be renewed.

- LEN Range Improvements
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project

The cumulative effects analysis area for livestock and grazing encompasses the same grazing allotments as those used for the direct and indirect analysis area, as any effects on livestock from other projects would be felt within these same allotments. The metric used to quantify cumulative impacts to livestock and grazing are (1) the area of individual grazing allotments lost or disturbed by RFFA footprints, and (2) loss of water supplies within allotments. The FEIS analysis uses reduction in animal unit months as a measure of impact, but the estimate of reduction in AUMs is based on the area lost from individual allotments either by physical disturbance or loss of access. Physical disturbance is a direct proxy for the loss of supporting capacity of the allotments, and the resulting reduction in AUMs. Loss of water supplies (tanks, springs, streams) within allotments also reduces the supporting capacity of those allotments.

The cumulative effects analysis area for livestock and grazing is approximately 462,062 acres and is composed of the following grazing allotments:

- A-Diamond
- Battle Axe
- Devil's Canyon
- Ellsworth Desert
- Government Springs
- Heber
- Helmwheel
- Hicks-Pikes Peak
- Horsetrack
- Meyers
- Nichols Ranch
- Ruiz
- Slash S
- Superior
- Teacup Ranch
- Victory Cross
- Whitlow

The six reasonably foreseeable future actions above, combined with the Resolution Copper Project, represent about 22,000 acres of the 462,000-acre cumulative effects analysis area, or about 4.7 percent. This represents areas where changes in land use or vegetation could inhibit grazing use. Note that the above calculations exclude the grazing allotment permit renewals, which account for over 99 percent of the cumulative effects analysis area. Fundamentally, these renewals would not result in a material change in the use of the lands, reduction in AUMs, or loss of livestock grazing areas.

Specific loss of water sources for specific grazing allotments is not known for any of the reasonably foreseeable future actions.

### 3.16.4.9    Mitigation Effectiveness

| Mitigation Identifier and Title | Authority to Require |
| --- | --- |
| FS-SV-03: Revised reclamation and closure plans | Required – Forest Service |
| FS-WR-01: GDEs and water well mitigation | Required – Forest Service |
| RV-LG-01: Mitigation for impacts to ranching and grazing leases | Voluntary – Resolution Copper |

We developed a robust monitoring and mitigation strategy to avoid, minimize, rectify, reduce, or compensate for resource impacts that have been identified during the process of preparing this EIS.

Appendix J contains descriptions of mitigation measures that are being required by the Forest Service and mitigation measures voluntarily brought forward and committed to by Resolution Copper. Appendix J also contains descriptions of monitoring that would be needed to identify potential impacts and mitigation effectiveness.

This section contains an assessment of the effectiveness of design features associated with mitigation and monitoring measures found in appendix J that are applicable to livestock grazing. See appendix J for full descriptions of each measure noted below.

### Mitigation Effectiveness and Impacts of Forest Required Mitigation Measures Applicable to Livestock Grazing

Appendix J contains mitigation and monitoring measures being required by the Forest Service under its regulatory authority or because these measures are required by other regulatory processes (such as the Biological Opinion). These measures are assumed to occur, and their effectiveness and impacts are disclosed here. The unavoidable adverse impacts disclosed below take the effectiveness of these mitigations into account.

**Revised reclamation and closure plans (FS-SV-03).** Implementing reclamation and closure plans ensures that the post-closure landscape is successfully revegetated to the extent practicable and that the landforms are stable and safe. This measure is effective at partially replacing habitat and vegetation over the long term within the footprint of all mine components, reducing long-term effects on surface water quality from erosion, and improving long-term resilience and safety of the tailings storage facility. Long-term use of the landforms for livestock grazing may be a possible future use.

**GDEs and water well mitigation (FS-WR-01).** This measure would replace water sources for any riparian areas associated with springs or perennial streams (groundwater-dependent ecosystems) impacted by drawdown from the mine dewatering and block caving. Though this measure could change the overall natural character of riparian areas, it would be effective at preserving riparian vegetation and aquatic habitats. This would be effective at preserving some water sources for livestock.

### Mitigation Effectiveness and Impacts of Resolution Committed Mitigation Measures Applicable to Livestock Grazing

Appendix J contains mitigation and monitoring measures committed by Resolution Copper in contractual, financial, or other agreements. Due to these commitments these measures are assumed to occur, and their effectiveness and impacts if they were to occur are disclosed here. However, there are no committed mitigations for livestock grazing, which is reflected in the unavoidable adverse impacts disclosed below.

### Mitigation Effectiveness and Impacts of Resolution Voluntary Mitigation Measures Applicable to Livestock Grazing

Appendix J contains mitigation and monitoring measures brought forward voluntarily by Resolution Copper and committed to in correspondence with the Forest Service. These measures are assumed to occur but are not guaranteed to occur. Their effectiveness and impacts if they were to occur are disclosed here; however, the unavoidable adverse impacts disclosed below do not take the effectiveness of these mitigations into account.

**Mitigation for impacts to ranching and grazing leases (RC-LG-01).** Resolution Copper has and will continue to work collaboratively with ranchers who hold private property and/or grazing leases/rights in the vicinity of the proposed project footprint. While not effective at the reduction in acreage available for livestock grazing—primarily leased by Resolution Copper—these measures would reduce the impact of the project on day-to-day operations on grazing allotments.

---

911

Resolution Copper Project and Land Exchange

### Unavoidable Adverse Impacts

Grazing would be impacted by a reduction in the area available for livestock grazing (a permanent reduction for the area of the subsidence area and tailings storage facility; a temporary reduction for the area within the perimeter fence until reclamation returns the area to a condition that is compatible with livestock grazing), and by impacts on seeps, springs, and stock tanks that are used by livestock. Water source enhancement measures may offset some of the impacts on seeps, springs, and stock tanks used by livestock on current grazing allotments. These impacts cannot be avoided or fully mitigated.

## 3.16.4.10    Other Required Disclosures

### Short-Term Uses and Long-Term Productivity

Livestock grazing and long-term productivity would be permanently impacted within the tailings storage facility and subsidence area. Although reclamation would eventually return some level of vegetation to the tailings storage facility, productivity would be unlikely to recover to current conditions. There would be short-term losses of existing grazing around the MARRCO corridor and other linear corridors, ending with reclamation at the end of mine life, with no impact on long-term productivity.

### Irreversible and Irretrievable Commitment of Resources

Vegetation on the site would be continually changing as reclamation procedures are implemented. Eventually, reclamation is expected to return the site to conditions potentially suitable for post-closure land uses such as livestock grazing. Irretrievable commitment of grazing resources would occur until reclamation has returned the site to conditions suitable for grazing. However, the subsidence area and tailings storage facility likely represent an irreversible loss of grazing area and resources.

6-RCMSER-1521

## 3.17  Required Disclosures

This section addresses additional disclosures that are required under NEPA.

### 3.17.1    Short-Term Uses and Long-Term Productivity

NEPA requires consideration of the relationship between short-term uses of our environment and the maintenance and enhancement of long-term productivity. As declared by Congress, this includes using all practicable means and measures, including financial and technical assistance, in a manner calculated to foster and promote the general welfare, create and maintain conditions under which humans and nature can exist in productive harmony, and fulfill the social, economic, and other requirements of present and future generations of Americans (NEPA Section 101).

The EIS recognizes that short-term uses and long-term productivity of the environment are linked and that opportunities that are acted upon have corollary opportunity costs in terms of forgone options and productivity that could have continuing effects well into the future. "Short term" is taken to mean the full life of the project (construction, operation, and post-closure phases). The relationship between short-term uses and long-term productivity is described in each individual resource section in this chapter.

### 3.17.2    Unavoidable Adverse Effects

This EIS describes the adverse or significant environmental effects that cannot be avoided from implementation of the proposed project or alternatives. In the resource sections of this chapter, the direct, indirect, and cumulative environmental effects of the project are discussed in detail. After taking into account required mitigation measures, significant and unavoidable impacts are disclosed in each individual resource section in this chapter.

### 3.17.3    Irreversible and Irretrievable Commitments of Resources

To comply with NEPA requirements, each resource section in this chapter describes any irreversible or irretrievable commitment of resources resulting from the implementation of any action alternative. Irreversible and irretrievable commitment of resources is defined as follows in FSH 1909.15 (U.S. Forest Service 2012a):

> Irretrievable. A term that applies to the loss of production, harvest, or use of natural resources. For example, some or all of the timber production from an area is lost irretrievably while an area is serving as a winter sports site. The production lost is irretrievable, but the action is not irreversible. If the use changes, it is possible to resume timber production.

> Irreversible. A term that describes the loss of future options. Applies primarily to the effects of use of nonrenewable resources, such as minerals*Error! Bookmark not defined.* or cultural resource*Error! Bookmark not defined.*s*Error! Bookmark not defined.*, or to those factors, such as soil*Error! Bookmark not defined.* productivity that are renewable only over long periods of time.

### 3.17.4    Cumulative Effects

The cumulative effects analysis was conducted and is fully described in chapter 4. Each individual resource section in this chapter also addresses the results of the analysis.

### 3.17.5    Other Required Disclosures

The Forest Service consulted with the following agencies, as required by pertinent law and regulation.

Resolution Copper Project and Land Exchange

### 3.17.5.1 Consultation under the Endangered Species Act

The Tonto National Forest consulted with the FWS regarding species protected under Section 7 of the ESA for the preferred alternative. All conservation measures brought forward under Section 7 consultation, as well as any reasonable and prudent measures and terms and conditions specified in the Biological Opinion (see appendix P of this FEIS), are nondiscretionary and would be included as components of the decision in the ROD.

### 3.17.5.2 Consultation under the National Historic Preservation Act

Section 106 of the NHPA requires Federal agencies to take into account the effects of their undertakings on historic properties. Section 106 consultation involves multiple parties, including the SHPO, affected Tribes, and, in some cases, the direct participation of the ACHP. The ACHP began participating in the Resolution Copper Project and Land Exchange Section 106 consultation process in December 2017.

The ultimate outcome of consultation is often a Memorandum of Agreement or Programmatic Agreement (depending on the complexity of the project). The agreement outlines the roles and responsibilities of parties, the procedure for identification and evaluation of historic properties, the assessment of effects, and each party's responsibilities for resolving adverse effects from the project. The execution of the agreement evidences the agency official's compliance with Section 106. The agency official then must ensure that the undertaking is carried out in accordance with the agreement.

A PA was pursued and drafted during the Section 106 consultation process. Appendix O of the January 2021 Rescinded FEIS included that PA. All signatories, other than the ACHP, had signed the PA as of January 15, 2021. On February 11, 2021, the ACHP notified the Forest Service that "ACHP believes that further consultation in this case would be unproductive and therefore, we are hereby terminating consultation pursuant to 36 CFR § 800.7(a)(4)." In accordance with 36 CFR 800.7(c)(4), the Secretary of Agriculture delivered a written response to the ACHP on April 17, 2025, and that response concluded the Section 106 process for this undertaking.

Since ACHP did not sign the PA, the PA was never executed. Therefore, mitigation measures identified in the PA and any others identified subsequently will now be implemented through the final ROD and special use permit for use of NFS lands and through enforcement by other State and Federal agencies as well as third parties in separate agreements. Changes in enforcement of the measures described in the draft PA are further described in appendix J.

### 3.17.5.3 Conflicts with Regional, State, and Local Plans, Policies, and Controls

The Forest Service assessed possible conflicts between the proposed action and the objectives of Federal, regional, State, and local (and in the case of a reservation, Indian Tribe) land use plans, policies, and controls for the area concerned.

Plans reviewed for conflict are listed in the following section.

#### Federal Agencies

- Tonto National Forest land management plan (2023): The 2023 "Tonto National Forest Land Management Plan" provides long-term direction for managing forest resources. The plan directs the Tonto National Forest how to provide for multiple use and sustained yield of goods and services from the Tonto National Forest in a manner that maximized long-term public benefits in a way that is environmentally sound. The potential conflicts with this plan are explicitly evaluated in chapter 1 with respect to the need for a forest plan amendment. Note that the DEIS and January 2021 Rescinded FEIS both examined consistency of the project with the 1985 "Tonto National

Forest Land and Resource Management Plan." In December 2023, the Tonto National Forest implemented a new forest plan. The evaluation of the need for a forest plan amendment in the current FEIS is based on the 2023 forest plan.

- Tonto National Forest travel management plan (2021): The 2021 "Travel Management on the Tonto National Forest, Revised Final Environmental Impact Statement" serves to comply with the 2005 Travel Management Rule, which requires motor vehicles be restricted to designated roads, trails, and areas as shown in a Motor Vehicle Use Map. The proposed alternative in the 2019 "Travel Management on the Tonto National Forest, Final Supplemental Environmental Impact Statement" restricts off-road motor vehicle use. It designates approximately 3,700 miles of roads and motorized trails open to the public; eight off-highway vehicle (OHV) areas where travel off designated system roads and motorized trails is permitted; three additional permit zones; motor vehicle use solely for retrieving legally harvested elk and bear for all hunt up to 1 mile on both sides of all designated roads and motorized trails; motor vehicle use for dispersed camping on approximately 91 miles of full-sized motorized trails that access nearly 2,750 inventoried existing dispersed camping sites; and the use of motorized vehicles off of designated system roads and motorized trails to aid in the collection of permitted personal fuelwood within the designated fuelwood cutting areas. The Tonto National Forest travel management plan was evaluated at multiple points in the process, particularly when developing potential mitigation for motorized and non-motorized recreation. The resulting outcomes would be consistent with the plan, though the plan is not yet finalized.

- BLM Safford District resource management plan (1992, 1994): The "Safford District Resource Management Plan and Environmental Impact Statement" serves to resolve issues and management concerns about specific land management opportunities and problems.

  During the planning process, four issues and 10 management concerns were identified by BLM managers and specialists and the public. Issues included access, ACECs and other special management types, OHVs, and riparian areas. Identified management concerns included wildlife habitat, including threatened and endangered species; lands and realty; outdoor recreation and visual resource management, including socioeconomic factors; energy and minerals, including socioeconomic factors; cultural resources; soil erosion; vegetation; water resources; air quality; and paleontological resources. The resource management plan determines management objectives for each concern and identifies actions to implement the objectives. The evaluations of transportation, recreation, and scenic resources in chapter 3 identified conflicts with various plan objectives, specifically for Alternative 5.

- BLM Lower Sonoran and Sonoran Desert National Monument resource management plans (2012): The 2012 "Lower Sonoran Record of Decision and Approved Resource Management Plan" includes broad land use decisions that provide direction for managing resources and resource uses within the Lower Sonoran Decision Area through goals and objectives (desired outcomes), allowable uses, and management actions anticipated to achieve desired outcomes. The 2012 "Sonoran Desert National Monument Record of Decision and Approved Resource Management Plan" similarly provides management direction for BLM-administered lands in the Sonoran Desert National Monument in order to ensure protection of the spectacular diversity of biological resources and archaeological and historic sites. Direction is provided in the form of goals and objectives, allowable uses, and management actions to achieve desired outcomes. The evaluations of transportation, recreation, and scenic resources in chapter 3 identified conflicts with various plan objectives, specifically for Alternative 5.

- BLM Middle Gila Canyons travel management plan (2010): The 2010 "Middle Gila Canyons Transportation and Travel Management Plan" identifies the official BLM transportation system and travel management designations to appropriately allow for motorized and non-motorized

Resolution Copper Project and Land Exchange

access to public lands in the planning area for administrative and public uses. The planned route system accommodates local travel needs, protects public safety, protects resources on the public lands, and prevents or minimizes conflict among users. Growing public demand for recreational and other uses, as well as growing impacts from public use, have resulted in the need for a plan in order to address the deteriorating physical conditions of existing routes and minimize impacts and conflicts from recreational use on other uses. The evaluations of transportation and recreation in chapter 3 identified conflicts with various plan objectives, specifically for Alternative 5.

### State Government

- ADOT long-range transportation plan (2018): The ADOT long-range transportation plan is published every 5 years. Development of the plan included research on trends and issues affecting transportation in Arizona, refinement of Arizona's transportation vision and goals, an assessment of current state highway system conditions, quantification of 25-year investment needs to maintain and improve the state highway system and provide state support for non-highway modes, and a forecast of expected revenues over the planning horizon. The planning process also included an extensive engagement process that provided Arizona residents and transportation stakeholders across the state multiple opportunities to offer input into development of the plan. The plan provides a Recommended Investment Choice that defines how ADOT will strive to allocate its limited resources to different types of highway investments. The evaluation of the Resolution Copper project traffic volumes and the capacity of the regional transportation routes suggests there would be no conflicts with ADOT long-range planning.

- Arizona State workforce development plan (2016): The Arizona State workforce development plan seeks to align "workforce investment, education and economic development systems in support of a comprehensive, accessible, high-quality workforce development system in the United States." The plan provides an in-depth analysis for Arizona's workforce development systems and describes the various operational and planning elements that will be implemented over a 4-year period. In addition, the plan details how labor market information and feedback from workgroups and committee members were used to identify gaps within the workforce system as a whole. The addition of Resolution Copper project employment to the workforce does not conflict with this plan.

- Statewide comprehensive outdoor recreation plan (2018–2022): The Statewide Comprehensive Outdoor Recreation plan identifies outdoor recreation issues of statewide importance in order to guide outdoor recreation managers and decision-makers on policy and funding issues over a 5-year period. The priority issues for this plan included preservation and conservation; accessibility and inclusion; engagement; collaboration and partnerships; marketing, communication, and education opportunities; and funding. Key objectives for the 2018 plan were to establish outdoor recreation priorities for Arizona; set evaluation criteria to allocate the Federal Land and Water Conservation Fund grants; protect, conserve, and manage Arizona's public lands, recreation spaces, and unique places for current and future generations; encourage a highly integrated and connected outdoor recreation system throughout Arizona; ensure that Arizona's diverse and growing population has access to outdoor recreation spaces and opportunities to enjoy a range of recreation activities; communicate linkages between outdoor recreation, individual wellness benefits, community health, and a thriving economy; and elevate public participation and engagement in outdoor recreation planning initiatives and issues. The Resolution Copper project does represent a number of conflicts with recreational opportunities. Mitigation has been developed to reduce these conflicts and replace or enhance recreational opportunities for motorized access, non-motorized access, camping, birding, and other uses.

- Arizona state parks and trails 5-year strategic plan (2018–2022): Arizona State Parks and trails 5-year strategic plan provides goals and objectives for agency activities by using four strategic

916

pillars: optimizing system vitality; conservation; accessibility and inclusion; and thriving individuals and communities. The four pillars represent the agency's vision for tackling budget while improving visitor experience. The first pillar is consistent with the Arizona Governor's Arizona Management System initiative and acts as a springboard for decades of dynamic growth, while the remaining three pillars are consistent with the National Recreation and Parks Association's vision of community impact. The Resolution Copper Project does not represent any specific conflicts with this plan.

- State wildlife action plan (2012–2022): The state wildlife action plan for Arizona acts as a primary conservation tool for keeping fish and wildlife healthy and off the list of threatened and endangered species. The plan provides a 10-year vision for the entire state of Arizona and identifies wildlife and habitats in need of conservation, insight regarding stressors to those resources, and suggests actions that can be taken to alleviate those stressors. Congress identified eight elements required to be addressed in the plan: information on the distribution and abundance of wildlife; descriptions of locations and relative condition of key habitats; descriptions of problems that may adversely affect species; descriptions of conservation actions; proposed plans for monitoring species and their habitats; descriptions of procedures to review the strategy; plans for coordinating the development, implementation, review, and revision of the plan; and broad public participation. The Resolution Copper Project does represent a number of conflicts with wildlife and habitat. Mitigation has been developed in consultation with the AGFD to reduce these conflicts and replace or enhance wildlife habitat.

- ADWR Phoenix Active Management Area fifth management plan: The "Fifth Management Plan, Phoenix Active Management Area, 2020–2025," is a tool used by the ADWR to achieve groundwater goals for the Phoenix AMA. The statutory goal for the Phoenix AMA is a safe-yield, defined as "a groundwater management goal which attempts to achieve and thereafter maintain a long-term balance between the annual amount of groundwater withdrawn in an active management area and the annual amount of natural and artificial recharge in the active management area," by the year 2025. The plan uses management strategies from the 1980 Groundwater Management Act, such as conservation programs for all major water-using sectors, replacement of groundwater use with renewable water supplies, water-management assistance programs, enforcement provisions, and monitoring programs. As noted in Chapter 4, Cumulative Effects, Resolution Copper would ultimately be in compliance with the fifth management plan through acquisition of appropriate groundwater rights for the Desert Wellfield, even in light of competing uses of water in the region.

- ADWR Pinal Active Management Area fifth management plan: The "Fifth Management Plan, Pinal Active Management Area, 2020–2025," is a tool used by the ADWR to achieve groundwater goals for the Pinal AMA. The statutory goal for the Pinal AMA is to allow the development of non-irrigation uses and to preserve existing agricultural economies in the Pinal AMA for as long as feasible, consistent with the necessity to preserve future water supplies for non-irrigation uses. The plan uses management strategies from the 1980 Groundwater Management Act, such as conservation programs for all major water-using sectors, replacement of groundwater use with renewable water supplies, water-management assistance programs, enforcement provisions, and monitoring programs. Resolution Copper would not withdraw water from the Pinal AMA and would not be in conflict with this plan.

### Pinal County

- Pinal County comprehensive plan 2009 (updated in 2015): The Pinal County comprehensive plan guides the county on managing growth, preserving quality of life, and promoting sustainability. It outlines where and how the county should grow and develop over time. The plan covers many areas, including long-term vision for employment centers, development, open space, and

transportation. While some aspects of the Resolution Copper Project—such as habitat loss—would conflict with this plan's objectives, the Resolution Copper Project overall generally would develop in concert with this plan, once mitigation for project impacts is implemented.

- Pinal County strategic plan (2017–2020): The Pinal County strategic plan identifies long-term goals and objectives and determines the best approach for achieving those goals and objectives. The strategic plan requires County leadership to look into the future and influence it; defines the vision and mission of County government and focuses leadership on goals and objectives; provides better awareness of organizational direction, needs, and continuity; and helps bring all County employees into an integrated service delivery system providing standards of accountability for people, programs, and allocated resources. As with the comprehensive plan, the strategic plan covers many areas. While some aspects of the Resolution Copper Project would conflict with this plan's objectives, the Resolution Copper Project overall generally would develop in concert with this plan once mitigation for project impacts is implemented.

- Pinal County open space and trails master plan (2007): The Pinal County open space and trails master plan serves as the foundation of the Open Space and Recreation Element of the Pinal County comprehensive plan. The open space and trails master plan reflects the vision of county residents and identifies goals and objectives for the attainments of open space, trails, and regional parks. Included in the plan is 399,300 acres of existing or planned open space, 802,400 acres of proposed open space, 25,900 acres of restricted use open space, and 168,700 acres of regional parks. The Resolution Copper Project does represent a number of conflicts with recreational opportunities, including open space and trails. However, mitigation was developed to reduce these conflicts and replace or enhance recreational opportunities for motorized access, non-motorized access, camping, birding, and other uses. Overall, the mitigation as implemented would be consistent with the plan.

- Pinal County state implementation plans (SIPs) and applicable Maricopa Association of Governments regional air quality plans: The Pinal County SIP is a collection of regulations and documents used to reduce air pollution in areas that do not meet NAAQS. Demonstration of conformance with the SIP is disclosed in section 3.6.

- Pinal regional transportation plan (2017): The Pinal regional transportation plan is a comprehensive, multimodal plan which identifies a list of key roadway and public transportation projects to be developed between 2018 and 2037. The plan meets the transportation needs of the region as it grows rapidly, as well as the ongoing mobility need of Pinal County residents. The evaluation of Resolution Copper Project traffic volumes and the capacity of the regional transportation routes suggests there would be no conflicts with long-range transportation planning.

- Pinal County area drainage master plans: The Pinal County area drainage master plan identifies certain drainage and environmental hazards for watersheds in Pinal County. Included in the plan in an inventory of existing drainage-related facilities, an HEC-1 hydrologic skeleton model, and a GIS database. The Resolution Copper Project could impinge on 100-year floodplains, depending on the location of the tailings storage facility. These impacts would need to be reconciled with Pinal County through the appropriate regulatory process to be in compliance with the plan.

- Central Arizona Governments regional transportation plan (2015): The Central Arizona Governments (CAG) was incorporated in 1975 and is one of six regional planning districts established by Executive Order 70-2. At the time the CAG initiated the effort to develop a comprehensive long-range regional transportation plan for the CAG region, in 2011, the planning boundaries encompassed all of Gila and Pinal Counties. The CAG region has now been updated with a newly defined metropolitan planning area in western Pinal County and expansion of the boundaries of an existing metropolitan area into northern Pinal County. For this plan, the region

continued to encompass all of Gila and Pinal Counties. The regional transportation plan identifies future transportation facility needs, potential environmental mitigation actions associated with developing those facilities, established operational and capital investment strategies and priorities, and supports the implementation of regional transportation plan components. The plan provides funding framework for transportation improvements throughout the region to 2040.

The evaluation of Resolution Copper Project traffic volumes and the capacity of the regional transportation routes suggests that there would be no conflicts with long-range transportation planning.

### Gila County

- Gila County comprehensive plan (2003, amended 2018): The Gila County comprehensive plan serves as a guide to address future growth and development within the unincorporated parts of Gila County. The comprehensive plan represents Gila County residents' preferences on how development should occur and is used by county decision-makers, staff, and citizens. The comprehensive plan also serves as a foundation for various other planning documents and ordinances, including the Gila County Zoning Ordinance, the Gila County Subdivision Ordinance, specific area plans, and others. Similar to the Pinal County comprehensive plan, the Gila County plan covers many areas, including long-term vision for employment centers, development, open space, and transportation. In the plan, the area near the Skunk Camp tailings storage facility is designated as residential use (including State Trust lands). The Resolution Copper Project would be in conflict with this use.

- Gila County land use and resource policy plan (2010): The Gila County land use and resource policy plan is specific to the use of Federal lands within Gila County. The only portion of the Resolution Copper Project that affects Federal lands within Gila County is a small portion of the Alternative 6 tailings pipeline/power line corridor, which encompasses about 38 acres, and would not conflict with the overall nature of the plan.

- Gila County small area transportation study (2006): The Gila County small area transportation study developed a 20-year transportation plan and implementation system to guide Gila County in meeting future transportation needs. Developments such as roadway and multimodal improvements were identified to address deficiencies and needs to improve mobility and safety in the county. The study determined how and when these improvements should be implemented and funded. Funding strategies and sources were included in the plan to guide the County in pursuing local, regional, State, and Federal funding, and transportation improvements were prioritized in order to maximize project benefits within budget limitations. The evaluation of Resolution Copper Project traffic volumes and the capacity of the regional transportation routes suggests there would be no conflicts with long-range transportation planning.

- Gila County transportation study (2014): The principal purpose of the Gila County transportation study is to identify the most critical transportation infrastructure needs within Gila County and recommend a program of improvement projects to address these needs. Transportation needs were grouped into the following elements: roadway, safety, pavement management, bicycle and pedestrian facilities, and transportation finance. The Resolution Copper Project has minimal impact on transportation networks within Gila County, and there would be no conflicts with these plans.

### Indian Tribes

- No specific plans were identified, from scoping or public comments, or by the Tonto National Forest ID team.

Resolution Copper Project and Land Exchange

### Town of Superior

- Superior waters and trails. This plan identifies a long-term vision for trail opportunities along Queen Creek in the vicinity of the town of Superior. The Resolution Copper Project does represent a number of conflicts with recreational opportunities, including open space and trails; however, mitigation has been developed to reduce these conflicts and replace or enhance recreational opportunities for motorized access, non-motorized access, camping, birding, and other uses. Overall, the mitigation as implemented would be in line with the plan.

### 3.17.5.4    Energy Requirements and Conservation Potential

This section describes the consideration of energy requirements and conservation potential of the various alternatives.

### Alternative 1 – No Action

The no action alternative uses the least amount of energy of any alternative, although power would still be required for legally permitted dewatering to preserve infrastructure. As no project would be built, there would be no overall energy conservation potential.

### Alternative 2 – Near West – Proposed Action

All five action alternatives use the same amount of power for the mining at the East Plant Site, processing at the West Plant Site, delivery of concentrate to the filter plant and loadout facility, and dewatering. The only change in power usage by the alternatives is for the tailings storage facility. Out of five action alternatives, Alternative 2 uses the least power, primarily driven by energy needs of the cyclone/thickener. Alternative 2, however, requires the most energy for water pumping.

Given the nature of the mine, processing, water supply, and tailings storage, there is little potential for energy conservation without changing the fundamental aspects such as mining technique, tailings locations, or tailings disposal methods. Various mining techniques were evaluated during the alternative development process and not found to be reasonable and were not carried forward for detailed analysis. Variations in tailings disposal techniques are incorporated into the action alternatives and reflect the energy differences discussed here. The primary conservation potential is for the mine to generate or contract for renewable energy; this has been proposed as a mitigation measure (see mitigation measure RC-AQ-01 in appendix J).

### Alternative 3 – Near West – Ultrathickened

Alternatives 2 and 3 use the same amount of power, which is the least of all action alternatives. Alternative 3 will require approximately 100,000 acre-feet less of total groundwater pumped from the Desert Wellfield; therefore, the total energy for water pumping is less than Alternative 2.

### Alternative 4 – Silver King

Out of five action alternatives, Alternative 4 uses the most power, primarily driven by energy needs from filtering for the dry-stack tailings. Alternative 4 requires the least amount of energy for water pumping, however.

### Alternative 5 – Peg Leg

Of the action alternatives, Alternative 5 falls in the center for total energy requirements, using the same amount of energy for water pumping from the Desert Wellfield, but less energy at the tailings storage facility itself than Alternative 4.

6-RCMSER-1529

Final Environmental Impact Statement

### Alternative 6 – Skunk Camp

Alternative 6 uses the same amount of energy for water pumping from the Desert Wellfield as Alternative 5, about the same energy for concentrating/thickening, but less energy at the tailings storage facility itself.

## 3.17.5.5    Natural or Depletable Resource Requirements and Conservation Potential

This section describes the natural or depletable resource requirements and conservation potential of various alternatives.

### Alternative 1 – No Action

#### WATER

The no action alternative would not require any water to be pumped from the Desert Wellfield.

#### HABITAT / LAND

Depletable resources include vegetation, soil, riparian areas, and overall habitat. These aspects are largely encompassed by the acreage of disturbance. The no action alternative would not result in any additional acreage of disturbance and would have the greatest conservation potential for these resources.

### Alternative 2 – Near West – Proposed Action

#### WATER

Alternative 2 would require roughly 600,000 acre-feet of total groundwater to be pumped from the Desert Wellfield. This is the largest amount of water to be pumped from the Desert Wellfield and represents the alternative with the least conservation potential for water resources.

#### HABITAT / LAND

The acreage of disturbance of the East Plant Site, West Plant Site, and filter plant and loadout facility would remain the same between alternatives; no conservation potential is represented in these areas. The Alternative 2 tailings storage facility would have a footprint of roughly 4,900 acres within which natural resources could be lost; this represents the least acreage of disturbance of all alternatives and the greatest conservation potential.

### Alternative 3 – Near West – Ultrathickened

#### WATER

Alternative 3 would require roughly 500,000 acre-feet of total groundwater to be pumped from the Desert Wellfield. This alternative offers some resource conservation potential over Alternative 2.

#### HABITAT / LAND

Alternative 3 impacts the same acreage as Alternative 2 and offers no conservation potential for those natural resources impacted by the disturbance footprint.

### Alternative 4 – Silver King

#### WATER

Alternative 4 would require roughly 180,000 acre-feet of total groundwater to be pumped from the Desert Wellfield. This alternative offers the greatest resource conservation potential of all the alternatives with respect to water.

921

### HABITAT / LAND

The Alternative 4 tailings storage facility would have a footprint of roughly 5,700 acres within which natural resources could be lost; this does not represent any natural resource conservation potential, compared with Alternative 2.

### *Alternative 5 – Peg Leg*

### WATER

Alternative 5 would require roughly 550,000 acre-feet of total groundwater to be pumped from the Desert Wellfield. This alternative offers minimal resource conservation potential, compared with Alternative 2.

### HABITAT / LAND

The Alternative 5 tailings storage facility would have a footprint of roughly 10,800 acres within which natural resources could be lost. This is the largest footprint of any of the alternatives and represents the alternative with the least conservation potential for those natural resources impacted by the disturbance footprint.

### *Alternative 6 – Skunk Camp*

### WATER

Alternative 6 would require roughly 550,000 acre-feet of total groundwater to be pumped from the Desert Wellfield. This alternative offers minimal resource conservation potential, compared with Alternative 2.

### HABITAT / LAND

The Alternative 6 tailings storage facility would have a footprint of roughly 9,200 acres within which natural resources could be lost. This is the second largest footprint of any of the alternatives and represents little conservation potential for those natural resources impacted by the disturbance footprint.

### 3.17.5.6    Means to Mitigate Adverse Environmental Impacts

The Forest Service process to identify the means to mitigate adverse environmental impacts is described in chapter 2. The full suite of mitigations developed to mitigate adverse environmental impacts is detailed in appendix J, and the effectiveness of those mitigation measures is evaluated in each individual resource section in chapter 3.

These measures include those required by the Forest Service under its authority or other regulatory authority (such as the Biological Opinion) and those mitigation measures developed that are solely voluntary by Resolution Copper.

The Forest Service has also identified additional mitigation measures that cannot yet be required (see (Garrett 2025)). These represent a means to mitigate adverse environmental impacts, even if they cannot yet be implemented. Future regulatory processes or conservation efforts could refer to these mitigation measures as a means to mitigate adverse environmental impacts.

As noted in the "Unavoidable Adverse Impacts" sections in the chapter, not all adverse impacts have the potential to be mitigated.

# Chapter 4. Cumulative Effects

## 4.1    Introduction

A cumulative impact is one that results from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions, which are those Federal or non-Federal activities not yet undertaken for which there are existing decisions, funding, or identified proposals (36 CFR 220.3). Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time.

Cumulative impacts are the combination of impacts from

- the proposed action or alternatives
- other past or present actions
- reasonably foreseeable future actions

Past and present actions contribute to the existing condition of the affected environment in the project area, and any impacts related to those actions are included under the "Affected Environment" heading of each resource section in chapter 3. The additional effects of the proposed action or alternatives are discussed under the "Environmental Consequences" heading in each resource section of chapter 3. To assess cumulative impacts, those effects must then be considered in conjunction with the effects of "reasonably foreseeable" future actions, as long as they overlap in both space and time.

A reasonably foreseeable future action (RFFA) is one that is likely to occur in the future and does not include actions that are speculative. We compiled a list of future actions to form the basis for the cumulative effects analysis and applied specific criteria to determine whether they were reasonably foreseeable or speculative. We then conducted screening to determine which reasonably foreseeable future actions would overlap temporally with the Resolution Copper Project, which would have impacts on individual resources, and which would overlap spatially with project-related impacts. Those reasonably foreseeable future actions that are not speculative and overlap in space and time with project effects are then analyzed for cumulative effects using specific impact metrics.

The cumulative effects analysis process and results are described in this chapter. Summaries of the impacts specific to each resource are provided in each resource section in chapter 3.

### 4.1.1    Changes from the DEIS

Our cumulative effects analysis for the DEIS included these steps:

1. Compilation of potential reasonably foreseeable future actions and screening for temporal overlap was contained in Rigg and Morey (2018).

2. Screening of reasonably foreseeable future actions for spatial overlap and impacts to individual resources was contained in SWCA Environmental Consultants (2018a).

3. Analysis of cumulative effects was included in each resource section in chapter 3, primarily in a narrative and qualitative format.

We received public comments that generally criticized two aspects of this process: lack of documentation in the DEIS itself (though details were contained in the project record), and lack of quantitative analysis of cumulative effects.

To remedy these perceived shortcomings, we reworked the cumulative effects analysis for the FEIS in the following ways:

- First and foremost, chapter 4 was added to contain the bulk of the actual analysis of cumulative effects. The cumulative effects sections for each resource remain in chapter 3, but only as summaries of the full analysis presented in chapter 4.

- We updated the potential list of RFFAs, adding projects that have come to light since the DEIS, and reassessing projects that have occurred since the initial list was compiled for the DEIS analysis.

- Rather than narratively comparing the area of impact from reasonably foreseeable future actions to the cumulative effects analysis areas, we conducted the spatial overlap analysis solely in a GIS format, with the results of the spatial overlap for each resource contained in chapter 4.

- Finally, rather than a narrative, qualitative discussion of cumulative effects, quantitative metrics were selected and analyzed wherever possible. This does not preclude qualitative analysis where quantitative metrics cannot be supported by available data. In addition, there are other larger topics that warrant substantial narrative discussions in chapter 4. These include future meteorological trends and competing water uses.

Figure 4.1.1-1 shows the process steps for a cumulative effects analysis and how we documented this process in the DEIS and FEIS.

## 4.1.2   Changes from the January 2021 Rescinded FEIS

Several revisions have been made to chapter 4 since the January 2021 FEIS was rescinded.[130] With respect to the resource-by-resource cumulative effects analysis (section 4.3.3), since several years had passed, the list of potential RFFAs required updating. This update process is described in more detail in section 4.2.1. In addition to the resource-by-resource analysis, a number of key cumulative effects topics requiring a more holistic discussion were updated as well (section 4.3.4).

Section 4.3.4 contains two topics that lend themselves to a holistic discussion. The first topic addresses regional water supplies (section 4.3.4.1). This includes discussion of many topics of concern to the public that do not lend themselves to the strict definitions of reasonably foreseeable future actions that guide the resource-by-resource cumulative effects analysis in section 4.3.3. These topics include competing water uses, future growth, regional drought, and shortages on the Colorado River. This section has been updated to reflect new developments since January 2021, most of which can be characterized as worsening water resource conditions in Arizona.

The second topic addressed holistically in section 4.3.4 is future meteorological trends (section 4.3.4.2). These trends are addressed in each resource section in chapter 3 where pertinent, specifically sections 3.3 (Soils, Vegetation, and Reclamation), 3.6 (Air Quality), 3.7.1 (Groundwater Quantity and Groundwater-Dependent Ecosystems), 3.7.3 (Surface Water Quantity), and 3.10.2 (Fuels and Fire Management). A more holistic discussion of these trends is included in chapter 4, and we have expanded this discussion since the publication of the January 2021 Rescinded FEIS, including how future meteorological trends

---

[130] The DEIS for the Resolution Copper Project was published in August 2019. After compiling and reviewing all public comments on the DEIS and undertaking necessary changes, the Forest Service published an FEIS and draft ROD for the Resolution Copper Project on January 15, 2021. On March 1, 2021, the Secretary of Agriculture instructed the Forest Service to withdraw the Notice of Availability and rescind the FEIS and draft ROD. The Secretary indicated that this step was taken "to provide an opportunity for the agency to conduct a thorough review based on significant input received from collaborators, partners, and the public since these documents were released."

Final Environmental Impact Statement

were assessed in the groundwater model and how extreme meteorological conditions have been incorporated into the tailings storage facility design.



Figure 4.1.1-1. Comparison of cumulative effects analysis process for the DEIS and FEIS

6-RCMSER-1534

Resolution Copper Project and Land Exchange

# 4.2 Methodology and Screening

## 4.2.1 Screening of RFFA List

After publishing the DEIS (August 9, 2019), the status of each potential RFFA considered in the DEIS was reevaluated three times to determine whether the potential RFFAs would still overlap the Resolution Copper Project. Additionally, any newly identified RFFAs were considered. These updates occurred in October 2020, April 2023, and October 2024, as outlined below.

### 4.2.1.1 2020 RFFA Updates

As shown in the flowchart provided as figure 4.1.1-1, the RFFAs used in the DEIS were reevaluated before publishing the Rescinded FEIS in January 2021. As part of this screening, since several years had elapsed, the current schedule and status of each potential RFFA considered in the DEIS was reevaluated to determine whether the potential RFFAs would still overlap temporally with the Resolution Copper Project. The updated list of potential RFFAs and screening for temporal overlap is contained in the "Post-DEIS Update: Determination of Reasonably Foreseeable Actions Considered in Cumulative Effects Analysis Memorandum," dated October 28, 2020 (Newell et al. 2020).

The DEIS list of potential RFFAs was composed of 77 RFFAs. In 2020, the new temporal evaluation determined that 13 of these potential RFFAs had been completed or canceled. As a result, these potential RFFAs were determined to no longer overlap temporally with the Resolution Copper Project. This screening removed them from the FEIS cumulative effects analysis.

The addition of projects that came to light since the DEIS further updated the list of potential RFFAs. Potentially new RFFAs were identified through public comments received on the DEIS, through a new review of Federal sources that included the Forest Service, BLM, Bureau of Indian Affairs, and Federal Register listings for the Interior and Energy Departments. Potential RFFAs also were identified through a search for actions occurring on Tribal lands and projects that may be occurring along the Arizona National Scenic Trail. An additional 74 potential RFFAs were identified during the 2020 reevaluation, and with some consolidation we assessed a total of 145 potential RFFAs for the FEIS. However, 75 of these RFFAs are not considered foreseeable or had no temporal overlap with the project. A preliminary list of 70 RFFAs was thus carried forward for detailed consideration and screening to identify which projects potentially would have effects on each individual resource (SWCA Environmental Consultants 2020b).

### 4.2.1.2 2023 RFFA Updates

The RFFAs were again reevaluated in April 2023 using the following screening process:

- Evaluate the status of all previous RFFAs evaluated in the EIS, primarily to determine their continued applicability for inclusion within the EIS cumulative impact analysis.

- Identify any new projects that have been introduced after October 28, 2020, and evaluate their validity as RFFAs for cumulative analysis in the republished EIS.

As a result of this updated screening analysis, five previous RFFAs analyzed in 2021 have been removed as valid RFFAs for cumulative effects analysis due to no longer having temporal overlap with the Resolution Copper Project. Additionally, four newly identified cumulative projects qualified as valid RFFAs for analysis within the republished FEIS. The updated list of potential RFFAs and screening for temporal overlap is contained in the "Process Memorandum to File – Addendum #1 to October 28, 2020 Process Memo" (Debauche 2023).

### 4.2.1.3    2024 RFFA Updates

Similar to April 2023, in October 2024 the RFFAs were again reevaluated using the following screening process:

- Evaluate the status of all previous RFFAs being evaluated as of April 2023, primarily to determine their continued applicability for inclusion within the EIS cumulative impact analysis.

- Identify any new projects that have been introduced since April 2023 and evaluate their validity as RFFAs for cumulative analysis in the republished EIS.

As a result of this updated screening analysis, one RFFA analyzed in April 2023 has been removed as a valid RFFA for cumulative effects analysis because it no longer has a temporal overlap with the Resolution Copper Project. No newly identified projects qualified as valid RFFAs for analysis within the republished FEIS. The updated list of potential RFFAs and screening for temporal overlap is contained in the "Process Memorandum to File – Addendum #2 to October 28, 2020 Process Memo" (SWCA Environmental Consultants 2024).

## 4.2.2    Cumulative Effects Analysis

Chapter 4 contains the analysis of the resource effects from these RFFAs combined with the project effects. This analysis consists of three steps:

1. A cumulative effects analysis area is defined for each resource, primarily based on consideration of the area over which effects might occur. The rationale is clearly documented for each analysis area.

2. Each RFFA was assigned a geographic area or footprint. For each resource, GIS technology was used to overlay the RFFA footprint with the resource cumulative effects analysis area. Only those RFFAs with spatial overlap of the cumulative effects analysis area are carried forward for analysis of effects.

3. Specific impact metrics are selected for each resource, with a strong preference for metrics that allow for quantitative analysis of cumulative effects. In cases where the preferred metric simply is not known for many of the RFFAs, proxy metrics are used. In many cases, acreage of project disturbance serves as a useful proxy.

The acreage calculations in chapter 4 are based on the footprint for the preferred alternative (Alternative 6 – Skunk Camp). This alternative has the greatest acreage impact of all the alternatives and therefore represents a maximum anticipated cumulative impact when combined with other RFFAs.

# 4.3    Cumulative Effects Analysis

## 4.3.1    Cumulative Effects Analysis Areas and Impact Metrics

The cumulative effects analysis area and impact metrics used are summarized in table 4.3.1-1 for each resource.

Resolution Copper Project and Land Exchange

**Table 4.3.1-1. Cumulative effects spatial analysis areas for cumulative effects, and preferred and proxy impact metrics**

| Resource | Spatial Analysis Area for Cumulative Effects Analysis | Impact Metrics and Rationale |
|---|---|---|
| Geology, Minerals, and Subsidence | The potential for activation of faults extends beyond the project footprint to the general region, as do the geological changes (subsidence) that affect regional hydrology. The cumulative effects analysis area for mineral resources extends throughout the Copper Triangle area. Because the offered lands also remove areas from mineral development (as per PL 113-291), they are also included in the spatial analysis area. | Metric: Physical footprint of RFFAs (acres)<br><br>Rationale: The footprint of each RFFA represents that area where physical disturbance, extraction of minerals, or loss of access to subsurface minerals would occur that would prevent any mineral resources—if present—from being accessed by future generations. |
| Soils, Vegetation, and Reclamation | The loss of soil and vegetation in the project footprint contributes to the characteristics of the greater watershed, as do the changes in landscape-scale habitat blocks. The cumulative effects analysis area for soils and vegetation includes all watersheds[131] impacted by ground disturbance. | Metric: (1) type and amount of vegetation communities physically disturbed (acres); (2) type and amount of soils physically disturbed (acres); (3) type and amount of any critical or special habitats disturbed (acres)<br><br>Rationale: The overall cumulative loss of vegetation has impacts on habitat for wildlife population health and extent, and large-scale changes in the nature and characteristics of the overall landscape. The overall cumulative impact to soils has impacts on a watershed scale for erosion and sedimentation and impacts to downstream drainages. Combined impacts on critical or special habitats can have cumulative effects on special populations of species that have special protections, such as threatened or endangered species. |
| Noise and Vibration | The direct and indirect effects of noise and vibration were determined to be limited to 1 mile from the project area. The cumulative effects analysis area for noise and vibration extends an additional mile from the project footprint (2 miles total), to allow for overlap of the direct/indirect effects from any RFFAs. | Metric: Combined areas in which combined noise levels exceed 55 dBA (acres)<br><br>Rationale: There are numerous ways to characterize noise impacts and thresholds of concern. The most stringent threshold used in the FEIS is 55 dBA, which is an impact threshold specifically appropriate to residential areas. |
| Transportation and Access | The direct and indirect effects of transportation changes are analyzed for the roads adjacent to the project-related facilities and the regional transportation routes. The cumulative effects analysis area for transportation is identical, as traffic from other projects would potentially travel these same routes. | Metric: Combined additional volume of traffic on road segments (number)<br><br>Rationale: Increased traffic impacts would be felt by residents, travelers, and users either on road segments or at intersections, and increased volume over existing levels is associated with reductions in level of service, increased travel times, and potential for increased accidents. |
| Air Quality | The modeling analysis area used to assess direct and indirect impacts to air quality encompassed an area up to 100 kilometers from the project. This area is much greater than the area where impacts were modeled to occur (all air quality standards were met at the project fence line), and is sufficiently large to encompass other emission sources that could combine with the project emissions to impact air quality. The cumulative effects analysis area for air quality is identical to the model analysis area. | Metric: Increase in regional emissions, focusing on particulate matter, compared with the entire state and to the three-county area of Gila, Maricopa, and Pinal Counties (tons/year)<br><br>Rationale: Project modeling indicates the ability to meet National Ambient Air Quality Standards at the fence line, but the project still contributes to regional emissions. There are substantial emissions and development within the airshed. The percent increase in these amounts describes the overall level of additional development the project and RFFAs represent regionally. |

---

[131] As noted in chapter 1, the term "watershed" refers to the area encompassing the 10-digit Hydrologic Unit Code (HUC).

6-RCMSER-1537

Final Environmental Impact Statement

| Resource | Spatial Analysis Area for Cumulative Effects Analysis | Impact Metrics and Rationale |
|---|---|---|
| Water: Groundwater Quantity and Groundwater-Dependent Ecosystems | Two separate modeling areas were used to assess direct and indirect impacts to groundwater resources and groundwater-dependent ecosystems: a large model area centered on the block-cave zone and encompassing much of the Upper Queen Creek watershed, the Superior basin, and Oak Flat (where dewatering would occur), and the East Salt River valley (from where the mine water supply would be pumped). Both model areas are sufficiently large to encompass other water users that could combine with the project effects and impact groundwater resources. The cumulative effects analysis area for groundwater quantity is identical to the two groundwater model analysis areas. | Metric: Amount of water pumped within the same groundwater basin or aquifer (acre-feet); drawdown caused by pumping within the same groundwater basin or aquifer (feet); drawdown in the East Salt River valley around the Desert Wellfield will be based on cumulative modeling results (model results); modeled GDEs lost or impacted (number) <br><br> Rationale: Drawdown in the aquifer from different projects is cumulative and multiple projects can impact the same water supplies, whether community supplies or private wells. Even where drawdown cannot be reasonably assessed, the use of the same basins or aquifers affects water supply on a regional scale, by reducing the amount of water available for future development or generations. The cumulative number of GDEs lost due to specific groundwater removal from the same aquifer has impacts on habitat for wildlife population health and extent, and large-scale changes in the nature and characteristics of the overall landscape. |
| Water: Groundwater and Surface Water Quality | The effects on surface water quality generally would be confined to the watersheds within which the project is located. In most cases, the point at which groundwater quality impacts would merge with impacts from other projects is where groundwater is expressed at the surface, specifically Queen Creek (Alternatives 2, 3, and 4) and the Gila River (Alternatives 5 and 6). The cumulative effects analysis area for groundwater and surface water quality consists of the contributing areas for Upper Queen Creek (headwaters to Whitlow Ranch Dam), Dripping Spring Wash, Donnelly Wash, and the Gila River between Dripping Spring Wash to the Ashurst-Hayden Diversion Dam near Florence. | Metric: Addition of pollutants to the same groundwater basin, aquifer, or surface water (concentration or tonnage for specific pollutants) <br><br> Rationale: Pollutants from multiple sources accumulate on a watershed scale and affect the ability for downstream waters to meet beneficial uses and surface water quality standards. Similarly, pollutants from multiple sources accumulate in an aquifer and affect the ability to meet beneficial uses and aquifer water quality standards. In both cases, accumulated pollutant loads can affect water supplies, wildlife, livestock, and the availability of water supplies for future development or generations. |
| Water: Surface Water Quantity | The effects on surface water quantity are confined to the watersheds within which the project is located, where surface water reductions could occur due to mine stormwater controls or the subsidence area. The cumulative effects analysis area for surface water quantity is the same as that used for groundwater and surface water quantity. | Metric: Reductions in streamflow, preferably in annual volume, within the same watershed (acre-feet or percent reduction from baseline conditions); in lieu of flow estimates, acreage of contributing area from which stormwater would no longer flow downstream (acres) <br><br> Rationale: Flow reductions across a watershed accumulate and affect the overall amount of water available to downstream users, aquatic habitat, and riparian areas. |
| Wildlife | As with vegetation effects, the loss of habitat in the project footprint contributes to changes in landscape-scale habitat blocks. The cumulative effects analysis area for wildlife consists of the larger landscape of the Arizona transition zone (an ecoregion that roughly extends from the Mogollon Rim/Colorado Plateau to the desert valleys). | Metric: (1) type and amount of vegetation communities physically disturbed (acres); (2) type and amount of any critical or special habitats disturbed (acres); (3) GDEs lost or impacted by groundwater removal (number) <br><br> Rationale: The cumulative loss of vegetation has impacts on habitat for wildlife population health and extent. Combined impacts on critical or special habitats can have cumulative effects on specific populations of species that have special protections, such as threatened or endangered species. Loss of area across the wider landscape can affect wildlife movement and migration. The cumulative number of GDEs lost due to specific groundwater removal from the same aquifer has impacts on habitat for wildlife population health and extent. |

6-RCMSER-1538

Resolution Copper Project and Land Exchange

| Resource | Spatial Analysis Area for Cumulative Effects Analysis | Impact Metrics and Rationale |
|---|---|---|
| Recreation | The direct and indirect analysis area for recreation includes the project footprint and the Globe Ranger District of the Tonto National Forest; Passages 15, 16, and 17 of the Arizona National Scenic Trail (Arizona National Scenic Trail); and Game Management Units (GMUs) 24A, 24B, and 37B. This area also encompasses the Apache Leap Special Management Area. The cumulative effects analysis area for recreation consists of these same areas, as changes in recreation caused by other projects would affect users of these same general areas. | Metric: Physical footprint of RFFAs that occur on lands open to recreation, either ASLD land or Federal land (acres); loss of recreational backroads or trails (number); impact to experience on the Arizona National Scenic Trail (segments affected)<br><br>Rationale: Recreation is impacted when users have less public land—either state or Federal—within which to recreate, whether camping, hiking, nature viewing, climbing, or biking. Motorized users and hikers would be impacted by increasing loss of miles of trail or roads available for recreation, including OHV riding. Arizona National Scenic Trail users would have a change in experience as more miles are exposed to industrial development instead of natural areas. |
| Public Health & Safety: Tailings and Pipeline Safety | The direct and indirect analysis area for tailings and pipeline safety includes all downstream areas that could be affected in the event of a partial or complete failure of the tailings embankment. The cumulative effects analysis area for tailings and pipeline safety would match that of surface water quantity, as the risks of other large tailings facilities generally would follow similar flow patterns. | Metric: Tailings facilities located within the same watersheds (number)<br><br>Rationale: Multiple tailings storage facilities within the same watershed do not affect the safety of any individual tailings storage facility, or probability of failure of any given facility. However, the more tailings storage facilities are located upstream of a given person, residence, or community, the greater the risk that an incident or failure could impact that location in the future. |
| Public Health & Safety: Fuels and Fire Management | The direct and indirect analysis area for fuels and fire management includes all lands where mine-related activities would increase fuel accumulations due to subsidence or increase the risk of inadvertent, human-caused fire ignitions. The cumulative effects analysis area for fuels and fire management encompasses the larger forested area around the mine, as it is these areas where additional risks could occur. | Metric: Physical footprint of RFFAs (acres)<br><br>Rationale: Risk of wildfire increases with industrial activity on the landscape. This can involve a variety of actual activities, including maintenance, traffic, visitation, industrial processes, or storage/use of explosives or flammable materials. Physical footprint serves as a proxy for the overall level of activity occurring on the landscape that contributes to fire risk. |
| Public Health & Safety: Hazardous Materials | The direct and indirect analysis area for hazardous materials includes the project footprint and transportation routes to these areas. The cumulative effects analysis area is identical, as the potential for impacts from hazardous materials from other projects would largely follow the same transportation routes. | Metric: Use of hazardous materials and location of hazardous materials traveling on roads<br><br>Rationale: Hazardous materials stored or handled at individual RFFA locations would not tend to result in cumulative risk to the community or risk of accident. The primary cumulative impact to the public would be increased risk of accident caused by the transportation of hazardous materials from multiple projects along the same roads. |
| Scenic Resources | The direct and indirect analysis area for scenic resources consists of buffers of varying distance around project components, with a maximum of 6 miles for the tailings storage facilities. The 6-mile visual resource analysis buffer was chosen based upon the location of sensitive viewing locations, regional topography, and the potential for viewing the proposed tailings facilities in the regional landscape. Based upon Forest Service and BLM methodologies, background viewing distance ranges from 4 to 15 miles. Using a viewshed analysis technique, 6 miles was determined to represent potential background views of the proposed tailings facilities from sensitive viewing locations. The cumulative effects analysis area for scenic resources is identical, as it would be these same areas from which other projects would be visible. | Metric: Physical footprint of RFFAs (acres)<br><br>Rationale: The impact to scenic resources is specific to individual facility designs, locations, and nearby landscapes. In general, however, multiple facilities within sight would have cumulative impacts on a given resident, traveler, or recreational user. Physical footprint serves as a proxy for the overall level of disturbance of the landscape that contributes to degradation of scenic resources. Similarly, impacts to dark skies are specific to individual facility lighting plans and locations, but physical footprint serves as a proxy for the overall level of lighting and development in the area. |

| Resource | Spatial Analysis Area for Cumulative Effects Analysis | Impact Metrics and Rationale |
|---|---|---|
| Cultural Resources | The direct and indirect analysis areas for cultural resources is identical to the area of potential effects (APE) which has been determined through Section 106 consultation. The cumulative effects analysis area for cultural resources is identical, as it would be these same areas in which cultural resources would be present that could be affected by other projects. | Metric: Historic properties impacts (number); in lieu of this, physical footprint can be used as a proxy for disturbance of sites (acres)<br><br>Rationale: Smaller projects, like exploration projects, generally can identify and avoid cultural sites. Projects covering a large area generally result in disturbance of cultural sites, in many cases only after data recovery and mitigation activities. However, even if recorded and documented, loss of these cultural sites contributes to the overall impact to the cultural heritage of the areas. Impacts to cultural sites are known if surveys were conducted, which is not necessarily required on private land. Physical footprint can serve as a proxy for the overall disturbance to cultural sites where no site-specific data exist. |
| Socioeconomics | The direct and indirect analysis area for socioeconomic effects is the area encompassing Maricopa, Pinal, Gila, and Pima Counties. The cumulative effects analysis area for socioeconomic effects is identical, as the economic changes caused by other projects would affect these same towns, economies, and public services. | Metric: Overall change in labor workforce from baseline levels (percent); overall effect on local housing and local community services, including emergency services. Where these metrics do not exist, a qualitative discussion of the cumulative impacts would be used.<br><br>Rationale: Industrial, commercial, and residential development has positive and negative impacts. These become cumulative mostly where residents see impacts from multiple projects on their communities, such as housing stock, housing prices, or services such as schools, ambulance, fire department, or police services. |
| Tribal Values and Concerns | The direct and indirect analysis area for Tribal values and concerns is identical to the cultural resource analysis area. However, the effects on Tribes can extend over much larger areas, and projects can impact Tribal values independent of proximity. The cumulative effects analysis area for Tribal concerns and values is considered to be the ancestral homelands of the affected Tribes, which is assumed to be the southwestern United States. | Metric: Physical footprint of RFFAs (acres)<br><br>Rationale: Given the long time period in which Tribal members have occupied these lands, and their religious and community connections to the landscape, there are many areas on the natural landscape that represent sacred sites for Tribal members, or for which general disturbance of the natural landscape represents an impact to their Tribal values. These types of impacts are difficult to quantify. Physical footprint is used as a proxy for the level of disturbance occurring to the natural landscape, assuming that effects on Tribal values would stem from these disturbances. |
| Environmental Justice | This section has been removed in compliance with Executive Orders 14148 and 14173. | This section has been removed in compliance with Executive Orders 14148 and 14173. |
| Land Use: Livestock and Grazing | The cumulative effects analysis area for livestock and grazing encompasses the same grazing allotments as those used for the direct and indirect analysis area, as any effects on livestock from other projects would be felt within these same allotments. | Metric: Area of individual grazing allotments lost or disturbed by RFFA footprints (acres); loss of water supplies within allotments (number)<br><br>Rationale: The FEIS analysis uses reduction in animal unit months (AUMs) as a measure of impact, but the estimate of reduction in AUMs is based on the area lost from individual allotments either by physical disturbance or loss of access. Physical disturbance is a direct proxy for the loss of supporting capacity of the allotments, and the resulting reduction in AUMs. Loss of water supplies (tanks, springs, streams) within allotments also reduces the supporting capacity of those allotments. |

## 4.3.2   Descriptions of RFFAs

Of the entire suite of RFFAs reviewed, only the 21 RFFAs shown in table 4.3.2-1 were determined to be reasonably foreseeable, temporally overlap the Resolution Copper Project, and spatially overlap the cumulative effects analysis area of at least one resource. Maps depicting the cumulative effects analysis area and the spatial overlap of RFFAs are included in the resource sections of this chapter. Descriptions of

Resolution Copper Project and Land Exchange

other RFFAs can be found in the resource screening memorandum (Debauche 2023; SWCA Environmental Consultants 2020b, 2024).

**Table 4.3.2-1. Descriptions of RFFAs carried forward into cumulative effects analysis**

| RFFA | Description |
|------|-------------|
| ADOT Pinal County North-South Corridor | The project would include construction of a new freeway. While an exact route is being developed, the North-South Corridor spans 55 miles between U.S. 60 in Apache Junction (northern terminus) and Interstate 10 in Eloy (southern terminus), passing through the city of Coolidge, town of Florence, and portions of unincorporated Pinal County along the way. The study also incorporates the proposed extension of SR 24 from Ironwood Drive to the North-South Corridor. |
| ADOT Vegetation Treatment | ADOT plans to conduct annual treatment programs using EPA-approved herbicides to contain, control, or eradicate noxious, invasive, and native plant species that pose safety hazards or threaten native plant communities on road easements and NFS lands up to 200 feet beyond road easement on the Tonto National Forest. |
| AGFD Wildlife Water Catchment Improvement Projects | Longer-term cooperative effort between the Tonto National Forest and AGFD to improve wildlife habitat throughout the Tonto National Forest. The project includes the installation of up to four water catchment arrays (including water storage tanks, a large "apron" to gather and direct precipitation to the storage tanks, drinking trough, and fencing) that would disturb no more than 0.5 acre. The project specifically benefits mule deer populations (although access to water provided by the catchments would also benefit elk, javelina, Gambel's quail, and other species). |
| Apache-Sitgreaves National Forests Public Motorized Travel Management Plan | A proposal to designate motorized travel routes (roads and trails) in areas on Federal lands administered by the Forest Service within the Apache-Sitgreaves National Forests in order to comply with the Travel Management Rule (36 CFR 212). |
| APS Herbicide Use within Authorized Power Line ROWs on NFS lands | APS has proposed to include Forest Service–approved herbicides as a method of vegetation management, in addition to existing vegetation treatment methods, on existing APS transmission rights-of-way. The existing transmission rights-of-way are within five National Forests: Apache-Sitgreaves, Coconino, Kaibab, Prescott, and Tonto National Forests. The Forest Service must decide whether to allow this herbicide use. If approved, the use of herbicides as well as currently authorized treatments would become part of the APS Integrated Vegetation Management approach. |
| ASARCO Mine, including the Hayden Concentrator and Smelter, and Superfund Site | The Ray Mine operations consist of a 250,000-ton/day open-pit mine with a 30,000-ton/day concentrator, a 103-million-pound/year solvent extraction-electrowinning operation, associated maintenance, warehouse, and administrative facilities. Cathode copper produced in the solvent extraction and electrowinning operation is shipped to outside customers and to the ASARCO Amarillo Copper Refinery.

A local railroad, Copper Basin Railway, transports ore from the mine to the Hayden concentrator, concentrate from the Ray concentrator to the smelter, and sulfuric acid from the smelter to the leaching facilities.

The ASARCO Hayden Plant Superfund site is located 100 miles southeast of Phoenix and consists of the towns of Hayden and Winkelman and nearby industrial areas, including the ASARCO smelter, concentrator, former Kennecott smelter and all associated tailings facilities in the area surrounding the confluence of the Gila and San Pedro Rivers. Site investigation and sampling work are ongoing and will be used to develop the cleanup approach for the area. The site is not listed on the National Priorities List, but is considered to be a National Priorities List–caliber site and is being addressed through the Superfund Alternatives Approach. |
| Drake Limestone Quarry Expansion | The Prescott National Forest is proposing to approve an amendment to the Drake Cement LLC existing plan of operations to allow Drake Cement LLC to expand its existing quarry operations on an additional 287 acres of NFS lands. |
| Florence Copper In-Situ Mining Project | The Florence Copper in situ copper recovery facility near the town of Florence produces copper through underground injection and recovery. The production test facility was constructed in 2017 and is currently in operation. ADEQ issued a draft APP on August 6, 2020, which is one of two key permits required to advance to commercial production. |
| Grazing Allotment Permit Renewals (Various) | In total, 16 grazing allotments were identified on NFS, BLM, or Arizona State Trust lands, for which allotment analysis would be conducted to determine whether to reissue term grazing permits. |
| LEN Range Improvements | Re-drill 11 existing wells and equip them with solar pumps, storage tanks, and water troughs. Some may have water lines going to troughs at locations away from the storage tank. The roads on the allotment are in disrepair and are not passable in anything but high-clearance 4-wheel drive vehicles. The roads will need to be maintained to allow drilling equipment into the project sites to re-drill the existing wells. |

6-RCMSER-1541

Final Environmental Impact Statement

| RFFA | Description |
|------|-------------|
| LG Energy Solution Battery Production Facility Project | The developer has purchased a 650-acre site at Germann Road and Ironwood Drive in the town of Queen Creek from an ASLD auction to build a 1.4-million-square-foot advanced cylindrical battery manufacturing facility. |
| Merrill Ranch Master Planned Community Project | The developer has purchased two parcels in Florence, Arizona, totaling 4,150 acres to develop a master-planned community with 12,000 homes and industrial, commercial, and retail components. |
| Oak Wells Wind Project | While currently in the exploration phase, the developer is proposing a 300-MW wind farm with up to 83 wind turbines. The developer has been evaluating a roughly 44,000-acre "area of interest" in Pinal County about 30 miles north of Tucson. |
| Pine Creek Mining River Bend Placer Project | This project would include gold mining operations on approximately 48 acres (10 acres in the Red Hill #2 placer mining claim and 38 acres in the Riverbend placer mining claim), with an additional 4 acres for processing facilities, settling ponds, and roads. |
| Pinto Valley Mine Expansion | The Pinto Valley Mine is an existing open-pit copper and molybdenum mine located approximately 8 miles west of Miami, Arizona, in Gila County. Pinto Valley Mining Corp. has an approved mine plan of operations to expand mining activities onto the Tonto National Forest, extend the mine life to 2039, and to consolidate previous and ongoing authorizations for the mine. The project would result in an estimated 1,316 acres of new disturbance (229 acres on Tonto National Forest land and 1,087 acres on private land owned by Pinto Valley Mining Corp.). |
| Ray Land Exchange and Proposed Plan Amendment* | As originally proposed in 1994 to BLM by ASARCO, a land exchange between the two parties would include conveyance of approximately 10,976 acres of public lands and federally owned mineral estate located near ASARCO's Ray Mine Complex in east-central Arizona to ASARCO. In exchange for these Federal lands, the BLM would acquire approximately 7,304 acres of private lands, primarily in northwestern Arizona, that possess resource qualities considered to be of significant value to the public. |
| Ripsey Wash Tailings Project | ASARCO is proposing to construct a new tailings storage facility to support its Ray Mine operation. The tailings facility would include two starter dams, new pipelines to transport tailings and reclaimed water, a pumping booster station, a containment pond, a pipeline bridge across the Gila River, and other supporting infrastructure. A segment of the Arizona National Scenic Trail would be relocated east of the tailings storage facility. A section of Florence-Kelvin Highway and a power line would be rerouted. The proposed tailings storage facility, situated within the Ripsey Wash subwatershed (12-digit HUC 150501000303), would be located on 2,627 acres of private lands and 9 acres of BLM lands. |
| Silver Bar Mining Regional Landfill and Cottonwood Canyon Road | AK Mineral Mountain, LLC, NL Mineral Mountain, LLC, POG Mineral Mountain, LLC, SMT Mineral Mountain, LLC, and Welch Mineral Mountain, LLC, proposed to build a municipal solid waste landfill on private property surrounded by BLM land in an area known as the Middle Gila Canyons area. |
| Superior to Silver King 115-kV Relocation Project | This project involves the relocation of a segment of the existing Superior-Silver King 115-kV transmission line on Resolution Copper private property near Superior. |
| Tonto National Forest Travel Management Plan | The Tonto National Forest travel management plan establishes the system of roads, trails, and areas designated for motorized vehicle use and determines suitable locations for dispersed camping. |
| Wild and Scenic River Eligibility Study | The Tonto National Forest has identified the linked segments of Arnett Creek and Telegraph Canyon as eligible for inclusion in the National Wild and Scenic Rivers System (U.S. Forest Service 2017j). The river segments offer unique and outstandingly remarkable scenery and fisheries values. |

* The BLM approved a land exchange with ASARCO near the Ray Mine in May 2020. ASARCO has not provided a mine plan of operations for these areas for us to consider. In lieu of being able to review a proposed plan of operations, it is assumed for this analysis that the existing mining impacts at the Ray Mine would continue for the private property ASARCO owns and is able to mine.

## 4.3.3    Cumulative Effects Analysis by Resource

### 4.3.3.1    Geology, Minerals, and Subsidence

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to geology and mineral resources (figure 4.3.3-1):

- Pinto Valley Mine Expansion

6-RCMSER-1542

Resolution Copper Project and Land Exchange

- Ray Land Exchange and Proposed Plan Amendment

- Ripsey Wash Tailings Project

Four other RFFAs identified in the screening as pertinent to geology and mineral resources fell outside the cumulative effects analysis area: Drake limestone quarry expansion, Florence Copper in situ mining project, Jack's project, and Pine Creek Mining River Bend Placer Project.

The metric used to quantify cumulative impacts to geology and mineral resources is the acreage of physical disturbance, mineral extraction, or loss of access that would prevent any mineral resources— if present—from being accessed by future generations.

6-RCMSER-1543

Final Environmental Impact Statement



Figure 4.3.3-1. Geology, minerals, and subsidence cumulative effects analysis area and RFFAs

935

The cumulative effects analysis area for geology and mineral resources is approximately 1,421,408 acres, the Resolution Copper Project preferred alternative footprint within the cumulative effects analysis area is approximately 21,316 acres, and the combined physical disturbance area of the RFFAs within the cumulative effects analysis area is approximately 12,972 acres. The cumulative effect of the Resolution Copper Project and the three RFFAs listed above would result in approximately 34,288 acres of physical disturbance within the cumulative effects analysis area, or 2.4 percent of the total area. This represents the combined potential for loss of access to mineral resources to future generations.

### 4.3.3.2    Soils, Vegetation, and Reclamation

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to soils and vegetation resources (figure 4.3.3-2):

- ADOT Pinal County North-South Corridor
- ADOT Vegetation Treatment
- AGFD Wildlife Water Catchment Improvement Projects
- APS Herbicide Use within Authorized Power Line ROWs on NFS lands
- Oak Wells Wind Project
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project
- Superior to Silver King 115-kV Relocation Project
- Tonto National Forest Travel Management Plan

Eleven other RFFAs identified in the screening as pertinent to soil and vegetation resources fell outside the cumulative effects analysis area: Apache-Sitgreaves National Forests public motorized travel management plan, Drake limestone quarry expansion, Jack's project, Mount Baldy shooting sports sites, Peralta regional park, Pine Creek Mining River Bend Placer Project, Pinto Valley Mine Expansion, Silver Bar Regional Landfill and Cottonwood Canyon Road, Southline Transmission Project, and SunZia Southwest Transmission Project.

The metrics used to quantify cumulative impacts to soils and vegetation resources are (1) the acreage of physical disturbance in each vegetation community, (2) soil type, and (3) any critical habitat within the cumulative effects area. The cumulative loss of vegetation has impacts on habitat for wildlife population health and extent, and large-scale changes in the nature and characteristics of the overall landscape. The cumulative impact to soils has impacts on a watershed scale for erosion and sedimentation and impacts to downstream drainages. Combined impacts on critical or special habitats can have cumulative effects on specific populations of species that have special protections, such as threatened or endangered species.

The cumulative effects analysis area for soils and vegetation resources is approximately 591,143 acres, the Resolution Copper Project footprint within the cumulative effects analysis area is approximately 12,419 acres, and the combined physical disturbance area of the RFFAs is approximately 145,266 acres. The cumulative effect of the Resolution Copper Project and the nine RFFAs listed above would result in approximately 157,685 acres of disturbance within the cumulative effects analysis area, which is 26.7 percent of the total area.

Final Environmental Impact Statement



Figure 4.3.3-2. Soils and vegetation cumulative effects analysis area and RFFAs

937

Resolution Copper Project and Land Exchange

The physical disturbance of each vegetation type within the soils and vegetation cumulative effects analysis area is provided in table 4.3.3-1. The cumulative effect of the Resolution Copper Project and the nine RFFAs listed above would have the greatest impact on the Upland Sonoran Desertscrub vegetation type, with a total of approximately 64,725 acres of disturbance. The second greatest impact would be to the Interior Chaparral vegetation type, with a total of approximately 31,417 acres of disturbance.

Table 4.3.3-1. Physical disturbance by vegetation community within the soils and vegetation cumulative effects analysis area

| Vegetation Community | RFFA Disturbance (acres) | Resolution Copper Project Disturbance (acres) | Total Disturbance (acres) |
|---|---|---|---|
| Chihuahuan Desertscrub | 1,341 | 6 | 1,347 |
| Human Dominated | 489 | 373 | 862 |
| Interior Chaparral | 30,805 | 612 | 31,417 |
| Madrean Evergreen | 90 | 0 | 90 |
| Mesquite | 8 | 12 | 20 |
| Mohave Desertscrub | 15,080 | 788 | 15,868 |
| Open Pit Mine | 401 | 0 | 401 |
| Petran Montane Conifer Forest | 622 | 0 | 622 |
| Pine-Oak | 8,919 | 39 | 8,958 |
| Pinyon-Juniper | 2,879 | 62 | 2,941 |
| Riparian | 1,592 | 17 | 1,609 |
| Rock | 247 | 0 | 247 |
| Semidesert Grassland | 17,787 | 7,559 | 25,346 |
| Sonoran/Mohave Desertscrub | 570 | 574 | 1,144 |
| Upland Sonoran Desertscrub | 63,021 | 1,704 | 64,725 |
| Wash | 1 | 0 | 1 |
| Xeric Riparian | 1,414 | 673 | 2,087 |
| Total acres of disturbance | 145,266 | 12,419 | 157,685 |

Note: Totals may not sum exactly due to rounding.

The physical disturbance within each soil type in the soils and vegetation cumulative effects analysis area is provided in table 4.3.3-2. The cumulative effect of the Resolution Copper Project and the nine RFFAs listed above would have the greatest impact on the White House-Stronghold complex soil type, with a total of approximately 7,130 acres of disturbance. The cumulative effect of the Resolution Copper Project and the nine RFFAs listed above would result in approximately 157,791 acres of disturbance of soils (26.7 percent of the analysis area), with roughly 10.8 percent of this acreage known as being highly susceptible to erosion (16,976 acres, or 2.9 percent of the analysis area).

Table 4.3.3-2. Physical disturbance by soil type within the soils and vegetation cumulative effects analysis area

| Soil Type | RFFA Disturbance (acres) | Resolution Copper Project Disturbance (acres) | Total Disturbance (acres) | Highly Susceptible to Erosion |
|---|---|---|---|---|
| Agustin-Kokan-Queencreek complex | 254.5 | 0.0 | 254.5 | No |

Final Environmental Impact Statement

| Soil Type | RFFA Disturbance (acres) | Resolution Copper Project Disturbance (acres) | Total Disturbance (acres) | Highly Susceptible to Erosion |
|---|---|---|---|---|
| Andrada extremely gravelly sandy loam | 22.7 | 132.3 | 155.0 | Yes |
| Antho sandy loam | 1.6 | 0.0 | 1.6 | No |
| Beardsley-Suncity complex | 0.0 | 64.8 | 64.8 | Yes |
| Bodecker soils and Riverwash | 4.8 | 0.0 | 4.8 | Yes |
| Bodecker soils and Riverwash complex | 96.8 | 795.2 | 892.0 | Yes |
| Brunkcow-Chiricahua complex | 202.1 | 0.0 | 202.1 | No |
| Bucklebar-Hayhook complex | 343.4 | 0.0 | 343.4 | No |
| Caralampi extremely gravelly sandy loam | 32.9 | 149.2 | 182.1 | No |
| Carrizo family-Brios-Riverwash complex | 0.6 | 20.5 | 21.1 | Yes |
| Cellar-Anklam-Rock outcrop complex | 400.8 | 0.5 | 401.3 | Yes |
| Cellar-Rock outcrop complex | 3.2 | 0.0 | 3.2 | Yes |
| Chiricahua-deloro-leyte soils | 721.1 | 1,226.4 | 1,947.5 | Yes |
| Chiricahua-Mallet complex | 3.3 | 0.0 | 3.3 | Yes |
| Contine clay loam | 387.0 | 50.7 | 437.7 | No |
| Contine loam | 116.9 | 0.0 | 116.9 | No |
| Dateland-Denure-Mohall complex | 0.0 | 552.5 | 552.5 | Yes |
| Delnorte-Nahda complex | 373.0 | 5.7 | 378.7 | Yes |
| Deloro-Andrada-Sasabe, deep complex | 287.2 | 7.2 | 294.4 | Yes |
| Denied access | 1,390.6 | 0.0 | 1,390.6 | Unknown |
| Denure sandy loam | 0.3 | 0.0 | 0.3 | No |
| Fig family-Topock complex | 2,312.4 | 0.0 | 2,312.4 | Unknown |
| Gran-Rock outcrop-Pantano complex | 2,292.1 | 0.0 | 2,292.1 | No |
| Hayhook-Riverwash complex | 1.6 | 0.0 | 1.6 | No |
| Holguin-Rock outcrop complex | 1,999.8 | 147.0 | 2,146.8 | No |
| Lanque sandy loam and Urban land | 25.2 | 0.0 | 25.2 | No |
| Laveen loam | 0.8 | 0.0 | 0.8 | Yes |
| Laveen loam, 0 to 1 percent slopes | 60.3 | 0.0 | 60.3 | No |
| Mabray-Rock outcrop complex | 9.2 | 0 | 9.2 | Yes |
| Mined land | 64.0 | 557.6 | 621.6 | No |
| Mohall clay loam | 123.7 | 240.6 | 364.3 | Yes |
| Mohall loam | 136.7 | 0.0 | 136.7 | Yes |
| Mohall sandy loam | 168.0 | 0.0 | 168.0 | Yes |
| Other/Not Mapped | 127,268.8 | 102.7 | 127,371.5 | Unknown |
| Oracle-Romero-Combate complex | 41.6 | 0.0 | 41.6 | No |
| Oxyaquic Torrifluvents and Typic Fluvaquents soils and Riverwash | 0.1 | 0.6 | 0.7 | Unknown |
| Oxyaquic Torrifluvents-Riverwash complex | 0.1 | 5.9 | 6.0 | Yes |
| Oxyaquic Torrifluvents-Riverwash-Water complex | 13.8 | 0.0 | 13.8 | Yes |

6-RCMSER-1548

Resolution Copper Project and Land Exchange

| Soil Type | RFFA Disturbance (acres) | Resolution Copper Project Disturbance (acres) | Total Disturbance (acres) | Highly Susceptible to Erosion |
|---|---|---|---|---|
| Pantak-Cammerman-Rock outcrop complex | 26.5 | 61.2 | 87.7 | No |
| Queencreek soils and riverwash | 353.3 | 130.1 | 483.4 | No |
| Rock outcrop-various | 3,904.7 | 523.3 | 4,428.0 | Yes |
| Schrap-Rock outcrop complex | 999.8 | 0.0 | 999.8 | No |
| Stagecoach-Delnorte complex | 218.7 | 0.0 | 218.7 | No |
| Tenneco-Bodecker complex | 10.3 | 0.0 | 10.3 | No |
| Topawa very gravelly sandy loam | 413.1 | 0.0 | 413.1 | Unknown |
| Tubac-Rillino complex | 221.0 | 505.9 | 726.9 | No |
| Urban land and Haplic Torriarents soils | 42.5 | 7.4 | 49.9 | No |
| Vortex family-Silverstrike complex | 18.3 | 0.0 | 18.3 | Unknown |
| White House-Stronghold complex | 0.7 | 7,129.5 | 7,130.2 | Yes |
| Wikieup family very channery sandy loam | 4.2 | 0.0 | 4.2 | Unknown |
| **Total acres of disturbance** | **145,374.1** | **12,416.8** | **157,790.9** | |

The physical disturbance within critical and special habitats in the soils and vegetation cumulative effects analysis area is provided in table 4.3.3-3. The cumulative effect of the Resolution Copper Project and the nine RFFAs listed above would result in approximately 229 acres of disturbance to critical habitat within the cumulative effects analysis area. Most of this is related to Gila chub and consists of impacts from the RFFAs; the biological opinion found that the Resolution Copper Project may affect, but is unlikely to adversely affect, Gila chub (see appendix P of this FEIS).

**Table 4.3.3-3. Physical disturbance within critical habitats within the soils and vegetation cumulative effects analysis area**

| Critical Habitat Type | RFFA Disturbance (acres) | Resolution Copper Project Disturbance (acres) | Total Disturbance (acres) |
|---|---|---|---|
| Gila chub | 211 | 14 | 225 |
| Southwestern willow flycatcher | 4 | 0 | 4 |
| Total acres of disturbance | 215 | 14 | 229 |

### 4.3.3.3   Noise and Vibration

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with noise and vibration project impacts (figure 4.3.3-3):

- ADOT Pinal County North-South Corridor

- Ray Land Exchange and Proposed Plan Amendment

Five other RFFAs identified in the screening as pertinent to noise and vibration fell outside the cumulative effects analysis area: Mount Baldy shooting sports sites, Pine Creek Mining River Bend Placer Project, Pinto Valley Mine Expansion, and the Silver Bar Regional Landfill and Cottonwood Canyon Road project.

Final Environmental Impact Statement



Figure 4.3.3-3. Noise and vibration cumulative effects analysis area and RFFAs

941

Resolution Copper Project and Land Exchange

The metrics used to quantify noise and vibration cumulative impacts is the acreage of area within the cumulative effects analysis area where combined noise levels exceed 55 dBA. The threshold of 55 dBA is the most stringent threshold used in the FEIS and is specifically applicable to residential areas. For the preferred alternative, the 55-dBA noise contours from site-specific noise modeling were used. To determine where noise levels could exceed 55 dBA for the RFFAs, a 0.5-mile radius was used around the project footprints. The 0.5-mile radius was used based on noise level estimates from construction in section 3.4 of the FEIS, which determined construction noise levels would be 63 dBA at 1,000 feet. Therefore, 0.5 mile (2,640 feet) was used as a conservative threshold where noise levels could exceed 55 dBA for the RFFAs.

The noise and vibration cumulative effects analysis area is approximately 295,562 acres, the area where noise levels are expected to exceed 55 dBA for the Resolution Copper Project is approximately 29,018 acres, and the combined area of the RFFAs where noise levels are expected to exceed 55 dBA within the cumulative effects analysis area is approximately 19,774 acres. The cumulative effects of the Resolution Copper Project and the two RFFAs listed above would result in approximately 63,099 acres where noise levels are expected to exceed 55 dBA within the cumulative effects analysis area, or 21.3 percent of the total area.

## 4.3.3.4    Transportation and Access

The following RFFAs were determined through the cumulative effects analysis process to be reasonably foreseeable and overlap in time with project transportation and access impacts. An RFFA is considered to overlap in space with project transportation impacts when it is anticipated to influence traffic volumes on road segments included within the traffic and access cumulative effects analysis area.

Unlike other resources, the screening for transportation routes is not conducive to GIS analysis. The spatial analysis and justifications are summarized in table 4.3.3-4 for each RFFA.

Table 4.3.3-4. Rationale for overlap of transportation from RFFAs with Resolution Copper Project transportation routes for those RFFAs affecting transportation or access

| RFFA | Spatial Overlap (yes/no) | Justification |
|---|---|---|
| ADOT Pinal County North-South Corridor | Yes | Traffic generated by a new freeway within the RFFA corridor would alter the overall annual daily traffic on surrounding and connecting roads, including introducing new trips to the cumulative effects analysis area. Greater safety risk may occur on connecting roads due to the increase in traffic volumes. Surrounding roads are likely to be impacted by temporary closures and disruption of access during construction of the project. |
| ADOT Vegetation Treatment | No | Herbicidal vegetation treatment will take place along U.S. 60 on the Tonto National Forest, within the cumulative effects analysis area. However, herbicidal vegetation treatment is not expected to measurably impact traffic levels in the cumulative effects analysis area. Any traffic impacts are expected to be substantially limited in duration. |
| Apache-Sitgreaves National Forests Public Motorized Travel Management Plan | No | The Apache-Sitgreaves National Forests is approximately 60 miles east/northeast of the cumulative effects analysis area. Travel management changes within the Apache-Sitgreaves National Forests are not anticipated to measurably impact traffic within the cumulative effects analysis area. |
| LEN Range Improvements | No | The project would renew the grazing permit, re-drill eight existing wells, and drill three new wells within the allotment area. The proposed project will include minimal road maintenance and repair to roads within the grazing allotment to allow drilling equipment into the project sites. However, there would be no impact to roadways included in the cumulative effects analysis area and the project is not anticipated to have a measurable impact on traffic within the cumulative effects analysis area. |

942

6-RCMSER-1551

Final Environmental Impact Statement

| RFFA | Spatial Overlap (yes/no) | Justification |
|---|---|---|
| Pine Creek Mining River Bend Placer Project | No | The project is located approximately 90 miles northwest of the cumulative effects analysis area. Therefore, project traffic would not have a measurable impact on traffic within the cumulative effects analysis area. |
| Pinto Valley Mine Expansion | No | The Pinto Valley Mine is an existing open-pit copper and molybdenum mine. A mine plan of operations, approved in 2021, authorized expansion of mining activities onto the Tonto National Forest, extension of the mine life to 2039, and consolidation of previous and ongoing authorizations for the mine. The mine is located to the northeast of the Resolution Copper Project and employees use some of the roadways within the cumulative effects analysis area, such as U.S. 60. |
| | | The FEIS completed for the proposed action found that the continuation of mining operations and net expansion of mining facilities would not result in an increase in annual employee and contractor traffic. Therefore, these impacts as already are reflected in the "Affected Environment" section (3.5.3). |
| Ray Land Exchange and Proposed Plan Amendment | Yes | The project would result in a land exchange between the BLM and ASARCO LLC. The land exchange would allow ASARCO to consolidate its land holdings within and adjacent to areas of ongoing mineral development at the Ray Mine. ASARCO intends to use a portion of the selected land to support and expand current and future mining-related operations. |
| | | The expansion of Ray Mine is anticipated to increase the number of employees and contractors using roadways outside of the cumulative effects analysis area, and U.S. 60 within the cumulative effects analysis area. The anticipated amount of traffic is unknown, and it would be speculative to quantify it. |
| Ripsey Wash Tailings Project | Yes | ASARCO LLC is proposing to construct a new tailings storage facility to support its Ray Mine operations. The proposed tailings storage facility is located approximately 5 miles west-northwest of Kearny, Arizona. The FEIS completed for the project concluded that the project would result in a minor increase of approximately 115 vehicles per day along SR 177 during the 3-year construction phase, and only a negligible increase in project-associated vehicular traffic during operations. |
| Silver Bar Mining Regional Landfill and Cottonwood Canyon Road | Yes | The project would result in the construction of a municipal solid waste landfill southwest of the Resolution Copper Project. |
| | | Under the proposed action, approximately 6 miles of Cottonwood Canyon Road and approximately 0.6 mile of Sandman Road would be improved. However, these roads are not roads included in the cumulative effects analysis area. |
| | | It is anticipated that construction of the municipal solid waste landfill would result in increased traffic along U.S. 60, within the cumulative effects analysis area. The anticipated amount of traffic is unknown and would be speculative to quantify. |
| Tonto National Forest Travel Management Plan | No | While a portion of the Tonto National Forest is within the cumulative effects analysis area, the proposed action would impact forest roads that are not being used for Resolution Copper Project traffic. |
| | | Changes in the Tonto National Forest road network within the forest but outside the cumulative effects analysis area are not anticipated to have a measurable impact on traffic within the analysis area. |

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and overlap in space and time with transportation project impacts (figure 4.3.3-4):

- ADOT Pinal County North-South Corridor
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project
- Silver Bar Mining Regional Landfill and Cottonwood Canyon Road

The metrics used to quantify traffic and access cumulative impacts is the combined additional volume of traffic on road segments. Increased traffic impacts would be felt by residents, travelers, and users either

on road segments or at intersections, and increased volume over existing levels is associated with reductions in level of service, increased travel times, and potential for increased accidents.

The transportation and access cumulative effects analysis area includes approximately 150 miles of major roadways and approximately 38 miles of minor roadways (see figure 4.3.3-4). The Resolution Copper Project tailings storage facility (for the preferred alternative) is expected to increase peak-hour traffic from employees and material/equipment from 46 (operations) to 66 (construction) vehicles during peak hours, at least a portion of which would be on SR 177 (see table 3.5.4-7). The larger impact is from employee and material/equipment traffic to the West Plant Site and East Plant Site, which would add 344 (operations) to 739 (construction) vehicles during peak hours (see table 3.5.4-2). A portion of the Ripsey Wash Tailings Project traffic (155 vehicles per day) could also be on SR 177. It is anticipated that the Ray Land Exchange and Proposed Plan Amendment action (primarily SR 177) and the Silver Bar Mining Regional Landfill and Cottonwood Canyon Road (primarily U.S. 60) RFFAs would increase traffic volumes within the cumulative effects analysis area. However, the anticipated amount of traffic is unknown and would be speculative to quantify. For the Ray Land Exchange project, it can be anticipated that at least a portion of any expansion traffic would replace existing traffic.

Based on the analysis in section 3.5 of chapter 3, the current traffic load on SR 177 is 2,067 vehicles per day, with an anticipated 1,618 vehicles per day added by the Resolution Copper Project. The analysis further estimates that SR 177 could accept an additional 4,415 vehicles before reaching unacceptable levels of service (see figure 3.5.4-2). Given the minimal number of vehicles from the Ripsey Wash project, and the assumption that a portion of the Ray Land Exchange traffic would replace existing Ray Mine traffic on SR 177, the cumulative effect on SR 177 would be unlikely to reach unacceptable levels due to the combination of Resolution Copper Project traffic with traffic from these RFFAs.

The current traffic load on U.S. 60 is 15,077 vehicles per day, with an anticipated 1,618 vehicles per day added by the Resolution Copper Project. The analysis further estimates that U.S. 60 could accept an additional 39,605 vehicles per day before reaching unacceptable levels of service (see figure 3.5.4-2). The amount of traffic from Silver Bar landfill is unknown. However, it appears the cumulative effect on SR 177 would be negligible, and the route would be unlikely to reach unacceptable levels as a result of the combination of Resolution Copper Project traffic with traffic from these RFFAs.

The proposed ADOT Pinal County North-South Corridor could reduce current traffic volumes on SR 177 and U.S. 60 by providing an additional freeway serving the area. A new freeway built within the North-South Corridor is expected to provide an alternative to Interstate 10 between the Phoenix and Tucson areas and is not being planned to serve the cumulative effects analysis area (although it would also serve that function). This could increase capacity of both SR 177 and U.S. 60 by shifting trips on these freeways to the new freeway. Furthermore, the anticipated trips associated with the Resolution Copper Project could also use this new freeway. The proposed North-South Corridor freeway would increase trip distribution on all freeways serving the area, thus reducing the likelihood of any freeway's reaching unacceptable levels of service as a result of the combination of Resolution Copper Project traffic with traffic from these RFFAs.

Final Environmental Impact Statement



Figure 4.3.3-4. Transportation and access cumulative effects analysis area and RFFAs

945

Resolution Copper Project and Land Exchange

### 4.3.3.5 Air Quality

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to air quality (figure 4.3.3-5):

- ADOT Pinal County North-South Corridor
- LG Energy Solution Battery Production
- Merrill Ranch Master Planned Community Project (Merrill Ranch)
- Pinto Valley Mine Expansion
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project

One other RFFA identified in the screening as pertinent to air quality fell outside the cumulative effects analysis area: Drake limestone quarry expansion project.

Originally, the cumulative effects analysis was anticipated to make use of an air quality model, similar to that used for the project impacts analysis, but incorporating concentrations from other RFFAs. That modeling included only the Pinto Valley Mine expansion and was not able to quantify emissions for the other RFFAs considered. As the modeling effort used different sources than those listed above, it was not an appropriate tool to estimate impacts.

In lieu of modeling, the metrics used to quantify the cumulative impacts to air quality is tons of emissions within the general airshed. The primary source of emissions from most mines is particulate matter; this analysis focuses on $PM_{10}$ and $PM_{2.5}$ as the metrics of interest. The Resolution Copper Project is estimated to annually produce 329 tons of $PM_{10}$ particulates and 78 tons of $PM_{2.5}$ particulates.

The ADOT Pinal County North-South Corridor, LG Energy Solution Battery Production, and Merrill Ranch RFFAs are deemed reasonably foreseeable, but have not advanced to project design or any level of environmental review. Therefore, at this time, no emission estimates (construction or operations) for these projects have been completed. All three projects would generate emissions during construction from use of construction equipment and fugitive dust from ground disturbance. Furthermore, these three projects would generate long-term emissions from associated vehicle trips, with the LG Energy Solution Battery Production facility potentially also generating direct and indirect emissions from manufacturing processes. Given the current lack of detail on these projects, estimating their cumulative contribution to air quality impacts is not feasible. However, all three projects are expected to cumulatively contribute both localized and regional emissions.

With respect to cumulative projects that have estimated emissions, the Pinto Valley Mine project is anticipated to result in an annual increase from existing operations of 238 tons of $PM_{10}$ particulates and 45 tons of $PM_{2.5}$ particulates. The Ripsey Wash project is anticipated to emit a maximum annual 90 tons of $PM_{10}$ particulates and 7 tons of $PM_{2.5}$ particulates. Both estimates were made during preparation of EIS documents.

Potential emissions from the Ray Land Exchange are difficult to assess, as they have not been estimated as part of any Federal process, because actual mine plans are not known. However, a reasonable assumption is that no change in activity rates (ore removal, blasting, crushing, waste rock placement) would occur, only a shift from the existing mining area to the exchange lands.

6-RCMSER-1555

Final Environmental Impact Statement



Figure 4.3.3-5. Air quality cumulative effects analysis area and RFFAs

947

6-RCMSER-1556

(121 of 282), Page 121 of 282
Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 121 of 282
Case 2:21-cv-00068-DWL    Document 106-3    Filed 07/14/25    Page 119 of 355

Resolution Copper Project and Land Exchange

Table 4.3.3-5 shows the combined cumulative impact to regional emissions.

**Table 4.3.3-5. Increase in annual regional emissions of particulate matter from Resolution Copper Project and RFFAs**

| Region | Emissions of $PM_{10}$ (tons/year) | Emissions of $PM_{2.5}$ (tons/year) |
|---|---|---|
| Gila County | 10,926 | 3,414 |
| Maricopa County | 98,106 | 20,052 |
| Pinal County | 25,942 | 4,376 |
| Statewide | 320,245 | 81,992 |
| **Cumulative Effects** | | |
| Resolution Copper Project | 329 | 78 |
| Pinto Valley Mine Expansion | 238 | 45 |
| Ripsey Wash Tailings Project | 90 | 7 |
| Ray Land Exchange | No increase | No increase |
| *Percent increase over three-county area* | *0.5%* | *0.5%* |

### 4.3.3.6    Water: Groundwater Quantity and Groundwater-Dependent Ecosystems

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to groundwater quantity and GDEs (figure 4.3.3-6):

- Merrill Ranch Master Planned Community Project
- Ray Land Exchange and Proposed Plan Amendment

Three other RFFAs identified in the screening as pertinent to groundwater quantity fell outside the cumulative effects analysis area: LEN Range Improvements, Pinto Valley Mine Expansion, and the Ripsey Wash Tailings Project.

The metrics used to quantify the cumulative impacts to groundwater quantity and GDEs are (1) the amount of water pumped within the same groundwater basin or aquifer (acre-feet); (2) drawdown caused by pumping within the same groundwater basin or aquifer (feet); (3) drawdown in the East Salt River Valley around the Desert Wellfield will be based on cumulative modeling results (model results); and (4) GDEs lost or impacted (number). Drawdown in the aquifer from different projects is cumulative and multiple projects can impact the same water supplies, whether community supplies or private wells. Even where drawdown cannot be reasonably assessed, the use of the same basins or aquifers effects water supply on a regional scale, by reducing the amount of water available for future development or generations. The cumulative number of GDEs lost due to specific groundwater removal from the same aquifer has impacts on habitat for wildlife population health and extent and large-scale changes in the nature and characteristics of the overall landscape.

The Merrill Ranch project is a proposed master planned community. As such, the residential component of this project is expected to be the largest water user. This RFFA would be required to show 100 years of water supply prior to authorization. This demonstration is not yet made and the exact water supplies for the project are not yet known. Most of the development is not within the Phoenix AMA and the groundwater cumulative effects analysis area, and any future groundwater pumping to supply the development may or may not be located within the groundwater cumulative effects analysis area. However, see section 4.3.4 for a holistic discussion of cumulative effects on overall regional water supplies, including developments like Merrill Ranch and the portion of Superstition Vistas that was auctioned off for development in 2020.

Final Environmental Impact Statement



Figure 4.3.3-6. Groundwater quantity and groundwater-dependent ecosystems cumulative effects analysis area and RFFAs

949

6-RCMSER-1558

As no mine plans have been prepared to date, it is unknown how much water future activities associated with the Ray Land Exchange might use. If groundwater is extracted and used on-site, there could be impacts to some of the same regional aquifers impacted by the Resolution Copper Project, though the distance suggests that overlap of drawdown is unlikely to occur or if it does, it is unlikely to be substantial. In general, Ray Mine obtains much of its water supply from sources to the south, including the Hayden well field. Continued reliance on these sources is not anticipated to have any cumulative effect with drawdown or groundwater use associated with Resolution Copper. Note that while there are not specific RFFAs listed above that would directly overlap with the Desert Wellfield, a number of RFFAs were identified that contribute to overall impacts to regional water supplies. These RFFAs, as well as ongoing climatic trends and drought, are discussed in detail as cumulative effects in the "Cumulative Effects on Regional Water Supplies" section later in chapter 4.

Some commenters have stated that the southern boundary of the groundwater cumulative effects analysis area is inappropriate, because drawdown impacts from the Desert Wellfield (see figure 3.7.1-2) could extend farther than this. As defined above, the focus of the groundwater cumulative effects analysis area are those actions within the same groundwater basin or aquifer. There is a valid hydrogeologic divide between the Phoenix AMA and the Pinal AMA, and this divide defines the cumulative effects analysis area (see figure 3.7.1-5). It is recognized that this divide is not absolute, however, and groundwater flow passes between the two basins. For this reason, some actions in the adjacent Pinal AMA are further analyzed in section 4.3.4.1, along with a holistic discussion of cumulative effects on regional water supplies.

### 4.3.3.7    Water: Groundwater and Surface Water Quality

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to groundwater and surface water quality (figure 4.3.3-7):

- ADOT Pinal County North-South Corridor
- LEN Range Improvements
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project

One other RFFAs identified in the screening as pertinent to groundwater and surface water quality— Pinto Valley Mine Expansion—fell outside the cumulative effects analysis area.

The metrics used to quantify the cumulative impacts to groundwater and surface water quality is the addition of pollutants to the same groundwater basin, aquifer, or surface water (concentration or tonnage for specific pollutants). Pollutants from multiple sources accumulate on a watershed scale and affect the ability for downstream waters to meet beneficial uses and surface water quality standards. Similarly, pollutants from multiple sources accumulate in an aquifer and affect the ability to meet beneficial uses and aquifer water quality standards. In both cases, accumulated pollutant loads can affect water supplies, wildlife, livestock, and the availability of water supplies for future development or generations.

During construction of a new freeway built under the ADOT Pinal County North-South Corridor project, potential water quality impacts would be minimized and mitigated through the project-specific SWPPP and best management practices. Impacts are predicted to be minor and temporary. Development of a new freeway, while linear, would create a substantial amount of new impermeable surface, which would alter drainage patterns and likely result in small amounts of oils, fuels, and other vehicle debris in the roadway to be washed onto adjacent permeable surfaces during storm events.

Final Environmental Impact Statement



Figure 4.3.3-7. Groundwater and surface water quality cumulative effects analysis area and RFFAs

951

6-RCMSER-1560

Resolution Copper Project and Land Exchange

The LEN Range Improvements RFFA would renew the existing grazing permit, upgrade eight existing wells and drill three new wells, and perform maintenance of roads and access to the range improvements. These new activities are not expected to have effects on groundwater quality, as the three new wells would be permitted to ensure no impacts to the source occur. Access road improvements under this RFFA are expected to slightly reduce the amount of pollutant runoff during storm events by bettering function and drainage of existing roads.

As with groundwater quantity, since no mine plans have been prepared to date, it is unknown whether there would be pollutant discharges from the activities associated with the Ray Land Exchange. The distance suggests that overlap of discharges into the same groundwater systems that could be impacted by the Resolution Copper Project is unlikely to occur, or if it does, it is unlikely to be substantial. The watershed boundaries suggest that surface water quality impacts, including those from stormwater runoff, could eventually enter the Gila River. If this is the case, they would be cumulative with increased pollutant loads associated with either Alternative 5 – Peg Leg, which would enter the Gila River via tailings seepage downstream from the Ray Mine Exchange parcels, or with Alternative 6 – Skunk Camp, which is upstream from the Ray Land Exchange parcels.[132]

The Ripsey Wash tailings storage facility would generate tailings seepage that would likely enter the Gila River as well (upstream from Alternative 5 and downstream from Alternative 6). Based on disclosures from the permitting process, anticipated tailings seepage water quality appears to meet numeric Arizona aquifer water quality standards; however, the seepage still has substantially high concentrations of sulfate (greater than 2,000 mg/L) and dissolved solids (greater than 3,200 mg/L). These would contribute to pollutant loads in the Gila River. The overall pollutant load (tons per year) cannot be estimated without better information on anticipated flow rates. The potential for cumulative impacts is greatest after closure, as during operations a pumpback system would be employed to control seepage impacts.

### 4.3.3.8   Water: Surface Water Quantity

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to surface water quantity (figure 4.3.3-8):

- ADOT Pinal County North-South Corridor
- LEN Range Improvements
- Oak Wells Wind Project
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project

Two other RFFAs identified in the screening as pertinent to surface water quantity fell outside the cumulative effects analysis area: Pinto Valley Mine Expansion, and Silver Bar Regional Landfill and Cottonwood Canyon Road.

The metrics used to quantify the cumulative impacts to surface water quantity is the reduction in streamflow, preferably in annual volume, within the same watershed (acre-feet or percent reduction from baseline conditions); in lieu of flow estimates, acreage of watershed from which stormwater would no longer flow downstream (acres). Flow reductions across a watershed accumulate and affect the overall amount of water available to downstream users, aquatic habitat, and riparian areas.

---

[132] The Ray Land Exchange is located within the Box O Wash-Gila River watershed (10-digit HUC 1505010003) and Mineral Creek-Gila River watershed (10-digit HUC 1505010002). The Alternative 5 tailings storage facility also is within the Box O Wash-Gila River watershed. The Alternative 6 tailings storage facility is within the Dripping Spring Wash-Gila River watershed. All of these are tributary watersheds to the Gila River.

Final Environmental Impact Statement



Figure 4.3.3-8. Surface water quantity cumulative effects analysis area and RFFAs

The most consistent metric to estimate surface water quantity loss is total acreage, given that several of the five RFFAs analyzed have no detailed estimates of how stormwater might be controlled during operations. The total acreage of the watersheds that make up the cumulative effects analysis area for surface water quantity is 591,143 acres. Within this area, the Resolution Copper Project footprint has 15,117 acres of disturbance. A good portion of this would result in reductions in surface water flow because of capture of precipitation by the subsidence area or the tailings storage facility; these reductions are analyzed in detail in chapter 3.

The five RFFAs would impact an additional 16,802 acres of these watersheds, representing a combined total of 31,919 acres, or 5.4 percent of the cumulative effects analysis area. Much of the combined disturbed area drains to the Gila River, and cumulative reductions in surface flow would be most noticeable in that water body.

## 4.3.3.9    Wildlife

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to wildlife resources (figure 4.3.3-9):

- ADOT Pinal County North-South Corridor
- ADOT Vegetation Treatment
- Apache-Sitgreaves National Forests Public Motorized Travel Management Plan
- APS Herbicide Use within Authorized Power Line ROWs on NFS lands
- Drake Limestone Quarry Expansion
- LEN Range Improvements
- LG Energy Solution Battery Production
- Merrill Ranch Master Planned Community Project
- Pine Creek Mining River Bend Placer Project
- Pinto Valley Mine Expansion
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project
- Silver Bar Mining Regional Landfill and Cottonwood Canyon Road
- Tonto National Forest Travel Management Plan
- Wild and Scenic River Eligibility Study

Three other RFFAs identified in the screening as pertinent to wildlife fell outside the cumulative effects analysis area: Mount Baldy shooting sports sites, Southline Transmission Line Project, and SunZia Southwest Transmission Project.

The metrics used to quantify cumulative impacts to wildlife resources are (1) the acreage of physical disturbance in each vegetation community, (2) any critical or special habitat within the cumulative effects area, and (3) loss of GDEs. The overall cumulative loss of vegetation has impacts on habitat for wildlife population health and extent. Combined impacts on critical habitats can have cumulative effects on specific populations of species that have special protections, such as threatened or endangered species. Loss of area across the wider landscape can affect wildlife movement and migration. The cumulative number of GDEs lost due to specific groundwater removal from the same aquifer has impacts on habitat for wildlife population health and extent.

Final Environmental Impact Statement



Figure 4.3.3-9. Wildlife cumulative effects analysis area and RFFAs

6-RCMSER-1564

Resolution Copper Project and Land Exchange

With respect to GDEs, out of the 15 RFFAs listed above, only the Ray Land Exchange and Proposed Plan Amendment action is potentially located within the same aquifer as the Resolution Copper Project. As described for the groundwater quantity cumulative effects analysis, any overlap in groundwater drawdown is unlikely to occur, or if it does, is unlikely to be substantial. No cumulative effects on GDEs are anticipated.

The cumulative effects analysis area for wildlife resources is approximately 11,799,007 acres; this represents one of the largest cumulative effects analysis areas, due to the range over which wildlife species can occur and the continuity of habitat types. The Resolution Copper Project disturbance within the cumulative effects analysis area is approximately 15,117 acres, and the combined physical disturbance area of the RFFAs is approximately 3,227,279 acres. The cumulative effect of the Resolution Copper Project and the 15 RFFAs listed above would result in approximately 3,242,397 acres of disturbance within the cumulative effects analysis area, which is 27.5 percent of the total area.

The physical disturbance of each vegetation type within the wildlife cumulative effects analysis area is provided in table 4.3.3-6. The cumulative effect of the Resolution Copper Project and the 15 RFFAs listed above would have the greatest impact on the Upland Sonoran Desertscrub vegetation type, with a total of approximately 732,956 acres of disturbance. The next greatest impact would be to the Semidesert Grassland and Pinyon-Juniper vegetation types, with a total of approximately 661,763 and 622,221 acres of disturbance, respectively.

Table 4.3.3-6. Physical disturbance by vegetation community within the wildlife cumulative effects analysis area

| Vegetation Community | RFFA Disturbance (acres) | Resolution Copper Project Disturbance (acres) | Total Disturbance (acres) |
|---|---|---|---|
| Aspen | 171.3 | 0.0 | 171.3 |
| Burn (i.e., wildfires) | 5,281.6 | 0.0 | 5,281.6 |
| Chihuahuan Desertscrub | 4,437.4 | 5.8 | 4,443.2 |
| Human Dominated | 3,125.6 | 437.7 | 3,563.3 |
| Interior Chaparral | 554,812.1 | 1,889.7 | 556,701.8 |
| Madrean Evergreen | 1,209.9 | 0.0 | 1,209.9 |
| Mesquite | 8.0 | 12.7 | 20.7 |
| Mohave Desertscrub | 28,606.8 | 1,554.0 | 30,160.8 |
| Open Pit Mine | 5,352.1 | 0.0 | 5,352.1 |
| Petran Montane Conifer Forest | 197,169.4 | 0.0 | 197,169.4 |
| Petran Subalpine Conifer Forest | 3,134.5 | 0.0 | 3,134.5 |
| Pine-Oak | 352,303.8 | 41.7 | 352,345.5 |
| Pinyon-Juniper | 622,108.1 | 113.0 | 622,221.1 |
| Plains, Great Basin Grassland | 431.4 | 0.0 | 431.4 |
| Riparian | 26,115.0 | 46.8 | 26,161.8 |
| Rock | 13,385.8 | 0.0 | 13,385.8 |
| Semidesert Grassland | 654,134.7 | 7,628.2 | 661,762.9 |
| Sonoran/Mohave Desertscrub | 4,311.9 | 574.2 | 4,886.1 |
| Upland Sonoran Desertscrub | 730,922.6 | 2,033.7 | 732,956.3 |
| Wash | 1,227.6 | 3.3 | 1,230.9 |

6-RCMSER-1565

Final Environmental Impact Statement

| Vegetation Community | RFFA Disturbance (acres) | Resolution Copper Project Disturbance (acres) | Total Disturbance (acres) |
|---|---|---|---|
| Water | 17,453.0 | 14.7 | 17,467.7 |
| Xeric Riparian | 1,576.7 | 761.9 | 2,338.6 |
| Total acres of disturbance | 3,227,279.3 | 15,117.4 | 3,242,396.7 |

The physical disturbance within critical and special habitats in the wildlife cumulative effects analysis area is provided in table 4.3.3-7. The cumulative effect of the Resolution Copper Project and the 15 RFFAs listed above would result in approximately 879,527 acres of disturbance to critical habitat within the wildlife cumulative effects analysis area. The greatest impact would be to Mexican spotted owl critical habitat, with a total of approximately 835,478 acres of disturbance. The second greatest impact would be to southwestern willow flycatcher critical habitat, with a total of approximately 17,281 acres of disturbance. As shown in table 4.3.3-7, this impacted acreage comes from the RFFAs.

Note that these acreages represent any disturbance within the cumulative effects analysis area, not just where project footprints and RFFA footprints overlap. This is because wildlife is mobile and can be impacted by multiple disturbed areas. However, this assumption does not hold true for critical habitat. Critical habitat is specific to a single species, and it is necessary to note that the Resolution Copper Project solely impacts Gila chub critical habitat. Impacts to other critical habitats—such as for Mexican spotted owl, Chiricahua leopard frog, and razorback sucker—occur within the cumulative effects analysis area. The Resolution Copper Project would not impact these species, however, and these do not represent cumulative effects.

**Table 4.3.3-7. Physical disturbance to critical habitats within the wildlife cumulative effects analysis area**

| Critical Habitat Type | RFFA Disturbance (acres) | Resolution Copper Project Disturbance (acres) | Total Disturbance (acres) |
|---|---|---|---|
| Chiricahua leopard frog | 3.8 | 0.0 | 3.8 |
| Gila chub | 2,282.1 | 19.8 | 2,301.9 |
| Mexican spotted owl | 835,477.5 | 0.0 | 835,477.5 |
| Narrow-headed gartersnake | 3,740.7 | 0.0 | 3,740.7 |
| Northern Mexican gartersnake | 3,730.0 | 0.0 | 3,730.0 |
| Razorback sucker | 4,309.2 | 0.0 | 4,309.2 |
| Southwestern willow flycatcher | 17,281.4 | 0.0 | 17,281.4 |
| Yellow-billed cuckoo | 12,682.3 | 0.0 | 12,682.3 |
| Total acres of disturbance | 879,507.0 | 19.8 | 879,526.8 |

## 4.3.3.10   Recreation

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts for recreation resources (figure 4.3.3-10):

- ADOT Pinal County North-South Corridor
- Oak Wells Wind Project
- Pinto Valley Mine Expansion
- Ray Land Exchange and Proposed Plan Amendment

6-RCMSER-1566

- Ripsey Wash Tailings Project
- Silver Bar Mining Regional Landfill and Cottonwood Canyon Road
- Wild and Scenic River Eligibility Study

One other RFFA identified in the screening as pertinent to recreation fell outside the cumulative effects analysis area: the Mount Baldy shooting sports sites project.

The metrics used to quantify cumulative impacts to recreation resources are (1) the physical footprint of RFFAs that occurs on lands open to recreation, either ASLD land or Federal lands (acres); (2) loss of recreational backroads or trails (number); and (3) impact to experience on the Arizona National Scenic Trail (segments affected). Recreation is impacted when users have less public land—either State or Federal—within which to recreate, whether camping, hiking, nature viewing, climbing, or biking. Motorized users and hikers would be impacted by increasing loss of miles of trail or roads available for recreation, including OHV riding. Arizona National Scenic Trail users would have a change in experience as more miles are exposed to industrial development instead of natural areas.

It should be noted that the Wild and Scenic River Eligibility Study overall represents a beneficial effect on recreation. For the purposes of the cumulative effects analysis it has been analyzed in the same way as those RFFAs that would have adverse effects. This approach was chosen to avoid trying to qualitatively estimate whether beneficial and adverse effects from different RFFAs would offset each other. The resulting cumulative effects analysis should overestimate overall cumulative impacts to recreation resources.

The cumulative effects analysis area for recreation resources is approximately 1,826,174 acres and includes approximately 1,585,625 acres of ASLD land and Federal lands. The Resolution Copper Project will physically disturb approximately 10,813 acres of ASLD and Federal land and the combined physical disturbance area of the seven RFFAs above will impact approximately 80,640 acres of ASLD land and Federal land within the cumulative effects analysis area. The cumulative effect of the Resolution Copper Project and the RFFAs listed above would result in approximately 91,453 acres of physical disturbance to ASLD land and Federal lands within the cumulative effects analysis area, or 5.8 percent of the lands open to recreation within the cumulative effects analysis area.

Both the Ray Land Exchange and the Ripsey Wash projects would impact a number of back roads, as would the Resolution Copper Project. The Ray Land Exchange parcels include nine roads that could be impacted (Cochran Road, Price Box Canyon Road, Diversion Dam Road, Whitlow Ranch Road, Knisely Ranch Road, Tomlin Road, McCracken Mine Road, Sacramento Valley Road, and Battle Axe Road). Ripsey Wash includes a number of unnamed and undefined roads within the footprint. In both cases, these back roads form a network of recreational routes throughout the region. Losses of these back roads would be cumulative with losses of Forest Service roads associated with the Resolution Copper Project, limiting recreational opportunities within the area. The ADOT Pinal County North-South Corridor and Oak Wells Wind projects have not yet progressed to detailed design or environmental analysis under NEPA or local land use reviews. When those occur, both projects will be evaluated for impacts to any identified recreational uses. The ADOT Pinal County North-South Corridor project would alter the circulation pattern of the area and could make the area more accessible for use by recreational visitors. Cursory desktop reviews of both RFFA footprints (both of which are conceptual at this time) did not identify any authorized recreational uses within the potentially affected areas, but they could include unauthorized recreational uses.

Final Environmental Impact Statement



Figure 4.3.3-10. Recreation cumulative effects analysis area and RFFAs

6-RCMSER-1568

The Arizona National Scenic Trail is also impacted by these same projects. For the Ray Land Exchange parcels, the potential impact would be to Passage #16; though the type of impact is unknown, in general the land exchange would contribute to industrialization of areas that are not now disturbed. The Ripsey Wash project would impact Passage #15 and would require a reroute of this portion of the trail. The Resolution Copper Project would potentially impact Passage #18 of the Arizona National Scenic Trail by slurry pipeline crossings. While the same segments of the Arizona National Scenic Trail are not being impacted, the overall experience could be cumulatively impacted as multiple projects change the experience of users covering long distances of the trail. While the actual Oak Wells Wind Project boundary is not yet fully defined, the preliminary potential area of this RFFA would potentially impact Passages #14f and #15a of the Arizona National Scenic Trail.

### 4.3.3.11    Public Health and Safety: Tailings and Pipeline Safety

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts for public health and safety: tailings and pipeline safety (figure 4.3.3-11):

- ASARCO Mine, including the Hayden Concentrator and Smelter, and Superfund Site
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project

One other RFFA identified in the screening as pertinent to tailings safety—Pinto Valley Mine Expansion—fell outside the cumulative effects analysis area.

The metric used to quantify cumulative impacts to tailings and pipeline safety is the number of tailings facilities located within the same watershed. Multiple tailings storage facilities within the same watershed do not affect the safety of any individual tailings storage facility, or probability of failure of any given facility. However, the more tailings storage facilities in one watershed are located upstream of a given person, residence, or community, the greater the risk that an incident or failure could impact that location in the future.

It is unknown whether a tailings storage facility would be built on part of the Ray Land Exchange parcels, but the possibility exists; if a tailings storage facility were built it would drain to the Gila River . The other two RFFAs represent existing or future tailings storage facilities along the main stem of the Gila River. Within the cumulative effects analysis area, the three RFFAs listed could include tailings storage facilities located potentially within the same drainage (Gila River) as the Resolution Copper Project tailings. If either Alternative 5 – Peg Leg or Alternative 6 – Skunk Camp is selected as the Resolution Copper Project tailings location, the downstream communities on the Gila River would experience an overall greater risk of being impacted in the event of a partial or complete failure of a tailings storage facility.

Final Environmental Impact Statement



Figure 4.3.3-11. Tailings and pipeline safety cumulative effects analysis area and RFFAs

961

Resolution Copper Project and Land Exchange

### 4.3.3.12    Public Health and Safety: Fuels and Fire Management

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to public health and safety: fuels and fire management (figure 4.3.3-12):

- APS Herbicide Use within Authorized Power Line ROWs on NFS lands
- Oak Wells Wind Project
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project

One other RFFA identified in the screening as pertinent to fuels and fire management—Peralta regional park—fell outside the cumulative effects analysis area.

The metric used to quantify cumulative impacts to fuels and fire management is the physical footprint of the RFFAs. Risk of wildfire increases with industrial activity on the landscape, which can include a wide variety of actual activities including maintenance, traffic, visitors, industrial processes, or storage/use of explosives or flammable materials. Physical footprint serves as a proxy for the overall level of activity occurring on the landscape that contributes to fire risk.

It should be noted that the APS herbicide use overall represents a beneficial effect on fuels management, as it reduces fire risk below power lines. For the purposes of the cumulative effects analysis, it has been analyzed in the same way as those RFFAs that would have adverse effects. This approach was chosen to avoid trying to qualitatively estimate whether beneficial and adverse effects from different RFFAs would offset each other. The resulting cumulative effects analysis should overestimate overall cumulative impacts to fuels and fire management.

The cumulative effects analysis area for fuels and fire management is approximately 699,943 acres. The Resolution Copper Project footprint within the cumulative effects analysis area is approximately 14,121 acres, and the combined physical disturbance area of the four RFFAs within the cumulative effects analysis area is approximately 14,035 acres. The cumulative effect of the Resolution Copper Project and the four RFFAs listed above would result in approximately 28,156 acres of physical disturbance within the cumulative effects analysis area, or 4.0 percent of the total area. This increase in general disturbance or activity overall increases the potential for fire risk in the area.

Final Environmental Impact Statement



**Figure 4.3.3-12. Fuels and fire management cumulative effects analysis area and RFFAs**

6-RCMSER-1572

Resolution Copper Project and Land Exchange

### 4.3.3.13    Public Health and Safety: Hazardous Materials

The following RFFAs were determined through the cumulative effects analysis process to be reasonably foreseeable and overlap in time with project transportation, use, or storage of hazardous materials (figure 4.3.3-13). An RFFA is primarily considered to overlap in space with project hazardous materials impacts when it is anticipated to use the same road segments within the hazardous materials cumulative effects analysis area.

Unlike other resources, the screening for hazardous materials routes is not conducive to GIS analysis. The spatial analysis and justifications are summarized in table 4.3.3-8 for each RFFA.

**Table 4.3.3-8. Rationale for overlap of hazardous materials from RFFAs with Resolution Copper Project hazardous materials transportation routes**

| RFFA | Spatial Overlap (yes/no) | Anticipated Hazardous Material Transport |
|---|---|---|
| ADOT Pinal County North-South Corridor | Yes | It is possible there may be spills of fuel, lubricants, and/or antifreeze during construction that would require clean-up and proper disposal. In addition, operation of the freeway would likely introduce trips involving the transport of hazardous materials, which would increase the likelihood of a spill from a motor vehicle accident. |
| Pinto Valley Mine Expansion | Yes | The Pinto Valley Mine is an existing open pit copper and molybdenum mine. A mine plan of operations, approved in 2021, authorized expansion of mining activities onto the Tonto National Forest, extension of the mine life to 2039, and consolidation of previous and ongoing authorizations for the mine. The mine is located to the northeast of the Resolution Copper Project and uses some of the roadways within the cumulative effects analysis area, such as U.S. 60. |
|  |  | The FEIS completed for the proposed action identified the extension of the time frame for hazardous materials transportation along U.S. 60. |
| Ray Land Exchange and Proposed Plan Amendment | Yes | The project would result in a land exchange between the BLM and ASARCO LLC. The land exchange would allow ASARCO to consolidate its land holdings within and adjacent to areas of ongoing mineral development at the Ray Mine. ASARCO intends to use a portion of the selected land to support and expand current and future mining-related operations. |
|  |  | No mine plans have been submitted, but it is reasonable to assume that hazardous materials would be transported for use at any mine development on the exchange lands. This likely would be similar to current shipments to existing operations, though perhaps over an extended time frame. Transportation of hazardous materials would likely take place along U.S. 60 and SR 177. |
| Ripsey Wash Tailings Project | Yes | ASARCO LLC is proposing to construct a new tailings storage facility to support its Ray Mine operations. The proposed tailings storage facility is located approximately 5 miles west-northwest of Kearny, Arizona. No major use of hazardous materials was noted for the tailings storage facility, and the likely transport routes may not use the same roads as the Resolution Copper Project. |

Overall, hazardous material transportation could increase along U.S. 60 and SR 177, as well as along a new freeway built within the ADOT North-South Corridor. The types and amounts of hazardous materials transported is not known at this time, but in the case of both Pinto Valley Mine and the Ray Land Exchange parcels these would probably be similar to those occurring now, though they would continue over an extended time frame. Along with Resolution Copper Project transportation of hazardous materials on these roads, the overall risk of accidents or release would increase.

6-RCMSER-1573

Final Environmental Impact Statement



Figure 4.3.3-13. Hazardous materials management cumulative effects analysis area and RFFAs

#### 4.3.3.14   Scenic Resources

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to scenic resources (figure 4.3.3-14):

- ADOT Pinal County North-South Corridor
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project

Five other RFFAs identified in the screening as pertinent to fuels and fire management fell outside the cumulative effects analysis area: Drake limestone quarry expansion, Mount Baldy shooting sports site, Silver Bar Mining Regional Landfill and Cottonwood Canyon Road, Southline Transmission Project, and SunZia Southwest Transmission Project.

The metric used to quantify cumulative impacts to scenic resources is the physical footprint of the RFFAs. The impact to scenic resources is specific to individual facility designs, locations, and nearby landscapes. In general, however, multiple facilities within sight would have cumulative impacts on a given resident, traveler, or recreational user. Physical footprint serves as a proxy for the overall level of disturbance of the landscape that contributes to degradation of scenic resources. Similarly, impacts to dark skies are specific to individual facility lighting plans and locations, but physical footprint serves as a proxy for the overall level of lighting and development in the area.

The cumulative effects analysis area for scenic resources is approximately 375,458 acres, the Resolution Copper Project preferred alternative footprint within the cumulative effects analysis area is approximately 15,851 acres, and the combined physical disturbance area of the three RFFAs within the cumulative effects analysis area is approximately 13,505 acres. The cumulative effect of the Resolution Copper Project and the RFFAs listed above would result in approximately 29,356 acres of physical disturbance within the cumulative effects analysis area, or 7.8 percent of the total area.

This combined level of disturbance contributes to the overall industrialization and change in scenic integrity of the area. Physical footprint is only a proxy for visual resource impacts. In reality, these types of developments can be seen for much longer distances, though the effect is sensitive to the specific terrain.

6-RCMSER-1575

Final Environmental Impact Statement



Figure 4.3.3-14. Scenic resources cumulative effects analysis area and RFFAs

967

Resolution Copper Project and Land Exchange

### 4.3.3.15    Cultural Resources

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to cultural resources (figure 4.3.3-15):

- ADOT Pinal County North-South Corridor
- LEN Range Improvements
- Merrill Ranch Master Planned Community Project
- Pinto Valley Mine Expansion
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project
- Silver Bar Mining Regional Landfill and Cottonwood Canyon Road
- Superior to Silver King 115-kV Relocation Project

Two other RFFAs identified in the screening as pertinent to cultural resources fell outside the cumulative effects analysis area: Southline Transmission Project and SunZia Southwest Transmission Project.

The metric used to quantify cumulative impacts to cultural resources is the physical footprint of the RFFAs. Almost all projects result in disturbance of cultural sites, in many cases only after data recovery and mitigation activities. However, even if recorded and documented, loss of these cultural sites contributes to the overall impact to the cultural heritage of the areas. Often cultural sites are only known to be impacted if surveys have been conducted, which is not necessarily required on private land; physical footprint can serve as a proxy for the overall disturbance to cultural sites where no site-specific data exist.

The cumulative effects analysis area for cultural resources is approximately 729,680 acres, the Resolution Copper Project preferred alternative footprint within the cumulative effects analysis area is approximately 15,117 acres, and the combined physical disturbance area of the eight RFFAs within the cumulative effects analysis area is approximately 21,826 acres. The cumulative effect of the Resolution Copper Project and the RFFAs listed above would result in approximately 36,943 acres of physical disturbance within the cumulative effects analysis area, or 5.1 percent of the total area.

While the footprint of these projects is used as a proxy for impacts to cultural resources, effects on cultural resources extend beyond destruction by physical disturbance. The nearby presence of activities also can change the character of prehistoric and historic cultural sites.

6-RCMSER-1577

Final Environmental Impact Statement



Figure 4.3.3-15. Cultural resources cumulative effects analysis area and RFFAs

### 4.3.3.16    Socioeconomics

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to socioeconomics (figure 4.3.3-16):

- ADOT Pinal County North-South Corridor
- Florence Copper In-Situ Mining Project
- LG Energy Solution Battery Production
- Merrill Ranch Master Planned Community Project
- Oak Wells Wind Project
- Pinto Valley Mine Expansion
- Ray Land Exchange and Proposed Plan Amendment
- Tonto National Forest Travel Management Plan

Two other RFFAs identified in the screening as pertinent to socioeconomic resources fell outside the cumulative effects analysis area: Apache-Sitgreaves travel management plan and the Pine Creek River Bend Placer Project.

The metrics used to quantify socioeconomic cumulative impacts are (1) the overall change in labor workforce from baseline levels (percent); and (2) the overall effect on local housing and local community services, including emergency services. Industrial, commercial, and residential development has positive and negative impacts. These become cumulative mostly where residents see impacts from multiple projects on their communities, such as housing stock, housing prices, or services they rely upon such as schools, ambulance, fire department, or police services.

The ADOT Pinal County North-South Corridor, LG Energy Solution Battery Production, Merrill Ranch, and Oak Wells Wind RFFAs are deemed reasonably foreseeable, but have not advanced to design or any level of environmental or jurisdictional review that may include socioeconomic analysis. Therefore, at this time, no workforce or population estimates (construction or operations) for these projects have been completed. All four projects would generate jobs and economic stimulus during construction and could result in temporary worker in-migration. Furthermore, these projects would generate long-term workforce demands, economic stimulus, and permanent population to the area. Given the current lack of detail on these projects, estimating their cumulative contribution to socioeconomic impacts, both beneficial and adverse, would be speculative. However, all four projects are expected to cumulatively contribute both localized and regional population changes, as well as both beneficial and adverse social change and economic effects. Of note is the ADOT Pinal County North-South Corridor, which will introduce a new transient population through the area and likely result in indirect population and economic growth due to providing a new regional transportation link.

With respect to cumulative projects that have estimated socioeconomic effects, the Pinto Valley Mine Expansion estimates a labor force of about 1,030 people, though the expansion would not change the overall labor force but would extend it for a longer time period. Florence Copper estimates a labor force of about 796 direct and indirect jobs. These would largely be drawing from the same labor pool as the Resolution Copper Project, which anticipates over 3,700 direct and indirect/induced jobs during operations. There are about 60,000 jobs in Pinal County and Gila County combined (U.S. Census Bureau 2018b); these projects together could represent as much as a 9 percent increase in the workforce in these two counties. It is speculative to assign workforce numbers to the Ray Land Exchange, as no mine plans have been developed. Like Pinto Valley Mine Expansion, the labor force likely would remain similar to current levels, but would shift from existing operations to new mining operations on the exchange lands.

Final Environmental Impact Statement



Figure 4.3.3-16. Socioeconomic cumulative effects analysis area and RFFAs

971

Note that the Tonto National Forest travel management plan was included as an RFFA after screening because there may be some impact on road maintenance costs. Ultimately, however, the metrics used to assess socioeconomics showed this would be negligible for this RFFA.

In terms of use of impacts on local housing and local community services, Pinto Valley Mine Expansion and the Resolution Copper Project are in the closest vicinity to each other and would likely overlap in their use of services, both for the mines themselves as well as services used by employees in communities like the town of Superior and city of Globe.

## 4.3.3.17    Tribal Values and Concerns

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to Tribal values and concerns (figure 4.3.3-17):

- ADOT Pinal County North-South Corridor
- Merrill Ranch Master Planned Community Project
- Pinto Valley Mine Expansion
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project
- Silver Bar Mining Regional Landfill and Cottonwood Canyon Road

Two other RFFAs identified in the screening as pertinent to Tribal values and concerns fell outside the cumulative effects analysis area: Southline Transmission Line Project and SunZia Southwest Transmission Project.

The metric used to quantify cumulative impacts to Tribal values and concerns is the physical footprint of the RFFAs. Given the long time period in which Tribal members have occupied these lands, and their religious and community connections to the landscape, there are many areas on the natural landscape that represent sacred sites for Tribal members, or for which general disturbance of the natural landscape represents an impact to their Tribal values. These types of impacts are difficult to quantify. Physical footprint is used as a proxy for the level of disturbance occurring to the natural landscape, assuming that effects on Tribal values would stem from these disturbances.

The cumulative effects analysis area for Tribal values and concerns is approximately 729,680 acres, the Resolution Copper Project preferred alternative footprint within the cumulative effects analysis area is approximately 15,117 acres, and the combined physical disturbance area of the six RFFAs within the cumulative effects analysis area is approximately 21,814 acres. The cumulative effect of the Resolution Copper Project and the RFFAs listed above would result in approximately 36,931 acres of physical disturbance within the cumulative effects analysis area, or 5.1 percent of the total area.

As described in section 3.14 in chapter 3, impacts to Tribal values and concerns are inadequately expressed through percentages and numbers. As disclosed in that section, the impacts of the Resolution Copper Project alone are substantial and irreversible due to the changes that would occur at Oak Flat. The other projects listed have not been identified as exhibiting the same level of Tribal concern; however, the combined disturbance across a wide region contributes to an overall disruption of the landscape and erosion of traditional places important to Tribes.

Final Environmental Impact Statement



Figure 4.3.3-17. Tribal values and concerns cumulative effects analysis area and RFFAs

973

### 4.3.3.18    Environmental Justice

This section has been removed in compliance with Executive Orders 14148 and 14173.

### 4.3.3.19    Livestock Grazing

The following actions were determined through the cumulative effects analysis process to be reasonably foreseeable and to overlap in space and time with project impacts to livestock and grazing (figure 4.3.3-18):

- ADOT Pinal County North-South Corridor
- APS Herbicide Use within Authorized Power Line ROWs on NFS Lands
- Grazing Allotment Permit Renewals (Various)[133]
- LEN Range Improvements
- Ray Land Exchange and Proposed Plan Amendment
- Ripsey Wash Tailings Project

Two other RFFAs identified in the screening as pertinent to livestock and grazing and concerns fell outside the cumulative effects analysis area: Drake limestone quarry expansion and Peralta regional park project.

The metric used to quantify cumulative impacts to livestock and grazing are (1) the area of individual grazing allotments lost or disturbed by RFFA footprints, and (2) loss of water supplies within allotments. The FEIS analysis uses AUMs as a measure of impact, but the estimate of reduction in AUMs is based on the area lost from individual allotments either by physical disturbance or loss of access. Physical disturbance is a direct proxy for the loss of supporting capacity of the allotments, and the resulting reduction in AUMs. Loss of water supplies (tanks, springs, streams) within allotments also reduces the supporting capacity of those allotments.

The cumulative effects analysis area for livestock and grazing is approximately 462,062 acres and consists of the following grazing allotments:

- A-Diamond
- Battle Axe
- Devil's Canyon
- Ellsworth Desert
- Government Springs
- Heber
- Helmwheel
- Hicks-Pikes Peak
- Horsetrack
- Meyers
- Nichols Ranch
- Ruiz
- Slash S
- Superior
- Teacup Ranch
- Victory Cross
- Whitlow

The Resolution Copper Project preferred alternative footprint within the cumulative effects analysis area is approximately 13,697 acres, and the combined physical disturbance area of the six identified RFFAs within the cumulative effects analysis area is approximately 7,963 acres. The cumulative effect of the Resolution Copper Project and the RFFAs listed above would result in approximately 21,660 acres of physical disturbance within the cumulative effects analysis area, or 4.7 percent of the total area.

---

[133] While not an identified RFFA, these have been included because the cumulative analysis assumes existing grazing allotment permits would be renewed.

The above calculations exclude the grazing allotment permit renewals, which account for over 99 percent of the cumulative effects analysis area. Fundamentally, these renewals would not result in a material change in the use of the lands, reduction in AUMs, or loss of livestock grazing areas.

Resolution Copper Project and Land Exchange



Figure 4.3.3-18. Livestock and grazing cumulative effects analysis area and RFFAs

976

A specific loss of water sources for specific grazing allotments is not known for any of the RFFAs.

## 4.3.4    Further Discussion of Key Topics

The following discussions concern several topics that have cumulative impacts that are not adequately captured in the cumulative effects analysis undertaken in sections 4.3.1 through 4.3.3. In some cases this is because many of the reasonably foreseeable actions have been screened out for lack of sufficient detail, but are still likely to happen in some unspecified fashion, such as increasing competition for water supplies. In other cases, such as future meteorological trends, the effects are not tied to a single reasonably foreseeable future action but have ramifications on many aspects of the analysis.

### 4.3.4.1    Cumulative Effects on Regional Water Supplies

We received many comments expressing concern with regional water supplies, current and future stresses on water supplies from drought and future meteorological trends, and the ramifications of Resolution Copper's use of water in the face of competing water uses.

We considered a number of specific projects or actions related to water supplies during the cumulative effects analysis process, including the following:

- Arizona's Drought Contingency Plan
- Resolution Copper's Potential Allocation of CAP Water
- Town of Florence Development Projects
- Population Change
- Recent Modeling Reports Projecting Water Shortages in Pinal County
- Assured Water Supplies in the East Salt River Valley
- Future Superstition Vistas Development Area on Arizona State Trust Land

Some of these normally would not be analyzed as cumulative effects because they do not meet the appropriate screening criteria to be considered reasonably foreseeable future actions (Debauche 2023; Newell et al. 2020; SWCA Environmental Consultants 2020b). For example, the provisions of the drought contingency plan expire in 2026 and would not overlap in time with the Resolution Copper Project's operational pumping. Similarly, water shortages in Pinal County are outside the spatial area impacted by Resolution Copper Project's pumping, and the effects of groundwater drawdown would not overlap. The Superstition Vistas development area would likely overlap in both space and time with the Resolution Copper Project's operational pumping. However, the development plans are conceptual and lack adequate detail to allow substantial analysis of resource effects and thus normally would be considered speculative, not reasonably foreseeable.

Regardless of the screening outcomes, due to the great interest expressed by the public and cooperating agencies in water-related issues, we have added this section to the cumulative effects analysis to discuss these regional water supply issues in the context of the Resolution Copper Project's use of water.

### Regulatory Framework and Appropriateness of Resolution Copper's Water Use

Many comments express a value judgment that use of water for the Resolution Copper Project is an inappropriate use of Arizona's limited water resources, especially in the context of current drought and future meteorological trends.

Resolution Copper Project and Land Exchange

The use of water in Arizona—from whatever source—takes place under a complex regulatory framework designed to prioritize and manage limited water resources. There is no single author of this framework; rather, it represents the combined outcome of four decades of intensive water management in Arizona and in the Colorado River basin. Two major components of this framework that are pertinent to the Resolution Copper Project are the following:

- The authorities and restrictions put in place by the State of Arizona with the 1980 Groundwater Management Act and furthered by subsequent legislation. These laws are administered by the ADWR and govern the use of groundwater within AMAs.

- The body of laws, treaties, and agreements known generally as the Law of the River. This governs the contracting and use of Colorado River water delivered through CAP, which is administered by the Central Arizona Water Conservation District and the Bureau of Reclamation.

These laws and regulations were enacted to codify the value and priorities that the State of Arizona, the Colorado River basin states, the U.S. Government (via Congress), and society in general place on the use of a limited water supply. While many individuals expressed their personal value judgments about the appropriateness of Resolution Copper using groundwater for mining, these laws and regulations reflect the overall value that society places on competing uses for water.

Every aspect of the water supply used by the Resolution Copper Project must adhere to this legal and regulatory framework, whether direct use of CAP water, dewatering at the mine site (which lies within the Phoenix AMA), pumping from the Desert Wellfield (also within the Phoenix AMA), or acquisition and use of long-term storage credits. By definition, the legally permitted use of water by Resolution Copper adheres to the norms and values placed on water by the State of Arizona.

### Drought Contingency Plan and Central Arizona Project Resources

With respect to water supplies from the Colorado River, the State of Arizona is currently operating under a drought contingency plan. The drought contingency plan was signed in May 2019 by of all seven Colorado River basin states, the U.S. Department of the Interior, and the Bureau of Reclamation. The provisions of the plan expire in 2026. This plan imposes additional restrictions on the delivery of Colorado River water; these restrictions are in addition to interim guidelines previously agreed to by the seven Colorado River upper and lower basin states.

The Colorado River Compact of 1922 is the foundation of the "Law of the River," which governs Colorado River water management. State apportionments were established in agreements approved subsequent to the Colorado River Compact, and other laws and court decisions have further added to the Law of the River. The drought contingency plan is designed to reduce the risks of Lake Mead declining to critical elevations by requiring Arizona, California, and Nevada to contribute additional water to Lake Mead storage at predetermined elevations and creating additional flexibility to incentivize additional voluntary conservation of water to be stored in the lake. These new contributions of water by each lower basin state are an overlay and are in addition to the shortage volumes outlined in the Colorado River Interim Guidelines for Lower Basin Shortages and the Coordinated Operations for Lake Powell and Lake Mead (known as the 2007 Guidelines, which were further supplemented in May 2024) (Bureau of Reclamation 2007, 2024b). Like the shortage elements of the 2007 guidelines, new contributions would increase as Lake Mead's elevation declines, providing protection against Lake Mead's declining to critically low elevations. The drought contingency plan also provides for the potential recovery of contributions later, should Lake Mead conditions improve significantly.

Every year in August, the Bureau of Reclamation makes a 24-month projection of anticipated reservoir levels, which in turn determines the level of restrictions that will be in place for the coming year. In 2020 and 2021, projections indicated that Lake Mead reservoir water levels would remain between 1,075 and

Final Environmental Impact Statement

1,090 feet amsl; at these levels, the reservoir is operated under "Intentional Created Surplus" conditions (also known as "Tier 0"). At Tier 0 conditions, Arizona already forgoes 192,000 acre-feet of allocated Colorado River water. But in August 2021, the Bureau of Reclamation projections showed Tier 1 conditions expected for 2022 (corresponding to Lake Mead reservoir levels between 1,050 and 1,075 feet amsl), and beginning on January 1, 2022, Arizona has forgone 512,000 acre-feet of allocated Colorado River water, with the new reductions primarily affecting agricultural users (Ramirez 2021).

In August 2022, the Bureau of Reclamation's projections indicated that Lake Mead's water level would be below 1,050 feet amsl in January 2023, corresponding to a Tier 2a shortage. This means, beginning January 1, 2023, Arizona has forgone an additional 80,000 acre-feet to achieve the total 592,000 acre-foot Tier 2a reduction in water consumption. These cuts will primarily come from the CAP allocations to the Gila River Indian Community, Tohono O'odham Nation, and some cities, including Phoenix (Duda 2022; Nilsen and Ramirez 2022; U.S. Department of the Interior 2022).

In August 2023 and August 2024, the Bureau of Reclamation's projections indicated that Lake Mead's water level would be between 1,050 and 1,075 feet amsl. This recovery in water levels moved the reservoir back to Tier 1 conditions from Tier 2A conditions, as of January 2023.

The Bureau of Reclamation also makes probability projections about likely outcomes under various hydrologic conditions (including "stress test" conditions). As of August 2024, these projections suggest that for Lake Mead:

- In 2025, there is a 100 percent probability that shortage conditions will persist (Tier 1 or Tier 2).

- In 2026, there is a 0 percent probability of surplus conditions, a 7 percent probability that Tier 0 (normal year) conditions could return, and a 93 percent probability of remaining in a Tier 1 condition.

- In 2027, there is a 0 percent probability of return to surplus conditions, a 17 percent probability that Tier 0 (normal year) conditions could return, and an 83 percent probability of remaining in a Tier 1 condition (Bureau of Reclamation 2024a).

Upstream, Lake Powell projections indicate that water level conditions may improve. Water levels in Lake Powell as of August 2024 were in the Mid-Elevation Release Tier (> 3,525 feet amsl) and have a 57 percent probability of improving to a higher elevation tier in 2026 and a 70 percent probability of improving to a higher elevation tier in 2027 (Bureau of Reclamation 2024a). The drought contingency plan guidelines extend only to 2026; it was not considered for analysis as an RFFA because it will expire before Resolution Copper begins pumping groundwater from the Desert Wellfield. Given long-term climate conditions, presumably the drought contingency plan will be replaced with a different framework. ADWR and CAP have convened the Arizona Reconsultation Committee. This committee will develop an Arizona perspective on the reconsultation of the 2007 Guidelines. Regardless of the specifics, it is reasonable to anticipate that some level of similar restrictions would be in place on the Colorado River, and the projections suggest that such restrictions are likely to worsen over time rather than improve.

However, these restrictions do not mean a complete absence of Colorado River water for Arizona. Arizona's allocation from the Colorado River is 2.8 million acre-feet, of which one-half is allocated to main-stem users, and the other one-half is accessed by users via the CAP aqueduct. Most of the 192,000 acre-feet of forbearance under Tier 0 shortages has come from the excess CAP water pool, which reduces water available for groundwater replenishment activities but avoids drastic effects on contracted users. In 2022, under Tier 1 shortages and the drought contingency plan provisions, the reductions have spread more widely, primarily impacting agricultural users with allocations from the Agriculture Excess pool (Ag pool). In 2023, under Tier 2 shortages and the drought contingency plan provisions, reductions expanded to include reductions in CAP water availability, primary affecting cities in the Phoenix area and

6-RCMSER-1588

Tribes that receive water from the Non-Indian Agricultural (NIA) pool (Person 2021; Whitehill 2019). Though internal to Arizona, the drought contingency plan also provides mitigation measures (including wet water replacement and financial compensation) that are meant to reduce impacts on end users.

One provision of the drought contingency plan is to allow irrigation districts in central Arizona to pump an additional 70,000 acre-feet of groundwater per year, which would only replace part of the Colorado River water that Pinal County farmers will have to relinquish under Tier 2 restrictions (James 2020). Some amount of CAP water has also been banked annually for future use as groundwater since 1996, but between 1996 and 2016, only 9 million total acre-feet of water was banked. This is the equivalent of about 1 year of total water usage for the state, or 9 years of total water usage for the Phoenix and Tucson AMAs (Hirt et al. 2017). With Tier 2 restrictions (as occurred in 2023), banking of CAP water for future use is likely to be further reduced, increasing the net reduction in available groundwater. There already is a demand/supply gap with respect to groundwater in Arizona, resulting in long-term depletion of aquifers (Eden et al. 2015). If water use restrictions continue or increase and the amount of groundwater recharge continues to decrease, this would only increase the rate at which groundwater supplies are depleting.

### Ramifications of Future Colorado River Shortages on the Resolution Copper Project

In June 2020, the U.S. Department of the Interior published a proposed decision for the reallocation of NIA priority CAP water (U.S. Department of the Interior 2020). The reallocation decision originated with the 2004 Arizona Water Settlements Act, which led to an ADWR recommendation in January 2014 to reallocate a pool of CAP water to a number of entities, including Resolution Copper. ADWR recommended that Resolution Copper receive 2,238 acre-feet of CAP water annually. The Bureau of Reclamation undertook a NEPA analysis for the potential reallocation, which culminated in the completion of a Final Environmental Assessment and Finding of No Significant Impact in November 2019. On September 20, 2021, Resolution Copper entered into a subcontract with the United States and the Central Arizona Water Conservation District for the approved allocation of 2,238 acre-feet of NIA CAP water (Antone 2022b). In 2022, Resolution's NIA CAP allocation was delivered to New Magma Irrigation and Drainage District's Groundwater Savings Facility. Availability of the Resolution Copper NIA CAP water in future years will be subject to both physical availability and the terms of the drought contingency plan.

The DEIS disclosed the potential for Resolution Copper to use CAP water directly as one possible water source, along with pumping groundwater from the Desert Wellfield. However, because Resolution Copper did not have an approved CAP allotment, for the purposes of impact analysis, all makeup water for the mine was assumed to be physically pumped from the Desert Wellfield. This choice was made to ensure that impacts caused by groundwater drawdown in the East Salt River valley are not underestimated. The FEIS continues to assume that all makeup water for the mine is physically pumped from the Desert Wellfield.

Now that Resolution Copper has received the CAP allocation, it could potentially be used to offset about 100,000 acre-feet of groundwater pumping over the operational life of the mine. This could be accomplished by direct use of CAP water but more likely would be accomplished by using the allotment to acquire additional long-term storage credits, as was done in 2022. If this occurs, the impacts to regional groundwater would be less than those disclosed in section 3.7.1 of the January 2021 Rescinded FEIS.

Under Tier 1 and 2 shortages on the Colorado River, or similar shortages required by future iterations of management plans once the drought contingency plan expires, Resolution Copper's CAP allocation may not be fully available. In this case, the disclosures of impacts to regional groundwater in the FEIS would remain appropriate.

There are other ramifications to shortages on the Colorado River. To date, Resolution Copper has obtained long-term storage credits to offset pumping from the Desert Wellfield. In some cases, these long-term storage credits were generated by recharging or using excess CAP water. The current shortages reduce the available pool of excess CAP water significantly, rendering future acquisition of long-term storage credits more difficult. However, these long-term storage credits have no bearing on the impact analysis conducted for the EIS; the entire amount of makeup water needed for the mine was assumed to be physically pumped from the Desert Wellfield. Again, this choice was made to ensure that impacts caused by groundwater drawdown in the East Salt River valley are not underestimated.

### Assured Water Supplies, Future Development, and Competing Uses for Groundwater

With the passage of the 1980 Groundwater Management Act, Arizona enacted one of the most progressive and expansive regulatory systems in the western United States governing the use of groundwater. Over the past 40 years, this regulatory system has helped transition water users in Arizona's most populous areas away from the use of groundwater and toward the use of renewable sources.

The Groundwater Management Act established special management areas called Active Management Areas (AMAs) and Irrigation Non-expansion Areas (INAs). Within AMAs, which encompass much of the urban population of the state and several agricultural centers, groundwater use is subject to a system of groundwater rights. By contrast, many rural parts of the state, outside any AMAs, have no restrictions on groundwater pumping except for the legal requirement that it be put to beneficial use.

MANAGEMENT OF THE PHOENIX ACTIVE MANAGEMENT AREA

Both the Desert Wellfield and the dewatering pumping at the mine site take place within the boundaries of the Phoenix AMA. The management strategy of water resources within the AMA is laid out in the AMA management plan. The most recent (and by statute, the final) management plan for the Phoenix AMA is the fifth management plan (2020–2025) (Arizona Department of Water Resources 2022). The Director of the Arizona Department of Water Resources entered an order adopting the fifth management plan on September 9, 2022, with conservation measures to go into effect January 1, 2025. As the fifth management plan is the final plan envisioned in the original Arizona Groundwater Management Act, the conservation measures will remain in effect "until the legislature determines otherwise" (ARS 45-568(C)).

The management plans for each AMA serve as a tool to assist ADWR in achieving the groundwater goals of each AMA. The statutory management goal of the Phoenix AMA is safe-yield by the year 2025 (ARS 45-562(A)). Safe-yield is defined as "a groundwater management goal which attempts to achieve and thereafter maintain a long-term balance between the annual amount of groundwater withdrawn in an active management area and the annual amount of natural and artificial recharge in the active management area" (ARS 45-561(2)). Groundwater withdrawals in excess of natural and artificial recharge lead to groundwater overdraft.

The fifth management plan summarizes the water management challenges facing the Phoenix AMA. This includes groundwater pumping by industrial users like Resolution Copper:

> The risks associated with the overuse of groundwater have been long recognized in Arizona. There were multiple efforts prior to the GMA [Groundwater Management Act] to regulate groundwater, and the risks of overdraft were well-accepted enough that they were written into the "Declaration of Policy" in the Groundwater Code: "(overdraft) is threatening to do substantial injury to the general economy and welfare of this state and its citizens. . . " (A.R.S. § 45-401(A)). To address this threat, the [Groundwater Management Act] set forth what was then seen as a comprehensive and proactive set of regulations with the goal to shift water users to alternate supplies and preserve groundwater.

Resolution Copper Project and Land Exchange

The regulations and goals laid out in the [Groundwater Management Act] have proven to be insufficient though: despite significant conservation efforts and imported water supplies added to the [Phoenix AMA] since 1980, the AMA has not reached, and is not expected to reach, its goal of safe-yield by 2025. Continued overdraft has resulted in growing pressure on groundwater supplies: physical availability challenges in the AWS [Assured Water Supply] program which have already been observed in the Pinal AMA are expected eventually to also occur in the [Phoenix AMA], and there are additional concerns about the physical impacts (subsidence, fissures, water quality degradation, etc.) associated with continued groundwater mining. (Arizona Department of Water Resources 2022:8-11)

PINAL ACTIVE MANAGEMENT AREA MODELING

ADWR has a long history of assessing groundwater conditions in the Pinal AMA and projecting groundwater use into the future, starting in 1989 with the first Pinal AMA groundwater flow model (Wickham and Corkhill 1989). The results of ADWR's most recent modeling effort for the Pinal AMA was published in 2019, generally raising concerns about future groundwater supplies in the Pinal AMA (Arizona Department of Water Resources 2019). This modeling effort projected groundwater conditions through the year 2115, and incorporated all known groundwater demands including groundwater supplies already committed and approved for Assured Water Supplies and the recovery of long-term storage credits. Municipal and industrial demands were maintained at 2015 levels, and agricultural demands were projected based on a number of factors. Overall, the combined projections show that annual rates of groundwater pumping decrease somewhat over the next century, but not substantially so.

The modeling report focused on whether committed or projected water supplies could physically be obtained from the aquifer. The modeling found that of the roughly 80 million acre-feet projected to be required by the year 2115, only 72 million acre-feet were physically available, suggesting the Pinal AMA may experience a long-term shortfall of 8.1 million acre-feet, or about 10 percent of cumulative total projected 100-year demand (Arizona Department of Water Resources 2019).

The modeled shortfalls noted are for the Pinal AMA as a whole, and it is important to recognize that because the model is based on physical availability, the specific location of the pumping determines whether a shortfall is anticipated. Most of the critical shortfalls are predicted to occur south of Eloy, roughly 30 to 40 miles from the Desert Wellfield. Based on the modeling, groundwater supplies are likely to remain physically available in the northern part of the Pinal AMA nearest the Desert Wellfield, with substantial remaining saturated thickness in the aquifer.

However, the model also predicts that water levels will be reduced by 201 to 300 feet, to between 501 and 800 feet below ground surface in the East Salt River Valley near the boundary with the Phoenix AMA over the next 100 years (see figure 16 in Arizona Department of Water Resources (2019)). This drawdown at the Phoenix AMA boundary will be cumulative with drawdown resulting from the project in the Desert Wellfield. At the boundary of the Phoenix AMA/Pinal AMA, the anticipated drawdown due to Desert Wellfield pumping is estimated to be 40 to 50 feet at the end of Resolution Copper's pumping, eventually recovering to 20 to 30 feet (see figure 3.7.1-2). The total cumulative drawdown at the Phoenix AMA/Pinal AMA boundary is therefore estimated to range from 220 to 350 feet over the next 100 years. Resolution Copper's pumping from the Desert Wellfield would contribute to anticipated drawdown in the northern part of the Pinal AMA, but would likely represent roughly 10 to 15 percent of the total drawdown experienced there. While the cumulative water level reductions anticipated near the Phoenix AMA/Pinal AMA boundary (220 to 350 feet over the next 100 years) will have ramifications on water availability and cost of pumping similar to those described in section 3.7.1, the aquifer in this area is by no means depleted. The Pinal AMA model considers any groundwater at depths greater than 1,100 feet below ground surface to be unavailable for use. Despite the anticipated drawdown, after 100 years the

Final Environmental Impact Statement

regional aquifer still retains 300 to 500 feet of saturated thickness (above the 1,100 foot cutoff) (see figures 17 and 21 in Arizona Department of Water Resources (2019)).

As noted above, the drought contingency plan will drive additional groundwater pumping by farmers in the Pinal AMA. The agricultural demands in the Pinal AMA are roughly 400,000 to 500,000 acre-feet per year (Arizona Department of Water Resources 2019). The potential increase resulting from the drought contingency plan (70,000 acre-feet per year) represents a 14 to 17 percent increase in agricultural pumping on an annual basis. This increase would exacerbate the anticipated groundwater conditions modeled by ADWR for the Pinal AMA.

One specific nearby project in the Pinal AMA that has been raised by commenters is the Florence Copper in-situ mining project, located approximately 10 miles south of the Desert Wellfield. This project was screened as a RFFA and identified for analysis for geology and mineral resources, and socioeconomics (SWCA Environmental Consultants 2020b). Ultimately this project only fell within the cumulative effects analysis area for socioeconomics (see section 4.3.3). The Florence Copper project was not analyzed with respect to groundwater resources for two reasons. First, there are no groundwater impacts (such as drawdown or a cone of depression) associated with the Florence Copper project that would overlap with Desert Wellfield pumping impacts. By design, the Florence Copper project maintains a stable water level through control of injection and pumping wells. Second, the Florence Copper project falls outside the cumulative effects analysis area for groundwater resources.

The Florence Copper project is in an area where substantial aquifer drawdown is anticipated unrelated to the Resolution Copper project, as noted above (200 to 300 feet). Additional drawdown may occur that is attributable to the Desert Wellfield, as described above, but would not substantially change the outcome of the Florence Copper project.

RESOLUTION COPPER GROUNDWATER RIGHTS

Resolution Copper is currently pumping groundwater near Superior to dewater the mine infrastructure and would continue to do so throughout the mine life (roughly 1,700 acre-feet per year, or 87,000 acre-feet over the mine life). In addition, Resolution Copper would pump makeup water from the Desert Wellfield, located in the East Salt River valley (this varies by alternative, with the maximum estimate for Alternative 2 at 14,300 acre-feet per year, or 590,000 acre-feet over the mine life). Both activities take place within the Phoenix AMA. As such, Resolution Copper must have appropriately issued groundwater rights or permits to conduct this pumping. Resolution Copper currently holds a dewatering permit for the pumping at the mine site (59-524492); this permit extends through 2029. It is reasonable to assume that this permit would be reissued as needed by ADWR to prevent flooding of an operational mine.

Resolution Copper has not yet obtained the groundwater rights needed to pump from the Desert Wellfield, although they do have some Type 2 Non-Irrigation Grandfathered Rights that would allow pumping (1,800 acre-feet per year, which would equate to 74,000 acre-feet over the mine life), and have also obtained a substantial amount of long-term storage credits (see below). After appropriate permitting, these long-term storage credits could be recovered from the Desert Wellfield without acquisition of further groundwater rights or permits.

In December 2022, Resolution Copper clarified agreements that are currently in place for obtaining additional long-term storage credits. Resolution Copper indicated that delivery of its Colorado River allotment was anticipated to result in additional long-term storage credits, estimated through 2024 as 5,596 acre-feet but also subject to potential drought reductions (Antone 2022b). Resolution Copper has also entered into an agreement with EPCOR to recharge effluent over the life of the mine and accrue 56,780 acre-feet of long-term storage credits in the Phoenix AMA. These long-term storage credits will be exchanged to Resolution Copper in return for long-term storage credits held in Pinal AMA. With these

6-RCMSER-1592

Resolution Copper Project and Land Exchange

agreements, Resolution Copper would have roughly 318,000 acre-feet of long-term storage credits, which accounts for roughly 60 percent of the water needs for the preferred alternative.

It is foreseeable that ADWR would make the remainder of the necessary groundwater available to Resolution Copper. Resolution Copper would likely receive a Permit to Withdraw Groundwater for Mineral Extraction and Metallurgical Processing. Under State law, this is a non-discretionary permit, provided that certain conditions are met (ARS 45-514).

OTHER FUTURE WATER USERS IN THE EAST SALT RIVER VALLEY

One of the primary mechanisms by which groundwater is managed in the AMAs is the Assured Water Supply program. Under this program, the act of subdividing land for development requires proof that enough water is physically and legally available to supply those homes for 100 years. As the intent of this program is to foster use of renewable sources of water, there are restrictions on how much groundwater can be used to make this demonstration. There is a total of roughly 24,000 acre-feet of annual future committed demand through approved Assured Water Supplies in the East Salt River valley (Barter et al. 2020). This is above and beyond the amount of agricultural, industrial, and municipal pumping already taking place in this part of the basin.

Superstition Vistas is a 275-square mile area of Arizona State Trust land in the East Salt River valley. Conceptually, this area has been identified for residential and commercial development, with a number of different scenarios considered (Morrison Institute for Public Policy 2006); however, at the time of the January 2021 Rescinded FEIS, the ASLD had taken no concrete steps for auction of this land. This has since changed, but only for a small portion of the Superstition Vistas area, described in the "Analysis of Cumulative Effects in the East Salt River Valley" section below. While the lack of detailed water use plans prevents specific analysis of most of the Superstition Vistas development, some estimates indicate that a population of 900,000 could live in this area. Throughout the Resolution Copper Project NEPA process, the ASLD has raised concerns about the potential future water supply to support the Superstition Vistas development. The cumulative effects modeling described below was undertaken in part to investigate the potential impacts to the Superstition Vistas water supply.

LONG-TERM STORAGE CREDITS IN EAST SALT RIVER VALLEY

Aside from the long-term storage credit portfolio acquired by Resolution Copper, a substantial amount of groundwater in the East Salt River valley is already "spoken for" because it represents banked water or long-term storage credits acquired through physical recharge of water to the aquifer or "in-lieu" recharge of water to the aquifer (foregoing otherwise legal groundwater pumping by providing alternative water supplies, like excess CAP water). The amount of stored water is substantial. Approximately 7 million acre-feet of long-term storage credits were stored in the entire Phoenix AMA at the end of 2017 (Barter et al. 2020).

ANALYSIS OF CUMULATIVE EFFECTS IN THE EAST SALT RIVER VALLEY

The analysis of impacts to the East Salt River valley aquifer as a result of the Desert Wellfield pumping was conducted for the EIS using a groundwater flow model. This groundwater flow model was built from an existing, calibrated, regulatory model prepared by ADWR. In some form, this model has been used widely for basin-wide planning purposes since the 1990s, as well as to estimate project-specific water supply impact. The appropriateness of using this model to predict impacts from the Desert Wellfield was further assessed by the NEPA team and found to be reasonable (Walser 2020a).

An additional set of model runs was conducted through the year 2118 to simulate cumulative effects from the water users described above: existing pumping, permitted Assured Water Supplies, recovery of long-term storage credits, and pumping from the Desert Wellfield (Barter et al. 2020). The following represent

the approximate stresses applied in the model (for the entire Phoenix AMA, not just the East Salt River valley):

- Non-recovery agricultural pumping: 530,000 acre-feet/year

- Non-recovery non-agricultural pumping: 200,000 acre-feet/year

- Recovery of storage credits accrued through 2017 (including Resolution Copper credits): 112,000 acre-feet/year

- Recovery of additional storage credits accrued after 2017: 14,300 acre-feet/year

- Permitted Assured Water Supply groundwater demands: 105,000 acre-feet/year

- Non-recovery Desert Wellfield pumping: 6,700 acre-feet per year

Results indicate that by 2118, groundwater levels in the East Salt River valley would experience drawdown up to roughly 450 feet below current water levels, with or without Desert Wellfield pumping. As shown in figure 4.3.4-1, Resolution Copper's pumping increases drawdown as would be anticipated, primarily in the immediate vicinity of the Desert Wellfield.



**Figure 4.3.4-1. Projected drawdown in the East Salt River valley in 2118 caused by cumulative water use, with (right) and without (left) Resolution Copper pumping**

In the center of the Desert Wellfield, without Resolution Copper pumping, water levels would decline roughly 75 feet from current levels by 2118. With Resolution Copper pumping, water levels would decline roughly 100 feet by 2118. Note that operational pumping has ceased, and groundwater levels have

Resolution Copper Project and Land Exchange

partially recovered by 2118. Maximum drawdown in the center of the Desert Wellfield of just over 200 feet would occur at the peak of operational pumping (around 2060).

A depth-to-water of 1,000 feet below land surface is often used as a limit of physically available groundwater in the Phoenix AMA. Maximum depth-to-water in 2118 with all cumulative groundwaters uses ranges up to 850 feet as shown in figure 4.3.4-2, with a large cone of depression forming near Apache Junction. In addition, some model cells near Apache Junction and at the periphery of the basin show drying by 2118, indicating that groundwater would not be available in these areas. The depth-to-water in the center of the Desert Wellfield in 2118 is 550 feet below ground surface without Resolution Copper pumping, and 575 feet below ground surface with Resolution Copper pumping.



**Figure 4.3.4-2. Projected depth-to-water in the East Salt River valley in 2118 caused by cumulative water use, with (right) and without (left) Resolution Copper pumping**

### Sufficiency of Regional Water Supplies

Groundwater modeling, using the best available estimates of all regional groundwater users over the next 100 years, indicates that regional groundwater supplies generally are sufficient to satisfy committed demands. Full drying of the aquifer is limited to peripheral areas, and depth-to-groundwater generally does not exceed limits of physical availability (1,000 feet). However, there likely would be certain areas that experience lack of well capacity and groundwater shortages, particularly around the edges of the basin.

Further, the cost and energy required for pumping increases as groundwater deepens, and infrastructure costs would increase as wells and pumps need to be lowered or replaced. According to one estimate, an additional 1.02 to 2.56 kilowatt-hours of energy, depending on pump efficiency, are required to lift an

---

986

acre-foot of water an additional foot (Peacock n.d. [1996]). The above quantitative modeling analysis includes known population increases through the incorporation of permitted Assured Water Supplies. At the time of the January 2021 FEIS, no portion of Superstition Vistas had been concretely planned for development. This has now changed. The first Superstition Vistas parcels (2,783 acres) were auctioned by the ASLD in 2020, purchased by DR Horton. Prior to subdivision, this parcel will require demonstration of a 100-year water supply under the Assured Water Supply program. There are generally two ways a developer can demonstrate this 100-year water supply: either by obtaining a separate, independent Assured Water Supply for the parcel from the ADWR, or relying on a designation of Assured Water Supply already obtained by a water provider from the ADWR. In this case, the auctioned Superstition Vista parcels are relying on previous designation obtained by the Apache Junction Water Department. Sufficient water has not been demonstrated to develop the entire Superstition Vistas area, but Apache Junction Water Department has demonstrated enough water rights to begin development on the auctioned properties (Hilgartwilson LLC 2021). Importantly, those committed Assured Water Supplies were included in the Desert Wellfield modeling report described above (Barter et al. 2020).

In summary, the portion of Superstition Vistas that has a demonstrated source of water has been quantified and included in the regional cumulative effects groundwater model. Other portions of Superstition Vistas without demonstrated water supplies are speculative and not explicitly modeled.

Resolution Copper and ASLD have discussed potential wellfield layouts for Superstition Vistas, informed by these modeling results, but no firm water supply planning has been undertaken. Conceptual water use estimates for the entirety of Superstition Vistas range anywhere from 100,000 to 190,000 acre-feet/year, depending on the progressiveness of water conservation (Morrison Institute for Public Policy 2006).

While adequate groundwater exists for committed regional demands, including Resolution Copper's Desert Wellfield, as demonstrated by the cumulative effects model presented above, those demands are met in part by mining of non-renewable groundwater and result in an overall lowering of groundwater levels over the next 100 years. While the next 100 years are demonstrated through this modeling to be manageable without exhausting groundwater supplies in the East Salt River valley, ultimately, the long-term use of groundwater may become unsustainable, even without considering Superstition Vistas' growth. The potential new future residential demand from Superstition Vistas represents between seven and 13 times the annual groundwater pumping by Resolution Copper over the operational life of the mine. More importantly, these residential water demands are in perpetuity, rather than for a limited time frame (four decades in the case of Resolution Copper). While the cumulative effects modeling does not preclude the future Superstitions Vistas' development and the population growth it portends, the cumulative effects modeling suggests that regional water supplies would become more limited and would need to be carefully assessed for sufficiency based on actual development plans for the area. This assessment would take place at a basin-wide planning level by ASLD before auctioning of the land, as well as through the existing regulatory framework, which requires Assured Water Supply permitting before approving each subdivided parcel.

In its comments on the DEIS, ASLD indicated that the water use of the Desert Wellfield would preclude the development of 3,440 acres of otherwise developable State Trust land and calculated a potential loss in revenue. This comment fundamentally suggests that the Desert Wellfield and full and complete development of Superstition Vistas are mutually exclusive, based on the assumption that groundwater supplies would not be sufficient for all development. The cumulative effects modeling cannot fully answer this question. The recent auctioned land described above is an example of some Superstition Vistas parcels whose water use is already effectively included in the cumulative effects modeling. The outcome of the cumulative effects modeling indicates there is still groundwater available for use after 100 years, even after all committed demands are accounted for. Whether these water supplies would be sufficient for full development of Superstition Vistas depends on the details of that development, which

Resolution Copper Project and Land Exchange

do not yet exist. However, as noted above, the overall concern that regional supplies would become more limited in the future is certainly consistent with the outcome of the cumulative effects modeling.

### 2023 ADWR Salt River Valley Model Update

For over 30 years, ADWR has developed, updated, and used a comprehensive groundwater flow model for the Salt River valley, including the Phoenix AMA (known as the Salt River valley (SRV) model). The Desert Wellfield cumulative effects modeling described above was conducted by updating a version of this calibrated regulatory model.

In June 2023, ADWR released the results of a new predictive model run using the SRV model for the period 2022 through 2121 (ADWR 2023a, 2023b, 2023c). The release of the new model results triggered substantial public concern and news coverage, as it was accompanied by an announced moratorium on approving new Assured Water Supplies for development within the Phoenix AMA.

The 2023 SRV model results in the East Salt River valley are substantially different from the Desert Wellfield modeling used for the cumulative effects analysis:

- As noted above, the cumulative effects analysis shows that depth to water in the center of the Desert Wellfield in 2118 is 550 feet below ground surface without Resolution Copper pumping and 575 feet below ground surface with Resolution Copper pumping.

- The 2023 SRV modeling results show that depth to water in 2121 is 750 to 1,000 feet below ground surface without Resolution Copper pumping.

A review was undertaken to identify the differences between the cumulative effects modeling (Barter, Bates, and Bayley 2020) and the 2023 SRV model (ADWR 2023a, 2023b, 2023c). The review found that the difference in modeling results stems from the fact that the 2023 SRV model simulates approximately twice as much net groundwater withdrawals in the East Salt River valley than the cumulative effects modeling (Barter and Bayley 2023). Over 80 percent of this net groundwater withdrawal increase is attributable to resumed agricultural pumping within NMIDD, which ADWR simulated at 76,000 acre-feet per year for 100 years. This step was taken because ADWR assumed that as a result of curtailment of Colorado River supplies, the cessation of CAP-sourced water currently irrigating NMIDD crops would lead to full resumption of historic groundwater pumping for agriculture irrigation.

By contrast, the cumulative effects modeling for the Desert Wellfield assumes that NMIDD agricultural land will be converted to residential housing by 2030. The 2023 SRV model also assumes this conversion and includes groundwater use for residential development. However, the review found that the 2023 SRV model does not correspondingly reduce the NMIDD agricultural pumping, but rather restores it to historic levels. The review found that the 2023 SRV model is essentially double-counting the water use for NMIDD lands, including pumping for both agriculture and residential development.

The FEIS reviewers interviewed NMIDD representatives to determine whether the cumulative effects analysis used improper assumptions. NMIDD representatives confirmed the approach used in the cumulative effects modeling and estimated that future irrigation pumping will not exceed 8,000 acre-feet per year and will cease completely by 2050 due to residential development of NMIDD land (Barter and Bayley 2023).

The difference is substantial between the two models when comparing the cumulative water budget for the 100-year period for the East Salt River valley:

- Cumulative effects modeling (Barter, Bates, and Bayley 2020):
    - Inflows: 3.3 million acre-feet

- o Outflows: 5.3 million acre-feet
- o Total deficit: 1.9 million acre-feet

- 2023 SRV modeling (ADWR 2023a, 2023b, 2023c):
  - o Inflows: 5.1 million acre-feet
  - o Outflows: 15.7 million acre-feet
  - o Total deficit: 10.6 million acre-feet

Both models indicate that a groundwater deficit will occur in the East Salt River valley over the next 100 years, with pumping exceeding recharge. This occurs with or without Desert Wellfield pumping, though the Desert Wellfield withdrawals will physically add to the deficit (i.e., not taking into account any long-term storage credits). Cumulative effects analysis should be based on reasonably foreseeable actions. The conversion of NMIDD lands to residential development with reductions in agricultural pumping is the most likely and reasonably foreseeable scenario for these lands. This scenario is appropriately modeled in the cumulative effects modeling used for the EIS but was not appropriately modeled in the 2023 SRV modeling.

Overall, the new analysis and subsequent policy changes in Arizona water management and the Phoenix AMA that occurred in 2023 highlight the continued deficit pumping of groundwater resources but did not result in any change to the cumulative effects assessment in this FEIS. While the next 100 years are demonstrated through the cumulative effects modeling to be manageable without exhausting groundwater supplies in the East Salt River valley, ultimately, long-term use of groundwater may become unsustainable, even without considering the growth of the Superstition Vistas development.

## 4.3.4.2   Future Meteorological Trends

For the DEIS, we did not handle future meteorological trends as a cumulative effect. Rather, in the face of changing guidance on how this topic should be handled during NEPA analysis, as we evaluated the issues to analyze gathered from project scoping, we chose the following approach:

- Conduct a quantitative assessment of greenhouse gas emissions of $CO_2$, methane, and nitrous oxide (see appendix E, Issue 8-3)
- Conduct an assessment using best available science of long-term trends in precipitation and temperature that may affect resources (see appendix E, Issue 8-8)

The quantitative assessment of greenhouse gas emissions is found in section 3.6 of the FEIS.

### *Future Meteorological Scenario Used for NEPA Analysis*

To address the effects of long-term trends in precipitation and temperature on individual resources, we started by compiling a consistent meteorological trend scenario for all resource specialists to use, making use of the best available literature and analyses for the anticipated effects of future meteorological trends (Dugan 2018). In the FEIS, these long-term trends are analyzed in the following places:

- Section 3.3, Soils, Vegetation, and Reclamation. This analysis focuses on the anticipated effect that long-term meteorological trends would have on the success of revegetation efforts after closure.
- Section 3.6, Air Quality. This analysis focuses on the basic trends anticipated and greenhouse gas emissions.

Resolution Copper Project and Land Exchange

- Section 3.7.1, Groundwater Quantity and Groundwater-Dependent Ecosystems. This analysis focuses on the effect ongoing meteorological trends would have on the hydrologic water balance in the area, particularly changes to groundwater recharge.

- Section 3.7.3, Surface Water Quantity. This analysis focuses on the effect ongoing meteorological trends would have on the hydrologic water balance in the area, particularly changes in the amount and timing of surface water runoff.

- Section 3.10.2, Fuels and Fire Management. This analysis focuses on the changes in wildfire risk that result from changes in fuel load from vegetation changes, and the higher risk of damage in the aftermath of fires from more intense storms.

The long-term meteorological trends in temperature, precipitation amount, and precipitation timing and intensity would tend to exacerbate the resource impacts from the project. In a similar way, these trends would tend to exacerbate the cumulative impacts from reasonably foreseeable future actions that are described in this chapter.

The consistent outlook is that the American Southwest would see warmer and drier conditions. There is greater certainty with temperature changes. Average temperatures in Arizona have increased about 2°F in the past century (U.S. Environmental Protection Agency 2016). In the Lower Colorado River basin, the annual mean and minimum temperature have increased by 1.8°F to 3.6°F for the time period 1900–2002. Data suggest that spring minimum temperatures for the same time period have increased by 3.6°F to 7.2°F (Dugan 2018). Annual average temperatures are projected to rise by 5.5°F to 9.5°F by 2070–2099, with continued growth in global emissions (Melillo et al. 2014).

Anticipated impacts on precipitation are less certain, with some models suggesting more precipitation, and others suggesting less. There is general agreement that the timing and intensity of precipitation events (and drought) would change. Increased temperatures are expected to diminish the accumulation of snow and the availability of snowmelt, with the most substantial decreases in accumulation occurring in lower-elevation portions of the Colorado River basin, where cool-season temperatures are most sensitive to warming (Dugan 2018).

The common effect of these changes is that vegetation would become drier and more susceptible to drought and fire, and that water sources would experience greater stress. This in turn affects the terrestrial habitat and the hydrologic systems that support aquatic and riparian habitat. The increased risk of fire, and the detrimental and cascading effects of wildfires, can lead to further negative effects, which, while infrequent, can often be catastrophic. The long-term changes also make recovery from these incidents, as well as revegetation and reclamation efforts to be undertaken for the mine, less effective with a higher risk of failure.

Note that ongoing drought and long-term meteorological trends also have effects on water supplies; these effects are discussed elsewhere in chapter 4.

### Recent Research on Future Meteorological Trends

Research and predictions about future meteorological trends have continued to evolve since the NEPA analysis for the Resolution Copper Project was conducted. Building on the information already presented above and in other sections of the EIS, this section summarizes key conclusions from the most recent meteorological data and projections included in the FEIS.

GENERAL PROGNOSIS FOR SOUTHWEST WATER

Recent reports note with medium to high confidence that droughts and earlier snowmelt runoff will increase water scarcity during the summer peak water demand period especially in regions with extensive

(164 of 282), Page 164 of 282
Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 164 of 282
Case 2:21-cv-00068-DWL    Document 106-3    Filed 07/14/25    Page 162 of 355

irrigated agriculture, leading to economic losses and increased pressures on limited groundwater as a substitute for diminished surface water supplies. These reports also highlight with high confidence that heavy exploitation of limited water supplies and deteriorating freshwater management infrastructure in the Southwest will compound the effects of meteorological trends and increase the risk of negative impacts in the region.

## RISING TEMPERATURES

A 2022 summary of the latest meteorological data and projections for Arizona from the National Oceanic and Atmospheric Administration's National Centers for Environmental Information (Frankson and Kunkel 2022) shows temperatures in Arizona have increased by 2.5°F since 1900, with average temperatures and frequency of extreme heat expected to continue increasing throughout the twenty-first century. Current projections also confirm that the region will experience serious ongoing threats from extended drought, while summer monsoon rainfall will remain highly variable and difficult to predict. Current assessments confirm that communities that rely on snowpack to supply their water may be especially vulnerable, as late-season snowpack accumulation declines due to increasing winter temperatures.

## CONTINUED UNPREDICTABLE MONSOON RAINFALL

In southern Arizona, monsoon rains are highly unpredictable and can have negative impacts at either extreme. For example, "on September 8, 2014, extremely heavy monsoon rain associated with a decaying eastern Pacific hurricane caused significant damage and flooding around the Phoenix area. The record for single-day rainfall was broken, with several stations reporting more than 4 inches" (p. 4 in Frankson and Kunkel (2022)). At the other extreme, "the 2020 monsoon season was the driest on record, with only 1.5 inches of precipitation, well below the previous record low of 2.8 inches in 2009" (p. 4 in Frankson and Kunkel (2022)).

## UNCHANGED FREQUENCY AND INTENSITY OF RAINFALL EVENTS

While many areas of the United States have already begun experiencing an increase in the frequency of extreme rainfall events, this trend has not been observed in Arizona and other southwestern states. The number of 1-inch extreme precipitation events in Arizona continues to be variable and has been near to below normal, since the 1990s, with the exception of the 2010–2014 period (Frankson and Kunkel 2022).

## INCREASING SEASONAL AND LONG-TERM WATER SHORTAGES

Arizona is on the northern fringe of an area of projected decreases in spring precipitation over Mexico and Central America, indicating a risk of reduced spring precipitation. However, overall annual precipitation trends remain uncertain for Arizona (Frankson and Kunkel 2022).

Higher spring temperatures are expected to raise the snow line and make precipitation more likely to fall as rain rather than snow. The resulting reduced snowpack and earlier melting of snowpack is expected to reduce water resources available for irrigation during the summer. These impacts will be particularly pronounced at lower elevations in the mountains where snowpack is already unreliable (Frankson and Kunkel 2022).

Whether or not overall annual precipitation decreases, droughts are expected to become more intense during the cool season due to increasing temperatures resulting in increased evaporation. Increased temperature and evaporation will further reduce streamflow, soil moisture, and water supplies. Increasingly frequent droughts will result in more frequent dust storms and risk of very large wildfires (Frankson and Kunkel 2022).

6-RCMSER-1600

(165 of 282), Page 165 of 282
Case 2:21-cv-00068-DWL   Document 106-3   Filed 07/14/25   Page 163 of 355
25-5197, 09/29/2025, DktEntry: 61.7, Page 165 of 282

Resolution Copper Project and Land Exchange

## Assessment of Future Meteorological Trends in Groundwater Models

There are limited studies that provide quantitative assessment of the linkages between future meteorological projections and estimated groundwater recharge, particularly at the regional level. A review of aquifer studies across the West showed average declines of 10 to 20 percent in total recharge across the southern aquifers (Meixner et al. 2016).

Groundwater recharge can be understood in four general categories: "diffuse" recharge that results when precipitation infiltrates over a large area; "focused" recharge, from streams and runoff; "mountain system" recharge from mountains and mountain streams; and "irrigation" recharge resulting from irrigation-based agriculture (Bolin et al. 2010). Meteorological trends are especially likely to reduce mountain system recharge due to decreased snowpack and mountain streamflow, particularly at lower elevations. For desert systems like the Desert Wellfield pumping in the East Salt River valley, this is likely not a large change in the overall groundwater system dynamics. For example, the Salt River valley model developed by the ADWR estimates roughly 2 percent of all recharge to the aquifer comes from mountain system recharge, with most recharge coming from agricultural recharge (Freihoefer et al. 2009). In contrast, for the mine site groundwater model, it is possible that all recharge components could be affected in some way by future meteorological trends.

The effect of future meteorological trends on the groundwater model was a topic discussed by the Groundwater Modeling Workgroup during the NEPA analysis (Morey 2018e). The primary impact of these trends to the groundwater model would be through a decrease in precipitation recharging the aquifer, or an increase in loss of water through evaporation or transpiration from higher temperatures.

In the mine site groundwater model, gain of water to the aquifer by recharge of precipitation generally occurs along stream channels, as does loss of water to the aquifer by evapotranspiration from riparian vegetation. These two influences are both combined into a single recharge input to the groundwater model. In order to understand the effects of future meteorological trends on the mine site groundwater model outcomes, the Forest Service (through the forum of the Groundwater Modeling Workgroup) requested a sensitivity analysis that adjusted recharge in the model by ±50 percent.

The purpose of this sensitivity analysis was to understand how important meteorological changes are to the outcomes of the model. Results were provided in the form of maps showing the areal extent of the 10-foot drawdown contour under each scenario and hydrographs for each groundwater-dependent ecosystem analyzed in the EIS (Meza-Cuadra et al. 2018c). Results of the recharge (±50 percent recharge) sensitivity analyses are shown in table 4.3.4-1, comparing the base case results to the sensitivity modeling run results.

**Table 4.3.4-1. Results of assessment of future meteorological trends for mine site groundwater model**

| GDE | Base Case Drawdown (No Action) (feet) | Base Case Drawdown (Proposed Action) (feet) | Additional Drawdown at 50% Less Recharge at High Elevations (Sensitivity Run #85) (feet) | Additional Drawdown at 50% Less Recharge at Low Elevations (Sensitivity Run #87) (feet) | Change in Conclusions Resulting from Future Meteorological Trends (see EIS table 3.7.1-3 for base case conclusions) |
|---|---|---|---|---|---|
| **Queen Creek and tributaries** | | | | | |
| Queen Creek – Flowing reach from km 17.39 to 15.55 | 0.8 | 6.3 | 0.1 | 1.2 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |

992

Final Environmental Impact Statement

| GDE | Base Case Drawdown (No Action) (feet) | Base Case Drawdown (Proposed Action) (feet) | Additional Drawdown at 50% Less Recharge at High Elevations (Sensitivity Run #85) (feet) | Additional Drawdown at 50% Less Recharge at Low Elevations (Sensitivity Run #87) (feet) | Change in Conclusions Resulting from Future Meteorological Trends (see EIS table 3.7.1-3 for base case conclusions) |
|---|---|---|---|---|---|
| Arnett Creek (from Blue Spring to confluence with Queen Creek) | 1.1 | 2.3 | 0.0 | 1.0 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| AC 12.49 | 0.1 | 0.2 | 0.0 | 0.6 | |
| AC 4.54 | | | | | |
| Telegraph Canyon (near confluence with Arnett Creek) | 1.1 | 2.7 | 0.4 | 1.2 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| **Devil's Canyon and springs along channel** | | | | | |
| Middle Devil's Canyon (from km 9.3 to km 6.1, including springs DC8.2W, DC6.6W, and DC6.1E) | 0.1 | 2.8 | 0.3 | 0.0 | With the exception of DC6.6W, remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| DC6.1E | 1.0 | 10.8 | 0.8 | 0.0 | For DC6.6W, conclusion for base case was: "Additional drawdown due to block caving is anticipated in spring DC-6.6W with the base case model and most sensitivity modeling runs." Future meteorological trend scenario increases drawdown from 10.8 to 11.6, but reaches same conclusions as base case. |
| DC6.6W | −0.2 | 4.3 | 0.0 | 0.0 | |
| DC8.2W | −0.1 | 3.1 | 1.5 | 0.0 | |
| DC8.8W | −0.1 | 3.2 | 0.2 | 0.0 | |
| DC8.1C | | | | | |
| Lower Devil's Canyon (from km 6.1 to confluence with Mineral Creek, including spring DC4.1E) | −0.3 | 2.8 | 0.3 | 0.0 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| 5.5C | −0.1 | 0.5 | −0.1 | 0.0 | |
| 4.1E | | | | | |
| **Mineral Creek and springs along channel** | | | | | |
| Mineral Creek (from Government Spring (km 8.7) to confluence with Devil's Canyon, including springs MC8.4C and MC3.4W (Wet Leg Spring)) | −0.1 | 1.3 | 0.8 | 0.0 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| MC6.9 | 0.0 | 0.4 | 0.2 | 0.0 | |
| Lower Mineral | | | | | |
| **Queen Creek Basin springs** | | | | | |
| Bitter Spring | 2.0 | 28.5 | 1.1 | 0.3 | Remains 10–30 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| Bored Spring | 105.0 | 180.9 | 2.3 | 6.2 | Remains >50 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| Hidden Spring | 90.7 | 90.7 | 1.3 | 4.9 | Remains >50 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case |

6-RCMSER-1602

Resolution Copper Project and Land Exchange

| GDE | Base Case Drawdown (No Action) (feet) | Base Case Drawdown (Proposed Action) (feet) | Additional Drawdown at 50% Less Recharge at High Elevations (Sensitivity Run #85) (feet) | Additional Drawdown at 50% Less Recharge at Low Elevations (Sensitivity Run #87) (feet) | Change in Conclusions Resulting from Future Meteorological Trends (see EIS table 3.7.1-3 for base case conclusions) |
|---|---|---|---|---|---|
| Iberri Spring | 0.1 | 0.2 | 0.0 | 0.0 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| Kanes Spring | 7.7 | 56.6 | 5.9 | 14.5 | Remains >50 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case |
| McGinnel Mine Spring | 18.0 | 22.7 | −0.2 | -3.4 | Remains 10–30 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| McGinnel Spring | 24.0 | 28.3 | −0.3 | 0.6 | Remains 10–30 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| No Name Spring | 0.1 | 0.2 | 0.0 | 1.5 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| Rock Horizontal Spring | 1.3 | 2.0 | 0.0 | 0.0 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| Walker Spring | 27.1 | 40.9 | 0.5 | 4.2 | Remains 30–50 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| **Water supply wells** | | | | | |
| DHRES-16-753 | 3.6 | 21.7 | 0.4 | 1.6 | Remains 10–30 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| Gallery Well | 0 | 0.1 | 0.2 | 0.3 | Remains <10 feet of drawdown. Future meteorological trend scenario reaches same conclusions as base case. |
| HRES-06 | -0.7 | 9.7 | 5.0 | 0.1 | Results change from <10 feet of drawdown under base case scenario to 10–30 feet of drawdown under Future meteorological trend scenario. However, because of the presence of sensitivity runs, the conclusions in table 3.7.1-3 already assumed impacts: "Additional drawdown due to block caving is anticipated for water supply wells in this area, except for those completed solely in alluvium or shallow fracture systems. Impacts could include loss of well capacity, the need to deepen wells, the need to modify pump equipment, or increased pumping costs. Applicant-committed remedy if impacts occur." Future meteorological trend scenario reaches same conclusions as base case. |

The anticipated impacts on precipitation, recharge, and evapotranspiration from continuing meteorological trends are described in section 3.7.1 and further detailed in Dugan (2018), but largely are not quantifiable. Though unquantifiable, the Groundwater Modeling Workgroup found that a ±50 change in recharge was sufficient to account for the effects of future meteorological trends on precipitation. Even under this substantial change, not a single conclusion changed for any GDEs or water supply wells.

The fundamental reason for this lack of change in conclusions is that precipitation/evapotranspiration are small components of the water budget, compared with the mine dewatering that will occur.

Future meteorological trends are anticipated to have profound impacts on the hydrologic cycle in Arizona. However, the impacts described in the groundwater model are largely influenced by groundwater withdrawals and the fundamental change in geologic structure caused by the block-caving. Changes driven by long-term meteorological trends that affect recharge and evapotranspiration have an effect, as shown in table 4.3.4-1, and exacerbate impacts caused by mine dewatering. However, these effects do not drive the model and therefore result in little change to the conclusions in the FEIS that are based on the results of the groundwater model.

### Future Meteorological Trends and Ramifications for Potential Tailings Failure

Concerns have also been raised as to whether future meteorological trends has been adequately assessed in the design of the tailings storage facility. Future meteorological trends are anticipated to lead to more extreme precipitation and flooding events, as well as changes in watershed conditions.

These type of extreme events are already encompassed in the assumptions and design parameters used for the tailings storage facility. With respect to water, many design parameters are based on "return periods." These are probabilities of a given storm event or flood event occurring. These probabilities are derived from the historic record of actual precipitation events and flood events. For example, a return period of 100 years (a 100-year storm event), has a 1 percent probability of occurring for any given storm event.

The current meteorological trend research does not predict exactly how much bigger storm or flood events could become. It is not possible to predict now exactly what a 100-year storm event might look like 50 years in the future given the ongoing meteorological trends. In lieu of this understanding of how storms could perform in the future, we can look instead at more extreme events under current conditions, such as the 1,000-year event. A 1,000-year event has a 0.1 percent (one-tenth of 1 percent) probability of occurring, given the historic record.

The design of the tailings storage facility under all action alternatives already incorporates events even more extreme than the 1,000-year event (Patterson 2022). Each impoundment is designed to safely store, at a minimum, the 72-hour probable maximum flood. The probable maximum flood is defined as the flood that may be expected from the most severe combination of critical meteorological and hydrologic conditions that are reasonably possible in any particular drainage. The probable maximum flood has a probability even less than that of a 10,000-year event, which has a 0.01 percent (one-hundredth of 1 percent) probability of occurring.

Since the probabilities of given floods are based on the historic record, they reflect the historic conditions of the watershed when the flood occurred. However, future meteorological trends can alter these conditions. For example, higher temperatures and lower precipitation are anticipated to lead to more frequent, and more severe, wildfire. Fire can fundamentally change how precipitation runs off a watershed by removing vegetation and even causing hydrophobic (water-repelling) soil conditions. With respect to the tailings storage facilities, the storage calculations assume that the upstream contributing area has a runoff coefficient of 1.0. This means that every drop of water falling on this area during a storm event will leave the watershed as runoff, with no infiltration to soil or groundwater. This replicates the worst conditions that could occur on a watershed due to fire. It also replicates less catastrophic situations,

Resolution Copper Project and Land Exchange

such as when an area has received substantial previous rainfall and soil is already saturated, leading to greater runoff.

Each tailings storage facility also has stormwater control structures designed to route upstream flow around the facility. These structures are designed for a 24-hour, 100-year storm. This relatively small-magnitude design event suggests these diversion structures may be undersized for future extreme events. The tailings storage facility designs take this into account. As an additional safety factor built into the design, the tailings storage designs assume that these diversion structures would fail during the extreme design flood event (72-hour probable maximum flood), resulting in all upstream flow instead entering the tailings storage facility. The design of the tailings storage facility can safely store all the water resulting from this scenario.

6-RCMSER-1605

Final Environmental Impact Statement

# Chapter 5. Consulted Parties

## 5.1    Introduction

This chapter provides an overview of the consultation and coordination conducted to date between the Forest Service and Federal, State, and local agencies, Tribes, and the public. We expanded this chapter to include consultation, agency permitting activities, and additional comments and outreach activities conducted after publication of the DEIS, including cooperating agency review, Tribal consultation, the EIS public review, comment analysis, and agency response processes.

## 5.2    Notice of Intent and Scoping

An NOI announcing the Tonto National Forest's intent to prepare an EIS was published in the Federal Register on March 18, 2016. The notice announced the preparation of this EIS as well as opportunities for public involvement, including scoping meetings. Five public scoping meetings subsequently were held at the locations and on the dates shown in table 1.6.1-1 in chapter 1. The official scoping and public commenting period lasted 120 days, from March 18 to July 18, 2016.

Members of the public were afforded several methods for providing comments during the scoping period. These included multiple comment stations with comment forms or providing oral comments to a court reporter at the scoping meetings, or the opportunity to send emails to comments@resolutionmineeis.us. Additionally, interested parties could submit letters via U.S. mail to the Tonto National Forest, or drop off written comments in person at the Tonto National Forest Supervisor's Office located at 2324 East McDowell Road, Phoenix, Arizona 85006, during normal business hours. We received 133,653 comments during the project scoping period.

A comprehensive scoping report summarizing the public meeting and comment process and providing a detailed synopsis of the scoping comments received was released in March 2017. The scoping report (U.S. Forest Service 2017i) is available on the project website: www.ResolutionMineEIS.us. This website was created to provide access to the project schedule, updates, project and alternative information, and baseline data and reports. The website has been active since 2016.

## 5.3    Notice of Availability and DEIS Comment Period

A Notice of Availability (NOA) announcing the release of the Resolution Copper Project and Land Exchange DEIS was published in the Federal Register on August 9, 2019. The NOA disclosed the online location to download the DEIS, along with opportunities for public involvement, including public comment meetings. Other outreach and means of notification included 15,200+ postal mail and 23,000+ emails to individuals on the project mailing list, social media posts, news releases, website announcements, 16 newspaper notices (in English and Spanish), and posters physically displayed at 37 various local bulletin boards and areas within the project vicinity. Six public meetings were held at the locations and on the dates shown in table 5.3-1. The meeting format allowed for an open house with posters and handouts. Staff were on hand to answer questions, and a court reporter and comment table were available for receipt of verbal or written comments. Meetings also included a recorded presentation and a facilitated hearing for those wishing to provide verbal testimony.

Table 5.3-1. DEIS public meeting locations, dates, and attendance numbers

| Meeting Location | Date | Number of People Who Signed In |
|---|---|---|
| Superior, Arizona – Superior High School | September 10, 2019 | 107 |

6-RCMSER-1606

Resolution Copper Project and Land Exchange

| Meeting Location | Date | Number of People Who Signed In |
|---|---|---|
| San Tan, Arizona -- Central Arizona College | September 12, 2019 | 41 |
| Kearny, Arizona -- Ray Elementary School | September 17, 2019 | 29 |
| Globe, Arizona -- High Desert Middle School | September 19, 2019 | 60 |
| Queen Valley, Arizona -- Recreation Center | October 8, 2019 | 118 |
| Tempe, Arizona -- Hotel Tempe, Phoenix Airport Inn | October 10, 2019 | 156 |

Comments were received via U.S. mail, hand delivery to a public meeting or Forest Service office, verbal testimony recorded at a public meeting, email, or webform. The 90-day public comment period ended on November 7, 2019. We extended the comment period for Tribes to 135 days, which ended on December 22, 2019. A seventh meeting, with the San Carlos Apache Tribe, took place on November 22, 2019. Over 29,000 submittals were received, analyzed, and responded to by the Tonto National Forest on the DEIS. Comments were reviewed and categorized by topic. Responses to comments are shown in appendix R. The FEIS was revised based on comments received.

Revisions and updates since the DEIS and since the January 2021 Rescinded FEIS are summarized in section 1.1.2, and in each resource section of chapter 3.

## 5.4    Project Mailing List

Early in the project NEPA process, an initial mailing list identifying individuals (as points of contact) in organizations, agencies, and interest groups was compiled from Tonto National Forest records of interested parties and from organizations and individuals who submitted comments related to the "Final Environmental Assessment: Resolution Copper Mining Baseline Hydrological and Geotechnical Data Gathering Activities Plan of Operations" (U.S. Forest Service 2016a). Those interested or who had commented on the "Apache Leap Special Management Area Management Plan Environmental Assessment" (U.S. Forest Service 2017b) are also included in this mailing list. After alternatives were developed for detailed analysis, the mailing list was once again updated to include those landowners or stakeholders who would be adjacent to the alternative tailings locations or associated corridors.

The goal of the mailing list is to enable broad distribution of information to local and regional businesses, organizations, and interested individuals about public meetings, comment period deadlines, and other key project milestones.

A mailing list was maintained throughout the project and includes interested parties, adjacent landowners, and those who have commented upon the project. At the San Tan Valley public meeting, local residents expressed concern they were not aware of the project. This led us to expand our outreach and notification efforts to include landowners beyond those immediately adjacent to the project. Previous efforts included adjacent landowners up to 1 mile from the project; after the San Tan Valley public meeting, we added landowners in the San Tan Valley up to 10 miles from the proposed project.

## 5.5    Tribal Consultation (Government-to-Government)

Federal agencies are required to consult with American Indian Tribes as part of the ACHP regulations, Protection of Historic Properties (36 CFR 800), implementing Section 106 of the NHPA. Accordingly, the NHPA outlines when Federal agencies must consult with Tribes and the issues and other factors this consultation must address. Pursuant to Executive Order 13175, executive departments and agencies are charged with engaging in regular and meaningful consultation and collaboration with Tribal officials in the development of Federal policies that have Tribal implications and are responsible for strengthening the government-to-government relationship between the United States and Indian Tribes. In addition, PL

113-291 requires consultation with affected Indian Tribes concerning issues of concern related to the land exchange.

The Tonto National Forest has been conducting Tribal consultation related to various Resolution Copper projects, the land exchange, and the Apache Leap SMA environmental assessment. This consultation has included formal and informal meetings, correspondence, sharing information, site visits, and documentation of Tribal comments and concerns by the Forest Service. Consultations are ongoing and will continue through the end of the project. The following Tribes are involved in the consultation process:

- Fort McDowell Yavapai Nation
- Gila River Indian Community
- Hopi Tribe
- Mescalero Apache Tribe
- Pueblo of Zuni
- Salt River Pima-Maricopa Indian Community
- San Carlos Apache Tribe
- Tonto Apache Tribe
- White Mountain Apache Tribe
- Yavapai-Apache Nation
- Yavapai-Prescott Indian Tribe

Additional Tribes were included in consultation with the introduction of the Peg Leg alternative location. These Tribes, included at the BLM's request, are as follows:

- Ak-Chin Indian Community
- Fort Sill Apache Tribe
- Pascua Yaqui Tribe
- Tohono O'odham Nation

Consultation records include formal and informal communications between the Tonto National Forest and the Tribes. A listing of communications occurring from project initiation through FEIS publication is documented in appendix S.

As noted above, one reason for the March 2021 withdrawal of the NOA and rescinding of the January 2021 FEIS was to allow the Forest Service to re-engage with consulting Tribes to fully understand their concerns. On September 20, 2021, the Forest Service notified Tribes that the Forest Service would reinitiate Tribal consultation. This was followed by a Tribal listening session on October 19, 2021, and subsequent consultation and staff meetings thereafter. The reinitiated Tribal consultation has informed the republished FEIS.

## 5.6    Section 106 Consultation

Section 106 of the NHPA requires Federal agencies to take into account the effects of their undertakings on historic properties. Section 106 consultation involves multiple parties including the SHPO, affected

Tribes, and in some cases the direct participation of the ACHP. The ACHP began participating in the Resolution Copper Section 106 consultation process in December 2017.

The ultimate outcome of consultation is often a Memorandum of Agreement or Programmatic Agreement (depending on the complexity of the project). The agreement outlines the roles and responsibilities of parties, the procedure for identification and evaluation of historic properties, assessment for effects, and each party's responsibilities for resolving adverse effects from the project. The execution of the agreement evidences the agency official's compliance with Section 106. The agency official then must ensure that the undertaking is carried out in accordance with the agreement.

A PA was pursued and drafted during the Section 106 consultation process. The Rescinded FEIS included that PA (appendix O). All signatories, other than the ACHP, had signed the PA as of January 15, 2021. On February 11, 2021, ACHP notified the Forest Service that "ACHP believes that further consultation in this case would be unproductive and therefore, we are hereby terminating consultation pursuant to 36 CFR § 800.7(a)(4)." In accordance with 36 CFR 800.7(c)(4), the Secretary of Agriculture delivered a written response to the ACHP on April 17, 2025, and that response concluded the Section 106 process for this undertaking.

Since ACHP did not sign the PA, the PA was never executed. Therefore, mitigation measures identified in the PA and any others identified subsequently will now be implemented through the final ROD and special use permit for use of Forest Service lands, and through enforcement by other State and Federal agencies as well as third parties in separate agreements. Changes in enforcement of the measures described in the draft PA are further described in appendix J.

## 5.7 Section 7 – Endangered Species Consultation

The Forest Service requested formal consultation with the FWS under Section 7 of the Endangered Species Act with submittal of a Biological Assessment on June 26, 2020 (SWCA Environmental Consultants 2020a). The FWS accepted the Biological Assessment on July 9, 2020 (U.S. Fish and Wildlife Service 2020c), and initiated the consultation process. Consultation included the endangered Arizona hedgehog cactus (*Echinocereus triglochidiatus* var. *arizonicus*), the endangered Gila chub (*Gila intermedia*) and designated critical habitat, the endangered southwestern willow flycatcher (*Empidonax traillii extimus*) and designated critical habitat, the threatened northern Mexican gartersnake (*Thamnophis eques megalops*), and the threatened yellow-billed cuckoo (*Coccyzus americanus*) and proposed critical habitat. The FWS completed consultation with the issuance of a Biological Opinion. The Biological Opinion is included in appendix P of the FEIS.

Since January 2021, some changed conditions have occurred in the project area, such as the Telegraph Fire. The Biological Opinion (included as appendix P of the FEIS) includes specific triggers to be evaluated to determine whether reinitiation of Section 7 consultation is necessary. The Forest Service considered these changed conditions and determined that none of the triggers specified in the Biological Opinion have been met as of April 2025.

## 5.8 Tonto National Forest Tribal Monitor Cultural Resources Program and Emory Oak Restoration Studies

### 5.8.1 Tribal Monitor Program

As a result of input received during ongoing consultation between the Tonto National Forest and participating Tribes, the Tonto National Forest agreed to initiate, and Resolution Copper agreed to fund, a unique program that would employ Tribal members as auxiliary specialists to assist cultural resources

staff and proponent-contracted archaeologists in surveying lands proposed for development as part of the project (i.e., lands proposed for development either as component facilities of the Resolution Copper GPO or as EIS alternative facility locations). In particular, the goal of this program is to provide the Tribes with greater opportunity to identify traditional ecological knowledge places (TEKPs) and other Tribal resources that are likely not to be recognized by non-Native archaeologists.

The Tonto National Forest conducted an initial Tribal Monitor training session from January 25 through February 2, 2018, and Tribal members began accompanying contracted cultural resource survey crews in March 2018. A second training of additional Tribal members was held between October 1 and October 10, 2018, and a third training was held between September 9 and September 16, 2019, to enable representation of additional Tribes in survey efforts. Seventy-seven Tribal members from 10 Tribes completed the training. The Tribal monitors surveyed each project component to ensure not only archaeological information, but Tribal perspectives are understood and documented. Tribal monitors also received training in plant identification to assist in inventorying natural resources within the project component areas.

The Tribal monitors have proven highly effective in identifying areas, resources, and sites of importance to the four cultural groups with ties to the area (Apache, O'odham, Puebloan, and Yavapai), including springs and seeps, plant and mineral resource collecting areas, and landscapes and landmarks. They also looked for, but did not find, caches of regalia and human remains. The Tribal monitors have not only surveyed new alternative tailings locations but also revisited the Near West tailings location and Oak Flat to evaluate the areas based on their Tribal perspectives.

## 5.8.2    Emory Oak Restoration

As noted in chapter 1, in December 2014, Congress passed the Carl Levin and Howard P. 'Buck' McKeon National Defense Authorization Act for Fiscal Year 2015 (known as the NDAA or PL 113-291), which included as Section 3003 the "Southeast Arizona Land Exchange and Conservation Act of 2011." Under this legislatively mandated land exchange, Resolution Copper would receive lands containing the Oak Flat campground east of the town of Superior, which is a known historical and current Emory oak acorn gathering location for the Apache and Yavapai.

As stated in the Southeast Arizona Land Exchange and Conservation Act, the Tonto National Forest and Resolution Copper are to address the concerns of Indian Tribes. Because the Tribes have expressed concern about the loss of the Emory oak grove at Oak Flat, Resolution Copper committed to funding Forest Service efforts to restore Emory oak at suitable locations elsewhere in Arizona, particularly within the "Four Forests Restoration Initiative" project areas, consisting of the Kaibab, Coconino, Apache-Sitgreaves, and Tonto National Forests. This effort has been designated the Emory Oak Collaborative Tribal Restoration Initiative.

The initial 5-year phase of the Emory oak restoration program, which began in fall 2018, laid out a series of goals for each year of the program. The following is a highly summarized listing of the detailed program goals that have been set forth and agreed upon by both the Forest Service and the participating Tribes. The program was initiated in fall 2018.

- The first year consisted of initial meetings and field visits between the Forest Service and Tribal representatives to identify existing areas that have been used to collect acorn; groves that could potentially be treated and developed for acorn harvesting; and selection of existing or potential oak grove sites for further study of their feasibility for restoration as future Tribal acorn-gathering locations. Research was initiated on previous and potential treatments to improve the health and regeneration of Emory oak.

Resolution Copper Project and Land Exchange

- The second year, an Elders' Advisory Board was formed from the participating Tribes (San Carlos Apache Tribe, Tonto Apache Tribe, White Mountain Apache Tribe, and Yavapai-Apache Nation) to guide the project and ensure that treatments are done in a culturally appropriate manner. Treatments are grove-specific and include removal of understory through mechanical mastication or hand-lopping, erecting large-animal exclusion fencing in some cases, transplanting oak seedlings, and other measures. The goal is to create conditions suitable for routine burning of the groves as was done traditionally by the Apache. Fifteen groves on the Tonto and Coconino National Forests were identified for treatment. NEPA analysis was completed on the groves, and Tribal Monitors conducted Section 106 cultural and biological surveys. Another three groves were identified on the White Mountain Apache reservation with the approval of the Tribal Council and Tribal forestry staff, and Tribal Monitors performed cultural and biological surveys of the groves.

- The third and fourth years (fall 2020 and fall 2021) continued the treatments identified for each grove, monitoring treated groves, and developing recommendations on the efficacy and any modifications of the treatments. In June 2020, one of the groves was burned by a forest fire before it had been treated; another was intentionally burned to prevent burning of an inholding. Both are providing opportunities to study the effects of different types of fire regimes on oak regeneration. Field visits were arranged for elders and youth to participate in traditional activities, including acorn harvesting.

- The fifth, sixth, and seventh years brought the completion of the initial treatments on the groves. The two first-treated groves will be retreated. Additional groves have been identified by each of the Apache Tribes as traditional collecting areas and will be evaluated for their suitability for inclusion in the project.

Annual reports by Northern Arizona University document the treatments and research results to date. Research on the charcoal canker that is spreading from southern Emory oak groves into central Arizona, and the effects of climate change are also under study. The goal of the Emory Oak Collaborative Tribal Restoration Initiative research is to inform best management practices that can be shared with other forests and agencies responsible for managing this culturally important resource.

## 5.9    Cooperating Agencies

Forest Service NEPA regulations require identification of lead, joint lead, or cooperating agencies (36 CFR 220.5(b)(3)). A cooperating agency is any Federal agency (other than the lead agency) and any State or local agency or Indian Tribe with jurisdictional authority or special expertise with respect to any environmental impact involved in a proposal. The cooperating agencies that assisted in preparation of this EIS are listed and their respective jurisdictional authorities or areas of special expertise are described in chapter 1, section 1.6.4; for convenience, the nine participating agencies are also identified in a text box below. These agencies assisted with EIS preparation in a number of ways, including conducting or providing studies and inventories, reviewing baseline condition reports, identifying issues, assisting with the formulation of alternatives, and reviewing preliminary DEIS text and other EIS materials. Some cooperating agencies continued their involvement with technical resource workgroups that considered public comments on the DEIS and additional data used in FEIS analysis.

Not all of the cooperating agencies have participated in all aspects of the EIS preparation. Early in the cooperating agency process, each agency conferred with the Tonto National Forest and agreed to a carefully defined role and set of responsibilities in relation to the Resolution Copper Project and Land Exchange that aligned with that agency's unique jurisdictional authority or area(s) of special expertise. Individualized Memoranda of Understanding defining these roles and responsibilities were thereafter signed by representatives of both the Forest Service and of each of the agencies listed in the text box.

---

## Cooperating Agencies for the Resolution Copper Project and Land Exchange EIS

- Arizona Department of Environmental Quality
- Arizona Department of Water Resources
- Arizona Game and Fish Department
- Arizona State Land Department
- Arizona State Mine Inspector
- Bureau of Land Management
- Pinal County Air Quality Control District
- U.S. Army Corps of Engineers
- U.S. Environmental Protection Agency

The Tonto National Forest also engaged several other agencies, though those agencies ultimately did not become cooperating agencies or participate in the preparation of the EIS. The NEPA team had sited early versions of the Peg Leg alternative on lands along the Gila River that previously had been withdrawn on behalf of the Bureau of Reclamation for potential future water projects. Ultimately, the Peg Leg alternative was resituated off of any parcels associated with the Bureau of Reclamation, but interim discussions were held with the Bureau of Reclamation to discuss the regulatory process and decision framework. The Bureau of Reclamation also was consulted regarding a separate NEPA process being undertaken for the reallocation of CAP NIA water contracts, including a possible allocation to Resolution Copper. The Tonto National Forest and Bureau of Reclamation determined that the NIA reallocation was already undergoing a separate NEPA analysis and did not need to be included in the proposed action for this EIS, although it is considered a reasonably foreseeable future action and has been considered for cumulative effects.

The Tonto National Forest engaged with the USGS early in the groundwater modeling process and discussed the potential for the USGS to be involved in various technical aspects of the project involving geological, geotechnical, or hydrologic analyses. Ultimately, the USGS declined involvement, though specialists attended early meetings of the Groundwater Modeling Workgroup. The San Carlos Apache Tribe also indicated interest in participating in the Groundwater Modeling Workgroup, and a representative attended a number of Groundwater Modeling Workgroup meetings.

## 5.10   Project Notifications to Other Federal, State, and County Agencies and Municipal Governments

In addition to project-related information provided to the nine cooperating agencies identified in section 5.9, each of the following Federal, State, County, and local governments and agencies has been and will continue to be provided with regular updates and other notifications regarding the project NEPA process.

### 5.10.1   Federal

- Advisory Council on Historic Preservation
- Bureau of Reclamation
- U.S. Fish and Wildlife Service

- U.S. House of Representatives
- U.S. Senate

## 5.10.2    State

- Arizona Department of Transportation
- Arizona Geological Survey
- Arizona Governor
- Arizona State Board of Regents
- Arizona State Parks (Arizona State Historic Preservation Office)

## 5.10.3    County

- Coconino County
- Gila County Board of Supervisors
- Gila County Planning and Zoning
- Graham County Board of Supervisors
- Maricopa County
- Pima County
- Pima County Board of Supervisors
- Pinal County Board of Supervisors
- Pinal County Public Works
- Santa Cruz County
- Yavapai County

## 5.10.4    Local

- Cave Creek Council
- City of Chandler
- City of Globe
- City of Mesa
- City of Phoenix
- Superior Police
- Superior Schools
- Town of Benson
- Town of Carefree
- Town of Hayden
- Town of Kearny

Final Environmental Impact Statement

- Town of Mammoth
- Town of Miami
- Town of Paradise Valley
- Town of Patagonia
- Town of Payson
- Town of Queen Creek
- Town of Sierra Vista
- Town of Superior
- Town of Winkelman

## 5.10.5 Tribal

- Ak-Chin Indian Community
- Fort McDowell Yavapai Nation
- Fort Sill Apache Tribe
- Gila River Indian Community
- Hopi Tribe
- Mescalero Apache Tribe
- Pascua Yaqui Tribe
- Pueblo of Zuni
- Salt River Pima-Maricopa Indian Community
- San Carlos Apache Tribe
- Tohono O'odham Nation
- Tonto Apache Tribe
- White Mountain Apache Tribe
- Yavapai-Apache Nation
- Yavapai-Prescott Indian Tribe

6-RCMSER-1614

Resolution Copper Project and Land Exchange

*This page intentionally left blank.*

6-RCMSER-1615

# Chapter 6. List of Preparers

## 6.1 List of Preparers

The Resolution Copper Project and Land Exchange EIS was prepared under the supervision of the Forest Service. The individuals who contributed to the preparation of this document are listed here by organization, along with their education, years of experience, and project role (tables 6.1.1-1 and 6.1.2-1).

### 6.1.1 Forest Service

Table 6.1.1-1. Forest Service personnel participating in the EIS

| Name | Degree | Years of Experience | Project Role |
|---|---|---|---|
| Richard Adkins | Ph.D., Native American History, Western History, the Environment and Cultural Resource Management | 36 | Cultural Resources/Tribal Liaison |
| Lee Ann Atkinson | M.S., Geology-Geophysics | 21 | NEPA Coordinator – Minerals; Project Manager (2022) |
| Kelly Araiza | B.S., Environmental Science, Geology | 19 | Recreation |
| Grace Bombulum | M.S., Geology | 10 | Geology/Minerals |
| Allison Borchers | Ph.D., Economics | 14 | Socioeconomics/ Environmental Justice |
| Chris Crawford | B.S., Civil Engineering | 32 | Transportation/Noise |
| Edward Gazzetti | M.S., Geological Sciences | 11 | Hydrogeology |
| Joe Gurrieri | M.S., Geology | 37 | Hydrogeology |
| Margaret Hangan - retired | M.A., Anthropology | 35 | Cultural Resources |
| Benjamin "Chad" Harrold | M.S., Geology | 14 | Geology |
| Kristina Hill | M.A., Anthropology | 24 | Cultural Resources |
| Brandon Hollingshead | B.S., Environmental Studies | 6 | Recreation |
| Ana Ingstrom | M.S., Mining Engineering | 11 | Mining Engineering |
| Brad Johnson | Over 50 U.S. Forest Service training courses in Fuels and Fire Management | 22 | Fuels/Fire Management |
| Alex Mankin | M.S., Geology | 12 | Geology |
| Mark McEntarffer | B.S., Public Planning | 25 | Lands |
| Maria McGaha | M.S., Hazardous Waste Management, M.B.A., Business Administration | 23 | Lands |
| Chandler Mundy | B.S., Rangeland Resources | 14 | Rangeland Management |
| Kimberly Moore | M.S., Geology | 2 | Geology/Project Manager (2025-present) |
| Kelly Mott Lacroix | Ph.D., Arid Land Resource Sciences – Arid Land Hydrology | 15 | Hydrology/Riparian Ecology |
| Mary Lata | Ph.D., Geoscience | 24 | Fire Ecologist |
| Nanebah Nez-Lyndon | M.A., Anthropology | 16 | Tribal Liaison |
| Devin Quintana | B.S., Regional Development | 21 | Public Services Program Manager; Recreation |
| Mary Rasmussen - retired | M.S., Forest Ecology | 35 | Project Manager (2017–2022) |

6-RCMSER-1616

Resolution Copper Project and Land Exchange

| Name | Degree | Years of Experience | Project Role |
|---|---|---|---|
| Judd Sampson | B.S., Geological Science | 13 | Geology/Minerals Administration |
| Greg Schuster | M.S., Natural Resource Management | 29 | Recreation |
| Katherine Shaum | M.S., Anthropology | 12 | Cultural Resources |
| David Sheehan | M.A., Landscape Architecture | 10 | Scenery/Recreation |
| Timothy Stroope | Ph.D., Geoscience | 15 | Hydrogeology |
| Anne Thomas | M.S., Human Dimensions of Ecosystem Science and Management | 17 | NEPA Review Coordinator |
| Michelle Tom | Ph.D., Civil and Environmental Engineering | 14 | Project Manager (2023–2025); Transportation Engineering |
| Ron Turner | B.S., Sustainability, Parks and Protected Area Management | 4 | Trails/Wilderness |
| Drew Ullberg | M.S., Environmental Science | 32 | Wildlife/ESA/Vegetation and Ecology |
| Andrea "Jamie" Wages | B.S., Rangeland Resources | 15 | Rangeland Management |
| Peter Werner | M.S., Mining Engineering | 39 | Mine Engineering/Reclamation |
| Scott Williams | B.S., Environmental Studies and Fire Management | 35 | Air Quality |
| Tyna Yost | M.S., Plant Biology and Conservation | 12 | NEPA Coordinator |

Source: Morey and Ritter (2016)

## 6.1.2   Third-Party NEPA Contractors

**Table 6.1.2-1. Third-party NEPA contractor personnel participating in the EIS**

| Name | Degree | Years of Experience | Project Role |
|---|---|---|---|
| Victoria Amato (SWCA) | M.S., Forestry, emphasis Fire Ecology/ Habitat Management; M.S., Resource Management | 16 | Fire Management |
| Mandy Bengtson (SWCA) | Ph.D., Geoscience | 18 | Reclamation/Revegetation |
| Chris Bockey (SWCA) | B.L.A., Landscape Architecture | 13 | Visual Resources |
| Victoria Boyne (SWCA) | B.A., Sociology | 15 | Literature Cited/Project Record; Assistant Project Manager |
| Stacy Campbell (SWCA) | M.S., Wildlife Conservation and Management | 22 | Biology Specialist |
| Victoria Casteel (SWCA) | B.S., Environmental Water and Resource Economics | 16 | Hydrology |
| Terry Chute (SWCA) | A.S., Forest Technology | 40 | Senior Forest Service NEPA Advisor |
| Charles Coyle (SWCA) - retired | M.A., English | 27 | Deputy Project Manager |
| Scott Debauche (SWCA) | B.S., Urban Planning and Design | 30 | Cumulative Effects |
| Danielle Desruisseaux (SWCA) | B.A., Anthropology | 36 | Technical Editor |
| Meggan Dugan (SWCA) | M.A.S., Geographic Information Systems | 7 | GIS, Hazardous Materials, Socioeconomics |
| Sarah Epstein (SWCA) | B.S., Environmental Science | 5 | Reclamation/Revegetation |
| Erica Fraley (SWCA) | B.S., Biology | 8 | Biology Specialist |
| Aaron Gannon (SWCA) | B.S., Environmental Science | 4 | Environmental Planner |

6-RCMSER-1617

Final Environmental Impact Statement

| Name | Degree | Years of Experience | Project Role |
|---|---|---|---|
| Chris Garrett (SWCA) | B.S., Hydrology | 27 | Project Manager |
| Eleanor Gladding (SWCA) | M.S., Biology e. Herpetology | 31 | Wildlife/Botany |
| Jill Grams (SWCA) | M.L.A., Landscape Architecture, e. Environmental Planning | 23 | Scenery/Recreation |
| Suzanne Griset (SWCA) | Ph.D., Anthropology, e. North American Archaeology | 42 | Cultural Resources |
| Brynn Guthrie (SWCA) | B.S. Landscape Architecture | 17 | Scenery |
| Jeff Johnson (SWCA) | M.S., Plant Biology | 16 | Wildlife/Botany |
| Ella Kaufman (SWCA) | B.S., Environmental Science | 4 | Travel Management |
| Don Kelly (SWCA) | M.U.E.P., Urban and Environmental Planning, B.A., Anthropology | 18 | Socioeconomics/ Environmental Justice |
| Charles Kliche (SWCA) | Ph.D., Mining Engineering | 48 | Mine Engineering |
| Tyler Loomis (SWCA) | B.S., Ecology and Evolutionary Biology | 8 | Biology Specialist |
| Kristin Miller (SWCA) | B.S., Environmental Science | 9 | Project Assistant |
| Donna Morey (SWCA) | B.S., Urban Planning | 14 | Assistant Project Manager; Project Controller |
| Emily Newell (SWCA) | B.S., Environmental Science and Natural Restoration | 4 | Project Logistics |
| Heidi Orcutt-Gachiri (SWCA) | Ph.D., Linguistics and Anthropology | 24 | Technical Editor |
| Meg Perry (SWCA) | M.E.M., Ecosystem Science and Conservation | 14 | Cumulative Effects |
| Kimberly Proa (SWCA) | A.A., Anthropology | 16 | Publication Formatter |
| Kevin Rauhe (SWCA) | B.L.A., Landscape Architecture | 12 | Environmental Planner |
| Ryan Rausch (SWCA) | M.E.L.P., Environmental Law Policy and Conservation | 17 | Scenery/Recreation |
| DeAnne Rietz (SWCA) - retired | M.S., Watershed Management | 19 | Hydrology/Soils |
| Jonathan Rigg (SWCA) | M.A., Russian and Slavic Studies | 11 | Environmental Justice; Public Health and Safety; Socioeconomics |
| Steve Rinella (SWCA) | B.S., Forestry | 39 | Lands |
| Alexandra Shin (SWCA) | M.A.S., Environmental Policy and Management | 11 | Public Involvement/Forest Plan |
| Brad Sohm (SWCA) | B.S., Chemical Engineering, e. Environmental Engineering | 18 | Ecology/Climate Change |
| Michael Standart (SWCA) | B.A., Geography | 11 | GIS |
| Adrienne Tremblay (SWCA) | Ph.D., Anthropology | 16 | Cultural Resources |
| Kelcie Witzens (SWCA) | B.A., Creative Writing | 5 | Publication Formatter |
| Scott Woods (SWCA) | B.S., Geography: Environmental Planning and GIS, e. Landscape Arch/Urban Planning | 27 | GIS |
| Jennifer Wynn (SWCA) | M.P.P., Environmental Policy | 10 | Revegetation |
| Jamie Young (SWCA) | B.S., Biology | 19 | Wildlife/Botany |
| Doug Jeavons (BBC Research & Consulting) | M.A., Economics | 32 | Socioeconomics |
| Mike Verdone (BBC Research & Consulting) | Ph.D., Natural Resource and Environmental Economics | 17 | Socioeconomics |

6-RCMSER-1618

Resolution Copper Project and Land Exchange

| Name | Degree | Years of Experience | Project Role |
|---|---|---|---|
| Diana Cook-Garcia (BGC Engineering) | Ph.D., Geological Engineering | 16 | Mine Engineering |
| Robert "Nick" Enos (BGC Engineering) | M.Sc., Geosciences | 31 | Geology/Environmental Science |
| Gaston Gonzales (BGC Engineering) | M.S., Geomechanics | 21 | Geology/Geotechnical |
| Mike Henderson (BGC Engineering) | M.S., Civil Engineering | 37 | Mine Engineering |
| Derek Hrubes (BGC Engineering) | B.Sc., Civil Engineering | 17 | Alternatives Engineering Support |
| Amir Karami (BGC Engineering) | Ph.D., Rock Mechanics | 24 | Rock Mechanics |
| Elliott Matthews (BGC Engineering) | B.Sc., Geological Engineering | 10 | Alternatives Engineering Support |
| Troy Meyer (BGC Engineering) | B.S., Civil Engineering | 27 | Mine Engineering |
| Tony Monasterio (BGC Engineering) | B.S., Geological Engineering | 11 | Alternatives Engineering Support |
| Gabriele Walser (BGC Engineering) | Ph.D., Civil Engineering | 34 | Hydrology and Surface Water |
| Hamish Weatherly (BGC Engineering) | M.Sc., Geological Sciences | 26 | Hydrology/Soils |
| Mark Zellman (BGC Engineering) | M.Sc., Geographic Information Systems and Remote Sensing | 23 | Seismic Hazard/Geology |
| Nancy Ashton (DOWL) | Professional Development Classes | 24 | Engineering/Noise |
| Laurie Brandt (DOWL) | M.S., Remote Sensing | 25 | Minerals |
| Todd Cormier (DOWL) | B.S., Civil Engineering | 28 | Mine Engineering/ Transportation |
| Zaid Hussein (DOWL) | M.S., Civil Engineering | 15 | Noise/Transportation Engineer |
| Rudy Ing (DOWL) | M.B.A., Business Administration | 35 | Sr. Civil Engineer |
| Sara Nicolai (DOWL) | B.A., Civil Engineering | 13 | Mine Engineering/ Transportation |
| Sarah Patterson (DOWL) | M.S., Civil Engineering | 12 | Transportation/Traffic |
| Dean Durkee (Gannett-Fleming) | Ph.D., Geotechnical and Geoenvironmental Engineering | 32 | Failure Modes and Effects Analysis |
| Matthew Balven (Gannett-Fleming) | M.S., Civil Engineering | 22 | Failure Modes and Effects Analysis |
| Mark Williamson (Geochemical Solutions, LLC) | Ph.D., Geochemistry | 31 | Hydrology/Soils |
| Rex Bryan (GeoStat Systems LLC) | Ph.D., Mineral Economics | 42 | Geology |
| Joe Frank (HydroGeo, Inc.) | M.S., Geological Science | 43 | Hydrology/Soils |
| Fernando Fuentes Moccia (NCL) | Civil Mining Engineering | 42 | Mine Engineering |
| Deepak Malhotra (Resource Development Inc.) | Ph.D., Mineral Economics | 46 | Mine Engineering |
| Marty Rozelle (Rozelle Group) | Ph.D., Community Education and Management | 38 | Public Involvement |
| Bruce Macdonald (SLR International Corporation) | Ph.D., Atmospheric Science | 45 | Air Quality |

Source: Morey and Ritter (2016)

6-RCMSER-1619

(184 of 282), Page 184 of 282 Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 184 of 282
Case 2:21-cv-00068-DWL    Document 106-3    Filed 07/14/25    Page 182 of 355

Final Environmental Impact Statement

# Chapter 7. Literature Cited

12 News. 2020. Whitlow Fire 100% contained after burning 842 acres. Published April 22; Updated April 27. Available at: https://www.12news.com/article/news/local/arizona/firefighters-working-to-contain-whitlow-fire-burning-400-acres/75-fc39fc81-3d5b-4dcd-8882-6d452227d0db. Accessed October 20, 2020.

1898 and Company. 2020. *Resolution Copper Load Impact Study*. Project No. 122897. Prepared for Salt River Project Agricultural Improvement and Power District. Phoenix, Arizona: 1898 and Company. July 10.

Abella, S.R. 2010. Disturbance and plant succession in the Mojave and Sonoran Deserts in the American Southwest. *International Journal Environmental Research and Public Health* 7(4):1248-1284.

———. 2017. Restoring Desert Ecosystems. In *Routledge Handbook of Ecological and Environmental Restoration*, edited by S.K. Allison and S.D. Murphy, pp. 158-172. New York, New York Taylor and Francis.

Abella, S.R., L.P. Chiquoine, and C.H. Vanier. 2013. Characterizing soil seed banks and relationships to plant communities. *Plant Ecology* 214(5):703-715.

Agner, C. 2020. *Post-DEIS Review of Updated Hydrological Data (2016-2019)*. Process memorandum to file. Tucson, Arizona: SWCA Environmental Consultants. September 8.

Agriculture Victoria. 2017. Puna grass (*Achnatherum brachychaetum*). Available at: http://vro.agriculture.vic.gov.au/dpi/vro/vrosite.nsf/pages/weeds_puna-grass. Accessed April 6, 2018.

Ahlstrom, R.V.N. (ed.). 2000. *Living in the Western Papagueria: An Archaeological Overview of the Barry M. Goldwater Air Force Range in Southwestern Arizona*. Prepared for 56th Range Management Office, Luke Air Force Base, Arizona. Phoenix, Arizona: ARCADIS, Geraghty and Miller; Tucson, Arizona: SWCA Environmental Consultants. April.

Air Sciences Inc. 2016. *Resolution Copper Mining Monitoring Plan - Revision 2*. Prepared for Resolution Copper Mining. Project No. 262-21. Denver, Colorado: Air Sciences Inc. March.

———. 2018a. *Final Air Quality Impacts Analysis Modeling Plan, Resolution Copper Project, AZ*. Project No. 262. Golden, Colorado: Air Sciences Inc. March.

———. 2018b. *Resolution Copper Project Air Quality Impacts Analysis Modeling Plan for NEPA*. Prepared for Resolution Copper. Golden, Colorado: Air Sciences Inc. June.

———. 2018c. *Resolution Copper Project NEPA Air Quality Impacts Analyses*. Prepared for Tonto National Forest. Project No. 262. Golden, Colorado: Air Sciences Inc. November.

———. 2019a. *Resolution Copper Mine: Screening Level Human Health Risk Assessment*. Denver, Colorado: Air Sciences Inc. May 30.

———. 2019b. *Resolution Copper Project NEPA Air Quality Impacts Analyses*. Prepared for Tonto National Forest. Project No. 262. Golden, Colorado: Air Sciences Inc. February.

Resolution Copper Project and Land Exchange

———. 2020. *Response to Comment on Silt Content Estimate Used as an Emission Factor Input to Estimate Fugitive Emissions of Particulate Matter from Unpaved Road Travel and Implications for NAAQS Demonstration*. Project No.: 262-37. Technical memorandum. Denver, Colorado: Air Sciences Inc. November 5.

Alexander, C., H. Johto, M. Lindgren, L. Pesonen, and A. Raine. 2021. Comparison of environmental performance of modern copper smelting technologies. *Cleaner Environmental Systems* 3(2021):1-12.

Allen, R. 2017. Cenchrus ciliaris. The IUCN Red List of Threatened Species. Available at: https://www.iucnredlist.org/species/13490705/13490709. Accessed January 28, 2019.

Alves, P.L.d.C.A., A.C.N. Magalhães, and P.R. Barja. 2002. The phenomenon of photoinhibition of photosynthesis and its importance in reforestation. *The Botanical Review* 68(2):193-208.

AMEC Foster Wheeler Americas Limited. 2019. *Tailings Corridor Pipeline Management Plan, Resolution Copper, Superior, Arizona*. May.

AMEC Foster Wheeler Environment and Infrastructure. 2017. *Noise and Vibration Assessment - Resolution Copper Underground to Surface Conveyor System - Apache Leap Special Management Area*. TC160807. Prepared for Resolution Copper. Mississauga, Ontario: AMEC Foster Wheeler Environment and Infrastructure. February 10.

America's Scenic Byways. 2018. Gila-Pinal Scenic Road. Available at: https://scenicbyways.info/byway/11289.html. Accessed April 1, 2018.

American Association of State Highway and Transportation Officials. 2004. *A Policy on Geometric Design of Highways and Streets*. 5th ed. Washington, D.C.: American Association of State Highway and Transportation Officials.

———. 2011. *Roadside Design Guide*. 4th ed. Washington, D.C.: American Association of State Highway and Transportation Officials.

American Society for Testing and Materials. 1996. *Standard Test Method for Accelerated Weathering of Solid Materials Using a Modified Humidity Cell*. Designation: D 5744 – 96 (Reapproved 2001). West Conshohocken, Pennsylvania: ASTM International.

Anderson, K., S. Wells, and R. Graham. 2002. Pedogenesis of vesicular horizons, Cima Volcanic Field, Mojave Desert, California. *Soil Science Society of America Journal* 66(3):878-887.

Anderson, T.W., G.W. Freethey, and P. Tucci. 1992. *Geohydrology and Water Resources of Alluvial Basins in South Central Arizona and Parts of Adjacent States*. U.S. Geological Survey Professional Paper 1406 -B. Washington, D.C.: U.S. Geological Survey.

Animal and Plant Health Inspection Service. 2019. Onionweed (Asphodelus fistulosus L.). U.S. Department of Agriculture. Available at: https://www.aphis.usda.gov/plant_health/plant_pest_info/weeds/downloads/onionweed-idcard.pdf. Accessed January 28, 2019.

Antone, W. 2022a. *BLM Comment Responses RP53*. Transmitted on November 21, via email to Cory Brunsting, U.S. Forest Service. Clarification on mitigation measure PF-WR-02. Superior, Arizona: Resolution Copper.

(186 of 282), Page 186 of 282 Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 186 of 282
Case 2:21-cv-00068-DWL   Document 106-3   Filed 07/14/25   Page 184 of 355

Final Environmental Impact Statement

————. 2022b. *Resolution Copper Mining, LLC - Mine Plan of Operations and Land Exchange - List of Potential Final EIS Changes Prior to Republication*. Superior, Arizona: Resolution Copper. February 3.

ARCADIS U.S. Inc. 2015a. *Lower Smelter Pond Noise Monitoring Report: Resolution Copper Mining, Superior, Arizona*. Phoenix, Arizona: ARCADIS Design and Consultancy. December 15.

————. 2015b. *West Plant Noise Monitoring Study, Superior, Arizona*. Prepared for Resolution Copper Mining LLC. Ref: AZ001210.0033. Phoenix, Arizona: ARCADIS U.S. Inc. September 29.

Arizona Auditor General. 2017a. *Gila County: Annual Financial Report and Single Audit Report, Year Ended June 30, 2014*. A report to the Arizona legislature. Phoenix, Arizona: State of Arizona Office of the Auditor General. June 29.

————. 2017b. *Graham County: Annual Financial Report and Single Audit Report, Year Ended June 30, 2016*. A report to the Arizona legislature. Phoenix, Arizona: State of Arizona Office of the Auditor General. March 30.

Arizona Department of Agriculture. 2019. Native Plants. Available at: https://agriculture.az.gov/plantsproduce/native-plants. Accessed July 3.

————. 2025. Noxious Weeds. Available at: https://agriculture.az.gov/pestspest-control/agriculture-pests/noxious-weeds. Accessed March 19, 2025.

Arizona Department of Environmental Quality. 2004. *Arizona Mining Guidance Manual BADCT*. Aquifer Protection Program. Publication No. TB-04-01. Phoenix, Arizona: Arizona Department of Environmental Quality.

————. 2015. *Air Dispersion Modeling Guidelines for Arizona Air Quality Permits*. Phoenix: Arizona Department of Environmental Quality, Air Quality Division. December 1.

————. 2017. DRAFT - Queen Creek Dissolved Copper TMDL. Publication number: OFR-03. Available at: http://static.azdeq.gov/pn/draft_tmdl_queen_arnett.pdf. Accessed June 14, 2019.

————. 2018. Arizona's 2018 303(d) List of Impaired Waters. Available at: http://static.azdeq.gov/pn/pn_303d_2018draft.pdf. Accessed June 14, 2019.

Arizona Department of Forestry and Fire Management. 2018. Arizona Communities at Risk. Available at: https://dffm.az.gov/arizona-risk-communities. Accessed May 24, 2019.

Arizona Department of Transportation. 2016. Technical Advisory Committee (TAC) Meeting #2 Summary. Available at: https://www.azdot.gov/docs/default-source/para/superiorpas_tac-meeting-2-summary.pdf?sfvrsn=4. Accessed November 3, 2018.

————. 2018. Scenic Roads. Available at: https://www.azdot.gov/about/historic-roads/scenic-roads/list-of-scenic-roads. Accessed January 2, 2019.

————. 2021. *Roadway Design Guidelines*. Rev Jan 2025. Phoenix, Arizona: Roadway Engineering Group, Arizona Department of Transportation. January.

Arizona Department of Water Resources. 2007. Substantive Policy Statement: Hydrologic Studies Demonstrating Physical Availability of Groundwater for Assured and Adequate Water Supply Applications. Phoenix: Arizona Department of Water Resources. August 31.

6-RCMSER-1622

————. 2019. *2019 Pinal Model and 100-Year Assured Water Supply Projection*. Technical memorandum. Phoenix: Arizona Department of Water Resources. October 11.

————. 2020. *Fourth Management Plan: Phoenix Active Management Area, 2010-2020*. Phoenix, Arizona: Arizona Department of Water Resources. March 11.

————. 2022. *Fifth Management Plan: Phoenix Active Management Area, 2020-2025*. Phoenix, Arizona: Arizona Department of Water Resources.

————. 2023a. *Groundwater Flow Model of the Phoenix Active Management Area*. Modeling Report No. 28. Phoenix, Arizona: Groundwater Modeling Section, Hydrology Division, Arizona Department of Water Resources. June.

————. 2023b. *Phoenix AMA Groundwater Model: Calibration and 100-year AWS Projection*. Phoenix, Arizona: Arizona Department of Water Resources. June 2.

————. 2023c. *Phoenix AMA: 100-Year Assured Water Supply Projection*. Technical memorandum. Phoenix, Arizona: Groundwater Modeling Section, Hydrology Division, Arizona Department of Water Resources. June.

Arizona Game and Fish Department. 2012. *Arizona's State Wildlife Action Plan: 2012-2022*. Phoenix: Arizona Game and Fish Department. May 16.

————. 2013. *The Pinal County Wildlife Connectivity Assessment: Report on Stakeholder Input*. Phoenix: Arizona Game and Fish Department. April.

————. 2018a. Game Management Unit 24A. Available at: https://www.azgfd.com/hunting/units/mesa/24a/. Accessed June 4, 2018.

————. 2018b. Game Management Unit 24B. Available at: https://www.azgfd.com/hunting/units/mesa/24b/. Accessed June 4, 2018.

————. 2018c. Game Management Unit 37B. Available at: https://www.azgfd.com/hunting/units/tucson/37b/. Accessed June 4, 2018.

————. 2018d. *Report on Species of Economic Importance, Wildlife Related Recreation and Public Access within the Resolution Copper Mine Project Area*. Phoenix, Arizona: Habitat, Evaluation and Lands Branch, Arizona Game and Fish Department. October 25.

————. 2025. AZ Natural Heritage Program, Heritage Data Management System, species abstracts (the dates of individual species abstracts differ). Available at: https://www.azgfd.com/wildlife-conservation/on-the-ground-conservation/cooperative-programs/az-natural-heritage-program/. Accessed February 2025.

Arizona Geological Survey. 2018. Natural Hazards in Arizona. Available at: http://data.azgs.az.gov/hazard-viewer. Accessed April 17, 2018.

Arizona Roadside Environments. 1999. Biotic Communities of Arizona. An online guide to Arizona's natural environment. Available at: http://dana.ucc.nau.edu/~are-p/road_map/eco/biotic.html. Accessed July 6, 2018.

Arizona State Land Department. 2019a. Grazing lease information obtained from online mapping portal. Available at: http://gis.azland.gov/webapps/parcel/. Accessed June 1, 2019.

————. 2019b. Mineral Management Program. Available at: https://land.az.gov/divisions/natural-resources/minerals. Accessed May 23, 2019.

Arizona Trail Association. 2018. Explore the Arizona Trail. Available at: https://aztrail.org/.

Arizona Water Company. 2017. 2016 Annual Water Quality Report for Superior, Arizona, PWSID No. 11-021. Available at: http://azwater.com/files/water-quality/ccr-superior-2016.pdf. Accessed September 6, 2018.

Arizona Wildlife Linkages Workgroup. 2006. Arizona's Wildlife Linkages Assessment. Available at: https://www.azdot.gov/docs/default-source/planning/arizonas-wildlife-linkages-assessment-intro.pdf?sfvrsn=2. Accessed December 19, 2018.

ASARCO Grupo Mexico. 2019. Ray Complex - Ray and Hayden Operations. Fact Sheet. Available at: http://www.asarco.com/wp-content/uploads/Asarco-Factsheet-Ray-Complex-Ray-and-Hayden-Ops-2014.pdf. Accessed July 11, 2019.

Australian National Committee on Large Dams Inc. 2012. *Guidelines on Tailings Dams: Planning, Design, Construction, Operation and Closure*. Hobart, Australia: Australian National Committee on Large Dams Inc. May.

Avian Power Line Interaction Committee. 2012. *Reducing Avian Collisions with Power Lines: The State of the Art in 2012*. Washington, D.C.: Edison Electric Institute and Avian Power Line Interaction Committee. October.

Bahr, D. (ed.). 2001. *O'odham Creation and Related Events: As told to Ruth Benedict in 1927 in Prose, Oratory, and Song*. Tucson, Arizona: University of Arizona Press.

Barber, J., and B. Andersson. 1992. Too much of a good thing: Light can be bad for photosynthesis. *Trends in Biochemical Sciences* 17(2):61-66.

Barter, H., and T. Bayley. 2023. *Comparison of 2023 Phoenix AMA Groundwater Model and Resolution EIS Groundwater Model*. Project #: 605.751. Technical memorandum. Tucson, Arizona: Montgomery and Associates. November 14.

Barter, H., B. Bates, and T. Bayley. 2020. *Desert Wellfield Pumping 100-Year Drawdown Analysis for ADWR Evaluation in Support of the Resolution Copper EIS*. Project #: 605.7506. Technical memorandum. Tucson, Arizona: Montgomery and Associates. January 23.

Basso, K.H. 1970. *The Cibecue Apache*. Prospect Heights, Illinois: Waveland Press Inc.

————. 1983. Western Apache. In *Handbook of North American Indians*, edited by W.C. Sturtevant. Washington, D.C.: Smithsonian Institution.

————. 1996. *Wisdom Sits in Places: Landscape and Language Among the Western Apache*. Albuquerque, New Mexico: University of New Mexico Press.

———— (ed.). 1971. *Western Apache Raiding and Warfare*. From the Notes of Grenville Goodwin. Tucson, Arizona: University of Arizona Press.

Bates, B., T. Bayley, and H. Barter. 2018. *Simulation of Drawdown Impacts from Desert Wellfield*. Project #: 605.75. Technical memorandum. Tucson, Arizona: Montgomery and Associates. September 13.

BBC Research and Consulting. 2018. *Socioeconomic Effects Technical Report: Resolution Copper Mine Environmental Impact Statement*. Prepared for SWCA Environmental Consultants, Inc. Denver, Colorado: BBC Research and Consulting. November 12.

———. 2020. *Socioeconomic Effects Technical Report - 2020 Update*. Prepared for SWCA Environmental Consultants Inc. Denver, Colorado: BBC Research and Consulting. September 14.

Beier, P. 2006. Effects of artificial night lighting on terrestrial mammals. In *Ecological Consequences of Artificial Night Lighting*, edited by C. Rich and T. Longcore, pp. 19–42. Washington, D.C.: Island Press.

Beier, P., D. Majka, and T. Bayless. 2007. *US-60 Superior to Globe Linkage Design*. Rev. Submitted to Arizona Game and Fish Department. School of Forestry, Northern Arizona University. March 20.

Bengtson, M. 2019. *Revegetation Meta-Analysis to Support Chapter 3 Soils and Vegetation Section*. Process memorandum to file. Reno, Nevada: SWCA Environmental Consultants. May 22.

Bennie, J., T.W. Davies, D. Cruse, and K.J. Gaston. 2016. Ecological effects of artificial light at night on wild plants. *Journal of Ecology* 104:611-620.

Benz, L.D. 2006. *A Class III Cultural Resources Survey of Approximately 5 Acres Near Superior, Pinal County, Arizona*. Cultural Resources Report 2006-14. ASM Accession No. 2006-0111. Project No. 807.10 B 110. Tucson, Arizona: WestLand Resources, Inc. March 2.

Berghe, J.-F.V., J.-C. Ballard, J.-F. Wintgens, and B. List. 2011. Geotechnical risks related to tailings dam operations. Paper presented at the Tailings and Mine Waste 2011.

Bernatchez, J.A. 2019. *A 37.8-Acre Cultural Resources Inventory for Skunk Camp Hydroligcal and Geotechincal Investigations, Dripping Springs Valley, Pinal and Gila Counties, Arizona*. Cultural Resources Report 2018-116. ASM Accession No. 2018-0467. Project Number: 807.141. Tucson, Arizona: WestLand Resources, Inc. February 27.

BGC Engineering USA Inc. 2018a. *Resolution Copper Project and Land Exchange Environmental Impact Statement: Geologic Data and Subsidence Modeling Evaluation Report*. Draft. Rev 6. Golden, Colorado: BGC Engineering USA Inc. November 30.

———. 2018b. *Resolution Copper Project EIS - Mining-Induced Seismicity: Causes and Possible Impacts*. Project No.: 1704004. Memorandum. Golden, Colorado: BGC Engineering USA Inc. July 9.

———. 2018c. *Resolution Copper Project EIS Hydrologic Model Results for DEIS Alternatives*. Project No.: 1704-003. Golden, Colorado: BGC Engineering USA Inc. October 30.

———. 2018d. *Resolution Copper Project EIS: Review of Numerical Groundwater Model Construction and Approach (Mining and Subsidence Area) - DRAFT*. Project No.: 1704005.03. Golden, Colorado: BGC Engineering Inc. November.

———. 2020a. *Geologic Data and Subsidence Modeling Evaluation Report*. Geology and Subsidence Workgroup. Project No.: 1704007-03. Golden, Colorado: BGC Engineering USA Inc. December 15.

6-RCMSER-1625

————. 2020b. *Review of Numerical Groundwater Model Construction and Approach (Mining and Subsidence Area)*. Project No.: 1704007-06. Golden, Colorado: BGC Engineering USA Inc. October 23.

Bickel, A.K., D. Duval, and G. Frisvold. 2018. *Contribution of On-Farm Agriculture and Agribusiness to the Pinal County Economy: Economic Contribution Analyses for 2016*. Tucson, Arizona: Department of Agricultural and Resource Economics, University of Arizona. December.

Blainer-Fleming, J., J. Meyer, and M. Cross. 2013. *Phase I Hydrogeologic Field Investigations, Near West Tailings Site, Pinal County, Arizona*. Project: 605.76. Technical memorandum. Tucson, Arizona: Montgomery and Associates. May 1.

Boadle, A., and S. Eisenhammer. 2016. Samarco, BHP and Vale agree to pay $5B in damages for Brazil mining disaster. *Insurance Journal*, 3 March. San Diego, California.

Bolin, B., M. Seetharam, and B. Pompeii. 2010. Water resources, climate change, and urban vulnerability: a case study of Phoenix, Arizona. *Local Environment* 15(3):261-279.

Bolt, Beranek, and Newman. 1971. *Noise from Construction Equipment and Operations, Building Equipment, and Home Appliances*. Contract 68-04-0047. Washington, D.C.: U.S. Environmental Protection Agency, Office of Noise Abatement and Control. December 31.

Bolton, H.E. 1936. *Rim of Christendom: A Biography of Eusebio Francisco Kino*. New York, New York: MacMillan.

Borden, R. 2014. Appendix R: Overview of Acid Rock Drainage Operational and Post-Closure Water Management Strategies at Resolution Copper Mining for the Protection of Groundwater and Surface Water. In *General Plan of Operations, Resolution Copper Mining*. South Jordan, Utah: Rio Tinto. September 5.

Bowker, L.N. 2019. World Mine Failures as of March 2019 - Database. Available at: https://worldminetailingsfailures.org/. Accessed May 6, 2019.

Bowker, L.N., and D.M. Chambers. 2015. The Risk, Public Liability and Economics of Tailings Storage Facility Failures. Available at: https://earthworks.org/cms/assets/uploads/archive/files/pubs-others/BowkerChambers-RiskPublicLiability_EconomicsOfTailingsStorageFacility%20Failures-23Jul15.pdf. Accessed May 26, 2019.

Boyne, V. 2022. *Summary of DEIS Public Meetings*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. June 10.

Braatz, T. 2007. *Surviving Conquest: a History of the Yavapai Peoples*. Lincoln, Nebraska: University of Nebraska Press.

Brandt, C.J., and R.W. Rhoades. 1972. Effects of limestone dust accumulation on composition of a forest community. *Environmental Pollution* 3(1972):217-225.

Breckenfeld, D.J., and D. Robinett. 2001. *Soil and Range Resource Inventory of the National Audubon Society Appleton-Whittell Research Ranch, Santa Cruz County, Arizona: Special Report*. Natural Resources Conservation Service. April.

Resolution Copper Project and Land Exchange

Brennan, T.C. 2008. Reptiles and Amphibians of Arizona. Available at: http://www.reptilesofaz.org/. Accessed January 12, 2019.

Briggs, W.R. 2006. Physiology of Plant Responses to Artificial Night Lighting. In *Ecological Consequences of Artificial Night Lighting*, edited by C. Rich and T. Longcore, pp. 389-411. Washington, D.C. Island Press.

Brooks, J.F. 2016. A World of Movement. In *The Oxford Handbook of American Indian History*, edited by F.E. Hoxie. New York, New York: Oxford University Press.

Brown, D.E. (ed.). 1994. *Biotic Communities: Southwestern United States and Northwestern Mexico*. Salt Lake City, Utah: University of Utah Press.

Brown, D.E., T.C. Brennan, and P.J. Unmack. 2007. A digitized biotic community map for plotting and comparing North American plant and animal distributions. *CANOTIA* 3(1):1-12.

Brown, D.E., and R.A. Minnich. 1986. Fire and changes in Creosote Bush Scrub of the Western Sonoran Desert, California. *The American Midland Naturalist* 116(2):411-422.

Brown Jr., J.H., and A.C. Gibson. 1983. *Biogeography*. St. Louis, Missouri: C.V. Mosby Company.

Brown, S.A., and A. Buckles. 2019. *A Cultural Resources Inventory of the Fairview Cemetary, Superior, Pinal County, Arizona: The Southeast Arizona Land Exchange and Conservation Act Fairveiw Cemetary Parcel Survey, Resolution Copper*. Cultural Resources Report 2016-49. Project Number: 807.109. Tucson, Arizona: WestLand Resources, Inc. August 22.

Buchanan, B.W. 2006. Observed and potential effects of artificial night lighting on Anuran amphibians. In *Ecological Consequences of Artificial Night Lighting*, edited by C. Rich and T. Longcore, pp. 192-220. Washington, D.C.: Island Press.

Buckles, A. 2007. *A Class III Cultural Resources Survey of 0.68 Acre of State Trust Land Near US 60 and Queen Valley Road, Pinal County, Arizona*. Cultural Resources Report 2007-45. Project No. 807.15 520 520. Tucson, Arizona: WestLand Resources, Inc. December 21.

————. 2008. *A Class III Cultural Resources Inventory of 281 Acres in the Pinal Highlands, Pinal and Gila Counties, Arizona: Resolution Pre-Feasibility Studies*. Cultural Resources Report 2008-21. WestLand Project No. 807.17 500x 500. TNF Project No. 2005-12-090. Tucson, Arizona: WestLand Resources, Inc. April 10.

Buckles, A., and S. Granger. 2009. *A Class III Cultural Resources Inventory Within State Lands South of Oak Flat in Pinal County, Arizona*. Cultural Resources Report 2008-23. Project No. 807.15/17 520 520. Tucson, Arizona: WestLand Resources, Inc. December 18.

Buckles, A., and C. Jerla. 2008. *A Class III Cultural Resources Inventory Along the MARRCO Right-of-Way West of Superior Pinal County, Arizona*. Cultural Resources Report 2008-27. WestLand Project No. 807.24 A 01. Tucson, Arizona: WestLand Resources, Inc. September 9.

Buckles, A., C. Jerla, and C. Dore. 2012. *A Cultural Resources Inventory of the Magma Arizona Railroad Right-of-Way, Pinal County, Arizona*. Cultural Resources Report 2012-18. ASM Accession No. 2012-0122. WestLand Project No. 807.44 C 500. Tucson, Arizona: WestLand Resources, Inc. May 15.

6-RCMSER-1627

Final Environmental Impact Statement

Bureau of Land Management. 1984. *Manual 8400 - Visual Resource Management*. Rel. 8-24. Washington D.C.: Department of the Interior, Bureau of Land Managment. April 5.

———. 1986a. *Manual 8431 - Visual Resource Contrast Rating*. Rel. 8-30. Washington D.C.: Bureau of Land Management. January 17.

———. 1986b. *Manual H-8410-1 - Visual Resource Inventory*. Rel. 8-28. Washington, D.C.: Department of the Interior, Bureau of Land Management. January 17.

———. 1986c. *Phoenix Draft Wilderness Environmental Impact Statement*. Phoenix, Arizona: Bureau of Land Management.

———. 1989. *Phoenix Resource Management Plan Environmental Impact Statement: Record of Decision*. Phoenix, Arizona: Bureau of Land Management. September 29.

———. 1991. *Safford District Resource Management Plan and Environmental Impact Statement*. Safford, Arizona: Bureau of Land Management. August.

———. 1994a. *Arizona Statewide Wild and Scenic Rivers, Legislative Environmental Impact Statement*. Phoenix, Arizona: Bureau of Land Management. December.

———. 1994b. *Partial Record of Decision for the Approval of the Safford District Resource Management Plan Environmental Impact Statement II*. Phoenix, Arizona: Bureau of Land Management, Safford District Office. July.

———. 1999. *Final Environmental Impact Statement: Ray Land Exchange/Plan Amendment*. BLM/AZ/PL-98/0013. Tucson, Arizona: Bureau of Land Management. June 7.

———. 2012. *Lower Sonoran Record of Decision and Approved Resource Management Plan*. BLM/AZ/PL-12/007. Phoenix, Arizona: Bureau of Land Management. September.

———. 2014. *Planning for Recreation and Visitor Services*. BLM Handbook H-8320-1. Washington, D.C.: Bureau of Land Management.

———. 2017a. *Land Health Evaluation: Teacup Lease No. 6168 and Whitlow Lease No. 6032*. Tucson, Arizona: Bureau of Land Management, Gila District. September.

———. 2017b. *Updated Bureau of Land Management Sensitive Species List for Arizona*. Instruction Memorandum No. AZ-IM-2017-009. Phoenix, Arizona: Bureau of Land Management. March 1.

———. 2019a. Authorization Use by Allotment Reports. Available at: https://reports.blm.gov/report/ras/3/Authorization-Use-by-Allotment. Accessed May 22, 2019.

———. 2019b. *Ray Land Exchange: Final Supplemental Environmental Impact Statement/Proposed Plan Amendments*. DOI-BLM-AZ-G020-2017-0025-EIS. Tucson, Arizona: Bureau of Land Management. July.

———. 2019c. *San Pedro Riparian National Conservation Area: Record of Decision and Approved Resource Management Plan*. Tucson, Arizona: Bureau of Land Management. July.

———. 2024. Public Land Order No. 7943; Withdrawal of National Forest System Lands, Tonto National Forest, Superior, Arizona. *Federal Register* 89(137):58183.

Resolution Copper Project and Land Exchange

Bureau of Reclamation. 2007. *Record of Decision: Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations for Lake Powell and Lake Mead: Final Environmental Impact Statement*. Washington, D.C.: U.S. Bureau of Reclamation. December 13.

———. 2024a. 5-Year Probabilistic Projections: Lower Colorado Region. Available at: https://www.usbr.gov/lc/region/g4000/riverops/crss-5year-projections.html. Accessed April 21, 2025.

———. 2024b. *Supplement to the 2007 Colorado River Interim Guidelines for the Lower Basin Shortages and the Coordinated Operations for Lake Powell and Lake Mead: Record of Decision*. Washington, D.C.: U.S. Bureau of Reclamation. May 6.

Buskirk, W. 1949. Western Apache Subsistence Economy. Ph.D dissertation, University of New Mexico.

CABI. 2018. Invasive Species Compendium. Wallingford, UK: CAB International. Available at: www.cabi.org/isc. Accessed April 12, 2018.

California Invasive Plant Council. 2025. *Carrichtera annua*. Available at: https://www.cal-ipc.org/plants/profile/carrichtera-annua-profile/. Accessed March 18, 2025.

Campbell, S., and M. Dugan. 2017. *Apache Leap Special Management Area: Biological Evaluation*. Phoenix, Arizona: SWCA Environmental Consultants Inc. September.

Canadian Dam Association. 2014. *Technical Bulletin: Application of Dam Safety Guidelines to Mining Dams*. Toronto, Canada.

Canadian Transportation Agency. 2011. *Railway Noise Measurement and Reporting Methodology*. Ottowa, Canada: Canadian Transportation Agency. August.

Cancino, C., T. Garza-Cruz, and M. Pierce. 2019a. *Assessment of Potential for Caving-Induced Fault Slip Seismicity at Resolution Copper Mine*. 2-4208-06:19R47. Minneapolis, Minnesota: Itasca Consulting Group, Inc. and Pierce Engineering. October 1.

———. 2019b. *Empirical Analysis of Surface Subsidence Associated with Caving, Resolution Copper Mine Plan of Operations*. Minneapolis, Minnesota: Itasca Consulting Group, Inc. and Pierce Engineering. May 16.

Caroli, B. 2021. *A Historic Building Inventory of Superior, Top-of-the-World, Miami, and Globe, Pinal and Gila Counties, Arizona*. Project/Report Nos.: 807.215/2021-14. Tucson, Arizona: WestLand Resources, Inc. June 8.

Carroll, D. 1962. *Rainwater as a Chemical Agent of Geologic Processes - A Review*. Geological Survey Water-Supply Paper 1535-G. Washington D.C.: U.S. Geological Survey.

Chambers, N., and T.O. Hawkins. 2002. *Invasive Plants of the Sonoran Desert: A Field Guide*. Tucson, Arizona: Sonoran Institute.

Chamorro, S. 2014a. *A Cultural Resources Inventory in Support of a Plan of Operation For Monitor Well Sites Q and R and Associated Access Roads Located Within Section 5, Township 2 South, Range 13 East, Pinal County, Arizona*. Arizona State Land Department Exploration Permit Number 08-115472. Accession Number 2013-557. Cultural Resources Report 2013-80. Project No. 0807.94 A 01-520. Tucson, Arizona: WestLand Resources, Inc. January 9.

Final Environmental Impact Statement

———. 2014b. *A Cultural Resources Inventory of 12.92 Acres An Addendum to the Resolution Project: A Cultural Resources Inventory of Baseline Hydrologic and Geotechnical Data-Gathering Sites and Access Roads in the Foothills of the Superstition Mountains, Northwest of Superior, Arizona.* Cultural Resources Report 2014-58. Project No. 807.94 06 05-110. Tucson, Arizona: WestLand Resources, Inc. November 13.

———. 2015. *A Cultural Resources Inventory of 1,153 Acres Within the East and West Plan Sites for the Resolution Copper Project, in and Near Superior, Pinal County, Arizona.* Cultural Resources Report 2015-24. ASM Accession No. 2015-0061. Tonto National Forest Permit No. TON 883. Project No. 807.101. Tucson, Arizona: WestLand Resources, Inc. October12.

Chamorro, S., S. Brown, and G. Tinseth. 2019. *Results of a 7,770-Acre Cultural Resources Inventory for the Peg Leg Well Tailings Storage Facility Alternative, Pinal County, Arizona, Resolution Copper Mining.* Cultural Resources Report 2018-85. Project Number: 807.146. Tucson, Arizona: WestLand Resources, Inc. April 22.

Chamorro, S., B. Stone, and C. Daughtrey. 2016. *A Cultural Resources Inventory of 84.2 Acres of Tonto National Forest and Private Land in Support of the Resolution Copper Project General Plan of Operations Near Superior, Pinal County, Arizona, Resolution Copper.* Cultural Resources Report 2016-53. Project Number: 807.125. Tucson, Arizona: WestLand Resources, Inc. November 29.

Chamorro, S., G. Tinseth, S. Brown, and J. Bernatchez. 2019. *Results of a 2,885-Acre Cultural Resources Inventory for the Silver King Filtered Tailings Storage Alternative Near Superior, Pinal County, Arizona, Resolution Copper.* Cultural Resources Report 2018-94. Project Number: 807.148. Tucson, Arizona: WestLand Resources, Inc. March 26.

Charest, J.P. 2016a. *A Cultural Resources Inventory of 159.64 Acres for the Dripping Spring Land Exchange, Gila and Pinal Counties, Arizona.* Cultural Resources Report 2015-36. Project No. 807.102 0520 03-0555. Tucson, Arizona: WestLand Resources, Inc. July 5.

———. 2016b. *A Cultural Resources Inventory of the 146.78-Acre Turkey Creek Parcel, Gila County, Arizona: Resolution Copper.* Cultural Resources Report 2016-45. Project Number: 807.112 0520 03-0555. Tucson, Arizona: WestLand Resources, Inc. September 28.

———. 2016c. *A Cultural Resources Inventory of the 148-Acre Tangle Creek Parcel, Yavapai County, Arizona: Resolution Copper.* Cultural Resources Report 2016-40. Project Number: 807.111 02 02-0520. Tucson, Arizona: WestLand Resources, Inc. September 28.

———. 2016d. *A Cultural Resources Inventory of the 633.88-Acre East Clear Creek Parcel, Coconino County, Arizona.* Cultural Resources Report 2015-60. Project No. 807.113 520 03-0555. Tucson, Arizona: WestLand Resources, Inc. September 28.

———. 2020. *A Cultural Resources Inventory in Support of the Resolution Copper General Plan of Operations 230-KV and 115-KV Transmission Lines, Gila and Pinal Counties, Arizona.* Cultural Resources Report 2020-9. ASM Accession No. 2019-0247. Project Number: 807.169. Tucson, Arizona: WestLand Resources, Inc. September 1.

Charest, J.P., and C.M. Francis. 2016. *A Cultural Resources Inventory of the 149.18-Acre Cave Creek Parcel, Maricopa County, Arizona: Resolution Copper.* Cultural Resources Report 2016-44. Project Number: 807.107 0520 03-0555. Tucson, Arizona: WestLand Resources, Inc. September 28.

(195 of 282), Page 195 of 282, 09/29/2025, DktEntry: 61.7, Page 195 of 282
Case 2:21-cv-00068-DWL Document 106-3 Filed 07/14/25 Page 193 of 355

Resolution Copper Project and Land Exchange

Cogan, R.C. 2012. *Herpetofauna of the Appleton-Whittell Research Ranch*. Elgin, Arizona: National Audubon Society. November.

Colwell, C., and S.B. Koyíyumptewa. 2018. Traditional Cultural Properties and the Hopi Model of Cultural Preservation. In *Footprints of Hopi History: Hopihiniwtiput Kukveni'at*, edited by L.J. Kuwanwisiwma, T.J. Ferguson, and C. Colwell. Tucson, Arizona: University of Arizona Press.

Cook, M.D. 2007a. *Resolution Class III Cultural Resources Survey Along 2.5 Miles of Magma Arizona Railroad on State Trust Land Pinal County, Arizona*. Cultural Resources Report 2007-15. Project No. 807.12. Tucson, Arizona: WestLand Resources, Inc. April 11.

———. 2007b. *Resolution Class III Cultural Resources Survey Along Magma Arizona Railroad on State Trust Land Pinal County, Arizona*. ASM Accession No. 2007-0213. Cultural Resources Report 2007-12. Project No. 807.12. Tucson, Arizona: WestLand Resources, Inc. April 2.

Council on Environmental Quality. 2011. *Appropriate Use of Mitigation and Monitoring and Clarifying the Appropriate Use of Mitigated Findings of No Significant Impact*. Prepared by N.H. Sutley. Memorandum. Washington, D.C.: Executive Office of the President, Council on Environmental Quality. January 14.

Courlander, H. 1971. *The Fourth World of the Hopis: The epic story of the Hopi Indians as preserved in their legends and traditions*. Albuquerque, New Mexico: University of New Mexico.

Cross, M., and J. Blainer-Fleming. 2012. *Hydrogeologic Data Submittal, Tailings Prefeasibility Study, Whitford, Silver King, and Happy Camp Sites*. Project: 605.741. Draft technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. October 23.

Crowder, C.D., T.S. Love-Chezem, and A.S. Makinster. 2014. *Mineral Creek and Mineral Creek Drainage Stock Tank Surveys During 2013*. Phoenix, Arizona: Nongame Wildlife Branch, Arizona Game and Fish Department. December.

Dark Sky Partners LLC. 2018. *Impact Assessment of the Proposed Resolution Copper Mine on Night Sky Brightness: Final Report*. Prepared for Resolution Copper. Tucson, Arizona: Dark Sky Partners LLC. February.

Darling, J.A., and B.V. Lewis. 2007. Songscapes and Calendar Sticks. In *The Hohokam Millennium*, edited by S.K. Fish and P.R. Fish. Santa Fe, New Mexico: School for Advanced Research Press.

Daughtrey, C.S. 2015. *A Cultural Resources Inventory of 940 Acres Within the Appleton-Whittel Research Ranch for Resolution Coppper Mining, LLC*. Cultural Resources Report 2015-49. Project No. 807.103. Tucson, Arizona: WestLand Resources, Inc. December 1.

———. 2016. *A Cultural Resources Inventory of 106 Acres Along the South End of Apache Leap for Resolution Copper Mining, LLC, Pinal County, Arizona*. Cultural Resources Report 2015-61. Project No. 807.108. Tucson, Arizona: WestLand Resources, Inc. June 23.

Davies, A. 2020a. *Subsidence Monitoring and Management Plan - August*. Superior, Arizona: Resolution Copper.

———. 2020b. *Subsidence Monitoring and Management Plan - June*. Superior, Arizona: Resolution Copper.

6-RCMSER-1631

Davis, E.A. 1977. Root system of shrub live oak in relation to water yield by chapparal. Paper presented at the Proceedings of the 1977 meetings of the Arizona Section of the American Water Resources Association and the Hydrology Section of the Arizona Academy of Science, Las Vegas, Nevada.

Dean Runyan Associates. 2017. *Arizona Travel Impacts 1998 - 2016p.* Prepared for the Arizona Office of Tourism. Portland, Oregon: Dean Runyan Associates. June.

———. 2018. *Arizona Travel Impacts 2000-2017p.* Prepared for the Arizona Office of Tourism. Portland, Oregon: Dean Runyan Associates. June.

Deaver, W.L. 2010. *A Cultural Resources Inventory for Four Monitoring Wells in the Vicinity of Rancho Rio Creek, Pinal County, Arizona: Resolution Plan of Operations Permitting Support.* Cultural Resources Report 2010-53. Project No. 0807.34. Tucson, Arizona: WestLand Resources, Inc. November 4.

———. 2012. *Salt River Project: Superior to Silver King 115 kV Transmission Line Reroute, Pinal County, Arizona.* Cultural Resources Report 2011-51. Project No. 807.40 A 500. Tucson, Arizona: WestLand Resources, Inc. March 6.

———. 2017. *The Resolution Project: Reconnaissance and Evaluation of Archaeological Resources in the Oak Flat Area.* Cultural Resources Report 2016-57. Project Number: 807.127. Tucson, Arizona: WestLand Resources, Inc. January 16.

Deaver, W.L., and A.M. King. 2019. *Resolution Copper Project Cultural Resources Inventory, Volume 1: Summary of Findings.* Cultural Resources Report 2017-105. Project Number: 807.133 01 02. Tucson, Arizona: WestLand Resources, Inc. March 22.

Deaver, W.L., and S. O'Mack. 2019. *Resolution Copper Project Oak Flat Land Exchange Treatment Plan.* Cultural Resources Report 2018-70. Tucson, Arizona: WestLand Resources, Inc. May 27.

Debauche, S. 2023. *Addendum #1 to October 28, 2020 Process Memo "Cumulative Effects Analysis Overview and Screening by Resource".* Process memorandum to file. Tucson, Arizona: SWCA Environmental Consultants. February 23.

Dierking, P. 1998. Pyracantha aka Firethorn. Available at: https://cals.arizona.edu/cochise/mg/pyracantha-aka-firethorn. Accessed April 6, 2018.

Dolan, S.M., and W.L. Deaver. 2007. *A Class III Cultural Resources Suvey of 53.2 Acres Near Devils Canyon Pinal County, Arizona: Resolution State Land Well Sites A and D.* Cultural Resources Report 2007-13. ASM Accession No. 2007-0189. Projct No. 807.12 770X 770. Tucson, Arizona: WestLand Resources, Inc. April 19.

Dongoske, K.E., M. Yeatts, R. Anyon, and T.J. Ferguson. 1997. Archaeological cultures and cultural affiliation: Hopi and Zuni perspectives in the American Southwest. *American Antiquity* 62(4).

dos Santos, R.N.C., L.M.M.S. Caldeira, and J.P.B. Serra. 2012. FMEA of a tailing dam. *Georisk* 6(2):89-104.

Dubas, L., and S. Liu. 2010. *Regional Groundwater Flow Model of the Pinal Active Management Area, Provisional Report, Geology Update.* Modeling Report No. 20. Phoenix: Arizona Department of Water Resources, Hydrology Division. January.

Resolution Copper Project and Land Exchange

DuBois, S.M., A.W. Smith, N.K. Nye, and T.A. Nowak Jr. 1982. *Arizona Earthquakes, 1776–1980*. Bulletin 193. Prepared by State of Arizona, Bureau of Geology and Mineral Technology, Geological Survey Branch.

Duda, J. 2022. Colorado River shortage leads to major water cuts in Arizona. Published August 16. Available at: https://www.axios.com/local/phoenix/2022/08/16/colorado-river-shortage-major-water-cuts-arizona. Accessed April 3, 2023.

Dugan, M. 2017. *Apache Leap Special Management Area: Wildlife and Vegetation Specialist Report*. Phoenix, Arizona: SWCA Environmental Consultants Inc. August.

———. 2018. *Summary of Climate Change Trends in the Southwest*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. February 26.

Duke HydroChem LLC. 2016. *Geochemical Characterization of Resolution Tailings Update: 2014 - 2016*. Tucson, Arizona: Duke HydroChem LLC. June 8.

Duke, K. 2019a. *Occurrence of Asbestiform Minerals in Resolution Ore and Development Rock*. Technical memorandum. Flagstaff, Arizona: Duke HydroChem LLC, May 23.

———. 2019b. *Potential for Technologically Enhanced Naturally Occurring Radioactive Material (TENORM) in Tailings from Processing of the Resolution Copper Deposit*. Technical memorandum. Flagstaff, Arizona: Duke HydroChem LLC. May 21.

Duthie Government Advisors. 2016. *Town of Superior: Wastewater Rate Analysis*. Duthie Government Advisors. October 25.

Duval, D., A.K. Bickel, G. Frisvold, X. Wu, and C. Hu. 2018. *Contribution of Agriculture to the Maricopa County and Gila River Indian Community Economies*. Tucson, Arizona: Department of Agricultural and Resource Economics, University of Arizona. January.

Eary, T. 2018a. *Alternative 2 - Near West Modified Proposed Action: Prediction of Operational Tailings Circuit Solute Chemistry*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. July 17.

———. 2018b. *Alternative 3 - Near West Modified Proposed Action - Thin Lift/PAG Cell: Prediction of Operational Tailings Circuit Solute Chemistry*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. July 17.

———. 2018c. *Alternative 4 - Silver King Filtered: Prediction of Operational Tailings Circuit Solute Chemistry*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. July 17.

———. 2018d. *Alternative 5 - Peg Leg: Prediction of Operational Tailings Circuit Solute Chemistry*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. July 17.

———. 2018e. *Alternative 6 - Skunk Camp: Prediction of Operational Tailings Circuit Solute Chemistry*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. July 17.

———. 2018f. *Block Cave Geochemical Model - 2018 Update on Calculation Approach and Results*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. June 26.

———. 2018g. *Common Inputs Common to all Operational Models of Tailings Circuit Solute Chemistry*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. July 18.

6-RCMSER-1633

————. 2018h. *Sodium Isopropyl Xanthate: Decomposition and Fate and Transport*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. July 18.

————. 2020. *Nitrogen Chemical Loads and Concentrations in the Geochemical Models used for the Resolution Copper Project*. Technical memorandum. Loveland, Colorado: Enchemica, LLC. July 8.

eBird. 2025. An online database of bird distribution and abundance. Species occurrence maps. eBird, Cornell Lab of Ornithology, Ithaca, New York. Available at: https://ebird.org. Accessed February 12, 2025.

Eden, S., M. Ryder, and M.A. Capehart. 2015. Arroyo 2015 - Closing the water demand-supply gap in Arizona. Available at: https://wrrc.arizona.edu/sites/wrrc.arizona.edu/files/attachment/Arroyo-2015-Closing-Demand-Supply-Gap.pdf. Accessed April 5, 2023.

Eldridge, D.J., and R.S.B. Greene. 1994. Microbiotic soil crusts: A review of their roles in soil and ecological processes in the Rangelands of Australia. *Australian Journal of Soil Research* 32:389–415.

Elliot D. Pollack and Company. 2011. *Resolution Copper Company Economic and Fiscal Impact Report, Superior Arizona*. Scottsdale, Arizona: Elliott D. Pollack and Company. September.

Elliot, J. 2003. Transplanting saguaros. Available at: https://centralarizonacactus.org/assets/article/growing/CACSS_Article_Transplanting_Saguaros_Jim_Elliott.PDF. Accessed May 22, 2019.

Enos, R. 2020. *Resolution Copper Project EIS - Subaqueous Disposal of Pyrite Tailings*. Project No.: 1704007. Project memorandum. Golden, Colorado: BGC Engineering USA Inc. July 14.

Enos, R., and T. Meyer. 2020. *Resolution Copper Project EIS - Review of Skunk Camp TSF Reclamation Plan*. Project No.: 1704007. Project memorandum. Golden, Colorado: BGC Engineering USA Inc. August 27.

Epstein, S. 2020. *Gila Conglomerate and Cover Material Summary for the Skunk Camp Tailings Storage Facility*. Process memorandum to file. Las Vegas, Nevada: SWCA Environmental Consultants. September 10.

European Gas Pipeline Incident Data Group. 2015. *Gas Pipeline Incidents: 9th Report of the European Gas Pipeline Incident Data Group (period 1970 - 2013)*. Doc. Number EGIG 14.R.0403. Groningen, the Netherlands: European Gas Pipeline Incident Data Group. February.

Farmer, A.M. 1993. The effects of dust on vegetation—a review. *Environmental Pollution* 79(1993):63–75.

Featherstone, R., and R. Alexander. 2019. *Activity in Greater Oak Flat Watershed: 2011-2019*. Results of wildlife surveys and monitoring with the use of remote camera traps. Draft Report. Tucson, Arizona: Arizona Minig Reform Coalition. November 6.

Featherstone, R., S. Jacobs, S. Avila-Villegas, and S. Doumas. 2012. *Wildlife surveys and monitoring with the use of remote camera traps in the Greater Oak Flat Watershed near Superior, Arizona*. Tucson, Arizona: Arizona Mining Reform Coalition. May 21.

6-RCMSER-1634

Federal Emergency Management Agency. 2004. Federal Guidelines for Dam Safety. (FEMA-93). Available at: https://www.fema.gov/media-library-data/20130726-1502-20490-5785/fema-93.pdf. Accessed May 24, 2019.

———. 2005. Federal Guidelines for Dam Safety: Earthquake Analyses and Design of Dams (FEMA-65). Available at: https://www.fema.gov/media-library-data/20130726-1500-20490-5113/fema-65.pdf. Accessed May 24, 2019.

———. 2013. Selecting and Accomodating Inflow Design Floods for Dams. FEMA P-94. Available at: https://www.fema.gov/media-library-data/1386108128706-02191a433d6a703f8dbdd68cde574a0a/Selecting+and+Accommodating+Inflow+Design+Floods+for+Dams.PDF. Accessed May 24, 2019.

Federal Energy Regulatory Commission. 2016. Risk-informed Decision Making Guidelines. Available at: https://www.ferc.gov/sites/default/files/2020-04/chapter-3.pdf. Accessed February 10, 2020.

Federal Highway Administration. 2004. *Synthesis of Noise Effects on Wildlife Populations*. Publication No. FHWA-HEP-06-016. Washington D.C.: U.S. Department of Transportation. September.

Federal Railroad Administration Office of Safety Analysis. 2020. Generate Crossing Inventory and Accident Reports: Crossing 853081H. Available at: https://safetydata.fra.dot.gov/OfficeofSafety/PublicSite/Crossing/Crossing.aspx. Accessed October 31, 2020.

Felde, V.J.M.N.L., S. Peth, D. Uteau-Puschann, S. Drahorad, and P. Felix-Henningsen. 2014. Soil microstructrure as an under-explored feature of biological soil crust hdyrological properties: Case study from the NW Negev Desert. *Biodiversity and Conservation* 23(7):1687-1708.

Fenton, M.B., and G.K. Morris. 1976. Opportunistic feeding by desert bats (*Myotis* spp.). *Canadian Journal of Zoology* 54:526–530.

Ferguson, C.A., and S.J. Skotnicki. 1996. Geologic Map of the Florence Junction and Southern Portion of the Weavers Needle 7.5' Quadrangles, Pinal County, Arizona. Rev. Open-File Report 95-10. Tucson: Arizona Geological Survey.

Ferguson, T.J., and C. Colwell-Chanthaphonh. 2006. *History is in the Land: Multivocal Tribal Traditions in Arizona's San Pedro Valley*. Tucson, Arizona: University of Arizona Press.

Ferguson, T.J., and E.R. Hart. 1985. *A Zuni Atlas*. Norman, Oklahoma: University of Oklahoma Press.

Fleming, J., C. Kikuchi, and T. Bayley. 2018. *Peg Leg Investigations: Results of Reconnaissance*. Project #: 605.8302. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. May 7.

Fleming, J., M. Shelley, and T. Bayley. 2018. *Results of Site Reconnaissance*. Project #: 605.8501. Technical memorandum. Tucson, Arizona: Montgomery and Associates. July 20.

Fontana, B.L. 1989. *Of Earth and Little Rain*. Tucson, Arizona: University of Arizona Press.

Foxcroft, L.C., V. Jarošík, P. Pyšek, D.M. Richardson, and M. Rouget. 2010. Protected-area boundaries as filters of plant invasions. *Conservation Biology* 25(2):400-405.

Foxcroft, L.C., M. Rouget, and D.M. Richardson. 2007. Risk assessment of riparian plant invasions into protected areas. *Conservation Biology* 21(2):412-421.

Frank, K.D. 2006. Effects of artificial night lighting on moths. In *Ecological Consequences of Artificial Night Lighting*, edited by C. Rich and T. Longcore, pp. 305-344. Washington, D.C.: Island Press.

Frankson, R., and K.E. Kunkel. 2022. *State Climate Summaries: Arizona*. NOAA Technical Report NESDIS 150-AZ. Silver Spring, Maryland: NOAA National Centers for Environmental Information.

Freihoefer, A., D. Mason, P. Jahnke, L. Dubas, and K. Hutchinson. 2009. *Regional Groundwater Flow Model of the Salt River Valley, Phoenix Active Management Area, Model Update and Calibration*. Modeling Report No. 19. Phoenix: Arizona Department of Water Resources, Hydrology Division. April.

Fundão Tailings Dam Review Panel. 2016. Report on the Immediate Causes of the Failure of the Fundão Dam. Available at: http://fundaoinvestigation.com/wp-content/uploads/general/PR/en/FinalReport.pdf. Accessed December 23, 2018.

Gannett Fleming. 2020. *Failure Modes and Effects Analysis 2020 Workshop: Resolution Copper Environmental Impact Statement, Proposed Skunk Camp Tailings Storage Facility*. Prepared for BGC Engineering. Phoenix, Arizona: Gannett Fleming. October.

Garfin, G., A. Jardine, R. Merideth, M. Black, and S. LeRoy (eds.). 2013. *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*. A report by the Southwest Climate Alliance. Washington, D.C.: Island Press.

Garrett, C. 2016. *History of Revisions to General Plan of Operations*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 10.

————. 2017a. Addendum #1 to October 18, 2016 Process Memo "Summary of Hydrologic, Hydrochemical, and Geotechnical Data Received to Date". Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 16.

————. 2017b. *Tonnage of Rock Type Mined and Tailings Produced over Mine Life*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 2.

————. 2018a. *ADWR/Desert Wellfield Modeling Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. November 9.

————. 2018b. Attachment 7: Well Construction Details and Confirmation of Designation of Groundwater Types. In *Summary and Analysis of Groundwater-Dependent Ecosystems*. Phoenix, Arizona: SWCA Environmental Consultants. October 11.

————. 2018c. *Evolution of Range of Alternatives Considered in Detail in DEIS, after Publication of the Alternatives Evaluation Report (Nov 2017)*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 4.

————. 2018d. *Selection of Appropriate Baseline Conditions for NEPA Analysis*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. April 11.

———. 2018e. *Summary and Analysis of Groundwater-Dependent Ecosystems*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 11.

———. 2018f. *Summary of Process Steps taken during Review of Alternative Mining Techniques*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. July 31.

———. 2019a. *DRAFT - Review of Stakeholder Analysis of Alternativve Mining Techniques*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. March 24.

———. 2019b. *Information on Unpatented Mining Claims*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. July 2.

———. 2019c. *Power Requirements of Mine, Mine Facilities, and Alternative Tailings Storage Facilities*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. July 1.

———. 2019d. *Receipt of Water Quality Modeling Results in Native Format*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. April 27.

———. 2019e. *Response to Public Statements about Stephen W. Carothers*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. March 21.

———. 2019f. *Review of Hydrologic Trends in Devil's Canyon and on Oak Flat*. SWCA Project No. 030951.04. Technical memorandum. Phoenix, Arizona: SWCA Environmental Consultants. January 3.

———. 2019g. *Summary of Selection Process, Contracting, and Conflict of Interest Management*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 15.

———. 2020a. *Additional Post-DEIS Review of Geomorphology Impacts*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. September 15.

———. 2020b. *Annual Greenhouse Gas Emissions*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 12.

———. 2020c. *Assessment of Factual Basis for Comments on Dewatering Amounts, Water Usage, and Power Usage*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. November 13.

———. 2020d. *Clarification of Perceived Discrepancies in Water Balance Data*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. June 22.

———. 2020e. *Evaluation and Response to Public Comments on Groundwater Modeling Analysis*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 6.

———. 2020f. *Mitigation Proposals From Draft EIS Public Comments*. Dated March 2, 2020. Transmitted on March 5, 2020, via email to Victoria Peacey. Phoenix, Arizona: SWCA Environmental Consultants.

———. 2020g. *Post-DEIS Assessment of Mitigation*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 20.

Final Environmental Impact Statement

———. 2020h. *Post-DEIS Assessment of Reclamation and Closure Plans*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. September 23.

———. 2020i. *Post-DEIS Review of Alternative Mining Techniques*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. September 11.

———. 2020j. *Proceedings of the Groundwater Modeling Workgroup and Water Resources Workgroup*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. November 5.

———. 2020k. *Review of Queen Valley Hydrologic Connection to Queen Creek*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. September 12.

———. 2020l. *Status of Comments from Professor Stephen Boyd*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. June 16.

———. 2020m. *Supplemental mitigation list*. Dated May 4, 2020. Transmitted on May 5, 2020, via email to Victoria Peacey. Phoenix, Arizona: SWCA Environmental Consultants.

———. 2023a. *Additional Analysis of Individual Wells*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants.

———. 2023b. *Assessment of Cutter Basin Issues*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants.

———. 2025. *Potential Future Mitigation Measures*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. April 8.

Garza-Cruz, T., and M. Pierce. 2017. *Assessment of Surface Subsidence Associated with Caving, Resolution Copper Mine Plan of Operations*. Prepared for Resolution Copper Company. Minneapolis, Minnesota: Itasca Consulting Group, Inc. and Pierce Engineering. July 17.

———. 2018. *Subsidence Impact Analysis - Sensitivity Study: Addendum to Itasca Report "Assessment of Surface Subsidence Associated with Caving - Resolution Copper Mine Plan of Operations"*. Prepared for Resolution Copper Company. Minneapolis, Minnesota: Itasca Consulting Group, Inc. and Pierce Engineering. April 6.

———. 2020a. *Literature Review to Identify Techniques for Mining Method Selection: Resolution Copper EIS*. PowerPoint Presentation. Minneapolis, Minnesota: Itasca Consulting Group, Inc. and Pierce Engineering. February 11.

———. 2020b. *Response to GS-5 Comments on Resolution Copper DEIS from Dr. Emerman (Subsidence and Uncertainty)* Ref: 2-4208-07:20M03. Minneapolis, Minnesota: Itasca Consulting Group, Inc. and Pierce Engineering. February 26.

Gauthreaux Jr., S.A., and C.G. Belser. 2006. Effects of artificial night lighting on migrating birds. In *Ecological Consequences of Artificial Night Lighting*, edited by C. Rich and T. Longcore, pp. 67-93. Washington D.C.: Island Press.

Gibowicz, S.J., and A. Kijko. 1994. *An Introduction to Mining Seismology*. San Diego, California: Academic Press Inc.

6-RCMSER-1638

Resolution Copper Project and Land Exchange

Gibowicz, S.J., and S. Lasocki. 2001. Seismicity induced by mining: Ten years later. *Advances in Geophysics* 44:39-181.

Gifford, E.W. 1932. *The Southeastern Yavapai.* Berkeley, California: University of California Publications.

Gila County Assessor's Office. 2017. *Gila County Arizona data.* Globe, Arizona: Gila County. August 13.

Gila River Indian Community. 2012. *Cultural Resources Assessment of Proposed Trenching at Managed Aquifer Recharge (MAR) Site Number 5 in the Gila River Streambed in District 3 of the Gila River Indian Community, Pinal County, Arizona* Letter from M. Kyle Woodson, Acting Director, Cultural Resources Management Program, Gila River Indian Community, to Linus Everling, General Counsel, Gila River Indian Community. Sacaton, Arizona: Gila River Indian Community. December 18.

———. 2016. Gila River Interpretive Trail (MAR-5). Available at: http://www.gricdeq.org/index.php/education--outreach/managed-aquifer-recharge-5. Accessed February 10, 2020.

———. 2018. *Class I Cultural Resources Assessment for the Proposed Managed Aquifer Recharge (MAR) 5 Site Environmental Enhancements , District 3, Gila River Indian Community, Maricopa County, Arizona.* Letter from M. Kyle Woodson, Director, Cultural Resources Management Program, Gila River Indian Community, to Lauren Jelinek, Archaeologist, Bureau of Reclamation. Sacaton, Arizona: Gila River Indian Community. January 22.

Gladding, E. 2025. *Resolution Copper Project Section 7 Reinitiation Analysis (02EAAZ00-2020-F-0822)/SWCA Project No. 30951-008-PHX.* Technical memorandum. Tucson, Arizona: SWCA Environmental Consultants. April 15.

Golder Associates Inc. 2011. *Site Characterization Report for the West Plant Site, Superior, Arizona.* Project No. 073-92519-02. Redmond, Washington: Golder Associates Inc. December.

———. 2017. *Near West TSF Geotechnical Field Investigation Summary Report.* Project No: 1531436. Tucson, Arizona: Golder Associates Inc. October 25.

———. 2018a. *Draft EIS Design: Peg Leg Site Alternative 5.* CCC.03-26000-EB-REP-00003. Lakewood, Colorado: Golder Associates Inc. June 20.

———. 2018b. *Peg Leg Pipeline Corridor DEIS Report.* Tucson, Arizona: Golders Associates Inc. July 2.

———. 2020. *Resolution Copper Skunk Camp Pipelines: Pipeline Protection and Integrity Plan.* CCC.03-81900-EP-REP-00007_Rev0. Walnut Creek, California: Golder Associates Inc. May 15.

Golder Associates Ltd. 2015. *Mount Polley Mining Corporation, Post-Event Impact Assessment Report - Key Findings Report.* Vancouver, Canada: Golder Associates Ltd. June 5.

Golos, P.J., and K.W. Dixon. 2014. Waterproofing topsoil stockpiles minimizes viability decline in the soil seed bank in an arid environment. *Restoration Ecology* 22(4):495-501.

Goodquarry. 2011. Dust impacts: Ecology and agriculture. Available at: http://www.goodquarry.com/article.aspx?id=56&navid=2. Accessed May 3, 2011. Webpage no longer available.

Goodwin, G. 1935. The social divisions and economic life of the Western Apache. *American Anthropologist* 37.

———. 1994. *Myths and Tales of the White Mountain Apache.* Tucson, Arizona: University of Arizona Press.

Graham, A. 2020. *Castleberry Campground Conceptual Design.* Project No.: 807.184. Tucson, Arizona: WestLand Resources, Inc. August 21.

Gregg, W.O. 1953. Two new land snails from Arizona. *Bulletin of the Southern California Academy of Sciences* 52, Part 2:71-75.

Gregory, C., and T. Bayley. 2018a. *Estimated Preliminary Allowable Seepage from TSF Alternative Sites for Comparative Analysis.* Project #: 605.1602. Technical memorandum. Tucson, Arizona: Montogomery and Associates Inc. December 21.

———. 2018b. *TSF Alternative 4 - Silver King: Life of Mine and Post-Closure Seepage Transport Modeling.* Project #: 605.8401. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. September 14.

———. 2018c. *TSF Alternative 5 - Peg Leg: Life of Mine and Post-Closure Seepage Transport Modeling.* Project #: 605.8302. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. September 14.

———. 2018d. *TSF Alternative 6 - Skunk Camp: Life of Mine and Post-Closure Seepage Transport Modeling.* Project #: 605.8501. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. September 14.

———. 2018e. *TSF Alternatives 2 and 3 - Near West: Life of Mine and Post-Closure Seepage Transport Modeling.* Project #: 605.8207. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. September 14.

———. 2019. *Results of Updated Seepage Transport Models Incorporating Additional Seepage Controls for TSF Alternative Sites.* Project #: 605.1604. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. February 6.

GRID-Arendal. 2017. Mine tailings storage: Safety is no accident. A rapid response. United Nations Environment Programme. Available at: https://gridarendal-website-live.s3.amazonaws.com/production/documents/:s_document/370/original/RRAminewaste_flyer_screen.pdf?1509538685. Accessed December 26, 2018.

Groenendyk, D., and T. Bayley. 2018a. *Alternatives 2 and 3 Steady-State Modeling - December 17.* Project #: 605.8206. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc.

———. 2018b. *Alternatives 2 and 3 Steady-State Modeling - July 25.* Project #: 605.8206. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc.

Resolution Copper Project and Land Exchange

————. 2019. *Revised Near West TSF Alternatives 2 and 3 Steady-State Modeling Incorporating Additional Seepage Collection Measures*. Project #: 605.1604. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. January 25.

Gruner, E. 2017. *A Cultural Resources Inventory of 3,125 Acres of Private Land Along the Lower San Pedro River Near Mammoth, Pinal County, Arizona: Resolution Copper*. Cultural Resources Report 2016-56. Project Number: 807.104. Tucson, Arizona: WestLand Resources, Inc. April 11.

————. 2020. *A Cultural Resources Inventory of 40.4 Acres of Private Property near Superior, Pinal County, Arizona*. Cultural Resources Report 2017-66. ASM Accession No. 2017-0312. Project Number: 807.133. Tucson, Arizona: WestLand Resources, Inc. July 31.

Haff, P.K., and B.T. Werner. 1996. Dynamical processes on desert pavements and the healing of suficial disturbances. *Quaternary Research* 45(4):38-46.

Hampson, M., D. Steen, and D. Randall. 2020. *Response to Comment on the Resolution Project DEIS: Cumulative Impact Analysis for Ambient Air Quality Standards*. Project No.: 262-39. Technical memorandum. Denver, Colorado: Air Sciences Inc. July 24.

Hart, W. 2016. Appendix 1: Geological Map Compiled for the Project Area at 1: 15,000 scale (W. Hart, Resolution Copper, 2016). In *Summary of Geological Information Relevant to Development of the Porphyry Cu-Mo Resolution Deposit, Arizona*. The Hague, the Netherlands: 4D Geo Applied Structural Geology.

Hart, W.D. 2017. *Resolution block model Cu levels*. Email communication between William Hart, Principal Advisor, Structural Geology, Resolution Copper and Victoria Peacey, Senior Manager - Permitting and Approvals, Resolution Copper. Superior, Arizona: Resolution Copper. March 23.

Hartleb, R. 2020. *Responses to BGC's Review Comments on Assessment of Surface Faulting Investigations at the Skunk Camp TSF Location*. LCI Project No. 1885.001. Project Memorandum. Concord, California: Lettis Consultants International, Inc. April 29.

Havaux, M. 1992. Stress tolerance of Photosystem II in vivo: Antagonistic effects of water, heat, and photoinhibition stresses. *Plant Physiology* 100:424–432.

Hedquist, S.L., M.P. Hopkins, S.B. Koyiyumptewa, L.W. Lomayestewa, and T.J. Ferguson. 2018. Tungwniwpi Nit Wukwlavayi (Named Places and Oral Traditions): Multivocal Approaches to Hopi Land. In *Footprints of Hopi History: Hopihiniwtiput Kukveni'at*, edited by L.J. Kuwanwisiwma, T.J. Ferguson, and C. Colwell. Tucson, Arizona: University of Arizona Press.

Hehnke, C., G. Ballantyne, H. Martin, W. Hart, A. Schwarz, and H. Stein. 2012. Geology and exploration progress at the Resolution porphyry Cu-Mo deposit, Arizona. *Society of Economic Geologists, Inc.* (Special Publication 16):147-166.

Hilgartwilson LLC. 2021. *Master Water Plan for Superstition Vistas, Apache Junction, Arizona*. Prepared for DR Horton. HW Project No. 1635. Phoenix, Arizona: Hilgartwilson LLC. September.

Hilpert, B.E. 1996. The Indé (Western Apaches): The People of the Mountains. In *The Paths of Life: American Indians of the Southwest and Northern Mexico*, edited by T.E. Sheridan and N.J. Parezo. Tucson, Arizona: University of Arizona Press.

(206 of 282), Page 206 of 282
Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 206 of 282
Case 2:21-cv-00068-DWL   Document 106-3   Filed 07/14/25   Page 204 of 355

HintonBurdick CPAs and Advisors. 2017. *Town of Superior, Arizona: Annual Financial Statements and Independent Auditors' Report, Year Ended June 30, 2016.* Prepared for the Town of Superior. Flagstaff, Arizona: HintonBurdick CPAs and Advisors. March 28.

Hirt, P., R. Synder, C. Hester, and K. Larson. 2017. Water Consumption and Sustainability in Arizona: A Tale of Two Desert Cities. *Journal of the Southwest* 59(1/2):264-301.

Hoekstra, G. 2014. Imperial Metals pegs Mount Polley cleanup cost at $67 million. *Vancouver Sun*, 17 November. Vancouver, Canada.

Hooper, J.M.D. 2014. *Resolution Project: A Cultural Resources Inventory of Baseline Hydrologic and Geotechnical Data-Gathering Sites and Access Roads in the Foothills of the Superstition Mountains, Northwest of Superior, Arizona.* Cultural Resources Report 2013-48. Project No. 807.90 02 02-520. Tucson, Arizona: WestLand Resources, Inc. April 30.

Hooper, J.M.D., and G.L. Tinseth. 2015. *Resolution Project: A Cultural Resources Inventory of 4,890 Acres in the Foothills of the Supersition Mountains, Northwest of Superior, Arizona.* Cultural Resources Report 2014-29. Project No. 807.91 0500 0550. Tucson, Arizona: WestLand Resources, Inc. June 8.

Hopkins, M.P., C. Colwell, T.J. Ferguson, and S.L. Hedquist. 2015. *Ethnographic and Ethnohistoric Study of the Superior Area, Arizona.* Prepared for Tonto National Forest and Resolution Copper. Tucson, Arizona: Anthropological Research LLC. September 14.

Huddle, J.W., and E. Dobrovolny. 1952. *Devonian and Mississippian Rocks of Central Arizona.* Geological Survey Professional Paper 233 - D. Washington D.C.: Government Printing Office.

Hudson, A.L. 2018. *Fate of Mill Reagents of Resolution Copper Mineral Processing.* Blacksburg, Virginia: Tetra Tech Inc. October 11.

Humphrey, R.R. 1974. Fire in the Deserts and Desert Grasslands of North America. In *Fire and Ecosystems,* edited by T.T. Kozlowski and C.E. Ahlgren. New York: Academic Press.

Hussein, Z., and A. Miles. 2020. *Resolution Copper Project: Traffic Impact Analysis Sensitivity Analysis.* Lake Oswego, Oregon: DOWL. September 24.

Hydrogeophysics Inc. 2017. *Geophysical Characterization of the Peg Leg Site, Resolution Mine, AZ.* RPT-2017-049, Revision 0. Tucson, Arizona: Hydrogeophysics Inc. November.

InciWeb. 2019. Incident Information System: Woodbury Fire Incident Overview. Available at: https://inciweb.nwcg.gov/incident/6382/. Accessed October 20, 2020.

———. 2020. Incident Information System: Sawtooth Fire Incident Overview. Available at: https://inciweb.nwcg.gov/incident/6730/. Accessed January 1, 2021.

Indian Claims Commission. 1978. Indian Land Areas Judicially Established. Available at: https://store.usgs.gov/assets/MOD/StoreFiles/PDFs_2013/101505_US_Judicailly_Established_Indian_Land_Areas_1978.pdf. Accessed October 29, 2020.

Interagency Fuels Treatment Decision Support System. 2018. Welcome to IFTDSS: The Planning Cycle. Available at: https://iftdss.firenet.gov/#/home. Accessed December 14, 2018.

International Council on Mining and Metals. 2016. Position statement on preventing catastrophic failure of tailings storage facilities. Available at: https://www.icmm.com/website/publications/pdfs/commitments/2016_icmm-ps_tailings-governance.pdf. Accessed December 22, 2018.

———. 2019a. ICMM's work on tailings. International Technical Seminar: Tailings Dams and the Future of Mining in Minas Gerais State. Coverage of the Brumadinho incident, presentation by ICMM CEO Tom Butler, dated April 17. Available at: https://portaldamineracao.com.br/wp-content/uploads/2019/04/03-tom-butler.pdf. Accessed June 17, 2019.

———. 2019b. ICMM commits to create an international standard for tailings dams. Press release. February 26. Available at: https://www.icmm.com/en-gb/news/2019/international-standard-for-tailings-dams. Accessed June 15, 2019.

———. 2019c. ICMM, UN Environment Programme and Principals for Responsible Investment agree to co-convene mine tailings storage facilities review. Available at: https://www.icmm.com/en-gb/news/2019/tailings-review. Accessed June 17, 2019.

International Council on Mining and Metals, United Nations Environment Programme, and Principles for Responsible Investment. 2020. Global Industry Standard on Tailings Management. August. Available at: https://globaltailingsreview.org/wp-content/uploads/2020/08/global-industry-standard_EN.pdf. Accessed October 30, 2020.

International Energy Agency. 2022. *The Role of Critical Minerals in Clean Energy Transitions*. World Energy Outlook Special Report. Paris, France: International Energy Agency.

International Network for Acid Prevention. 2018. Global Acid Rock Drainage Guide (GARD Guide). Available at: http://www.gardguide.com/index.php?title=Main_Page. Accessed January 1, 2019.

Irwin, K., F. Hall, W. Kemner, E. Beighley, and P. Husby. 2008. *Testing of Dust Suppressants for Water Quality*. San Francisco, California: U.S. Environmental Protection Agency. September.

Ituarte-Villarreal, C. 2020. *Resolution Mine - Blasting data review*. Transmitted on June 17, 2020, via email to Chris Garrett. Phoenix, Arizona: SWCA Environmental Consultants.

James, I. 2020. Facing water cutbacks, Arizona farmers 'in limbo' despite $10 million federal pledge. Published April 24. Available at: https://www.azcentral.com/story/news/local/arizona-environment/2020/04/24/arizona-pinal-farmers-colorado-river-dcp-funding/3012413001/. Accessed April 5, 2023.

JE Fuller. 2020. *Skunk Camp Tailings Storage Facility: Dripping Springs Wash Geomorphic Impact Assessment*. Prepared for Resolution Copper LLC. Tempe, Arizona: JE Fuller. April.

Jeavons, D. 2018. *Summary of meeting with Superior Town Manager Todd Pryor*. Memorandum. Denver, Colorado: BBC Research and Consulting. May 17.

Johnson, S. 2020. *Resolution - All Things Water Working Group Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. February 20.

Jordan, G.L. 1981. *Range Seeding and Brush Management on Arizona Rangelands*. Tucson, Arizona: University of Arizona College of Agriculture, Cooperative Extension Service.



Karabin Jr., M. 1996. *The Rock Jock's Guide to Queen Creek Canyon, Superior, Arizona.* Phoenix, Arizona: MK Productions.

Karami, A., and M. Henderson. 2020. *Subsidence Uncertainties at the Proposed Resolution Panel Cave, Response to Malach Consulting LLC.* Project No.: 1704007. Project memorandum. Vancouver, Canada: BGC Engineering USA Inc. July 21.

KCB Consultants Ltd. 2019. *Resolution Copper Project: Skunk Camp Site Investigation.* Doc. # CCC.03-81600-EX-REP-00012 - Rev. 0. Phoenix, Arizona: KCB Consultants Ltd. November 1.

———. 2020a. *Resolution Copper Project, Skunk Camp Tailings Storage Facility, Response to Action Item WR-23: TSF Storage Contingency.* Doc. #CCC.03-81600-EX-LTR-00019 - Rev.0. Phoenix, Arizona: KCB Consultants Ltd. May 26.

———. 2020b. *Resolution Copper Project: Skunk Camp Tailings Storage Facility 'Dry' Slumping Extents.* Doc. # CCC.03-81600-EX-REP-00031 - Rev.1. Phoenix, Arizona: KCB Consultants Ltd. June 22.

———. 2020c. *Resolution Copper Project: Skunk Camp TSF Reclamation Plan.* Doc. # CCC.03-81600-EX-REP-00023 - Rev. 0. Phoenix, Arizona: KCB Consultants Ltd. June 10.

———. 2020d. *Resolution Copper Project: Skunk Camp TSF Seepage Assessment.* Doc. # CCC. 03-81600-EX-REP-00034 - Rev. 0. Phoenix, Arizona: KCB Consultants Ltd. June 26.

———. 2020e. *Response to March 18, 2020 letter from BGC Re: Resolution Copper Project EIS - Assessment of Surface Faulting Investigations at the Skunk Camp TSF Location.* Doc.# CCC.03-81600-EX-LTR-00016 - Rev.0. Phoenix, Arizona: KCB Consultants Ltd. May 14.

———. 2020f. *Skunk Camp Tailings Storage Facility Filtered Tailings Analysis Conceptual Filtered Tailings Impoundment Layout and Staging.* Doc. # CCC.03-81600-EX-LTR-00010 - Rev. 1. Phoenix, Arizona: KCB Consultants Ltd. January 17.

———. 2020g. *Skunk Camp Tailings Storage Facility, Response to Geo-Subsidence/Seismic Working Group Action Items #GS-2 and #GS-10, Related to Seismicity.* Doc. # CCC.03-81600-EX-LTR-00016 - Rev. 0. Phoenix, Arizona: KCB Consultants Ltd. March 24.

———. 2021. *Resolution Copper Project: Skunk Camp TSF Reclamation Plan.* Doc. # CCC.03-81600-EX-REP-00023 - Rev. 1. Phoenix, Arizona: KCB Consultants Ltd. May.

Keay, T. 2018. *Locations of historical pumping.* Personal communication from Todd Keay, Montgomery and Associates, to Chris Garrett, SWCA Environmental Consultants. Clarification requested regarding DEIS. Email dated December 12, 2018.

Khera, S., and P.S. Mariella. 1983. Yavapai. In *Handbook of North American Indians*, edited by W.C. Sturtevant. Washington, D.C.: Smithsonian Institution.

Kidner, L., and J. Pilz. 2019. *Resolution Copper Mining - Alternative 5: Peg Leg Water Balance - Additional BADCT Technologies to Reduce Seepage.* Project No. 1788500.002 TM02 Rev1. Technical memorandum. Lakewood, Colorado: Golder Associates Inc. January 28.

King, A.M. 2020. *A Cultural Resources Inventory of 250 Acres West of Superior in the Tonto National Forest Globe Ranger District, Pinal County, Arizona: The Southeast Arizona Land Exchange and Conservation Act Superior Airport Contiguous Parcels Survey*. Cultural Resources Report 2015-66. Project No. 807.110. Tucson, Arizona: WestLand Resources, Inc. July 31.

King, A.M., S.A. Brown, and W.L. Deaver. 2019. *Resolution Copper Project Cultural Resources Inventory, Volume 2: Site Descriptions*. Cultural Resources Report 2017-105. Project Number: 807.133. Tucson, Arizona: WestLand Resources, Inc. March 22.

King, A.M., and A. Buckles. 2015. *A Revised Cultural Resources Inventory of the Magma Arizona Railroad Right-of-Way, Pinal County, Arizona*. Cultural Resources Report 2015-25. ASM Accession No. 2015-0268. Project No. 807.44/807.100. Tucson, Arizona: WestLand Resources, Inc. June 24.

King. A.M,, and W.L. Deaver. 2018. *A 242-Acre Sample Survey of the Oak Flat Land Exchange Parcel in Support of the Resolution Copper Project.* Cultural Resources Report 2018-60. Project Number: 807.157. Tucson, Arizona: WestLand Resources, Inc. November 6.

King, A.M., W.L. Deaver, P. Miller, S. Cowell, J. Charest, J.A. Bernatchez, S. O'Mack, S. Brown, L. Palacios, and G. Tinseth. 2021. *A Cultural Resources Inventory of 13,065 Acres for the Skunk Camp Tailings Storage Facility Alternative and Pipeline Corridors, Gila and Pinal Counties, Arizona*. Volumes 1-3. Cultural Resources Report 2020-90. ASM Accession No. 2019-328. Project Numbers: 807.161/177. Tucson, Arizona: WestLand Resources, Inc. November 15.

King, A.M., and L. Shingoitewa. 2020. *Resolution Copper Project Cultural Resources Inventory Volume 3: Archaeological and Tribal Monitor Survey Summary Report for the Peg Leg, Silver King, Near West, and Oak Flat Projects in Pinal County, Arizona: Tonto National Forest, Mesa and Globe Ranger Districts*. Cultural Resources Report 2019-83. Project Number: 807.191. Tucson, Arizona: WestLand Resources, Inc. February 3.

King, T.F. 2003. Considering the cultural importance of natural landscapes in NEPA review: The Mushgigamongsebe example. *Environmental Practice* 5(4):298-301.

Klein, E., M. Gilbert, S. Lisius, R. Richards, M. Ross, C. Woods, B. Calamusso, D. Pollock, and J. Spencer. 2005. *Tonto National Forest Land and Resource  Management Plan: Management Indicator Species Status Report*. Version 2.0. Revised. Originally prepared in 2002 U.S. Forest Service. July 15.

Kliche, C.A. 2017. *Alternative Mining Methods, Resolution Copper Mining, LLC, Superior, AZ.* Technical memorandum. Phoenix, Arizona: SWCA Environmental Consultants. November 1.

———. 2019. *Memorandum regarding spreadsheet analysis of mining economics: "Dave Chambers, CSP2, 2/14/05 - updated with 2018 copper prices"*. Phoenix, Arizona: SWCA Environmental Consultants. February 13.

———. 2020. *Response to "Comments on the Resolution Copper Draft Environmental Impact Statement," dated October 28, 2019 by Dr. David M. Chambers*. Phoenix, Arizona: SWCA Environmental Consultants. January 29.

Klohn Crippen Berger Ltd. 2016. *Resolution Copper Project: Near West Tailings Storage Facility Closure Cover Study*. Vancouver, Canada: Klohn Crippen Berger Ltd. March.

Final Environmental Impact Statement

————. 2017. *Resolution Copper Project: Near West Tailings Storage Facility, Geotechnical Site Characterization Report*. 4 vols. Vancouver, Canada: Klohn Crippen Berger Ltd. October 20.

————. 2018a. *Resolution Copper Project: DEIS Design for Alternative 3A Near West Modified Proposed Action (Modified Centerline Embankment - "wet")*. Doc. # CCC.03-26000-EX-REP-00002 - Rev.0. Vancouver, Canada: Klohn Crippen Berger Ltd. June 8.

————. 2018b. *Resolution Copper Project: DEIS Design for Alternative 3B Near West Modified Proposed Action (High-density Thickened NPAG Scavenger and Segregated PAG Pyrite Cell)*. Doc. # CCC.03-26000-EX-REP-00005 - Rev.0. Vancouver, Canada: Klohn Crippen Berger Ltd. June 8.

————. 2018c. *Resolution Copper Project: DEIS Design for Alternative 4 - Silver King Filtered*. Doc. # CCC.03-26000-EX-REP-00006 - Rev.0. Vancouver, Canada: Klohn Crippen Berger Ltd. June 4.

————. 2018d. *Resolution Copper Project: DEIS Design for Alternative 6 - Skunk Camp*. Doc. # CCC.03-81600-EX-REP-00006 - Rev.1. Vancouver, Canada: Klohn Crippen Berger Ltd. August 8.

————. 2018e. *Resolution Copper Project: DEIS Design for Alternative 8 - Skunk Camp*. Doc. # CCC.03-81600-EX-REP-00006 - Rev.0. Vancouver, Canada: Klohn Crippen Berger Ltd. June 12.

————. 2019a. *Resolution Copper Project DEIS Alternatives Failure Modes*. Doc. # CCC.03-81600-EX-REP-00011 - Rev.0. Vancouver, Canada: Klohn Crippen Berger Ltd. January.

————. 2019b. *Resolution Copper Project: DEIS Alternative 4 Silver King Filtered - Uncaptured Seepage*. Doc. # CCC.03-81600-EX-REP-00010 - Rev.1. Vancouver, Canada: Klohn Crippen Berger Ltd. January 23.

————. 2019c. *Resolution Copper Project: DEIS Design for Alternative 6 Skunk Camp, Appendix IV Seepage Estimate Amendment*. Doc. # CCC.03-81600-EX-REP-0006 Rev.2. Vancouver, Canada: Klohn Crippen Berger Ltd. January 30.

————. 2019d. *Resolution Copper Project: Summary of DEIS Tailings Alternatives Seepage Control Levels*. Doc. # CCC.03-81600-EX-LTR-00001 - Rev.0. Vancouver, Canada: Klohn Crippen Berger Ltd. February 22.

Kloppenburg, A. 2017. *Summary of Geological Information Relevant to Development of the Porphyry Cu-Mo Resolution Deposit, Arizona*. Prepared for Resolution Copper. The Hague, Netherlands: 4D Geo - Applied Structural Geology. May.

Knauer, H., S. Pederson, C.N. Reherman, J.L. Rochat, E.S. Thalheimer, M.C. Lau, G.G. Fleming, M. Ferroni, and C. Corbisier. 2006. *FHWA Highway Construction Noise Handbook*. Washington, D.C.: U.S. Department of Transportation, Federal Highway Administration; Boston, Massachusetts: Parsons Brinckerhoff Quade and Douglas; Harrisburg, Pennsylvania: Environmental Acoustics Inc.; Etobicoke, Canada: Catseye Services. August.

Koyiyumptewa, S.B., and C. Colwell-Chanthaphonh. 2011. The Past is Now: Hopi Connectins to Ancient Times and Places. In *Movement, Connectivity, and Landscape Change in the Ancient Southwest*, edited by M.C. Nelson and C. Strawhacker. Boulder, Colorado: University Press of Colorado.

6-RCMSER-1646

Resolution Copper Project and Land Exchange

Larrauri, P.C., and U. Lall. 2018. Tailings dam failures: Updated statistical model for discharge volume and runout. *Environments* 5(28).

Lathrop, E.W., and E.F. Archbold. 1980. Plant response to utility right of way construction in the Mojave Desert. *Environmental Management* 4(3):215--226.

Lavoie, J. 2017. Who's paying for the clean up of the worst mining spill in Canadian History? *The Tyee*, 31 March. Vancouver, Canada.

Lawson, H. 2012. *Rosemont Reclamation Treatments*. Memorandum to file. Document No. 069/12. Tucson, Arizona: Rosemont Copper Company. July 18.

Lawson, H.M. 2011. Grassland Revegetation for Mine Reclamation in Southeast Arizona. M.S. thesis, School of Natural Resources and the Environment, University of Arizona, Tucson.

Lehman, T. 2017. *USGS Regression Equation Computations for Queen Creek and Devil's Canyon*. Memorandum. Tempe, Arizona: JE Fuller. October 2.

———. 2018. *USGS Regressions Equation Computation Updates for Queen Creek, Devil's Canyon, Dripping Springs Wash (Skunk Camp), and Donnelly Wash area (Peg Leg)*. Memorandum. Tempe, Arizona: JE Fuller. August 30.

Levick, L.R., D.C. Goodrich, M. Hernandez, J. Fonseca, D.J. Semmens, J. Stromberg, M. Tluczek, R.A. Leidy, M. Scianni, D.P. Guertin, and W.G. Kepner. 2008. *The Ecological and Hydrological Significance of Ephemeral and Intermittent Streams in the Arid and Semi-arid American Southwest*. EPA/600/R-08/134; ARS/233046. U.S. Environmental Protection Agency and Agricultural Research Service Southwest Watershed Research Center.

Lindeman, M. 2003. *Cultural Resources Survey of a Hydrologic Test Site East of Superior, Pinal County, Arizona*. Project Report No. 03-218. Project No. 03-160. Tucson, Arizona: Desert Archaeology, Inc. December 19.

Lindeman, M.W., and G.J. Whitney. 2005. *The Resolution Project: Results of an Archaeological Survey in Pinal County, Arizona*. Technical Report No. 2003-10. Tucson, Arizona: Desert Archaeology, Inc. September.

Liu, L., D. Xiang, H. Cao, and P. Li. 2022. Life Cycle Energy Consumption and GHG Emissions of the Copper Production in China and the Influence of Main Factors on the above Performance. *Processes* 10(2022):1-12.

Liu, S., K. Nelson, D. Yunker, W. Hipke, and F. Corkhill. 2014. *Regional Groundwater Flow Model of the Pinal Active Management Area, Arizona: Model Update and Calibration*. Model Report No. 26. Phoenix: Arizona Department of Water Resources, Hydrology Division. February.

Logan Simpson. 2018. *Pinal County Community Wildfire Protection Plan*. Tempe, Arizona: Logan Simpson. June.

Logan Simpson Design Inc. 2007. *Pinal County Open Space and Trails Master Plan*. Tempe, Arizona: Logan Simpson Design Inc. October 31.

———. 2009. *Scoping Report US 60 Superior to Globe: MP 222.6 to MP 258.0*. Federal Aid No. STP-060-D(AAL). ADOT Project No. 060 GI 222 H7162 01L. Prepared for Arizona Department of Transportation. Tempe, Arizona: Logan Simpson Design Inc. December.

Loomis, T. 2020. *Resolution All Things Water Work Group Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. March 26.

Lopez, D. 2007. Huhugam. In *The Hohokam Millennium*, edited by S.K. Fish and P.R. Fish. Santa Fe, New Mexico: School for Advanced Research Press.

Louis Berger Group Inc. 2013. *Queen Creek TMDL Modeling Report*. Prepared for Arizona Department of Environmental Quality. Washington, DC: Louis Berger Group Inc. January.

Lovich, J.E., and D. Bainbridge. 1999. Anthropogenic degradation of the Southern California desert ecosystem and prospects for natural recovery and restoration. *Environmental Management* 24(3):309-326.

Ludington, S., B.C. Moring, R.J. Miller, P.A. Stone, A.A. Bookstrom, D.R. Bedford, J.G. Evans, G.A. Haxel, C.J. Nutt, K.S. Flyn, and M.J. Hopkins. 2007. Preliminary integrated geologic map databases for the United States. Western States: California, Nevada, Arizona, Washington, Oregon, Idaho, and Utah. Version 1.3. USGS Open-File Report (2005-1305). Available at: https://pubs.usgs.gov/of/2005/1305/. Accessed January 5, 2019.

Lyu, Z., J. Chai, Z. Xu, Y. Qin, and J. Cao. 2019. A comprehensive review on reasons for tailings dam failures based on case history. *Advances in Civil Engineering* 2019:1-18.

M3 Engineering and Technology Corporation. 2018. *Outdoor Lighting and Pinal County Outdoor Lighting Code*. M3-PN140023.605. Revision 3. Technical Memo. Chandler, Arizona: M3 Engineering. July 23.

———. 2019. *Resolution Copper Project: Concentrate Pipeline Corridor Management Plan, Superior, Arizona*. Revision 4. Project No. M3-PN140023.603. Chandler, Arizona: M3 Engineering and Technology Corporation. May 2.

———. 2020. *Viability of In-Situ Leaching of the Resolution Copper Deposit, Superior, Arizona*. Revision P2. Project No. M3-PN190368. Chandler, Arizona: M3 Engineering and Technology Corporation. July 13.

Maptek Pty Ltd. 2011. *Laser Scanning Report: Apache Leap Monitoring*. Lakewood, Colorado: Maptek Pty Ltd. September 27.

———. 2012. *Laser Scanning Report: Apache Leap Monitoring*. Lakewood, Colorado: Maptek Pty Ltd. March 8.

———. 2014a. *Change Detection Report: Apache Leap, Resolution Copper, Superior, AZ - June 12*. Lakewood, Colorado: Maptek Pty Ltd.

———. 2014b. *Change Detection Report: Apache Leap, Resolution Copper, Superior, AZ - November 18*. Lakewood, Colorado: Maptek Pty Ltd.

———. 2015. *Change Detection Report: Apache Leap, Resolution Copper, Superior, AZ*. Lakewood, Colorado: Maptek Pty Ltd. November 24.

———. 2016. *Change Detection Report: Apache Leap, Resolution Copper, Superior, AZ*. Lakewood, Colorado: Maptek Pty Ltd. May 16.

6-RCMSER-1648

————. 2017. *Change Detection Report: Apache Leap, Resolution Copper, Superior, AZ.* Lakewood, Colorado: Maptek Pty Ltd. January 17.

Maricopa County. 2017. *Comprehensive Annual Financial Report, Maricopa County, Arizona: Fiscal Year Ended June 30, 2016.* Phoenix, Arizona: Maricopa County Department of Finance. February 28.

Maricopa County Flood Control District. 2018. Whitlow Ranch Dam - ID # 6739. Available at: http://alert.fcd.maricopa.gov/alert/Flow/6739.htm. Accessed December 22, 2018.

Marshall, K.A. 1995. Larrea tridentata. In Fire Effects Information System. U.S. Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory. Available at: https://www.fs.fed.us/database/feis/plants/shrub/lartri/all.html. Accessed September 10, 2018.

McLaughlin, S.P., and J.E. Bowers. 1982. Effects of wildfire on a Sonoran Desert plant community. *Ecology* 63(1):246-248.

McLaughlin, S.P., E.L. Geiger, and J.E. Bowers. 2001. Flora of the Appleton-Whittell Research Ranch, northeastern Santa Cruz County, Arizona. *Journal of the Arizona-Nevada Academy of Science* 33(2):113-131.

Meixner, T., A.H. Manning, D.A. Stonestrom, D.M. Allen, H. Ajami, K.W. Blasch, A.E. Brookfield, C.L. Castro, J.F. Clark, D.J. Gochis, A.L. Flint, K.L. Neff, R. Niraula, M. Rodell, B.R. Scanlon, K. Singha, and M.A. Walvoord. 2016. Implications of projected climate change for groundwater recharge in the western United States. *Journal of Hydrology* 534(2016):124-138.

Melillo, J.M., T. Richmond, and G.W. Yohe (eds.). 2014. *Climate Change Impacts in the United States: The Third National Climate Assessment.* Washington, D.C.: U.S. Global Change Research Program. October.

Meza-Cuadra, G., and D. Oliver. 2018. *Responses to Regional Groundwater Model Queries.* Technical Memorandum. Greenwood Village, Colorado: WSP USA. January 9.

Meza-Cuadra, G., and C. Pantano. 2020. *Response to WR-22 - Hydraulic gradients near block cave at closure.* Greenwood Village, Colorado: WSP USA. April 22.

Meza-Cuadra, G., C. Pantano, and D. Oliver. 2018a. *Resolution Copper Groundwater Flow Model - Predicted Flows to Block Cave.* Greenwood Village, Colorado: WSP. September 28.

————. 2018b. *Resolution Copper Groundwater Flow Model - Predictive Results.* Greenwood Village, Colorado: WSP USA. October 31.

————. 2018c. *Resolution Copper Groundwater Flow Model - Sensitivity Analysis.* Greenwood Village, Colorado: WSP USA. November 19.

Milczarek, M.A., F.M. Steward, W.B. Word, M.M. Buchanan, and J.M. Keller. 2011. Final results for the Morenci tailings experimental reclamation plots. Paper presented at the Conference: VI International Seminar on Mine Closure, Lake Louise, Canada.

Mining and Mineral Resources Division. 2015. *Mount Polley Mine Tailings Storage Facility Breach: August 4, 2014.* Investigation Report of the Chief Inspector of Mines. Victoria, Canada: Mining and Mineral Resources Division, Ministry of Energy and Mines, British Columbia. November 30.

Mining Association of Canada. 2017. *A Guide to the Management of Tailings Facilities*. Third edition. Ottawa, Canada: Mining Association of Canada. October.

———. 2019. *A Guide to the Management of Tailings Facilities*. Version 3.1. Ottawa, Canada: Mining Association of Canada. February.

Ministry of Energy and Mines. 2017. *Health, Safety and Reclamation Code for Mines in British Columbia*. Rev. Victoria, Canada: Ministry of Energy and Mines, British Columbia. June.

Minnesota Forest Resources Council. 1999. Forest Soil Productivity. In *Sustaining Minnesota Forest Resources: Voluntary Site-Level Forest Management Guidelines for Landowners, Loggers and Resource Managers*. St. Paul: Minnesota Forest Resources Council. February.

Missoula Fire Sciences Laboratory. 2012. Information from LANDFIRE on fire regimes of Sonoran desert shrublands. In: Fire Effects Information System, [Online]. U.S. Forest Service, Rocky Mountain Research Station. Available at: https://www.fs.fed.us/database/feis/fire_regimes/Sonoran_desert_shrub/all.html. Accessed September 27, 2018.

Mitchell, C., and G.W. Sutte. 2015. Sole-Source Lighting for Controlled-Environment Agriculture. Available at: https://ntrs.nasa.gov/archive/nasa/casi.ntrs.nasa.gov/20150009399.pdf. Accessed June 4, 2019.

Monsen, S.B., R. Stevens, and N.L. Shaw. 2004. *Restoring Western Ranges and Wildlands* General Technical Report RMRS-GTR-136-vol. 1. Fort Collins, Colorado: U.S. Forest Service, Rocky Mountain Research Station. September.

Montgomery and Associates Inc. 2012. *Results of Hydrochemical Characterization of Groundwater Upper Queen Creek/Devils Canyon Study Area: Resolution Copper Mining LLC, Pinal County, AZ*. Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. March 15.

———. 2013. *Surface Water Baseline Report: Devils Canyon, Mineral Creek and Queen Creek Watersheds, Resolution Copper Mining LLC, Pinal County, Arizona*. Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. May 16.

———. 2016. *Hydrochemistry Addendum Groundwater and Surface Water, Upper Queen Creek/Devils Canyon Study Area*. Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. August 11.

———. 2017a. *2017 Oak Flat Surface Water Monitoring Program, Pinal County, Arizona*. Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. November 13.

———. 2017b. *Analysis of Groundwater Level Trends, Upper Queen Creek/Devils Canyon Study Area: Resolution Copper Mining LLC, Pinal County, Arizona*. Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. February 2.

———. 2017c. *Construction, Development, and Testing of Hydrologic Test Wells at the Near West Tailings Site: Resolution Copper, Pinal County, Arizona*. Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. October 18.

Resolution Copper Project and Land Exchange

————. 2017d. *Surface Water Baseline Addendum: Upper Queen Creek, Devils Canyon, and Mineral Creek Watersheds.* Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. January 26.

————. 2018. *System-wide Hydrologic Water Flow Budget: Resolution Copper, Pinal County, Arizona.* Tucson, Arizona: Montgomery and Associates Inc. June 6.

————. 2019a. *Aquifer Testing Results for Skunk Camp Hydrogeological Investiation, Pinal and Gila Counties, Arizona.* Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates. November 7.

————. 2019b. *Monitoring and Mitigation Plan for Groundwater Dependent Ecosystems and Water Wells.* Tucson, Arizona: Montgomery and Associates Inc. April 12.

————. 2020a. *Conceptual Hydrogeologic Model: Skunk Camp Tailings Storage Facility Alternative.* Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates. June 29.

————. 2020b. *Monitoring and Mitigation Plan for Groundwater Dependent Ecosystems and Water Wells.* Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates. September 1.

————. 2020c. *Numerical Groundwater Flow Model for the Skunk Camp Tailings Storage Facility.* Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. July 17.

————. 2020d. *Response to Groundwater Work Group Action item WR-12: Assessment of Potential Sources of Impact in the Queen Valley Are.* Project #: 605.1608. Technical memorandum. Tucson, Arizona: Montgomery and Associates. April 20.

————. 2020e. *Skunk Camp Area Data Submittal - Response to Water Working Group Action Item WR-7.* Project #: 605.1608. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. April 24.

————. 2020f. *Skunk Camp Water Quality Monitoring Program, Pinal and Gila Counties, Arizona.* Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates Inc. August 28.

————. 2020g. *Summary of Results for 2020 Site Investigations at the Skunk Camp Storage Facility.* Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates. July 3.

————. 2022. *Monitoring and Mitigation Plan for Groundwater Dependent Ecosystems and Water Wells.* Prepared for Resolution Copper. Tuscon, Arizona: Montgomery and Associates. December 7.

Montgomery and Associates Inc., and Resolution Copper. 2016. *Hydrograph Set for Current Hydrogeologic Monitoring Network, Resolution Copper Mining, LLC, Superior, Arizona.* Tucson, Arizona: Montgomery and Associates Inc.; Superior, Arizona: Resolution Copper. July 11.

Montgomery and Associates Inc., and WestLand Resources Inc. 2017. *Spring and Seep Catalog, Resolution Copper Project Area, Upper Queen Creek and Devils Canyon Watersheds.* Version 1.0. Prepared for Resolution Copper. Tucson, Arizona: Montgomery and Associates, Inc. and WestLand Resources, Inc. October 3.

Final Environmental Impact Statement

Morey, D. 2018a. *Resolution Biology Working Group Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. August 27.

———. 2018b. *Resolution Geology Working Group Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. June 12.

———. 2018c. *Resolution Geology/Subsidence Workgroup Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. March 16.

———. 2018d. *Resolution Groundwater WG #8 Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. May 15.

———. 2018e. *Resolution Groundwater Working Group Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. September 12.

———. 2020a. *Resolution All Things Water Working Group Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. January 23.

———. 2020b. *Resolution Mitigation Discussion Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. June 17.

———. 2020c. *Resolution Water Work Group Meeting*. Phoenix, Arizona: SWCA Environmental Consultants. April 23.

———. 2020d. *Resolution Water Work Group Meeting #7* Phoenix, Arizona: SWCA Environmental Consultants. July 30.

———. 2020e. *Resolution Water Workgroup Meeting #6*. Phoenix, Arizona: SWCA Environmental Consultants. June 25.

Morey, D., and M. Ritter. 2016. *Key Personnel Selection for Resolution Copper Project and Land Exchange Environmental Impact Statement*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. December 22.

Morganstern, N.R. 2018. Geotechnical risk, regulation and public policy. *Soils and Rocks* 41(2):107-129.

Morris, G.M., C. Kline, and S.M. Morris. 2015. Status of Danaus plexippus population in Arizona. *Journal of the Lepidopterists' Society* 69(2):91-107.

Morrison Institute for Public Policy. 2006. *The Treasure of the Superstitions: Scenarios for the Future of Superstition Vistas*. Phoenix: Arizona State University, Morrison Institute for Public Policy. April.

MWH Americas Inc. 2013. Appendix G: Geochemical Characterization Data Summary Report. In *General Plan of Operations, Resolution Copper Mining*. Fort Collins, Colorado: MWH Americas Inc. August.

———. 2014. *Final Resolution Copper Tailings Geochemical Characterization Data Summary Report*. Steamboat Springs, Colorado: MWH Americas Inc. March.

National Academy of Sciences. 2013. *Induced Seismicity Potential in Energy Technologies.* Washington D.C.: National Academies Press.

6-RCMSER-1652

National Agricultural Statistics Service. 2014. *2012 Census of Agriculture: American Indian Reservations.* AC-12-S-5. Volume 2. National Agricultural Statistics Service, U.S. Department of Agriculture. August 29.

National Park Service. 1997. *How to Apply the National Register Criteria for Evaluation.* National Register Bulletin. Washington D.C.: National Park Service. Originally published 1990. Revised 1991, 1995, 1997.

———. 2020. Understand Cultural Landscapes. Available at: https://www.nps.gov/subjects/culturallandscapes/understand-cl.htm. Accessed October 30, 2020.

Natural Resources Conservation Service. 2017. Web Soil Survey. Available at: https://websoilsurvey.sc.egov.usda.gov/App/HomePage.htm. Accessed January 2, 2019.

———. 2018. Title 430 - VI - National Soil Survey Handbook, Part 618 - Soil Properties and Qualities, Subpart A - General Information. Available at: https://directives.sc.egov.usda.gov/OpenNonWebContent.aspx?content=41981.wba. Accessed January 2, 2019.

———. 2025. Plants Database: Plant List of Attributes, Names, Taxonomy, and Symbols. Available at: https://plants.usda.gov/home. Accessed April 11, 2025.

Nature Conservancy. 2016. *7B Ranch Management Plan.* Rev. Prepared for Resolution Copper. Nature Conservancy. October.

NatureServe Explorer. 2025. NatureServe Explorer. Species profiles (the dates of individual species profiles differ). Available at: https://explorer.natureserve.org/. Accessed February 2025.

Newell, E. 2018a. *Cultural Resources Analysis: Assumptions, Methodology Used, and Relevant Regulations, Laws, and Guidance, and Key Documents.* Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018b. *Environmental Justice Resource Analysis: Assumptions, Methodology Used and Relevant Regulations, Laws, and Guidance, and Key Documents.* Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018c. *Livestock and Grazing Resource Analysis: Assumptions, Methodology Used and Relevant Regulations, Laws, and Guidance and Key Documents.* Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018d. *Noise and Vibration Resource Analysis: Assumptions, Methodology Used and Relevant Regulations, Laws, and Guidance, and Key Documents.* Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018e. *Recreation Resource Analysis: Assumptions, Methodology Used and Relevant Laws, Guidance, and Key Documents.* Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018f. *Socioeconomics Resource Analysis: Assumptions, Methodology Used and Relevant Regulations, Laws, and Guidance, and Key Documents.* Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018g. *Soils and Vegetation Resource Analysis: Assumptions, Methodology Used, Relevant Regulations, Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018h. *Transportation and Access Resource Analysis: Assumptions, Methodology Used and Relevant Regulations, Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018i. *Tribal Values and Concerns Resource Analysis: Assumptions, Methodology Used and Relevant Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018j. *Wildlife Resource Analysis: Assumptions, Methodology Used and Relevant Regulations, Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2020. *Oyu Tolgoi Mine Research*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. July 1.

Newell, E., and C. Garrett. 2018a. *Geology, Minerals, and Subsidence Resource Analysis: Assumptions, Methodology Used, Relevant Regulations, Laws, and, Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018b. *Public Health & Safety Resource Analysis: Assumptions, Methodology Used, Relevant Regulations, Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 8.

———. 2018c. *Public Health and Safety Resource Analysis: Assumptions, Methodology Used, Relevant Regulations, Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

———. 2018d. *Water Resource Analysis: Assumptions, Methodology Used, Relevant Regulations, Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

Newell, E., C. Garrett, and B. Sohm. 2018. *Air Quality Resource Analysis: Assumptions, Methodology Used, Relevant Regulations, Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

Newell, E., J. Grams, and C. Bockey. 2018. *Scenic Resources Analysis: Assumptions, Methodology Used and Relevant Regulations, Laws, and Guidance, and Key Documents*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. August 6.

Newell, E., K. Perry, and D. Morey. 2020. *Post-DEIS Update: Determination of Reasonably Foreseeable Actions Considered in Cumulative Effects Analysis*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 28.

Nez, N. 2014. *Tonto National Forest's Nomination of Chi'chil Bildagoteel, commonly known as Oak Flat and Apache Leap, to the National Register of Historic Places as an Apache Traditional Cultural Property*. Briefing paper. Phoenix, Arizona: Tonto National Forest. October 31.

————. 2016. *Chi'chil Bildagoteel Historic District, Traditional Cultural Property, National Register of Historic Places.* NPS Form 10-900. Phoenix, Arizona: U.S. Forest Service, Tonto National Forest.

Nicholls, H.R., C.F. Johnson, and W.I. Duvall. 1971. *Blasting Vibrations and Their Effects on Structures.* Bulletin 656. U.S. Department of the Interior, Bureau of Mines.

Nightingale, B., T. Longcore, and C.A. Simenstad. 2006. Artificial night lighting and fishes. In *Ecological Consequences of Artificial Night Lighting,* edited by C. Rich and T. Longcore. Washington, D.C.: Island Press.

Nilsen, E., and R. Ramirez. 2022. New water cuts coming for Southwest as Colorado River falls into Tier 2 shortage. Published August 16. Available at: https://www.cnn.com/2022/08/16/us/colorado-river-water-cuts-lake-mead-negotiations-climate/index.html. Accessed April 3, 2023.

Nilsson, A.E., M.M. Aragonés, F.A. Torralvo, V. Dunon, H. Angel, K. Komnitsas, and K. Willquist. 2017. A Review of the Carbon Footprint of Cu and Zn Production from Primary and Secondary Sources. *Minerals* 7(9):1-12.

Nogueira, M., and C. Plumb. 2020. Exclusive: Brazil prosecutor aims to charge Vale within days over mining waste dam disaster. *Reuters,* 8 January.

NoiseQuest. 2011. What does noise affect? Available at: http://www.noisequest.psu.edu/NoiseAffect.Wildlife.html Accessed May 10, 2013. Webpage no longer available.

Nosie Sr., W. 2007. *Testimony Before the U.S. House Natural Resources Committee, Subcommittee on National Parks, Forests and Public Lands: Concerning the Southeast Arizona Land Exchange and Conservation Act of 2007 H.R. 3301.* November 1.

————. 2009. *Testimony Before the U.S. Senate Energy and Natural Resources Committee, Subcommittee on Public Lands and Forests.* June 17.

————. 2020. *Written Testimony before the House Committee on Natural Resources, Subcommittee for Indigenous Peoples of the United States, Oversight Hearing on the Irreparable Environmental and Cultural Impacts of the Proposed Resolution Copper Mining Operation.* March 12.

Oliver, D. 2017. *Climbing Resources Inventory.* Project Number: 31400706. Technical memorandum. Denver, Colorado: WSP Parsons Brinckerhoff. April 14.

————. 2020. *Queen Creek Climbing Mitigation and Access Plan.* F102201102-TE-MEM-01. Greenwood, Colorado: FloSolutions USA, Ltd. September 10.

Organization of American States. 2016. *American Declaration on the Rights of Indigenous Peoples.* AG/RES.2888. Santo Domingo, Dominican Republic: Organization of American States. June 15.

Parker, H.M. 2017. *RE: 2016 Geological and Mineral Resource Model - Suitability for Declaration of Mineral Resources and Support for Mine Plans to Develop a Block or Panel Cave Mine.* Letter report prepared for Carl Hehnke, Resolution Copper. Reno, Nevada: Amec Foster Wheeler E and C Services, Inc. March 14.

Parker, P.L., and T.F. King. 1998. *Guidelines for Evaluating and Documenting Traditional Cultural Properties.* National Register Bulletin 38. Originally published 1990 (revised 1992), U.S. Department of the Interior, National Park Service, Washington, D.C.

Pater, L.L., T.G. Grubb, and D.K. Delaney. 2009. Recommendations for improved assessment of noise impacts on wildlife. *Journal of Wildlife Management* 73(5):788-795.

Paton, P.W.C. 1994. The effect of edge on avian nest success: How strong is the evidence? *Conservation Biology* 8(1):17-26.

Patterson, K. 2022. *Response to BLM's Comments on the EIS TSF Stormwater Management and GISTM TSF Breach Analysis.* Phoenix, Arizona: KCB Consultants Ltd. October 21.

Peacey, V. 2020a. *Response to EIS Action Item EIS-262.* Transmitted on June 12, 2020, via email to Mary Rasmussen. Superior, Arizona: Resolution Copper.

———. 2020b. *Response to Mitigation Comments - Part 4 - M-W16.* Transmitted on October 20, 2020, via email to Chris Garrett. Superior, Arizona: Resolution Copper.

———. 2020c. *Update on action item WR-18; minor add'l output needed.* Transmitted on June 21, 2020, via email to Chris Garrett, SWCA Environmental Consultants. Superior, Arizona: Resolution Copper.

Peacock, B. n.d. [1996]. *Energy and Cost to Required to Lift or Pressurize Water.* Pub. IG6-96. Tulare, California: University of California, Cooperative Extension.

Perkl, R.M. 2013. *Arizona Landscape Integrity and Wildlife Connectivity Assessment.* Prepared for Arizona Game and Fish Department Statewide Connectivity Team. Tucson: University of Arizona. January 1.

Perry, G., and R.N. Fisher. 2006. Night lights and reptiles: Observed and potential effects. In *Ecological Consequences of Artificial Night Lighting,* edited by C. Rich and T. Longcore, pp. 169-191. Washington, D.C.: Island Press.

Person, D. 2021. A matter of priorities. How the CAP Priority System works. Available at: https://knowyourwaternews.com/a-matter-of-priorities/. Accessed April 5, 2023.

Peterson, F.F. 1981. *Landforms of the Basin and Range Province: Defined for Soil Survey.* Technical Bulletin 28. Reno, Nevada: University of Nevada, Reno. January.

Peterson, J. 2023. *Research into Effectiveness of Biological Mitigation Measures.* Process memorandum to file. Las Vegas, Nevada: SWCA Environmental Consultants. March 26.

Piechota, T., J.v. Ee, J. Batista, K. Stave, and D. James (eds.). 2004. *Potential Environmental Impacts of Dust Suppressants: "Avoiding Another Times Beach".* An Expert Panel Summary, Las Vegas, Nevada, May 30-31, 2002. Report No. EPA/600/R-04/031. University of Nevada-Las Vegas: U.S. Environmental Protection Agency. March 30.

Pierce, M. 2020. *Response to Action Item GS-11.* Transmitted on March 13, 2020, via email to Victoria Peacey. Minneapolis, Minnesota: Pierce Engineering.

(221 of 282), Page 221 of 282

Case 2:21-cv-00068-DWL    Document 106-3    Filed 07/14/25    Page 219 of 355
Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 221 of 282

Resolution Copper Project and Land Exchange

Pierce, M., and T. Garza-Cruz. 2018. *Answers to Questions Raised in March 16, 2018 Review of Itasca Analysis of Resolution Subsidence*. Ref: 2-4208-04: 18TM15. Minneapolis, Minnesota: Pierce Engineering and Itasca Consulting Group, Inc. May 2.

Pike, N. 2020. *Written Testimony for the House Natural Resources Subcommittee for Indigenous Peoples of the United States Oversight Hearing on "The Irreparable Environmental and Cultural Impacts of the Proposed Resolution Copper Mining Operation"*. March 12.

Pilz, J. 2019. *Alternative 5 - Impacts to Public Safety*. Project No. 1788500.002 TM01 Rev0. Technical memorandum. Salt Lake City, Utah: Golder Associates Inc. January 11.

Pinal County. 2016. *Pinal County, Arizona: Comprehensive Annual Financial Report for the Fiscal Year Ended June 30, 2015*. Florence, Arizona: Pinal County Finance Department. June 24.

———. 2020. Treasurer Parcel Inquiry. Area Code Rates. Available at: https://treasurer.pinalcountyaz.gov/ParcelInquiry/Main/AreaCodeRates. Accessed July 9, 2020.

Pinal County Assessor's Office. 2017. *Pinal County Arizona parcel data*. Florence, Arizona: Pinal County. August 22.

Porter, M., G. Ferris, M. Leir, M. Leach, and M. Haderspock. 2016. Updated estimates of frequencies of pipeline failures caused by geohazards. Paper presented at the 11th International Pipeline Conference, Calgary, Canada.

Poseyesva, L.T. 2020a. *Addendum to a Cultural Resources Inventory of 40.4 Acres of Private Property near Superior, Pinal County, Arizona: The Castleberry Campground Waterline Project*. Cultural Resources Report 2020-0089. Project Number: 807.133/807.184. Tucson, Arizona: WestLand Resources, Inc. July 31.

———. 2020b. *A Cultural Resources Inventory of 2.6 Miles for the Inconceivables Road Project on the Tonto National Forest, South of Superior, Pinal County, Arizona: Resolution Copper*. Cultural Resources Report 2020-17. Project Number: 807.200. Tucson, Arizona: WestLand Resources, Inc. May 29.

———. 2020c. *Addendum to A Cultural Resources Inventory for the Recreational Users Group Conceptual Trail System within the Vicinity of Superior, Pinal County, Arizona: The Forest Road 4 Reroute*. Cultural Resources Report 2020-81. Project Number: 807.184 05. Tucson, Arizona: WestLand Resources, Inc. July 10.

Prasciunas, M.M., and S. Chamorro. 2012. *A Cultural Resources Inventory For 18 Stations For a Magnetotelluric Geophysical Survey on Arizona State Land Near Superior, Pinal County, Arizona*. Arizona State Land Department Exploration Permit Numbers 08-115476, 08-115474, and 08-115475. Cultural Resources Report 2012-13. Project No. 0807.40 A 500A. Tucson, Arizona: WestLand Resources, Inc. October 11.

Prose, D.V., S.K. Metzger, and H.G. Wilshire. 1987. Effects of substrate disturbance on secondary plan succession: Mojave Desert, California. *Journal of Applied Ecology* 24(1):305-313.

Pye, W.D. 1959. Silurian and Devonian stratigraphy, southeastern Arizona and southwestern New Mexico. In *Southern Arizona Guidebook II*, edited by L.A. Heindl, pp. 25-30. Tucson: Arizona Geological Sociey.

6-RCMSER-1657

Quagliata, A., M. Ahearn, E. Boeker, C. Roof, L. Meister, and H. Singleton. 2018. *Transit Noise and Vibration Impact Analysis Manual*. FTA Report No. 0123. Washington D.C.: Federal Transit Administration; East Longmeadow, Massachusetts, Cross Spectrum Acoustics. September.

Queen Creek Coalition. 2015. Maximizing rock climbing resources in the Queen Creek region of Arizona. Available at: http://theqcc.com/. Accessed December 12, 2018.

Rambler, T. 2012. *Hearing Before the Committee on Energy and Natural Resources, United States Senate: Second Session to Consider H.R. 1904, the Southeast Arizona Land Exchange and Conservation Act of 2011*. February 9.

———. 2013a. *Testimony before the House Committee on Natural Resources, Subcommittee on Energy and Mineral Resources Legislative Hearing on H.R. 687 Southeast Arizona Land Exchange and Conservation Act of 2013*. March 21.

———. 2013b. *Testimony before the Senate Committee on Energy and Natural Resources, Subcommittee on Public Lands, Forests, and Mining Legislative Hearing on S. 339 Southeast Arizona Land Exchange and Conservation Act of 2013*. November 20.

Ramirez, R. 2021. First-ever water cuts declared for Colorado River in historic drought. Published August 17. Available at: https://www.cnn.com/2021/08/16/us/lake-mead-colorado-river-water-shortage/index.html. Accessed April 3, 2023.

Randall, D. 2020a. *Response to Comment on the Resolution Copper Project DEIS: Action Item AQ1 - Technical Responses to Comments from ADEQ - FEC on the Air Quality Resources Section of the DEIS*. Project No.: 262-37. Technical memorandum. Denver, Colorado: Air Sciences Inc. June 2.

———. 2020b. *Response to Comment on the Resolution Copper Project DEIS: Action Item AQ3 - Expanded Deposition Analysis to Address Constituents Noted in Public Comments*. Project No.: 262-37. Technical memorandum. Denver, Colorado: Air Sciences Inc. June 26.

Randall, D., and M. Hampson. 2020a. *Response to Comment on the Resolution Copper Project DEIS: Action Item AQ2 - 2017 Air Quality Data Potential to Influence DEIS Meteorological Data and Background Air Quality Data*. Project No.: 262-37. Technical memorandum. Denver, Colorado: Air Sciences Inc. May 31.

———. 2020b. *Response to Comment on the Resolution Copper Project DEIS: Action Item AQ9 - Surface Material Silt Content Used to Estimate Fugitive Dust Emissions*. Project No.: 262-37. Technical memorandum. Denver Colorado: Air Sciences Inc. May 18.

Rasmussen, M. 2018. *Not pursuing an interagency agreement*. Personal communication between Mary Rasmussen, Team Leader, Tonto National Forest, and Chris Magirl, Associate Director for Studies, U.S. Geological Survey. Phoenix, Arizona: U.S. Forest Service. January 29.

———. 2019. *Current FS policy-process for filing notices to the Federal Register*. Personal communication between Mary Rasmussen, Team Leader, Tonto National Forest, and Susan Montgomery and Curt Shannon. Phoenix, Arizona: U.S. Forest Service. September 13.

Rausch, R. 2018. *Mines in Arizona "Unavailable" for Consideration as Viable Alternatives for Tailings Disposal*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. February 8.

Rausch, R., and M. Rasmussen. 2020. *A Mitigation Effectiveness Evaluation of the Superior, Arizona Recreation Project Conceptual Plan (March 2019): Submitted by the Recreation User Group (RUG), a subcommittee of the Community Working Group (CWG) of Superior, Arizona*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants and U.S. Forest Service. September.

Reid, A.M. 1966. Stratigraphy and Paleontology of the Naco Formation in the Southern Dripping Spring Mountains, Near Winkelman, Gila County, Arizona, M.S. Thesis, Department of Geology, University of Arizona, Tucson.

Resolution Copper. 2016a. Appendix E: Subsidence Management Plan. In *General Plan of Operations, Resolution Copper Mining*. Superior, Arizona. May 9.

———. 2016b. Appendix V: Environmental Materials Management Plan. In *General Plan of Operations, Resolution Copper Mining*. Superior, Arizona. May 9.

———. 2016c. *General Plan of Operations Resolution Copper Mining*. Superior, Arizona. May 9.

———. 2016d. *Plan of Operations: Resolution Copper Mining, LLC, Baseline Hydrological and Geotechnical Data Gathering Activities on Tonto National Forest*. Superior, Arizona: Resolution Copper. August 24.

———. 2017a. *Follow-up Alternatives Information*. Letter from Victoria Peacey, Senior Manager, Permitting and Approvals, Resolution Copper to Mary Rasmussen, U.S. Forest Server. Superior, Arizona: Resolution Copper. August 14.

———. 2017b. *Independent Technical Review Board Report No. 1, Rev. 1*. Rev. Letter report to Rio Tinto. Superior, Arizona: Resolution Copper. March 8.

———. 2018a. *Follow-up: July 17, 2018 Groundwater Modeling Workgroup - Response to Action Items GW-75, GW-76, GW-77, GW80, and GW-81*. Letter from Victoria Peacey, Senior Manager, Permitting and Approvals, Resolution Copper to Mary Rasmussen, U.S. Forest Service. Superior, Arizona: Resolution Copper.

———. 2018b. Queen Creek climbing registration. Available at: http://queencreekclimbing.com/. Accessed December 20, 2018.

———. 2018c. *Response to Alternatives Memo #5 - Concurrence on Revisions to Proposed Action and Range of Alternatives*. Letter from Victoria Peacey, Senior Manager, Permitting and Approvals, Resolution Copper, to Mary Rasmussen, U.S. Forest Service. Superior, Arizona: Resolution Copper. April 10.

———. 2019. *Resolution Copper Project, Noxious Weed and Invasive Species Management Plan on National Forest System Lands*. Prepared for Tonto National Forest. Superior, Arizona: Resolution Copper. May.

———. 2020a. *Data Request #4 - Updated Socioeconomic Data - Part 2*. Superior, Arizona: Resolution Copper. May 14.

———. 2020b. *General Plan of Operations: Road Use Plan*. Superior, Arizona: Resolution Copper. August.

Final Environmental Impact Statement

————. 2020c. *Response to Action Item GS-4 (Geology, Subsidence, Seismicity)*. Superior, Arizona: Resolution Copper. February 26.

————. 2020d. *Response to Data Request for Reclamation and Closure Plan Clarifications*. Superior, Arizona: Resolution Copper. September 10.

————. 2020e. *Response to September 8, 2020 Letter on ASLD Comments Regarding the North Skunk Camp Pipeline Route*. Superior, Arizona: Resolution Copper. September 11.

————. 2020f. *Response to Water Work Group Action Item WR-20*. Superior, Arizona: Resolution Copper. July 5.

————. 2020g. *Submission of APP - Contingency Report(s)*. LTF #: 71814. Submitted to Arizona Department of Environmental Quality. Superior, Arizona: Resolution Copper. April 24.

————. 2020h. *USFS Comment Response Data Request #4 - Updated Socioeconomic Data - Part 1*. Skunk Camp and Filter Plant Data April 2020. Superior, Arizona: Resolution Copper. May 14.

————. 2020i. *Wildlife Management Plan*. Superior, Arizona: Resolution Copper. October.

Richardson, E., and T.H. Jordan. 2002. Seismicity in deep gold mines of South Africa: Implications for tectonic earthquakes. *Bulletin of the Seismological Society of America* 92(5):1766-1782.

Rico, M., G. Benito, and A. Díez-Herrero. 2007. Floods from tailings dam failures. *Journal of Hazardous Materials* 154(2008):79-87.

Rietz, D. 2016a. *Summary of Hydrologic, Hydrochemical, and Geochemical Data Received to Date*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 18.

————. 2016b. *Water Rights and Central Arizona Project Allocations*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. November 11.

————. 2017. *Summary of GIS Spring Coverage*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. March 30.

Rigg, J. 2017. *Mine Life Phase Duration*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. November 10.

————. 2018. *Mine Life Phase Durations*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. February 26.

Rigg, J., and D. Morey. 2018. *Determination of Reasonably Foreseeable Actions Considered in Cumulative Effects Analysis*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 17.

Rio Tinto. 2015. *D5 - Management of tailings and water storage*. Document No: HSEC-B-23 Rio Tinto. August.

————. 2018. *Rio Tinto 2017 Annual Report*. February 28.

Ritter, M. 2018. *Summary of Alternative Water Balances*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. December 18.

6-RCMSER-1660

Robertson, P.K., L.d. Melo, D.J. Williams, and G.W. Wilson. 2019. *Report of the Expert Panel on the Technical Causes of the Failure of Feijão Dam I.*

Robinson, A. 2007. *Mineral Creek--Big Box Dam Reservoir Survey, April 11-12, 2007.* Phoenix: Arizona Game and Fish Department, Research Branch.

Robinson, A., D. Orabutt, and C. Crowder. 2010. *Devils Canyon and Mineral Creek Fish Surveys During 2009.* Phoenix: Arizona Game and Fish Department. February.

Robson, S.G., and E.R. Banta. 1995. Ground Water Atlas of the United States, Arizona, Colorado, New Mexico, Utah. U.S. Geological Survey. HA 730-C. Available at: https://pubs.usgs.gov/ha/ha730/ch_c/. Accessed December 31, 2018.

Rodrigues, A. 2018. *Blasting Monitoring Review Memorandum.* Resolution Copper Underground to Surface Conveyor System. Mississauga, Canada: Wood Environment and Infrastructure Solutions. September 7.

Romero-Lankao, P., J.B. Smith, D.J. Davidson, N.S. Diffenbach, P.L. Kinney, P. Kirshen, P. Kovacs, and L.V. Ruiz. 2014. North America. In *Climate Change 2014: Impacts, Adaption, and Vulnerability. Part B: Regional Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*, edited by V.R. Barros, C.B. Field, D.J. Dokken, M.D. Mastrandrea, K.J. Mach, T.E. Bilir, M. Chatterjee, K.L. Ebi, Y.O. Estrada, R.C. Genova, B. Girma, E.S. Kissel, A.N. Levy, S. McCracken, P.R. Mastrandrea, and L.L. White, pp. 1439-1498. New York, New York: Cambridge University Press.

Romig, D., L. Munk, and T. Stein. 2006. Leaf area and root density measurements for use in cover performance evaluations on semi-arid reclaimed mine lands. Paper presented at Seventh International Conference on Acid Rock Drainage, March 26-30, 2006, at St. Louis, Missouri.

Root, E., W. Jones, B. Schwarz, J. Gibbons, and B. Haileab. 2004. *Rainwater Chemistry Across the United States.*

Ross, T. 2017. Old mining town of Hayden sees its last days. *azcentral.*

Rowe, R.K. 2012. Short- and long-term leakage through composite liners. The 7th Arthur Casagrande lecture. *Canadian Geotechnical Journal* 49(2):141-169.

Rydell, J. 2006. Bats and their insect prey at streetlights. In *Ecological Consequences of Artificial Night Lighting*, edited by C. Rich and T. Longcore, pp. 43-60. Washington, D.C.: Island Press.

Ryden, R., J.M. Lindly, C. Schmidt, and D.R. Mitchel. 2004. *Archaeological Survey of the 560-Acre Silverado Ranch Project Area near Florence Junction, Pinal County, Arizona.* SWCA Project No. 8010-031. SWCA Cultural Resources Report No. 04-233. Phoenix, Arizona: SWCA Environmental Consultants. June.

Sadlowski, M.C. 2011. The Effects of Noise on Wildlife. Available at: http://www.windaction.org/posts/38246-the-effects-of-noise-on-wildlife#.XBrsKeSWySR. Accessed December 19, 2018.

6-RCMSER-1661

Salt River Project Agricultural Improvement and Power District, U.S. Forest Service, and U.S. Bureau of Reclamation. 1979. *Management Memorandum Among the Salt River Project Agricultural Improvement and Power District, United States Department of Agriculture, Forest Service and United States Bureau of Reclamation*. Phoenix, Arizona: Salt River Project Agricultural Improvement and Power District, U.S. Forest Service, U.S. Bureau of Reclamation. April 27.

Sando, M. 2018. *2018 Annual Operation Instructions (AOI) for your allotment*. Letter report. Globe, Arizona: U.S. Forest Service, Globe Ranger District. January 31.

Scher, J.L., D.S. Walters, and A.J. Redford. 2015. Drymaria arenarioides. Federal Noxious Weed Disseminules of the United States. Edition 2.2. California Department of Food and Agriculture, and USDA APHIS Identification Technology Program. Fort Collins, CO. Available at: http://idtools.org/id/fnw/factsheet.php?name=14609. Accessed January 28, 2019.

Schilling, S.P. 2014. *Laharz_py: GIS Tools for Automated Mapping of Lahar Inundation Hazard Zones*. Open-File Report 2014-1073. Reston, Virginia: U.S. Geological Survey.

Schlesinger, W.H., J.A. Raikes, A.E. Hartley, and A.F. Cross. 1996. On the spatial pattern of soil nutrients in desert ecosystems. *Ecology* 77(2):364-374.

Schwinning, S., D.R. Sandquist, D.M. Miller, D.R. Bedford, S.L. Philips, and J. Belnap. 2010. The influence of stream channels on distributions of Larrea tridenta and Ambrosia dumosa in the Mojave Desert, CA, USA: Patterns, mechanisms and effects of stream redistribution. *Ecohydrology*(2010).

Scoles-Sciulla, S.J., and L.A. DeFalco. 2009. Seed reserves diluted during surface soil reclamation in Eastern Mojave Desert. *Arid Land Research and Management* 23(1):1-13.

Scott, J.H., and R.E. Burgan. 2005. *Standard Fire Behavior Fuel Models: A Comprehensive Set for Use with Rothermel's Surface Fire Spread Model*. General Technical Report RMRS-GTR-153. Fort Collins, Colorado: U.S. Forest Service, Rocky Mountain Research Station. June.

SEINet. 2025. Welcome to SEINet, SEINet Arizona - New Mexico Chapter, species occurrence maps. Available at: http://swbiodiversity.org/seinet/index.php. Accessed April 9, 2025.

Sharifi, M.R., A.C. Gibson, and P.W. Rundel. 1997. Surface dust impacts on gas exchange in Mojave Desert shrubs. *Journal of Applied Ecology* 34(4):837-846.

Shelley, M., J. Blainer-Fleming, and T. Keay. 2016. *Results of Drilling, Construction, and Testing at Hydrologic Test Wells HRES-21, DHRES-15, and DHRES-16*. Project #: 605.3201. Technical memorandum. Tucson, Arizona: Montgomery and Associates Inc. May 12.

Sheridan, T.E. 1995. *Arizona: A History*. Tucson, Arizona: University of Arizona Press.

Short, M.N., F.W. Galbraith, E.N. Harshman, T.H. Kuhn, and E.D. Wilson. 1943. *Geology and Ore Deposits of the Superior Mining Area, Arizona*. Arizona Bureau of Mines, Geological Series No. 16, Bulletin 151. Tucson, Arizona: University of Arizona. October.

Siemers, B.M., and A. Schaub. 2011. Hunting at the highway: Traffic noise reduces foraging efficiency in acoustic predators. *Proceedings of the Royal Society B: Biological Sciences* 278:1646–1652.

Silberman, J. n.d. [2003]. *The Economic Importance of Off-Highway Vehicle Recreation: Economic Data on Off-Highway Vehicle Recreation for the State of Arizona and each Arizona County.* Prepared for Arizona Game And Fish Department and Arizona State Parks. Phoenix, Arizona: School of Management, Arizona State University West.

Siskind, D.E., V.J. Stachura, M.S. Stagg, and J.W. Kopp. 1980. *Structure Response and Damage Produced by Airblast From Surface Mining.* Report of Investigations 8485. U.S. Department of the Interior, Bureau of Mines.

Slatkin, M. 1987. Gene flow and the geographic structure of natural populations. *Science* 236:787–236.

Sobek, A., W.A. Schuller, J.R. Freeman, and R.M. Smith. 1978. *Field and Laboratory Methods Applicable to Overburden and Mine Soils.* EPA-600/2-78-054. Cincinnati, Ohio: Industrial Environmental Research Laboratory, Office of Research and Development, U.S. Environmental Protection Agency. March.

Southwest Traffic Engineering LLC. 2017. *Traffic Impact Analysis, Resolution Copper Mine, Superior, Arizona.* Prepared for Resolution Copper. Rev. Phoenix, Arizona: Southwest Traffic Engineering, LLC. April 13.

———. 2018. *Filter Plant and Tailings Facility Alternatives, Resolution Copper Mine Project.* Technical memorandum. Prepared for Resolution Copper. Phoenix, Arizona: Southwest Traffic Engineering, LLC. July 1.

———. 2020a. *Resolution Copper Draft EIS, Dated August 2019, Traffic Item Comment Resolution.* Phoenix, Arizona: Southwest Traffic Engineering, LLC. July 2.

———. 2020b. *Traffic Impact Analysis - Addendum #1: Resolution Copper Mine, Superior Arizona.* Phoenix, Arizona: Southwest Traffic Engineering, LLC. August 19.

———. 2020c. *Traffic Impact Analysis - Addendum #2: Resolution Copper Mine, Superior Arizona.* Phoenix, Arizona: Southwest Traffic Engineering, LLC. August 19.

Spencer, J.E., and S.M. Richard. 1995. Geologic Map of the Picketpost Mountain and the Southern Part of the Iron Mountain 7 1/2' Quadrangles, Pinal County, Arizona. Open-File Report 95-15. Tucson: Arizona Geological Survey. September.

Spencer, J.E., S.M. Richard, and P.A. Pearthree. 1996. Geologic Map of the Mesa 30' x 60' Quadrangle, East-Central Arizona. Arizona Geological Survey Open-File Report 96-23. Tucson. September.

Steely, J. 2011. *Documentation of the 1911-1971 Magma Copper Company Mine Superior, Pinal County, Arizona.* SWCA Project No. 16861. SWCA Cultural Resources Report No. 11-541. Prepared for Resolution Copper. Phoenix, Arizona: SWCA Environmental Consultants. November.

Stewart, W.A., S.D. Miller, and R. Smart. 2006. Advances in acid rock drainage (ARD) characterisation of mine wastes. Paper presented at the 7th International Conference on Acid Rock Drainage (ICARD), St. Louis, Missouri.

Stone, E.L., G. Jones, and S. Harris. 2012. Conserving energy at a cost to biodiversity? Impacts of LED lighting on bats. *Global Change Biology* 18:2458-2465.

Strachan, C., and B. Van. 2018. *Conclusions from Evaluation of Tailings Dam Incidents.* Fort Collins, Colorado: Stantec.

Final Environmental Impact Statement

Strauss, C. 2022. *Critical Minerals in the Resolution Copper Deposit*. Technical memorandum. Superior, Arizona: Resolution Copper. October 26.

Strohmayer, P. 1999. Soil stockpiling for reclamation and restoration activities after mining and construction. *Restoration and Reclamation Review* 4(7):1-6.

Stromberg, J., S. Lite, and C. Paradzick. 2005. Tamarisk and river restoration along the San Pedro and Gila Rivers. In *Connecting Mountain Islands and Desert Seas: Biodiversity and Management of the Madrean Archipelago II*, edited by G.J. Gottfried, B.S. Gebow, L.G. Eskew, and C.B. Edminster, pp. 302-307. RMRS-P-36. Fort Collins, Colorado: Rocky Mountain Research Station, U.S. Forest Service. September.

Suter, M., and J. Contreras. 2002. Active tectonics of northeastern Sonora, Mexico (southern Basin and Range Province) and the 3 May 1887 MW 7.4 earthquake. *Bulletin of the Seismological Society of America* 92(2):581-589.

SWCA Environmental Consultants. 2017a. *Resolution Copper Project and Land Exchange Environmental Impact Statement Alternatives Evaluation Report*. Prepared for U.S. Forest Service. Phoenix, Arizona: SWCA Environmental Consultants. November.

———. 2017b. *Resolution Copper Project and Land Exchange Environmental Impact Statement: Final Summary of Issues Identified Through Scoping*. Prepared for U.S. Forest Service. Phoenix, Arizona: SWCA Environmental Consultants. November.

———. 2018a. *Cumulative Effects Analysis*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. December 10.

———. 2018b. *Overview of Potential Mining Impacts on Public Health and Safety and Rationale for Analysis Approach*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. May 31.

———. 2020a. *Biological Assessment for the Proposed Resolution Copper Project near Superior in Pinal and Gila Counties, Arizona Consultation Codes: 02EAAZ00-2020-SLI-0104 and 02EAAZ00-2020-SLI-0553*. Prepared for U.S. Forest Service. Submitted to U.S. Fish and Wildlife Service. Phoenix, Arizona: SWCA Environmental Consultants. June 26.

———. 2020b. *Cumulative Effects Analysis Overview and Screening by Resource*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. September 22.

———. 2020c. *Resolution Copper Project Biological Assessment Addendum No. 2 / Arizona Consultation Code: 02EAAZ00-2020-F-0822*. Technical memorandum. Phoenix, Arizona: SWCA Environmental Consultants. October 2.

———. 2024. *Addendum #2 to October 28, 2020 Process Memo "Cumulative Effects Analysis Overview and Screening by Resource"*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. October 18.

———. 2025. *Resolution Copper Project Consistency with the Tonto National Forest Plan*. Process memorandum to file. Phoenix, Arizona: SWCA Environmental Consultants. January.

6-RCMSER-1664

Taylor, C.D., A.M. King, and J.A. Bernatchez. 2019. *A Cultural Resources Inventory for the Recreational Users Group Conceptual Trail System Within the Vicinity of the Superior, Pinal County, Arizona: Resolution Copper*. Cultural Resources Report 2019-16. Project Number: 807.154. Tucson, Arizona: WestLand Resources, Inc. May 30.

Taylor, C.D., and L. Poseyesva. 2020. *A Cultural Resources Inventory of 672 acres for the U.S. Army Corps of Engineers Compensatory Mitigation Sites, Pinal County, Arizona*. Cultural Resources Report 2020-088. ASM Accession No. 2020-0205. Project Number: 807.201. Tucson, Arizona: WestLand Resources, Inc. July 31.

Taylor, C.D., A. Stalley, and L. Poseyesva. 2021. *A Cultural Resources Inventory of 2,910 Acres of the Peg Leg Well Tailings Alternative Pipeline Corridors, Pinal County, Arizona*. Cultural Resources Report 2020-91. ASM Accession No. 2019-0188. Project Number: 807.172. Tucson, Arizona: WestLand Resources, Inc. February 26.

Teague, L.S. 1993. Prehistory and the traditions of the O'odham and Hopi. *Kiva* 58(4).

Tetra Tech Inc. 2018. *Sound and Vibration Analysis Report: Resolution Copper Mine Project Pinal County, Arizona*. 114-571066A. Prepared for Resolution Copper. Boston, Massachusetts: Tetra Tech Inc. August.

———. 2019. *Sound and Vibration Analysis Report: Resolution Copper Mine Project, Pinal County, Arizona*. Boston, Massachusetts: Tetra Tech Inc. April 12.

———. 2020. *Draft Reclamation Plan: Preferred Alternative*. #114-570991. Prepared for Resolution Copper. Missoula, Montana: Tetra Tech Inc. June.

———. 2022. *Draft Resolution Copper Pipeline Route Special Use Authorization Reclamation Plan*. #114-570991. Prepared for Resolution Copper. Missoula, Montana: Tetra Tech, Inc. September.

Thompson, J.R., P.W. Mueller, W. Flückiger, and A.J. Rutter. 1984. The effect of dust on photosynthesis and its significance for roadside plants. *Environmental Pollution (Series A)* 34(1984):171–190.

Thrapp, D.L. 1967. *The Conquest of Apacheria*. Norman, Oklahoma: University of Oklahoma Press.

Tiedemann, A.R., and E.M. Schmutz. 1966. Shrub control and reseeding effects on the oak chaparral of Arizona. *Journal of Range Management* 19(4):191-195.

Tipple, N. 2020. *Visual Impact of Fog Plume*. Response to Data Request #4 VR-1. Technical Memorandum. Denver, Colorado: Air Basics, Inc. June 25.

———. 2022. *Scope 2 (Indirect) Greenhouse Gas Emissions from the Resolution Copper Project*. Technical memorandum. Elizabeth, Colorado: Tipple Consulting. October 25.

Tirmenstein, D. 1999. Quercus turbinella. In: Fire Effects Information System, [Online]. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory (Producer). Available at: https://www.fs.fed.us/database/feis/plants/tree/quetur/all.html. Accessed September 27, 2018.

Tonto National Forest. 2000. Threatened, Endangered and Sensitive (TES) Species 2000: Draft Abstracts. Prepared by Debbie Lutch. Available at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsbdev3_018579.pdf. Accessed January 2, 2019.

———. 2005. Peachville fire. Available at: https://www.fs.usda.gov/detail/tonto/notices/?cid=FSBDEV3_018947. Accessed September 27, 2018.

———. 2011. *Tonto National Forest Sensitive Species List*. Phoenix, Arizona: U.S. Forest Service. March.

———. 2018. List of Invasive Species for the Tonto National Forest. Available at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsbdev3_018520.pdf. Accessed September 2, 2018.

Town of Superior. 2008. *Emergency Services Agreement Between the Town of Superior and Resolution Copper Mining LLC*. Superior, Arizona: Town of Superior. April 17.

Transportation Research Board. 2000. *Highway Capacity Manual*. Washington, D.C.: Transportation Research Board.

Tremblay, A. 2020. *Assessment of Effects on the Built Environment of Superior, Globe, Miami, and Top-of-the-World from the Resolution Copper Project, Pinal and Gila Counties, Arizona*. Project No. 30951. Technical memorandum. Phoenix, Arizona: SWCA Environmental Consultants. May 21.

Tremblay, A.M. 2017. *Apache Leap Special Management Area Management Plan: Heritage Resources Report*. Phoenix, Arizona: SWCA Environmental Consultants Inc. September.

Tshisens, J. 2018a. *DRAFT - Subsidence Monitoring Plan*. CCC.03.-11121-EB-REP-0001. Superior, Arizona: Resolution Copper. May.

———. 2018b. *Explantion of the Methodology used to derive rock properties for Tal*. Superior, Arizona: Resolution Copper. August 2.

U.S. Army Corps of Engineers. 2002. *Coastal Engineering Manual*. EM 1110-2-1100. Washington D.C.: U.S. Army Corps of Engineers. April.

———. 2004. *General Design and Construction Considerations for Earth and Rock-Fill Dams*. EM 1110-2-2300. Washington D.C.: U.S. Army Corps of Engineers. July 30.

———. 2012a. *Approved Jurisdictional Determination regarding absence of geographic jurisdiction*. Letter from Marjorie Blaine, Senior Project Manager, Arizona Branch, to Brian Lindenlaub, Principal, WestLand Resources Inc. Tucson, Arizona: U.S. Army Corps of Engineers, Los Angeles District. July 11.

———. 2012b. Dam Safety Program: Whitlow Ranch Dam. Fact Sheet. Available at: https://www.spl.usace.army.mil/Media/Fact-Sheets/Article/477355/dam-safety-program/. Accessed May 25, 2019.

———. 2014. Engineering and Design: Safety of Dams - Policy and Procedure. Available at: https://www.publications.usace.army.mil/Portals/76/Users/182/86/2486/ER_1110-2-1156.pdf?ver=2020-01-29-103920-173. Accessed February 10, 2020.

———. 2015. *Approved Jurisdictional Determination Regarding Geographic Jurisdiction*. Letter from Sallie Diebolt, Chief, Arizona Branch, to Victoria Peacey, Resolution Copper Company, regarding Near West and MARRCO analysis areas. Phoenix, Arizona: U.S. Army Corps of Engineers, Los Angeles District. March 6.

Resolution Copper Project and Land Exchange

————. 2016. *Draft Environmental Impact Statement, Proposed Tailings Storage Facility, Ray Mine - Pinal County, Arizona.* File No. SPL-2011-1005-MWL. Phoenix, Arizona: U.S. Army Corps of Engineers. January 29.

————. 2020a. *Approved Jurisdictional Determination.* Letter from Sallie Diebolt, Chief, Arizona Branch, to Victoria Peacey, Resolution Copper Company, regarding Resolution Copper Mine pipeline/power corridor. Phoenix, Arizona: U.S. Army Corps of Engineers, Los Angeles District. June 5.

————. 2020b. *Preliminary Jurisdictional Determination.* Letter from Sallie Diebolt, Chief, Arizona Branch, to Victoria Peacey, Resolution Copper Company, regarding approximate locations of a tailings storage facility and pipeline/power corridor. Phoenix, Arizona: U.S. Army Corps of Engineers, Los Angeles District. June 17.

————. 2025. *Approved Jurisdictional Determination.* Letter from Sallie Diebolt, Chief, Arizona Branch, to Casey McKeon, Resolution Copper. Phoenix, Arizona: U.S. Army Corps of Engineers, Los Angeles District. February 28.

U.S. Census Bureau. 2000. American Fact Finder - General Housing Characteristics: 2000. Arizona, Gila County, Globe, Graham County, Hayden, Maricopa County, Miami, Peridot, Pinal County, San Carlos, Superior, Winkelman. Census 2000 Summary File 1 (SF 1) 100-Percent Data. Available at: https://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml. Accessed September 22, 2017.

————. 2015a. American Fact Finder - Selected Economic Characteristics: Arizona, Bylas, Cutter, Gila County, Globe, Graham County, Hayden, Maricopa County, Miami, Peridot, Pinal County, San Carlos, Superior, Winkelman. 2011-2015 American Community Survey 5-Year Estimates. Available at: https://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml? Accessed September 21, 2017.

————. 2015b. American Fact Finder - Selected Housing Characteristics: Arizona, Bylas, Cutter, Gila County, Globe, Graham County, Hayden, Maricopa County, Miami, Peridot, Pinal County, San Carlos, Superior, and Winkelman. 2011-2015 American Community Survey 5-Year Estimates. Available at: https://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml? Accessed September 22, 2017.

————. 2018a. American Fact Finder. 2013-2017 American Community Survey 5-Year Estimates: Poverty Status in the Past 12 Months. Available at: https://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml. Accessed May 9, 2019.

————. 2018b. QuickFacts: Gila and Pinal Counties, Arizona. Total Employment. Available at: https://www.census.gov/quickfacts/fact/table/gilacountyarizona,pinalcountyarizona/PST045219. Accessed November 3, 2020.

U.S. Department of Agriculture. 2010. *Federal Noxious Weed List.* Available at: https://www.aphis.usda.gov/sites/default/files/weedlist.pdf. Accessed March 19, 2025.

U.S. Department of the Interior. 2020. Central Arizona Project, Arizona; Water allocations. *Federal Register* 85(104):34232-34234.

(232 of 282), Page 232 of 282 Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 232 of 282
Case 2:21-cv-00068-DWL    Document 106-3    Filed 07/14/25    Page 230 of 355

Final Environmental Impact Statement

———. 2022. Interior Department annouces actions to protect Colorado River system, sets 2023 operating conditions for Lake Powell and Lake Mead. Press release published August 16. Available at: https://www.doi.gov/pressreleases/interior-department-announces-actions-protect-colorado-river-system-sets-2023. Accessed April 3, 2023.

U.S. Environmental Protection Agency. 1992. *Workbook for Plume Visual Impact Screening and Analysis (Revised)*. EPA-454/R-92-023. Triangle Park, North Carolina: Office of Air Quality Standards, U.S. Environmental Protection Agency. October.

———. 1994. Method 1312: Synthetic Precipitation Leaching Procedure. Available at: https://www.epa.gov/sites/production/files/2015-12/documents/1312.pdf. Accessed January 1, 2019.

———. 2003. Unpaved Road Surface Material Silt Content Values Used in the 1999 NEI. Available at: https://www3.epa.gov/ttnchie1/ap42/ch13/related/c13s02-2.html. Accessed October 23, 2020.

———. 2006. AP 42, Fifth Edition, Volume I, Chapter 13: Miscellaneous Sources. 13.2.2 Unpaved roads. Available at: https://www.epa.gov/sites/default/files/2020-10/documents/13.2.2_unpaved_roads.pdf. Accessed May 15, 2025.

———. 2016. What climate change means for Arizona. EPA 430-F-16-005. Available at: https://19january2017snapshot.epa.gov/sites/production/files/2016-09/documents/climate-change-az.pdf. Accessed December 13, 2018.

———. 2017. Revisions to the guideline on air quality models: Enhancements to the AERMOD Dispersion Modeling System and incorporation of approaches to address ozone and fine particulate matter. *Federal Register* 82(10):5182-5235.

———. 2019. Regional Screening Levels for Chemical Contaminants at Superfund sites. Residential Soil Screening Levels. Available at: https://www.epa.gov/risk/regional-screening-levels-rsls-generic-tables. Accessed October 23, 2020.

U.S. Fish and Wildlife Service. 2005. Endangered and threatened wildlife and plants; Listing Gila chub as endangered with critical habitat; Final rule. *Federal Register* 70(211):66664–66721.

———. 2013. Endangered and threatened wildlife and plants; Designation of critical habitat for Southwestern Willow Flycatcher; Final rule. *Federal Register* 78(2):344-534.

———. 2016a. Acuña Cactus (Echinomastus erectocentras var. acunensis): General Species Information. Available at: https://www.fws.gov/southwest/es/arizona/Documents/Redbook/Acuna_Cactus_RB.pdf. Accessed January 2, 2019.

———. 2016b. Arizona Ecological Services, Southwest Region: Documents by Species. Available at: https://www.fws.gov/southwest/es/arizona/Docs_Species.htm. Accessed January 9, 2018.

———. 2020a. *Biological Opinion on the Resolution Copper Project and Land Exchange*. Letter report from Jeffrey Humphrey, Field Supervisor, U.S. Fish and Wildlife Service, to Tom Torres, Acting Forest Supervisor, Tonto National Forest. Phoenix, Arizona: U.S. Fish and Wildlife Service. December 31.

6-RCMSER-1668

———. 2020b. NEPA's Forty Most Asked Questions. Available at: https://www.fws.gov/r9esnepa/CEQNEPAGuidance/40Questions/1-10.pdf. Accessed October 31, 2020.

———. 2020c. *Resolution Copper Mine Biological and Conference Opinion*. Letter from Jeffrey Humphrey, Field Supervisor, U.S. Fish and Wildlife Service, to Neil Bosworth, Forest Supervisor, Tonto National Forest. Phoenix, Arizona: U.S. Fish and Wildlife Service. July 9.

———. 2021a. Endangered and threatened wildlife and plants; Designation of critical habitat for the northern Mexican gartersnake; Final rule. *Federal Register* 86(80):22518-22580.

———. 2021b. Endangered and threatened wildlife and plants; Designation of critical habitat for the western distinct population of the Yellow-billed cuckoo; Final rule. *Federal Register* 86(75):20798-21005.

———. 2023. Endangered and threatened wildlife and plants; Threatened species status with Section 4(d) Rule for Cactus Ferruginous Pygmy-Owl. *Federal Register* 88(138):46910-46950.

———. 2024. Endangered and threatened wildlife and plants; Threatened species status with Section 4(d) Rule for Monarch Butterfly and designation of critical habitat. 89(239):100662-100716.

U.S. Forest Service. 1974. *National Forest Landscape Management. Volume 2, Chapter 1, The Visual Management System*. Agriculture Handbook 462. Washington, D.C.: U.S. Forest Service. April.

———. 1985a. *FSH 1909.17 - Economic and Social Analysis*. Washington, D.C.: U.S. Forest Service National Headquarters.

———. 1985b. *Tonto National Forest Land and Resource Management Plan*. U.S. Forest Service, Southwestern Region. October.

———. 1991. Chapter 2620.5 - Definitions. In *FSM 2600 - Wildlife, Fish, and Sensitive Plant Habitat Management*. Amendment No. 2600-91-5. Washington, D.C.: U.S. Forest Service National Headquarters. July 19.

———. 1993. *Preliminary Analysis of Eligibility and Classification for Wild/Scenic/Recreational River Designation: National Forest of Arizona*. U.S. Forest Service, Southwestern Region. January.

———. 1995. *Landscape Aesthetics: A Handbook for Scenery Management*. Agriculture Handbook No. 701. U.S. Forest Service. December.

———. 1999. *FSH 2509.18 - Soil Management Handbook*. R3 Supplement No. 2509.18-99-1. Albuquerque, New Mexico: U.S. Forest Service. October 20.

———. 2004. *Training Guide for Reclamation Bond Estimation and Administration: For Mineral Plans of Operations authorized and administered under 36 CFR 228A*. Washington D.C.: U.S. Forest Service. April.

———. 2006. *Forest Service Manual 2800 - Minerals and Geology*. Amendment No.: 2800-2006-2. Washington, D.C.: U.S. Forest Service. February 10.

———. 2009. *FSH 7709.59 - Road System Operations and Maintenance Handbook*. Amendment No. 7709.59-2009-1. Washington, D.C.: U.S. Forest Service National Headquarters. February 5.

6-RCMSER-1669

(234 of 282), Page 234 of 282    Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 234 of 282
Case 2:21-cv-00068-DWL    Document 106-3    Filed 07/14/25    Page 232 of 355

Final Environmental Impact Statement

———. 2010a. *Decision Notice and Finding of No Significant Impact Resolution Copper Mining Pre-Feasibility Activities Plan of Operations [FONSI]*. Tonto National Forest, Globe Ranger District. May 14.

———. 2010b. *Environmental Assessment Resolution Copper Mining, Pre-feasibility Activities, Plan of Operations.* Phoenix, Arizona: Tonto National Forest, Globe Ranger District. May.

———. 2010c. *Environmental Assessment: Millsite Allotment Analysis.* Mesa, Arizona: Tonto National Forest, Mesa Ranger District. August.

———. 2012a. FSH 1909.15 - National Environmental Policy Act Handbook. In *Chapter 10 - Environmental Analysis.* Washington, D.C.: Amendment No.: 1909.15-2012-3. U.S. Forest Service National Headquarters. June 25.

———. 2012b. *Groundwater-Dependent Ecosystems: Level II Inventory Field Guide: Inventory Methods for Project Design and Analysis.* Gen. Tech. Report WO-86a. Washington D.C.: U.S. Forest Service. March.

———. 2013a. The Legends of Superior Trails: Pinal to the Arizona Trail. Available at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5269665.pdf. Accessed January 18, 2019.

———. 2013b. Special Uses - Applying for a Permit. Available at: https://www.fs.fed.us/specialuses/special_com_uses.shtml. Accessed June 27, 2018.

———. 2014a. *Field Guide for Managing African Rue in the Southwest*. TP-R3-16-15. U.S. Forest Service. September.

———. 2014b. *Field Guide for Managing Teasel in the Southwest*. TP-R3-16-26. U.S. Forest Service. September.

———. 2014c. *Resolution Copper Mining, General Plan of Operations, Completeness Review.* Letter from Neil Bosworth, Forest Supervisor, Tonto National Forest, to Victoria Peacey, Senior Manager, Environment and External Affairs, Resolution Copper. Phoenix, Arizona: U.S. Forest Service. December 5.

———. 2015a. *Financial Assurance for Mine Long-Term Post-Reclamation Monitoring and Maintenance.* Memo from Thomas L. Tidwell, Chief, U.S. Forest Service to Regional Foresters, Station Directors, Area Director, IITF Director, Deputy Chiefs and WO Directors. Washington, D.C: U.S. Forest Service. July 24.

———. 2015b. FSH 1909.12 - Land Management Planning Handbook. In *Chapter 20 - Land Management Plan.* Washington, D.C.: Amendment No.: 1909. 12-2015-1. U.S. Forest Service National Headquarters. January 30.

———. 2015c. *FSH 2309.12 – Heritage Program Management Handbook*. Washington, D.C.: U.S. Forest Service National Headquarters. April 8.

———. 2015d. *Term Grazing Permit Number 12169, Devil's Canyon Allotment, Tonto National Forest*. Permittee: Integrity Land and Cattle. Phoenix, Arizona: U.S. Forest Service. January 12.

6-RCMSER-1670

Resolution Copper Project and Land Exchange

———. 2016a. *Final Environmental Assessment: Resolution Copper Mining Baseline Hydrological and Geotechnical Data Gathering Activities Plan of Operations*. Tonto National Forest, Globe and Mesa Ranger Districts, Pinal County. January.

———. 2016b. FSH 1509.13 - American Indian and Alaska Native Relations Handbook. In *Chapter 10 - Consultation with Indian Tribes and Alaska Native Corporations*. Amendment No.: 1509.13-2016-1. Washington, D.C.: U.S. Forest Service National Headquarters. March 9.

———. 2016c. Jobs and Income: Economic Contributions in 2016 at a Glance - Tonto National Forest. Available at: https://apps.fs.usda.gov/nvum/results/A03012.aspx/FY2016. Accessed September 8, 2020.

———. 2016d. *Millsite Allotment Management Plan.* Mesa Ranger District, Tonto National Forest. November 2.

———. 2016e. National Visitor Use Monitoring Program - Tonto National Forest FY 2016. Available at: https://apps.fs.usda.gov/nvum/results. Accessed May 23, 2019.

———. 2017a. *Allotment Compliance Inspection: Devil's Canyon*. Globe, Arizona: U.S. Forest Service. July 24.

———. 2017b. *Apache Leap Special Management Area Management Plan: Environmental Assessment and Finding of No Significant Impact.* Tonto National Forest, Globe Ranger District. August.

———. 2017c. *Apache Leap Special Management Area Management Plan: Errata to Final Environmental Assessment*. Phoenix, Arizona: U.S. Forest Service. December.

———. 2017d. *Apache Leap Special Management Area: Management Plan.* Tonto National Forest, Globe Ranger District. December.

———. 2017e. *Decision Notice for the Apache Leap Special Management Area Plan and Amendment to the 1985 Tonto National Forest Plan.* Tonto National Forest, Globe Ranger District. December 21.

———. 2017f. *Final Assessment Report of Ecological Conditions, Trends, and Risks to Sustainability, Tonto National Forest: Volume 1*. Phoenix, Arizona: U.S. Forest Service. March.

———. 2017g. *Invitation to take part in Environmental Review of the Resolution Copper Project and Land Exchange EIS.* Letter from Neil Bosworth, Forest Supervisor, Tonto National Forest, to William Werkheiser, Director, United States Geological Survey. Phoenix, Arizona: U.S. Forest Service. September 6.

———. 2017h. *Resolution Copper Project and Land Exchange Environmental Impact Statement: Public Concern Statements*. Phoenix, Arizona: U.S. Forest Service. May.

———. 2017i. *Resolution Copper Project and Land Exchange Environmental Impact Statement: Scoping Report*. Phoenix, Arizona: U.S. Forest Service. March.

———. 2017j. *Tonto National Forest Draft Wild and Scenic Rivers Eligibility Study*. Phoenix, Arizona: U.S. Forest Service. October.

6-RCMSER-1671

————. 2018a. *Alternatives Memo #5 - Request for Concurrence on Revisions to Proposed Action and Range of Alternatives.* Letter from Neil Bosworth, Forest Supervisor, Tonto National Forest, to Victoria Peacey, Senior Manager, Permitting and Approvals, Resolution Copper. Phoenix, Arizona: U.S. Forest Service. March 8.

————. 2018b. Arizona National Scenic Trail. Available at: https://www.fs.usda.gov/main/azt/home. Accessed January 2, 2019.

————. 2018c. *Arizona National Scenic Trail Nature and Purposes.* U.S. Forest Service. March.

————. 2018d. Oak Flat Campground. Available at: https://www.fs.usda.gov/recarea/tonto/recarea/?recid=35345. Accessed December 12, 2018.

————. 2018e. Plant Fact Sheets. Available at: https://www.fs.usda.gov/naspf/resources-and-publications Accessed April 6, 2018.

————. 2018f. Southwestern Region GIS Data, including General Terrestrial Ecosystem Survey. Available at: https://www.fs.usda.gov/detailfull/r3/landmanagement/gis/?cid=stelprdb5201889&width=full. Accessed January 2, 2019.

————. 2019a. Dear reader letter. In *Resolution Copper Project and Land Exchange Draft Environmental Impact Statement.* Vol. I. Phoenix, Arizona: U.S. Forest Service. August 1.

————. 2019b. *Resolution Copper Mine Project DEIS Comment Period Extension.* Letter from Neil Bosworth, Forest Supervisor, Tonto National Forest, to Terry Rambler, Chairman, San Carlos Apache Tribe. Phoenix, Arizona: U.S. Forest Service. October 15.

————. 2019c. *Travel Management on the Tonto National Forest: Draft Record of Decision, Gila, Maricopa, Pinal and Yavapai Counties, Arizona.* Phoenix, Arizona: U.S. Forest Service, Tonto National Forest. October.

————. 2020a. *DRAFT - Biological Evaluation for the Resolution Copper Project Near Superior, in Pinal and Gila Counties, Arizona.* Phoenix, Arizona: U.S. Forest Service. October.

————. 2020b. FSH 2709.11 - Special Uses Handbook. In *Chapter 10 - Application and Authorizatin Processing.* Amendment No.: 2709.11-2020-2. Washington, D.C.: U.S. Forest Service National Headquarters. June 23.

————. 2020c. *Power Line Special Use Application/Authorization.* Letter from Tom Torres, Acting Forest Supervisor, U.S. Forest Service, to Jayson Carpenter, Lead Land Agent, SRP. Phoenix, Arizona: U.S. Forest Service. November 18.

————. 2020d. *Tailings Pipeline Special Use Application/Authorization.* Letter from Neil Bosworth, Forest Supervisor, Tonto National Forest, to Vicky Peacey, Senior Manager, Environment and External Affairs, Resolution Copper. Phoenix, Arizona: U.S. Forest Service. September 28.

————. 2021a. 2021 List of Species of Conservation Concern for the Tonto National Forest. Available at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd1000744.pdf. Accessed January 10, 2025.

————. 2021b. *Draft Record of Decision, Resolution Copper Project, January 2021.* Authorization of Special Uses and Road Use. MB-R3-12-11. Phoenix, Arizona: U.S. Forest Service. January.

6-RCMSER-1672

Resolution Copper Project and Land Exchange

————. 2021c. *Final Environmental Impact Statement: Resolution Copper Project and Land Exchange - Rescinded.* MB-R3-10. Phoenix, Arizona: U.S. Forest Service. January.

————. 2021d. *Pinto Valley Mine: Final Environmental Impact Statement.* MB-R3-12-09. Phoenix, Arizona: U.S. Forest Service, Tonto National Forest. April.

————. 2021e. *Travel Management on the Tonto National Forest: Record of Decision.* Phoenix, Arizona: U.S. Forest Service. October 5.

————. 2022. *FSM 7700 - Travel Management.* Washington, D.C.: U.S. Forest Service National Headquarters. March 31.

————. 2023a. *Biological Assessment: Carlota Fire Emergency Response.* U.S. Fish & Wildlife Service Consultation # 2023-0110880. Phoenix, Arizona: U.S. Forest Service. August.

————. 2023b. *Final Environmental Impact Statement for the Land Management Plan, Tonto National Forest: Volume 1: Chapters 1 to 3.* Coconino, Gila, Maricopa, Pinal, and Yavapai Counties, Arizona. MB-R3-112-14a. Phoenix, Arizona: U.S. Forest Service. November.

————. 2023c. *Post Carlota Fire survivorship data.* Unpublished data. Phoenix, Arizona: U.S. Forest Service, Tonto National Forest.

————. 2023d. *Tonto National Forest Land Management Plan.* Coconino, Gila, Maricopa, Pinal, and Yavapai Counties, Arizona. MB-R3-12-13. U.S. Forest Service, Southwestern Region. December.

————. 2024a. *Arizona National Scenic Trail Comprehensive Plan.* Albuquerque, New Mexico: Region 3, U.S. Forest Service. November.

————. 2024b. *Environmental Assessment for Withdrawal of 276 Acres of the Tonto National Forest Within the Town of Superior, Pinal County, Arizona.* Phoenix, Arizona: U.S. Forest Service. January 18.

————. no date. *Superior allotment plan.* Document received from Tonto National Forest.

U.S. Forest Service, National Park Service, and U.S. Fish and Wildlife Service. 2010. *Federal Land Managers' Air Quality Related Values Work Group (FLAG): Phase I Report - Revised (2010).* Natural Resource Report NPS/NRPC/NRR—2010/232. Denver, Colorado: National Park Service. October.

————. 2011. *Federal Land Managers' Interagency Guidance for Nitrogen and Sulfur Deposition Analyses.* Natural Resources Report NPS/NRSS/ARD/NRR-2011/465. Denver, Colorado: National Park Service. November.

U.S. Geological Survey. 2017a. *Invitation to become a participating agency on the environmental review of the Resolution Copper Project.* Letter from William Werkheiser, Director, United States Geological Survey, to Neil Bosworth, Forest Supervisor, Tonto National Forest. Reston, Virginia: U.S. Geological Survey. September 21.

————. 2017b. *Request Tonto National Forest include the U.S. Geological Survey as part of the Groundwater Modeling Workgroup.* Letter from James Leenhouts, U.S. Geological Survey, to Neil Bosworth, Forest Supervisor, Tonto National Forest. Tucson, Arizona: U.S. Geological Survey. November 13.

6-RCMSER-1673

————. 2018a. Quaternary Fault and Fold Database of the United States. Earthquake Hazards Program. Available at: https://earthquake.usgs.gov/hazards/qfaults/. Accessed April 1, 2018.

————. 2018b. Routine United States Mining Seismicity. Earthquake Hazards Program. Available at: https://earthquake.usgs.gov/data/mineblast/. Accessed April 1, 2018.

————. 2018c. StreamStats: Arizona. Available at: https://streamstats.usgs.gov/ss/. Accessed December 19, 2018.

University of California Statewide Integrated Pest Management Program. 2017. Pests in gardens and landscapes: Dodder Management Guidelines. Division of Agriculture and Natural Resources. Available at: http://ipm.ucanr.edu/PMG/PESTNOTES/pn7496.html. Accessed April 6, 2018.

University of Nevada Cooperative Extension. 2004. Austrian Fieldcress. Nevada Project Weeds Fact Sheet 04-12. Available at: http://www.unce.unr.edu/publications/files/nr/2004/FS0412.pdf#search="austrian fieldcress". Accessed April 6, 2018.

Verberg, R. 2007. *Geochemical Characterization of Cleaner and Scavenger Tailings – Resolution Copper Project, Technical Memorandum to Resolution Copper Mining, Project No. 073-92548, December 11, 2007.* Ref: 073-92548. Technical memorandum. Redmond, Washington: Golder Associates Inc. December 11.

Vinson, J., B. Jones, M. Milczarek, D. Hammermeister, and J. Ward. 1999. Vegetation success, seepage, and erosion on tailings sites reclaimed with cattle and biosolids. Paper presented at the 16th National Meeting of the American Society for Surface Mining and Reclamation, Scottsdale, Arizona.

Walch, K. 2019. *Resolution Monitoring Plan.* Personal communication from Kale Walch, Air Quality Manager, Pinal County Air Quality, to Kami Ballard, Resolution Copper. Email dated July 28, 2019.

Walker, D.A., and K.R. Everett. 1987. Road dust and its environmental impact on Alaskan taiga and tundra. *Arctic and Alpine Research* 19(4):479–489.

Walser, G. 2020a. *Review of ADWR Salt River Valley Groundwater Model Application for Resolution's Desert Wellfield - Final.* Project No.: 1704007-06. Project memorandum. Golden, Colorado: BGC Engineering USA Inc. August 3.

————. 2020b. *Review of Desert Wellfield Subsidence Analysis.* Project No.: 1704007-06. Project memorandum. Golden, Colorado: BGC Engineering USA Inc. August 27.

————. 2020c. *Skunk Camp Model Review.* Project No.: 1704007-06. Project memorandum. Golden, Colorado: BGC Engineering USA Inc. October 26.

Warnecke, D., M. Dahlberg, S. Lashwasy, K. Smith, N. Robb, and A. Smith. 2018. *Queen Creek 2017 Aquatic Species and Habitat Surveys for Arizona Game and Fish Department - DRAFT.* Technical report. Phoenix: Arizona Game and Fish Department. December.

Water Resources Research Center. 2018. Arroyo 2018: Water and Irrigated Agriculture in Arizona. 2nd Edition. Revised. Dated June 27. Available at: https://wrrc.arizona.edu/sites/wrrc.arizona.edu/files/attachment/Arroyo-2018-revised.pdf. Accessed May 26, 2019.

Watt, E.T. 2004. *Don't Let the Sun Step Over You: A White Mountain Apache Family Life, 1860-1975*. Tucson, Arizona: University of Arizona Press.

Webb, R.H. 2002. Recovery of severely compacted soils in the Mojave Desert, California, USA. *Arid Land Research and Management* 16(3):291-305.

Webb, R.H., M.B. Murov, T.C. Esque, D.E. Boyer, L.A. DeFalco, D.F. Haines, D. Oldershaw, S.J. Scoles, K.A. Thomas, J.B. Blainey, and P.A. Medica. 2003. *Perrenial Vegetation Data from Permanent Plots on the Nevada Test Site, Nye County, Nevada*. Open-File Report 03-336. Tucson, Arizona: U.S. Geological Survey.

Webb, R.H., J.W. Steiger, and E.B. Newman. 1988. *The Response of Vegegation to Disturbance in Death Valley National Monument, California*. U.S. Geological Survey Bulletin 1793. Washington D.C.: U.S. Geological Survey.

Webb, R.H., J.W. Steiger, and R.M. Turner. 1987. Dynamics of Mojave Desert shrub assemblages in the Panamint Mountains, California. *Ecology* 68(3):478-490.

Werner, C., O. Correia, and W. Beyschlag. 2002. Characteristic patterns of chronic and dynamic photoinhibition of different functional groups in a Mediterranean ecosystem. *Functional Plant Biology* 29:999–1011.

Western Monarch Milkweed Mapper. 2023. Boyce Thompson Arboretum occurrence records. Available at: https://www.monarchmilkweedmapper.org/. Accessed April 2023.

———. 2025. Monarch and milkweed occurrence records for the the project area and in the analysis area for all action alternatives. Available at: https://www.monarchmilkweedmapper.org/. Accessed April 24, 2025.

Western Regional Climate Center. 2018. Climate of Arizona. Available at: https://wrcc.dri.edu/Climate/narrative_az.php. Accessed September 20, 2018.

WestLand Resources Inc. 2003. *Ecological Overview: San Pedro River Parcel, Pinal County, Arizona*. Job No. 807.03 SP 340. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources Inc. September 10.

———. 2004a. *Ecological Overview: 6L Ranch Parcel, Yavapai County, Arizona*. Job No. 807.06 6L 300. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources Inc. July 19.

———. 2004b. *Ecological Overview: Appleton Ranch Parcel, Santa Cruz County, Arizona*. Job No. 807.06 RR 300. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources Inc. May 26.

———. 2004c. *Ecological Overview: JX Ranch Parcel, Gila County, Arizona*. Job No. 807.06 JX 300. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources Inc. March 31.

———. 2004d. *Ecological Overview: LX Bar Ranch Parcel, Yavapai County Arizona*. Job No. 807.06 TC 300. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources Inc. March 3.

Final Environmental Impact Statement

————. 2009. *A Class III Cultural Resources Survey of Approximately 0.45 Acre Near Superior, Arizona*. Project No.: 807.15 110-1. Tucson, Arizona: WestLand Resources, Inc. September 18.

————. 2015a. *Phase I Environmental Site Assessment: Non-Federal Parcel - Dripping Springs, Gila County, Arizona*. Project No. 807.98. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. June 24.

————. 2015b. *Phase I Environmental Site Assessment: Non-Federal Parcel, Apache Leap South End, Gila County, Arizona*. Project No. 807.98. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. August 13.

————. 2016a. *2016 Yellow-Billed Cuckoo Survey Whitlow Ranch Dam, Devils Canyon, and Mineral Creek, Pinal County, Arizona*. Project Number: 807.115-09-04. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. October 28.

————. 2016b. *Ecological Overview, Dripping Springs Parcel, Gila and Pinal Counties, Arizona: Resolution Copper*. Project Number: 807.98 13 06. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. December.

————. 2016c. *Phase I Environmental Assessment, Non-Federal Parcel, East Clear Creek, Coconino County, Arizona: Resolution Copper*. Project Number: 807.126. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. September.

————. 2016d. *Phase I Environmental Assessment, Non-Federal Parcel, Tangle Creek (LX Bar Ranch), Yavapai County, Arizona: Resolution Copper*. Project Number: 807.119. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. October.

————. 2016e. *Phase I Environmental Site Assessment, Non-Federal Parcel, Appleton Ranch, Santa Cruz County, Arizona: Resolution Copper*. Project No. 807.121. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. September.

————. 2016f. *Phase I Environmental Site Assessment, Non-Federal Parcel, Cave Creek (6L Ranch), Maricopa County, Arizona: Resolution Copper*. Project No. 807.120. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. September.

————. 2016g. *Phase I Environmental Site Assessment, Non-Federal Parcel, Turkey Creek (JX Bar Ranch), Gila County, Arizona: Resolution Copper*. Project Number: 807.118. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. October.

————. 2017a. *2017 Forest Sensitive Plant Species Survey Within the Resolution Copper Project Area*. Project Number: 807.132 06. Tucson, Arizona: WestLand Resources, Inc. November.

————. 2017b. *Ecological Overview, East Clear Creek Parcel, Coconino County, Arizona: Resolution Copper*. Project Number: 807.98 13 06. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. January 24.

————. 2017c. *General Plan of Operations and Legislative Land Exchange Screening Analysis for Special Status Species: Resolution Copper*. Project Number: 807. 115 05-8985 04. Prepared for Tonto National Forest. Tucson, Arizona: WestLand Resources, Inc. December.

6-RCMSER-1676

———. 2017d. *Phase I Environmental Site Assessment, Non-Federal Parcel, Lower San Pedro River, Pinal County, Arizona: Resolution Copper*. Project Number: 807.134. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. November.

———. 2018a. *2017 Fish Survey for the Resolution Copper Project*. Project Number: 807.132 04 04. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. March 9.

———. 2018b. *Resolution Copper Water Balance Tailings Alternatives 2, 3, 4, 5, and 6*. Project No.: 807.141 02. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. September 4.

———. 2018c. *Resolution Tailings Storage Facility Alternatives: Comparative Analysis of Ordinary High Water Mark, Aquatic Features, and Potential Waters of the U.S.* Project No.: 0807.149 06. Tucson, Arizona: WestLand Resources, Inc. September 6.

———. 2018d. *Survey of Surface Water Features in the Resolution Project Area and Vicinity: Resolution Copper*. Project Number: 807.132 04 01. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. March.

———. 2019. *Recreation Project Conceptual Plan: Recreation User Group, Superior, Arizona*. Tucson, Arizona: WestLand Resources, Inc. March.

———. 2020a. *Inconceivables Access Plan*. Project No.: 807.176. Technical memorandum. Tucson, Arizona: WestLand Resources, Inc. October 2.

———. 2020b. *Phase I Environmental Assessment, East Clear Creek, Coconino County, Arizona*. Prepared for Resolution Copper. Project Number: 807.211. Tucson, Arizona: WestLand Resources, Inc. September 4.

———. 2020c. *Phase I Environmental Site Assessment, Apache Leap South End, Gila County, Arizona*. Prepared for Resolution Copper. Project Number: 807.211. Tucson, Arizona: WestLand Resources, Inc. September 4.

———. 2020d. *Phase I Environmental Site Assessment, Appleton Ranch, Santa Cruz County, Arizona*. Prepared for Resolution Copper. Project Number: 807.211. Tucson, Arizona: WestLand Resources, Inc. September 4.

———. 2020e. *Phase I Environmental Site Assessment, Cave Creek (6L Ranch), Maricopa County, Arizona*. Prepared for Resolution Copper. Project Number: 807.211. Tucson, Arizona: WestLand Resources, Inc. September 4.

———. 2020f. *Phase I Environmental Site Assessment, Dripping Springs, Gila County, Arizona*. Prepared for Resolution Copper. Project Number: 807.211. Tucson, Arizona: WestLand Resources, Inc. September 4.

———. 2020g. *Phase I Environmental Site Assessment, Lower San Pedro River, Pinal County, Arizona*. Prepared for Resolution Copper. Project Number: 807.211. Tucson, Arizona: WestLand Resources, Inc. September 23.

———. 2020h. *Phase I Environmental Site Assessment, Tangle Creek (LX Bar Ranch), Yavapai County, Arizona*. Prepared for Resolution Copper. Project Number: 807.211. Tucson, Arizona: WestLand Resources, Inc. September 22.

(242 of 282), Page 242 of 282Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 242 of 282
Case 2:21-cv-00068-DWL   Document 106-3   Filed 07/14/25   Page 240 of 355

Final Environmental Impact Statement

————. 2020i. *Phase I Environmental Site Assessment, Turkey Creek (JX Bar Ranch), Gila County, Arizona: Resolution Copper*. Prepared for Resolution Copper. Project Number: 807.211. Tucson, Arizona: WestLand Resources, Inc. September 4.

————. 2020j. *Resolution Copper Conservation Measure for ESA Section 7 Consultation 02EAAZ00-2020-F-0822*. Project No.: 807.176. Tucson, Arizona: WestLand Resources, Inc. August 25.

————. 2020k. *Resolution Copper Project Clean Water Act Mitigation Sites Section 7 Compendium*. Tucson, Arizona: WestLand Resources, Inc. June 18.

————. 2020l. *Vegetation Assessment for the Proposed Skunk Camp Tailings Storage Facility in Gila and Pinal Counties, Arizona*. Prepared for Resolution Copper. Tucson, Arizona: WestLand Resources, Inc. March 10.

————. 2022. *Post-Telegraph Fire Assessment of Arizona Hedgehog Cacti near Superior, Arizona*. Project Number: 807.254. Tucson, Arizona: WestLand Resources, Inc. June 1.

————. 2025a. *Phase I Environmental Site Assessment, Apache Leap South End, Pinal County, Arizona*. Prepared for Resolution Copper. Project Number: 13095. Tucson, Arizona: WestLand Resources, Inc. May 15.

————. 2025b. *Phase I Environmental Site Assessment, Appleton Ranch, Santa Cruz County, Arizona*. Prepared for Resolution Copper. Project Number: 13095. Tucson, Arizona: WestLand Resources, Inc. May 15.

————. 2025c. *Phase I Environmental Site Assessment, Cave Creek, Maricopa County, Arizona*. Prepared for Resolution Copper. Project Number: 13095. Tucson, Arizona: WestLand Resources, Inc. May 15.

————. 2025d. *Phase I Environmental Site Assessment, Dripping Springs, Gila and Pinal Counties, Arizona*. Prepared for Resolution Copper. Project Number: 13095. Tucson, Arizona: WestLand Resources, Inc. May 15.

————. 2025e. *Phase I Environmental Site Assessment, East Clear Creek, Coconino County, Arizona*. Prepared for Resolution Copper. Project Number: 13095. Tucson, Arizona: WestLand Resources, Inc. May 15.

————. 2025f. *Phase I Environmental Site Assessment, Lower San Pedro River, Pinal County, Arizona*. Prepared for Resolution Copper. Project Number: 13095. Tucson, Arizona: WestLand Resources, Inc. May 15.

————. 2025g. *Phase I Environmental Site Assessment, Tangle Creek, Yavapai County, Arizona*. Prepared for Resolution Copper. Project Number: 13095. Tucson, Arizona: WestLand Resources, Inc. May 15.

————. 2025h. *Phase I Environmental Site Assessment, Turkey Creek, Gila County, Arizona*. Prepared for Resolution Copper. Project Number: 13095. Tucson, Arizona: WestLand Resources, Inc. May 15.

Resolution Copper Project and Land Exchange

WestLand Resources Inc., and Montgomery and Associates Inc. 2018. *Spring and Seep Catalog, Resolution Copper Project Area, Upper Queen Creek and Devils Canyon Watersheds*. Prepared for Resolution Copper. Version 2.0. Tucson, Arizona: WestLand Resources, Inc. and Montgomery and Associates. June 15.

————. 2020. *Spring and Seep Catalog, Resolution Copper Project Area, Upper Queen Creek, Devils Canyon, Mineral Creek, Dripping Springs Wash Watersheds*. Prepared for Resolution Copper. Version 3.0. Tucson, Arizona: WestLand Resources, Inc. and Montgomery and Associates. April 21.

Wheat Scharf Associates and ADOT/FHWA/BLM/USFS Steering Committee. 2008. *Arizona Department of Transportation Guidelines for Highways on Bureau of Land Management and U.S. Forest Service Lands*. Prepared for Arizona Department of Transportation, Federal Highway Administration, Bureau of Land Management, and U.S. Forest Service. Tucson, Arizona: Wheat Scharf Associates.

White, M.R. (ed.). 2013. *Invasive Plants and Weeds of the National Forests and Grasslands in the Southwestern Region*. MR-R3-16-6. Albuquerque, New Mexico: U.S. Forest Service, Southwestern Region. December.

Whitehill, A. 2019. The drought contingency plan and what it means for Arizona. Available at: https://westernlandsblog.arizona.edu/drought-contingency-plan-and-what-it-means-arizona. Accessed April 5, 2023.

Wickham, M. 2018. *Prediction of tailings seepage water chemistry influenced by tailings weathering processes*. Technical memorandum. South Jordan, Utah: Rio Tinto. August 23.

————. 2020. *Tailings geochemical sampling and analysis program, Resolution Copper*. Technical memorandum. South Jordan, Utah: Rio Tinto. May 28.

Wickham, M.P., and E.F. Corkhill. 1989. *Pinal Active Management Area Regional Groundwater Flow Model Phase One: Hydrogeologic Framework, Water Budget and Phase One Recommendations*. Modeling Report No. 1. Phoenix: Arizona Department of Water Resources, Hydrology Division. June.

Wilbor, S. 2010. *Avian surveys conducted by Audubon Arizona IBA Program at 7B Ranch, Lower San Pedro River, Mammoth, Arizona, 2006-2010*. Tucson Audubon Society.

Williams, A.J. 2011. Co-development of biological soil crusts, soil-geomorphology, and landscape biogeochemistry in the Mojave Desert, Nevada, U.S.A. - Implications for ecological management. Ph.D. dissertation, Department of Geoscience, University of Nevada, Las Vegas.

Williams, A.J., B.J. Buck, and M.A. Beyene. 2012. Biological soil crusts in the Mojave Desert, USA: Micromorphology and pedogenesis. *Soil Science Society of America Journal* 76(5):1685-1695.

Williams, A.J., B.J. Buck, D.A. Soukup, and D.J. Merkler. 2013. Geomorphic controls on biological soil crust distribution: A conceptual model from the Mojave Desert (USA). *Geomorphology* 195(2013):99-109.

Williamson, M.A. 2020. *Response to Dr. A. Maest Comments to DEIS - Draft*. Loveland, Colorado: Geochemical Solutions, LLC. June 19

6-RCMSER-1679

Winston, R., W. DesCamp, J. Andreas, C.B. Randall, J. Milan, and M. Schwarzländer. 2014. *New Invaders of the Southwest*. FHTET-2014-13. Moscow, Idaho: University of Idaho Extension; Forest Health Technology Enterprise Team. December.

Winter, M., D.H. Johnson, and J. Faaborg. 2000. Evidence for edge effects on multiple levels in tallgrass prairie. *The Condor* 102:256-266.

Witt, J.K., M. Schönhardt, J. Saarela, R. Frilander, J. Csicsak, M. Csővári, A. Várhegyi, D.P. Georgescu, C.A. Radulescu, M. Zlagnean, J. Böhm, Á. Debreczeni, I. Gombkötő, A. Xenidis, E. Koffa, A. Kourtis, and J. Engels. 2004. *Tailings Management Facilities - Risks and Reliability*. Edited by J.K. Witt and M. Schönhardt. Contract Number: EVG1-CT-2002-00066. Report of the European RTD project TAILSAFE. Weimar, Germany: Bauhaus-University of Weimar; TAILSAFE. September.

Wong, I. 2020. *Response to Action Item GS-16 and Follow-up from FMEA Workshop: Induced Earthquakes at the Resolution Copper Mine and TSF*. Concord, California: Lettis Consultants International, Inc. April 13.

Wong, I., E. Nemser, M. Dober, S. Olig, J. Bott, F. Terra, R. Darragh, and W. Silva. 2013. *Site-Specific Seismic Hazard Analyses for the Resolution Mining Company Tailings Storage Facilities Options, Southern Arizona*. Prepared for Resolution Copper. Oakland, California: URS Corporation; El Cerrito, California: Pacific Engineering and Analysis. June 3.

Wong, I., P. Thomas, N. Lewandowski, and R. Hartleb. 2020a. *Site-Specific Hazard Analyses and Development of Time Histories for Resolution Copper's Proposed Skunk Camp Tailings Storage Facility, Southern Arizona*. Rev. 2. Prepared for Resolution Copper. Concord and Valencia, California: Lettis Consultants International, Inc. May 19.

———. 2020b. *Site-Specific Hazard Analyses and Development of Time Histories for Resolution Copper's Proposed Skunk Camp Tailings Storage Facility, Southern Arizona*. Final report. Prepared for Resolution Copper. Concord, California: Lettis Consultants International, Inc. January 6.

Wong, I., P. Thomas, N. Lewandowski, and S. Lindvall. 2018. *Site-Specific Seismic Hazard Evaluation for the Proposed Resolution Copper Mine, Southern Arizona*. Prepared for Resolution Copper. Walnut Creek, California: Lettis Consultants International Inc. January 23.

Wong, I., P. Thomas, N. Lewandowski, S. Lindvall, and A. Seifried. 2017. *Updated Site-Specific Seismic Hazard and Development of Time Histories for Resolution Copper's Near West Site, Southern Arizona*. Prepared for Resolution Copper. Walnut Creek, California: Lettis Consultants International Inc. November 27.

Wong, I., P. Thomas, S. Olig, and F. Terra. 2008. *Site-Specific Probabilistic and Deterministic Seismic Hazard Analyses: Sierrita Tailing Dam Green Valley, Arizona*. Prepared for Phelps Dodge Sierrita Inc. Oakland, California: URS Corporation. October 31.

Wong, I.G. 1993. Tectonic stresses in mine seismicity: Are they significant? Paper presented at the Rockbursts and Seismicity in Mines 93. Proceedings of the Third International Symposium, Kingston, Canada.

Resolution Copper Project and Land Exchange

Woo, K.-S., E. Eberhardt, D. Elmo, and D. Stead. 2013. Empirical investigation and characterization of surface subsidence related to block cave mining. *International Journal of Rock Mechanics and Mining Sciences* 61(2013):31-42.

Wood, Y.A., R.C. Graham, and S.G. Wells. 2005. Surface control of desert pavement pedologic process and landscape function, Cima Volcanic field, Mojave Desert, California. *Catena* 59(2005):205-230.

Woodhouse, G.E. 1997. Perched Water in Fractured, Welded Tuff: Mechanisms of Formation and Characteristics of Recharge. Unpublished Ph.D. dissertation, Department of Hydrology and Water Resources, University of Arizona.

Worthington, R.D., and R.D. Corral. 1987. Some effects of fire on shrubs and succulents in a Chihuahuan Desert community in the Franklin Mountains, El Paso County, Texas. Paper presented at the Second Symposium on Resources of the Chihuahuan Desert Region, United States and Mexico, Alpine, Texas.

WSP USA. 2019. *Resolution Copper Groundwater Flow Model Report*. Project No.: 31400968. Greenwood Village, Colorado: WSP USA. February 15.

Youngs, R.R., W.J. Arabasz, R.E. Anderson, A.R. Ramelli, J.P. Ake, D.B. Slemmons, J.P. McCalpin, D.I. Doser, C.J. Fridrich, F.H. Swann III, A.M. Rogers, J.C. Yount, L.W. Anderson, K.D. Smith, R.L. Bruhn, P.L.K. Knuepfer, R.B. Smith, C.M. dePolo, D.W. O'Leary, K.J. Coppersmith, S.K. Pezzopane, D.P. Schwartz, J.W. Whitney, S.S. Olig, and G.R. Toro. 2003. A methodology for probabalistic fault displacement hazard analysis (PFDHA). *Earthquake Spectra* 19(1):191-219.

Zellman, M., and D. Cook. 2020a. *Resolution Copper Project EIS - Assessment of Surface Faulting Investigations at the Skunk Camp TSF Location*. Project No.: 1704007. Project memorandum. Golden, Colorado: BGC Engineering USA Inc. June 30.

————. 2020b. *Resolution Copper Project EIS - Evaluation of Seismic Hazard Analyses (Rev 1)*. Project No.: 1704005. Project memorandum. Golden, Colorado: BGC Engineering USA Inc. August 18.

————. 2020c. *Resolution Copper Project EIS  - Evaluation of Skunk Camp Site - Specific Seismic Hazard Analyses*. Project No.: 1704005. Project memorandum. Golden, Colorado: BGC Engineering USA Inc. July 1.

Zouhar, K. 2003. Potentilla recta. In: Fire Effects Information System. Available at: https://www.fs.fed.us/database/feis/plants/forb/potrec/all.html#HABITAT%20TYPES%20AND%20PLANT%20COMMUNITIES. Accessed April 6, 2018.

6-RCMSER-1681

# Chapter 8. Glossary; Acronyms and Abbreviations

## 8.1    Glossary

| | |
|---|---|
| Acid-forming materials | Earth materials that contain sulfide minerals or other materials that, if exposed to air, water, or weathering processes, form acids that may create acid drainage (as in potentially acid generating or reactive rock). |
| Acid mine drainage | 1. Drainage with a pH of 2.0 to 4.5 from mines and mine wastes. It results from the oxidation of sulfides exposed during mining, which produces sulfuric acid and sulfate salts. The acid dissolves minerals in the rocks, further degrading the quality of the drainage water.<br><br>2. Acidic run-off water from mine waste dumps and mill tailings ponds containing sulfide minerals. Also refers to groundwater pumped to surface from mines. |
| Alluvium (alluvial) | Loose or unconsolidated material, like clay, silt, sand, or cobbles, deposited as a result of water. Alluvium is found in varying thicknesses along stream channels and in geologic basins, and often contains groundwater. |
| Apex tunnel | An existing structure at the West Plant Site that diverts off-site flows from north of the site to the Silver King Wash west of the site. |
| Apron feeder | A metal conveyor (or conveyor with metal plates) operated to control the rate of delivery to a standard belt conveyor. The metal-plate construction allows the apron feeder to withstand the weight and force of rock material being dumped from a chute onto a bin. |
| Aquifer | A body of permeable sediment or rock that contains and can transmit groundwater. |
| Aquifer test | The controlled pumping of groundwater from a well or other structure, accompanied by measurements of changes in groundwater level in the aquifer, that is used to estimate the ability of the aquifer to transmit groundwater. |
| Artesian | Refers to an aquifer in which the groundwater is naturally pressurized because of an overlying impermeable rock or sediment layer. If the pressure is great enough, when a well penetrates the impermeable layer the water level in the well may rise to the ground surface, which is commonly known as an artesian or flowing well. |
| Bank storage | Water that infiltrates the ground and is stored in the bed and banks of a lake or river, usually during periods of high flow in response to precipitation events, and then later drains out and returns to the lake or river after during low-flow periods to provide base flow. |
| Base flow | The portion of flow in a stream that occurs consistently between precipitation events, fed by a groundwater aquifer or bank storage. The counterpart of base flow is storm flow or runoff. |
| Bedrock | Solid rock that underlies loose or unconsolidated material, such as alluvium. |
| Belt tilter | A mechanism on a belt conveyor that allows material to be discharged into a bin or silo. |
| Cave | Caving of the ore is induced by undercutting the ore zone, which removes its ability to support the overlying rock material. Fractures spread throughout the area to be extracted, causing it to collapse and form a cave underground, which propagates upward throughout the mining process. |
| Civilian Conservation Corps | The Civilian Conservation Corps (CCC) was a public work relief program that operated from 1933 to 1942 in the United States for unemployed, unmarried men. The CCC was a major part of President Franklin D. Roosevelt's New Deal, which provided unskilled manual labor jobs related to the conservation and development of natural resources in rural lands owned by Federal, State, and local governments. |
| Copper Triangle | Area in Arizona between the towns of Superior, Globe/Miami, and Hayden/Winkelman that is the general location of more than 30 historical and active copper mines. |
| Crosscut | A passageway driven at an angle to the drifts of a mine. The crosscuts connect the parallel drifts. |
| Crushers | Machines that reduce large rocks into smaller rocks. |
| Cyclone tailings | Hydrocyclone classifiers (cyclones) would process both ore and tailings. The centrifugal force separates the tailings into both fines deposited into the tailings facility and sand which is used in embankment raises. |
| Dewatering | Since much of the underground mine lies below the groundwater table, in order to conduct mining operations groundwater must be removed from the aquifer by pumping water from shafts or wells. |
| Discharge | Water that flows out of or is lost from a groundwater system. Common sources of discharge are pumping from wells, and stream reaches that gain water from the aquifer with that water then flowing downstream in the stream channel. |
| Diurnal | A rhythm to each day; in biology, being active or open during the day. |

6-RCMSER-1682

Resolution Copper Project and Land Exchange

| Drawdown | The lowering of the groundwater level, usually due to the removal of groundwater by pumping. |
|---|---|
| Drift | A horizontal or nearly horizontal underground opening. |
| Dry | A change house for mine workers. Contains lockers and clothes baskets and is equipped with shower, toilets, and sinks. |
| East Plant Site | Current exploratory shaft sinking site, historic Magma Mine site, future mine site, and area impacted by block caving. |
| Entrainment | The capture of water within the pore space of a porous material, especially when applied to water that is contained in the pore spaces of tailings material. |
| Ephemeral | A water source that flows or has a presence of water only in response to precipitation events. |
| Equilibrium | Used in the context of a groundwater system or aquifer, the condition where groundwater inflows roughly equal groundwater outflows, leading to stable groundwater levels. For groundwater models, equilibrium is often expressed as the length of time needed for the groundwater system to come back to stable conditions after an imposed stress (like mining or pumping). |
| Evaporation, evapotranspiration | Evaporation is the conversion of liquid water into water vapor by the sun's heat, which is then lost to the atmosphere. Evapotranspiration is the combination of evaporation and water that is lost to the atmosphere after being used by vegetation. |
| Fault | In geology, a fault is a planar fracture or zone of fractures across which there has been substantial movement of the rocks on either side. |
| Fire intensity | Fire intensity refers to the rate at which a fire produces heat at the flaming front and should be expressed in terms of temperature or heat yield. |
| Fire severity | Fire severity is a measure of the physical change in an area caused by burning. |
| Flotation | Process of separating small particles of various materials by treatment with chemicals in water in order to make some particles adhere to air bubbles and rise to the surface for removal while others remain in the water. |
| Fracture | In geology, a crack or usually a network of cracks in a solid rock unit, that separates the rock and especially allows water to move through the rock unit. |
| Fracture limit | The fracture limit is the outer limit of any potential large-scale surface cracking (or fracturing) that consists of an area around the cave crater in which the ground surface could be broken with open tension cracks and rotational blocks. |
| Galloway | Temporary working platform suspended above the bottom of the shaft under construction, to support the ongoing drilling, blasting, and mucking. |
| Gangue | Commercially worthless material that surrounds, or is closely mixed with a wanted mineral in an ore deposit. |
| Geothermal | Referring to heat produced from the inside of the earth, often used when referring to anomalously hot groundwater encountered in an aquifer. |
| Graben | An elongated block of the earth's crust lying between at least two faults and displaced downward relative to the blocks on either side. |
| Grizzly | A coarse screening or scalping device that prevents oversized bulk material from entering a material transfer system, such as an ore pass or ore chute. A grizzly is typically constructed of rails, bars, or steel beams. |
| Groundwater-dependent ecosystem | Groundwater-dependent ecosystems are communities of plants, animals, and other organisms whose extent and life processes rely on access to or discharge of groundwater. In the EIS these are categorized as either springs or stream segments. Any aquatic habitat and riparian vegetation that may be present at these locations is assumed to be an integral part of the groundwater-dependent ecosystem. |
| Groundwater flux | The amount of groundwater flowing through an aquifer or groundwater system. |
| Groundwater gradient | The slope and direction of the groundwater table that determines where and how fast groundwater will flow. |
| Groundwater inflow | See "recharge". |
| Groundwater model | A computer simulation of a groundwater system, usually attempting to simulate the major inflows and outflows of water, and used to predict how the amount of water stored in the groundwater system, the inflows and outflows, and groundwater levels would change due to some new condition (like mining). |
| Groundwater model boundaries | The defined edges of a groundwater model, typically corresponding to some sort of real-world hydrologic boundary (such as a groundwater divide, a river, or an impermeable rock unit) that can be simulated with some certainty in the groundwater model. |

6-RCMSER-1683

Final Environmental Impact Statement

| | |
|---|---|
| Groundwater model calibration | The process by which the predictions of a groundwater model are compared to real-world, known measurements in order to judge how accurate the groundwater model is at simulating the real-world groundwater system. Typically calibration uses measurements of groundwater levels or surface flow. |
| Groundwater outflow | See "discharge". |
| Groundwater storage | The amount of water residing in a groundwater system or aquifer. When inflows/recharge exceed outflows/discharge, groundwater storage will increase, because more water resides in the aquifer than before. When outflows/discharge exceed inflows/recharge, groundwater storage will decrease, because less water resides in the aquifer than before. |
| Historic property | As defined in the implementing regulations of Section 106, 36 CFR 800.16(l), historic properties are any district, site, building, structure, or object that is included in or eligible for inclusion in the NRHP under one of four significance criteria: a) association with events that have made a significant contribution to the broad patterns of history; b) association with a significant person in the past; c) embodiment of the distinctive characteristics of a type, period, or method of construction, or represents the work of a master or possess high artistic values; d) the potential to yield information important about the past (National Park Service 1997). |
| Intermittent | A water source that has a consistent presence of water seasonally, but not throughout the entire year. Intermittent water sources may derive partially from a groundwater aquifer, or from bank storage. The term intermittent can be applied both to geography and time. For geography, this indicates that only some segments of a stream have persistent presence of water, while others do not. For time, this indicates that a given reach of a stream may have water during some seasons or years, but not continuously. |
| Loadout facility | A proposed facility where copper concentrate would be filtered to remove water and then sent to off-site smelters via rail cars or trucks. |
| Long-term storage credit | Under Arizona law, a groundwater accounting unit that is accrued by actively recharging water into the aquifer or by preventing groundwater from being pumped from the aquifer. Long-term storage credits allow a user to recover stored water at a later date, often at a different location within the same groundwater basin. |
| Low-flow | A seasonal condition of a stream when flow is at its lowest levels, but not fully dry. Low-flow conditions often occur in late spring/early summer. |
| Makeup water | Despite the numerous recycling loops and water reuse, the mining process loses a substantial amount of water, especially through evaporation. Makeup water is the fresh water fed back into the mine water supply in order to make up these losses. |
| MARRCO corridor | Magma Arizona Railroad Company railroad corridor that begins at the Union Pacific Line at Magma Junction and continues to the town of Superior. The corridor would be used for water pipelines, concentrate pipelines, power and pump stations. |
| MARRCO right-of-way | The existing easement through public and private property associated with the MARRCO railway. |
| Mineralization | The process or processes by which a mineral or minerals are introduced into a rock, resulting in a valuable or potentially valuable deposit. It is a general term, incorporating various types; e.g., fissure filling, impregnation, and replacement. |
| MODFLOW | A computerized groundwater flow model originally developed by the U.S. Geological Survey that is widely used for simulating groundwater conditions. |
| Mountain-front recharge | The movement of water that falls as precipitation, infiltrates in mountainous areas through fractures, and then moves underground from the mountains into aquifers in an adjacent basin. This also occurs at the margin of the mountains, where collected runoff from the mountains encounters basin sediments and then infiltrates into the ground. |
| New Magma Irrigation and Drainage District (NMIDD) | An irrigation and water conservation district located west of Phoenix, between Queen Creek and the Gila River. It encompasses 27,410 acres, of which 26,900 are irrigable. |
| Numerical groundwater model | A type of groundwater model in which the groundwater system is simulated by solving equations based on the real physics of groundwater flow. Mathematical equations are solved using computer code, usually in an iterative manner, and often for many separate individual components of the groundwater system. |
| Ore | The naturally occurring material from which a mineral or minerals of economic value can be extracted at a reasonable profit. |
| Panel caving | A high-volume underground mining technique. A variation of block caving, typically used on low-grade, massive ore bodies. |

6-RCMSER-1684

Resolution Copper Project and Land Exchange

| Perched aquifer | An aquifer that is located physically above the regional aquifer, typically where there is an impermeable layer of rock or sediment located at an elevation above the main water table/aquifer but below the land surface. |
| --- | --- |
| Perennial | A water source that has a continuous presence of water throughout the year, often indicating that the water source is derived at least in part from a groundwater aquifer. |
| Permeability | A measurement of the ease by which groundwater can move through geologic materials, such as a rock unit or alluvium. |
| Precision | The degree to which repeated measurements of the same condition are similar to each other. Decimal places are the most common example of precision: the value 0.0123 is more precise than the value 0.01. Precision is often used in conjunction with accuracy. Accuracy reflects how close measurements are to the real-world condition. Measurements may be very precise but still not accurate if they do not reflect the real-world condition. |
| Predictive groundwater model runs | After a groundwater model has been demonstrated to be adequately calibrated by accurately simulating real-world hydrologic conditions in the past or present, predictive groundwater model runs extend the model into the future to estimate future conditions of the groundwater system. |
| Recharge | Water that flows into or is added to a groundwater system. Common sources of recharge are precipitation that infiltrates into the aquifer, and stream reaches that lose water to the aquifer. |
| Riparian | The communities of vegetation that exist along the margin or bank of a stream, river, or spring. Riparian communities may have varying levels of reliance on water. Hydroriparian communities require consistent water. Mesoriparian communities thrive with consistent water but are also able to survive for some time without. Xeroriparian communities thrive solely on rainfall and runoff. |
| Runoff | Water that flows on the surface of the ground in a downstream direction, resulting from any rainfall or snowmelt that does not soak into the ground or evaporate. |
| Seepage | The slow draining of water over time from a porous material, usually under the force of gravity. Seepage in the EIS usually refers to water draining from the tailings storage facility over time. |
| Semi-autogenous grinding (SAG) | A type of grinding mill designed to break a solid material into smaller pieces. It is essentially autogenous but uses some balls to aid in grinding steel. |
| Semi-autonomous | Equipment with instrumentation and computer controls to be operated with minimal or no manual oversight. |
| Sensitive receptor | Those locations or areas where dwelling units or other fixed, developed sites of frequent human use occur. |
| Sensitivity groundwater model runs | A series of groundwater model runs that systematically vary key modeling parameters in order to assess how important these variables are to the outcomes. Often used as one method to assess the uncertainty of a groundwater model. |
| Skip | A bucket used to hold broken ore and development rock that is hoisted from a mine via a shaft. |
| Slot raise | A shaft driven upward from a lower level to a higher level. |
| Slurry | Mixture of a fine-grained solid material—such as copper ore concentrate or tailings—and water. |
| Steady-state model | A groundwater model run that has no time component, and the model simply runs until all the inflows and outflows specified in the groundwater model reach a balance. |
| Store and release cover | A reclamation cover that minimizes infiltration into the underlying material by acting like a sponge to store water from precipitation events until it is evaporated or transpired by plants growing in the cover material. |
| Subsidence | The process by which underground excavation collapses and movement of material connects all the way to the surface where a depression or deformation in the land surface is formed. |
| Sulfide enrichment | Enrichment of a deposit by replacement of one sulfide by another of high value, as pyrite by chalcocite. |
| Tailings | The processed waste component that results from copper ore processing. |
| Tailings (PAG) | The tailings produced in the copper-molybdenum potentially acid generating (PAG) circuit. |
| Tailings (NPAG) | The tailings product that would be produced from rougher/non-potentially acid generating (NPAG) circuit. |
| Tailings corridor | The corridor that begins at the West Plant Site and ends at the tailings storage facility and is used for water and tailings pipelines and access. |
| Tailings storage facility | The final storage area for unrecoverable and uneconomic metals, minerals, chemicals, organics and process water. |
| Transient model | A groundwater model run that occurs over a specified period of time, with each time step using the model results from the previous time step as a starting point. |

6-RCMSER-1685

Final Environmental Impact Statement

| Waste rock | Valueless rock that must be fractured and removed from a mine to keep the mining scheme practical and gain access to ore. |
|---|---|
| Water budget | The description and quantification of all water inflows and outflows from a natural system like an aquifer, or from an artificial system like an industrial process, including any change in water storage within the system. |
| Water (CAP) | This water is the fresh makeup water that is drawn either directly from the Central Arizona Project (CAP) canal or through pumping of groundwater available through banking of CAP credits. |
| Water (effluent) | Wastewater (treated or untreated) that flows out of a treatment plant, sewer, or industrial outfall. |
| Water (filtrate) | The water removed from the concentrate filtration process. |
| Water (mine) | Groundwater that accumulates in underground mine workings and must be pumped out in order to operate the mine. |
| Water (mine service) | Water used at the mine for the refrigeration and ventilation systems, dust suppression, washdown water, and direct cooling. |
| Water (potable) | Potable water is defined as "water that meets the standards for drinking purposes of the State of Arizona and those of the US Environmental Protection Agency's National Primary Water Regulations." This water is kept completely separate from the other waters, and is supplied by Arizona Water Company. |
| Water (process) | Water which comes into direct contact with or results from the production or use of any raw material, intermediate product, finished product, byproduct, or waste product. The project creates this through milling, grinding, thickener overflows, and other mine processes. Other types of water that come into contact with process water by mixing into the process water pond or at the tailings distribution box are considered process water from that point forward. Process water is reused and recycled to the greatest extent possible within the mill area. Ore moisture is considered a process water due to its contact with raw materials. |
| Water (reclaim) | Decanted water pumped from a set of barges in the tailings storage facility to the process water pond. Includes tailings storage facility stormwater runoff and tailings storage facility seepage captured by seepage collection embankments. |
| Water (service) | Fresh water stored at the CAP water distribution tank, used in several ways at the concentrator complex. It is used for dust suppression and wash-down water, as well as for gland water. |
| Water (void) | The tailings consist of a matrix of solid waste material and water. This water, which fills the annular spaces between the solid particles, is called void water. |
| Watershed | A geographic area within which any precipitation that falls and becomes runoff will flow downstream to a single point (located at the outlet of the watershed). |
| West Plant Site | Current site of water treatment plant, historic Magma Mine concentrator and smelter, legacy tailings/waste rock, future site of concentrator. |

## 8.2    Acronyms and Abbreviations

| § | section |
|---|---|
| §§ | sections |
| °C | degree(s) Celsius |
| °F | degree(s) Fahrenheit |
| \|C\| | absolute contrast threshold |
| ΔE | color contrast for gray terrain |
| µg/m$^3$ | micrograms per cubic meter |
|  |  |
| ACEC | Area of Critical Environmental Concern |
| ACHP | Advisory Council on Historic Preservation |
| ADEQ | Arizona Department of Environmental Quality |
| ADOT | Arizona Department of Transportation |
| ADWR | Arizona Department of Water Resources |
| AEP | annual exceedance probability |

6-RCMSER-1686

Resolution Copper Project and Land Exchange

| af/yr | acre-feet per year |
|---|---|
| AGFD | Arizona Game and Fish Department |
| Ag pool | Agriculture Excess pool |
| AIRFA | American Indian Religious Freedom Act of 1978 |
| ALRIS | Arizona Land Resources Information System |
| AMA | Active Management Area |
| amsl | above mean sea level |
| ANFO | ammonium nitrate-fuel oil |
| APE | area of potential effects |
| APP | Aquifer Protection Permit |
| APS | Arizona Public Service Company |
| ARPA | Archaeological Resources Protection Act of 1979 |
| ARS | Arizona Revised Statutes |
| ASL | Average Sky Luminance |
| ASLD | Arizona State Land Department |
| ATV | all-terrain vehicle |
| AUM | animal unit month |
| AWQS | Arizona Numeric Aquifer Water Quality Standards |
| AZPDES | Arizona Pollutant Discharge Elimination System |
|  |  |
| BADCT | Best Available Demonstrated Control Technology |
| BGEPA | Bald and Golden Eagle Protection Act |
| BLM | U.S. Department of the Interior Bureau of Land Management |
|  |  |
| CAG | Central Arizona Governments |
| CAP | Central Arizona Project |
| CDP | census designated place |
| CEQ | Council on Environmental Quality |
| CFR | Code of Federal Regulations |
| cfs | cubic feet per second |
| CO | carbon monoxide |
| $CO_2$ | carbon dioxide |
| CO2e | carbon dioxide equivalents |
| CWA | Clean Water Act |
| CWPP | Community Wildfire Protection Plan |
|  |  |
| DAT | deposition analysis thresholds |
| dB | decibel(s) |
| dBA | A-weighted decibel(s) |
| DEIS | draft environmental impact statement |
| DSHA | deterministic seismic hazard analysis |

6-RCMSER-1687

Final Environmental Impact Statement

| EA | environmental assessment |
|---|---|
| EIS | environmental impact statement |
| EPA | U.S. Environmental Protection Agency |
| ERMA | Extensive Recreation Management Area |
| ERU | Ecological Response Unit |
| ESA | Endangered Species Act |
| | |
| FEIS | final environmental impact statement |
| FEMA | Federal Emergency Management Agency |
| FLPMA | Federal Land Policy and Management Act |
| FMEA | failure modes and effects analysis |
| FONSI | Finding of No Significant Impact |
| forest plan | "Tonto National Forest Land Management Plan" |
| Forest Service | U.S. Department of Agriculture Forest Service |
| FR | Federal Register |
| FSH | Forest Service Handbook |
| FSM | Forest Service Manual |
| FWS | U.S. Department of the Interior Fish and Wildlife Service |
| FY | fiscal year |
| | |
| g/ha/year | grams per hectare per year |
| GDE | groundwater-dependent ecosystem |
| GIS | geographic information system |
| Global Industry Standard | Global Industry Standard on Tailings Management |
| GMU | Game Management Unit |
| GPO | General Plan of Operations |
| GTES | General Terrestrial Ecosystem Survey |
| | |
| $H_2SO_4$ | sulfuric acid |
| HAP | hazardous air pollutant |
| HDD | horizontal directional drilling |
| HDMS | Arizona Heritage Data Management System |
| HDPE | high-density polyethylene |
| HPTP | historic properties treatment plan |
| HUC | Hydrologic Unit Code |
| | |
| ICMM | International Council on Mining and Metals |
| ID | interdisciplinary |
| IMPLAN | Impact Analysis for Planning |
| INA | Irrigation Non-expansion Area |

6-RCMSER-1688

Resolution Copper Project and Land Exchange

| in/sec. | inches per second |
|---|---|
| InSAR | interferometry synthetic aperture radar |
| ISO | Insurance Services Office |
| ITRB | Independent Technical Review Board |
| | |
| kg TNTe | kilograms TNT equivalent |
| km | kilometer(s) |
| kmh | kilometers per hour |
| KOP | key observation point |
| kV | kilovolt(s) |
| | |
| L10 | noise level exceeded 10 percent of the time |
| land exchange | Southeast Arizona Land Exchange |
| LCI | Lettis Consultants International |
| Ldn | day-night average sound level |
| LED | light-emitting diode |
| Leq | equivalent sound level |
| Leq(h) | hourly equivalent sound level |
| Lmax | maximum sound level |
| LiDAR | light detection and ranging |
| LOS | level of service |
| LOST | Legends of Superior Trails |
| | |
| m | meter(s) |
| M | magnitude |
| MA | Management Area |
| MAC | Mining Association of Canada |
| MARRCO | Magma Arizona Railroad Company |
| MBTA | Migratory Bird Treaty Act |
| Merrill Ranch | Merrill Ranch Master Planned Community Project |
| mg/L | milligram(s) per liter |
| MIBC | methyl isobutyl carbinol |
| Mining Law | General Mining Act of 1872 |
| MIS | management indicator species |
| MM | Modified Mercalli |
| mph | mile(s) per hour |
| MPO | mine plan of operations |
| MSDS | Mojave-Sonoran Desert Scrub |
| MSHA | Mine Safety and Health Administration |
| Myd³ | million cubic yards |
| MW | megawatt(s) |

6-RCMSER-1689

1081

| project | Resolution Copper Project and Land Exchange |
|---|---|
| PPV | peak particle velocity |
| ppm | part(s) per million |
| PM$_{10}$ | particulate matter 10 microns in diameter or smaller |
| PM$_{2.5}$ | particulate matter 2.5 microns in diameter or smaller |
| PL | Public Law |
| PILT | payments in lieu of taxes |
| PCE | primary constituent element |
| PCAQCD | Pinal County Air Quality Control District |
| PBRISD | Performance-Based Risk-Informed Safe Design |
| Pb | lead |
| PAG | potentially acid generating |
| PA | Programmatic Agreement |
| | |
| OHV | off-highway vehicle |
| Oak Flat Withdrawal Area | 760 acres of National Forest System land, including the Oak Flat campground, previously withdrawn from mineral entry |
| Oak Flat Federal Parcel | 2,422-acre area of land involved in the Southeast Arizona Land Exchange |
| O$_3$ | ozone |
| | |
| NRHP | National Register of Historic Properties |
| NRCS | Natural Resources Conservation Service |
| NPAG | non-potentially acid generating |
| NOI | Notice of Intent |
| NOA | Notice of Availability |
| NO$_X$ | nitrogen oxides |
| NO$_3$ | nitrate |
| NO$_2$ | nitrogen dioxide |
| NNP | net neutralizing potential |
| NMIDD | New Magma Irrigation and Drainage District |
| NIA pool | Non-Indian Agricultural pool |
| NHPA | National Historic Preservation Act |
| NH$_4$ | ammonium |
| NFS Road | National Forest System Road |
| NFS | National Forest System |
| NFMA | National Forest Management Act of 1976 |
| NEPA | National Environmental Policy Act of 1969, as amended |
| NDAA | Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 |
| NAGPRA | Native American Graves Protection and Repatriation Act of 1990 |
| NAAQS | National Ambient Air Quality Standards |
| N | nitrogen |

Final Environmental Impact Statement

6-RCMSER-1690

Resolution Copper Project and Land Exchange

| PSD | prevention of significant deterioration |
|---|---|
| PSHA | probabilistic seismic hazard analysis |
| | |
| Resolution Copper | Resolution Copper Mining LLC |
| Resolution Copper Project | any operations on National Forest System land associated with a proposed large-scale underground mine |
| RFFA | reasonably foreseeable future action |
| RMS | root mean squared |
| ROD | record of decision |
| ROS | recreation opportunity spectrum |
| Rosemont | Rosemont Copper Company |
| RUG | recreation user group |
| | |
| S | sulfur |
| SCC | Species of Conservation Concern |
| SEP | Simplified Estimation Procedure |
| SERI | Species of Economic and Recreational Importance |
| SGCN | Species of Greatest Conservation Need |
| SHPO | Arizona State Historic Preservation Office |
| SIO | Scenic Integrity Objective |
| SIP | State Implementation Plan |
| SIPX | sodium isopropyl xanthate |
| SMA | Special Management Area |
| SO$_2$ | sulfur dioxide |
| SPCC | spill prevention, control, and countermeasures plan |
| SPLP | synthetic precipitate leaching procedure |
| SR | Arizona State Route |
| SRMA | Special Recreation Management Area |
| SRP | Salt River Project |
| SRV | Salt River valley |
| SSURGO | Soil Survey Geographic |
| Standard | Global Industry Standard on Tailings Management |
| SWCA | SWCA Environmental Consultants |
| SWPPP | stormwater pollution prevention plan |
| SWReGAP | Southwest Regional Gap Analysis Project |
| | |
| TCP | traditional cultural place |
| TDR | time domain reflectometer |
| TEK | cumulative body of knowledge, practice, and belief, evolving by adaptive processes and handed down through generations by cultural transmission, about the relationship of living beings (including humans) with one another and with their environment |
| TEKP | traditional ecological knowledge place |

6-RCMSER-1691

| | |
|---|---|
| TENORM | technologically enhanced naturally occurring radioactive materials |
| THPO | Tribal Historic Preservation Officer |
| TKP | traditional knowledge place |
| TMDL | total maximum daily load |
| | |
| U.S. | United States |
| U.S. 60 | U.S. Route 60 |
| USACE | U.S. Army Corps of Engineers |
| U.S.C. | United States Code |
| USDA | U.S. Department of Agriculture |
| USGS | U.S. Geological Service |
| UTV | utility task vehicle |
| | |
| VdB | vibration decibel(s) |
| VOC | volatile organic compound |
| VQO | Visual Quality Objective |
| VRM | Visual Resource Management |
| | |
| WUI | wildland-urban interface |

6-RCMSER-1692

Resolution Copper Project and Land Exchange

*This page intentionally left blank.*

1084

(258 of 282), Page 258 of 282 Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 258 of 282
Case 2:21-cv-00068-DWL    Document 106-3    Filed 07/14/25    Page 256 of 355

Final Environmental Impact Statement

# Chapter 9. Index

## A

**access road,** 19, 27, 30, 47, 74, 76, 80, 84, 88, 100, 107, 130, 132, 200, 268, 313, 316, 329, 342, 343, 344, 365, 562, 592, 615, 616, 667, 669, 673, 679, 685, 713, 752, 760, 784, 804, 816, 831, 832, 833, 869, 952, 1020, 1021, 1033

**acid rock drainage,** 63, 93, 141, 180, 463, 484, 499, 1017, 1034, 1052, 1054

**active management area,** 32, 84, 917, 981, 982, 1014, 1023, 1027, 1038, 1070, 1078

**affected environment,** 4, 8, 135, 144, 163, 164, 165, 172, 214, 278, 316, 358, 390, 391, 397, 476, 568, 599, 603, 647, 693, 741, 757, 768, 770, 818, 840, 842, 848, 867, 872, 897, 923, 943

**air quality,** ES-5, ES-11, ES-24, 21, 22, 32, 33, 35, 41, 44, 45, 92, 107, 108, 110, 135, 136, 143, 144, 148, 163, 207, 350, 351, 353, 354, 355, 356, 357, 358, 360, 361, 362, 363, 364, 365, 366, 367, 369, 373, 374, 375, 377, 378, 379, 380, 600, 724, 730, 732, 747, 755, 758, 856, 915, 918, 924, 928, 946, 947, 989, 1008, 1010, 1011, 1013, 1032, 1045, 1049, 1059, 1064, 1065, 1081

**ambient concentration,** 357

**amendment,** ES-7, ES-8, ES-9, ES-31, 1, 5, 7, 9, 12, 17, 18, 19, 20, 22, 41, 47, 51, 58, 92, 101, 107, 115, 122, 132, 192, 202, 213, 218, 237, 238, 249, 260, 261, 268, 286, 309, 317, 327, 346, 364, 377, 427, 448, 487, 561, 574, 595, 611, 612, 640, 641, 655, 664, 665, 666, 681, 711, 734, 745, 751, 753, 759, 764, 772, 786, 787, 810, 826, 827, 834, 848, 861, 879, 885, 889, 904, 910, 914, 932, 933, 934, 936, 940, 943, 944, 946, 948, 950, 952, 954, 956, 957, 960, 962, 964, 966, 968, 970, 972, 974, 1019, 1037, 1060, 1061, 1062, 1063

**American Indian Religious Freedom Act (AIRFA),** 1078

**animal unit month (AUM),** 161, 861, 894, 895, 897, 898, 899, 900, 901, 902, 904, 905, 906, 907, 908, 910, 931, 974, 975, 1078

**Apache Leap,** ES-8, ES-23, ES-24, ES-27, 16, 27, 47, 53, 55, 64, 67, 89, 145, 153, 163, 169, 170, 171, 175, 178, 180, 187, 189, 190, 192, 193, 196, 197, 198, 199, 200, 203, 204, 218, 275, 281, 283, 287, 288, 289, 292, 293, 296, 297, 298, 301, 302, 303, 305, 306, 307, 327, 336, 349, 386, 387, 389, 392, 393, 394, 396, 403, 405, 406, 407, 408, 410, 411, 414, 415, 416, 420, 425, 426, 428, 434, 438, 452, 454, 459, 460, 461, 477, 478, 479, 482, 485, 492, 497, 517, 570, 574, 647, 655, 656, 657, 659, 660, 662, 663, 665, 667, 669, 670, 674, 676, 745, 762, 777, 778, 779, 780, 781, 792, 798, 867, 874, 879, 883, 889, 891, 903, 904, 930, 998, 999, 1012, 1020, 1022, 1024, 1039, 1040, 1045, 1057, 1062, 1067, 1068, 1069

**applicant-committed environmental protection measure,** ES-27, 141, 154, 192, 193, 199, 203, 206, 238, 239, 268, 271, 287, 312, 328, 364, 365, 428, 487, 563, 575, 599, 612, 613, 624, 625, 626, 639, 664, 667, 690, 711, 712, 717, 733, 737, 751, 759, 787, 788, 827, 828, 848, 885

**appraisal,** ES-8, ES-9, 15, 16, 20, 35, 55, 57, 58

**aquifer,** ES-3, ES-25, 27, 28, 29, 30, 36, 41, 85, 116, 149, 150, 175, 178, 184, 185, 257, 269, 381, 386, 387, 389, 390, 392, 393, 394, 396, 397, 403, 405, 406, 407, 408, 410, 411, 414, 415, 416, 417, 420, 425, 428, 434, 435, 437, 441, 443, 444, 445, 449, 452, 453, 454,455, 456, 458, 460, 461, 462, 463, 464, 465, 466, 467, 468, 470, 471, 472, 473, 476, 477, 478, 479, 486, 488, 489, 491, 492, 495, 497, 498, 500, 504, 505, 509, 510, 512, 515, 517, 518, 520, 522, 523, 528, 531, 532, 535, 537, 539, 540, 541, 542, 547, 549, 550, 551, 552, 554, 555, 556, 558, 560, 561, 562, 564, 578, 605, 617, 624, 641, 698, 703, 707, 717, 728, 731, 747, 755, 762, 823, 860, 880, 895, 929, 948, 950, 952, 954, 956, 980, 982, 983, 984, 986, 992, 1013, 1030, 1042, 1073, 1074, 1075, 1076, 1077, 1078

**Archaeological Resources Protection Act (ARPA),** 1078

**archaeological site,** 56, 158, 814, 820, 824, 825, 826, 827, 828, 830, 831, 832, 835, 836, 837,

Resolution Copper Project and Land Exchange

871, 873, 879, 880, 883, 884, 885, 886, 887, 888

area of potential effects (APE), 814, 931, 1078

Arizona Department of Environmental Quality (ADEQ), ES-5, 27, 28, 29, 30, 31, 32, 33, 36, 41, 135, 136, 143, 144, 185, 187, 188, 189, 213, 244, 246, 247, 353, 354, 360, 364, 473, 474, 475, 480, 481, 482, 483, 484, 498, 500, 512, 514, 515, 521, 522, 530, 563, 579, 698, 716, 717, 758, 761, 762, 932, 1013, 1039, 1049, 1051, 1077

Arizona Department of Water Resources (ADWR), ES-5, 27, 28, 29, 32, 41, 135, 136, 383, 390, 396, 397, 398, 403, 410, 431, 434, 437, 444, 580, 860, 917, 978, 979, 980, 981, 982, 983, 984, 987, 988, 989, 992, 1013, 1014, 1015, 1023, 1027, 1038, 1065, 1070, 1077

Arizona Game and Fish Department (AGFD), ES-5, 41, 136, 138, 142, 206, 220, 231, 232, 239, 268, 383, 414, 415, 599, 600, 601, 604, 605, 609, 610, 614, 627, 628, 629, 630, 631, 637, 641, 643, 644, 654, 655, 656, 670, 679, 682, 685, 840, 847, 848, 856, 857, 858, 862, 865, 895, 917, 932, 936, 1014, 1016, 1022, 1047, 1052, 1065, 1078

Arizona National Scenic Trail (Arizona Trail), ES-17, ES-27, ES-28, 46, 76, 100, 107, 108, 110, 115, 121, 153, 157, 275, 281, 283, 289, 292, 293, 297, 298, 302, 303, 306, 307, 348, 644, 645, 647, 648, 651, 654, 655, 656, 659, 662, 665, 666, 667, 670, 671, 673, 674, 676, 677, 678, 681, 682, 683, 684, 685, 707,772, 777, 778, 782, 786, 787, 790, 791, 792, 793, 795, 796, 797, 798, 800, 801, 802, 805, 808, 810, 811, 926, 930, 933, 958, 960, 1015, 1061, 1063, 1064

Arizona Revised Statutes (ARS), 30, 36, 41, 144, 263, 337, 398, 435, 514, 725, 760, 773, 981, 984, 1038, 1078

Arizona State Land Department (ASLD), ES-5, ES-19, ES-21, ES-26, ES-29, 14, 27, 28, 29, 32, 36, 41, 57, 60, 76, 91, 93, 99, 101, 106, 107, 114, 115, 116, 121, 122, 123, 131, 136, 153, 317, 434, 592, 654, 660, 666, 668, 681, 682, 744, 753, 815, 816, 824, 853, 860, 894, 895, 901, 905, 906, 907, 908, 909, 930,

933, 958, 984, 987, 1014, 1020, 1048, 1051, 1078

**B**

background concentration, 353, 357, 362, 366, 373, 515, 539, 554

Bald and Golden Eagle Protection Act (BGEPA), 609, 627, 628, 1078

baseline, 4, 15, 33, 36, 41, 92, 234, 235, 267, 276, 279, 285, 312, 350, 351, 381, 382, 390, 391, 470, 472, 474, 479, 509, 512, 520, 521, 528, 529, 537, 538, 540, 545, 555, 595, 597, 861, 929, 931, 952, 970, 997, 1002

best available demonstrated control technology (BADCT), 143, 483, 512, 529, 538, 552, 579, 698, 699, 701, 703, 717, 733, 762, 1013, 1035, 1078

best management practice (BMP), ES-29, 239, 328, 487, 498, 562, 575, 580, 759, 811, 950, 1002

Biological Opinion, ES-31, 5, 6, 33, 42, 135, 137, 203, 206, 240, 256, 269, 270, 309, 348, 379, 450, 563, 596, 599, 613, 631, 634, 636, 638, 639, 642, 683, 735, 811, 863, 911, 914, 922, 940, 1000, 1059

biological resource, ES-10, 45, 643, 915

Bureau of Land Management (BLM), ES-5, ES-6, ES-8, ES-19, ES-24, ES-26, ES-29, 3, 10, 16, 17, 22, 23, 25, 27, 28, 29, 32, 41, 52, 55, 56, 57, 91, 99, 106, 114, 115, 116, 120, 121, 131, 132, 136, 144, 147, 153, 155, 172, 174, 191, 213, 230, 232, 236, 264, 265, 267, 271, 317, 327, 345, 346, 364, 426, 487, 539, 553, 574, 599, 604, 609, 627, 628, 630, 631, 639, 644, 648, 651, 654, 660, 663, 666, 668, 676, 677, 678, 679, 680, 697, 698, 707, 710, 717, 730, 731, 732, 733, 735, 738, 744, 748, 750, 753, 759, 766, 769, 772, 773, 774, 775, 776, 779, 780, 800, 807, 808, 815, 824, 826, 827, 847, 860, 867, 894, 895, 897, 900, 901, 904, 907, 908, 909, 915, 926, 930, 932, 933, 943, 964, 999, 1012, 1019, 1047, 1070, 1078

**C**

Clean Air Act (CAA), 32, 41, 354, 356, 360

Final Environmental Impact Statement

**Clean Water Act (CWA),** ES-5, ES-6, ES-25, ES-30, 5, 6, 14, 20, 23, 24, 31, 33, 41, 131, 137, 151, 206, 236, 237, 238, 269, 270, 473, 474, 475, 476, 480, 565, 568, 569, 582, 583, 588, 591, 592, 595, 596, 597, 599, 609, 683, 707, 811, 815, 823, 863, 1069, 1078

**climate,** 212, 214, 217, 228, 241, 244, 250, 362, 403, 504, 571, 572, 979, 1002, 1009, 1017, 1024, 1027, 1040, 1046, 1052, 1059, 1066

**Code of Federal Regulations (CFR),** ES-6, ES-9, ES-28, 7, 9, 12, 17, 19, 20, 21, 22, 23, 24, 27, 28, 29, 31, 32, 33, 34, 35, 37, 40, 41, 42, 43, 49, 57, 135, 141, 142, 143, 144, 165, 172, 191, 237, 263, 265, 276, 277, 286, 317, 351, 353, 354, 356, 359, 360, 369, 426, 486, 514, 539, 559, 568, 569, 573, 611, 651, 654, 697, 698, 710, 725, 731, 735, 759, 760, 781, 815, 819, 820, 821, 826, 835, 871, 884, 914, 923, 932, 998, 1000, 1002, 1060, 1075, 1078

**contact water,** 89, 108, 113, 114, 115, 253, 482, 498, 573, 624, 757

**cooperating agency,** ES-5, ES-10, ES-11, 38, 40, 41, 601, 609, 631, 691, 856, 997, 1002

**Council on Environmental Quality (CEQ),** 7, 9, 25, 43, 94, 103, 141, 1022, 1078

**criteria pollutant,** 148, 353, 354

**critical habitat,** ES-23, ES-26, 33, 42, 56, 115, 122, 146, 152, 206, 207, 230, 231, 233, 264, 266, 269, 415, 599, 600, 610, 614, 633, 634, 636, 637, 638, 641, 707, 708, 730, 936, 940, 954, 957, 1000, 1059, 1060

**cultural resource,** ES-11, ES-28, ES-29, 17, 43, 44, 47, 101, 115, 122, 137, 158, 160, 164, 316, 814, 815, 816, 817, 818, 819, 820, 823, 824, 825, 826, 827, 828, 829, 830, 831, 832, 833, 834, 835, 836, 837, 868, 871, 872, 879, 884, 885, 886, 887, 890, 891, 913, 915, 931, 968, 969, 1000, 1001, 1007, 1008, 1009, 1016, 1018, 1020, 1021, 1022, 1023, 1030, 1032, 1033, 1036, 1038, 1044, 1048, 1052, 1054, 1056, 1067

**cumulative effect,** 4, 6, 7, 8, 15, 85, 165, 166, 200, 202, 203, 206, 207, 268, 269, 273, 309, 312, 313, 327, 346, 350, 377, 378, 382, 383, 398, 428, 448, 449, 455, 456, 561, 565, 566, 595, 600, 640, 641, 644, 645, 681, 682, 734,

737, 738, 753, 754, 755, 764, 768, 810, 814,820, 834, 835, 839, 860, 861, 868, 888, 889, 890, 894, 909, 910, 913, 917, 923, 924, 925, 926, 927, 928, 929, 930, 931, 932, 933, 934, 935, 936, 937, 938, 940, 941, 942, 943, 944, 945, 946, 947, 948, 949, 950, 951, 952, 953, 954, 955, 956, 957, 958, 959, 960, 961, 962, 963, 964, 965, 966, 967, 968, 969, 970, 971, 972, 973, 974, 975, 976, 977, 983, 984, 987, 988, 989, 1003, 1008, 1009, 1023, 1045, 1051, 1055

**D**

**direct effect,** 165, 166, 365, 614, 615, 622, 724, 763, 815, 850, 885

**direct impact,** 158, 285, 427, 438, 597, 642, 670, 763, 815, 816, 820, 823, 824, 825, 826, 827, 828, 830, 831, 832, 837, 871, 880, 883, 884, 885, 886, 887, 888, 892, 902

**diversion channel,** 89, 90, 97, 100, 105, 107, 113, 115, 120, 130, 218, 219, 247, 248, 254, 575, 592

**E**

**easement,** 46, 82, 116, 138, 192, 238, 256, 317, 610, 638, 683, 751, 788, 863, 932, 1075

**emission,** ES-24, 32, 44, 45, 82, 92, 148, 163, 249, 350, 351, 353, 354, 355, 356, 360, 361, 362, 364, 365, 366, 369, 373, 375, 377, 378, 379, 380, 571, 747, 755, 758, 783, 784, 790, 791, 928, 946, 948, 989, 990, 1012, 1028, 1038, 1049, 1056

**employment,** ES-4, 159, 839, 843, 849, 850, 851, 854, 855, 856, 857, 916, 917, 919, 1058

**endangered species,** ES-6, ES-26, ES-31, 5, 6, 33, 42, 122, 137, 206, 230, 232, 267, 316, 599, 609, 631, 633, 914, 915, 917, 928, 929, 936, 954, 1000, 1079

**Endangered Species Act (ESA),** ES-6, ES-26, ES-31, 5, 6, 20, 33, 42, 137, 144, 173, 206, 207, 230, 231, 232, 233, 234, 266, 267, 599, 600, 604, 609, 618, 627, 628, 630, 631, 633, 638, 914, 1000, 1008, 1069, 1079

**environmental impact statement (EIS),** ES-1, ES-3, ES-5, ES-6, ES-9, ES-10, ES-13, ES-30, 1, 3, 4, 5, 6, 10, 12, 13, 14, 15, 17, 19,

6-RCMSER-1696

Resolution Copper Project and Land Exchange

20, 22, 23, 24, 25, 30, 32, 37, 38, 39, 40, 41,
42, 43, 47, 49, 53, 76, 81, 85, 91, 92, 103,
137, 141, 156, 164, 165, 169, 175, 192, 196,
203, 207, 269, 285, 309, 312, 315, 316, 317,
318, 337, 347, 348, 354, 361, 378, 390, 393,
394, 412, 428, 438, 449, 450, 473, 474, 475,
476, 481, 492, 515, 550, 551, 559, 562, 568,
569, 572, 596, 600, 641, 654, 682, 693, 707,
730, 732, 735, 741, 754, 764, 810, 818, 823,
835, 839, 853, 860, 863, 890, 895, 897, 910,
913, 915, 926, 927, 946, 981, 984, 989, 990,
992, 997, 1001, 1002, 1003, 1007, 1008,
1013, 1015, 1016, 1019, 1020, 1025, 1027,
1028, 1029, 1030, 1035, 1036, 1043, 1047,
1054, 1055, 1058, 1062, 1063, 1064, 1072,
1074, 1076, 1078, 1079

**ephemeral stream,** 578

**erosion,** 45, 87, 90, 97, 101, 105, 106, 114, 120,
212, 218, 235, 238, 239, 243, 244, 246, 247,
248, 249, 251, 252, 253, 254, 259, 261, 263,
268, 269, 270, 272, 316, 328, 353, 487, 498,
499, 563, 565, 578, 579, 580, 596, 618, 642,
683, 687, 699, 712, 713, 714, 723, 724, 725,
727, 735, 747, 762, 811, 823, 889, 911, 915,
928, 936, 938, 972, 1065

**F**

**fault,** 166, 167, 170, 171, 174, 178, 179, 180,
181, 183, 184, 185, 186, 187, 188, 189, 197,
392, 403, 405, 408, 410, 465, 472, 482, 690,
716, 880, 903, 928, 1020, 1065, 1072, 1074

**floodplain,** 138, 151, 178, 236, 237, 239, 403,
517, 540, 554, 565, 566, 583, 588, 591, 595,
610, 636, 678, 712, 821, 918

**Florence,** ES-7, 315, 318, 319, 322, 324, 326,
339, 340, 408, 449, 539, 561, 570, 571, 654,
705, 706, 709, 710, 729, 730, 731, 779, 780,
800, 801, 802, 845, 854, 857, 861, 862, 929,
932, 933, 934, 970, 977, 983, 1026, 1048,
1052

**forage,** 618, 619, 621, 655, 894, 898, 900

**forest plan,** ES-7, ES-8, ES-9, ES-31, 1, 5, 7, 9,
12, 17, 18, 19, 20, 21, 22, 41, 43, 47, 51, 58,
92, 101, 107, 115, 122, 132, 157, 192, 207,
214, 227, 232, 237, 238, 241, 244, 267, 286,
327, 364, 427, 487, 574, 600, 609, 610, 611,
612, 631, 662, 664, 665, 711, 744, 751, 759,

768, 771, 772, 781, 786, 787, 826, 827, 848,
879, 885, 904, 914, 1009, 1055, 1062, 1079

**fragmentation,** ES-26, 45, 152, 164, 255, 256,
615, 616, 620, 622, 643

**G**

**Game Management Unit (GMU),** ES-27, 153,
604, 645, 655, 668, 670, 858, 930, 1014, 1079

**General Plan of Operations (GPO),** ES-1,
ES-5, ES-6, ES-7, ES-8, ES-9, ES-10, ES-11,
ES-13, ES-15, ES-24, 1, 3, 10, 13, 14, 19, 20,
21, 30, 32, 45, 47, 50, 51, 53, 55, 58, 60, 69,
76, 87, 91, 92, 93, 94, 97, 100, 101, 103, 107,
108, 110, 115, 116, 120, 122, 132, 133, 135,
136, 141, 142, 143, 156, 169, 175, 191, 192,
199,201, 213, 217, 218, 239, 244, 245, 250,
287, 328, 337, 345, 353, 365, 428, 498, 575,
613, 674, 678, 711, 751, 752, 758, 759, 760,
761, 762, 795, 815, 816, 820, 825, 826, 828,
829, 834, 835, 840, 868, 869, 884, 885, 886,
887, 888, 889, 890, 895, 898, 1001, 1017,
1021, 1027, 1043, 1050, 1061, 1067, 1079

**geological,** ES-23, 10, 23, 44, 45, 46, 50, 63, 64,
66, 145, 163, 167, 169, 170, 171, 174, 175,
176, 177, 178, 179, 180, 181, 182, 183, 185,
187, 188, 189, 192, 194, 199, 200, 201, 202,
204, 205, 218, 222, 223, 381, 387, 388, 403,
405, 416, 432, 445, 467, 470, 472, 474,477,
484, 496, 497, 506, 566, 570, 660, 667, 678,
693, 712, 713, 716, 722, 777, 812, 928, 1003,
1004, 1007, 1008, 1010, 1012, 1014, 1020,
1024, 1026, 1032, 1033, 1037, 1046, 1048,
1049, 1052, 1053, 1054, 1062, 1064, 1066,
1075, 1083

**geology,** ES-11, ES-23, 8, 145, 163, 166, 167,
168, 169, 170, 171, 174, 175, 178, 179, 180,
181, 183, 184, 185, 187, 191, 192, 197, 198,
199, 202, 203, 204, 217, 219, 381, 388, 403,
409, 428, 437, 439, 442, 466, 467, 470, 472,
528, 549, 604, 616, 691, 716, 928, 933, 934,
935, 936, 983, 1007, 1008, 1010, 1016, 1023,
1024, 1032, 1037, 1043, 1045, 1050, 1051,
1053, 1060, 1074

**geomorphology,** 151, 215, 244, 565, 578, 723,
1028, 1070

**groundwater-dependent ecosystem (GDE),**
ES-25, ES-31, 5, 85, 137, 141, 149, 152, 160,

6-RCMSER-1697

Final Environmental Impact Statement

163, 167, 257, 269, 270, 381, 382, 387, 389, 390, 391, 393, 394, 396, 397, 408, 411, 412, 414, 415, 416, 417, 419, 420, 421, 424, 426, 427, 428, 429, 432, 434, 438, 441, 444, 445, 446, 447, 448, 449, 450, 451, 452,453, 454, 477, 479, 564, 570, 578, 579, 597, 604, 605, 617, 640, 641, 642, 682, 683, 810, 811, 862, 863, 889, 890, 895, 902, 910, 911, 924, 929, 948, 949, 954, 956, 990, 992, 995, 1027, 1028, 1061, 1079

## H

habitat, ES-23, ES-26, 17, 42, 45, 56, 57, 101, 115, 122, 132, 138, 143, 144, 146, 152, 164, 200, 206, 207, 213, 214, 230, 231, 232, 234, 238, 239, 240, 241, 243, 249, 252, 256, 257, 258, 260, 261, 262, 263, 264, 265, 266, 267, 270, 271, 316, 387, 414, 415, 424, 426, 429, 430, 431, 432, 433, 445, 452, 453, 454, 456, 563, 565, 569, 574, 579, 595, 596, 599, 600, 603, 604, 605, 606, 609, 610, 611, 612, 613, 614, 615, 616, 617, 618, 619, 620, 621, 622, 623, 626, 627, 631, 633, 634, 636, 637, 638, 639, 640, 641, 642, 643, 644, 655, 670, 683, 694, 695, 707, 708, 709, 712, 722, 723, 724, 727, 730, 732, 733, 735, 737, 744, 747, 755, 766, 811, 814, 857, 858, 863, 885, 903, 911, 915, 917, 918, 921, 928, 929, 932, 936, 948, 952, 954, 956, 957, 990, 1000, 1074

habitat fragmentation, 45, 615, 616, 620

habitat type, 611, 640, 940, 956, 957

hazardous, ES-27, 22, 30, 31, 33, 41, 44, 45, 87, 88, 101, 106, 114, 131, 156, 164, 354, 357, 496, 498, 513, 521, 529, 553, 686, 687, 744, 748, 754, 755, 756, 757, 758, 759, 760, 761, 762, 763, 764, 765, 930, 964, 965, 1007, 1008, 1051, 1079

highway, ES-24, ES-27, ES-28, 9, 15, 32, 46, 147, 163, 273, 276, 286, 292, 293, 297, 298, 302, 303, 306, 307, 312, 313, 316, 317, 318, 319, 322, 324, 326, 332, 337, 338, 339, 340, 616, 619, 654, 656, 662, 685, 708, 710, 744, 758, 770, 779, 782, 783, 797, 798, 800, 801, 802, 804, 805, 825, 828, 844, 845, 857, 898, 915, 916, 933, 1012, 1026, 1037, 1053, 1054, 1057, 1070, 1081

housing, 44, 278, 315, 365, 449, 746, 830, 831, 832, 833, 839, 840, 842, 843, 851, 852, 853, 858, 861, 862, 865, 931, 970, 972, 988, 1058

hydrogeology, 381, 388, 397, 1007, 1008

## I

indicator species, 599, 600, 609, 610, 611, 632, 1036, 1080

indirect effect, 4, 165, 167, 309, 345, 437, 474, 599, 626, 645, 738, 763, 815, 849, 850, 928

indirect impact, 158, 164, 207, 236, 238, 256, 257, 378, 382, 437, 448, 452, 591, 600, 609, 623, 672, 763, 815, 816, 818, 824, 826, 829, 830, 831, 832, 833, 836, 869, 871, 884, 886, 887, 888, 894, 902, 928, 929

infiltration, 114, 184, 215, 227, 403, 498, 507, 521, 563, 717, 762, 995, 1076

interim management, 34, 271

intermittent stream, 56

## K

Kearney, 862, 865

key observation point (KOP), 769, 770, 782, 783, 790, 791, 792, 793, 794, 797, 798, 799, 800, 801, 803, 804, 805, 806, 1080

## L

land exchange, ES-1, ES-3, ES-4, ES-5, ES-6, ES-8, ES-9, ES-10, ES-13, ES-23, ES-31, 1, 3, 5, 6, 8, 10, 12, 13, 15, 16, 19, 20, 21, 22, 25, 27, 28, 29, 33, 34, 36, 38, 39, 41, 42, 43, 44, 46, 47, 51, 53, 55, 56, 57, 58, 60, 69, 92, 142, 143, 144, 164, 167, 169, 191, 192, 197, 202, 237, 268, 286, 309, 327, 346, 347, 348, 364, 377, 378, 426, 427, 448, 449, 486, 561, 562, 573, 595, 611, 640, 641, 644, 663, 665, 666, 667, 669, 673, 675, 676, 679, 681, 682, 684, 710, 734, 745, 750, 753, 759, 764, 781, 787, 807, 809, 810, 816, 819, 823, 824, 826, 827, 828, 834, 836, 848, 852, 856, 861, 862, 864, 867, 868, 869, 871, 879, 884, 885, 889, 904, 910, 914, 933, 934, 936, 940, 943, 944, 946, 948, 950, 952, 954, 956, 957, 958, 960, 962, 964, 966, 968, 970, 972, 974, 997, 999, 1001, 1002, 1007, 1013, 1016, 1018, 1019,1021, 1023, 1036, 1043, 1046, 1049,

6-RCMSER-1698

1055, 1059, 1062, 1063, 1064, 1067, 1080, 1081

**land ownership,** 10, 16, 46, 99, 106, 114, 121, 131, 660, 827, 828, 830, 831, 832, 895

**land use,** ES-7, ES-24, 14, 22, 32, 55, 87, 100, 116, 147, 227, 235, 237, 241, 244, 245, 246, 247, 249, 271, 273, 275, 276, 279, 280, 281, 282, 283, 285, 286, 317, 349, 568, 611, 681, 737, 772, 781, 904, 905, 910, 912, 914, 915, 919, 931, 958

**light,** ES-26, 23, 45, 152, 186, 187, 189, 190, 192, 207, 255, 258, 262, 269, 281, 282, 449, 550, 559, 600, 618, 619, 620, 621, 643, 670, 780, 790, 795, 804, 813, 917, 924, 926, 1016, 1080

**listed species,** 600, 618, 631

**M**

**Migratory Bird Treaty Act (MBTA),** 609, 619, 627, 628, 629, 630, 1080

**mineral,** ES-6, ES-11, ES-23, ES-26, 12, 32, 34, 122, 132, 152, 163, 166, 172, 179, 203, 204, 206, 237, 247, 269, 357, 381, 386, 388, 389, 403, 405, 411, 412, 415, 422, 426, 428, 429, 433, 450, 454, 480, 481, 487, 553, 559, 565, 570, 571, 572, 575, 576, 580, 583, 588, 592, 595, 599, 604, 613, 614, 615, 616, 620, 633, 637, 639, 644, 660, 679, 693, 694, 697, 708, 709, 710, 712, 733, 737, 755, 766, 814, 857, 880, 909, 928, 933, 952, 984, 993, 1007, 1008, 1010, 1015, 1022, 1024, 1033, 1034, 1040, 1041, 1042, 1045, 1046, 1049, 1052, 1055, 1060, 1067, 1070

**mining plan of operations,** 12, 14, 23, 33, 34, 93, 116, 172, 244, 317, 473, 697

**mitigation,** ES-6, ES-24, ES-25, ES-28, ES-29, ES-30, 4, 6, 7, 14, 16, 24, 33, 35, 39, 41, 43, 60, 81, 91, 99, 106, 114, 121, 122, 130, 131, 135, 136, 137, 138, 139, 140, 141, 142, 147, 149, 152, 155, 160, 165, 171, 172, 192, 203, 204, 206, 207, 212, 214, 217, 223, 230, 235, 236, 238, 239, 246, 247, 248, 250, 252, 254, 256, 263, 264, 265, 269, 270, 271, 286, 309, 310, 312, 328, 329, 337, 338, 347, 348, 364, 378, 379, 382, 383, 396, 420, 424, 427, 435, 438, 449, 450, 451, 452, 453, 454, 455, 487, 513, 562, 563, 565, 566, 568, 569, 574, 582,

596, 597, 599, 600, 609, 610, 612, 613, 614, 622, 623, 638, 639, 641, 642, 643, 664, 667, 682, 683, 684, 688, 691, 698, 711, 735, 736, 737, 744, 748, 751, 754, 759, 764, 781, 787, 788, 807, 810, 811, 812, 815, 816, 821, 823, 824, 827, 828, 834, 835, 836, 848, 856, 861, 862, 863, 864, 865, 868, 869, 885, 889, 890, 891, 892, 895, 902, 904, 908, 909, 910, 911, 913, 914, 915, 918, 919, 920, 922, 931, 968, 979, 1000, 1012, 1029

**mitigation measures,** ES-28, ES-29, ES-30, 4, 6, 7, 43, 135, 136, 137, 141, 155, 165, 172, 203, 204, 206, 212, 217, 238, 248, 256, 269, 271, 309, 312, 329, 347, 348, 378, 379, 420, 435, 449, 450, 453, 455, 562, 565, 596, 597, 599, 612, 613, 639, 641, 642, 643, 664, 682, 683, 684, 735, 737, 754, 764, 787, 810, 812, 815, 821, 827, 828, 835, 836, 863, 864, 865, 868, 890, 892, 911, 913, 914, 922, 979, 1000

**N**

**National Ambient Air Quality Standards (NAAQS),** 24, 148, 353, 354, 356, 364, 366, 368, 918, 928, 1012, 1081

**National Environmental Policy Act (NEPA),** ES-5, ES-9, ES-10, ES-11, ES-30, 3, 8, 9, 17, 21, 24, 25, 38, 40, 41, 43, 47, 49, 51, 53, 76, 90, 94, 103, 110, 141, 173, 213, 278, 286, 329, 354, 356, 357, 383, 391, 397, 452, 474, 488, 603, 613, 681, 690, 691, 692, 792, 814, 820, 826, 871, 884, 900, 907, 909, 913, 958, 980, 984, 989, 990, 992, 998, 1002, 1003, 1007, 1008, 1011, 1027, 1036, 1060, 1061, 1081

**National Register of Historic Places (NRHP),** ES-4, ES-28, 42, 44, 158, 160, 814, 818, 819, 820, 824, 825, 826, 828, 829, 830, 831, 832, 833, 835, 867, 871, 873, 879, 885, 1045, 1046, 1075, 1081

**Native American Graves Protection and Repatriation Act (NAGPRA),** 1081

**noise,** ES-11, ES-24, ES-26, 45, 46, 110, 147, 152, 153, 163, 164, 273, 274, 275, 276, 277, 278, 279, 281, 282, 283, 284, 285, 286, 287, 289, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 600, 612, 613, 615, 616, 618, 619, 620, 638, 641, 643, 663, 668,

6-RCMSER-1699

669, 670, 679, 816, 829, 840, 856, 928, 940, 941, 942, 1007, 1010, 1012, 1013, 1017, 1020, 1026, 1037, 1044, 1046, 1047, 1049, 1052, 1053, 1080

**non-attainment area,** 360, 362

**non-contact water,** 89, 100, 107, 115, 130

**Notice of Intent (NOI),** ES-9, 38, 997, 1081

**noxious weed,** ES-23, 142, 146, 207, 213, 237, 240, 249, 255, 256, 257, 258, 259, 260, 262, 263, 264, 265, 600, 613, 615, 738, 749, 752, 900, 1013, 1050, 1053, 1058

## O

**Oak Flat,** ES-1, ES-3, ES-4, ES-8, ES-23, ES-27, ES-28, ES-29, 10, 13, 15, 16, 27, 36, 44, 45, 46, 50, 53, 55, 63, 64, 67, 84, 92, 132, 137, 138, 142, 143, 145, 153, 155, 160, 174, 175, 176, 178, 179, 181, 188, 189, 191, 192, 193, 197, 200, 234, 237, 242, 256, 275, 281, 283, 286, 292, 293, 297, 298, 302, 303, 306, 307, 327, 336, 348, 349, 364, 381, 405, 410, 411, 415, 426, 432, 448, 479, 480, 481, 486, 492, 515, 570, 573, 599, 611, 644, 647, 648, 655, 656, 658, 659, 660, 662, 663, 664, 665, 666, 668, 669, 670, 672, 679, 682, 683, 684, 710, 741, 746, 749, 750, 759, 766, 777, 780, 781, 783, 784, 787, 795, 804, 807, 809, 815, 816, 820, 823, 826, 827, 829, 830, 832, 833, 834, 835, 836, 848, 856, 862, 863, 864, 868, 869, 871, 873, 874, 879, 880, 883, 884, 885, 886, 889, 890, 891, 902, 903, 904, 905, 906, 908, 929, 972, 1001, 1018, 1023, 1025, 1028, 1036, 1041, 1045, 1063, 1081

**off-highway vehicle (OHV),** ES-28, 286, 320, 345, 644, 647, 648, 651, 654, 659, 667, 668, 671, 673, 677, 678, 679, 681, 770, 779, 780, 781, 790, 791, 800, 801, 803, 847, 856, 857, 915, 930, 958, 1054, 1081

**ore,** ES-1, ES-3, ES-4, ES-7, ES-17, ES-23, ES-29, 9, 10, 13, 19, 45, 46, 50, 51, 58, 61, 62, 63, 64, 67, 69, 74, 76, 81, 97, 101, 142, 163, 175, 179, 180, 192, 193, 194, 196, 197, 200, 245, 246, 273, 276, 357, 360, 361, 365, 366, 405, 428, 454, 459, 462, 463, 472, 473, 477, 478, 482, 485, 486, 488, 492, 498, 499, 559, 560, 563, 570, 624, 883, 884, 932, 946, 1073, 1074, 1075, 1076, 1077

**ozone (O$_3$),** 255, 351, 354, 358, 359, 369, 1059, 1081

## P

**particulate matter,** ES-24, 351, 353, 354, 355, 356, 358, 378, 928, 946, 948, 1012, 1059, 1081

**perennial stream,** 56, 226, 270, 389, 417, 427, 442, 445, 446, 447, 453, 479, 487, 578, 642, 683, 811, 863, 890, 911

**permeability,** ES-13, ES-15, ES-19, ES-21, 94, 97, 100, 101, 103, 105, 106, 107, 114, 119, 120, 121, 130, 132, 183, 185, 408, 409, 463, 505, 506, 507, 512, 518, 520, 535, 537, 538, 544, 552

**population,** ES-27, 92, 116, 122, 154, 232, 256, 257, 258, 267, 270, 364, 415, 449, 605, 610, 611, 616, 619, 620, 622, 623, 626, 631, 633, 636, 637, 638, 705, 709, 722, 723, 724, 729, 730, 731, 733, 734, 746, 747, 748, 822, 839, 842, 846, 852, 853, 854, 855, 857, 861, 866, 916, 928, 929, 932, 936, 948, 954, 970, 981, 984, 987, 1043, 1054, 1060

**preferred alternative,** ES-22, ES-31, 5, 6, 9, 12, 18, 21, 22, 41, 51, 53, 81, 84, 123, 174, 212, 213, 214, 217, 218, 219, 230, 235, 246, 247, 256, 269, 360, 361, 399, 401, 455, 474, 500, 514, 538, 565, 569, 579, 624, 634, 636, 638, 639, 688, 691, 704, 714, 770, 827, 855, 859, 914, 927, 936, 942, 944, 966, 968, 972, 974, 984, 1056

**proposed action,** ES-6, ES-10, ES-11, ES-13, ES-14, ES-15, ES-17, ES-23, ES-27, 3, 4, 12, 19, 39, 42, 43, 49, 51, 52, 53, 58, 59, 60, 63, 67, 74, 84, 86, 87, 92, 93, 94, 95, 98, 99, 100, 101, 103, 105, 106, 107, 108, 110, 116, 122, 123, 132, 135, 142, 143, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 163, 164, 165, 200, 218, 221, 235, 254, 263, 287, 338, 350, 352, 353, 354, 355, 356, 357, 360, 365, 366, 367, 368, 369, 370, 371, 373, 377, 379, 391, 395, 396, 421, 422, 423, 424, 425, 429, 432, 433, 435, 441, 445, 446, 447, 505, 580, 662, 666, 673, 721, 752, 760, 766, 768, 769, 770, 777, 780, 781, 789, 796, 800, 804, 816, 828, 856, 858, 859, 869, 897, 905, 914, 920, 921, 923, 943, 964, 992, 1003, 1024, 1037, 1050, 1063

6-RCMSER-1700

Resolution Copper Project and Land Exchange

**public access,** ES-7, ES-13, ES-15, ES-17, ES-19, ES-21, ES-24, ES-26, ES-27, 72, 99, 153, 171, 189, 193, 312, 327, 328, 336, 342, 344, 349, 353, 365, 644, 660, 662, 663, 666, 667, 668, 673, 675, 676, 677, 679, 680, 682, 685, 782, 856, 857, 858, 862, 865

**public involvement,** 23, 37, 820, 997, 1009, 1010

## Q

**Queen Valley,** 38, 40, 154, 179, 180, 275, 281, 283, 292, 293, 320, 409, 434, 455, 456, 505, 517, 518, 522, 530, 531, 582, 705, 706, 722, 746, 747, 752, 779, 780, 781, 790, 793, 795, 839, 998, 1018, 1029, 1042

## R

**reclamation,** ES-3, ES-4, ES-6, ES-9, ES-19, ES-21, ES-24, ES-25, 12, 13, 20, 21, 22, 32, 33, 34, 35, 36, 37, 41, 45, 46, 51, 58, 60, 80, 84, 87, 88, 89, 90, 91, 92, 94, 97, 99, 100, 101, 106, 107, 108, 114, 115, 120, 121, 130, 131, 132, 142, 143, 144, 150, 153, 157, 163, 206, 207, 208, 212, 213, 214, 217, 218, 219, 237, 240, 241, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 259, 260, 261, 262, 263, 264, 265, 268, 269, 270, 271, 272, 273, 310, 311, 336, 350, 378, 379, 380, 463, 486, 514, 529, 539, 553, 562, 563, 579, 596, 597, 598, 599, 603, 614, 618, 641, 642, 643, 645, 647, 669, 673, 675, 682, 683, 685, 697, 716, 717, 726, 728, 731, 735, 738, 750, 754, 755, 758, 761, 765, 770, 782, 783, 784, 789, 790, 791, 792, 793, 796, 798, 800, 801, 804, 805, 810, 811, 812, 813, 825, 840, 850, 855, 856, 866, 894, 895, 902, 904, 910, 911, 912, 990, 1040, 1053, 1055, 1076

**Record of Decision (ROD),** ES-3, ES-8, ES-28, ES-30, 6, 7, 8, 20, 21, 22, 23, 24, 32, 33, 34, 37, 41, 42, 43, 60, 94, 135, 136, 142, 173, 174, 317, 337, 473, 648, 815, 821, 827, 828, 868, 871, 914, 915, 924, 1000, 1019, 1020, 1063, 1064, 1082

**recreation,** ES-8, ES-11, ES-24, ES-26, ES-27, 12, 15, 17, 18, 29, 38, 45, 46, 49, 55, 99, 101, 106, 114, 115, 121, 122, 131, 136, 137, 138, 139, 143, 144, 147, 153, 159, 164, 171, 192, 223, 235, 237, 239, 241, 249, 279, 281, 283,

286, 316, 328, 344, 348, 364, 400, 427, 487, 574, 604, 611, 612, 622, 644, 645, 646, 647, 648, 649, 650, 651, 652, 654, 655, 656, 659, 662, 663, 664, 665, 666, 667, 668, 669, 670, 671, 672, 673, 674, 675, 676, 677, 678, 679, 680, 681, 682, 683, 684, 685, 707, 710, 711, 732, 748, 749, 751, 759, 770, 778, 779, 780, 783, 787, 788, 790, 816, 823, 824, 828, 845, 847, 848, 856, 858, 863, 864, 865, 866, 885, 904, 915, 916, 917, 918, 930, 957, 958, 959, 998, 1007, 1008, 1009, 1014, 1019, 1044, 1050, 1054, 1068, 1079, 1082

**Recreation User Group (RUG),** 137, 622, 648, 1082

**resource management plan (RMP),** 9, 17, 22, 51, 317, 645, 770, 772, 915, 1019, 1060

**right-of-way,** ES-7, 14, 25, 28, 29, 32, 76, 191, 240, 246, 253, 473, 677, 679, 680, 749, 750, 1075

**riparian,** ES-8, ES-26, 16, 18, 22, 45, 56, 57, 132, 138, 152, 155, 178, 207, 224, 226, 227, 228, 229, 231, 232, 237, 238, 239, 242, 244, 249, 257, 262, 266, 270, 271, 381, 383, 387, 414, 415, 417, 424, 426, 427, 429, 430, 431, 432, 433, 445, 452, 453, 454, 487, 569, 574, 595, 596, 597, 605, 609, 610, 611, 615, 616, 617, 619, 621, 622, 626, 632, 633, 636, 637, 638, 639, 642, 648, 683, 695, 707, 708, 709, 712, 723, 730, 733, 741, 746, 748, 777, 811, 828, 863, 885, 887, 890, 900, 903, 911, 915, 921, 929, 938, 952, 956, 957, 990, 992, 1007, 1019, 1027, 1074, 1076

**riparian area,** 18, 45, 56, 207, 231, 244, 270, 381, 414, 417, 424, 427, 430, 454, 595, 597, 605, 617, 619, 621, 638, 639, 642, 683, 707, 708, 709, 730, 748, 811, 863, 885, 887, 890, 903, 911, 915, 921, 929, 952

**runoff,** ES-17, ES-25, 31, 90, 97, 101, 106, 113, 114, 115, 116, 120, 131, 137, 149, 150, 151, 207, 215, 219, 226, 238, 247, 248, 255, 263, 270, 355, 387, 403, 410, 411, 414, 427, 429, 430, 431, 432, 433, 442, 445, 446, 447, 451, 454, 471, 473, 480, 481, 498, 500, 501, 503, 513, 515, 517, 560, 562, 563, 564, 565, 566, 570, 571, 572, 574, 575, 578, 580, 583, 592, 596, 597, 621, 624, 642, 683, 747, 757, 762, 763, 811, 860, 863, 952, 990, 992, 995, 1073, 1075, 1076, 1077

## S

scope, ES-6, ES-9, ES-10, 17, 36, 37, 43, 49, 136, 569, 791, 796, 860

scoping, ES-9, ES-10, ES-11, 38, 39, 40, 41, 43, 44, 49, 93, 164, 213, 373, 603, 686, 820, 919, 989, 997, 1038, 1055, 1062

sediment, 31, 151, 252, 255, 268, 328, 436, 480, 481, 487, 498, 553, 565, 575, 578, 579, 580, 713, 723, 1073, 1076

seepage, ES-13, ES-15, ES-19, ES-21, ES-25, 31, 36, 44, 45, 52, 80, 90, 97, 99, 100, 101, 103, 105, 106, 107, 108, 115, 116, 119, 120, 121, 122, 123, 130, 131, 132, 150, 163, 180, 183, 185, 218, 245, 246, 247, 248, 250, 254, 257, 388, 427, 428, 442, 443, 444, 446, 447, 448, 454, 455, 456, 458, 461, 462, 463, 464, 465, 466, 467, 468, 470, 471, 472, 473, 474, 475, 476, 477, 479, 481, 485, 486, 487, 488, 492, 498, 499, 503, 504, 505, 506, 507, 508, 509, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 524, 525, 526, 527, 528, 529, 530, 531, 533, 534, 535, 536, 537, 538, 539, 540, 542, 543, 544, 545, 546, 548, 549, 550, 551, 552, 553, 554, 555, 557, 558, 559, 560, 561, 562, 563, 564, 565, 617, 624, 625, 687, 691, 699, 701, 709, 717, 719, 720, 722, 724, 726, 728, 730, 731, 732, 734, 755, 762, 859, 886, 887, 888, 952, 1065, 1070, 1077

seismic, ES-23, 47, 145, 166, 171, 183, 184, 185, 186, 188, 189, 199, 466, 656, 687, 690, 694, 695, 697, 698, 701, 712, 714, 718, 1078, 1082

sensitive species, 132, 207, 232, 234, 262, 599, 600, 609, 631, 639, 1019, 1057

significance, ES-29, 158, 278, 354, 373, 377, 644, 762, 820, 868, 871, 876, 884, 885, 890, 1038, 1056, 1075

socioeconomics, ES-11, ES-28, 44, 159, 164, 337, 604, 839, 840, 842, 848, 861, 863, 864, 865, 931, 970, 972, 983, 1007, 1008, 1009, 1044

soil, ES-19, ES-23, 17, 30, 45, 67, 90, 97, 99, 101, 105, 106, 114, 115, 120, 122, 146, 154, 175, 184, 196, 206, 207, 212, 213, 215, 217, 218, 219, 221, 222, 223, 226, 227, 231, 236, 237, 238, 239, 245, 247, 249, 251, 252, 253,

254, 255, 259, 260, 261, 262, 268, 269, 271, 272, 328, 400, 487, 499, 500, 506, 538, 559, 560, 580, 618, 687, 693, 720, 721, 722, 724, 750, 758, 761, 762, 763, 791, 796, 804, 824, 827, 886, 898, 899, 903, 904, 913, 915, 921, 928, 936, 938, 991, 995, 1011, 1025, 1026, 1030, 1053, 1070

special status plant species, 146, 206, 207, 213, 214, 230, 237, 255, 256, 258, 260, 262, 263, 264, 265, 266, 271

special status wildlife species, ES-26, 152, 164, 599, 603, 604, 609, 615, 616, 617, 618, 622, 626, 627, 633

Special Use Permit (SUP), ES-7, ES-9, ES-28, ES-31, 5, 6, 7, 14, 20, 21, 28, 29, 34, 35, 37, 43, 135, 136, 142, 473, 651, 815, 821, 827, 828, 868, 914, 1000

Species of Conservation Concern (SCC), 207, 230, 231, 232, 267, 600, 609, 627, 628, 630, 631, 639, 1063, 1082

spring, ES-8, ES-24, ES-25, ES-28, ES-29, 16, 18, 23, 39, 45, 56, 57, 122, 131, 136, 141, 147, 149, 151, 152, 160, 164, 178, 179, 183, 184, 188, 190, 230, 231, 234, 247, 270, 275, 281, 285, 305, 306, 307, 309, 310, 319, 322, 326, 339, 340, 346, 355, 362, 381, 382, 383, 387, 389, 392, 393, 396, 399, 409, 410, 411, 412, 414, 415, 417, 420, 421, 422, 423, 424, 426, 427, 429, 430, 431, 432, 434, 435, 437, 441, 442, 445, 446, 447, 450, 451, 452, 453, 454, 456, 466, 468, 471, 475, 477, 478, 479, 487, 503, 504, 511, 515, 524, 533, 545, 547, 550, 554, 557, 561, 564, 566, 568, 570, 571, 572, 573, 574, 578, 579, 591, 592, 594, 595, 599, 604, 605, 606, 617, 619, 621, 622, 637, 642, 643, 647, 655, 660, 680, 683, 688, 692, 705, 707, 708, 709, 710, 716, 731, 732, 747, 778, 779, 780, 804, 805, 806, 811, 825, 837, 858, 863, 871, 872, 873, 874, 879, 880, 883, 884, 885, 886, 887, 888, 890, 892, 894, 895, 897, 899, 901, 902, 903, 904, 905, 906, 907, 908, 909, 910, 911, 912, 929, 931, 952, 974, 990, 991, 993, 994, 1001, 1016, 1021, 1027, 1034, 1038, 1042, 1043, 1050, 1051, 1067, 1068, 1069, 1070, 1074, 1075, 1076

stormwater, ES-17, ES-25, 31, 45, 88, 89, 91, 97, 100, 105, 107, 113, 114, 120, 121, 131, 132, 133, 149, 150, 151, 219, 245, 246, 248,

6-RCMSER-1702

Resolution Copper Project and Land Exchange

253, 254, 257, 263, 270, 432, 446, 455, 456, 473, 480, 481, 486, 487, 498, 499, 500, 501, 502, 503, 513, 514, 515, 522, 529, 530, 553, 562, 563, 574, 575, 578, 579, 580, 582, 591, 592, 595, 596, 597, 598, 613, 617, 624, 625, 642, 684, 712, 719, 722, 725, 758, 760, 762, 763, 811, 860, 863, 929, 952, 954, 996, 1047, 1077, 1082

subsidence, ES-4, ES-7, ES-11, ES-23, ES-24, ES-25, ES-26, ES-28, ES-29, 13, 19, 27, 44, 45, 46, 50, 58, 60, 65, 67, 68, 69, 89, 92, 137, 141, 143, 145, 146, 149, 150, 151, 152, 155, 163, 166, 167, 168, 169, 170, 171, 178, 188, 189, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 203, 204, 223, 231, 234, 241, 245, 252, 253, 254, 256, 257, 258, 270, 271, 272, 318, 336, 349, 381, 382, 388, 390, 414, 427, 428, 429, 430, 432, 433, 436, 437, 442, 443, 445, 446, 447, 454, 455, 481, 488, 492, 493, 494, 495, 496, 497, 565, 566, 571, 573, 575, 577, 580, 582, 583, 585, 586, 596, 597, 598, 616, 617, 642, 645, 663, 667, 668, 671, 673, 675, 677, 679, 683, 684, 685, 687, 738, 741, 753, 762, 782, 783, 792, 811, 812, 816, 818, 829, 831, 832, 833, 837, 856, 863, 866, 869, 879, 884, 886, 887, 888, 890, 891, 892, 895, 902, 912, 928, 929, 930, 935, 954, 982, 1072

Superior, ES-1, ES-3, ES-8, ES-17, 2 ES-4, ES-25, ES-29, 1, 9, 13, 16, 27, 38, 39, 40, 44, 45, 46, 47, 52, 53, 55, 72, 76, 91, 108, 116, 132, 137, 138, 149, 155, 157, 159, 160, 174, 175, 176, 178, 179, 180, 181, 189, 190, 191, 199, 200, 235, 238, 268, 275, 281, 282, 283, 287, 289, 292, 293, 297, 298, 299, 302, 303, 306, 307, 309, 312, 315, 318, 319, 320, 322, 328, 334, 336, 338, 347, 348, 356, 357, 386, 388, 391, 399, 405, 409, 410, 411, 412, 414, 416, 420, 425, 429, 430, 431, 432, 434, 435, 438, 445, 448, 450, 477, 479, 480, 481, 505, 517, 570, 605, 610, 621, 648, 655, 656, 659, 667, 670, 677, 679, 683, 684, 706, 707, 708, 709, 742, 744, 745, 746, 752, 758, 777, 778, 779, 780, 783, 784, 789, 795, 798, 799, 800, 814, 820, 823, 824, 825, 829, 830, 831, 832, 833, 834, 836, 839, 840, 842, 843, 844, 845, 846, 847, 848, 849, 850, 851, 852, 853, 854, 855, 856, 857, 858, 859, 860, 862, 863, 864, 865, 873, 874, 897, 898, 899, 900, 902, 903, 904, 905, 906, 907, 908, 910, 920, 929, 933, 936, 968, 972, 974, 983, 997, 1001, 1004,

1005, 1012, 1013, 1015, 1016, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1030, 1032, 1033, 1034, 1035, 1036, 1038, 1039, 1040, 1042, 1047, 1048, 1050, 1051, 1053, 1054, 1055, 1056, 1057, 1058, 1061, 1063, 1064, 1067, 1068, 1069, 1073, 1075, 1080

surface water, ES-25, ES-31, 5, 31, 32, 35, 44, 45, 50, 89, 90, 100, 101, 106, 107, 108, 114, 119, 120, 130, 131, 132, 143, 149, 150, 151, 152, 163, 184, 207, 248, 252, 257, 258, 269, 270, 357, 388, 389, 396, 397, 403, 412, 414, 426, 431, 432, 433, 434, 442, 450, 451, 454, 455, 456, 457, 458, 464, 467, 468, 470, 471, 472, 474, 475, 476, 478, 479, 480, 481, 486, 487, 497, 498, 500, 501, 502, 503, 504, 505, 509, 510, 511, 512, 514, 515, 516, 517, 518, 520, 521, 522, 523, 524, 525, 528, 529, 530, 531, 532, 533, 534, 537, 538, 539, 540, 541, 542, 543, 545, 547, 548, 549, 551, 552, 554, 555, 556, 557, 560, 561, 562, 563, 564, 565, 566, 567, 568, 572, 573, 574, 575, 580, 582, 583, 591, 592, 595, 596, 597, 598, 600, 616, 617, 620, 622, 624, 625, 626, 642, 683, 706, 707, 719, 720, 722, 723, 724, 734, 735, 736, 747, 755, 757, 758, 759, 761, 762, 763, 765, 811, 859, 863, 871, 883, 902, 911, 924, 929, 930, 950, 951, 952, 953, 954, 990, 991, 1010, 1017, 1041, 1042, 1068

T

traditional cultural place (TCP), ES-4, ES-28, 44, 158, 160, 818, 825, 826, 829, 830, 831, 868, 872, 873, 879, 883, 885, 886, 887, 888, 892, 1082

trail, ES-17, ES-27, 17, 46, 76, 101, 115, 122, 137, 153, 192, 236, 239, 286, 320, 345, 347, 348, 364, 487, 612, 644, 647, 648, 654, 655, 656, 659, 660, 662, 663, 665, 667, 670, 671, 674, 676, 677, 678, 679, 680, 681, 682, 683, 684, 685, 708, 747, 751, 770, 777, 778, 780, 788, 791, 792, 793, 796, 797, 800, 801, 811, 814, 823, 824, 828, 829, 848, 857, 862, 863, 864, 876, 877, 885, 905, 915, 916, 918, 920, 930, 932, 933, 958, 960, 1030, 1048, 1056

transportation, ES-3, ES-6, ES-11, ES-24, 3, 12, 32, 33, 44, 45, 46, 76, 80, 99, 147, 156, 160, 163, 299, 312, 313, 314, 316, 317, 318, 324, 327, 328, 336, 337, 342, 344, 345, 346, 347, 348, 349, 356, 654, 675, 676, 679, 680,

709, 724, 738, 744, 746, 748, 752, 757, 758, 759, 760, 762, 763, 764, 779, 783, 824, 845, 856, 862, 915, 916, 918, 919, 928, 930, 942, 943, 944, 945, 964, 970, 1004, 1007, 1008, 1010, 1012, 1013, 1020, 1026, 1037, 1038, 1045, 1057, 1070, 1077

**tribal consultation,** ES-10, 6, 7, 8, 38, 42, 437, 868, 997, 998, 999

**Tribe,** ES-3, ES-4, ES-5, ES-9, ES-10, ES-11, ES-29, 3, 4, 6, 7, 8, 12, 22, 38, 40, 42, 43, 44, 47, 137, 383, 437, 441, 631, 814, 815, 819, 820, 837, 864, 867, 868, 871, 872, 873, 876, 879, 880, 883, 884, 885, 886, 887, 888, 889, 890, 891, 892, 904, 914, 919, 931, 972, 979, 997, 998, 999, 1000, 1001, 1002, 1003, 1005, 1062, 1063

## U

**U.S. Army Corps of Engineers (USACE),** ES-5, ES-6, ES-25, ES-30, 6, 14, 23, 24, 25, 27, 28, 29, 31, 33, 35, 36, 37, 41, 91, 135, 136, 137, 138, 151, 236, 238, 269, 568, 569, 582, 588, 591, 592, 596, 609, 682, 698, 699, 700, 701, 707, 709, 715, 810, 815, 862, 1056, 1057, 1058, 1083

**U.S. Census Bureau,** 705, 730, 840, 843, 844, 970, 1058

**U.S. Environmental Protection Agency (EPA),** 5, 33, 41, 276, 351, 353, 354, 357, 360, 361, 362, 369, 375, 383, 478, 483, 491, 561, 571, 747, 761, 932, 990, 1017, 1034, 1038, 1047, 1054, 1059, 1079

**U.S. Fish and Wildlife Service (FWS),** ES-26, 6, 25, 33, 42, 135, 137, 206, 231, 240, 256, 583, 588, 591, 595, 599, 600, 613, 614, 631, 633, 634, 636, 637, 638, 639, 914, 1000, 1003, 1055, 1059, 1060, 1064, 1079

**United States Code (U.S.C.),** 3, 41, 172, 173, 174, 710, 1083

**unpatented claim,** 173, 174, 191, 192, 201, 202

## V

**vegetation,** ES-11, ES-23, ES-26, ES-27, 35, 45, 55, 56, 57, 87, 88, 138, 143, 146, 152, 154, 155, 163, 178, 189, 206, 207, 208, 210, 212, 213, 214, 215, 217, 218, 219, 220, 221,

223, 224, 225, 226, 227, 230, 232, 235, 236, 237, 238, 239, 240, 243, 244, 247, 249, 250, 251, 252, 253, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 328, 387, 410, 417, 424, 426, 429, 430, 431, 432, 433, 445, 452, 498, 499, 563, 566, 571, 572, 574, 578, 579, 583, 588, 591, 595, 596, 597, 599, 600, 604, 610, 611, 612, 613, 614, 615, 616, 617, 618, 620, 622, 626, 632, 633, 636, 637, 640, 641, 642, 668, 683, 707, 708, 723, 724, 725, 726, 727, 730, 732, 735, 737, 738, 741, 742, 744, 746, 747, 748, 749, 750, 751, 752, 754, 755, 758, 759, 761, 762, 763, 766, 769, 770, 779, 780, 781, 784, 789, 790, 791, 796, 804, 811, 848, 863, 886, 894, 898, 899, 902, 903, 904, 910, 911, 912, 915, 921, 924, 928, 929, 932, 936, 937, 938, 940, 942, 954, 956, 989, 990, 992, 995, 1008, 1016, 1024, 1025, 1045, 1065, 1066, 1069, 1074, 1076

**viewshed,** 46, 160, 768, 769, 788, 791, 797, 800, 801, 805, 830, 831, 832, 833, 868, 871, 930

**visual quality,** ES-8, 157, 316, 768, 770, 771, 772, 773, 777, 1083

**visual resource,** 678, 769, 772, 788, 812, 1019, 1083

## W

**water quality,** ES-4, ES-25, ES-26, ES-31, 5, 28, 29, 31, 35, 36, 50, 63, 89, 90, 93, 103, 108, 110, 115, 136, 143, 144, 150, 163, 164, 171, 180, 184, 185, 219, 235, 245, 246, 247, 249, 250, 252, 257, 263, 270, 316, 357, 383, 387, 388, 396, 415, 441, 442, 452, 454, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 468, 470, 471, 472, 473, 474, 475, 476, 477, 478, 479, 480, 481, 483, 485, 486, 487, 488, 489, 490, 491, 492, 496, 497, 498, 499, 500, 501, 502, 503, 504, 505, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 520, 521, 522, 523, 524, 526, 528, 529, 530, 531, 532, 533, 535, 537, 538, 539, 540, 541, 542, 544, 545, 547, 549, 550, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563, 564, 565, 579, 596, 597, 617, 621, 624, 625, 626, 637, 642, 683, 694, 698, 717, 719, 722, 723, 724, 726, 727, 730, 735, 736, 755,

Resolution Copper Project and Land Exchange

759, 811, 859, 860, 888, 911, 929, 950, 951, 952, 982, 1015, 1028, 1034, 1042, 1078

water rights, 144, 149, 397, 431, 434, 565, 566, 570, 580, 582, 591, 592, 902, 987

water supply, 32, 51, 62, 76, 84, 85, 86, 91, 163, 169, 381, 382, 387, 396, 398, 408, 416, 420, 425, 428, 434, 435, 436, 437, 438, 441, 448, 449, 450, 451, 505, 695, 709, 723, 732, 839, 840, 860, 920, 929, 948, 950, 977, 978, 984, 987, 994, 995, 1075

watershed, 23, 45, 150, 235, 238, 247, 263, 269, 270, 386, 387, 400, 403, 405, 427, 429, 437, 442, 445, 446, 448, 452, 487, 513, 515, 561, 562, 566, 568, 571, 572, 578, 579, 580, 581, 582, 583, 584, 588, 589, 590, 591, 592, 593, 595, 596, 597, 624, 633, 639, 642, 683, 734, 742, 747, 811, 823, 863, 883, 887, 888, 918, 928, 929, 930, 936, 950, 952, 954, 960, 995, 1077

wetland, 56, 138, 151, 226, 236, 237, 238, 239, 417, 426, 429, 430, 574, 597, 609, 610, 707, 723

wilderness, ES-27, 148, 153, 163, 235, 350, 351, 354, 355, 373, 374, 375, 377, 654, 659, 663, 670, 674, 676, 677, 680, 708, 730, 742, 771, 777, 779, 780, 800, 1008, 1019

wildfire, 44, 155, 207, 237, 255, 611, 615, 686, 737, 738, 742, 744, 745, 746, 747, 748, 749, 750, 751, 752, 753, 846, 930, 956, 962, 990, 991, 995, 1038, 1040, 1078

wildlife, ES-11, ES-23, ES-26, 6, 17, 18, 25, 33, 41, 42, 45, 56, 57, 101, 115, 122, 136, 138, 141, 142, 143, 144, 146, 152, 164, 173, 200, 231, 238, 239, 241, 243, 249, 252, 256, 260, 261, 262, 268, 271, 273, 282, 316, 349, 400, 414, 451, 452, 496, 497, 499, 517, 531, 561, 566, 569, 599, 600, 602, 603, 604, 605, 607, 609, 610, 611, 612, 613, 614, 615, 616, 617, 618, 619, 621, 622, 623, 624, 625, 626, 627, 631, 633, 634, 636, 637, 638, 639, 640, 641, 642, 643, 644, 654, 670, 683, 707, 708, 722, 723, 730, 747, 755, 758, 761, 762, 763, 811, 847, 848, 856, 857, 858, 863, 873, 885, 895, 903, 905, 906, 908, 909, 915, 917, 928, 929, 932, 936, 948, 950, 954, 955, 956, 957, 1000, 1003, 1008, 1009, 1014, 1015, 1022, 1024,

1025, 1026, 1045, 1046, 1047, 1051, 1052, 1055, 1059, 1060, 1064, 1079

Winkelman, 9, 318, 505, 540, 555, 705, 706, 707, 710, 731, 732, 836, 840, 843, 844, 845, 855, 862, 864, 865, 877, 932, 1005, 1050, 1058, 1073

6-RCMSER-1705

# Appendix A. Section 3003 of Public Law 113-291

(271 of 282), Page 271 of 282
Case: 25-5197, 09/29/2025, DktEntry: 61.7, Page 271 of 282
Case 2:21-cv-00068-DWL   Document 106-3   Filed 07/14/25   Page 269 of 355

# PL 113-291 Section 3003

## Sec. 3003 Southeast Arizona Land Exchange and Conservation.

(a) PURPOSE. – The purpose of this section is to authorize, direct, facilitate, and expedite the exchange of land between Resolution Copper and the United States.

(b) DEFINITIONS. – In this section:

(1) APACHE LEAP. – The term "Apache Leap" means the approximately 807 acres of land depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Apache Leap" and dated March 2011.

(2) FEDERAL LAND. – The term "Federal land" means the approximately 2,422 acres of land located in Pinal County, Arizona, depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Federal Parcel-Oak Flat" and dated March 2011.

(3) INDIAN TRIBE. – The term "Indian tribe" has the meaning given the term in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450b).

(4) NON-FEDERAL LAND. – The term "non-Federal land" means the parcels of land owned by Resolution Copper that are described in subsection (d)(1) and, if necessary to equalize the land exchange under subsection (c), subsection (c)(5)(B)(i)(I).

(5) OAK FLAT CAMPGROUND. – The term "Oak Flat Campground" means the approximately 50 acres of land comprising approximately 16 developed campsites depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Oak Flat Campground" and dated March 2011.

(6) OAK FLAT WITHDRAWAL AREA. – The term "Oak Flat Withdrawal Area" means the approximately 760 acres of land depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Oak Flat Withdrawal Area" and dated March 2011.

(7) RESOLUTION COPPER. – The term "Resolution Copper" means Resolution Copper Mining, LLC, a Delaware limited liability company, including any successor, assign, affiliate, member, or joint venturer of Resolution Copper Mining, LLC.

(8) SECRETARY. – The term "Secretary" means Secretary of Agriculture.

(9) STATE. – The term "State" means the State of Arizona.

(10) TOWN. – The term "Town" means the incorporated town of Superior, Arizona.

(11) RESOLUTION MINE PLAN OF OPERATIONS. – The term "Resolution mine plan of operations" means the mine plan of operations submitted to the Secretary by Resolution Copper in November, 2013, including any amendments or supplements.

Appendix A

(c) LAND EXCHANGE. –

    (1) IN GENERAL. – Subject to the provisions of this section, if Resolution Copper offers to convey to the United States all right, title, and interest of Resolution Copper in and to the non-Federal land, the Secretary is authorized and directed to convey to Resolution Copper, all right, title, and interest of the United States in and to the Federal land.

    (2) CONDITIONS ON ACCEPTANCE. – Title to any non-Federal land conveyed by Resolution Copper to the United States under this section shall be in a form that-

        A. is acceptable to the Secretary, for land to be administered by the Forest Service and the Secretary of the Interior, for land to be administered by the Bureau of Land Management; and

        B. conforms to the title approval standards of the Attorney General of the United States applicable to land acquisitions by the Federal Government.

    (3) CONSULTATION WITH INDIAN TRIBES. –

        A. IN GENERAL. – The Secretary shall engage government-to-government consultation with affected Indian Tribes concerning issues of concern to the affected Indian tribes related to the land exchange.

        B. IMPLEMENTATION. – Following the consultations under paragraph (A), the Secretary shall consult with Resolution Copper and seek to find mutually acceptable measures to-

            i. address the concerns of the affected Indian tribes; and

            ii. minimize adverse effects on the affected Indian tribes resulting from mining and related activities on the Federal land conveyed to Resolution Copper under this section.

    (4) APPRAISALS. –

        A. IN GENERAL. – As soon as practicable after the date of enactment of this Act, the Secretary and Resolution Copper shall select an appraiser to conduct appraisals of the Federal land and non-Federal land in compliance with the requirements of section 254.9 of title 36, Code of Federal Regulations.

        B. REQUIREMENTS. –

            i. IN GENERAL. – Except as provided in clause (ii), an appraisal prepared under this paragraph shall be conducted in accordance with national recognized appraisal standards, including –

                I. the Uniform Appraisals Standards for Federal Land Acquisitions; and

                II. the Uniform Standards of Professional Appraisal Practice.

6-RCMSER-1709

    ii. FINAL APPRAISED VALUE. – After the final appraised values of the Federal land and non-Federal land are determined and approved by the Secretary, Secretary shall not be required to reappraise or update the final appraised value –

        I. for a period of 3 years beginning on the date of the approval by the Secretary of the final appraised value; or

        II. at all, in accordance with section 254.14 of title 36, Code of Federal Regulations (or a successor regulation), after an exchange agreement is entered into by Resolution Copper and the Secretary.

    iii. IMPROVEMENTS. – Any improvements made by Resolution Copper prior to entering an exchange agreement shall not be included in the appraised value of the Federal land.

    iv. PUBLIC REVIEW. – Before consummating the land exchange under this section, the Secretary shall make the appraisals of the land to be exchange (or a summary thereof) available for public review.

C. APPRAISAL INFORMATON. – The appraisal prepared under this paragraph shall include a detailed income capitalization approach analysis of the market value of the Federal land which may be utilized, as appropriate, to determine the value of the Federal land, and shall be the basis for calculation of any payment under subsection (e).

(5) EQUAL VALUE LAND EXCHANGE. –

A. IN GENERAL. – The value of the Federal land and non-Federal land to be exchanged under this section shall be equal or shall be equalized in accordance with this paragraph.

B. SURPLUS OF FEDERAL LAND VALUE. –

    i. IN GENERAL. – If the final appraised value of the Federal land exceeds the value of the non-Federal land, Resolution Copper shall –

        I. convey additional non-Federal land in the State to the Secretary or the Secretary of the Interior, consistent with the requirements of this section and subject to the approval of the applicable Secretary;

        II. make a cash payment to the United States; or

        III. use a combination of the methods described in subclauses (I) and (II), as agreed to by Resolution Copper, the Secretary, and the Secretary of the Interior.

    ii. AMOUNT OF PAYMENT. – The Secretary may accept a payment in excess of 25 percent of the total value of the land or interests

conveyed, notwithstanding section 206(b) of the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1716(b)).

   iii. DISPOSITION AND USE OF PROCEEDS. – Any amounts received by the United States under this subparagraph shall be deposited in the fund established under Public Law 90-171 (commonly known as the "Sisk Act" 16 U.S.C. 484a) and shall be made available to the Secretary for the acquisition of land or interests in land in Region 3 of the Forest Service.

  C. SURPLUS OF NON-FEDERAL LAND. – If the final appraised value of the non-Federal land exceeds the value of the Federal land –

   i. the United States shall not make a payment to Resolution Copper to equalize the value; and

   ii. except as provided in subsection (h), the surplus value of the non-Federal land shall be considered to be a donation by Resolution Copper to the United States.

(6) OAK FLAT WITHDRAWAL AREA. –

  A. PERMITS. – Subject to the provisions of this paragraph and notwithstanding any withdrawal of the Oak Flat Withdrawal Area from the mining, mineral leasing, or public land laws, the Secretary, upon enactment of this Act, shall issue to Resolution Copper-

   i. if so requested by Resolution Copper, within 30 days of such request, a special use permit to carry out mineral exploration activities under the Oak Flat Withdrawal Area from existing drill pads located outside the Area, if the activities would not disturb the surface of the Area; and

   ii. if so requested by Resolution Copper, within 90 days of such request, a special use permit to carry out mineral exploration activities within the Oak Flat Withdrawal Area (but not within the Oak Flat Campground), if the activities are conducted from a single exploratory drill pad which is located to reasonably minimize visual and noise impacts on the Campground.

  B. CONDITIONS. – Any activities undertaken in accordance with this paragraph shall be subject to such reason- able terms and conditions as the Secretary may require.

  C. TERMINATION. – The authorization for Resolution Copper to undertake mineral exploration activities under this paragraph shall remain in effect until the Oak Flat Withdrawal Area land is conveyed to Resolution Copper in accordance with this section.

(7) COSTS. – As a condition of the land exchange under this section, Resolution Copper shall agree to pay, without compensation, all costs that are –

A. associated with the land exchange and any environ- mental review document under paragraph (9); and

B. agreed to by the Secretary.

(8) USE OF FEDERAL LAND. – The Federal land to be conveyed to Resolution Copper under this section shall be available to Resolution Copper for mining and related activities subject to and in accordance with applicable Federal, State, and local laws pertaining to mining and related activities on land in private ownership.

(9) ENVIRONMENTAL COMPLIANCE. –

A. IN GENERAL. – Except as otherwise provided in this section, the Secretary shall carry out the land exchange in accordance with the requirements of the National Environmental Policy Act of 1969 (42 U.S.C. 4321 et seq.).

B. ENVIRONMENTAL ANALYSIS. – Prior to conveying Federal land under this section, the Secretary shall prepare a single environmental impact statement under the National Environmental Policy Act of 1969 (42 U.S.C. 4321 et seq.), which shall be used as the basis for all decisions under Federal law related to the proposed mine and the Resolution mine plan of operations and any related major Federal actions significantly affecting the quality of the human environment, including the granting of any permits, rights-of-way, or approvals for the construction of associated power, water, transportation, processing, tailings, waste disposal, or other ancillary facilities.

C. IMPACTS ON CULTURAL AND ARCHAEOLOGICAL RESOURCES. – The environmental impact statement prepared under subparagraph (b) shall –

i. assess the effects of the mining and related activities on the Federal land conveyed to Resolution Copper under this section on the cultural and archeological resources that may be located on the Federal land; and

ii. identify measures that may be taken, to the extent practicable, to minimize potential adverse impacts on those resources, if any.

D. EFFECT. – Nothing in this paragraph precludes the Secretary from using separate environmental review documents prepared in accordance with the National Environmental Policy Act of 1969 (42 U.S.C. 4321 et seq.) or other applicable laws for exploration or other activities not involving –

i. the land exchange; or

ii. the extraction of minerals in commercial quantities by Resolution Copper on or under the Federal land.

(10) TITLE TRANSER. – Not later than 60 days after the date of publication of the final environmental impact statement, the Secretary shall convey all right, title, and interest of the United States in and to the Federal land to Resolution Copper.

Appendix A

(d) CONVEYANCE AND MANAGEMENT OF NON-FEDERAL LAND. –

    (1) CONVEYANCE. – On receipt of title to the Federal land, Resolution Copper shall simultaneously convey-

        A. to the Secretary, all right, title, and interest that the Secretary determines to be acceptable in and to –

            i. the approximately 147 acres of land located in Gila County, Arizona, depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Non-Federal Parcel-Turkey Creek" and dated March 2011;

            ii. the approximately 148 acres of land located in Yavapai County, Arizona, depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Non-Federal Parcel-Tangle Creek" and dated March 2011;

            iii. the approximately 149 acres of land located in Maricopa County, Arizona, depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Non-Federal Parcel-Cave Creek" and dated March 2011;

            iv. the approximately 640 acres of land located in Coconino County, Arizona, depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Non-Federal Parcel-East Clear Creek" and dated March 2011; and

            v. the approximately 110 acres of land located in Pinal County, Arizona, depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Non-Federal Parcel-Apache Leap South End" and dated March 2011; and

        B. to the Secretary of Interior, all rights, title, and interest that the Secretary of Interior determines to be acceptable in and to –

            i. the approximately 3,050 acres of land located in Pinal County, Arizona, identified as "Lands to DOI" as generally depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011- Non-Federal Parcel-Lower San Pedro River" and dated July 6, 2011;

            ii. the approximately 160 acres of land located in Gila and Pinal Counties, Arizona, identified as "Lands to DOI" as generally depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Non-Federal Parcel-Dripping Springs" and dated. July 6, 2011; and

            iii. the approximately 940 acres of land located in Santa Cruz County Arizona identified as "Lands to DOI" as generally 'depicted' on the

A-6

map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Non-Federal Parcel-Appleton Ranch" and dated July 6, 2011.

(2)  MANAGEMENT OF ACQUIRED LAND. –

   A.  LAND ACQUIRED BY THE SECRETARY. –

      i.  IN GENERAL. – Land acquired by the Secretary under this section shall –

         I.  become part of the national forest in which the land is located; and

         II.  be administered in accordance with laws applicable to the National Forest System.

      ii.  BOUNDARY REVISION. – On the acquisition of land by the Secretary under this section, the boundaries of the national forest shall be modified to reflect the inclusion of the acquired land.

      iii.  LAND AND WATER CONSERVATION FUND. – For purposes of section 7 of the Land and Water Conservation Fund Act of 1965 (16 U.S.C. 4601-9), the boundaries of a national forest in which land acquired by the Secretary is located shall be deemed to be the boundaries of that forest as in existence on January 1, 1965.

   B.  LAND ACQUIRED BY THE SECRETARY OF INTERIOR. –

      i.  SAN PEDRO NATIONAL CONSERVATION AREA. –

         I.  IN GENERAL. – The land acquired by the Secretary of the Interior under paragraph (1)(B)(i) shall be added to, and administered as part of, the San Pedro National Conservation Area in accordance with the laws (including regulations) applicable to the Conservation Area.

         II.  MANAGEMENT PLAN. – Not later than 2 years after the date on which the land is acquired, the Secretary of the Interior shall update the management plan for the San Pedro National Conservation Area to reflect the management requirements of the acquired land.

      ii.  DRIPPING SPRINGS. – Land acquired by the Secretary of the Interior under paragraph (1)(B)(ii) shall be managed in accordance with the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1701 et seq.) and applicable land use plans.

      iii.  LAS CIENEGAS NATIONAL CONSERVATION AREA. – Land acquired by the Secretary of the Interior under paragraph (1)(B)(iii) shall be added to, and administered as part of, the Las Cienegas

National Conservation Area in accordance with the laws (including regulations) applicable to the Conservation Area.

(e) VALUE ADJUSTMENT PAYMENT TO UNITED STATES. –

    (1)  ANNUAL PRODUCTION REPORTING. –

        A.  REPORT REQUIRED. – As a condition of the land exchange under this section, Resolution Copper shall submit to the Secretary of the Interior an annual report indicating the quantity of locatable minerals produced during the preceding calendar year in commercial quantities from the Federal land conveyed to Resolution Copper under subsection (c). The first report is required to be submitted not later than February 15 of the first calendar year beginning after the date of commencement of production of valuable locatable minerals in commercial quantities from such Federal land. The reports shall be submitted February 15 of each calendar year thereafter.

        B.  SHARING REPORTS WITH STATE. – The Secretary shall make each report received under subparagraph (A) available to the State.

        C.  REPORT CONTENTS. – The reports under subparagraph (A) shall comply with any recordkeeping and reporting requirements prescribed by the Secretary or required by applicable Federal laws in effect at the time of production.

    (2)  PAYMENT OF PRODUCTION. – If the cumulative production of valuable locatable minerals produced in commercial quantities from the Federal land conveyed to Resolution Copper under subsection (c) exceeds the quantity of production of locatable minerals from the Federal land used in the income capitalization approach analysis prepared under subsection (c)(4)(C), Resolution Copper shall pay to the United States, by not later than March 15 of each applicable calendar year, a value adjustment payment for the quantity of excess production at the same rate assumed for the income capitalization approach analysis prepared under subsection (c)(4)(C).

    (3)  STATE LAW UNAFFECTED. – Nothing in this subsection modifies, expands, diminishes, amends, or otherwise affects any State law relating to the imposition, application, timing, or collection of a State excise or severance tax.

    (4)  USE OF FUNDS. –

        A.  SEPARATE FUNDS. – All funds paid to the United States under this subsection shall be deposited in a special fund established in the 'treasury and shall be available, in such amounts as are provided in advance in appropriation Acts, to the Secretary and the Secretary of the Interior only for the purposes authorized by subparagraph (B).

B. AUTHORIZED USES. – Amounts in the special fund established pursuant to subparagraph (A) shall be used for maintenance, repair, and rehabilitation projects for Forest Service and Bureau of Land Management assets.

(f) WITHDRAWAL. – Subject to valid existing rights, Apache Leap and any land acquired by the United States under this section are withdrawn from all forms of –

(1) entry, appropriation, or disposal under the public land laws;

(2) location, entry, and patent under the mining laws;

(3) disposition under the mineral leasing, mineral materials, and geothermal leasing laws.

(g) APACHE LEAP SPECIAL MANAGEMENT AREA. –

(1) DESIGNATION. – To further the purpose of this section, the Secretary shall establish a special management area consisting of Apache Leap, which shall be known as the "Apache Leap Special Management Area" (referred to in this subsection as the "special management area").

(2) PURPOSE. – The purposes of the special management area are-

A. to preserve the natural character of Apache Leap;

B. to allow for traditional uses of the area by Native American people; and

C. to protect and conserve the cultural and archeological resources of the area.

(3) SURRENDER OF MINING AND EXTRACTION RIGHTS. – As a condition of the land exchange under subsection (c), Resolution Copper shall surrender to the United States, without compensation, all rights held under the mining laws and any other law to commercially extract minerals under Apache Leap.

(4) MANAGEMENT. –

A. IN GENERAL. – The Secretary shall manage the special management area in a manner that furthers the purposes described in paragraph (2).

B. AUTHORIZED ACTIVITIES. – The activities that are authorized in the special management area are –

i. installation of seismic monitoring equipment on the surface and subsurface to protect the resources located within the special management area;

ii. installation of fences, signs, or other measures necessary to protect the health and safety of the public; and

iii. operation of an underground tunnel and associated workings, as described in the Resolution mine plan of operations, subject to any terms and conditions the Secretary may reasonably require.

(5) PLAN. –

    A. IN GENERAL. – Not later than 3 years after the date of enactment of this Act, the Secretary, in consultation with affected Indian tribes, the Town, Resolution Copper, and other interested members of the public, shall prepare a management plan for the Apache Leap Special Management Area.

    B. CONSIDERATIONS. – In preparing the plan under subparagraph (A), the Secretary shall consider whether additional measures are necessary to –

        i. protect the cultural, archaeological, or historical resources of Apache Leap, including permanent or seasonal closures of all or a portion of Apache Leap; and

        ii. provide access for recreation.

(6) MINING ACTIVITIES. – The provisions of this subsection shall not impose additional restrictions on mining activities carried out by Resolution Copper adjacent to, or outside of, the Apache Leap area beyond those otherwise applicable to mining activities on privately owned land under Federal, State, and local laws, rules and regulations.

(h) CONVEYANCES TO TOWN OF SUPERIOR, ARIZONA. –

(1) CONVEYANCES. – On request from the Town and subject to the provisions of this subsection, the Secretary shall convey to the Town the following:

    A. Approximately 30 acres of land as depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Federal Parcel-Fairview Cemetery" and dated March 2011.

    B. The reversionary interest and any reserved mineral interest of the United States in the approximately 265 acres of land located in Pinal County, Arizona, as depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Federal Reversionary Interest-Superior Airport" and dated March 2011.

    C. The approximately 250 acres of land located in Pinal County, Arizona, as depicted on the map entitled "Southeast Arizona Land Exchange and Conservation Act of 2011-Federal Parcel-Superior Airport Contiguous Parcels" and dated March 2011.

(2) PAYMENT. – The Town shall pay to the Secretary the market value for each parcel of land or interest in land acquired under this subsection, as determined by appraisals conducted in accordance with subsection (c)(4).

(3) SISK ACT. – Any payment received by the Secretary from the Town under this subsection shall be deposited in the fund established under Public Law 90-171 (commonly known as the "Sisk Act") (16 U.S.C. 484a) and shall be made available

to the Secretary for the acquisition of land or interests in land in Region 3 of the Forest Service.

(4) TERMS AND CONDITIONS. – The conveyances under this subsection shall be subject to such terms and conditions as the Secretary may require.

(i) MISCELLANEOUS PROVISIONS. –

    (1) REVOCATION OF ORDERS; WITHDRAWAL. –

        A. REVOCATION OF ORDERS. – Any public land order that withdraws the Federal land from appropriation or disposal under a public land law shall be revoked to the extent necessary to permit disposal of the land.

        B. WITHDRAWAL. – On the date of enactment of this Act, if the Federal land or any Federal interest in the non-Federal land to be exchanged under subsection (c) is not withdrawn or segregated from entry and appropriation under a public land law (including mining and mineral leasing laws and the Geothermal Steam Act of 1970 (30 U.S.C. 1001 et seq.)), the land or interest shall be withdrawn, without further action required by the Secretary concerned, from entry and appropriation. The withdrawal shall be terminated-

            i. on the date of consummation of the land exchange; or

            ii. if Resolution Copper notifies the Secretary in writing that it has elected to withdraw from the land exchange pursuant to section 206(d) of the Federal Land Policy and Management Act of 1976, as amended (43 U.S.C. 1716(d)).

        C. RIGHTS OF RESOLUTION COPPER. – Nothing in this section shall interfere with, limit, or otherwise impair, the unpatented mining claims or rights currently held by Resolution Copper on the Federal land, nor in any way change, diminish, qualify, or otherwise impact Resolution Copper's right- and ability to conduct activities on the Federal land under such unpatented mining claims and the general mining laws of the United States, including the permitting or authorization of such activities.

    (2) MAPS, ESTIMATES, AND DESCRIPTIONS. –

        A. MINOR ERRORS. – The Secretary concerned and Resolution Copper may correct, by mutual agreement, any minor errors in any map, acreage estimate, or description of any land conveyed or exchanged under this section.

        B. CONFLICT. – If there is a conflict between a map, an acreage estimate, or a description of land in this section, the map shall control unless the Secretary concerned and Resolution Copper mutually agree otherwise.

        C. AVAILABILITY. – On the date of enactment of this Act, the Secretary shall file and make available for public inspection in the Office of the Supervisor, Tonto National Forest, each map referred to in this section.