# Nos. 25-5185, 25-5189, 25-5197

## In The United States Court of Appeals for the Ninth Circuit

ARIZONA MINING REFORM COALITION; et al.,

*Plaintiffs-Appellants,*

v.

BROOKE L. ROLLINS, U.S. Secretary of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-00122-PHX-DWL
Hon. Dominic W. Lanza

SUPPLEMENTAL EXCERPTS OF RECORD OF INTERVENOR-DEFENDANT-APPELLEE RESOLUTION COPPER MINING LLC

VOLUME 8 OF 12 (SER 1989–2258)

Christopher D. Thomas
Andrea J. Driggs
Janet M. Howe
Benjamin A. Longbottom
HOLLAND & HART LLP
2398 E. Camelback Rd, Suite
650 Phoenix, AZ 85016
(602) 507-9704
CDThomas@hollandhart.com

Michael R. Huston
  *Counsel of Record*
Diane M. Johnsen
Nicholas S. Crown
Samantha J. Burke
Addison W. Bennett
PERKINS COIE LLP
2525 E Camelback Rd, Suite 500
Phoenix, AZ 85016
(602) 351-8000
MHuston@perkinscoie.com

*Counsel for Resolution Copper Mining LLC*

SAN CARLOS APACHE TRIBE, a federally recognized Tribe,

*Plaintiff-Appellant,*

v.

UNITED STATES FOREST SERVICE,
an agency of the U.S. Department of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-0068-PHX-DWL
Hon. Dominic W. Lanza

GOUYEN BROWN LOPEZ, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:25-cv-2758-PHX-DWL
Hon. Dominic W. Lanza

Resolution Copper Mining LLC
Resolution Copper Project
Doc. # CCC.03-81600-EX-LTR-00010 – Rev. 1

Skunk Camp Tailings Storage Facility Filtered Tailings Analysis
Conceptual Filtered Tailings Impoundment Layout and Staging

- Transportation:
  - Filtered tailings would be transported from the Filter Plant to the TSF on conveyors. Conveyors need gradual slopes/terrain and simple deposition geometry for reliable operations and consistent deposition, as they need to move continuously and "walk" over the terrain while depositing. This is particularly important on the outer structural zone to ensure stability and prevent risk of tailings failure. The more complex the topography and deposition plan, the higher the risk of not meeting construction and operational requirements, requiring re-handling, back-up storage and/or alternate placement.

## 3    DEPOSITION STRATEGY AND STAGING

### 3.1    General

Assuming filtered technology can be successfully developed and is commercially available for the Resolution Copper scale and environment, for the first 10-15 years of operations, scavenger tailings and pyrite tailings would be managed with cycloning and thickening for the scavenger tailings, similar to the design presented in the DEIS. From Year 10 or 15 onwards, the pyrite tailings would continue to be managed behind a full downstream embankment and under a water cover to prevent and minimize oxidation and risk of acid rock drainage, but the scavenger tailings would be filtered and stacked. The following relevant key features are maintained from the DEIS design:

- Upstream non-contact water would be diverted as much as practical.
- The pyrite tailings would be stored in two pyrite cells within the ultimate impoundment; both cells would eventually be encapsulated by the scavenger tailings. The pyrite cells embankments would be constructed in the downstream-raised methodology using the scavenger tailings (either cyclone sand and/or filtered tailings). The pyrite cell would include an engineered low-permeability layer for vertical and lateral hydrologic containment.
- Ultimately, the scavenger tailings would be impounded by a cross-valley, centerline-constructed, structural shell (constructed of cycloned sand or filtered tailings - referred to as the main embankment in the DEIS).

### 3.2    Conceptual Options to Transition to Filtered Tailings

Operationally, raising filtered tailings stacks around or on top of existing conventional tailings storage facilities presents challenges related to trafficability and constructability. For this reason, two highly conceptual options for transitioning to filtered tailings were developed for this analysis.

#### Option 1 (see Figure 1)

For the first 15 years:

- Scavenger tailings would be cycloned to produce cyclone sand for embankment construction.

200117L-SC_Filtered-TailingsRev1.docx
UM09441A22.730

KCB Consultants Ltd.
8-RCMSER-1979

Page 3
January 2020

Resolution Copper Mining LLC
Resolution Copper Project
Doc. # CCC.03-81600-EX-LTR-00010 – Rev. 1

Skunk Camp Tailings Storage Facility Filtered Tailings Analysis
Conceptual Filtered Tailings Impoundment Layout and Staging

- Pyrite tailings would be subaqueously deposited in a low-permeability lined cell in the north of the site, contained by a downstream raised cycloned sand dam.

- Uncycloned scavenger tailings and cyclone overflow would be deposited in a cell on the east side of the site, contained by a centerline raised cycloned sand dam.

For the remainder of the life of mine:

- Scavenger tailings would be filtered and stacked in the south of the site. A portion of the tailings would be used for structural zones that contain the pyrite tailings or the ultimate downstream slope of the ultimate TSF.

- Pyrite tailings would continue to be subaqueously deposited in a low-permeability lined cell in the north of the site and then within the center of the impoundment, contained by a downstream raised filtered scavenger tailings structural zone.

### Option 2 (see Figure 2)

For the first 10 years, the TSF would be constructed in the same configuration proposed in the DEIS:

- Scavenger tailings would be cycloned to produce cyclone sand for embankment construction.

- Pyrite tailings would be subaqueously deposited in a low-permeability lined cell in the Pyrite Cell 1 (from the DEIS design), contained by a downstream raised cycloned sand dam.

- Uncycloned scavenger tailings and cyclone overflow would be deposited in the south of site, contained by a centerline raised cycloned sand dam (which will form the base of the Main Embankment).

For the next 10 years (Year 10 to Year 20):

- Scavenger tailings would be filtered and stacked in the north and east of the site. The Year 0-10 scavenger tailings cell would need to be allowed to drain in order to be trafficable prior to stacking filtered tailings on top. A portion of the tailings would be used for structural zones that contain the pyrite tailings.

- Pyrite tailings would continue to be subaqueously deposited in DEIS Pyrite Cell 1, then the DEIS Pyrite Cell 2 (starting in Year 15), a low-permeability lined cell within the center of the impoundment, contained by downstream-raised dams (constructed from filtered scavenger tailings). Pyrite Cell 1 would be covered with scavenger tailings (either slurry or filtered tailings).

For the remainder of the life of mine:

- Scavenger tailings would be filtered and stacked in the south of the site (a top the conventional Year 0-10 scavenger tailings cell). A portion of the tailings would be used for structural zones that contain the pyrite tailings or the ultimate downstream slope.

- Pyrite tailings would continue to be subaqueously deposited in Pyrite Cell 2 within the center of the impoundment, contained by a downstream raised filtered scavenger tailings structural zone.

 8-RCMSER-1980





Resolution Copper Mining LLC
Resolution Copper Project
Doc. # CCC.03-81600-EX-LTR-00010 – Rev. 1

Skunk Camp Tailings Storage Facility Filtered Tailings Analysis
Conceptual Filtered Tailings Impoundment Layout and Staging

## 4   SUMMARY OF RESULTS AND CONCLUSIONS

Both options presented would have a larger footprint than the DEIS TSF and may need additional back-up storage than what has been considered at this stage. Placement of filtered tailings at this scale would need large flat areas for conveyor placement which could be challenging given the complex and rough terrain of the site, particularly for Option 2 (see Figure 2). Based on learnings and experience from existing operations that attempted to increase capacity at a much smaller production tonnage than Resolution Copper, ample back-up storage would be required to address the risk of problems during construction and operations.

A summary of the results for both the options are included from Table 4.1 to Table 4.5. A qualitative comparison on the ease of transitioning of the two options is provided in Table 4.7.

**Table 4.1    Option Tonnage Comparison**

| Stage | Mine Years | Scavenger Tailings (MTons) | | | | Pyrite Tailings (MTons) | |
| | | Cyclone Sand2 | Total Scavenger or Overflow | Filtered Tailings | | Pyrite Cell 1 | Pyrite Cell 2 |
| | | | | Structural | Non-structural | | |
| OPTION 1 (i.e. separate NPAG cell for Year 0 to 15) | | | | | | | |
| I | 0 - 15 | 135 | 291 | - | - | 80 | - |
| II | 16 - 41 | - | - | 157 | 570 | - | 136 |
| % of Total | | 10% | 21% | 11% | 42% | 6% | 10% |
| OPTION 2 (i.e. DEIS configuration for Year 0 to 10) | | | | | | | |
| I | 0 - 10 | 73 | 162 | - | - | 43 | - |
| II | 11 - 25 | - | - | 165 | 417 | 37 | 77 |
| III | 26 - 41 | - | - | 34 | 308 | - | 64 |
| % of Total | | 5% | 12% | 14% | 53% | 6% | 10% |

**Table 4.2    Staging Summary – Option 1 (i.e., separate NPAG cell for Year 0 to 15)**

| Stage I – Conventional Tailings Storage | | Elevation (ft) | Height – toe to crest (ft) | Cumulative Volume Stored (Mcyd) |
| --- | --- | --- | --- | --- |
| Year 15 | Scavenger Embankment (S1) | 3,670 | 448 | 355 |
| | Pyrite Embankment (P1) | 3,580 | 235 | 56 |
| Stage II – Filtered Tailings Storage | | Elevation (ft) | Height – toe to crest (ft) | Cumulative Volume Stored (Mcyd) |
| Year 20 | Filtered Tailings Stack (S2) | 3,291 | 207 | 139 |
| | Pyrite Embankment (P2) | 3,407 | 246 | 27 |
| Year 30 | Filtered Tailings Stack (S2) | 3,440 | 356 | 418 |
| | Pyrite Embankment (P2) | 3,490 | 300 | 79 |
| Year 41 | Filtered Tailings Stack (S2) | 3,484 | 400 | 523 |
| | Pyrite Embankment (P2) | 3,513 | 323 | 98 |

200117L-SC_Filtered-TailingsRev1.docx
UM09441A22.730

KCB Consultants Ltd.

8-RCMSER-1983

Page 7
January 2020

Resolution Copper Mining LLC
Resolution Copper Project
Doc. # CCC.03-81600-EX-LTR-00010 – Rev. 1

Skunk Camp Tailings Storage Facility Filtered Tailings Analysis
Conceptual Filtered Tailings Impoundment Layout and Staging

**Table 4.3    Staging Summary – Option 2 (i.e., DEIS configuration for Year 0 to 10)**

| *Stage I – Conventional Tailings Storage* | | Elevation(ft) | Height – toe to crest (ft) | Volume Stored (Mcyd) |
|---|---|---|---|---|
| Year 10 | Scavenger Embankment (S1) | 3,365 | 265 | 197 |
| | Pyrite Embankment (P1) | 3,480 | 223 | 30 |
| *Stage II – Filtered Tailings Storage* | | Elevation (ft) | Height – toe to crest (ft) | Volume Stored (Mcyd) |
| Year 20 | Filtered Tailings Stack (S2) | 3,540 | 290 | 115 |
| | Filtered Tailings Stack (S3) | 3,530 | 145 | 44 |
| | Pyrite Embankment (P1) | 3,519 | 262 | 56 |
| | Pyrite Embankment (P2) | 3,560 | 340 | 27 |
| *Stage III – Filtered Tailings Storage* | | Elevation (ft) | Height – toe to crest (ft) | Volume Stored (Mcyd) |
| Year 30 | Filtered Tailings Stack (S2) | 3,810 | 560 | 214 |
| | Filtered Tailings Stack (S3) | 3,755 | 370 | 84 |
| | Pyrite Embankment (P2) | 3,560 | 340 | 80 |
| | Filtered Tailings Stack (S4) | 3,420 | 337 | 140 |
| Year 41 | Filtered Tailings Stack (S2) | 3,810 | 560 | 214 |
| | Filtered Tailings Stack (S3) | 3,755 | 370 | 84 |
| | Filtered Tailings Stack (S4) | 3,474 | 387 | 387 |
| | Pyrite Embankment (P2) | 3,560 | 340 | 98 |

**Table 4.4    Comparison of Make-up Water Requirements**

| Life of Mine | Filtered Tailings Option 1 | Filtered Tailings Option 2 | DEIS Layout |
|---|---|---|---|
| Make-up water requirements(acre-ft) | 262,000 (Note 2) | 213,000 (Note 2) | 545,000 (Note 1) |

Notes: 1.  Make-up requirements for the DEIS layout are taken from the Water Balance Tailings Alternatives report by Westland (2018).

2.  Make-up requirements for filtered options are estimated by assuming the change in overall TSF water losses (relative to the DEIS layout) is attributed to the change in the amount of water entrained in the scavenger tailings (Equation 1 and 2). For this comparison, the filtered tailings solids content is assumed to be 88% whereas the assumed solids content in the DEIS is between 60 and 65%.

$Water\ entrained\ (by\ mass) = \ (1 - solids\ content\ \%) * Tailings\ Tonnage(tons) - \textbf{Equation 1}$

$Total\ make-up\ req._{filt.} = Total\ make-up\ req._{DEIS} + (Water\ entrained_{filt.} - Water\ entrained_{DEIS}) - \textbf{Equation 2}$

**Table 4.5    Comparison of TSF impoundment footprints**

| | Filtered Tailings Option 1 | Filtered Tailings Option 2 | DEIS Layout |
|---|---|---|---|
| TSF Footprint – impoundment only (acre) | 4,100 | 3,900 | 3,800 |

Resolution Copper Mining LLC
Resolution Copper Project
Doc. # CCC.03-81600-EX-LTR-00010 -- Rev. 1

Skunk Camp Tailings Storage Facility Filtered Tailings Analysis
Conceptual Filtered Tailings Impoundment Layout and Staging

**Table 4.6    Comparison of Peak Power Requirements**

| | Filtered Tailings Option 1 and 2 | DEIS Layout | % Increase |
|---|---|---|---|
| Annual Peak Power Requirements (kW) | 45,800 | 4,110 | ~1100% |

**Table 4.7    Considerations in Transition to Filtered Tailings Options**

| Consideration | Transition to Filtered Tailings Option 1 (i.e. separate NPAG cell for Year 0 to 15) | Transition to Filtered Tailings Option 2 (i.e. DEIS configuration for Year 0 to 10) |
|---|---|---|
| Ease of transitioning to filtered tailings | ▪ Relatively easier to start placing filtered tailings compared to Option 2, because tailings can be conveyed and stacked within the southern, flatter portion of the site.<br><br>▪ However, this option would be harder to keep as a conventional facility if filtered tailings were not implemented. | ▪ Option has flexibility to be maintained as a conventional facility.<br><br>▪ Transition to filtered tailings would be more challenging because the slurry scavenger tailings would need to be allowed to drain and consolidate to become trafficable before conveyors for filtered tailings would be used on the surface. Also, the areas initially used for filtered tailings is more rugged than the south of the site, potentially requiring double-handling of the filtered tailings in areas. |
| Storm water management | ▪ Simpler geometry and easier compared to option 2. | ▪ Multiple areas for filtered tailings and with more complex geometry will be more challenging for storm water management. |

## 5    CLOSING

This letter is an instrument of service of KCB Consultants Ltd. (KCBCL). The letter has been prepared for the exclusive use of Resolution Copper Mining LLC (Client) for the specific application to the Resolution Copper Project, and it may not be relied upon by any other party without KCBCL's written consent. KCBCL has prepared this report in a manner consistent with the level of care, skill and diligence ordinarily provided by members of the same profession for projects of a similar nature at the time and place the services were rendered. KCBCL makes no warranty, express or implied.

Yours truly,

**KCB CONSULTANTS LTD.**

Kate Patterson, P.E., P.Eng.
Project Manager

KP:dl

Resolution Copper Mining LLC
Resolution Copper Project
Doc. # CCC.03-81600-EX-LTR-00010 – Rev. 1

Skunk Camp Tailings Storage Facility Filtered Tailings Analysis
Conceptual Filtered Tailings Impoundment Layout and Staging

## REFERENCES

Amoah, N. 2019. Large-Scale Tailings Filtration and Dry Stacking at Karara Magnetite Iron Ore Operation. Proceedings of Tailings and Mine Waste 2019. Vancouver, Canada. Published by the University of British Columbia. Nov. 17-20.

Klohn Crippen Berger Ltd (KCB). 2018a. DEIS Design for Alternative 4 – Silver King Filtered. Project No. M09441A20. Prepared for Resolution Copper Co.

Klohn Crippen Berger Ltd. 2018d. Resolution Copper Project: DEIS Design for Alternative 6 - Skunk Camp. Doc. # CCC.03-81600-EX-REP-00006 - Rev.1. Vancouver, Canada: Klohn Crippen Berger Ltd. August 8.

Westland Resources, Inc. (Westland). 2018. Water Balance Tailings Alternatives 2, 3, 4, 5, and 6. Project No. 807.141 02. Prepared for Resolution Copper Co.

# APPENDIX G

**Tables 3.1 – 3.7
Adapted from
KCB
Consultants Ltd.
Summary of
DEIS Tailings
Alternatives Seepage
Control Levels
(February 22, 2019)**

## APPENDIX B. TABLES 3.1 – 3.7 ADAPTED FROM KLOHN CRIPPEN BERGER
### *SUMMARY OF DEIS TAILINGS ALTERNATIVES SEEPAGE CONTROL LEVELS*
(Section 3, Pages 2 – 11, February 22, 2019)

**Table 3.1   TSF Alternatives References**

| TSF Alternative | Seepage Control Design for Draft EIS | Uncaptured Seepage Estimate |
|---|---|---|
| 2<br>Near West ("wet") | KCB (2018a) | M&A (2018b, 2019) |
| 3<br>Near West ("dry") | KCB (2018b) | M&A (2018b, 2019) |
| 4<br>Silver King | KCB (2018c) | KCB (2019b) |
| 5<br>Peg Leg | Golder (2018a, 2018b) | Golder (2019) |
| 6<br>Skunk Camp | KCB (2018d) | KCB (2019a) |

8-RCMSER-1989

Appendix B. Tables 3.1 – 3.7        Adapted from Klohn Crippen Berger 2019

### Table 3.2  Summary of TSF Alternatives Seepage Control Levels

| Seepage Control Measures | Alternative 2 Near West – "wet" | | | | Alternative 3 Near West – "dry" | | | | Alternative 4 Silver King Filtered | | Alternative 5 Peg Leg | | Alternative 6 Skunk Camp | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Seepage Control Level:** | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 1 | 2 | 1 | 2 | 3 |
| **Discharge control systems to achieve BADCT for base metal TSFs (ADEQ 2005)** | | | | | | | | | | | | | | | |
| Storm water and shallow aquifer intercepts | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Natural geologic features functioning as liners | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | | | |
| Localized liners of geosynthetics and/or clay | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Fine Sealing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Sub-drainage beneath the impoundment | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Leachate collection systems (finger or blanket drains) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Lining beneath main underdrains | | | | | | | | | | | | | ✓ | ✓ | ✓ |
| Centerline embankment construction | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drains and reclaim water pump-back systems | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Free draining rockfill zones in the embankment | | | | | | | | | | | | | | | |
| Runoff water collection via channels and dikes or berms from embankment surface | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Engineered hydraulic barriers – grout curtains with pump-back wells | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | | ✓ | ✓ | ✓ |
| Engineered hydraulic barriers – reclaim wells and trench drains with clay or geomembrane | | | ✓ | | | | ✓ | | | | | | ✓ | ✓ | ✓ |
| **Other seepage control measures** | | | | | | | | | | | | | | | |
| Tailings thickening | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| High-density thickening of tailings (and implementation of thin lift placement) | | | | | ✓ | ✓ | ✓ | ✓ | | | | ✓ | | | |
| Dewatering (filtering) | | | | | | | | | ✓ | ✓ | | | | | |
| Downgradient pump-back wells | | | ✓ | ✓ | | | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Extended engineered hydraulic barriers – grout curtains with pump-back wells | | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | | | | | ✓ | ✓ |
| Additional downgradient pump-back wells | | | | ✓ | | | | ✓ | | | | | | ✓ | ✓ |

8-RCMSER-1990

Appendix B. Tables 3.1 – 3.7                                    Adapted from Klohn Crippen Berger 2019

**Table 3.3   Alternative 2 Near West Modified Proposed Action (Modified Centerline Embankment – "wet") Seepage Control Levels**

| Level of Seepage Control | Seepage Control Description (see KCB 2018a) | From M&A (2018b, 2019) | | | | |
|---|---|---|---|---|---|---|
| | | Average Seepage Capture Efficiency (%) (Note 1) | Average Scavenger (NPAG) Seepage (acre-ft/yr) | Average Pyrite (PAG) Seepage (acre-ft/yr) | Average Collection Pond Seepage (acre-ft/yr) | Average Uncaptured Seepage (acre-ft/yr) |
| 0 | Features required for stability and act as seepage control features include modified centerline-raised compacted cycloned sand embankments and an embankment underdrainage system. | *not explicitly modeled* | | | | |
| Between 0 and 1 (Note 2) | Seepage control measures represented in the 2018 Alternative 2/3 steady-state model report[2] (M&A 2018) include:<br>• features for stability described above;<br>• embankment underdrains extend into the impoundment under the entire scavenger beach; and<br>• seepage collection ponds with cut-offs walls and pump-back wells. | 91% | 1,912 | 220 | 8 | 194 |
| 1 | Seepage control measures as presented in the DEIS report (KCB 2018a) include:<br>• features for stability described above;<br>• embankment underdrains extend into the impoundment for 200 ft;<br>• foundation treatment or selective engineered low-permeability layers in areas that are not Gila Conglomerate;<br>• engineered low-permeability layers for the pyrite starter facility;<br>• encapsulation of pyrite tailings in the scavenger tailings fines; and<br>• seepage collection ponds with cut-offs, grout curtains and pump-back wells. Grout curtain would extend from the ground surface to 100 ft below ground. | *not explicitly modeled* | | | | |
| 2 | To increase Level 1 seepage capture, Level 2 (as described in KCB 2018a) includes extending the grout curtain to target high-permeability zones and seepage pathways. | *not explicitly modeled* | | | | |
| 3 | To increase Level 2 seepage capture, Level 3 (as described in KCB 2018a) includes adding additional seepage collection ponds/facilities downstream. | *not explicitly modeled* | | | | |

Page 3

Appendix B. Tables 3.1 – 3.7                                    Adapted from Klohn Crippen Berger 2019

| Level of Seepage Control | Seepage Control Description (see KCB 2018a) | From M&A (2018b, 2019) | | | | |
|---|---|---|---|---|---|---|
| | | Average Seepage Capture Efficiency (%) (Note 1) | Average Scavenger (NPAG) Seepage (acre-ft/yr) | Average Pyrite (PAG) Seepage (acre-ft/yr) | Average Collection Pond Seepage (acre-ft/yr) | Average Uncaptured Seepage (acre-ft/yr) |
| 4 | To increase Level 3 seepage capture, Level 4 (as described in KCB 2018a) includes additional pump-back wells and grout curtain/cut-off walls.<br><br>Seepage control measures represented in modified steady-state model report[2] (M&A 2019), in addition to the simulation described in M&A (2018), include:<br>  • low-permeability liners in areas that are not Gila Conglomerate;<br>  • engineered low-permeability liner for the entire pyrite cell;<br>  • downgradient grout curtain extending from the ground surface to 100 ft below ground; and<br>  • additional pump-back wells (see Note 3). | 99% | 1,910 | 223 | 0.6 | 21 |

Notes:
1. Seepage capture efficiency is calculated from the tailings seepage that enters the foundation, it does not account for dewatering (thickening/filtering) or climate effects.
2. Seepage control modeled by M&A were based on the seepage control measures described in KCB (2018a).
3. Pump back wells were added in the model by M&A in locations to maximize seepage capture.

8-RCMSER-1992

Appendix B. Tables 3.1 – 3.7 | Adapted from Klohn Crippen Berger 2019

**Table 3.4   Alternative 3 Near West Modified Proposed Action (High-density thickened NPAG Scavenger and Segregated PAG Pyrite Cell) - Seepage Control Levels**

| Level of Seepage Control | Seepage Control Description (see KCB 2018b) | From M&A (2018b, 2019) | | | | |
|---|---|---|---|---|---|---|
| | | Average Seepage Capture Efficiency (%) (Note 1) | Average Scavenger (NPAG) Seepage (acre-ft/yr) | Average Pyrite (PAG) Seepage (acre-ft/yr) | Average Collection Pond Seepage (acre-ft/yr) | Average Uncaptured Seepage (acre-ft/yr) |
| 0 | Features required for stability and act as seepage control features include modified centerline-raised compacted cycloned sand embankments and an embankment underdrainage system. | *not explicitly modeled* | | | | |
| Between 0 and 1 (Note 2) | Seepage control measures represented in the steady-state model report² (M&A 2018) include:<br>• embankment underdrains extend into the impoundment under the entire scavenger beach; and<br>• seepage collection ponds with cut-offs walls and pump-back wells. | 84% | 508 | 220 | 5 | 116 |
| 1 | Seepage control measures as presented in the DEIS report (KCB 2018a) include:<br>• features for stability described above;<br>• embankment underdrains extend into the impoundment under the entire scavenger beach;<br>• foundation treatment or selective engineered low-permeability layers in areas that are not Gila Conglomerate;<br>• engineered low-permeability layers for the entire pyrite cell; and<br>• seepage collection ponds with cut-offs, grout curtains and pump-back wells. Grout curtain would extend from the ground surface to 100 ft below ground. | *not explicitly modeled* | | | | |
| 2 | To increase Level 1 seepage capture, Level 2 (as described in KCB 2018b) includes extending the grout curtain to target high-permeability zones and seepage pathways. | *not explicitly modeled* | | | | |
| 3 | To increase Level 2 seepage capture, Level 3 (as described in KCB 2018b) includes adding additional seepage collection ponds/facilities downstream. | *not explicitly modeled* | | | | |

Page 5

8-RCMSER-1993

Appendix B. Tables 3.1 – 3.7                                    Adapted from Klohn Crippen Berger 2019

| Level of Seepage Control | Seepage Control Description (see KCB 2018b) | From M&A (2018b, 2019) | | | | |
|---|---|---|---|---|---|---|
| | | Average Seepage Capture Efficiency (%) (Note 1) | Average Scavenger (NPAG) Seepage (acre-ft/yr) | Average Pyrite (PAG) Seepage (acre-ft/yr) | Average Collection Pond Seepage (acre-ft/yr) | Average Uncaptured Seepage (acre-ft/yr) |
| 4 | To increase Level 3 seepage capture, Level 4 (as described in KCB 2018b) includes additional pump-back wells and grout curtain/cut-off walls.<br><br>Seepage control measures as represented in modified steady-state model report (M&A 2019), in addition to the simulation described in M&A (2018), include:<br>• selective engineered low-permeability liners in areas that are not Gila Conglomerate;<br>• engineered low-permeability liners for the entire pyrite cell;<br>• grout curtain would extend from the ground surface to 100 ft below ground, extending to target high-permeability zones and seepage pathways; and<br>• additional pump-back wells (see Note 3). | 99.5% | 630 | 130 | 15 | 3 |

Notes:
1. Seepage capture efficiency is calculated from the tailings seepage that enters the foundation, it does not account for dewatering (thickening/filtering) or climate effects.
2. Seepage control modeled by M&A were based on the seepage control measures described in KCB (2018b).
3. Pump back wells were added in the model by M&A in locations to maximize seepage capture.

8-RCMSER-1994

Appendix B. Tables 3.1 – 3.7            Adapted from Klohn Crippen Berger 2019

**Table 3.5  Alternative 4 Silver King Seepage Control Levels**

| Level of Seepage Control | Seepage Control Description (see KCB 2018c, 2019b) | Average Seepage Capture Efficiency (%) (Note 1) | Average Scavenger (NPAG) Seepage (acre-ft/yr) | Average Pyrite (PAG) Seepage (acre-ft/yr) | Average Collection Pond Seepage (acre-ft/yr) | Average Uncaptured Seepage (acre-ft/yr) |
|---|---|---|---|---|---|---|
| 0 | Features required for stability and act as seepage control features include dewatered tailings, compacted structural zone with an underdrainage system. | n/a | | | | n/a |
| 1 | In addition to the features for stability, seepage collection, as presented in the DEIS report (KCB 2018c), includes lined collection ditches and collection ponds that cut-off the alluvium. There is potential that a portion of the seepage would not be collected with this approach. A preliminary estimate of up to 80% capture is assumed because seepage can be collected in the underdrains and the alluvial channels will be cut-off. There is a remaining risk that a large portion of the flow paths would bypass seepage collection. | less than 80% | 77.5 | 1.9 | 0.6 | greater than 17 acre-ft/yr |
| 2 | In addition to the features described for Level 1, additional seepage control measures would include targeted grouting of fractures (potential seepage pathways) in the foundation and pump-back wells for seepage return. A preliminary estimate of up to 90% capture is assumed because of the uncertainty in the foundation conditions. There is a remaining risk that a portion of the flow paths would bypass seepage collection. | up to 90% | | | | greater than 9 acre-ft/yr |

Notes:
1. Seepage capture efficiency is calculated from the tailings seepage that enters the foundation, it does not account for dewatering (thickening/filtering) or climate effects.

Page 7

Appendix B. Tables 3.1 – 3.7                                             Adapted from Klohn Crippen Berger 2019

### Table 3.6   Alternative 5 Peg Leg Seepage Control Levels

| Level of Seepage Control | Seepage Control Description (see Golder 2018a, 2018b, 2019) | Average Seepage Capture Efficiency (%) (Note 1) | Average Scavenger (NPAG) Seepage (acre-ft/yr) | Average Pyrite (PAG) Seepage (acre-ft/yr) | Average Collection Pond Seepage (acre-ft/yr) | Average Uncaptured Seepage (acre-ft/yr) |
|---|---|---|---|---|---|---|
| 0 | Features required for stability and to act as seepage control features include modified centerline-raised compacted cycloned sand embankments and an embankment underdrainage system. Separate NPAG and PAG cells | n/a | 2,660 | 1,270 | <1 | 3,930 |
| 1 | Seepage control measures as presented in the DEIS report (Golder 2019) include:<br>• features for stability described above;<br>• surface water diversions around the NPAG and PAG facilities to minimize run-on surface water;<br>• lined Seepage collection ponds and ditches;<br>• finger drains extending from the embankment underdrains below the impoundment beach and along the existing drainages;<br>• HDPE lining of reclaim pond area (300 acres) where reclaim pond is in contact with native materials;<br>• engineered low-permeability layers for the entire pyrite cell; and<br>• pump-back wells to form a continuous cone of depression (cut off) and collect surface seepage below the NPAG embankment. | 65% | 2,537 | 1,211 | <1 | 1,317 |
| 2 | Seepage control measures, as described above with the addition of:<br>• complete synthetic lining of PAG cells base and embankment;<br>• removal of alluvium and pervious sediments above bedrock below PAG cells;<br>• utilization of thin-lift deposition beginning in year 7 when sufficient operating area becomes available; and<br>• adjusting pump back wells to allow 261 acre-ft/yr to bypass system (requires less pumping than level 1). | 84% | 1,640 | 25 | <1 | 261 |

Notes:
1. Seepage capture efficiency is calculated from the tailings seepage that enters the foundation, it does not account for dewatering (thickening/filtering) or climate effects.

Page 8

Appendix B. Tables 3.1 – 3.7                                      Adapted from Klohn Crippen Berger 2019

**Table 3.7   Alternative 6 Skunk Camp Seepage Control Levels**

| Level of Seepage Control | Seepage Control Description (see KCB 2018d, 2019a) | Average Seepage Capture Efficiency (%) (Note 1) | Average Scavenger (NPAG) Seepage (acre-ft/yr) | Average Pyrite (PAG) Seepage (acre-ft/yr) | Average Uncaptured Seepage (acre-ft/yr) |
|---|---|---|---|---|---|
| 0 | Features required for stability and also act as seepage control features include centerline-raised compacted cycloned sand embankments and an embankment underdrainage system. | n/a | 1,820 | 50 | n/a |
| 1 | Seepage control measures as presented in the DEIS report (KCB 2018d) include:<br>• features for stability described above;<br>• embankment underdrains extend into the impoundment for 100 ft to 200 ft;<br>• engineered low-permeability layers for the pyrite cells;<br>• seepage collection ponds with cut-offs, grout curtains and pump-back wells. Grout curtain would extend from the ground surface to 70 ft below ground and the seepage pump-back wells at 20 ft below ground level (estimated to be the base of the alluvium). | 64%[1] | 1,820 | 50 | 580-660 |
| 2 | To increase Level 1 seepage capture, Level 2 (as described in KCB 2019) includes an extension of the grout curtain to 100 ft and the seepage pump-back wells installed at 70 ft below ground (estimated to be the base of the weathered Gila Conglomerate layer). | 80%[1] | 1,840 | 50 | 270-370 |
| 3 | To increase Level 2 seepage capture, Level 3 (as described in KCB 2019) includes an installation of the seepage pump-back wells at 100 ft below ground, at the depth of the grout curtain. | 90%[1] | 1,840 | 50 | 70-180 |

Notes:
1. Seepage capture efficiency is calculated from the tailings seepage that enters the foundation, it does not account for dewatering (thickening/filtering) or climate effects.

Page 9

*This page intentionally left blank.*

# Appendix D. Clean Water Act Section 404 Conceptual Mitigation Plan – Resolution Copper Project

# CLEAN WATER ACT SECTION 404
# CONCEPTUAL MITIGATION PLAN
## Resolution Copper Project

Prepared for:



United States Army Corps of Engineers

On Behalf of:



102 Magma Heights – Superior, Arizona 85173

Project Number: 807.175 06 02

September 15, 2020



## WestLand Resources

WestLand Resources, Inc. • 4001 E. Paradise Falls Drive • Tucson, Arizona 85712 • 520•206•9585

8-RCMSER-2001

## TABLE OF CONTENTS

1. INTRODUCTION ........................................................................................................... 2
2. PROJECT DESCRIPTION AND PURPOSE ........................................................... 3
   2.1. Mine Development Background ......................................................................... 3
   2.2. Project Description ............................................................................................... 3
   2.3. Project Purpose .................................................................................................... 4
3. JURISDICTIONAL WATERS OF THE U.S. ........................................................... 4
   3.1. Avoidance and Minimization ............................................................................ 4
   3.2. Jurisdictional Impacts ......................................................................................... 5
4. MITIGATION SITE SELECTION .............................................................................. 7
   4.1. Site Selection Overview ...................................................................................... 7
   4.2. Mitigation Site Description ................................................................................ 8
       4.2.1. MAR-5/ORRS Mitigation Site ............................................................ 9
       4.2.2. Queen Creek Mitigation Site ............................................................ 10
       4.2.3. H&E Farm Mitigation Site ................................................................ 11
5. SITE ASSESSMENT AND DETERMINATION OF MITIGATION RATIOS ........ 12
6. REFERENCES ............................................................................................................. 17

### TABLES

Table 1. Impacts to Potential Waters of the U.S. from the Project ........................................ 5
Table 2. Impacts from the Project by Drainage Class ............................................................ 7
Table 3. Mitigation Areas within the MAR-5/ORRS Mitigation Site ................................... 10
Table 4. Mitigation Areas within the Queen Creek Mitigation Site ...................................... 11
Table 5. Mitigation Areas within the H&E Farm Mitigation Site ......................................... 12
Table 6. Final Mitigation Ratios Per Impacted Drainage Class and Mitigation Area .......... 14
Table 7. Final Mitigation Credits Applied by Impact Drainage Class and Mitigation Site/Area ........ 16

### FIGURES

Figure 1.    Overview of Proposed Mining Operation
Figure 2.    Skunk Camp TSF Alternative Aerial Overview
Figure 3.    Skunk Camp TSF Alternative Impacts to the Aquatic Ecosystem
Figure 4.    Skunk Camp TSF Direct and Indirect Impacts
Figure 5.    Skunk Camp TSF Pipeline Direct Impacts
Figure 6.    Skunk Camp TSF Impact Drainage Classes
Figure 7.    Mitigation Sites Aerial Overview
Figure 8.    MAR-5/ORRS Mitigation Site
Figure 9.    Queen Creek Mitigation Site
Figure 10.   H&E Farm Mitigation Site

### ATTACHMENTS

Attachment A. Resolution Copper Project Mitigation Ratio-Setting Checklist

## I. INTRODUCTION

Resolution Copper Mining, LLC (Resolution, or the Applicant) has proposed the development and operation of an underground copper and molybdenum mine near Superior, Arizona (**Figure 1**). As proposed, the construction of the tailings storage facility (TSF), associated pipelines, and appurtenant infrastructure requires the discharge of fill to surface water features (**Figure 2**) that the U.S. Army Corps of Engineers (Corps) has determined (Corps File No. SPL-2016-00547) to be potentially jurisdictional waters of the United States (waters of the U.S.) pursuant to a preliminary jurisdictional determination (PJD). As these potentially jurisdictional waters of the U.S. will be impacted by discharges of dredged or fill material resulting from portions of Resolution's planned mine development, Resolution has made application for a Clean Water Act (CWA) Section 404 permit for these discharges.

In order to secure a CWA Section 404 permit, the Applicant is bound by the requirements of the Corps' and the U.S. Environmental Protection Agency's (EPA) "Final Rule for Compensatory Mitigation for Losses of Aquatic Resources" (33 C.F.R. Parts 325 and 332 and 40 C.F.R. Part 320; published in 73 Fed. Reg. 19594-19705) (Corps and EPA 2008), hereinafter referred to as the 2008 Mitigation Rule. The fundamental objective of the 2008 Mitigation Rule is to establish standardized compensatory mitigation criteria for all mitigation types to offset unavoidable impacts to waters of the U.S. authorized through the issuance of a CWA Section 404 permit. Compensatory mitigation is required for unavoidable impacts to waters of the U. S. after all appropriate and practicable avoidance and minimization has been achieved. The South Pacific Division of the Corps has developed a standard operating procedure in the form of a Mitigation Ratio-Setting Checklist (MRSC) for determining compensatory mitigation requirements.

As configured, only the development of the TSF, pipelines, and appurtenant infrastructure (collectively, the "Project" for purposes of this document) require a discharge of dredged or fill material into potential waters of the U.S. Resolution has coordinated with the Corps to identify potential mitigation opportunities for the Project. This Conceptual Mitigation Plan is presented in six sections: *Section 1* identifies the document's purpose and organization; *Section 2* introduces the Project and the overall project purpose; *Section 3* describes avoidance and minimization measures and summarizes Project impacts to potential waters of the U.S.; *Section 4* provides a description of the mitigation site selection process and outlines the specific conceptual plans for each proposed mitigation area and the expected outcome; *Section 5* summarizes the site assessment process for determining migration ratios and provides the results from application of the MRSC; and *Section 6* includes the references used in the preparation of this document. The application of mitigation credits in *Section 5* describes application of the MRSC-derived mitigation ratios to Project impacts and mitigation sites in a sequential fashion, as needed, until all of the functional impacts for each impact drainage class are mitigated. The application of mitigation to impacts in this Conceptual Mitigation Plan is intended only to demonstrate sufficient credit is available to mitigate for unavoidable impacts to waters of the U.S. from development of the Project. Actual application of the mitigation credits in the Final Mitigation

8-RCMSER-2003

Plan may occur in a number of ways. Following review and approval (or modification, as appropriate) by the Corps of the concepts contained in this Conceptual Mitigation Plan, a final Mitigation Plan in compliance with the 2008 Mitigation Rule will be completed.

## 2. PROJECT DESCRIPTION AND PURPOSE

### 2.1. MINE DEVELOPMENT BACKGROUND

Resolution's planned mine development is located near Superior in Pinal County, Arizona (**Figure 1**) in an area commonly referred to as the Copper Triangle and specifically within the Pioneer Mining District. Mine exploration and operations have been conducted in the area since the early 1860's, when the discovery of silver led to the development of the Silver King Mine. Magma Copper Company (Magma) took over the Silver King Mine and operated it as the Magma Mine from 1912 until the operation was finally shut down in 1996. After Magma's shutdown, the Resolution ore deposit was discovered 1.2 miles south of the existing Magma Mine and 7,000 feet below the ground surface. Since 2004, Resolution has steadily worked to investigate and delineate the Resolution ore body, develop a mine design, prepare environmental and engineering studies to support the mine permitting and approvals effort, and conduct multiple community outreach efforts and public meetings to inform and involve the public as plans were developed.

Resolution proposes the development of the Resolution ore body using panel caving, a type of cave mining. The copper and molybdenum ore will be mined, undergo primary crushing underground, and then be sent to a concentrator facility to be constructed at the existing West Plant Site north of Superior. Concentrate produced at the West Plant Site will be transported offsite for additional processing, while the resulting tailings will be transported via a pipeline to the proposed Skunk Camp TSF location, approximately 3 miles east of the Asarco Ray open pit mine. Under the current proposed operating conditions and Life of Mine (LOM) planning parameters, the Resolution ore body is sufficient to support the concentrator operations for approximately 41 years. As currently configured, operations are anticipated to result in the mining of approximately 1.4 billion tons of copper and molybdenum ore and the production of approximately 1.37 billion tons of tailings. Because portions of Resolution's planned mine development occur on lands managed by the U.S. Forest Service (USFS) Tonto National Forest (TNF), the USFS is reviewing the General Plan of Operations (GPO) and associated land exchange under the National Environmental Policy Act (NEPA) and publishing an Environmental Impact Statement (EIS) for the planned mine development.

### 2.2. PROJECT DESCRIPTION

Although the planned locations of all mine facilities are described in the EIS, only the development of the TSF, pipelines, and auxiliary infrastructure requires a discharge of dredged or fill material into potential waters of the U.S. and associated CWA Section 404 permit. Discharge of fill for the development of these features, particularly the TSF, consists mostly of the leveling of existing topography through site grading (cut and fill) of the natural ground surface. Materials to be discharged

8-RCMSER-2004

to potential waters of the U.S. during this process would consist primarily of native soil and rock taken from the footprint of the constructed features during the grading process. The Applicant's overall project purpose and need is to construct and operate a TSF and associated infrastructure capable of storing approximately 1.37 billion tons of tailings produced through milling copper and molybdenum ore from the Resolution ore body (plus approximately 12 million cubic yards of on-site borrow material used to construct the starter embankments), along with the pipelines and associated infrastructure needed to transport tailings to the TSF and recycled water from the TSF back to the concentrator facility. Capacity to deposit approximately 1.37 billion tons of tailings is required to allow for utilization of the Resolution ore body to the extent described in the EIS (mining of approximately 1.4 billion tons of ore).

## 2.3. PROJECT PURPOSE

The Applicant's overall project purpose and need is to construct and operate a TSF and associated infrastructure capable of storing approximately 1.37 billion tons of tailings produced through milling copper and molybdenum ore from the Resolution ore body (plus approximately 12 million cubic yards of on-site borrow material used to construct the starter embankments), along with the pipelines and associated infrastructure needed to transport tailings to the TSF and recycled water from the TSF back to the concentrator facility. Capacity to deposit approximately 1.37 billion tons of tailings is required to allow for utilization of the Resolution ore body to the extent described in the EIS (mining of approximately 1.4 billion tons of ore). The Applicant's basic project purpose is mine tailings storage, which is not water-dependent. However, the proposed discharge will not affect a special aquatic site, so the rebuttable presumption in 40 C.F.R. § 230.10(a)(3) is not triggered.

## 3. JURISDICTIONAL WATERS OF THE U.S.

### 3.1. AVOIDANCE AND MINIMIZATION

The development of alternatives for Resolution's proposed underground copper and molybdenum mine design included a significant effort to avoid and minimize impacts to potential waters of the U.S. to the extent practicable. Only the development of the TSF, pipelines, and auxiliary infrastructure requires a discharge of dredged or fill material into potential waters of the U.S. Numerous aspects of TSF design and construction, such as embankment type (e.g., upstream, centerline, modified centerline, and downstream embankments), management of tailings, and deposition methods (e.g., conventional thickened, high-density thickened, and filtered, or 'dry-stack'), were assessed for use at the proposed TSF locations (USFS 2019, 2020) to avoid and minimize impacts. A number of onsite mitigation measures (referred to as "applicant committed environmental protection measures") were incorporated into the Skunk Camp TSF designs to address impacts to the aquatic environment, including potential waters of the U.S., and water quality and quantity functions. The pipeline corridor from the West Plant to the TSF presented in the Draft EIS (USFS 2019) was also refined and updated based on agency and public comment. The pipeline corridor revision resulted in a reduction in overall disturbance from the pipeline of approximately 463 acres and a reduction in impacts to potentially

jurisdictional waters of the U.S. of approximately 15.3 acres. The revised pipeline alignment incorporates a span for Devils' Canyon and underground boring beneath Mill Creek and Mineral Creek, outside of the Ordinary High Water Mark of all three major drainages, and completely avoids designated critical habitat for the Gila chub (*Gila intermedia*) and proposed critical habitat for the Yellow-billed cuckoo (*Coccyzus americanus*).

Although the area beneath the footprint of the TSF and its appurtenant features will no longer contribute runoff from precipitation to downstream drainage reaches, the TSF design minimizes impacts to downstream waters of the U.S. by diverting upstream stormwater flows around the facility. Similarly, the stormwater controls, run-on diversions, and engineering controls have been designed to maintain downstream stormwater flows while minimizing the risk of contaminant discharge to downstream surface water features. The full range of alternatives analyzed in the development of the proposed design of the Project is described in the 404(b)(1) Alternatives Analysis (WestLand 2020a) and EIS (USFS 2019, 2020) prepared for the Project.

## 3.2. JURISDICTIONAL IMPACTS

**Table 1** summarizes the unavoidable impacts to potential waters of the U.S. that would result from construction of the alternative identified as the Least Environmentally Damaging Practicable Alternative (LEDPA) in the alternatives analysis: the Skunk Camp TSF Alternative. This alternative is also analyzed as Alternative 6 in the EIS prepared by the USFS (USFS 2020). Under the Skunk Camp TSF Alternative (**Figure 2**), the total amount of permanently impacted, or 'lost,' potential waters of the U.S. from development of the Project was determined to be 172.62 acres (**Figure 3**). These impacts include 129.24 acres are anticipated to be direct permanent impacts resulting from construction of the TSF and 43.38 acres of indirect permanent impacts are anticipated from the 'dewatering' of ephemeral drainages downgradient of portions of the TSF and its appurtenant features, including the seepage controls and stormwater diversions (**Figure 4**). Impacts from the pipeline (**Figure 5**) include a maximum estimated 15.70 acres of largely temporary impacts from the buried pipeline and associated access road. The final location of the pipeline within the analyzed 500-foot corridor will be micro-sited prior to construction and will disturb an estimated 200 feet within the 500 foot corridor. The estimate of 15.70 acres conservatively assumes that all the potential waters of the U.S. within the 500-foot corridor are temporarily impacted. As these impacts from the development of the pipeline are temporary, no mitigation for these impacts are proposed in the Conceptual Mitigation Plan.

### Table 1. Impacts to Potential Waters of the U.S. from the Project

| Project Component | Type of Impact | Impacts to Potential Waters of the U.S. (Acres) |
|---|---|---|
| TSF | Direct Impacts - Permanent | 129.24 |
| TSF | Indirect Impacts - Permanent | 43.38 |
| Pipeline | Direct Impacts - Temporary | 15.70 |

8-RCMSER-2006

Impacts to potentially jurisdictional waters of the U.S. from development of the Project are not expected to occur until approximately 10 years after authorization of the Project. As a component of reducing the risk and uncertainty related to compensatory mitigation success, Resolution anticipates initiating compensatory mitigation actions several years in advance of the construction of the TSF and the associated impacts to potentially jurisdictional waters of the U.S. Initiating mitigation in advance of impacts to potential waters of the U.S. also removes any aspect of temporal loss of aquatic function associated with impacted surface water features. These factors are considered in the discussion of mitigation actions below and in the calculation of final mitigation ratios in the MRSC.

Potential waters of the U.S. identified within the TSF footprint and pipeline corridor are dominated by both confined and braided ephemeral channels with functions and values typical of desert ephemeral systems. Non-ephemeral drainages within the pipeline corridor, including Devil's Canyon and Mineral Creek, will not be impacted by the project. No jurisdictional special aquatic sites (e.g., wetlands) or seeps and springs are located within the footprint of this TSF or the pipeline corridor.

The area of the proposed Skunk Camp TSF is relatively undisturbed with ongoing local ranching activities. As stated above, potential waters of the U.S. identified within the TSF footprint are dominated by both confined and braided ephemeral channels. Some minor alteration of these ephemeral channels has occurred through the construction of corrals and stock tanks related to the ranching activity (**Figure 2**). As part of the development of the MRSC (**Attachment A**), the drainages within the Skunk Camp TSF site were grouped into three different classes based on physical parameters that affect their hydrologic, chemical, and biotic function as assessed in Step 2. These classes, Classes A, B, and C are described below and shown in **Figure 6**.

**Impact Class A:** Class A washes consist of low-gradient, braided (multi-thread) ephemeral drainages within broad, relatively unrestricted floodplains. Class A washes are located lower in the watershed, and in the area of the Skunk Camp TSF are located mainly at lower elevations in the central portion of the site (**Figure 6**). Class A washes in this area include the lower portions of Dripping Spring Wash, Stone Cabin Wash, and Skunk Camp Wash. Xeroriparian vegetation is common and widespread along the banks and floodplain terraces of Class A washes but is generally absent in the low-flow channels. Sediment in the active channels of Class A washes is typically soft and is characterized by a well-sorted mixture composed primarily of sand, silt, and gravel. The TSF and its appurtenant features impact approximately 86.94 acres of Class A drainages.

**Impact Class B:** Class B washes are located higher upgradient in the local watershed and consist of low- to moderate-gradient, typically single-thread, ephemeral drainages. The active channels of Class B washes are generally confined within well-defined, relatively narrow floodplains. Class B washes are located throughout the area of the Skunk Camp TSF, with most are directly tributary to the Class A washes (**Figure 6**). Vegetation along Class B washes typically includes narrow bands of xeroriparian vegetation along the banks. Vegetation may be present within the low-flow channel as well. Sediment in the active channels of Class B washes may be well-or poorly sorted, and typically includes sand,

8-RCMSER-2007

Conceptual Mitigation Plan                                        Resolution Copper

gravel, and cobbles. The TSF and its appurtenant features impact approximately 39.98 acres of Class B drainages.

**Impact Class C:** Class C washes are located in the headwaters of the local watershed and consist of moderate- to high-gradient single-thread ephemeral drainages. The active channels of Class C washes are typically confined within well-defined, very narrow floodplains. Class C washes represent the upper-most headwater tributaries in the area of the Skunk Camp TSF (**Figure 6**). Vegetation along Class C washes typically includes narrow bands of xeroriparian vegetation along the bed and banks. Upland species may be present in the low-flow channel. The substrate in the active channels of Class C washes may be well-or poorly sorted, and typically includes gravel, cobbles, and boulders. Cut banks are common in these drainages and the channel bed may be scoured to bedrock in some areas. The TSF and its appurtenant features impact approximately 45.70 acres of Class C drainages.

The total amount of permanently impacted, or 'lost,' potential waters of the U.S. from development of the Project was determined to be 172.62 acres. These impacts include 129.2 acres which are anticipated to be direct permanent impacts resulting from construction of the TSF and 43.4 acres of indirect permanent impacts are anticipated from the 'dewatering' of ephemeral drainages downgradient of portions of the TSF and its appurtenant features, including the seepage controls and stormwater diversions (**Figure 4**). As the impacts from the development of the pipeline are temporary, no mitigation for these impacts are proposed in the Conceptual Mitigation Plan. These impacts, separated by drainage class, are shown in **Table 2**.

**Table 2. Impacts from the Project by Drainage Class**

| Drainage Class | Type of Impact | Impacts to Potential Waters of the U.S. (Acres) |
|---|---|---|
| Class A | Direct Impacts | 60.75 |
| | Indirect Impacts | 26.19 |
| Class B | Direct Impacts | 32.28 |
| | Indirect Impacts | 7.70 |
| Class C | Direct Impacts | 36.21 |
| | Indirect Impacts | 9.49 |

## 4. MITIGATION SITE SELECTION

### 4.1. SITE SELECTION OVERVIEW

The 2008 Mitigation Rule identifies general classes of compensatory mitigation, as well as clear preference among these classes, specifically noting that Mitigation Banking and then in-lieu-fee (ILF) Mitigation are preferred over applicant-sponsored on-site or off-site mitigation. As a general matter, in-kind mitigation is also preferred over out-of-kind mitigation. Resolution considered these general classes of compensatory mitigation from a watershed perspective in the selection of proposed mitigation sites and the development of the draft Conceptual Mitigation Plan.

The Project is located within the Middle Gila River subbasin, defined as Hydrologic Unit Code (HUC 8) 15050100. In accordance with the Corps' Final 2015 Regional Compensatory Mitigation and Monitoring Guidelines (2015), Resolution evaluated mitigation opportunities, based on the above hierarchy, within the Project watershed and adjacent watersheds. WestLand is not aware of any watershed planning efforts for the HUC 6 or HUC 8 watersheds within which the Project is located that identify specific restoration goals for aquatic resources. There are currently no Mitigation Banks established in Arizona and no approved ILF Mitigation projects in this watershed HUC 8 subbasin. Resolution had initially proposed the use of the Arizona Game and Fish Department (AGFD) Lower San Pedro River Wildlife Area (LSPRWA) ILF project within the adjacent Lower San Pedro HUC 8 watershed subbasin (HUC 15050203), which has been used as mitigation for other projects located in the Middle Gila River HUC 8 watershed (WestLand 2018). All advanced credits available for purchase through the LSPRWA ILF project have been sold or obligated for sale, however, and the Corps and EPA have requested that the additional 650 credits anticipated from five future phases of development of the ILF not be considered in the Conceptual Mitigation Plan for the Project at this time. Given the lengthy mine construction period described in *Section 3.2*, Resolution anticipates that additional credits would become available and may be considered and incorporated in the future.

Based on the above, Resolution has identified three permittee-responsible mitigation sites, all offsite mitigation opportunities. Given that the footprint of the practicable TSF alternative contains ephemeral drainage channels and will be operated as part of an active copper mine, little opportunity exists for the development of onsite mitigation for unavoidable impacts to waters of the U.S.

## 4.2. MITIGATION SITE DESCRIPTION

The three permittee-responsible mitigation sites identified are the MAR-5/ORRS Mitigation Site, the Queen Creek Mitigation Site, and the H&E Farm Mitigation Site (**Figure 7**). The relative ecological benefits of each mitigation opportunity are discussed in the Conceptual Mitigation Plan for the Project and summarized here. Discussion of the benefits of these sites is based on WestLand's recent experience working within the framework of the 2008 Mitigation Rule on similar mitigation projects (WestLand 2017, 2018), following Corps guidelines (Corps 2015), and field investigations and analysis. Fulfillment of mitigation at each site would provide regional conservation benefits, though none of the proposed mitigation measures will create xeroriparian habitat similar to the habitat that will be lost or impacted by the Project. Mitigation activities proposed at these sites include preservation, enhancement, and restoration of high-value mesoriparian and hydroriparian habitats, which, although out-of-kind, are rarer within the regional landscape and have higher productivity and wildlife values (Lowery, Stingelin, and Hofer 2016).

The Corps (2017a) defines *compensatory mitigation* as "the restoration (re-establishment or rehabilitation), establishment (creation), enhancement, and/or in certain circumstances preservation of aquatic resources for the purposes of offsetting unavoidable adverse impacts which remain after all appropriate and practicable avoidance and minimization has been achieved." *Restoration* is defined (Corps 2017a) as "the manipulation of the physical, chemical, or biological characteristics of a site

8-RCMSER-2009

with the goal of returning natural/historic functions to a former or degraded aquatic resource. For the purpose of tracking net gains in aquatic resource area, restoration is divided into two categories: reestablishment and rehabilitation." *Re-establishment* "results in rebuilding a former aquatic resource and results in a gain in aquatic resource area and functions," while *Rehabilitation* "results in a gain in aquatic resource function but does not result in a gain in aquatic resource area." *Establishment* is "the manipulation of the physical, chemical, or biological characteristics present to develop an aquatic resource that did not previously exist at an upland site" and "results in a gain in aquatic resource area and functions." *Enhancement* is "the manipulation of the physical, chemical, or biological characteristics of an aquatic resource to heighten, intensify, or improve a specific aquatic resource function(s)…may also lead to a decline in other aquatic resource function(s)…[and] does not result in a gain in aquatic resource area (Corps 2017a)."

### 4.2.1. MAR-5/ORRS Mitigation Site

The Gila River Indian Community (GRIC, the Community) MAR-5 Recharge Project is a 5-year pilot study designed to evaluate the effectiveness of recharging a portion of the GRIC allotment of Central Arizona Project (CAP) water into the Gila River, on the Community's lands (**Figure 7**). Over the 5-year pilot study, CAP water was discharged at a single turnout near the Olberg Road Bridge in GRIC District 3. Baseline data collection was conducted at the site in 2015 prior to the initiation of discharge of CAP water. The pre-discharge vegetation of the area was described (WestLand 2019) as a sparse collection of upland woody shrubs with desert forbs and Bermudagrass (*Cynodon dactylon*), along with the nonnative, invasive tamarisk (*Tamarix* spp.). Resolution first began discussions with the Corps about potential use of the site as CWA compensatory mitigation in 2014. The pre-impact mitigation was intended to reduce temporal losses of aquatic function from Project impacts to potential waters of the U.S. and minimize mitigation risk and uncertainty. In 2017, the Sacramento District of the Corps' South Pacific Division formalized guidance (Corps 2017b) on an Advance Permittee-Responsible Mitigation (APRM) process very similar to that undertaken at the MAR-5 Restoration Area. Resolution and the Corps have coordinated between 2014 and the present to evaluate and document the establishment of the riparian community at the MAR-5 Restoration Area and the associated functional lift in accordance with the 2008 Mitigation Rule.

The instream discharge, initiated in August 2015, established an approximately 123-acre wetted area at the GRIC MAR-5 site (**Figure 8**) and associated riparian vegetation community, and it is anticipated that continued discharges would provide additional sustained and significant ecological lift as riparian habitat in this area continues to develop. Data collected in 2017 (WestLand 2019) show a five-fold increase in total vegetation volume and a six-fold increase in total herbaceous cover, and at the end of the pilot study the site was populated with desirable riparian species including cattails (*Typha* spp.) and Goodding's willow (*Salix gooddingii*). Tamarisk density at the site also increased substantially and the GRIC Department of Environmental Quality has identified a large tamarisk thicket directly upstream, the 23-acre Olberg Road Restoration Site (ORRS), that is likely a major seed source contributing to the tamarisk colonization and proliferation at the GRIC MAR-5 site.

Given the proximity of MAR-5 and ORRS and the clear ecological linkage between the two locations, the areas are considered together as the MAR-5/ORRS Mitigation Site in the Conceptual Mitigation Plan. The conceptual mitigation strategy for the ORRS consists of exotic tree species (principally tamarisk) removal and control, combined with native plant species reseeding. Mitigation activities at MAR-5 consist of the continued discharge of CAP allotment into the river, as well as exotic tree species control combined with seeding of native plant species. Exotic tree species removal and control combined with seeding of native plant species at both MAR-5 and ORRS would allow for the restoration, enhancement, and maintenance of a riparian habitat dominated by native tree species and would eliminate a large, local source of exotic tree species seed from that section of the Gila River. The Corps places a high value on restoration projects (33 CFR 332.3(a)(2)), and the MAR-5/ORRS Mitigation Site represents a significant restoration opportunity on one of Arizona's largest river systems and it is within the same Middle Gila HUC 8 subbasin as the Project. Additionally, the Community has indicated that the continued recharge at the site would restore a cultural resource (surface flows in the Gila River) that has significant traditional value to the Community. **Table 3** provides a brief summary of the proposed mitigation within the MAR-5/ORRS Mitigation Site. The specific types of compensatory mitigation provided by the MAR-5/ORRS Mitigation Site include establishment, rehabilitation, and enhancement (Corps 2017a).

Table 3. Mitigation Areas within the MAR-5/ORRS Mitigation Site

| Mitigation Area | Acreage | Description of Area and Proposed Mitigation |
|---|---|---|
| MAR-5 Restoration Area | 123.0 | The MAR-5 Restoration Area is located within the active channel of the Gila River. Discharge of CAP water into the channel has established a riparian vegetation community along the 123-acre wetted area. Continued discharge of this allotment will continue establishment of this riparian community. Exotic species removal and control and seeding of native species will improve the functions of this restored riparian community. |
| ORRS Area | 23.0 | The ORRS Area is located within the Gila River channel immediately upgradient of the MAR-5 Restoration Area and is a major seed source for tamarisk growing within the MAR-5 Restoration Area. Exotic species removal and control and seeding of native species will rehabilitate the existing riparian community and enhance the functions of the MAR-5 Restoration Area. |

#### 4.2.2.  Queen Creek Mitigation Site

The Queen Creek Mitigation Site is approximately 79 acres in size and includes a 1.8-mile-long reach of Queen Creek near Superior, Arizona (**Figure 7**). The 79-acre Queen Creek Mitigation Site includes lands owned by Resolution and BHP Mineral Resources, Inc. (BHP). This reach of Queen Creek is ephemeral with a large, well-defined, single to multi-threaded, low-gradient channel and a mainly xeroriparian vegetation community composed of mature, medium-stature catclaw acacia (*Acacia greggii*), velvet mesquite (*Prosopis velutina*) shrubs, and medium-stature creosote (*Larrea tridentata*). Immediately downgradient of the proposed mitigation site, Queen Creek receives treated effluent from the Superior Wastewater Treatment Plant (SWWTP) and the Imerys Perlite USA, Inc. mine, forming an effluent

dependent water with more mesoriparian vegetation. Anthropogenic disturbances are present throughout the site including debris piles, unauthorized trails, and roads.

Conceptual mitigation elements for the site consist of actions intended to enhance the ecological condition of this reach, including the removal of tamarisk to allow native riparian vegetation to return to its historic composition and structure and promote more natural stream functions (**Figure 9**). Additionally, a site protection instrument would be established to restrict future development of the site and provide protected riparian and wildlife habitat. The Corps has requested that, although the site protection instrument will cover the entire 79-acre site, mitigation credit for the Queen Creek Mitigation Site be limited to an approximately 33-acre area that includes the Queen Creek channel and the riparian corridor of the channel. Within this xeroriparian corridor, limited removal of sparsely populated tamarisk and other invasive species would occur, followed by planting and seeding of native plant species. Select man-made debris would be removed while avoiding disturbance to existing mature woody vegetation; seeding of native plant species would follow. The Queen Creek project would be accessible and highly visible from Superior (**Figure 9**), allowing a local community affected by the Project to be a major beneficiary of the mitigation. **Table 4** provides a brief summary of the proposed mitigation within the Queen Creek Mitigation Site. The specific type of compensatory mitigation provided by the Queen Creek Mitigation Site is enhancement (Corps 2017a).

**Table 4. Mitigation Areas within the Queen Creek Mitigation Site**

| Mitigation Area | Acreage | Description of Area and Proposed Mitigation |
|---|---|---|
| Queen Creek Enhancement Area | 33.0 | The Queen Creek Enhancement Area includes the channel of an approximately 1.8-mile-long reach Queen Creek. Exotic species removal and control, seeding of native species, and removal of select anthropogenic disturbances without additional disturbance of mature vegetation will enhance the functions of the riparian community associated with this reach. |

### 4.2.3. H&E Farm Mitigation Site

The H&E Farm Mitigation Site is an approximately 500-acre site located along the Lower San Pedro River, approximately 3.5 miles northwest of the town of Mammoth in Pinal County, Arizona (**Figure 7**). The property is comprised entirely of private lands managed by The Nature Conservancy (TNC) and includes an approximately 2-mile-long low-gradient, braided intermittent reach of the San Pedro River. The river floodplain and terrace to the east of the river is comprised of former agricultural fields currently used for cattle grazing and associated ranching activities. Existing vegetation within the historic agricultural fields is sparse and consists of small to medium-statured mesquite and graythorn (*Ziziphus obtusifolia*). Vegetation along the active channel at the H&E Farm Mitigation Site consists of narrow, dense stands of mesoriparian and xeroriparian trees and shrubs. Species include large-statured mesquite (*Prosopis* sp.) and tamarisk, with a few individual cottonwoods (*Populus* sp.) and interspersed patches of singlewhorl burrobush (*Ambrosia monogyra*).

8-RCMSER-2012

The H&E Farm Mitigation Site contains two proposed mitigation areas, the 300-acre H&E Terrace Reestablishment Area and the 15-acre H&E Wetland Reestablishment Area (**Figure 10**). CWA mitigation activities proposed for the H&E Farm Mitigation Site include removal of agricultural ditch and berm systems in the historic fields, reestablishment of some ephemeral drainage channels on the eastern floodplain terrace, reestablishment of the natural alluvial fan and floodplain terrace structure, and restoration of their associated vegetation (**Figure 10**). This earthwork, reestablishment, and revegetation will reconnect uplands to the east of the river with the mainstem of the San Pedro River and return aquatic functions to this portion of the floodplain. Minimal earthwork and planting of native riparian trees and shrubs is proposed within the former agricultural fields to enhance the adjacent wetland features, reestablish former wetland areas, and restore a more native vegetation community. These efforts are intended to mirror the previous mitigation strategies implemented by TNC and Arizona Department of Water Resources (ADWR) in 2011, as well as ongoing CWA mitigation at the LSPRWA ILF, which is contiguous with the western and northern boundaries of the H&E Farm Mitigation Site (**Figure 10**). **Table 5** provides a brief summary of the proposed mitigation within the H&E Farm Mitigation Site. The specific types of compensatory mitigation provided by the H&E Farm Mitigation Site include reestablishment and enhancement (Corps 2017a).

**Table 5. Mitigation Areas within the H&E Farm Mitigation Site**

| Mitigation Area | Acreage | Description of Area and Proposed Mitigation |
|---|---|---|
| H&E Terrace Reestablishment Area | 300.0 | The H&E Terrace Reestablishment Area consists of historic agricultural fields occupying the former floodplain, floodplain terrace, and alluvial fan of the San Pedro River within the eastern half of the mitigation site. Mitigation activities proposed within this area include removal of agricultural ditch and berm systems, reestablishment of some ephemeral drainage channels on the floodplain terrace, reestablishment of the natural alluvial fan and terrace structure, and restoration of these features associated vegetation. Minimal planting of native trees and shrubs is proposed within the river floodplain to enhance this vegetation community. |
| H&E Wetland Reestablishment Area | 15.0 | The H&E Wetland Reestablishment Area includes an area of historic agricultural fields immediately adjacent to existing wetlands in the San Pedro River channel. Minimal earthwork and planting of native riparian trees and shrubs is proposed adjacent to existing wetlands to enhance the wetland features present, reestablish former wetland areas, and restore a more native vegetation community. |

## 5. SITE ASSESSMENT AND DETERMINATION OF MITIGATION RATIOS

The South Pacific Division of the Corps has developed the *Standard Operating Procedure for the Determination of Mitigation Ratios* (Corps 2017) for determining compensatory mitigation requirements for the processing of CWA Section 404 permits. The substantive component of this procedure is completion of Attachment 12501.1-SPD, the MRSC. The completed MRSC is intended to provide a ratio determining the amount of acreage necessary as compensatory mitigation to offset the acreage of authorized impacts, in compliance with the 2008 Mitigation Rule. Completion of the MRSC

comprises a 10-step process that includes a functional analysis of impacted waters of the U.S. and proposed mitigation parcels, establishes baseline mitigation ratios, and authorizes adjustment of those ratios based on specified criteria.

The 10 steps for the completion of the MRSC are:

Step 1. Identification and Classification of Aquatic Resources
Step 2. Qualitative Impact-Mitigation Comparison
Step 3. Quantitative Impact-Mitigation Comparison
Step 4. Mitigation Site Location
Step 5. Net Loss of Aquatic Resource Surface Area
Step 6. Type Conversion
Step 7. Risk and Uncertainty
Step 8. Temporal Loss
Step 9. Final Mitigation Ratio
Step 10. Final Compensatory Mitigation Summary

As Step 2 of this process, the functions of the aquatic features at both the impact and mitigation sites are compared to assess those aquatic functions and values lost if the Project is permitted compared to those aquatic functions and values gained through mitigation activities. Evaluation of these functions was based on available data, published literature, aerial photography, field observations, and field data collected from both the impact and proposed mitigation sites. This effort also included use of the *California Rapid Assessment Method (CRAM) Episodic Riverine Field Book, version 2.0* (CWMW 2018), which was specifically developed to assess the functionality of ephemeral drainages based on relationships between condition and function. CRAM is used in California to assess the function of ephemeral aquatic features in comparison to normally functioning reference features of the same class and similar flow regime. Although not designed or currently approved for use as a stand-alone qualitative impact-mitigation comparison method, metrics from CRAM were incorporated in the Step 2 qualitative functional assessment. Given the nature of the proposed mitigation sites, this assessment requires a functional comparison of services provided by relatively small ephemeral drainage systems to services provided by much larger intermittent or perennial systems (e.g., the Gila River) and associated riparian habitat. The assessment is not intended to make a value judgement between these systems; rather, the assessment fulfills the purposes of the MRSC to provide a comparative assessment of the functionality of the systems at the impact and mitigation sites and to develop a mitigation ratio that will ensure there is no net loss of aquatic functions and values.

Functional assessment of the Skunk Camp TSF impact site included field data collection and evaluation of a representative sample of the ephemeral drainages within the property, selected based on physical parameters, such as underlying geology, slope and landscape position, that can affect their hydrologic, chemical, and biotic functions. The functional losses assessed result from direct impacts to ephemeral channel areas within the Project footprint and indirect permanent impacts anticipated from the 'dewatering' of ephemeral drainages downgradient of portions of the TSF and its appurtenant features,

8-RCMSER-2014

including the seepage controls and stormwater diversions. The three mitigation sites occupy highly valuable and rare areas adjacent to the major mainstem drainages of the Gila River, Queen Creek, and San Pedro River watersheds  and the proposed mitigation actions will help restore, enhance, and maintain natural functions and associated riparian buffers along these larger waterbodies. The resources and functions present at the three mitigation sites were classified and evaluated by mitigation area, where such areas were defined by existing physical characteristics and by the specific primary mitigation actions proposed. Defined mitigation areas within the three mitigation sites include areas of establishment, establishment, rehabilitation, and enhancement activities. Functional scoring of each mitigation area consisted primarily of an evaluation of the functional gain that the area would provide upon achievement of mitigation success. The functional or ecological 'lift' provided by the mitigation activities is presented as the difference between the current baseline functions of the mitigation site and the functional value anticipated under post-mitigation conditions.

The MRSC document included as **Attachment A** describes the methods used for the application of these 10 steps to determine the final mitigation ratios and acreages in this analysis, and provides the results of applying the MRSC to the calculation of compensatory mitigation required for the proposed impacts to potential waters of the U.S. from development of the Project. The final ratios determine the amount of acreage credits that are generated by each mitigation area when compared to each impacted drainage class. Step 9 of the MRSC is the calculation of final mitigation scoring ratios from Steps 2-8 in the MRSC. The final mitigation ratios comparing each impact class to each mitigation area were compiled and are summarized in **Table 6**. The *Standard Operating Procedure for the Determination of Mitigation Ratios* (Corps 2017) instructions state that where a qualitative comparison is used for the functional assessment in Step 2, final mitigation ratios may not be less than 1:1. Therefore, ratios shown in **Table 6** as less than 1:1 are applied as a ratio of 1:1 in **Table 7**.

**Table 6. Final Mitigation Ratios Per Impacted Drainage Class and Mitigation Area**

| Mitigation Site Areas | Skunk Camp TSF Impact Site | | |
|---|---|---|---|
| | Impact Class A Ratio | Impact Class B Ratio | Impact Class C Ratio |
| *MAR-5/ORRS Mitigation Site* | | | |
| MAR-5 Restoration Area | 1.25:1 | 0.88:1 | 0.50:1 |
| ORRS Area | 2.75:1 | 2.60:1 | 1:1 |
| *Queen Creek Mitigation Site* | | | |
| Queen Creek Enhancement Area | 4.70:1 | 4.20:1 | 4.20:1 |
| *H&E Farm Mitigation Site* | | | |
| H&E Terrace Reestablishment Area | 1.39:1 | 0.83:1 | 0.67:1 |
| H&E Wetland Reestablishment Area | 0.63:1 | 0.30:1 | 0.22:1 |

8-RCMSER-2015

In Step 10, the total acres of impacted area by drainage class are applied to the number of mitigation credits provided by mitigation site, based on the final mitigation ratios. **Table 7** summarizes the application of the MRSC-derived mitigation ratios to the mitigation sites in a sequential fashion. The completed MRSC worksheets, showing the steps described above, are an appendix to the MRSC document provided as **Attachment A**. Mitigation credits were applied to the higher functionally scoring Class A impacts first, then to the lower scoring Class B and Class C. The application of mitigation credit areas began with the MAR-5/ORRS Mitigation Site areas and moved sequentially through the mitigation areas of the Queen Creek Mitigation Site and the H&E Farm Mitigation Site, as needed, until all of the functional impacts for each drainage class were mitigated. Application of the mitigation credits in this fashion was based solely on the order of discussion of the mitigation sites in this document. Actual application of the mitigation credits in the Final Mitigation Plan may occur in a number of ways. The application of mitigation to impacts in this Conceptual Mitigation Plan is intended to demonstrate sufficient credit is available to mitigate for unavoidable impacts to waters of the U.S. from development of the Project.

**Table 7. Final Mitigation Credits Applied by Impact Drainage Class and Mitigation Site/Area**

| Impact Drainage Class | Impact Acres | Mitigation Site/Area | Mitigation Acres Available | Mitigation Ratio | Mitigation Acres Used | Mitigation Credits Provided | Remaining Impact Acres |
|---|---|---|---|---|---|---|---|
| Impact Class A | 86.94 | MAR-5 Restoration Area | 123.00 | 1.25:1 | 108.68 | 86.94 | 0.00 |
| | | ORRS Area | 23.00 | 2.75:1 | 0.00 | 0.00 | 0.00 |
| | | Queen Creek Enhancement Area | 33.00 | 4.70:1 | 0.00 | 0.00 | 0.00 |
| | | H&E Terrace Reestablishment Area | 300.00 | 1.39:1 | 0.00 | 0.00 | 0.00 |
| | | H&E Wetland Reestablishment Area | 15.00 | 1:1 | 0.00 | 0.00 | 0.00 |
| Impact Class B | 39.98 | MAR-5 Restoration Area | 14.32 | 1:1 | 14.32 | 14.32 | 25.66 |
| | | ORRS Area | 23.00 | 2.60:1 | 23.00 | 8.84 | 16.82 |
| | | Queen Creek Enhancement Area | 33.00 | 4.20:1 | 33.00 | 7.85 | 8.97 |
| | | H&E Terrace Reestablishment Area | 300.00 | 1:1 | 8.97 | 8.97 | 0.00 |
| | | H&E Wetland Reestablishment Area | 15.00 | 1:1 | 0.00 | 0.00 | 0.00 |
| Impact Class C | 45.70 | MAR-5 Restoration Area | 0.00 | 1:1 | 0.00 | 0.00 | 0.00 |
| | | ORRS Area | 0.00 | 1:1 | 0.00 | 0.00 | 0.00 |
| | | Queen Creek Enhancement Area | 0.00 | 4.20:1 | 0.00 | 0.00 | 0.00 |
| | | H&E Terrace Reestablishment Area | 300.00 | 1:1 | 45.70 | 45.70 | 0.00 |
| | | H&E Wetland Reestablishment Area | 15.00 | 1:1 | 0.00 | 0.00 | 0.00 |

Conceptual Mitigation Plan                                    Resolution Copper

## 6. REFERENCES

California Wetlands Monitoring Workgroup (CWMW). 2018. California Rapid Assessment Method (CRAM), Episodic Riverine Field Book, Version 2.0. August 2018.

Lowery, Shawn F., Angela Stingelin, and Charles Hofer. 2016. Conceptual Plan, January 2016, In-Lieu Fee Restoration Project Site Wetland Restoration and Monitoring at the Lower San Pedro River Wildlife Area, Pinal County, Arizona. Phoenix: Arizona Game and Fish Department.

U.S. Army Corps of Engineers. 2015. Final 2015 Regional Compensatory Mitigation and Monitoring Guidelines. U.S. Army Corps of Engineers - South Pacific Division. January 12, 2015. 70.

_____. 2017a. 12501-SPD Regulatory Program Standard Operating Procedure For Determination Of Mitigation Ratios. U.S. Army Corps of Engineers - South Pacific Division. January 11, 2017.

_____. 2017b. Guidelines for Preparation of Advance Permittee-Responsible Mitigation Proposals. U.S. Army Corps of Engineers - Sacramento District. May 8, 2017.

U.S. Army Corps of Engineers, and U.S. Environmental Protection Agency. 2008. Compensatory Mitigation for Losses of Aquatic Resources; Final Rule. *Federal Register*. April 10, 2008. 19594-19705.

U.S. Forest Service. 2019. Resolution Copper Project Draft Environmental Impact Statement. U.S. Department of Agriculture.

_____. 2020. Resolution Copper Project Final Environmental Impact Statement. U.S. Department of Agriculture.

WestLand Resources, Inc. 2017. Clean Water Act Section 404 Conceptual Mitigation Plan Lone Star Ore Body Development Project. *Prepared for U.S. Army Corps of Engineers on Behalf of Freeport-McMoRan Safford Inc.* Tucson, Arizona: WestLand Resources, Inc. February 3, 2017.

_____. 2018. Ripsey Wash Tailings Storage Facility Revised Clean Water Act Section 404 Conceptual Mitigation Plan. *Prepared for ASARCO LLC - Ray Operations.* Tucson, Arizona: WestLand Resources, Inc. February 1, 2018.

_____. 2019. Gila River Indian Community MAR-5 2017 Vegetation Monitoring Report. *Prepared for Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. May 2019.

_____. 2020a. DRAFT Clean Water Act 404(b)(1) Alternatives Analysis. *Prepared for U.S. Army Corps of Engineers on behalf of Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. July 2020.

2020 0915_RCM_CMP_final

8-RCMSER-2018

_____. 2020b. DRAFT Resolution Copper Project Mitigation Ratio-Setting Checklist. *Prepared for U.S. Army Corps of Engineers on behalf of Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. July 2020.

*This page intentionally left blank.*

FIGURES



*This page intentionally left blank.*



**Legend**
- Ancillary Facilities
- Diversion Channel
- Diversion Dam Pipeline
- Diversion Dam
- Retention Pond
- Seepage Collection Dam
- Seepage Collection Pond
- Skunk Camp Pipeline
- Skunk Camp TSF Alternative

T1S, R13E, Portions of Sections 27, and 34-36,
T2S, R13E, Portions of Sections 1-4, and 12,
T2S, R14E, Portions of Sections 7, 8, 17, 18, 20, 27-29, and 32-36,
T3S, R14E, Portions of Sections 1-5, 8-17, and 21-24,
Pinal and Gila Counties, Arizona
Image Source: Maxar 2/6/2018

**RESOLUTION COPPER PROJECT**
Conceptual Mitigation Plan
SKUNK CAMP TSF ALTERNATIVE
AERIAL OVERVIEW
Figure 2

N

0   3,000   6,000
Feet
0   1,500   3,000
Meters

WestLand Resources



**Legend**

- Ancillary Facilities
- Diversion Channel
- Diversion Dam Pipeline
- Diversion Dam
- Retention Pond
- Seepage Collection Dam
- Seepage Collection Pond
- Skunk Camp Direct OHWM Impact
- Skunk Camp Indirect OHWM Impact
- Skunk Camp Pipeline
- Skunk Camp TSF Alternative

**Surface Management**

- Bureau of Land Management (BLM)
- Private Land (No Color)
- State Trust Land
- US Forest Service (USFS)

T1S, R13E, Portions of Sections 27, and 34-36,
T2S, R13E, Portions of Sections 1-4, and 12,
T2S, R14E, Portions of Sections 7, 8, 17, 18, 20, 27-29, and 32-36,
T3S, R14E, Portions of Sections 1-5, 8-17, and 21-24,
Pinal and Gila Counties, Arizona
Image Source: Maxar 2/6/2018
Surface Management: BLM 2019, WRI Modified 2019

**RESOLUTION COPPER PROJECT**
Conceptual Mitigation Plan

SKUNK CAMP TSF ALTERNATIVE
IMPACTS TO THE AQUATIC ECOSYSTEM
Figure 3

WestLand Resources

N

0   3,000   6,000
    Feet
0   1,500   3,000
    Meters



Skunk Camp Pipeline and TSF within:
T1S, R13E, Portions of Sections 27, and 34-36,
T2S, R13E, Portions of Sections 1-4, and 12,
T2S, R14E, Portions of Sections 7, 8, 17, 18, 20, 27-29, and 32-35,
T3S, R14E, Portions of Sections 1-5, 8-17, and 21-24,
Pinal and Gila Counties, Arizona
Image Source: Maxar 2/6/2016
Surface Management: BLM 2019, WRI Modified 2019

**Legend**

—— Ancillary Facilities
—— Diversion Channel
—— Diversion Dam Pipeline
▨ Diversion Dam
▢ Retention Pond
▨ Seepage Collection Dam
▨ Seepage Collection Pond
▢ Skunk Camp Direct OHWM Impact
▢ Skunk Camp Indirect OHWM Impact
▨ Skunk Camp Pipeline
▨ Skunk Camp TSF Alternative
**Surface Management**
▢ Bureau of Land Management (BLM)
▢ Private Land (No Color)
▢ State Trust Land

N

0   1,500   3,000 Feet
0   750   1,500 Meters

WestLand Resources

RESOLUTION COPPER PROJECT

Conceptual Mitigation Plan

SKUNK CAMP TSF DIRECT AND INDIRECT IMPACTS
Figure 4









T4S, R8E, Portions of Sections 8-14,
Pinal County, Arizona.
Image Source: Maxar 6/19/2018

WestLand Resources

Legend
☐ MAR-S/ORRS Mitigation Site
☐ MAR-S Restoration Area
☐ ORRS Area

RESOLUTION COPPER PROJECT
Conceptual Mitigation Plan

MAR-S/ORRS MITIGATION SITE
Figure 8



T2S, R12E, Portions of Sections 3 and 4,
Pinal County, Arizona.
Image Source: Maxar 2/6/2018

Legend

Queen Creek Enhancement Area

Queen Creek Mitigation Site

WestLand Resources

RESOLUTION COPPER PROJECT
Conceptual Mitigation Plan
QUEEN CREEK MITIGATION SITE
Figure 9



RESOLUTION COPPER PROJECT

Conceptual Mitigation Plan

H&E FARM MITIGATION SITE
Figure 10

Legend

☐ H&E Farm Mitigation Site
▇ H&E Terrace Reestablishment Area
▇ H&E Wetland Reestablishment Area

T7S, R16E, Portions of Sections 35 and 36,
T8S, R16E, Portion of Section 1,
Pinal County, Arizona,
Image Source: Maxar 1/31/2018

WestLand Resources

*This page intentionally left blank.*

# ATTACHMENT A

**Resolution Copper
Project Mitigation
Ratio-Setting
Checklist**

# RESOLUTION COPPER PROJECT
# MITIGATION RATIO-SETTING CHECKLIST

| | |
|---|---|
| **Prepared for:** | U.S. Army Corps of Engineers *on behalf of* Resolution Copper |
| **Prepared by:** | WestLand Resources, Inc. |
| **Date:** | September 15, 2020 |
| **Project No.:** | 807.175 06 01 |

## TABLE OF CONTENTS

1. DOCUMENT PURPOSE AND ORGANIZATION ................................................................. 3
2. JURISDICTIONAL IMPACTS FROM THE PROJECT ....................................................... 4
3. MITIGATION SITE SELECTION ........................................................................................... 5
4. MRSC METHODS AND RESULTS ......................................................................................... 6
   4.1. Identification and Classification of Aquatic Resources (Step 1) ................................. 6
      4.1.1. Skunk Camp TSF Alternative Drainage Impact Classes ................................... 6
      4.1.2. Mitigation Site Areas ........................................................................................... 7
   4.2. Qualitative Impact-Mitigation Comparison (Step 2) ................................................... 9
      4.2.1. Function Definition and Scoring Methods ......................................................... 11
      4.2.2. Qualitative Comparison Functional Scores ....................................................... 14
   4.3. Quantitative Impact-Mitigation Comparison (Step 3) ............................................... 16
   4.4. Mitigation Site Location (Step 4) ................................................................................ 16
   4.5. Net Loss Of Aquatic Resource Surface Area (Step 5) ................................................ 17
   4.6. Type Conversion (Step 6) ............................................................................................ 17
   4.7. Risk and Uncertainty (Step 7) ..................................................................................... 18
   4.8. Temporal Loss (Step 8) ................................................................................................ 19
   4.9. Final Mitigation Ratio (Step 9) .................................................................................... 20
   4.10. Final Compensatory Mitigation Summary (Step 10) ................................................. 20
5. REFERENCES ........................................................................................................................ 23

## TABLES

Table 1. Impacts to Potential Waters of the U.S. from the Project .......................................... 4
Table 2. Impacts from the Project by Drainage Class............................................................... 7
Table 3. Mitigation Areas within the MAR-5/ORRS Mitigation Site ..................................... 8
Table 4. Mitigation Areas within the Queen Creek Mitigation Site......................................... 8
Table 5. Mitigation Areas within the H&E Farm Mitigation Site ............................................ 9
Table 6. Functions Evaluated for TSF Impacted Drainages..................................................... 9
Table 7. Functional Assessment Scoring for Impacted Drainage Classes and Mitigation Areas'........15
Table 8. Comparative Mitigation Baseline Ratios for MRSC Step 2........................................ 16
Table 9. Final Mitigation Ratios Per Impacted Drainage Class and Mitigation Area.............. 20
Table 10. Final Mitigation Credits Applied by Impact Drainage Class and Mitigation Site/Area.......... 22

Resolution Copper Project                                    September 15, 2020
Mitigation Ratio-Setting Checklist                                     Page 2

## FIGURES

Figure 1.      Overview of Proposed Mining Operation
Figure 2.      Skunk Camp TSF Alternative Aerial Overview
Figure 3.      Skunk Camp TSF Alternative Impacts to the Aquatic Ecosystem
Figure 4.      Skunk Camp TSF Direct and Indirect Impacts
Figure 5.      Skunk Camp TSF Pipeline Direct Impacts
Figure 6.      Mitigation Sites Aerial Overview
Figure 7.      Skunk Camp TSF Impact Drainage Classes
Figure 8.      MAR-5/ORRS Mitigation Site
Figure 9.      Queen Creek Mitigation Site
Figure 10.     H&E Farm Mitigation Site

## APPENDICES

Appendix A.    Functional Scoring Summaries
Appendix B.    MRSC Worksheets

## 1. DOCUMENT PURPOSE AND ORGANIZATION

Resolution Copper Mining, LLC (Resolution, or the Applicant) has proposed the development and operation of an underground copper and molybdenum mine near Superior, Arizona (**Figure 1**). As proposed, the construction of the tailings storage facility (TSF), associated pipelines, and appurtenant infrastructure requires the discharge of fill to surface water features (**Figure 2**) that the U.S. Army Corps of Engineers (Corps) has determined (Corps File No. SPL-2016-00547) to be potentially jurisdictional waters of the United States (waters of the U.S.) pursuant to a preliminary jurisdictional determination (PJD). As these potentially jurisdictional waters of the U.S. will be impacted by discharges of dredged or fill material resulting from portions of Resolution's planned mine development, Resolution has made application for a Clean Water Act (CWA) Section 404 permit for these discharges.

In order to secure a CWA Section 404 permit, the Applicant is bound by the requirements of the Corps' and the U.S. Environmental Protection Agency's (EPA) "Final Rule for Compensatory Mitigation for Losses of Aquatic Resources" (33 C.F.R. Parts 325 and 332 and 40 C.F.R. Part 320; published in 73 Fed. Reg. 19594-19705) (Corps and EPA 2008), hereinafter referred to as the 2008 Mitigation Rule. The fundamental objective of the 2008 Mitigation Rule is to establish standardized compensatory mitigation criteria for all mitigation types to offset unavoidable impacts to waters of the U.S. authorized through the issuance of a CWA Section 404 permit. Compensatory mitigation is required after all efforts to avoid and minimize impacts have been achieved and impacts to waters of the U.S. would still occur. The South Pacific Division of the Corps has developed a standard operating procedure in the form of a Mitigation Ratio-Setting Checklist (MRSC) for determining compensatory mitigation requirements.

As configured, only the development of the TSF, pipelines, and appurtenant infrastructure (collectively, the "Project" for purposes of this document) requires a discharge of dredged or fill material into potential waters of the U.S. Resolution has coordinated with the Corps to identify potential mitigation opportunities for the Project. This MRSC report has been prepared to support the Conceptual Mitigation Plan (WestLand 2020b) for the Project and is an attachment to that document. Detailed description of the Project and overall project purpose, impacts to potential waters of the U.S., and the mitigation site selection process are included in the Conceptual Mitigation Plan (WestLand 2020b). This MRSC report is presented in five sections: *Section 1* provides the document purpose and organization; *Section 2* summarizes Project impacts to potential waters of the U.S.; *Section 3* identifies the proposed mitigation sites; and *Section 4* describes the mitigation sites and actions, defines the methods used for determining final mitigation ratios and acreages in this analysis, and provides the results of applying the checklist. *Section 5* lists the references used in developing the report. Following review and approval (or modification, as appropriate) by the Corps of the concepts contained in the Conceptual Mitigation Plan, a final Mitigation Plan in compliance with the 2008 Mitigation Rule will be completed.

## 2. JURISDICTIONAL IMPACTS FROM THE PROJECT

The development of alternatives for Resolution's proposed underground copper and molybdenum mine design included a significant effort to avoid and minimize impacts to potential waters of the U.S. to the extent practicable. Only the development of the TSF, pipelines, and auxiliary infrastructure requires a discharge of dredged or fill material into potential waters of the U.S. A number of onsite mitigation measures (referred to as "applicant committed environmental protection measures") were incorporated into the TSF designs to address impacts to the aquatic environment, including potential waters of the U.S., and water quality and quantity functions (WestLand 2020b). The full range of alternatives analyzed in the development of the proposed design of the Project is described in the 404(b)(1) Alternatives Analysis (WestLand 2020a) prepared for the Project.

**Table 1** summarizes the unavoidable impacts to the aquatic ecosystem that would result from construction of the alternative identified as the Least Environmentally Damaging Practicable Alternative (LEDPA) in that analysis: the Skunk Camp TSF Alternative. This alternative is also analyzed as Alternative 6 in the EIS prepared by the USFS (USFS 2020). Under the Skunk Camp TSF Alternative (**Figure 2**), the total amount of permanently impacted, or 'lost,' potential waters of the U.S. from development of the Project was determined to be 172.62 acres (**Figure 3**). These impacts include 129.24 acres are anticipated to be direct permanent impacts resulting from construction of the TSF and 43.38 acres of indirect permanent impacts are anticipated from the 'dewatering' of ephemeral drainages downgradient of portions of the TSF and its appurtenant features, including the seepage controls and stormwater diversions (**Figure 4**). Impacts from the pipeline (**Figure 5**) include a maximum estimated 15.7 acres of largely temporary impacts from the buried pipeline and associated access road. The final location of the pipeline within the analyzed corridor is still being refined and this estimate of 15.7 acres conservatively assumes that all the potential waters of the U.S. within the corridor are temporarily impacted. As these impacts from the development of the pipeline are temporary, no mitigation for these impacts are proposed in the Conceptual Mitigation Plan.

Potential waters of the U.S. identified within the TSF footprint and pipeline corridor are dominated by both confined and braided ephemeral channels with functions and values typical of desert ephemeral systems. Non-ephemeral drainages within the pipeline corridor, including Devil's Canyon and Mineral Creek, will not be impacted by the project. No jurisdictional special aquatic sites (e.g., wetlands) or seeps and springs are located within the footprint of this TSF or the pipeline corridor. None of the components of this Project alternative would adversely affect any special aquatic sites, including wetlands.

**Table 1. Impacts to Potential Waters of the U.S. from the Project**

| Project Component | Type of Impact | Impacts to Potential Waters of the U.S. (Acres) |
|---|---|---|
| TSF | Direct Impacts - Permanent | 129.24 |
| TSF | Indirect Impacts - Permanent | 43.38 |
| Pipeline | Direct Impacts - Temporary | 15.70 |

## 3.  MITIGATION SITE SELECTION

The 2008 Mitigation Rule identifies general classes of compensatory mitigation, as well as clear preference among these classes, specifically noting that Mitigation Banking and then in-lieu-fee (ILF) Mitigation are preferred over applicant-sponsored on-site or off-site mitigation. As a general matter, in-kind mitigation is also preferred over out-of-kind mitigation. Resolution considered these general classes of compensatory mitigation from a watershed perspective in the selection of proposed mitigation sites and the development of the draft Conceptual Mitigation Plan.

The Project is located within the Middle Gila River subbasin, defined as Hydrologic Unit Code (HUC 8) 15050100. In accordance with the Corps' Final 2015 Regional Compensatory Mitigation and Monitoring Guidelines (2015), Resolution evaluated mitigation opportunities, based on the above hierarchy, within the Project watershed and adjacent watersheds. WestLand is not aware of any watershed planning efforts for the HUC 6 or HUC 8 watersheds within which the Project is located that identify specific restoration goals for aquatic resources. There are currently no Mitigation Banks established in Arizona and no approved ILF Mitigation projects in this watershed HUC 8 subbasin. Resolution had initially proposed the use of the Arizona Game and Fish Department (AGFD) Lower San Pedro River Wildlife Area (LSPRWA) ILF project within the adjacent Lower San Pedro HUC 8 watershed subbasin (HUC 15050203), which has been used as mitigation for other projects located in the Middle Gila River HUC 8 watershed (WestLand 2018). All advanced credits available for purchase through the LSPRWA ILF project have been sold or obligated for sale, however, and the Corps and EPA have requested that the additional 650 credits anticipated from five future phases of development of the ILF not be considered in the Conceptual Mitigation Plan for the Project at this time. Given the lengthy mine construction period, Resolution anticipates that additional credits would become available and may be considered and incorporated in the future.

As the footprint of the practicable TSF alternative contains ephemeral drainage channels and will be operated as part of an active copper mine, little opportunity exists for the development of onsite mitigation for unavoidable impacts to waters of the U.S. Therefore, Resolution has identified three permittee-responsible mitigation sites, all offsite mitigation opportunities: the MAR-5/ORRS Mitigation Site, the Queen Creek Mitigation Site, and the H&E Farm Mitigation Site (**Figure 6**). The relative ecological benefits of each mitigation opportunity are discussed in the Conceptual Mitigation Plan (WestLand 2020b) for the Project and summarized in *Section 4.1.2* of this MRSC document. Discussion of the benefits of these sites is based on WestLand's recent experience working within the framework of the 2008 Mitigation Rule on similar mitigation projects (WestLand 2017, 2018) and following Corps guidelines (Corps 2015). Fulfillment of mitigation at each site would provide regional conservation benefits, though none of the proposed mitigation measures will create xeroriparian habitat similar to the habitat that will be lost or impacted by the Project. Mitigation activities proposed at these sites include preservation, enhancement, and restoration of high-value mesoriparian and hydroriparian habitats, which, although out-of-kind, are rarer within the regional landscape and have higher productivity and wildlife values (Lowery, Stingelin, and Hofer 2016).

## 4. MRSC METHODS AND RESULTS

The South Pacific Division of the Corps has developed the *Standard Operating Procedure for the Determination of Mitigation Ratios* (Corps 2017) for determining compensatory mitigation requirements for the processing of CWA Section 404 permits. The substantive component of this procedure is completion of Attachment 12501.1-SPD, the MRSC. The completed MRSC is intended to provide a ratio determining the amount of acreage necessary as compensatory mitigation to offset the acreage of authorized impacts, in compliance with the 2008 Mitigation Rule. Completion of the MRSC comprises a 10-step process that includes a functional analysis of impacted waters of the U.S. and proposed mitigation parcels, establishes baseline mitigation ratios, and authorizes adjustment of those ratios based on specified criteria.

The 10 steps for the completion of the MRSC are:

Step 1. Identification and Classification of Aquatic Resources
Step 2. Qualitative Impact-Mitigation Comparison
Step 3. Quantitative Impact-Mitigation Comparison
Step 4. Mitigation Site Location
Step 5. Net Loss of Aquatic Resource Surface Area
Step 6. Type Conversion
Step 7. Risk and Uncertainty
Step 8. Temporal Loss
Step 9. Final Mitigation Ratio
Step 10. Final Compensatory Mitigation Summary

The following section of this document describes the methods used for the application of these steps to determine the final mitigation ratios and acreages in this analysis, and provides the results of applying the MRSC to the calculation of compensatory mitigation required for the proposed impacts to potential waters of the U.S. from development of the Project.

### 4.1. IDENTIFICATION AND CLASSIFICATION OF AQUATIC RESOURCES (STEP 1)

Step 1 within the MRSC is the identification and classification of the aquatic resources present at and functions provided by the impact site and the proposed mitigation site.

#### 4.1.1. Skunk Camp TSF Alternative Drainage Impact Classes

The drainages within the Skunk Camp TSF site were grouped into three different classes based on physical parameters that affect their hydrologic, chemical, and biotic function as assessed in Step 2. These classes, Classes A, B, and C are described below and shown in **Figure 7**.

**Impact Class A:** Class A washes consist of low-gradient, braided (multi-thread) ephemeral drainages within broad, relatively unrestricted floodplains. Class A washes are located lower in the local watershed and include the lower portions of Dripping Spring Wash, Stone Cabin Wash, and Skunk Camp Wash. The TSF and its appurtenant features impact approximately 86.94 acres of Class A drainages.

**Impact Class B:** Class B washes are located higher upgradient in the local watershed and consist of low- to moderate-gradient, typically single-thread, ephemeral drainages. Class B washes are located throughout the area of the Skunk Camp TSF, with most directly tributary to the Class A washes (**Figure 7**). The TSF and its appurtenant features impact approximately 39.98 acres of Class B drainages.

**Impact Class C:** Class C washes are located in the headwaters of the local watershed and consist of moderate- to high-gradient single-thread ephemeral drainages. Class C washes represent the upper-most headwater tributaries in the area of the Skunk Camp TSF (**Figure 7**). The TSF and its appurtenant features impact approximately 45.70 acres of Class C drainages.

The total amount of permanently impacted, or 'lost,' potential waters of the U.S. from development of the Project was determined to be 172.62 acres. These impacts include 129.2 acres which are anticipated to be direct permanent impacts resulting from construction of the TSF and 43.4 acres of indirect permanent impacts are anticipated from the 'dewatering' of ephemeral drainages downgradient of portions of the TSF and its appurtenant features, including the seepage controls and stormwater diversions (**Figure 7**). As the impacts from the development of the pipeline are temporary, no mitigation for these impacts are proposed in the Conceptual Mitigation Plan. These impacts, separated by drainage class, are shown in **Table 2**.

**Table 2. Impacts from the Project by Drainage Class**

| Drainage Class | Type of Impact | Impacts to Waters of the U.S. (Acres) |
|---|---|---|
| Class A | Direct Impacts | 60.75 |
| | Indirect Impacts | 26.19 |
| Class B | Direct Impacts | 32.28 |
| | Indirect Impacts | 7.70 |
| Class C | Direct Impacts | 36.21 |
| | Indirect Impacts | 9.49 |

### 4.1.2. Mitigation Site Areas

The proposed mitigation areas at the three mitigation sites, the MAR-5/ORRS Mitigation Site, the Queen Creek Mitigation Site, and the H&E Farm Mitigation Site, are described below and shown in **Figures 8, 9, and 10**.

**MAR-5/ORRS Mitigation Site:** The MAR-5/ORRS Mitigation Site contains two proposed mitigation areas, the 123-acre MAR-5 Restoration Area and the 23-acre Olberg Road Restoration Site (ORRS) Area (**Figure 8**). Brief descriptions of the proposed mitigation areas are provided in **Table 3**. The specific types of compensatory mitigation provided by the MAR-5/ORRS Mitigation Site include establishment, rehabilitation, and enhancement (Corps 2017).

**Table 3. Mitigation Areas within the MAR-5/ORRS Mitigation Site**

| Mitigation Area | Acreage | Description of Area and Proposed Mitigation |
|---|---|---|
| MAR-5 Restoration Area | 123.0 | The MAR-5 Restoration Area is located within the active channel of the Gila River. Discharge of Central Arizona Project water into the channel has established a riparian vegetation community along the 123-acre wetted area. Continued discharge of this allotment will continue establishment of this riparian community. Exotic species removal and control will improve the functions of this restored riparian community. |
| ORRS Area | 23.0 | The ORRS Area is located within the Gila River channel immediately upgradient of the MAR-5 Restoration Area and is a major seed source for tamarisk growing within the MAR-5 Restoration Area. Exotic species removal and control and seeding of native species will rehabilitate the existing riparian community and enhance the functions of the MAR-5 Restoration Area. |

**Queen Creek Mitigation Site:** The 79-acre Queen Creek Mitigation Site includes one proposed mitigation area: the Queen Creek Enhancement Area (**Figure 9**). The Corps has requested that, although the site protection instrument will cover the entire 79-acre Queen Creek Mitigation Site, mitigation credit for the site be limited to an approximately 33-acre area that includes the Queen Creek channel and the riparian corridor of the channel. A brief description of the proposed mitigation area is provided in **Table 4**. The specific type of compensatory mitigation provided by the Queen Creek Mitigation Site is enhancement (Corps 2017).

**Table 4. Mitigation Areas within the Queen Creek Mitigation Site**

| Mitigation Area | Acreage | Description of Area and Proposed Mitigation |
|---|---|---|
| Queen Creek Enhancement Area | 33.0 | The Queen Creek Enhancement Area includes the channel of an approximately 1.2-mile-long reach Queen Creek. Exotic species removal and control, seeding of native species, and removal of select anthropogenic disturbances without additional disturbance of mature vegetation will enhance the functions of the riparian community associated with this reach. |

**H&E Farm Mitigation Site:** The H&E Farm Mitigation Site contains two proposed mitigation areas, the 300-acre H&E Terrace Reestablishment Area and the 15-acre H&E Wetland Reestablishment Area (**Figure 10**). Brief descriptions of the proposed mitigation areas are provided in **Table 5**. The

Resolution Copper Project
Mitigation Ratio-Setting Checklist

September 15, 2020
Page 9

specific types of compensatory mitigation provided by the H&E Farm Mitigation Site include reestablishment and enhancement (Corps 2017).

**Table 5. Mitigation Areas within the H&E Farm Mitigation Site**

| Mitigation Area | Acreage | Description of Area and Proposed Mitigation |
|---|---|---|
| H&E Terrace Reestablishment Area | 300.0 | The H&E Terrace Reestablishment Area consists of historic agricultural fields occupying the former floodplain, floodplain terrace, and alluvial fan of the San Pedro River within the eastern half of the mitigation site. Mitigation activities proposed within this area include removal of agricultural ditch and berm systems, reestablishment of some ephemeral drainage channels on the floodplain terrace, reestablishment of the natural alluvial fan and terrace structure, and restoration of these features associated vegetation. Minimal planting of native trees and shrubs is proposed within the river floodplain to enhance this vegetation community. |
| H&E Wetland Reestablishment Area | 15.0 | The H&E Wetland Reestablishment Area includes an area of historic agricultural fields immediately adjacent to existing wetlands in the San Pedro River channel. Minimal earthwork and planting of native riparian trees and shrubs is proposed adjacent to existing wetlands to enhance the wetland features present, reestablish former wetland areas, and restore a more native vegetation community. |

## 4.2. QUALITATIVE IMPACT-MITIGATION COMPARISON (STEP 2)

Step 2 of the MRSC is a qualitative comparison between the functions of potential waters of the U.S. that will be impacted by the proposed Project and the functional gain from the proposed mitigation actions. Eleven hydrologic, chemical, and biotic functions were developed for this purpose (**Table 6**).

**Table 6. Functions Evaluated for TSF Impacted Drainages**

| Evaluated Functions |
|---|
| **HYDROLOGIC FUNCTIONS** |
| Hydrologic Connectivity |
| Subsurface Flow and Groundwater Recharge |
| Energy Dissipation |
| Sediment Transport/Regulation |
| **CHEMICAL FUNCTIONS** |
| Elements, Compounds, and Particulate Cycling |
| Organic Carbon Export/Sequestration |
| **BIOTIC FUNCTIONS** |
| Aquatic Invertebrate Fauna |
| Presence of Fish and Fish Habitat Structure |
| Riparian/Wetland Vegetation Structure |
| Age Class Distribution of Wooded Riparian or Wetland Vegetation |
| Native/Non-native Plant Species |

These functions are consistent with those identified in the South Pacific Division's *Standard Operating Procedure for the Determination of Mitigation Ratios* (Corps 2017) based on WestLand's recent experience working within the framework of the 2008 Mitigation Rule on similar mitigation projects (WestLand 2017, 2018). Scoring for these 11 functions was conducted based on available data, published literature, field data collected on potential waters of the U.S., general field observations, and aerial photography. The functions of each resource were scored qualitatively on a six-category numeric scale, as follows: 0 = none, 1 = low, 2 = low-moderate, 3 = moderate, 4 = moderate-high, and 5 = high function.

The functions of the aquatic features at both the impact and mitigation sites are compared in Step 2 to assess those aquatic functions and values lost if the Project is permitted compared to those aquatic functions and values gained through mitigation activities. Given the nature of the proposed mitigation sites, this assessment requires a functional comparison of services provided by relatively small ephemeral drainage systems to services provided by much larger intermittent or perennial systems (e.g., the Gila River) and associated riparian habitat. The assessment is not intended to make a value judgement between these systems; rather, the assessment fulfills the purposes of the MRSC to provide a comparative assessment of the functionality of the systems at the impact and mitigation sites and to develop a mitigation ratio that will ensure there is no net loss of aquatic functions and values.

Functional assessment of the Skunk Camp TSF impact site included field data collection and evaluation of a representative sample of the ephemeral drainages within the property, selected based on physical parameters, such as underlying geology, slope and landscape position, that can affect their hydrologic, chemical, and biotic functions. The functional losses assessed result from direct impacts to ephemeral channel areas within the Project footprint and indirect permanent impacts anticipated from the 'dewatering' of ephemeral drainages downgradient of portions of the TSF and its appurtenant features, including the seepage controls and stormwater diversions. The three mitigation sites occupy highly valuable and rare areas adjacent to the major mainstem drainages of the Gila River, Queen Creek, and San Pedro River watersheds  and the proposed mitigation actions will help restore, enhance, and maintain natural functions and associated riparian buffers along these larger waterbodies. The resources and functions present at the three mitigation sites were classified and evaluated by mitigation area, where such areas were defined by existing physical characteristics and by the specific primary mitigation actions proposed. Defined mitigation areas within the three mitigation sites include areas of establishment, reestablishment, rehabilitation, and enhancement activities (**Figures 8**, **9**, and **10**) as described in *Section 4.1*. Functional scoring of each mitigation area consisted primarily of an evaluation of the functional gain that the area would provide upon achievement of mitigation success. The functional or ecological 'lift' provided by the mitigation activities is presented as the difference between the current baseline functions of the mitigation site and the functional value anticipated under post-mitigation conditions.

## 4.2.1. Function Definition and Scoring Methods

Definitions of each function and explanation of the scoring methods are provided below:

### 4.2.1.1. Hydrologic Functions

**Hydrologic Connectivity:** Hydrologic connectivity scoring assesses the connectivity between surface waters to downstream receiving waters through both surface and shallow subsurface flow.

Scoring for this category was based on the ability of a defined drainage class or mitigation area to transmit either perennial or ephemeral flows from an upstream source to the downstream receiving water. Any impedance in a channel would slow the flow rate of water whether that impedance was artificial, such as a roadbed or railroad, or natural, such as a broad, flat channel with a deep sand and gravel bed. A "5" or "high" score would be given to a system that transmits virtually all water from its upstream source to the downstream receiving water. A "1" or "low" score would be given to a system that transmits comparatively little water from its upstream source to the downstream receiving water.

**Subsurface Flow and Groundwater Recharge:** Subsurface flow and groundwater recharge scoring assesses the potential for surface water to infiltrate into the channel bed and continue to move either vertically to recharge local or regional groundwater aquifers or laterally to support riparian vegetation and contribute to material cycling.

Scoring for this function was based on the permanence and volume of flow through the feature, coupled with the impedance of the channel. A "1" or "low" score would be given to a low-order ephemeral stream with compact bed soils; shallow bedrock, impenetrable horizons, or high clay content; and sparse xeroriparian buffer. A "5" or "high" score would be given to a large perennial stream with a silt or gravel bed substrate; meso-, hydroriparian, or wetland vegetation buffer; and, deep low-impedance soils promoting infiltration and hyporheic exchange through the streambed.

**Energy Dissipation:** Energy dissipation scoring assesses the ability of the watershed to dissipate the high energy of floodwaters leading to slower velocities, reduced potential for erosion, enhanced groundwater recharge, and support of riparian vegetation.

Scoring for this function was based on three parameters: the relative sinuosity of the channel, the roughness and gradient of the channel, and the ability of the adjacent floodplain to hold and attenuate flood flows. A "1" or "low" score would be given to a relatively straight, high-gradient stream with a sandy bottom or a constrained buffer and floodplain with minimal riparian vegetation. A "5" or "high" score would be given to a highly sinuous or braided low gradient channel with cobbles, woody vegetation, and/or debris within the channel; and an accessible floodplain with a well-developed riparian buffer.

**Sediment Transport/Regulation:** Sediment transport and regulation scoring assesses the ability of the features to regulate the transport of sediment downstream and the ability to minimize excessive sediment loss and gains.

Scoring for this function was based on a qualitative evaluation of the channel geometry, the ability of upstream and lateral features to provide sediment to the system, and the ability of the system to attenuate sediment loads. A "1" or "low" score would be given to feature with little ability to either provide sediment to the system and/or attenuate sediment loads, such as high-gradient, bedrock-dominated drainage systems. A "5" or "high" score would be given to a feature with strong abilities in these areas, such as features with deep alluvial beds or wide floodplains that provide sediment sources and storage.

### 4.2.1.2. Chemical Functions

**Elements, Compounds, and Particulate Cycling:** Elements, compounds, and particulate cycling scores assess the ability of a stream class to regulate the transport of elements, compounds, and particulates. This function includes the capacity to reduce harmful pulses of nitrogen and phosphorus to downstream waters. Riparian vegetation aids in the sequestration of nutrients that can be released during flood events and through subsurface movement. Riparian vegetation is also a critical component in the denitrification process, which can prevent excessive nitrogen levels that lead to eutrophication and hypoxia.

The cycling of elements, compounds, and particulates was evaluated using channel width, upland and riparian vegetation volume and composition, stream gradient, and bed characteristics. A lower score was given to a high-gradient, low-order headwater stream with reduced or degraded riparian buffer and/or excessive chemical input. A higher score would be given to a higher order stream with a healthy riparian buffer, active hyporheic zone, and features that have the ability to retard excessive nutrient pulses through capture and storage (such as roughness, sinuosity, or vegetation).

**Organic Carbon Export/Sequestration:** Organic carbon export and/or sequestration evaluate(s) the production, retention, and transport of organic nutrients through the riparian system. Riparian vegetation is capable of producing and exporting significantly higher amounts of organic carbon than typical desert upland vegetation.

Scoring for this function considers channel geometry, frequency of flow, stream connectivity, stream and riparian area substrates, and riparian buffer width, density, and species composition. A lower score would be given to a narrow ephemeral stream with little to no connectivity and a minimal riparian buffer. A higher score would be given to a wide perennial stream with a well-defined riparian buffer, dense vegetation, and healthy soils that could generate large amounts of organic material for sequestration or export.

#### 4.2.1.3. Biotic Functions

**Aquatic Invertebrate Fauna:** Aquatic invertebrate fauna scoring assesses the presence of aquatic invertebrate fauna within the water features. This score is also an indication of the extent of prey base available to higher order species, including aquatic-feeding amphibians, reptiles, and fish.

Scoring for this metric is based on the number of aquatic invertebrate orders that are estimated to be present within impact areas and mitigation sites. If no invertebrates are present, a score of "0" or "none" was given to the site. Scoring was then determined by the estimated average number of taxonomic orders present within a site, with one order scoring "1" or "low" and five or more orders scoring "5" or "high."

**Presence of Fish and Fish Habitat Structure:** Scoring of this function assesses the presence and diversity of fish and the presence and quality of fish habitat based on methods outlined in Stacey et al. (2006).

A score of "none" was given for systems supporting no fish. A score of "1" or "low" was given for the presence of non-native fish only, while a score of "moderate" was given for the presence of both native and non-native species. A "5" or "high" score would be given for sites that have native species only.

Fish habitat structure is an aggregate of three factors, including the presence of riffles and pools, the amount of underbank cover, and the amount of woody debris within the channel. The presence of riffles and pools was scored based on estimated area containing pools with a score of "0" or "none" for a lack of pools up to a score of "5" or "high" for pools that are present along at least 50 percent of the feature. Underbank cover was scored in the same manner. Large woody debris was a qualitative evaluation of the amount of large woody debris within each drainage class. The three rankings were considered and a composite score between "0" and "5" was assigned based on the combination of conditions noted within each impacted drainage class or mitigation site.

**Riparian/Wetland Vegetation Structure:** Riparian/wetland vegetative structure scoring evaluates the volume, density, and structure of vegetation within the riparian areas. The extent and density of riparian vegetation directly affects the ability of the riparian area to perform many of the functions in this analysis. The volume, density, and structure of riparian vegetation is also important in determining the overall quality of the riparian ecosystem.

For this function, the qualitatively estimated volume, density, and structure of riparian vegetation, where present, were considered within the impact areas, both instream and within riparian and upland habitat. For the mitigation areas, the likely presence of riparian vegetation, as well as the volume, density, and structure of that vegetation, at the completion of successful mitigation was estimated based on similar riparian settings. The scoring categories were given numeric values corresponding to the estimated characteristics of riparian vegetation on a similar six-category numeric scale to that used in the qualitative assessment for the other 10 functions. A score of "1" or "low" would be given to areas generally lacking riparian vegetation, lacking vertical structural complexity of the riparian community, and lacking

horizontal interspersion. A "5" or "high" score would be given for sites with abundant wetland and riparian vegetation possessing a high degree of both vertical and horizontal structural complexity.

**Age-Class Distribution of Woody Riparian or Wetland Vegetation:** This function ranks the age-class distribution structure of woody vegetation. A robust age-class distribution provides diverse habitat niches and demonstrates the health and permanency of the riparian and/or wetland community present at the site.

Scoring for this function was based on the estimated age classes of shrubs and trees, and included seedling, sapling, mature, and senescent. If one class is present, the feature is scored "1" or "low"; if two classes are present, "2" or "low-moderate"; three classes, "3" or "moderate"; and all four classes, "4" or "moderate-high". A "5" or "high" score was given if all four classes were present along with wetland vegetation. For restoration activities, estimates were based on anticipated growth and recruitment levels in each area upon achievement of mitigation success.

**Native/Non-native Woody Vegetation Species:** Native/non-native woody vegetation species scoring provides a qualitative evaluation of the proportion of non-native woody species in the community. Non-native vegetation can have detrimental impacts on other plant and animal species, and it can alter soil and chemical functions and compositions.

A "5" or "high" score is given for classes or areas with an estimated cover of less than five percent non-native species, and a "1" or low score indicates greater than 50 percent estimated cover of non-native species. For the mitigation site, estimates were based on anticipated conditions in each area upon achievement of mitigation success.

### 4.2.2. Qualitative Comparison Functional Scores

The functional losses assessed entail impacts to ephemeral channel area within the footprint of the Project. The areas of each proposed mitigation activity within each of the three proposed mitigation sites were assessed for their ability to provide functional gain through the enhancement, reestablishment, restoration, and active management activities. **Table 7** provides the functional scoring of the three classes of potential waters of the U.S. that would be impacted by the Project and the functional scoring within the mitigation areas of the three proposed mitigation sites upon achievement of mitigation success. A full description of the scoring rationale for the three classes of ephemeral drainages and the mitigation areas of the three proposed mitigation sites is attached as **Appendix A**.

Resolution Copper Project
Mitigation Ratio-Setting Checklist

September 15, 2020
Page 15

**Table 7. Functional Assessment Scoring for Impacted Drainage Classes and Mitigation Areas[*]**

| Assessed Functions | Skunk Camp TSF Impact Site | | | MAR-5/ORRS Mitigation Site | | Queen Creek Mitigation Site | H&E Farm Mitigation Site | |
|---|---|---|---|---|---|---|---|---|
| | Impact Class A | Impact Class B | Impact Class C | MAR-5 Restoration Area | ORRS Area | Queen Creek Enhancement Area | H&E Terrace Reestablishment Area | H&E Wetland Reestablishment Area |
| *Hydrologic Functions* | | | | | | | | |
| Hydrologic Connectivity | 5 | 4 | 2 | 4 | 4 | 5 | 4 | 5 |
| Subsurface Flow/Groundwater Recharge | 4 | 3 | 2 | 5 | 2 | 4 | 3 | 4 |
| Energy Dissipation | 5 | 3 | 2 | 4 | 4 | 5 | 3 | 3 |
| Sediment Transport/Regulation | 5 | 3 | 2 | 4 | 4 | 5 | 4 | 4 |
| *Chemical Functions* | | | | | | | | |
| Elements, Compounds, and Particulate Cycling | 4 | 3 | 2 | 4 | 3 | 4 | 4 | 4 |
| Organic Carbon Export/Sequestration | 4 | 2 | 1 | 4 | 3 | 4 | 3 | 4 |
| *Biotic Functions* | | | | | | | | |
| Aquatic Invertebrate Fauna | 1 | 1 | 1 | 3 | 4 | 2 | 2 | 4 |
| Presence of Fish and Fish Habitat Structure | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 1 |
| Riparian/Wetland Vegetation Structure | 4 | 3 | 3 | 4 | 3 | 4 | 2 | 4 |
| Age-Class Distribution of Woody Riparian or Wetland Vegetation | 4 | 3 | 3 | 4 | 3 | 4 | 3 | 4 |
| Native/Non-Native Vegetation Species | 5 | 5 | 5 | 4 | 4 | 5 | 4 | 4 |

[*] Impact drainage classes shown on **Figure 7** and mitigation areas shown on **Figures 8, 9,** and **10.**

2-21-715_FCM_MRSC_t5.d

WestLand Resources, Inc.

The scores provided by the functional assessment are used to develop the mitigation baseline ratios for use in the MRSC worksheet included as Attachment 12501.6-SPD of the *Standard Operating Procedure for the Determination of Mitigation Ratios* (Corps 2017). Comparison of each impacted drainage class to each mitigation area of the three mitigation sites calculates the adjustment from the starting 1:1 mitigation to impact ratio, were a given mitigation area used to mitigate for a given impact. Mitigation provided for impacts can be higher or lower depending on the relative quality of the mitigation function compared to the quality of the impacted function. The ratios calculated from the complete list of comparisons are provided in **Table 8**.

**Table 8. Comparative Mitigation Baseline Ratios for MRSC Step 2**

| Mitigation Site Areas | Skunk Camp TSF Impact Site | | |
| --- | --- | --- | --- |
| | Impact Class A Ratio | Impact Class B Ratio | Impact Class C Ratio |
| *MAR-5/ORRS Mitigation Site* | | | |
| MAR-5 Restoration Area | 2.50:1 | 1.75:1 | 1:1 |
| ORRS Area | 2.75:1 | 2.60:1 | 1:1 |
| *Queen Creek Mitigation Site* | | | |
| Queen Creek Enhancement Area | 4.50:1 | 4:1 | 4:1 |
| *H&E Farm Mitigation Site* | | | |
| H&E Terrace Reestablishment Area | 2.50:1 | 1.50:1 | 1.20:1 |
| H&E Wetland Reestablishment Area | 1.75:1 | 1:1.50 | 1:2.75 |

## 4.3. QUANTITATIVE IMPACT-MITIGATION COMPARISON (STEP 3)

Steps 2 and 3 of the MRSC are mutually exclusive and provide a comparison of the impact and mitigation sites based on a set of defined functional values. Step 2 is qualitative comparison (used in this analysis and described above) and Step 3 is a quantitative comparison. In order to proceed using Step 3, the MRSC requires an accepted method for conducting the assessment quantitatively. In most cases, this requires a published, peer-reviewed assessment manual that is appropriate for the region and the aquatic functions present within all considered sites. Currently, there is no Corps-approved assessment method accepted for use in Arizona. Therefore, this analysis uses the qualitative assessment in Step 2 and omits Step 3.

## 4.4. MITIGATION SITE LOCATION (STEP 4)

Step 4 of the MRSC is a ratio adjustment based on the location of a mitigation site with respect to the impact site. This is generally determined based on whether both sites are located within the same watershed as defined by the appropriate HUC. Although there is no defined standard HUC level for use in completing the MRSC, HUC 8 or HUC 10 designations are typically considered appropriate.

Resolution Copper Project
Mitigation Ratio-Setting Checklist

September 15, 2020
Page 17

The Project is located within the Middle Gila River HUC 8 (15050100) subbasin. Both the MAR-5/ORRS Mitigation Site and the Queen Creek Mitigation Site are also located in the Middle Gila River HUC 8 (15050100) subbasin and no penalty for mitigation site location is applied for these sites. The H&E Farm Mitigation Site is located within the adjacent Lower San Pedro HUC 8 (15050203) subbasin and, although it is proximal to and has a direct hydrologic connection with the reach of the Gila River directly downgradient of the impact site (**Figure 6**), an adjustment of +1 for mitigation site location is applied for this site.

## 4.5. NET LOSS OF AQUATIC RESOURCE SURFACE AREA (STEP 5)

Per the MRSC instructions, credit can only be given for this step if establishment or reestablishment of aquatic features is to be completed by proposed mitigation actions. Net loss of aquatic resources is scored with a modification of +0 for establishment or reestablishment mitigation and +1 for all remaining mitigation types.

Aquatic resource reestablishment has already occurred as a result of water discharge within the MAR-5 Restoration Area and no penalty for net loss of aquatic resource surface area is applied for this site. No aquatic resource establishment is proposed within the ORRS Mitigation Site or the Queen Creek Mitigation Site. Therefore, an adjustment of +1 is added to the mitigation ratio for these mitigation areas. Aquatic resource reestablishment is proposed within both mitigation areas at the H&E Farm Mitigation Site. Therefore, no penalty for net loss of aquatic resource surface area is applied for this site.

## 4.6. TYPE CONVERSION (STEP 6)

Out-of-kind mitigation can result in an increase to the mitigation ratio if the mitigation site presents lower quality or less valuable habitat. However, if it is determined that the mitigation site has or will have a rare, unique, or valuable resource type for the determined watershed, a decrease of the mitigation ratio could be applied. Scoring for this category can range from +4 for out-of-kind habitat that is common to -4 for restoration or conversion of rare and valuable habitat. The scoring for this category compares the impact sites and the mitigation sites by assessing the rarity of the stream or habitat type and the overall functional benefit to the watershed.

Development of the Skunk Camp TSF Alternative is expected to result in the permanent impact to and loss of 172.62 acres of ephemeral drainages. This alternative would not adversely impact any special aquatic sites, including wetlands. The three defined classes of impacted drainages, Classes A, B, and C consist only of ephemeral desert washes with relatively sparse xeroriparian or upland vegetation and temporary flow regimes. While these features play an important role in desert ecology, they are more common and provide less functional value when compared to the riparian areas offered by the proposed mitigation sites.

WestLand Resources, Inc.

The mitigation areas of the MAR-5/ORRS Mitigation Site provide opportunities for rehabilitation, enhancement, and long-term management along a stretch of the Gila River. Upon achievement of the mitigation success criteria, the MAR-5 Restoration Area and the ORRS Area would provide dense riparian habitat that is both rare and important within Arizona. The discharge of Central Arizona Project water into the Gila River channel has already established a riparian vegetation community along this reach. Due to the rare and regionally significant habitat rehabilitated and enhanced by these mitigation areas, a ratio adjustment of -3 is applied.

The Enhancement Area of the Queen Creek Mitigation Site provides opportunities for enhancement, preservation, and long-term management along Queen Creek. This reach of Queen Creek provides mature xeroriparian habitat. Exotic species removal and control, seeding of native species, and removal of select anthropogenic disturbances without additional disturbance of mature vegetation will enhance the functions of the riparian community associated with this reach. This community is most similar to that found along the largest drainages in the Skunk Camp Impact Area but is also more common that more mesic riparian areas. A ratio adjustment of -1.5 is applied for the Queen Creek Enhancement Area.

The mitigation areas of the H&E Farm Mitigation Site provide opportunities for reestablishment of some ephemeral drainage channels on the floodplain terrace, reestablishment of the natural alluvial fan and terrace structure, and restoration of associated vegetation. Upon achievement of the mitigation success criteria, the H&E Terrace Reestablishment Area would provide dense, mesquite-dominated, riparian habitat that is currently both rare and important within Arizona. Earthwork and planting of native riparian trees and shrubs in the H&E Wetland Reestablishment Area would reestablish former wetland areas, enhance the existing wetlands along the San Pedro River channel, and restore a more native vegetation community. The rarity of wetland features within Arizona, as well as their location in proximity to other river restoration projects like the LSPRWA ILF, makes this mitigation regionally significant. Due to these factors, a ratio adjustment of -2.5 is applied for the H&E Terrace Reestablishment Area and a ratio adjustment of -3.5 is applied for the H&E Wetland Reestablishment Area.

## 4.7.  RISK AND UNCERTAINTY (STEP 7)

Risk and uncertainty are assessed so that the mitigation ratio reflects the uncertainty inherent in some mitigation activities. Factors that are considered include: 1) permittee-responsible mitigation; 2) mitigation site did not formerly support targeted aquatic resources; 3) difficult-to-replace resources (see 33 CFR 332.3(e)(3) and (f)(2)); 4) modified hydrology (e.g., high-flow bypass); 5) artificial hydrology (e.g., pumped water source); 6) structures requiring long-term maintenance (e.g., outfalls, drop structures, weirs, bank stabilization structures); 7) planned vegetation maintenance (e.g., mowing, land-clearing, fuel modification activities); 8) shallow, buried structures (e.g., riprap, clay liners), and 9) absence of long-term preservation mechanism. Each element of risk is scored from +0.1 to +0.3 based on the amount of uncertainty.

The mitigation actions at the MAR-5 Restoration Area include the establishment of riparian vegetation that has already occurred and, therefore, has proven successful. This suggests the management of exotic species and the establishment of native riparian vegetation through active management also has a high probability of success. The restoration does, however, presently require artificial hydrology, includes planned vegetation maintenance, and is permittee-responsible mitigation. The ratio adjustment for these factors of the MAR-5 Restoration Area is +1. The mitigation actions at the ORRS Area include planned vegetation maintenance and are permittee-responsible but lack the need for artificial hydrology. The ratio adjustment for these factors of the ORRS Area is +1. Until long-term site protection has been addressed, the Corps has requested that an additional +1 be added to the risk and uncertainty variable for this site. When long-term site protection has been addressed to the Corps' satisfaction, this additional +1 modifier for both sites will be removed.

The mitigation actions within the Enhancement Area of the Queen Creek Mitigation Site include planned vegetation maintenance and are permittee-responsible, but these actions are limited in area. Therefore, a ratio adjustment of +0.7 was applied to these actions.

The mitigation actions at both areas of the H&E Farm Mitigation Site involve planned vegetation management, utilize water control structures requiring long-term management, and are, at present, permittee-responsible mitigation. Vegetation reestablishment in the H&E Terrace Reestablishment Area may involve some artificial hydrology to ensure planting success. Given the existing site characteristics, vegetation and wetland reestablishment in the H&E Wetland Reestablishment Area would not require artificial hydrology but does involve wetlands, a difficult-to-replace resource. Based on these factors, a ratio adjustment of +0.7 is applied to both areas of the H&E Farm Mitigation Site.

## 4.8. TEMPORAL LOSS (STEP 8)

Temporal loss is associated with mitigation activities that begin after impacts are made and considers the amount of time it takes for a mitigation activity to reach a full, functional potential. Ratio adjustments are applied based on the amount of time required for the planting, establishment, and growth of vegetation. The temporal adjustment to the mitigation ratio is .05 per month and generally assumes a 20-month period (adjustment of +1) for herbaceous growth, a 40-month period (adjustment of +2) for woody shrubs, and a 60-month, or 5-year, period (adjustment of +3) for tree species.

The mitigation actions at both areas of the MAR-5/ORRS Mitigation Site include the establishment of tree species. The establishment of trees within the MAR-5 Restoration Area has, however, already occurred and therefore no ratio adjustment is applied in this step. Additionally, the impacts to potential waters of the U.S. from the development of the TSF will not occur for up to 10 years after issuance of the permit. As such, the proposed establishment of tree species within the ORRS Area of the MAR-5/ORRS Mitigation Site, the Queen Creek Mitigation Site, and the H&E Farm Mitigation Site will not involve a temporal loss of function between the initiation of the impact and the completion of the

mitigation establishment. Therefore, no ratio adjustment is applied to these mitigation areas for this step.

## 4.9. FINAL MITIGATION RATIO (STEP 9)

The final ratios determine the amount of acreage credits that are generated by each mitigation area when compared to each impacted drainage class. Step 9 of the MRSC is the calculation of final mitigation scoring ratios from Steps 2-8 in the MRSC. The final mitigation ratios comparing each impact class to each mitigation area were compiled and are summarized in **Table 9**. The *Standard Operating Procedure for the Determination of Mitigation Ratios* (Corps 2017) instructions state that where a qualitative comparison is used for the functional assessment in Step 2, final mitigation ratios may not be less than 1:1. Therefore, ratios shown in **Table 9** as less than 1:1 are applied as a ratio of 1:1 in **Table 10**.

### Table 9. Final Mitigation Ratios Per Impacted Drainage Class and Mitigation Area

| Mitigation Site Areas | Skunk Camp TSF Impact Site | | |
|---|---|---|---|
| | Impact Class A Ratio | Impact Class B Ratio | Impact Class C Ratio |
| *MAR-5/ORRS Mitigation Site* | | | |
| MAR-5 Restoration Area | 1.25:1 | 0.88:1 | 0.50:1 |
| ORRS Area | 2.75:1 | 2.60:1 | 1:1 |
| *Queen Creek Mitigation Site* | | | |
| Queen Creek Enhancement Area | 4.70:1 | 4.20:1 | 4.20:1 |
| *H&E Farm Mitigation Site* | | | |
| H&E Terrace Reestablishment Area | 1.39:1 | 0.83:1 | 0.67:1 |
| H&E Wetland Reestablishment Area | 0.63:1 | 0.30:1 | 0.22:1 |

## 4.10. FINAL COMPENSATORY MITIGATION SUMMARY (STEP 10)

In Step 10, the total acres of impacted area by drainage class are applied to the number of mitigation credits provided by mitigation site, based on the final mitigation ratios. **Table 10** summarizes the application of the MRSC-derived mitigation ratios to the mitigation sites in a sequential fashion. The completed MRSC worksheets, showing the steps described above, are provided as **Appendix B**. Mitigation credits were applied to the higher functionally scoring Class A impacts first, then to the lower scoring Class B and Class C. The application of mitigation credit areas began with the MAR-5/ORRS Mitigation Site areas and moved sequentially through the mitigation areas of the Queen Creek Mitigation Site and the H&E Farm Mitigation Site, as needed, until all of the functional impacts for each drainage class were mitigated. Application of the mitigation credits in this fashion was based solely on the order of discussion of the mitigation sites in this document. Actual application of the mitigation

Resolution Copper Project                                    September 15, 2020
Mitigation Ratio-Setting Checklist                           Page 21

credits in the Final Mitigation Plan may occur in a number of ways. The application of mitigation to impacts in this MRSC document is intended to demonstrate sufficient credit is available to mitigate for unavoidable impacts to waters of the U.S. from development of the Project.

**Table 10. Final Mitigation Credits Applied by Impact Drainage Class and Mitigation Site/Area**

| Impact Drainage Class | Impact Acres | Mitigation Site/Area | Mitigation Acres Available | Mitigation Ratio | Mitigation Acres Used | Mitigation Credits Provided | Remaining Impact Acres |
|---|---|---|---|---|---|---|---|
| Impact Class A | 86.94 | MAR-5 Restoration Area | 123.00 | 1.25:1 | 108.68 | 86.94 | 0.00 |
| | | ORRS Area | 23.00 | 2.75:1 | 0.00 | 0.00 | 0.00 |
| | | Queen Creek Enhancement Area | 33.00 | 4.70:1 | 0.00 | 0.00 | 0.00 |
| | | H&E Terrace Reestablishment Area | 300.00 | 1.39:1 | 0.00 | 0.00 | 0.00 |
| | | H&E Wetland Reestablishment Area | 15.00 | 1:1 | 0.00 | 0.00 | 0.00 |
| Impact Class B | 39.98 | MAR-5 Restoration Area | 14.32 | 1:1 | 14.32 | 14.32 | 25.66 |
| | | ORRS Area | 23.00 | 2.60:1 | 23.00 | 8.84 | 16.82 |
| | | Queen Creek Enhancement Area | 33.00 | 4.20:1 | 33.00 | 7.85 | 8.97 |
| | | H&E Terrace Reestablishment Area | 300.00 | 1:1 | 8.97 | 8.97 | 0.00 |
| | | H&E Wetland Reestablishment Area | 15.00 | 1:1 | 0.00 | 0.00 | 0.00 |
| Impact Class C | 45.70 | MAR-5 Restoration Area | 0.00 | 1:1 | 0.00 | 0.00 | 0.00 |
| | | ORRS Area | 0.00 | 1:1 | 0.00 | 0.00 | 0.00 |
| | | Queen Creek Enhancement Area | 0.00 | 4.20:1 | 0.00 | 0.00 | 0.00 |
| | | H&E Terrace Reestablishment Area | 291.03 | 1:1 | 45.70 | 45.70 | 0.00 |
| | | H&E Wetland Reestablishment Area | 15.00 | 1:1 | 0.00 | 0.00 | 0.00 |

## 5. REFERENCES

California Wetlands Monitoring Workgroup (CWMW). 2018. California Rapid Assessment Method (CRAM), Episodic Riverine Field Book, Version 2.0. August 2018.

Lowery, Shawn F., Angela Stingelin, and Charles Hofer. 2016. Conceptual Plan, January 2016, In-Lieu Fee Restoration Project Site Wetland Restoration and Monitoring at the Lower San Pedro River Wildlife Area, Pinal County, Arizona. Phoenix: Arizona Game and Fish Department.

Stacey, Peter B., Allison L. Jones, Jim C. Catlin, Don Duff, Lawrence E. Stevens, and Chad Gourley. 2006. User's Guide for the Rapid Assessment of the Functional Condition of Stream-riparian Ecosystems in the American Southwest. Wild Utah Project.

U.S. Army Corps of Engineers. 2015. Final 2015 Regional Compensatory Mitigation and Monitoring Guidelines. U.S. Army Corps of Engineers - South Pacific Division. January 12, 2015. 70.

_____. 2017. 12501-SPD Regulatory Program Standard Operating Procedure For Determination Of Mitigation Ratios U.S. Army Corps of Engineers - South Pacific Division. January 11, 2017.

U.S. Army Corps of Engineers, and U.S. Environmental Protection Agency. 2008. Compensatory Mitigation for Losses of Aquatic Resources; Final Rule. *Federal Register*. April 10, 2008. 19594-19705.

U.S. Forest Service. 2019. Resolution Copper Project Draft Environmental Impact Statement. U.S. Department of Agriculture.

_____. 2020. Resolution Copper Project Final Environmental Impact Statement. U.S. Department of Agriculture.

WestLand Resources, Inc. 2017. Clean Water Act Section 404 Conceptual Mitigation Plan Lone Star Ore Body Development Project. *Prepared for U.S. Army Corps of Engineers on Behalf of Freeport-McMoRan Safford Inc.* Tucson, Arizona: WestLand Resources, Inc. February 3, 2017.

_____. 2018. Ripsey Wash Tailings Storage Facility Revised Clean Water Act Section 404 Conceptual Mitigation Plan. *Prepared for ASARCO LLC - Ray Operations.* Tucson, Arizona: WestLand Resources, Inc. February 1, 2018.

_____. 2020a. DRAFT Clean Water Act 404(b)(1) Alternatives Analysis. *Prepared for U.S. Army Corps of Engineers on behalf of Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. July 2020.

_____. 2020b. DRAFT Clean Water Act Section 404 Conceptual Mitigation Plan: Resolution Copper Project. *Prepared for U.S. Army Corps of Engineers on behalf of Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. July 2020.

*This page intentionally left blank.*

**FIGURES**



RESOLUTION COPPER PROJECT
Mitigation Ratio-Setting Checklist
OVERVIEW OF PROPOSED MINING OPERATION
Figure 1

*This page intentionally left blank.*



Legend
— Ancillary Facilities
Diversion Channel
Diversion Dam Pipeline
Diversion Dam
Retention Pond
Seepage Collection Dam
Seepage Collection Pond
Skunk Camp Pipeline
Skunk Camp TSF Alternative

T1S, R13E, Portions of Sections 27, and 34-36,
T2S, R13E, Portions of Sections 1-4, and 12,
T2S, R14E, Portions of Sections 7, 8, 17, 18, 20, 27-29, and 32-36,
T3S, R14E, Portions of Sections 1-5, 8-17, and 21-24,
Pinal and Gila Counties, Arizona
Image Source: Maxar 2/6/2018

RESOLUTION COPPER PROJECT
Mitigation Ratio-Setting Checklist

SKUNK CAMP TSF ALTERNATIVE
AERIAL OVERVIEW
Figure 2

N
0    3,000    6,000
Feet
0    1,500    3,000
Meters

WestLand Resources



**Legend**

- Ancillary Facilities
- Diversion Channel
- Diversion Dam Pipeline
- Diversion Dam
- Retention Pond
- Seepage Collection Dam
- Seepage Collection Pond
- Skunk Camp Direct OHWM Impact
- Skunk Camp Indirect OHWM Impact
- Skunk Camp Pipeline
- Skunk Camp TSF Alternative

**Surface Management**
- Bureau of Land Management (BLM)
- Private Land (No Color)
- State Trust Land
- US Forest Service (USFS)

T1S, R13E, Portions of Sections 27, and 34-36,
T2S, R13E, Portions of Sections 1-4, and 12,
T2S, R14E, Portions of Sections 7, 8, 17, 18, 20, 27-29, and 32-36,
T3S, R14E, Portions of Sections 1-5, 8-17, and 21-24,
Pinal and Gila Counties, Arizona
Image Source: Maxar 2/6/2018
Surface Management: BLM 2019, WRI Modified 2019

**RESOLUTION COPPER PROJECT**
Mitigation Ratio-Setting Checklist

SKUNK CAMP TSF ALTERNATIVE
IMPACTS TO THE AQUATIC ECOSYSTEM
Figure 3

N
0    3,000    6,000
Feet
0    1,500    3,000
Meters

WestLand Resources







RESOLUTION COPPER PROJECT
Mitigation Ratio-Setting Checklist

MITIGATION SITES AERIAL OVERVIEW
Figure 6









T7S, R16E, Portions of Sections 35 and 36,
T8S, R16E, Portion of Section 1,
Pinal County, Arizona,
Image Source: Maxar 1/31/2018

**RESOLUTION COPPER PROJECT**

Mitigation Ratio-Setting Checklist

H&E FARM MITIGATION SITE
Figure 10

WestLand Resources

**Legend**

☐ H&E Farm Mitigation Site
☐ H&E Terrace Reestablishment Area
☐ H&E Wetland Reestablishment Area

*This page intentionally left blank.*

(99 of 282), Page 99 of 282

Case: 25-5197, 09/29/2025, DktEntry: 61.9, Page 99 of 282
Case 2:21-cv-00068-DWL    Document 107-3    Filed 07/14/25    Page 151 of 334

# APPENDIX A

## Functional Scoring Summaries

Case 2:21-cv-00068-DWL    Document 107-3    Filed 07/14/25    Page 152 of 334

**IMPACT CLASS A**

| Function | Score | Explanation |
|---|---|---|
| **Hydrologic Functions** | | |
| Hydrologic Connectivity | 5 High | Class A features consist of low-gradient, braided, lower-watershed ephemeral channels. The channels lack major impediments to flow and are capable of transporting moderate high volumes of water, though transport capacity is dependent on rainfall. |
| Subsurface Flow/Groundwater Recharge | 4 Moderate-High | Water flow through the loose alluvial soils in Class A channels provides some subsurface flow and potential to replenish groundwater aquifers, with subsurface flows strongly dependent on precipitation events. Limited xeroriparian vegetation indicates that temporary lateral subsurface flow potential may exist. |
| Energy Dissipation | 5 High | Class A features exhibit braided channels, channel sinuosity, low-gradient, a well-developed floodplain, and loose alluvium capable of reducing flow intensities through evaporation, channel infiltration, and natural physical control features. |
| Sediment Transport/Regulation | 5 High | Class A features have braided channels with well-sorted bed material and primarily unrestricted floodplains and can retain and deposit large amounts of sediment during precipitation events. Lack of dense riparian habitat may limit the ability of these features to regulate excessive sediment loads. |
| **Chemical Functions** | | |
| Elements, Compounds, and Particulate Cycling | 4 Moderate-High | Class A features have broad channels with loose alluvium and have the potential to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. These systems are ephemeral and are generally vegetated only with xeroriparian and upland species, which may limit nutrient cycling ability. |
| Organic Carbon Export/Sequestration | 4 Moderate-High | Class A features have the potential to store organic matter in subsurface soils and provide downstream pulses during flow events. The features, along with upstream and downstream adjacent waters, are ephemeral, limiting both the amount and timing of carbon sequestration and export through the system. These features also lack a significant amount of in-channel vegetation and a dense riparian buffer, which limits the ability of the system to generate or export high amounts of organic carbon. |
| **Biotic Functions** | | |
| Aquatic Invertebrate Fauna | 1 Low | Class A features do not exhibit permanent or intermittent flows. Irruptive aquatic insects may be present in small pools or water collection areas that occur during significant precipitation events, but these temporary populations are not indicative of a stable prey community for aquatic-feeding species. |
| Presence of Fish and Fish Habitat Structure | 0 None | Class A features do not contain any permanent or intermittent waters. Flow events within these ephemeral systems will not result in the presence of fish species. |

| Function | Score | Explanation |
|---|---|---|
| Riparian/Wetland Vegetation Structure | 4 Moderate-High | Class A features generally do not support riparian-obligate vegetation. Xeroriparian vegetation is common and widespread along the banks and floodplain terraces of these features. Vegetated area supports 2 or more plant layers, and these features have a "high" to "moderate" degree of horizontal vegetation interspersion. |
| Age Class Distribution of Woody Riparian or Wetland Vegetation | 4 Moderate-High | In Class A features, wetland vegetation is generally absent. Xeroriparian and upland vegetation is common and widespread. Woody trees and shrubs from a range of age classes are present. |
| Native/Non-native Vegetation Species | 5 High | The vegetation communities in Class A features are mostly native. Vegetation sampling indicates an average of less than 15% invasion by non-native species. |

**IMPACT CLASS B**

| Function | Score | Explanation |
|---|---|---|
| **Hydrologic Functions** | | |
| Hydrologic Connectivity | 4 Moderate-High | Class B features consist of ephemeral, typically moderate- to high-gradient single-thread upper watershed channels. The channels lack major impediments to flow and are capable of transporting moderate low to moderate volumes of water, though transport capacity is dependent on rainfall. |
| Subsurface Flow/Groundwater Recharge | 3 Moderate | Water flow through the Class B channels provides limited amount of subsurface flow and potential to replenish groundwater aquifers, with subsurface flows strongly dependent on precipitation events. Infiltration limited by impervious layers at shallow depths. Limited xeroriparian vegetation indicates that temporary lateral subsurface flow potential may exist. |
| Energy Dissipation | 3 Moderate | Class B features typically contain single-thread channels and are moderate to high gradient. Energy dissipation through infiltration limited by lack of in-channel sediments and impervious layers at shallow depths. Energy dissipation occurs through natural physical control features such as cut banks, channel sinuosity, boulder steps, and/or flood debris. |
| Sediment Transport/Regulation | 3 Moderate | Class B features have well or poorly-sorted bed material and can retain and deposit a moderate amount of sediment during precipitation events. Confined floodplains may limit the extent of sediment regulation in these features. |
| **Chemical Functions** | | |
| Elements, Compounds, and Particulate Cycling | 3 Moderate | Class B features have a limited capacity to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. These systems are ephemeral and are generally vegetated with a narrow band of xeroriparian vegetation, which may limit nutrient cycling ability. |
| Organic Carbon Export/Sequestration | 2 Low-Moderate | Class B features have limited potential to store organic matter in subsurface soils and provide downstream pulses during flow events. The features, along with upstream and downstream adjacent waters, are ephemeral, limiting both the amount and timing of carbon sequestration and export through the system. These features lack a dense riparian buffer and may have shallow depths to bedrock, which limits the ability of these features to generate or export high amounts of organic carbon. |
| **Biotic Functions** | | |
| Aquatic Invertebrate Fauna | 1 Low | Class B features do not exhibit permanent or intermittent flows. Irruptive aquatic insects may be present in small pools or water collection areas that occur during significant precipitation events, but these temporary populations are not indicative of a stable prey community for aquatic-feeding species. |
| Presence of Fish and Fish Habitat Structure | 0 None | Class B features do not contain any permanent or intermittent waters. Flow events within these ephemeral systems will not result in the presence of fish species. |

| Function | Score | Explanation |
|---|---|---|
| Riparian/Wetland Vegetation Structure | 3 Moderate | Class B features generally do not support riparian-obligate vegetation. Xeroriparian vegetation is present but limited along the banks of these features. Vegetated area supports 2 or more plant layers, and these features have a "high" to "moderate" degree of horizontal vegetation interspersion. |
| Age Class Distribution of Woody Riparian or Wetland Vegetation | 3 Moderate | In Class B features, wetland vegetation is generally absent. Xeroriparian and upland vegetation is common but limited along the bed and banks. Woody trees and shrubs from a range of age classes are present. |
| Native/Non-native Vegetation Species | 5 High | The vegetation communities in Class B features are mostly native. Vegetation sampling indicates an average of less than 15% invasion by non-native species. |

## IMPACT CLASS C

| Function | Score | Explanation |
|---|---|---|
| **Hydrologic Functions** | | |
| Hydrologic Connectivity | 2 Low-Moderate | Class C features consist of ephemeral, moderate- to high-gradient single-thread headwater channels. The channels lack major impediments to flow and are capable of transporting moderate low volumes of water, and only in response to heavy precipitation events. |
| Subsurface Flow/Groundwater Recharge | 2 Low-Moderate | Water flow through the Class C channels provides very small amount of subsurface flow, if any, with very limited potential to replenish groundwater aquifers. Infiltration limited by impervious layers at shallow depths and shallow depth to bedrock. Narrow bands of xeroriparian vegetation indicate that temporary lateral subsurface flow potential may exist. |
| Energy Dissipation | 2 Low-Moderate | Class C features contain single-thread channels and are moderate to high gradient. Energy dissipation through infiltration limited by lack of in-channel sediments and impervious layers at shallow depths. Energy dissipation occurs through natural physical control features such as cut banks, channel sinuosity, boulder steps, and/or flood debris. |
| Sediment Transport/Regulation | 2 Low-Moderate | Class C features have well or poorly-sorted bed material and deposit only small amounts of sediment during precipitation events. Confined floodplains typically limit the extent of sediment deposition and transport in these features. |
| **Chemical Functions** | | |
| Elements, Compounds, and Particulate Cycling | 2 Low-Moderate | Class C features have shallow depths to bedrock and thus have a very limited capacity to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. These systems are ephemeral and are generally vegetated with a narrow band of xeroriparian vegetation, which may further limit nutrient cycling ability. |
| Organic Carbon Export/Sequestration | 1 Low | Class C features have limited potential to store organic matter in subsurface soils and provide downstream pulses during flow events. The features, along with upstream and downstream adjacent waters, are ephemeral, limiting both the amount and timing of carbon sequestration and export through the system. These features have confined floodplains, shallow depths to bedrock, and narrow xeroriparian buffers, which limit the ability of these features to generate or export high amounts of organic carbon. |
| **Biotic Functions** | | |
| Aquatic Invertebrate Fauna | 1 Low | Class C features do not exhibit permanent or intermittent flows. Irruptive aquatic insects may be present in small pools or water collection areas that occur during significant precipitation events, but these temporary populations are not indicative of a stable prey community for aquatic-feeding species. |
| Presence of Fish and Fish Habitat Structure | 0 None | Class C features do not contain any permanent or intermittent waters. Flow events within these ephemeral systems will not result in the presence of fish species. |

| Function | Score | Explanation |
|---|---|---|
| Riparian/Wetland Vegetation Structure | 3 Moderate | Class C features do not support riparian-obligate vegetation. Xeroriparian vegetation is present in but limited narrow bands along the banks of these features. Vegetated area supports 2 or more plant layers, and these features have a "high" to "moderate" degree of horizontal vegetation interspersion. |
| Age Class Distribution of Woody Riparian or Wetland Vegetation | 3 Moderate | In Class C features, wetland vegetation is absent. Xeroriparian and upland vegetation is common but limited along the bed and banks. Woody trees and shrubs from a range of age classes are present. |
| Native/Non-native Vegetation Species | 5 High | The vegetation communities in Class C features are mostly native. Vegetation sampling indicates an average of less than 15% invasion by non-native species. |

## MAR-5 RESTORATION AREA

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| **Hydrologic Functions** | | | |
| Hydrologic Connectivity | 4 Moderate-High | 4 Moderate-High | This mitigation site includes the Gila River mainstem, a large, multi-threaded, low-gradient channel. The channel lacks major impediments to flow and is capable of transporting moderate to high volumes of water. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| Subsurface Flow/Groundwater Recharge | 2 Low-Moderate | 5 High | The Gila River mainstem possess deep alluvial deposits, but depth to groundwater can also be considerable. Subsurface flow is present. Dense riparian vegetation indicates lateral flow high, but dependent on discharge. The intent of the pilot project and continued discharge of the CAP allotment is groundwater recharge and storage. |
| Energy Dissipation | 2 Low-Moderate | 4 Moderate-High | The Gila River mainstem channel has some sinuosity, is low-gradient, and possesses alluvium capable of reducing flow intensities through evaporation, channel infiltration, and natural physical control features. The river has a well-developed floodplain. Dense riparian vegetation provides increased overland roughness, but this vegetation is limited to the wetted area. Prior to the discharge of CAP water for mitigation, vegetation was limited to a sparse collection of upland woody shrubs, desert forbs, and tamarisk. |
| Sediment Transport/Regulation | 2 Low-Moderate | 4 Moderate-High | The Gila River mainstem has braided channels with well-sorted bed material and primarily unrestricted floodplains. It can retain and deposit large amounts of sediment during precipitation events. The dense riparian habitat enhances the ability of this area to regulate excessive sediment loads, but this vegetation is limited to the wetted area. Prior to the discharge of CAP water for mitigation, vegetation was limited to a sparse collection of upland woody shrubs, desert forbs, and tamarisk. |
| **Chemical Functions** | | | |
| Elements, Compounds, and Particulate Cycling | 2 Low-Moderate | 4 Moderate-High | The Gila River's broad alluvial channel has the potential to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. Dense riparian habitat enhances nutrient cycling ability. This site also possesses a hyporheic zone when saturated, but this zone is limited to the wetted area. Prior to the discharge of CAP water for mitigation, the site lacked both the dense riparian vegetation and the hyporheic zone. |

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| Organic Carbon Export/Sequestration | 2 Low-Moderate | 4 Moderate-High | The Gila River mainstem has the potential to store organic matter in subsurface soils and provide downstream pulses during flow events. The upstream adjacent reaches are ephemeral limiting both the amount and timing of carbon sequestration and export through the system. The Gila River mainstem has a significant amount of in-channel vegetation and a dense riparian buffer, which increases the ability of the system to generate or export high amounts of organic carbon, but this vegetation is limited to the wetted area. Prior to the discharge of CAP water for mitigation, vegetation was limited to a sparse collection of upland woody shrubs, desert forbs, and tamarisk. |
| **Biotic Functions** | | | |
| Aquatic Invertebrate Fauna | 1 Low | 3 Moderate | The wetted area creates intermittent flows. Irruptive aquatic insects are present and provide a prey community for aquatic-feeding species. Adjacent riparian vegetation provides additional opportunities for enhancement of invertebrate fauna community. Prior to the discharge of CAP water for mitigation, intermittent flows were not present, and vegetation was limited to a sparse collection of upland woody shrubs, desert forbs, and tamarisk. |
| Presence of Fish and Fish Habitat Structure | 0 None | 2 Low-Moderate | The Gila River possesses some diversity of structure in terms of potential fish habitat. Fish may be present during flow events in this system. Prior to the discharge of CAP water for mitigation, intermittent flows were not present. |
| Riparian/Wetland Vegetation Structure | 2 Low-Moderate | 4 Moderate-High | This area supports riparian-obligate vegetation and dense riparian vegetation is common and widespread. The vegetated area supports 1 or more plant layers but is anticipated to develop additional layers from mitigation. Currently the vegetated areas have a "low" degree of horizontal vegetation interspersion but are anticipated to be "high" to "moderate" at completion of mitigation. Prior to the discharge of CAP water for mitigation, intermittent flows were not present, and vegetation was limited to a sparse collection of upland woody shrubs, desert forbs, and tamarisk. |
| Age Class Distribution of Woody Riparian or Wetland Vegetation | 2 Low-Moderate | 4 Moderate-High | Wetland vegetation is generally absent in this area. Dense riparian vegetation has become common and widespread. Woody trees and shrubs have developed from the discharge of water and all age classes will be present with continued mitigation. Prior to the discharge of CAP water for mitigation vegetation was limited to a sparse collection of upland woody shrubs, desert forbs, and tamarisk. |

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| Native/Non-native Vegetation Species | 1 Low | 4 Moderate-High | The vegetation community in this area is a mix of native and non-native species. Exotic removal and control is anticipated to be successful, providing a higher proportion of native to non-native vegetation. Prior to the discharge of CAP water for mitigation, intermittent flows were not present, and vegetation was limited to a sparse collection of upland woody shrubs, desert forbs, and tamarisk. |

## ORRS AREA

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| **Hydrologic Functions** | | | |
| Hydrologic Connectivity | 4 Moderate-High | 4 Moderate-High | This mitigation site includes the Gila River mainstem, a large, multi-threaded, low-gradient channel. The channel lacks major impediments to flow and is capable of transporting high volumes of water. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| Subsurface Flow/Groundwater Recharge | 2 Low-Moderate | 2 Low-Moderate | The Gila River mainstem possess deep alluvial deposits, but depth to groundwater can also be considerable. Subsurface flow is present but may become perched under certain conditions. Dense riparian vegetation indicates lateral flow high, but dependent on discharge. The intent of the pilot project and continued discharge of the CAP allotment is groundwater recharge and storage. |
| Energy Dissipation | 2 Low-Moderate | 4 Moderate-High | The Gila River mainstem channel has some sinuosity, is low-gradient, and possesses alluvium capable of reducing flow intensities through evaporation, channel infiltration, and natural physical control features. The river has a well-developed floodplain. Dense riparian vegetation provides increased overland roughness throughout site. Groundwater recharge and storage at MAR-5 increase the function of this vegetation community and restoration of the native vegetation character will provide additional lift for this function. |
| Sediment Transport/Regulation | 2 Low-Moderate | 4 Moderate-High | The Gila River mainstem has braided channels with well-sorted bed material and primarily unrestricted floodplains. It can retain and deposit large amounts of sediment during precipitation events. The dense riparian habitat enhances the ability of this area to regulate excessive sediment loads. Groundwater recharge and storage at MAR-5 increase the function of this vegetation community and restoration of the native vegetation character will provide additional lift for this function. |
| **Chemical Functions** | | | |
| Elements, Compounds, and Particulate Cycling | 2 Low-Moderate | 3 Moderate | The Gila River's broad alluvial channel has the potential to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. Dense riparian habitat enhances nutrient cycling ability. Groundwater recharge and restoration of the native vegetation character will provide lift for this function. |

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| Organic Carbon Export/Sequestration | 2 Low-Moderate | 3 Moderate | The Gila River mainstem has the potential to store organic matter in subsurface soils and provide downstream pulses during flow events. The upstream adjacent reaches are ephemeral limiting both the amount and timing of carbon sequestration and export through the system. The Gila River mainstem has a significant amount of in-channel vegetation and a dense riparian buffer, which increases the ability of the system to generate or export high amounts of organic carbon. Groundwater recharge and storage at MAR-5 increase the function of this vegetation community and restoration of the native vegetation character will provide additional lift for this function. |
| **Biotic Functions** | | | |
| Aquatic Invertebrate Fauna | 1 Low | 4 Moderate-High | Irruptive aquatic insects are present and provide a prey community for aquatic-feeding species. Adjacent riparian vegetation provides additional opportunities for enhancement of invertebrate fauna community. Prior to the discharge of CAP water for mitigation, intermittent flows were not present. |
| Presence of Fish and Fish Habitat Structure | 0 None | 2 Low-Moderate | The Gila River possesses some diversity of structure in terms of potential fish habitat. Fish may be present during flow events in this system. Prior to the discharge of CAP water for mitigation, intermittent flows were not present. |
| Riparian/Wetland Vegetation Structure | 2 Low-Moderate | 3 Moderate | This area supports riparian-obligate vegetation and dense riparian vegetation is common and widespread. The vegetated area supports 1 or more plant layers but is anticipated to develop additional layers from mitigation. Currently the vegetated areas have a "low" degree of horizontal vegetation interspersion but are anticipated to be "high" to "moderate" at completion of mitigation. Prior to the discharge of CAP water for mitigation, intermittent flows were not present, and vegetation was limited mainly to non-native tamarisk. |
| Age Class Distribution of Woody Riparian or Wetland Vegetation | 2 Low-Moderate | 3 Moderate | Wetland vegetation is generally absent in this area. Dense riparian vegetation has become common and widespread. Woody trees and shrubs have developed from the discharge of water and all age classes will be present with continued mitigation. Prior to the discharge of CAP water for mitigation, intermittent flows were not present, and vegetation was limited mainly to non-native tamarisk. |
| Native/Non-native Vegetation Species | 1 Low | 4 Moderate-High | The vegetation community includes an abundance of non-native species. Exotic removal and control is anticipated to be successful, providing a higher proportion of native to non-native vegetation. Prior to the discharge of CAP water for mitigation, intermittent flows were not present, and vegetation was limited mainly to non-native tamarisk. |

## QUEEN CREEK ENHANCEMENT AREA

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| **Hydrologic Functions** | | | |
| Hydrologic Connectivity | 5 High | 5 High | This mitigation site includes the Queen Creek mainstem, a medium to large, well-defined, single to multi-threaded, low-gradient drainage channel. The channel lacks major impediments to flow and is capable of transporting high volumes of water. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| Subsurface Flow/Groundwater Recharge | 4 Moderate-High | 4 Moderate-High | The Queen Creek mainstem has quaternary alluvial and colluvial deposits, as well as relatively shallow (20 to 75 ft bgs) depth to groundwater. There is potential for subsurface flow and potential to replenish groundwater aquifers. Dense vegetation indicates lateral flow exists, but dependent on discharge. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| Energy Dissipation | 5 High | 5 High | The Queen Creek mainstem channel has sinuosity, is low-gradient, and possess alluvium/colluvium capable of reducing flow intensities through evaporation, channel infiltration, and natural physical control features. Dense riparian vegetation provides increased overland roughness. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| Sediment Transport/Regulation | 5 High | 5 High | The Queen Creek mainstem has braided channels with well-sorted bed material and can retain and deposit of sediment during precipitation events. The dense riparian habitat enhances the ability of this area to regulate excessive sediment loads. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| **Chemical Functions** | | | |
| Elements, Compounds, and Particulate Cycling | 3 Moderate | 4 Moderate-High | The Queen Creek mainstem has the potential to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. Dense riparian habitat enhances nutrient cycling ability. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| Organic Carbon Export/Sequestration | 4 Moderate-High | 4 Moderate-High | The Queen Creek mainstem has the potential to store organic matter in subsurface soils and provide downstream pulses during flow events. The upstream adjacent reaches are ephemeral limiting both the amount and timing of carbon sequestration and export through the system. The Queen Creek mainstem has a dense riparian buffer, which increases the ability of the system to generate or export high amounts of organic carbon, this is also constrained by the narrow floodplain. No lift from the current state for this function was anticipated as a result of the mitigation actions. |

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| **Biotic Functions** | | | |
| Aquatic Invertebrate Fauna | 1 Low | 2 Low-Moderate | The Queen Creek mainstem does not exhibit permanent flows. Irruptive aquatic insects may be present in small pools or water collection areas that occur during significant precipitation events, but these temporary populations are not indicative of a stable prey community for aquatic-feeding species. A minor lift from the removal of anthropogenic disturbances is anticipated. |
| Presence of Fish and Fish Habitat Structure | 0 None | 0 None | The Queen Creek mainstem does not contain any permanent or intermittent waters. Flow events within this ephemeral system will not result in the presence of fish species. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| Riparian/Wetland Vegetation Structure | 3 Moderate | 4 Moderate-High | Dense xeroriparian vegetation is common and widespread. The vegetated area supports 2 or more plant layers and is anticipated to develop additional layers from mitigation. Currently the vegetated areas have a "high" to "moderate" degree of horizontal vegetation interspersion. A minor lift in function from the removal of anthropogenic disturbances and development of additional vegetation structure is anticipated. |
| Age Class Distribution of Woody Riparian or Wetland Vegetation | 4 Moderate-High | 4 Moderate-High | Wetland vegetation is generally absent in this area. Dense xeroriparian vegetation is common and widespread. Woody trees and shrubs from a range of age classes are present. Mitigation actions will have limited effect on this distribution. |
| Native/Non-native Vegetation Species | 4 Moderate-High | 5 High | The vegetation community in this feature is mostly native with some limited exotics. Exotic removal and control is anticipated to be successful, providing a higher proportion of native to non-native vegetation. |

## H&E TERRACE REESTABLISHMENT AREA

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| **Hydrologic Functions** | | | |
| Hydrologic Connectivity | 1 Low | 4 Moderate-High | This mitigation area is located between the uplands and the San Pedro River and proposes the reestablishment of low-gradient, single channel, lower-watershed ephemeral channels and alluvial fans. The area currently consists entirely of farm fields that have removed the natural connection between the uplands and the river. This mitigation will restore connectivity of the river floodplain between uplands and San Pedro River mainstem. This area will lack major impediments to flow. This area will be capable of transporting moderate to high volumes of water, though transport capacity is dependent on rainfall. |
| Subsurface Flow/Groundwater Recharge | 1 Low | 3 Moderate | The compacted soils of these agricultural fields prevent normal subsurface flow, as evidenced by sinkholes in field structure. Mitigation will help increase infiltration but not completely alleviate post-agriculture conditions. There is currently little lateral flow, but mitigation will slow flows and increase infiltration. |
| Energy Dissipation | 1 Low | 3 Moderate | The compacted soils of these agricultural fields impede normal energy dissipation for this landform. Mitigation will help increase energy dissipation but not completely alleviate post-agriculture conditions. New channels, alluvial fans, and riparian vegetation will provide increased overland roughness and energy dissipation. |
| Sediment Transport/Regulation | 1 Low | 4 Moderate-High | The compacted soils of these agricultural fields interfere with normal sediment transport/regulation for this landform. Mitigation will help increase this function over much of the area. New channels, alluvial fans, and riparian vegetation will provide increased sediment transport/regulation. |
| **Chemical Functions** | | | |
| Elements, Compounds, and Particulate Cycling | 1 Low | 4 Moderate-High | The compacted soils of these agricultural fields have a limited capacity to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. Mitigation will help increase this function over much of the area. |
| Organic Carbon Export/Sequestration | 1 Low | 3 Moderate | The compacted soils of these agricultural fields have a limited capacity to store organic matter in subsurface soils and provide downstream pulses during flow events. Mitigation will help increase this function, but not completely alleviate post-agriculture conditions. Development of a significant amount of dense riparian vegetation will increase the ability of the system to generate or export high amounts of organic carbon. |

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| **Biotic Functions** | | | |
| Aquatic Invertebrate Fauna | 1 Low | 2 Low-Moderate | This area does not exhibit permanent or intermittent flows. Irruptive aquatic insects may be present in small pools or water collection areas that occur during significant precipitation events, but these temporary populations are not indicative of a stable prey community for aquatic-feeding species. |
| Presence of Fish and Fish Habitat Structure | 0 None | 0 None | This area does not contain any permanent or intermittent waters. Flow events within these ephemeral systems will not result in the presence of fish species. No lift from the current state for this function was anticipated as a result of the mitigation actions. |
| Riparian/Wetland Vegetation Structure | 1 Low | 2 Low-Moderate | Vegetation in the former fields is sparse and uncommon. This area generally will not support riparian-obligate vegetation, but dense xeroriparian vegetation will become common and widespread with mitigation. Vegetated area generally supports 1 plant layer, where present, but will be anticipated to develop additional layers. Currently the vegetated areas have a "low" degree of horizontal vegetation interspersion but are anticipated to be "moderate" at completion of mitigation. |
| Age Class Distribution of Woody Riparian or Wetland Vegetation | 1 Low | 3 Moderate | Vegetation in the former fields is sparse and uncommon. Wetland vegetation is generally absent in this area. Riparian vegetation will become common and widespread. Woody trees and shrubs will develop from the mitigation actions and all age classes will be present with continued mitigation. |
| Native/Non-native Vegetation Species | 1 Low | 4 Moderate-High | Vegetation in the former fields is sparse and uncommon. The vegetation community in this area is anticipated to be mostly native, with limited opportunity for exotics. Exotic removal and control during mitigation implementation is anticipated to be very successful, providing a higher proportion of native to non-native vegetation. |

## H&E WETLAND REESTABLISHMENT AREA

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| **Hydrologic Functions** | | | |
| Hydrologic Connectivity | 1 Low | 5 High | This mitigation site includes an area of historic agricultural fields immediately adjacent to existing wetlands in the San Pedro River channel, a large, well-defined, multi-threaded, low-gradient channel. The channel lacks major impediments to flow and is capable of transporting high volumes of water. The mitigation site currently consists entirely of farm fields that have removed the natural connection between the uplands and the river. |
| Subsurface Flow/Groundwater Recharge | 1 Low | 4 Moderate-High | The adjacent San Pedro River mainstem possesses quaternary alluvial and surficial deposits, has relatively shallow (20 to 50 ft bgs) depth to groundwater, and the existing wetland characteristics show subsurface flow and potential to replenish groundwater aquifers. Mitigation will increase area with these favorable conditions. The compacted soils of these agricultural fields prevent normal subsurface flow, as evidenced by sinkholes in field structure. Dense riparian vegetation indicates lateral flow is present. |
| Energy Dissipation | 1 Low | 3 Moderate | The San Pedro River mainstem channel has some sinuosity, is low-gradient, and possesses alluvium capable of reducing flow intensities through evaporation, channel infiltration, and natural physical control features. The river has a well-developed floodplain. Restoring this area to the floodplain would enhance these functions in the new area. The compacted soils of the agricultural fields impede normal energy dissipation for this landform. Riparian vegetation provides increased overland roughness. |
| Sediment Transport/Regulation | 1 Low | 4 Moderate-High | Braided channels with well-sorted bed material and primarily unrestricted floodplains can retain and deposit large amounts of sediment during precipitation events. Restoring this area to the floodplain would enhance these functions in the new area. The compacted soils of these agricultural fields interfere with normal sediment transport/regulation for this landform. The riparian habitat will enhance the ability of this area to regulate excessive sediment loads. |
| **Chemical Functions** | | | |
| Elements, Compounds, and Particulate Cycling | 1 Low | 4 Moderate-High | The compacted soils of these agricultural fields have a limited capacity to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. Broad alluvial channels have the potential to store and mix nutrients and particles in subsurface soils and provide downstream pulses during flow events. Riparian habitat enhances nutrient cycling ability. This site may possess a hyporheic zone when saturated. |

| Function | Baseline Functional Score | Post-Mitigation Functional Score | Explanation |
|---|---|---|---|
| Organic Carbon Export/Sequestration | 1 Low | 4 Moderate-High | The San Pedro River mainstem has the potential to store organic matter in subsurface soils and provide downstream pulses during flow events. The upstream adjacent reaches are ephemeral limiting both the amount and timing of carbon sequestration and export through the system. The compacted soils of the agricultural fields have a limited capacity to store organic matter in subsurface soils and provide downstream pulses during flow events. Restoring this area to the floodplain would enhance these functions in the new area. The San Pedro River mainstem has a significant amount of in-channel vegetation and some riparian buffer, which increases the ability of the system to generate or export high amounts of organic carbon, but this vegetation is limited to the wetted area. |
| **Biotic Functions** | | | |
| Aquatic Invertebrate Fauna | 1 Low | 4 Moderate-High | This area does not currently exhibit permanent or intermittent flows and was given over to agriculture. The adjacent wetland areas support irruptive aquatic insects and provides some prey community for aquatic-feeding species. Enhancement of riparian vegetation provides additional opportunities for enhancement of invertebrate fauna community. |
| Presence of Fish and Fish Habitat Structure | 0 None | 1 Low | This area does not currently exhibit permanent or intermittent flows and was given over to agriculture. The San Pedro River possesses diversity of structure in terms of potential fish habitat. Fish may be present during flow events in this system once mitigation is complete, but the wetland area will remain off-channel. |
| Riparian/Wetland Vegetation Structure | 1 Low | 4 Moderate-High | Vegetation in the former fields is sparse and uncommon. The adjacent wetlands area support wetland and riparian-obligate vegetation. Riparian vegetation is common and widespread and widespread but will only be dense along wetland margins. The vegetated area supports 2 or more plant layers but is anticipated to develop additional layers from mitigation. The vegetated areas are anticipated to have a "moderate" degree of horizontal vegetation interspersion at completion of mitigation. |
| Age Class Distribution of Woody Riparian or Wetland Vegetation | 1 Low | 4 Moderate-High | Vegetation in the former fields is sparse and uncommon. Wetland vegetation is present in the adjacent wetlands. generally absent in this area. Riparian vegetation is common and widespread but will only along wetland margins. Woody trees and shrubs from a range of age classes are present. Mitigation actions will increase the area exhibiting these conditions. |
| Native/Non-native Vegetation Species | 1 Low | 4 Moderate-High | Vegetation in the former fields is sparse and uncommon. The vegetation community in this area is a mix of native and non-native species. Exotic removal and control is anticipated to be successful, providing a higher proportion of native to non-native vegetation. |

*This page intentionally left blank.*

# APPENDIX B

**MRSC
Worksheets**

8-RCMSER-2097

*This page intentionally left blank*

Impact Class A

| | Function | Score |
|---|---|---|
| **Physical** | Hydrologic Connectivity | 5 |
| | Subsurface Flow\Groundwater Recharge | 4 |
| | Energy Dissipation | 5 |
| | Sediment Transport/Regulation | 5 |
| **Chemical** | Elements, Compounds, and Particulate Cycling | 4 |
| | Organic Carbon Export/Sequestration | 4 |
| **Biotic** | Aquatic Invertebrate Fauna | 1 |
| | Presence of Fish\Fish Habitat Structure | 0 |
| | Riparian/Wetland Habitat Structure | 4 |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 4 |
| | Native/Non-native Vegetation Species | 5 |

MAR-5 Restoration Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | Ratio Adjustment |
|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 5 | 4 | 4 | 0 | |
| | Subsurface Flow\Groundwater Recharge | 4 | 2 | 5 | 3 | |
| | Energy Dissipation | 5 | 2 | 4 | 2 | |
| | Sediment Transport/Regulation | 5 | 2 | 4 | 2 | |
| Chemical | Elements, Compounds, and Particulate Cycling | 4 | 2 | 4 | 2 | |
| | Organic Carbon Export/Sequestration | 4 | 2 | 4 | 2 | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 3 | 2 | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 2 | 2 | |
| | Riparian/Wetland Habitat Structure | 4 | 2 | 4 | 2 | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 4 | 2 | 4 | 2 | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | |
| | Total | 41 | 20 | 42 | 22 | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 1.50 |
|---|---|
| PM Justification: | |

ORRS Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 5 | 4 | 4 | 0 | | |
| | Subsurface Flow\Groundwater Recharge | 4 | 2 | 2 | 0 | | |
| | Energy Dissipation | 5 | 2 | 4 | 2 | | |
| | Sediment Transport/Regulation | 5 | 2 | 4 | 2 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 4 | 2 | 3 | 1 | | |
| | Organic Carbon Export/Sequestration | 4 | 2 | 3 | 1 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 4 | 3 | | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 2 | 2 | | |
| | Riparian/Wetland Habitat Structure | 4 | 2 | 3 | 1 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 4 | 2 | 3 | 1 | | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | | |
| | Total | 41 | 20 | 36 | 16 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 1.75 |
|---|---|
| PM Justification: | |

Queen Creek Enhancement Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | Ratio Adjustment |
|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 5 | 5 | 5 | 0 | |
| | Subsurface Flow\Groundwater Recharge | 4 | 4 | 4 | 0 | |
| | Energy Dissipation | 5 | 5 | 5 | 0 | |
| | Sediment Transport/Regulation | 5 | 5 | 5 | 0 | |
| Chemical | Elements, Compounds, and Particulate Cycling | 4 | 3 | 4 | 1 | |
| | Organic Carbon Export/Sequestration | 4 | 4 | 4 | 0 | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 2 | 1 | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 0 | 0 | |
| | Riparian/Wetland Habitat Structure | 4 | 3 | 4 | 1 | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 4 | 4 | 4 | 0 | |
| | Native/Non-native Vegetation Species | 5 | 4 | 5 | 1 | |
| | Total | 41 | 38 | 42 | 4 | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 3.50 |
|---|---|
| PM Justification: | |

H&E Terrace Reestablishment Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 5 | 1 | 4 | 3 | | |
| | Subsurface Flow\Groundwater Recharge | 4 | 1 | 3 | 2 | | |
| | Energy Dissipation | 5 | 1 | 3 | 2 | | |
| | Sediment Transport/Regulation | 5 | 1 | 4 | 3 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 4 | 1 | 4 | 3 | | |
| | Organic Carbon Export/Sequestration | 4 | 1 | 3 | 2 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 2 | 1 | | |
| | Presence of Fish/Fish Habitat Structure | 0 | 0 | 0 | 0 | | |
| | Riparian/Wetland Habitat Structure | 4 | 1 | 2 | 1 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 4 | 1 | 3 | 2 | | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | | |
| | Total | 41 | 10 | 32 | 22 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 1.50 |
|---|---|
| PM Justification: | |

H&E Wetland Reestablishment Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 5 | 1 | 5 | 4 | | |
| | Subsurface Flow\Groundwater Recharge | 4 | 1 | 4 | 3 | | |
| | Energy Dissipation | 5 | 1 | 3 | 2 | | |
| | Sediment Transport/Regulation | 5 | 1 | 4 | 3 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 4 | 1 | 4 | 3 | | |
| | Organic Carbon Export/Sequestration | 4 | 1 | 4 | 3 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 4 | 3 | | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 1 | 1 | | |
| | Riparian/Wetland Habitat Structure | 4 | 1 | 4 | 3 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 4 | 1 | 4 | 3 | | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | | |
| | Total | 41 | 10 | 41 | 31 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 0.75 |
|---|---|
| PM Justification: | |

**Attachment 12501.6 - SPD Mitigation Ratio Setting Checklist (See 12501-SPD for Revisions Sheet)**

| | | | | | |
|---|---|---|---|---|---|
| 1 | 9/15/2020 | Corps File No.: SPL-2018 00547 | | Project Manager MWL | |
| | Impact Site Name | Class B | ORM Resource | River/Stream | Hydrology Ephemeral |
| | Impact Cowardin or HGM type | Riverine | Impact area: | 39.98 | Impact distance linear feet |

| | Mitigation Sites | | | | |
|---|---|---|---|---|---|
| | Mitigation Site Name: MAR-5<br>Mitigation Type: Restoration<br>ORM Resource Type: River/Stream<br>Cowardin/HGM type:<br>Hydrology: | Mitigation Site Name: ORRS<br>Mitigation Type: Restoration<br>ORM Resource Type: River/Stream<br>Cowardin/HGM type:<br>Hydrology: | Mitigation Site Name: Queen Creek<br>Mitigation Type: Enhancement<br>ORM Resource Type: River/Stream<br>Cowardin/HGM type:<br>Hydrology: | Mitigation Site Name: H&E Terrace<br>Mitigation Type: Restoration<br>ORM Resource Type: River/Stream<br>Cowardin/HGM type:<br>Hydrology: | Mitigation Site Name: H&E Wetland<br>Mitigation Type: Restoration<br>ORM Resource Type: River/Stream<br>Cowardin/HGM type:<br>Hydrology: |
| 2 Qualitative impact-mitigation comparison | Starting ratio 1.00 : 1.00<br>Ratio adjustment 0.75<br>Baseline ratio 1.75 : 1.00<br>PM justification: See qualitative sheet for adjustment | Starting ratio 1.00 : 1.00<br>Ratio adjustment 1.60<br>Baseline ratio 2.60 : 1.00<br>PM justification: See qualitative sheet for adjustment | Starting ratio 1.00 : 1.00<br>Ratio adjustment 3.00<br>Baseline ratio 4.00 : 1.00<br>PM justification: See qualitative sheet for adjustment | Starting ratio 1.00 : 1.00<br>Ratio adjustment 0.50<br>Baseline ratio 1.50 : 1.00<br>PM justification: See qualitative sheet for adjustment | Starting ratio 1.00 : 1.00<br>Ratio adjustment -0.50<br>Baseline ratio 1.00 : 1.50<br>PM justification: See qualitative sheet for adjustment |
| 3 Quantitative impact-mitigation comparison | N/A : | N/A : | N/A : | N/A | N/A |
| 4 Mitigation site location | Ratio adjustment 0<br>PM justification: Impact site and mitigation site are within the same HUC 8. | Ratio adjustment 0<br>PM justification: Impact site and mitigation site are within the same HUC 8. | Ratio adjustment 0<br>PM justification: Impact site and mitigation site are within the same HUC 8. | Ratio adjustment 1<br>PM justification: Located in adjacent HUC 8 with direct hydrologic connection to Gila River near impact site. | Ratio adjustment 1<br>PM justification: Located in adjacent HUC 8 with direct hydrologic connection to Gila River near impact site. |
| 5 Net loss of aquatic resource surface area: | Ratio adjustment 0<br>PM justification: Aquatic resource establishment has occurred. | Ratio adjustment 1<br>PM justification: No aquatic resource establishment is proposed. | Ratio adjustment 1<br>PM justification: No aquatic resource establishment is proposed. | Ratio adjustment 0<br>PM justification: Aquatic resource establishment proposed as part of mitigation. | Ratio adjustment 0<br>PM justification: Aquatic resource establishment proposed as part of mitigation. |
| 6 Type conversion: | Ratio adjustment -3<br>PM justification: Riparian habitat adjacent to Gila River is a rare and valuable resource in Arizona. | Ratio adjustment -3<br>PM justification: Riparian habitat adjacent to Gila River is a rare and valuable resource in Arizona. | Ratio adjustment -1.5<br>PM justification: Riparian habitat adjacent to Queen Creek is a rare and valuable resource in Arizona. | Ratio adjustment -2.5<br>PM justification: Riparian habitat adjacent to the San Pedro River is a rare and valuable resource in Arizona. | Ratio adjustment -3.5<br>PM justification: Wetland habitat adjacent to the San Pedro River is a rare and valuable resource in Arizona. |
| 7 Risk and uncertainty: | Ratio adjustment 2<br>PM justification: Permittee-responsible mitigation, vegetation maintenance, artificial hydrology (during establishment). | Ratio adjustment 2<br>PM justification: Permittee-responsible mitigation, vegetation maintenance. | Ratio adjustment 0.7<br>PM justification: Permittee-responsible mitigation, vegetation maintenance. | Ratio adjustment 0.7<br>PM justification: Permittee-responsible mitigation, vegetation maintenance, structures, artificial hydrology (establishment). | Ratio adjustment 0.7<br>PM justification: Permittee-responsible mitigation, vegetation maintenance, difficult-to-replace resource. |
| 8 Temporal loss | Ratio adjustment 0<br>PM justification: Tree species already present. | Ratio adjustment 0<br>PM justification: Mitigation completed before impact incurred. | Ratio adjustment 0<br>PM justification: Mitigation completed before impact incurred. | Ratio adjustment 0<br>PM justification: Mitigation completed before impact incurred. | Ratio adjustment 0<br>PM justification: Mitigation completed before impact incurred. |
| 9 Final mitigation ratio(s): | Baseline ratio from 2 or 3 1.75 : 1.00<br>Total adjustments (4-8): -1<br>Final ratio: 1.75 : 2.00<br>0.85 : 1<br>to Resource type River/Stream<br>Cowardin or HGM Riverine<br>Hydrology<br>Total Acreage at Site 123.00 acres feet<br>of Resource type River/Stream<br>Cowardin or HGM Riverine<br>Hydrology 0<br>Mitigation Credits acres feet | Baseline ratio from 2 or 3 2.60 : 1.00<br>Total adjustments (4-8): 0<br>Final ratio 2.60 : 1.00<br>2.60 : 1<br>to Resource type River/Stream<br>Cowardin or HGM Riverine<br>Hydrology<br>Total Acreage at Site 23.00 acres feet<br>of Resource type River/Stream<br>Cowardin or HGM 0<br>Hydrology 0<br>Mitigation Credits acres feet | Baseline ratio from 2 or 3 4.00 : 1.00<br>Total adjustments (4-8): 0.2<br>Final ratio 4.20 : 1.00<br>4.20 : 1<br>to Resource type River/Stream<br>Cowardin or HGM Riverine<br>Hydrology<br>Total Acreage at Site 33.00 acres linear feet<br>of Resource type River/Stream<br>Cowardin or HGM 0<br>Hydrology 0<br>Mitigation Credits acres linear feet | Baseline ratio from 2 or 3 1.50 : 1.00<br>Total adjustments (4-8): -0.5<br>Final ratio: 1.50 : 1.80<br>0.83 : 1<br>to Resource type River/Stream<br>Cowardin or HGM Riverine<br>Hydrology<br>Total Acreage at Site 300.00 acres linear feet<br>of Resource type River/Stream<br>Cowardin or HGM 0<br>Hydrology 0<br>Mitigation Credits acres linear feet | Baseline ratio from 2 or 3 1.00 : 1.50<br>Total adjustments (4-8): -1.8<br>Final ratio: 1.00 : 3.30<br>0.30 : 1<br>to Resource type River/Stream<br>Cowardin or HGM Riverine<br>Hydrology<br>Total Acreage at Site 15.00 acres linear feet<br>of Resource type River/Stream<br>Cowardin or HGM 0<br>Hydrology 0<br>Mitigation Credits acres linear feet |
| 10 Final compensatory mitigation requirements: | Starting impact acres<br>Remaining impact acres | Starting impact acres<br>Remaining impact acres | Starting impact acres<br>Remaining impact acres | Starting impact acres<br>Remaining impact acres | Starting impact acres<br>Remaining impact acres |

*This page intentionally left blank*

Impact Class B

| | Function | Score |
|---|---|---|
| **Physical** | Hydrologic Connectivity | 4 |
| | Subsurface Flow\Groundwater Recharge | 3 |
| | Energy Dissipation | 3 |
| | Sediment Transport/Regulation | 3 |
| **Chemical** | Elements, Compounds, and Particulate Cycling | 3 |
| | Organic Carbon Export/Sequestration | 2 |
| **Biotic** | Aquatic Invertebrate Fauna | 1 |
| | Presence of Fish\Fish Habitat Structure | 0 |
| | Riparian/Wetland Habitat Structure | 3 |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 |
| | Native/Non-native Vegetation Species | 5 |

MAR-5 Restoration Area

|  | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | Ratio Adjustment |
|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 4 | 4 | 4 | 0 | |
| | Subsurface Flow\Groundwater Recharge | 3 | 2 | 5 | 3 | |
| | Energy Dissipation | 3 | 2 | 4 | 2 | |
| | Sediment Transport/Regulation | 3 | 2 | 4 | 2 | |
| Chemical | Elements, Compounds, and Particulate Cycling | 3 | 2 | 4 | 2 | |
| | Organic Carbon Export/Sequestration | 2 | 2 | 4 | 2 | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 3 | 2 | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 2 | 2 | |
| | Riparian/Wetland Habitat Structure | 3 | 2 | 4 | 2 | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 2 | 4 | 2 | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | |
| | Total | 30 | 20 | 42 | 22 | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 0.75 |
|---|---|
| PM Justification: | |

ORRS Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 4 | 4 | 4 | 0 | | |
| | Subsurface Flow\Groundwater Recharge | 3 | 2 | 2 | 0 | | |
| | Energy Dissipation | 3 | 2 | 4 | 2 | | |
| | Sediment Transport/Regulation | 3 | 2 | 4 | 2 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 3 | 2 | 3 | 1 | | |
| | Organic Carbon Export/Sequestration | 2 | 2 | 3 | 1 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 4 | 3 | | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 2 | 2 | | |
| | Riparian/Wetland Habitat Structure | 3 | 2 | 3 | 1 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 2 | 3 | 1 | | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | | |
| | Total | 30 | 20 | 36 | 16 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 1.60 |
|---|---|
| PM Justification: | |

Queen Creek Enhancement Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | Ratio Adjustment |
|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 4 | 5 | 5 | 0 | |
| | Subsurface Flow\Groundwater Recharge | 3 | 4 | 4 | 0 | |
| | Energy Dissipation | 3 | 5 | 5 | 0 | |
| | Sediment Transport/Regulation | 3 | 5 | 5 | 0 | |
| Chemical | Elements, Compounds, and Particulate Cycling | 3 | 3 | 4 | 1 | |
| | Organic Carbon Export/Sequestration | 2 | 4 | 4 | 0 | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 2 | 1 | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 0 | 0 | |
| | Riparian/Wetland Habitat Structure | 3 | 3 | 4 | 1 | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 4 | 4 | 0 | |
| | Native/Non-native Vegetation Species | 5 | 4 | 5 | 1 | |
| | Total | 30 | 38 | 42 | 4 | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 3.00 |
|---|---|
| PM Justification: | |

H&E Terrace Reestablishment Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 4 | 1 | 4 | 3 | | |
| | Subsurface Flow\Groundwater Recharge | 3 | 1 | 3 | 2 | | |
| | Energy Dissipation | 3 | 1 | 3 | 2 | | |
| | Sediment Transport/Regulation | 3 | 1 | 4 | 3 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 3 | 1 | 4 | 3 | | |
| | Organic Carbon Export/Sequestration | 2 | 1 | 3 | 2 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 2 | 1 | | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 0 | 0 | | |
| | Riparian/Wetland Habitat Structure | 3 | 1 | 2 | 1 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 1 | 3 | 2 | | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | | |
| | Total | 30 | 10 | 32 | 22 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 0.50 |
|---|---|
| PM Justification: | |

H&E Wetland Reestablishment Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 4 | 1 | 5 | 4 | | |
| | Subsurface Flow\Groundwater Recharge | 3 | 1 | 4 | 3 | | |
| | Energy Dissipation | 3 | 1 | 3 | 2 | | |
| | Sediment Transport/Regulation | 3 | 1 | 4 | 3 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 3 | 1 | 4 | 3 | | |
| | Organic Carbon Export/Sequestration | 2 | 1 | 4 | 3 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 4 | 3 | | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 1 | 1 | | |
| | Riparian/Wetland Habitat Structure | 3 | 1 | 4 | 3 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 1 | 4 | 3 | | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | | |
| | Total | 30 | 10 | 41 | 31 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | -0.50 |
|---|---|
| PM Justification: | |

8-RCMSER-2113

*This page intentionally left blank*

Impact Class C

| | Function | Score |
|---|---|---|
| **Physical** | Hydrologic Connectivity | 2 |
| | Subsurface Flow\Groundwater Recharge | 2 |
| | Energy Dissipation | 2 |
| | Sediment Transport/Regulation | 2 |
| **Chemical** | Elements, Compounds, and Particulate Cycling | 2 |
| | Organic Carbon Export/Sequestration | 1 |
| **Biotic** | Aquatic Invertebrate Fauna | 1 |
| | Presence of Fish\Fish Habitat Structure | 0 |
| | Riparian/Wetland Habitat Structure | 3 |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 |
| | Native/Non-native Vegetation Species | 5 |

MAR-5 Restoration Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | Ratio Adjustment |
|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 2 | 4 | 4 | 0 | |
| | Subsurface Flow\Groundwater Recharge | 2 | 2 | 5 | 3 | |
| | Energy Dissipation | 2 | 2 | 4 | 2 | |
| | Sediment Transport/Regulation | 2 | 2 | 4 | 2 | |
| Chemical | Elements, Compounds, and Particulate Cycling | 2 | 2 | 4 | 2 | |
| | Organic Carbon Export/Sequestration | 1 | 2 | 4 | 2 | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 3 | 2 | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 2 | 2 | |
| | Riparian/Wetland Habitat Structure | 3 | 2 | 4 | 2 | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 2 | 4 | 2 | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | |
| | Total | 23 | 20 | 42 | 22 | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 0.00 |
|---|---|
| PM Justification: | |

8-RCMSER-2116

ORRS Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 2 | 4 | 4 | 0 | | |
| | Subsurface Flow\Groundwater Recharge | 2 | 2 | 2 | 0 | | |
| | Energy Dissipation | 2 | 2 | 4 | 2 | | |
| | Sediment Transport/Regulation | 2 | 2 | 4 | 2 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 2 | 2 | 3 | 1 | | |
| | Organic Carbon Export/Sequestration | 1 | 2 | 3 | 1 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 4 | 3 | | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 2 | 2 | | |
| | Riparian/Wetland Habitat Structure | 3 | 2 | 3 | 1 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 2 | 3 | 1 | | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | | |
| | Total | 23 | 20 | 36 | 16 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 0.10 |
|---|---|
| PM Justification: | |

Queen Creek Enhancement Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 2 | 5 | 5 | 0 | | |
| | Subsurface Flow\Groundwater Recharge | 2 | 4 | 4 | 0 | | |
| | Energy Dissipation | 2 | 5 | 5 | 0 | | |
| | Sediment Transport/Regulation | 2 | 5 | 5 | 0 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 2 | 3 | 4 | 1 | | |
| | Organic Carbon Export/Sequestration | 1 | 4 | 4 | 0 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 2 | 1 | | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 0 | 0 | | |
| | Riparian/Wetland Habitat Structure | 3 | 3 | 4 | 1 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 4 | 4 | 0 | | |
| | Native/Non-native Vegetation Species | 5 | 4 | 5 | 1 | | |
| | Total | 23 | 38 | 42 | 4 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 3.00 |
|---|---|
| PM Justification: | |

H&E Terrace Reestablishment Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | | Ratio Adjustment |
|---|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 2 | 1 | 4 | 3 | | |
| | Subsurface Flow\Groundwater Recharge | 2 | 1 | 3 | 2 | | |
| | Energy Dissipation | 2 | 1 | 3 | 2 | | |
| | Sediment Transport/Regulation | 2 | 1 | 4 | 3 | | |
| Chemical | Elements, Compounds, and Particulate Cycling | 2 | 1 | 4 | 3 | | |
| | Organic Carbon Export/Sequestration | 1 | 1 | 3 | 2 | | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 2 | 1 | | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 0 | 0 | | |
| | Riparian/Wetland Habitat Structure | 3 | 1 | 2 | 1 | | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 1 | 3 | 2 | | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | | |
| | Total | 23 | 10 | 32 | 22 | | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | 0.20 |
|---|---|
| PM Justification: | |

H&E Wetland Reestablishment Area

| | Function | Functional Score of Impact Site | Baseline Functional Score of Mitigation Site | Post-Mitigation Functional Score | Functional Gain from Mitigation | Ratio Adjustment |
|---|---|---|---|---|---|---|
| Physical | Hydrologic Connectivity | 2 | 1 | 5 | 4 | |
| | Subsurface Flow\Groundwater Recharge | 2 | 1 | 4 | 3 | |
| | Energy Dissipation | 2 | 1 | 3 | 2 | |
| | Sediment Transport/Regulation | 2 | 1 | 4 | 3 | |
| Chemical | Elements, Compounds, and Particulate Cycling | 2 | 1 | 4 | 3 | |
| | Organic Carbon Export/Sequestration | 1 | 1 | 4 | 3 | |
| Biotic | Aquatic Invertebrate Fauna | 1 | 1 | 4 | 3 | |
| | Presence of Fish\Fish Habitat Structure | 0 | 0 | 1 | 1 | |
| | Riparian/Wetland Habitat Structure | 3 | 1 | 4 | 3 | |
| | Age Class Distribution of Wooded Riparian or Wetland Habitat | 3 | 1 | 4 | 3 | |
| | Native/Non-native Vegetation Species | 5 | 1 | 4 | 3 | |
| | Total | 23 | 10 | 41 | 31 | |

Baseline Score=pre-mitigation condition of mitigation site
Post-Mitigation Score=F&A after mitigation work completed
Functional gain=difference between the two ("functional lift")

| Total Adjustment: | -1.75 |
|---|---|
| PM Justification: | |

# Appendix E. Alternatives Impact Summary

Appendix E

# Summary of Impacts

One of the core processes of any environmental impact statement (EIS)-level National Environmental Policy Act (NEPA) analysis is public outreach early in the project, which serves to inform the public, stakeholders, Tribes, and other Federal, State, and municipal agencies of the nature of the proposed action and provides an opportunity for interested persons to ask questions of the lead Federal agency and to express thoughts or concerns they may have regarding the action. This process is referred to as "scoping."

The scoping process also serves as a means for the lead agency to gather initial ideas for alternative actions to the project that may accomplish the same overall purpose but possibly be less damaging to the environment. And, lastly, the public scoping process is essential to initially identifying potential effects on resources and other issues that will be analyzed in detail in the EIS.

The scoping process for this EIS is detailed in the "Resolution Copper Project and Land Exchange Environmental Impact Statement Scoping Report" (Scoping Report) available here: https://www.resolutionmineeis.us/documents/usfs-tonto-scoping-report.

The information gathered during the scoping process was subsequently analyzed by members of the project team and distilled into 14 major issues for consideration in the EIS. Nearly all of these major issues include sub-issues to further focus the analysis, and all included specific "factors for analysis" as a means to gauge and compare effects. Details of how comments gathered during scoping were distilled into primary issues and sub-issues are documented in "Resolution Copper Project and Land Exchange Environmental Impact Statement: Final Summary of Issues Identified Through Scoping Process," available at https://www.resolutionmineeis.us/documents/usfs-tonto-issues-report-201711.

Table E-1 below provides a complete listing of primary issues and sub-issues that guided the effects analysis and a summary of impacts by project alternative. Please note that this table is organized by major issue as derived from the scoping process and the issues analysis, rather than by the section of the final EIS (FEIS) in which that resource is addressed; the information in the leftmost column points the reader to where in the FEIS the corresponding analysis may be found.

A high-level look at impacts and differences between alternatives is displayed at the end of chapter 2. Whereas appendix E also summarizes impacts, it is specifically intended to provide a crosswalk between the original issues/sub-issues and the actual results of the analysis, and to provide a more detailed yet succinct comparison between alternatives.

As documented in the footnotes to table E-1, during the course of the impacts analysis, certain sub-issues were modified or dismissed altogether for the specific reasons cited in each footnote.

8-RCMSER-2123

Appendix E

*This page intentionally left blank.*

8-RCMSER-2124

Appendix E

Table E-1. Alternatives Impact Summary

| EIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Rosemont Copper Project Action | Alternative 3 – Barrel No-Tailings Blending Starting | Alternative 4 – Phased Tailings | Alternative 6 – Scholefield Canyon |
|---|---|---|---|---|---|---|

Appendix E

| FEIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Your Proposed Action | Alternative 3 – Your West-Wide Lease | Alternative 4 – Pug Ltg | Alternative 5 – Pug Ltg | Alternative 6 – Short Camp |
|---|---|---|---|---|---|---|---|

E-1

Appendix E

| PBS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Nez Wild Proposed Action | Alternative 3 – Nez Wild – Unmaintained Existing | Alternative 4 – Nez Wild Restoring | Alternative 5 – PayLip | Alternative 6 – Slush Camp |
|---|---|---|---|---|---|---|---|

E-6

8-RCMSER-2127

Appendix E

E-7

Appendix E

| FEIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Proposed Action / Northern Blackcloud Scoping | Alternative 4 – Scoping | Alternative 5 – Paydirt | Alternative 6 – Stant Corp |
|---|---|---|---|---|---|---|

E-8

Appendix E

| FEIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Northwest Proposed Action | Alternative 3 – Northwest – Disabled and Blending | Alternative 4 – Flagstaff | Alternative 5 – Stock Camp |
|---|---|---|---|---|---|---|
| 3.10.14 | SO2 [Air Quality] | No impacts anticipated | Potential release of hazardous substances during transport and use of fuel, lubricants, and other materials; increased quantity of hazardous materials in use | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 |
| 3.5.4.6, 3.9.2.4 and 3.11.4.2 | SO4 [Quality & assessment of impacts to local economy] | No large-scale current conditions | Under Alternative 2 increased traffic associated with increased public services could be expected to be enhanced | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 |
| | Issue 10: Public Health and Safety–Risks Related to Substance | | | | | |
| 3.9.2 | SO1 [Public Health and Safety] | No large-scale current conditions | While proposed classified as hazardous substance, during normal operation, increased potential to be exposed during transport and use; hazardous materials in use | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 |
| | Issue 14: Water Resources – Groundwater Availability | | | | | |
| 3.11.5 | SO1 [Direction and disposal of surface and subsurface groundwater with background conditions] | Direction from the direction of surface and subsurface groundwater based on CQ condition; NEPQ; No effects anticipated | Additional direction as identified by CQ during groundwater condition; NEPQ; CQ condition based; No effects anticipated | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 |

E-9

| FEIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Near West Proposed Action | Alternative 3 – Near West – Ultrathickened | Alternative 4 – Silver King | Alternative 5 – Peg Leg | Alternative 6 – Skunk Camp |
|---|---|---|---|---|---|---|---|
| 3.7.1.5 | 6A-2. Geographic extent in which water resources may be impacted | Geographic area impacted by groundwater drawdown under the no action alternative shown in FEIS figure 3.7.1-8 | Geographic area impacted by groundwater drawdown caused by mine dewatering shown in FEIS figure 3.7.1-3, geographic area impacted by groundwater drawdown caused by the Desert Wellfield shown in FEIS figure 3.7.1-2 | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 |
| 3.7.1.5 | 6A-3. Duration of the effect (in years) | Takes approximately 150–200 years to see maximum drawdown from mine dewatering; recovery of water levels would continue longer<br>No drawdown would occur at Desert Wellfield. | Takes approximately 500–900 years to see maximum drawdown from mine dewatering at some groundwater-dependent ecosystem (GDE) locations; recovery of water levels would continue longer.<br>Drawdown at Desert Wellfield recovers within approximately 150 years after closure. | Same as Alternative 2 | Same as Alternative 2 for mine dewatering<br>Drawdown at Desert Wellfield recovers within ~20 years after closure | Same as Alternative 2 | Same as Alternative 2 |
| 3.7.1.5 | 6A-4. Comparison of mine water needs and water balance with overall basin water balance, both total volume (acre-feet) and annual rate (acre-feet per year) | No water would be pumped from Desert Wellfield. Mine dewatering pumping would continue indefinitely | Desert Wellfield pumping over the life of the mine = 590,000 acre-feet<br>87,000 acre-feet pumped over the life of the mine for dewatering | Desert Wellfield pumping over the life of the mine = 490,000 acre-feet<br>87,000 acre-feet pumped over the life of the mine for dewatering | Desert Wellfield pumping over the life of the mine = 180,000 acre-feet<br>87,000 acre-feet pumped over the life of the mine for dewatering | Desert Wellfield pumping over the life of the mine = 540,000 acre-feet<br>87,000 acre-feet pumped over the life of the mine for dewatering | Desert Wellfield pumping over the life of the mine = 540,000 acre-feet<br>87,000 acre-feet pumped over the life of the mine for dewatering |
| 3.7.1.5 | 6A-5. REVISED[14] Assessment of impact to general groundwater supply areas (feet of water-level decrease) | No impacts anticipated | For wells connected to regional aquifers, drawdown from mine dewatering up to 30 feet anticipated in Top-of-the-World and Superior. Wells in shallow alluvium or fractures are unlikely to be impacted<br>Maximum drawdown impacts from Desert Wellfield anticipated to be 40–50 feet at New Magma Irrigation and Drainage District (NMIDD), 110–140 feet near wellfield. | Same as Alternative 2 | Same as Alternative 2 for mine dewatering<br>Maximum drawdown impacts from Desert Wellfield anticipated to be less than 20 feet at NMIDD, 30–35 feet near wellfield | Same as Alternative 2 | Same as Alternative 2 |
| 3.7.1.5 | 6A-6. Potential for subsidence to occur as a result of groundwater withdrawal | No impacts anticipated | Drawdown associated with the Desert Wellfield would contribute to lowering of groundwater levels in the East Salt River valley basin, including near two known areas of known ground subsidence. There is the potential for Desert Wellfield pumping to contribute to regional subsidence. | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 |
| | **Issue 6B: Water Resources – Groundwater Quality** | | | | | | |
| 3.7.2.4, Risk of Seepage Impacting Groundwater or Surface Water Quality (sections for each alternative) | 6B-1. [REVISED][15] Quantitative assessment of anticipated groundwater quality changes, compared for context with Arizona water quality standards | No tailings seepage would occur; no changes in groundwater quality beyond existing conditions would be anticipated. | Concentrations are not anticipated to be above standards in aquifers downgradient of tailings facility.<br>Selenium concentrations are anticipated to be above surface water standards at Whitlow Ranch Dam.<br>Most concentrations are anticipated to increase from baseline conditions; sulfate concentrations are anticipated to be above secondary standards | Concentrations are not anticipated to be above standards in aquifers or surface waters downgradient of tailings facility<br>Selenium and cadmium concentrations are anticipated to increase from baseline conditions | Concentrations are not anticipated to be above standards in aquifers downgradient of tailings facility<br>Selenium concentrations are anticipated to be above surface water standards at Whitlow Ranch Dam.<br>Most concentrations are anticipated to increase from baseline conditions; sulfate concentrations are anticipated to be above secondary standards | Concentrations are not anticipated to be above standards in aquifers or surface waters downgradient of tailings facility.<br>Most concentrations are anticipated to increase from baseline conditions; sulfate concentrations are anticipated to be substantially above secondary standards | Concentrations are not anticipated to be above standards in aquifers or surface waters downgradient of tailings facility<br>Most concentrations are anticipated to increase from baseline conditions; sulfate concentrations are anticipated to be above secondary standards |

[14] The original issue factor expected to be analyzed was "Number of known private and public water supply wells within the geographic extent of the water-level impact and assessment of impact to these water supplies (feet of water-level decrease)." The U.S. Forest Service (Forest Service) determined that analyzing impacts to individual wells was not feasible (see section 3.7.1). Impacts on representative wells were assessed instead.

[15] The original issue factor expected to be analyzed was "Quantitative assessment of the ability to meet Arizona Aquifer Water Quality Standards at points of compliance designated in the aquifer protection permit." The authority to determine the ability to meet water quality standards lies with the State of Arizona. The Forest Service disclosure focuses on anticipated impacts to groundwater and surface water quality; comparison with water quality standards is presented for context but is not a regulatory determination.

Appendix E

| FEIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Proposed Action | Alternative 3 – Non-Wind / Unduplicated | Alternative 4 – Pay Up | Alternative 5 – Shain Corp |
|---|---|---|---|---|---|---|

*Table content illegible at available resolution.*

E-12

Appendix E

| FEIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – New/Mod Proposed Action | Alternative 3 – New/Mod – Unrestricted Sharing | Alternative 4 – Pay Lag | Alternative 5 – Slash Camp |
|---|---|---|---|---|---|---|

E-15

Appendix E

| FEIS Section | Issue Category | Alternative 1— No Action | Alternative 2— New Water-Unsheathed | Alternative 3— New Water-Sheathed | Alternative 4— Sizing | Alternative 5— Pug Log | Alternative 6— Slant Carp |
|---|---|---|---|---|---|---|---|

E-14

Appendix E

E-15

Appendix E

| FEIS Section | Issue Category | Alternative 1—No Action | Alternative 2—Near West—Proposed Action | Alternative 3—Near West—Unburdened | Alternative 4—Stud Mtg | Alternative 5—Pag Log | Alternative 6—Shank Camp |
|---|---|---|---|---|---|---|---|

Appendix E

| FEIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Best/Most Proposed Action | Alternative 3 – No/West Disturbance Skimming | Alternative 4 – Reg Veg | Alternative 5 – Pug Veg | Alternative 6 – State Comp |
|---|---|---|---|---|---|---|---|
| 3.6.4.2 | | | | Same as Alternative 2 | Same as Alternative 2 | Similar to Alternative 2 | Similar to Alternative 2 |
| 3.6.2.2 | | | | Same as Alternative 2 | Same as Alternative 2 | Similar to Alternative 2 | Similar to Alternative 2 |
| 3.6.4.2 | | | | Same as Alternative 2 | Same as Alternative 2 | Similar to Alternative 2 | Similar to Alternative 2 |
| 3.6.4.2 | | | | Same as Alternative 2 | Same as Alternative 2 | Similar to Alternative 2 | Similar to Alternative 2 |
| 3.6.4.2 | | | | Same as Alternative 2 | Same as Alternative 2 | Similar to Alternative 2 | Similar to Alternative 2 |

E-17

Appendix E

E-8

Appendix E

| FDS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Real World Proposed Action | Alternative 3 – Real World – Unbalanced Silvering | Alternative 4 – Paging | Alternative 6 – Short Comp |
|---|---|---|---|---|---|---|

*Issue IV: Recreation Resources*

Appendix E

| FEIS Section | Issue Category | Alternative 1— No Action | Alternative 2— No Wild Horse Action | Alternative 3— No Wild—Streamlined Steading | Alternative 4— Pay Log | Alternative 5— Stunt Camp |
|---|---|---|---|---|---|---|

E-20

| FEIS Section | Issue Category | Alternative 1 – No Action | Alternative 2 – Near West Proposed Action | Alternative 3 – Near West – Ultrathickened | Alternative 4 – Silver King | Alternative 5 – Peg Leg | Alternative 6 – Skunk Camp |
|---|---|---|---|---|---|---|---|
| 3.11.4 | 11-5. [REVISED][175] Potential for increase in sky brightness resulting from the mine facility and mine-related vehicle lighting | No impacts anticipated | Lighting at the East Plant Site, West Plant Site, and tailings facility would be visible and noticeable at night from the town of Superior, U.S. 60, Boyce Thompson Arboretum, the Arizona National Scenic Trail, and the surrounding national forest landscape | Same as Alternative 2 | Same as Alternative 2 | The visibility of lighting at the East Plant Site and West Plant Site would be unchanged from Alternative 2. Lighting at the Alternative 5 tailings location may be visible to nighttime recreationists in the area, Arizona National Scenic Trail users, and persons traveling on the Florence-Kelvin Highway. | The visibility of lighting at the East Plant Site and West Plant Site would be unchanged from Alternative 2. However, there would be fewer observers of the night sky in the area of the tailings because of the remote location of the facility. |
| | **Issue 12: Impacts to Transportation/ Access** | | | | | | |
| 3.5.4 | 12-1. Quantitative assessment of change in type and pattern of traffic by road and vehicle type | Traffic volumes will continue to increase at an average 2% annual growth rate over the next 10 to 20 years, resulting in increased traffic levels on all roads in the area | 64 trips expected during the peak hour in peak construction and 48 trips expected during the peak hour at normal operations | Same as Alternative 2 | 68 trips expected during the peak hour in peak construction and 58 trips expected during the peak hour at normal operations. | 66 trips expected during the peak hour in peak construction and 46 trips expected during the peak hour at normal operations | Same as Alternative 5 |
| 3.5.4 | 12-2. Quantitative assessment of the change in level of service on potential highway routes and local roads | With increasing traffic, due to normal background growth and development of the area, the intersections in the project area are generally expected to operate within an acceptable level of service (LOS) in years 2022 and 2027. The Combs Road/Schnepf Road intersection is expected to operate with a side street LOS of E/F by year 2022 through 2027. | Project-related traffic would contribute to decreased LOS at many intersections, unacceptable LOS (E/F) caused by project-related traffic occurs at Main Street/U.S. 60 (construction and operations), SR 177/U.S. 60 (construction), and Magma Mine Road/U.S. 60 (operations) | Same as Alternative 2 | Similar to Alternative 2. In addition, unacceptable LOS (E/F) occurs at Silver King Mine Road/U.S. 60 (construction and operations). | Similar to Alternative 2 | Similar to Alternative 2 |
| | 12-3. [DROPPED][176] | | | | | | |
| | **Issue 13: Impacts Caused by Mine-Related Noise and Vibration** | | | | | | |
| | 13-1. [DROPPED][177] | | | | | | |
| 3.4.4 | 13-2. Qualitative assessment of the ability of alternatives to meet rural landscape expectations | No impacts anticipated | Under most conditions, predicted noise and vibration during construction and operation at sensitive receptors are below thresholds of concern, rural character would not change due to noise. | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 | Noise levels along Dripping Springs Road exceed thresholds of concern. No residual impacts after mitigations applied (paving the road, imposing 15 mph speed limit, daytime deliveries only); therefore, rural character would not change due to noise. |
| 3.4.4 | 13-3. Quantitative assessment of noise levels (A-weighted decibels (dBA)) and geographic area impacted from mine operations, blasting, and traffic and qualitative assessment of effects of noise at nearby residences and sensitive receptors | No impacts anticipated | Noise impacts were modeled for 15 sensitive receptors representing residential, recreation, and conservation land uses. Under most conditions, predicted noise and vibrations during construction and operation, for both blasting and non-blasting activities, at sensitive receptors are below thresholds of concern. | Same as Alternative 2 | Same as Alternative 2 | Same as Alternative 2 | Noise levels along Dripping Springs Road exceed thresholds of concern. No residual impacts after mitigation applied (paving the road, imposing 15 mph speed limit, daytime deliveries only) |

175 The original issue factor expected to be analyzed was "Qualitative assessment of increase in sky brightness resulting from mine facility and vehicle lighting." The factor was revised for added clarity

176 The original issue factor expected to be analyzed was "Quantitative assessment of roads decommissioned by the mine and roads lost to motorized access." This is duplicated by issue factor 10-4.

177 The original issue factor expected to be analyzed was "Qualitative assessment of the potential for noise to reach recreation areas." This is duplicated by issue factor 10-5.

Appendix E

| FEIS Section | Issue Category | Alternative 1—No Action | Alternative 2—Final WestLand Proposed Action | Alternative 3—Barrel Wash—Unauthorized Sleering | Alternative 4—Peg Leg | Alternative 6—South Camp |
|---|---|---|---|---|---|---|

E-52

# Appendix F. Alternatives Considered but Dismissed from Detailed Analysis

# Alternatives Considered but Eliminated from Detailed Study

Federal agencies are required under the National Environmental Policy Act (NEPA) to rigorously explore and objectively evaluate all reasonable alternatives which were eliminated from detailed study, and to briefly discuss the reasons for their having been eliminated. All comments received from the public, cooperating agencies, Tribes, and the project team during the scoping period in response to the proposed action that provided suggestions for alternative methods for achieving the purpose and need were considered for analysis (SWCA Environmental Consultants 2017b). Some of these alternatives were determined to be outside the scope of the project, duplicative of the alternatives already being considered in detail, unable to fulfill the purpose and need, technically or economically infeasible, or involved components or actions that would cause unnecessary environmental harm, and therefore, were not considered for detailed analysis. A number of alternatives were initially considered and analyzed but later dismissed from further detailed analysis in the draft and final environmental impact statement (EIS) for reasons summarized in the following text.

The alternatives development process is tracked in several project records and documents, including the following:

- November 2017. "Resolution Copper Project and Land Exchange Environmental Impact Statement Final Alternatives Evaluation Report" (SWCA Environmental Consultants 2017a). This document summarizes the primary alternatives development process as it occurred through November 2017.

- November 2017. "Technical Memorandum for Alternative Mining Methods, Resolution Copper Mining, LLC, Superior, AZ" (Kliche 2017). This document, for the Tonto National Forest by Dr. Charles Kliche, was included as an appendix of the November 2017 alternatives evaluation report and contains the detailed exploration of the applicability and reasonableness of alternative mining techniques other than block caving.

- February 2018. "Process Memorandum to File – Mines in Arizona 'Unavailable' for Consideration as Viable Alternatives for Tailings Disposal" (Rausch 2018). This document summarizes the exploration of using various brownfield mine sites for tailings disposal; this information was also included in the November 2017 alternatives evaluation report.

- March–April 2018. Correspondence between the U.S. Forest Service (Forest Service) and Resolution Copper Mining LLC (Resolution Copper) in March and April 2018, modifying the tailings storage design at the Near West tailings location to no longer use an upstream embankment (Resolution Copper 2018c; U.S. Forest Service 2018a).

- October 2018. "Process Memorandum to File – Evolution of Range of Alternatives Considered in Detail in DEIS, after Publication of the Alternatives Evaluation Report (Nov 2017)" (Garrett 2018c). This document summarizes additional alternatives development that occurred in early 2018, after discussions with the Bureau of Land Management. Specifically, this document explores the development of Alternative 6 – Skunk Camp, which was not included in the November 2017 alternatives evaluation report. This document also explores the evolution of naming conventions and how tailings techniques, technologies, and embankment designs evolved for the various alternatives.

- March 2019. "Memorandum regarding spreadsheet analysis of mining economics: "Dave Chambers, CSP2, 2/14/05 – updated with 2018 copper prices" (Kliche 2019). This document was authored by Dr. Kliche and reviews additional material submitted to the Tonto National Forest in December 2018, purporting to demonstrate the viability of mining techniques other than block caving.

Appendix F

- March 2019. "Process Memorandum to File – Review of Stakeholder Analysis of Alternative Mining Techniques" (Garrett 2019a). This document summarizes the review of additional material submitted to the Tonto National Forest in December 2018, purporting to demonstrate the viability of mining techniques other than block caving. This document looks at the technical aspects explored by Dr. Kliche as well as other considerations based on regulatory guidance.

- July 2019. "Process Memorandum to File – Summary of Process Steps taken during Review of Alternative Mining Techniques" (Garrett 2018f). This document lists the process steps that occurred during the project up through July 2019 related to the evaluation of alternative mining techniques.

- January 2020. "Response to 'Comments on the Resolution Copper Draft Environmental Impact Statement,' dated October 28, 2019 by Dr. David M. Chambers" (Kliche 2020). This document, authored by Dr. Kliche, reviews the public comments on the draft EIS (DEIS) analysis. Many of these comments were submitted by Dr. David Chambers, as an attachment of the Arizona Mining Reform Coalition comment letter.

- September 2020. "Process Memorandum to File – Post-DEIS Review of Alternative Mining Techniques" (Garrett 2020i). This document summarizes the process steps taken after receipt of public comments to revisit the potential for using alternative mining techniques, including Dr. Kliche's further review as well as investigations by the Geology and Subsidence Workgroup into alternative mining techniques.

## Alternative Mining Techniques

Substantial public comments were received concerning Resolution Copper's proposed panel caving mining technique (panel caving is a form of block caving), in particular requesting that alternative mining techniques be considered or required. Public comments asked for alternatives considering the following items:

- use of traditional mining methods, including less-mechanized forms of mining,

- investigation of alternatives that would result in minimal surface disturbance, and

- use of alternative mining methods to reduce the volume of tailings produced.

The proposed panel caving mining method is seen as having two major drawbacks. First, panel caving results in the creation of a subsidence area at the surface, which impacts a variety of resources. Second, because panel caving does not leave any opening or cavity belowground, there is no opportunity to backfill tailings as a potential disposal alternative. The Forest Service agreed that if an alternative mining method were found to be reasonable, it could reduce certain resource impacts, and the agency undertook an investigation into the technical and economic feasibility of using alternative mining techniques.

## OPEN-PIT MINING

Open-pit mining was considered but eliminated from detailed analysis because it would result in surface disturbances greater than those in the proposed action (panel caving), causing unnecessary environmental harm. Specifically:

- The footprint of the open pit would need to be approximately 10,000 acres, which is eight times larger than the projected maximum disturbance from subsidence (approximately 1,200 acres).

- The resulting pit would involve the total removal of Oak Flat, all of Apache Leap, approximately 4 miles of U.S. Route 60, approximately 3 miles of Queen Creek, and approximately 3 miles of Devil's Canyon.

8-RCMSER-2148

- The pit would have a stripping ratio (waste rock to ore) of 35:1 and would result in approximately 205 billion tons of waste rock. This represents more than 100 times more volume than the projected volume of tailings under the General Plan of Operations (GPO). The waste rock generated from mining would need to be disposed of at some surface location, and a tailings impoundment would still be required.

## ALTERNATIVE UNDERGROUND MINING TECHNIQUES

The term "stope" used in mining simply indicates an underground excavation or room, and the term "stoping" refers to any underground mining technique that removes ore from these areas. A spectrum of underground mining techniques was assessed, including naturally supported stoping methods (open stoping, open stoping with pillars), artificially supported stoping methods (shrinkage stoping, overhand and underhand cut-and-fill), other caved stoping methods aside from panel caving (sub-level caving), and other stoping methods like vertical crater retreat. These alternative underground mining techniques are described in detail in the "Resolution Copper Project and Land Exchange Environmental Impact Statement" Final Alternatives Evaluation Report" (SWCA Environmental Consultants 2017a). Each of these stoping methods is suited to certain characteristics of an ore body, including ore and host rock strength, the depth and type of overburden or cap rock, and the size and shape of the ore body. As shown in table F-1, very few of these underground stoping methods have characteristics that are well suited to the Resolution copper deposit, even though technically these methods could be used.

**Table F-1. Summary of underground stoping methods and their applicability to the Resolution Copper Mine ore deposit**

| Underground Stoping Method | Ideal Ore Body Characteristics | Ideal Ore Strength | Ideal Host Rock Strength | Backfill with Tailings Materials |
|---|---|---|---|---|
| *Resolution Copper Mine Deposit* | *Low grade, massive, thick* | *Weak–Moderate* | *Weak–Moderate* | *No* |
| Cut-and-fill | High grade, irregular, narrow to wide | Strong | Weak* | Yes |
| Open stoping | Small | Strong | Strong | Possible |
| Open stoping with pillar support | Low grade, horizontal or flat dipping | Strong | Strong | Possible |
| Shrinkage stoping | Fairly high grade, narrow to wide (4 to 100 feet) thick | Strong | Moderate* | Possible |
| Vertical crater retreat stoping | >40 feet thick | Strong | Strong | Possible |

* Indicates a match with the characteristics of the Resolution Copper Mine ore deposit

While there are other underground stoping techniques that could physically be applied to the Resolution copper deposit, each of the alternative underground mining methods assessed was found to have higher operational costs than panel caving. Higher operations costs would result in a shift in the "cutoff grade" of ore that could be profitably mined. The cutoff grade (given as a percentage) is the lowest grade of copper for a ton of ore that equals the cost of stripping, drilling, blasting, mining, hauling, crushing, and processing the ore (as well as administrative costs, taxes, and other overhead costs), given the current price and mill recovery.

The current cutoff grade as proposed by Resolution Copper is a greater-than-1-percent copper shell, which would result in the greatest potential volume of ore from within the deposit that can be profitably mined. The alternative underground techniques considered would shift the cutoff grade much higher and substantially reduce the amount of ore that could be profitably mined. As shown in table F-2, at a 2 percent cutoff grade, it is estimated that less than 20 percent of the deposit identified by Resolution Copper could be mined. At a 3 percent cutoff grade, it is estimated that less than 1 percent of the deposit

could be mined. For comparison, the average grade of ore removed from the historic Magma Mine has been reported to be 5 percent. This higher grade of ore was able to support a cut-and-fill mining technique.

**Table F-2. Estimated volume of Resolution Copper Mine deposit at various cutoff grades**

| Cutoff Grade | Estimated Volume (tons) | Percentage of Volume Proposed to Be Mined in GPO (%) | Source | Average Grade of Ore above the Cutoff Grade |
|---|---|---|---|---|
| 1% | 1,969,000,000 | 100 | Resolution Copper | 1.54% |
| 2% | 386,437,500 | 19.6 | Independent estimate from Resolution Copper data | Unknown |
| 3% | 7,545,919 | 0.4 | Extrapolation from first two data points | Unknown |
| 4% | 1,478,469 | 0.08 | Extrapolation from first two data points | Unknown |
| 5% | 289,676 | 0.02 | Extrapolation from first two data points | Unknown |

## Post-DEIS Analysis of Alternative Mining Techniques

Additional investigation was undertaken after receipt of public comments on the DEIS to evaluate whether the analysis of alternative mining techniques was reasonable and appropriate. Many comments received on alternative mining techniques were generic in nature, either expressing that the Tonto National Forest did not evaluate other techniques (which is not correct, as demonstrated in this appendix) or prioritized profitability over environmental protection (which is also not correct, as discussed below).

Substantive technical comments on alternative mining techniques focused on the following:

- That Resolution Copper did not make data available to the NEPA team and that the data were insufficient for the NEPA team to evaluate alternative mining techniques.
- That inappropriate or outdated references were used in the assessment.
- That incorrect ore grade terminology was used in the assessment.

Dr. Kliche clarified a number of aspects of his analysis (Kliche 2020). Dr. Kliche clarified that adequate information was available to him to conduct the required review. Dr. Kliche also evaluated the results if updated per-ton mining costs were used in the analysis, and found no substantial change. Dr. Kliche and the Geology and Subsidence Workgroup also both provided updated industry-standard references for selection of mining techniques. When applied to the site-specific characteristics of the Resolution Copper Project, all of the mining method techniques arrived at similar conclusions, with block caving identified as the preferred mining method. Additional investigation was also conducted regarding the appropriateness of in-situ mining methods (M3 Engineering and Technology Corporation 2020).

## Reasonableness of Alternative Mining Techniques

The Forest Service recognizes and acknowledges scoping comments that suggest that the use of mining techniques other than panel caving could substantially reduce impacts on surface resources, both by reducing or eliminating subsidence and by allowing the potential for backfilling tailings underground. For this reason, the potential for using alternative mining techniques was investigated explicitly during the alternatives development process.

In the end, alternative mining techniques as applied specifically to the Resolution Copper Mine deposit were not found to be reasonable, with the following rationale:

1. Panel caving is a standard mining method used in the industry and is commonly used for deposits with the grade, size, depth, and geological characteristics of the Resolution Copper Mine deposit. All industry-standard guidance reviewed arrived at similar conclusions: that block caving is an appropriate method to be applied.

2. While several underground stoping techniques could physically and technically be applied to the deposit, the ore and host rock characteristics typically favorable for these techniques differ from the characteristics of the Resolution Copper Mine deposit. While physically feasible, it is unlikely that any of these techniques would be chosen as a reasonable technique for a similar deposit.

3. Use of any of these alternative underground stoping techniques would result in higher per-ton mining costs, and as a result the cutoff grade for the deposit would need to be higher to be economically feasible. An increase in the cutoff grade from 1 percent to 2 percent removes an estimated 80 percent of the tonnage of the deposit from consideration for development. The tonnage is likely to be even lower at a 2 percent cutoff grade, as many of these areas of high-grade ore are not contiguous or continuous. Accepting this level of reduction to accommodate an alternative mining technique is not economically feasible and would not be reasonable.

This threshold of reasonableness is consistent with guidance contained in the Forest Service minerals and geology manual (Forest Service Manual (FSM) 2800) (U.S. Forest Service 2006):

> The claimant has the right to see or otherwise dispose of *all locatable minerals*, including uncommon varieties of mineral materials, on which the claimant has a valid claim. (FSM 2813.12, emphasis added)

> In managing the use of the surface and surface resources, the Forest Service should attempt to minimize or prevent, mitigate, and repair adverse environmental impacts on National Forest System surface and cultural resources as a result of lawful prospecting, exploration, mining, and mineral processing operations, as well as activities reasonably incident to such uses. This should be accomplished by imposition of reasonable conditions *which do not materially interfere with such operations*. (FSM 2817.02, emphasis added)

The Forest Service found the substantial decreases in ore development that would result by requiring an alternative mining technique would not meet the definition of reasonable, would not allow Resolution Copper to dispose of all locatable minerals on which it has valid claims, and would materially interfere with its operations. For the above reasons, alternative mining techniques were considered but eliminated from detailed analysis.

Many public comments stated a concern that the Forest Service decision to eliminate alternative mining techniques from detailed analysis in the EIS prioritized profitability over environmental protection. This is not the case. The Forest Service did not calculate the profitability of Resolution Copper's mining plan and did not factor profitability into the analysis. The analysis focuses on appropriateness and reasonableness. The analysis is underpinned by the basic assumption that using a technique with higher per-ton mining costs requires a higher ore grade; it is this basic tradeoff that results in the potential loss of 80 percent of the ore deposit if an alternative mining technique were to be employed.

## Brownfield Tailings Disposal

During scoping, public comments requested that the Forest Service identify a "brownfield" location (a site that is largely disturbed by previous activity) to store the tailings waste generated in the mining process. A list of potential brownfield sites was developed by reviewing possible mining brownfield sites in Arizona that could potentially hold all or a portion of the tailings anticipated to be produced through mining operations described in the GPO.

Appendix F

Fourteen existing pits or brownfield mine sites were originally considered for tailings disposal and are described in the following text. It rapidly became clear that no single pit had capacity for all of the tailings, so a more reasonable screening was applied: does the mine pit in question have enough capacity to at least hold the potentially acid generating (PAG) tailings? If so, this could remove a potential long-term management concern from public lands and provide improved containment.

## AJO

The expected pumping distance to the Ajo pit is estimated to be over 120 miles and would cross numerous public and private jurisdictions. The environmental harm associated with long-distance transport corridors would be substantial. Further, this location offers only a partial disposal option and does not prevent the placement of a large tailings facility on Federal land. For these reasons, use of the Ajo pit was considered to be unreasonable and was dismissed.

## CARLOTA

The Carlota site is over an existing heap leach pad and has minimal to no pit capacity for containing all of the PAG material; tailings storage would require an embankment and expansion of this heap leach area. The site is located on a complex geological area that results in high geological and hydrogeological constraints. Tailings located here have the potential to impair water quality in Pinto Creek and would require creek diversions. Location of the tailings storage facility at Carlota would not address the water quality issues, and the alternative was therefore dismissed.

## CASA GRANDE

Initial estimates showed that the Casa Grande pit potentially had the capacity to hold the PAG tailings material. Upon further investigation, it was determined that it does not have adequate capacity to store the PAG tailings material and is therefore not a suitable option for future tailings storage. This and other pits were also considered further as possible components of an alternative that would dispose of all tailings in multiple brownfield locations, but there was insufficient capacity to store all tailings, even with multiple locations. This is discussed further below.

## COPPER QUEEN (BISBEE, ARIZONA)

Copper Queen Mine is a popular tourist attraction in Bisbee, Arizona. The mine hosts tours, includes a museum, and is visited by many tourists every year. The environmental harm associated with hundreds of miles of pipeline corridor disturbance across Federal, Tribal, and other lands would be substantial. For these reasons, it was removed from further consideration for tailings storage.

## COPPERSTONE

The Copperstone site does not have the capacity to store all or even the PAG-only portion of the Resolution Copper Mine tailings; this location was therefore removed from consideration for tailings storage. However, this location was part of the assessment of storage in multiple locations, discussed further below.

## GREEN VALLEY / SIERRITA

The Green Valley / Sierrita Mine has an ongoing mining operations; for that reason, it was dismissed from further investigation.

## JOHNSON CAMP

The Johnson Camp mine has the potential for future mining operations and does not have the capacity to store all or the PAG portion of the tailings. For these reasons, the site was removed from further consideration for tailings storage.

## MIAMI AND INSPIRATION / MIAMI UNIT AND COPPER CITY

The Miami and Inspiration / Miami Unit and Copper City Mines are located within the Pinal Creek Water Quality Assurance Revolving Fund (WQARF), which is the State of Arizona's equivalent to Superfund. While not absolute, the legal concept of "joint and several liability" that drives Superfund means that use or ownership of these sites would potentially reflect liability on Resolution Copper. Use of these sites was not considered reasonable, and therefore they were dismissed.

## PINTO VALLEY MINE

The anticipated Pinto Valley Mine operation and closure was considered; however, it was determined that the mine could still be operational at the time when tailings storage is required for the Resolution Copper Project. Because current mine life is projected through 2039, the project team dismissed this location from further investigation. Tailings storage would require an additional embankment and expansion of this area.

## RAY MINE

The Ray Mine has an expected reserve life of between 2044 (ASARCO Grupo Mexico 2019) and 2066 (U.S. Army Corps of Engineers 2016) and is in the process of further expansion of a new tailings facility at Ripsey Wash as well as a land exchange with the Bureau of Land Management (BLM). The Ray Mine was removed from further consideration because it is in operation and not available for tailings storage in the necessary project time frame.

## RESOLUTION COPPER EAST PLANT SITE SUBSIDENCE AREA (POTENTIAL FUTURE BROWNFIELD SITE)

In addition to reviewing existing brownfields, scoping commenters recommended that the tailings be stored in the proposed Resolution Copper Project East Plant Site subsidence area. The feasibility of placement of tailings in the subsidence area, either as slurry or filtered tailings, was considered during alternatives development. In this scenario, the tailings would be placed initially on undisturbed land above the mining panels in the area that would gradually become a subsidence pit. The subsidence area would then be filled with tailings as it expanded over time. This option was dismissed for safety concerns, both aboveground and belowground. In panel caving, it is paramount to control the rate of panel caving and prevent air gaps from developing above the caved zone, which can lead to potentially catastrophic air blasts. Loading tailings above the panel cave operation could change the rock dynamics in unexpected and unknown ways. If it involves slurry, the added aspect of drainage from above further complicates mining operations. Safety hazards exist for personnel placing tailings aboveground as well, given the active subsidence and earth movement. Overall, it was determined through the alternatives development discussions that this option represented unreasonable safety hazards and did not conform to industry norms.

## SAN MANUEL

The expected pumping distance to the San Manuel pit is estimated to be approximately 50 miles (straight-line distance). A review of the site's geology shows a high-angle fault in the area. Hydrogeological conditions are unknown at this time but could present additional concerns. San Manuel was originally considered to represent a reasonable option; however, Resolution Copper raised concerns about its ability

to control water quality after placement of PAG tailings in the existing pit, given the proximity to the San Pedro River. These concerns were further investigated by the project team, including review of Arizona Department of Environmental Quality documents related to the closure of San Manuel. The best available information at this time suggests that use of the San Manuel pit would not successfully address the single driving issue of water quality. Specifically, the disposal methodology would not prevent oxidation of PAG material, and current gradients would deliver acid drainage directly to the aquifer. Further, movement of seepage into groundwater and movement of groundwater away from the pit would not be controlled, as the current hydraulic sink would be expected to disappear without a pit lake present. The groundwater gradient would potentially deliver poor-quality groundwater directly to the San Pedro River. For these reasons, the San Manuel pit was eliminated from detailed analysis in the EIS.

## TOHONO CYPRUS

The Tohono Cyprus site does not have the capacity to store all or the PAG portion of the tailings and was therefore eliminated from further consideration. However, this location was part of the assessment of storage in multiple locations, discussed further below.

## TWIN BUTTES

Twin Buttes has ongoing operations and future operation plans that make it infeasible for future tailings storage. The location would also require tailings to be pumped almost 100 miles (straight-line distance).

## UNITED VERDE

The United Verde site does not have the capacity to store all or the PAG portion of the tailings and was therefore eliminated from further consideration. However, this location was part of the assessment of storage in multiple locations, discussed further below.

## CONSIDERATION OF DISPOSAL IN MULTIPLE MINE PITS

Several of the mine pits described above could be potentially feasible for disposal of some tailings, even if not the entire amount or even the entire amount of PAG tailings. A further alternative was considered envisioning the disposal of tailings in multiple mine pits.

Of the above pits, the following were dismissed solely for capacity and not other reasons (SWCA Environmental Consultants 2017a):

- Casa Grande, capacity of 90 million cubic yards
- Copperstone, capacity of 13 million cubic yards
- Tohono Cyprus, capacity of 46 million cubic yards
- United Verde, capacity of 18 million cubic yards

The total capacity of these four pits is 167 million cubic yards, whereas storing PAG material would require 195 million cubic yards. Use of all of these pits combined would still result in storage of PAG material on National Forest System (NFS) land (in addition to the non-potentially acid generating (NPAG) material). Aside from insufficient capacity, an additional issue that was considered was the ramifications of needing to construct five separate tailings pipeline corridors to five separate locations. For example, for the preferred alternative:

- Pipeline corridor to deliver NPAG and PAG tailings to the Skunk Camp location, 20 miles to the southeast;
- Pipeline corridor to deliver PAG tailings to the Casa Grande pit, 50 miles to the southwest;

- Pipeline corridor to deliver PAG tailings to the Copperstone pit, 190 miles to the west;
- Pipeline corridor to deliver PAG tailings to the Tohono Cyprus pit, 70 miles to the south; and
- Pipeline corridor to deliver PAG tailings to the United Verde pit, 115 miles to the northwest.

Instead of a consolidated tailings storage facility with a 20-mile tailings corridor (the preferred alternative), this potential alternative would result in five separate tailings storage facilities with a total of 445 miles of tailings corridor (all in different directions). In return, for this alternative, the preferred alternative tailings storage facility would only be reduced in size from 1.3 billion cubic yards to 1.1 billion cubic yards. This alternative was dismissed from detailed analysis because it only increases resource impacts and increases risks, without substantially reducing the size of the main tailings storage facility.

Note that similar discussions were held regarding the placement of filtered tailings in brownfield locations. As described further later in this appendix, because filtered tailings are considered in the range of alternatives, the concept of filtered tailings could potentially be applied by the forest supervisor in the final decision to any of the considered tailings locations. This includes the placement of filtered tailings at brownfield locations.

Filtered tailings have less water content and therefore occupy less volume than slurry tailings (though the mass of tailings remains the same). At placement, filtered tailings would be 86 to 89 percent solids, compared with 50 to 65 percent solids for thickened tailings (Alternative 3, for example). However, after initial placement, large amounts of water are recovered from slurry tailings. The estimated volume is roughly 135 million cubic yards for PAG tailings (compared with 195 million cubic yards for PAG slurry tailings) and 825 million cubic yards for NPAG tailings (compared with 1,105 million cubic yards for slurry NPAG tailings) (Klohn Crippen Berger Ltd. 2018c). The filtered tailings occupy roughly 75 percent of the space required for slurry tailings.

The filtered tailings approach would theoretically make some PAG tailings fit in multiple brownfield mine pits (for instance, Casa Grande and Cyprus Tohono). However, such an alternative still would require an NPAG facility with a capacity of 1.1 billion cubic yards and would add roughly 120 miles of pipeline corridor. While volumetrically feasible with filtered tailings, the increase in impacts to resources and increase in risk, without substantially reducing the size of the main tailings storage facility, led to the dismissal of this alternative as well.

## Other Alternative Tailings Disposal Locations

In response to public scoping comments, the Forest Service investigated several alternative tailings disposal locations (figure F-1). During the alternative evaluation process, the Forest Service reviewed the regional landscape to identify alternative locations that could potentially solve resource issues. These locations were then combined with the alternative locations previously identified by Resolution Copper (see section 3.3.10.1 of the GPO) and evaluated to determine which locations should be dismissed and which locations should be carried forward for inclusion in the EIS. Table F-3 presents the dismissal rationale for the tailings facility alternative locations not carried forward in the EIS. These locations were dismissed because they do not improve upon significant issues of concern over the proposed GPO location.

Appendix F



**Figure F-1. Tailings facility alternative locations considered but dismissed from detailed study**

(181 of 282), Page 181 of 282
Case: 25-5197, 09/29/2025, DktEntry: 61.9, Page 181 of 282
Case 2:21-cv-00068-DWL   Document 107-3   Filed 07/14/25   Page 233 of 334

The initial development of alternative tailings disposal locations largely did not take into account the land ownership or jurisdiction. With respect to the NEPA process, Council on Environmental Quality (CEQ) guidance states, "An alternative that is outside the legal jurisdiction of the lead agency must still be analyzed in the EIS if it is reasonable. A potential conflict with local or federal law does not necessarily render an alternative unreasonable, although such conflicts must be considered" (U.S. Fish and Wildlife Service 2020b). As a result, alternatives were developed that encompassed NFS, BLM, Arizona State Land Department (ASLD), and private lands.

Jurisdiction does not drive initial alternatives development, but it does factor into the further refinement of alternatives to minimize these conflicts, and it also may factor in to which alternative is preferred by the responsible official.

## Agency-Identified Alternative Tailings Disposal Locations and Techniques Considered but Ultimately Dismissed from Detailed Analysis

As noted in table F-3, the alternative of using filtered (or "dry stack") tailings rather than slurry tailings was eventually brought forward for detailed analysis at the Silver King location, very near the West Plant Site, rather than at the GPO location. This is now Alternative 4 (described in section 2.2.6) in the final EIS (FEIS).

Additionally, as a result of extensive meetings and consultations during the latter part of 2017 and early 2018, between the Tonto National Forest, the BLM, and Resolution Copper, together with information provided by the ASLD, BLM, and other cooperating agencies, four additional alternative tailings locations and/or alternative construction techniques came under serious consideration. The first two of these were proposed near, but not in the exact same location as, the previously considered "BGC C" alternative location shown in figure F-1 and described in table F-3.

This general location south of the Gila River came to be known as the "Peg Leg" site, after the name of a nearby wash. The major advantages it presented as an alternative tailings storage site were as follows: (a) relative remoteness from population centers and other infrastructure; (b) relative proximity to other ongoing and historic mining activities; (c) generally level topography on a base primarily consisting of alluvial soils, rather than the more upland, rocky, steeper terrain characteristic of the GPO and Silver King locations; and (d) lower recreational use and perceived scenic value than the GPO and Silver King areas.

The two "Peg Leg" alternatives that ultimately emerged were proposed to occupy approximately the same footprint south of the Gila River and west of State Route 177, but each would employ different construction techniques.

Table F-3. Alternative tailings facility locations considered but dismissed from detailed analysis

| Alternative Location | Rationale for Dismissal |
|---|---|
| Whitford Canyon | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Water resource impacts: higher tributary area relative to other alternative locations.<br>• Very close to Superstition Wilderness designated Class II airshed; too close for permitting.<br>• Recreation impacts: directly covers the Arizona National Scenic Trail and disrupts popular off-highway vehicle loop route connections.<br>• Biological impacts on a larger variety of biotic communities than most of other alternatives, including on areas deemed sensitive vegetation communities. |

8-RCMSER-2157

Appendix F

| Alternative Location | Rationale for Dismissal |
|---|---|
| Hewitt Canyon | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Water resource impacts: higher tributary area relative to other alternative locations.<br>• Very close to Superstition Wilderness designated Class II airshed; too close for permitting.<br>• Recreation impacts on trails and disrupts popular off-highway vehicle loop route connections.<br>• Biological impacts on a larger variety of biotic communities than most of other alternatives, including on areas deemed sensitive vegetation communities.<br>• Longer tailings pipeline/transfer corridor relative to other alternative locations in the Queen Creek watershed. |
| Telegraph Canyon | The location does not provide an overall improvement upon the GPO location for key resource issues (water resources, biological resources, recreation resources):<br>• Water resource impacts: hydrology drainage impacts; biological impacts on Important Bird Areas and riparian areas.<br>• Recreation impacts on roads and trails; would cover large portion of the Arizona National Scenic Trail. |
| Lower East | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Water resource impacts.<br>• Closer to the receptor Boyce Thompson Arboretum.<br>• Closer to U.S. Route 60 and town of Superior. |
| Far West | The Forest Service sent an inquiry to the ASLD, the landowner, regarding the potential availability at this location for a tailings facility. ASLD responded that the agency has plans for future residential development for the area; therefore, it is not available at this time, or in the future, for locating a tailings facility. For this reason, the location was dismissed from further investigation. |
| BGC A | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Water resource impacts: higher number of wells nearby.<br>• Closer to receptors (residential areas).<br>• Potentially encroaches on area infrastructure (roads). |
| BGC B | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Water resource impact: proximity to Gila River (potentially already degraded water quality).<br>• Closer to receptors (residential areas).<br>• Visual resource impacts: proximity to Florence area and nearby residential areas. |
| BGC D | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Water resource impacts: stormwater management more difficult due to local terrain and proximity to the Gila River.<br>• Recreation impacts, including proximity to the Arizona National Scenic Trail. |
| SWCA 1 | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Water resource impacts: stormwater management more difficult due to local terrain and proximity to the Gila River.<br>• Recreation impacts, including proximity to the Arizona National Scenic Trail. |
| SWCA 2 | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Water resource impacts: stormwater management more difficult due to local terrain and proximity to the Gila River. |
| SWCA 3 | The location does not provide an overall improvement upon the GPO location for key resource issues:<br>• Landscape constraints (very steep terrain, occupy two watersheds, high probability of faults for landslides).<br>• Recreation impacts: proximity to the Arizona National Scenic Trail. |
| SWCA 4 | This location was removed from consideration for key resource issues:<br>• Water resource impacts: drainage into Roosevelt Lake.<br>• Encroaches on Superstition Wilderness, a Class I airshed. |

8-RCMSER-2158

Appendix F

| Alternative Location | Rationale for Dismissal |
|---|---|
| Upper Arnett | This location was removed from consideration for key resource issues:<br>• Water resource impacts: impacts Arnett Creek, higher upstream in the watershed.<br>• Biological resources: contains more unfragmented wildlife habitat, compared with other alternatives.<br>• Proximity to area infrastructure: State Route 177.<br>• Design confined by highway and landscape features provides less design flexibility.<br>• Longer tailings pipeline/transfer corridor relative to other alternative locations. |
| Filtered Tailings at the GPO Tailings Facility Location | In response to public scoping comments, the Forest Service considered a tailings alternative of filtered tailings (also commonly known as dry stack tailings) at the proposed GPO tailings facility location. Ultimately, the Forest Service determined that due to the logistical concerns associated with water management and the tailings pipeline/transfer corridor, the evaluation of this alternative tailings technique would occur at the Alternative 4 (Silver King) location. |
| Silver King | The original location as considered by Resolution Community Working Group was moved to avoid a historic cemetery, underground mine workings of Silver King, mineral estate, and private land.<br>The Silver King location was eliminated as a suitable location for slurry impoundment for water resource concerns but is being moved forward for detailed analysis as a filtered tailings location. |
| BGC C | This alternative location represented the first iteration of what eventually became Alternative 5 – Peg Leg. This specific location was relocated to move off of Bureau of Reclamation withdrawn lands; once moved, it evolved into the Peg Leg – Lined and Peg Leg – Unlined alternatives (see below). |
| Peg Leg – Lined | See more detail in the following text. |
| Peg Leg – Unlined | See more detail in the following text. |
| Mineral Creek Headwaters | See more detail in the following text. |
| Upper Dripping Spring Wash | See more detail in the following text. |

## Peg Leg – Lined

The first, known as "Peg Leg – Lined," would be located primarily on BLM- and ASLD-administered lands (figure F-2); would be constructed behind a downstream-type embankment, rather than an upstream-type embankment as proposed at the GPO location; and would be fully lined.

Though not as efficient with space or materials necessary to construct as an upstream embankment, the downstream embankment configuration is considered robust and least prone to failure of all tailings embankment types. However, the great disadvantage of the downstream-type embankment is that it requires enormous amounts of non-tailings material (i.e., earthfill) to construct, and it must occupy in perpetuity a substantially greater surface area adjacent to the tailings impoundment itself. The issue with constructing a downstream embankment with borrow materials is that storage requirements would be increased by about one-third because the cyclone sand materials that are used to construct the other embankment options would need to be stored behind the borrow embankment.

Under the "Peg Leg – Lined" alternative, the PAG and NPAG cells would be kept separate, rather than merging later during tailings facility development as under the GPO plan, and both cells would be fully lined with an engineered low-permeability liner or equivalent containment system that would continue to be enlarged vertically as the two cells grew in height over time. The PAG cell would be kept continuously saturated to reduce the chances for oxidation/metal leaching, and tailings would be deposited in both cells subaqueously. Any seepage from the PAG and NPAG cells would be collected via the tailings liners, recycled back into the process water, and if necessary treated prior to recycling.

All other major mine plan components such as the East Plant Site infrastructure, block-cave mining, West Plant Site processing, slurry concentrate delivery to the filter plant and loadout facility, and other utility corridors would remain unchanged from those proposed in the GPO, with the exception of a pipeline corridor needed to bring slurry tailings to the Peg Leg site.

F-13

Appendix F



**Figure F-2. Alternative tailings facility locations on BLM and ASLD lands**

8-RCMSER-2160

## *Peg Leg – Unlined*

Conscious of both the advantages and limitations presented by the downstream embankment type, the Tonto National Forest decided to conduct preliminary analysis of another embankment type and seepage control methodology at the Peg Leg site.

Rather than a downstream embankment configuration, the "Peg Leg – Unlined" alternative proposed a centerline-type embankment, in which subsequent "raises" or "lifts" to the embankment over time would be built atop earlier levels of compacted cycloned tailings and earthfill.

The decision to proceed with this alternative as an unlined facility was deliberate in that it would allow direct comparison of the environmental effects of an unlined facility at this location—i.e., on a primarily alluvial soil base—vs. a fully lined facility at the same Peg Leg location and would also provide an opportunity to evaluate the effects of an unlined facility on alluvium vs. an unlined facility at the GPO location, as described in the original GPO Alternative 2 – Proposed Action (since abandoned in favor of detailed analysis of the two GPO modified proposed actions presented in the FEIS in sections 2.2.4 and 2.2.5).

Under the "Peg Leg – Unlined" alternative, seepage would be controlled through a series of downstream collection embankments and ponds, monitoring wells, and pumpback systems.

## RATIONALE FOR DISMISSAL FROM DETAILED ANALYSIS OF THE "PEG LEG – LINED" AND "PEG LEG – UNLINED" ALTERNATIVES

After several months of preliminary analysis by Forest Service resource specialists and Resolution Copper technical staff, it was determined that neither the Peg Leg – Lined nor the Peg Leg – Unlined alternatives warranted detailed analysis in the EIS.

Resolution Copper's engineering consultants estimated that generating the huge volumes of earthfill from within the Peg Leg tailings site's footprint in order to construct a downstream embankment would require excavating 0.9 billion ton of soil to a depth up to 160 feet from throughout the roughly 7,000-acre facility—essentially creating a major open-pit aggregate mining operation in addition to the underground mining proposed at the Oak Flat/East Plant Site. Further calculations estimated the effort would require full-time use of more than 140 earthmoving vehicles (dozers, backhoes, haul trucks, etc.), an increase over the amount of equipment needed for other slurry tailings alternatives. The direct carbon dioxide equivalent ($CO_2e$) emissions are 80 to 132 percent higher than the emissions expected at any other alternative embankment types under consideration. The project would have emissions of carbon monoxide (CO), sulfur dioxide ($SO_2$), nitric oxide (NO), volatile organic compounds (VOCs), and particulate matter ($PM_{10}$ and $PM_{2.5}$). The Tonto National Forest therefore decided to eliminate this alternative because the adverse environmental effects of implementing it were determined to be substantially greater than either the GPO proposed action or the other tailings site alternatives already under consideration.

Similarly, the Peg Leg – Unlined alternative was eliminated from further consideration because preliminary analysis had shown that the subsurface seepage resulting from having an unlined facility atop an alluvial soil base would be so great as to not be controllable, which would in turn require substantial additional pumping of fresh water to make up the lost seepage.

However, after several months of study, Resolution Copper approached officials at the Tonto National Forest with a proposal for yet a third alternative tailings facility design at the Peg Leg site that combined best practice tailings management aspects from both the Peg Leg lined and unlined alternatives. Their recommended design would shift the entire facility slightly to the east so that the PAG cells could be constructed as a physically separate facility atop a broad outcropping of predominantly consolidated rock,

retained behind a downstream embankment, while the much greater volume of NPAG tailings would remain on the alluvial base immediately to the west, retained behind a centerline-type embankment. The entire PAG facility would be lined with an engineered low-permeability barrier, while the NPAG facility would be partially lined with an engineered low-permeability liner along the interior, upstream side of the embankment. This design preserves an alternative at the Peg Leg location and incorporates key components of the downstream embankment, centerline embankment, and lining.

This new alternative Peg Leg design was carried forward for detailed analysis in the EIS as Alternative 5 – Peg Leg (see FEIS section 2.2.7).

In late 2017 and early 2018, meetings between Tonto National Forest managers and BLM managers and resource specialists resulted in two additional tailings storage facility locations being put forth for consideration—neither of which had been previously evaluated by either the Tonto National Forest or Resolution Copper. These two alternative locations, which were initially referred to as the Mineral Creek Headwaters and Upper Dripping Spring alternatives, are described in greater detail in the following text.

## Mineral Creek Headwaters

The BLM identified two general locations in watersheds that are approximately 7 and 11 miles, respectively, southeast of the town of Superior and approximately 3 miles northeast and directly east of the ASARCO Ray Mine as potential tailings sites that the agency believed warranted at least preliminary investigation (see figure F-2).

The first of these, which BLM referred to for planning purposes as the Mineral Creek Headwaters site, is a 6,077-acre area comprising 2.3 acres of BLM-administered public lands, 662 acres of Arizona State Trust surface with Federal mineral estate, 4,304 acres of Arizona State Trust lands with no Federal mineral estate, 80 acres of private surface with Federal mineral estate, and 1,029 acres of private lands with no Federal mineral estate. BLM stated that mining company ASARCO presently holds 21 mining claims within the area. The topography is a steep canyon with smaller side canyons.

Resource specialists and planners at the Tonto National Forest conducted a first-stage screening of the suitability of the Mineral Creek Headwaters area as a site for a future tailings storage facility. Although presumably of sufficient size to store the requisite volume of tailings, the site lies directly atop a perennial reach of Mineral Creek and abundant riparian vegetation. It would also occupy designated critical habitat for Gila chub. For these reasons, the Mineral Creek Headwaters site was eliminated from further consideration as a viable alternative for detailed analysis in the EIS.

## Upper Dripping Spring Wash

The second potential site identified by the BLM is known as Upper Dripping Spring Wash, a 7,058-acre area directly east of the ASARCO Ray Mine. The site consists of a broad ephemeral wash bounded on the west by the Dripping Spring Mountains and on the east by the Mescal Mountains and the Pinal Mountains, approximately 13 miles north of the confluence of Dripping Spring Wash and the Gila River.

In terms of jurisdiction, the area identified by the BLM comprises 69 acres of BLM-administered public lands, 800 acres of Arizona State Trust surface with Federal mineral estate, 3,762 acres of Arizona State Trust lands with no Federal mineral estate, and 2,427 acres of private lands with no Federal mineral estate. The BLM identified 13 existing mining claims located within the proposed general boundaries of the site. Resolution Copper considered their initial hydrologic and geological assessments of the area highly promising and they engaged their engineering staff and contractors to develop a preliminary design for a tailings facility near this location. The Upper Dripping Spring Wash alternative was eliminated from further consideration as an alternative for detailed analysis in the EIS, as it evolved into a different but

8-RCMSER-2162

similar alternative. Based on a design for a 3,995-acre tailings impoundment (exclusive of roads, pipeline corridors, and other auxiliary facilities) on only private and Arizona State Trust lands, the Tonto National Forest approved detailed analysis in the EIS for Alternative 6 and named it "Skunk Camp" for the nearby Skunk Camp Wash. Please see chapter 2 of the FEIS, section 2.2.8.

## Application of Filtered Tailings to Other Alternatives

Filtered tailings were applied to Alternative 4 – Silver King as part of the range of alternatives. Public comments expressed a desire to see filtered tailings applied to other alternatives, particularly Alternative 6 – Skunk Camp (the preferred alternative). Under mining regulations (36 CFR 220.4(c)), the Forest Service responsible official can make a decision in the record of decision (ROD) that modifies an alternative as long as the modifications are "encompassed within the range of alternatives analyzed" in the EIS. Thus, the decision documented in the ROD can pick and choose between actions, activities, and facilities presented in the action alternatives in forming a selected action. If the responsible official chose to apply filtered tailings to another alternative tailings location, the EIS analysis and supporting documentation would suffice to disclose the impacts from the selected action.

The responsible official may not have jurisdiction to apply filtered tailings to Alternative 6 – Skunk Camp. If Alternative 6 – Skunk Camp is ultimately chosen as the selected action, only those actions, activities, and facilities located on NFS lands will be authorized by the ROD. The tailings facilities and plant site locations are on State and/or private lands.

## Power-Related Alternatives

Public comments expressed a desire to see alternative power generation used by the mine. Power for the proposed project is to be supplied by the Salt River Project (SRP). The Resolution Copper Project falls within the electric service area of the SRP. Under Arizona law, electric service within a service area is provided by a single entity. Other service providers cannot readily enter into that area (Arizona Revised Statutes 9-516A). For this reason, changes to power supply were considered to be beyond the scope of reasonable alternatives. Instead, alternative power generation is being considered as a mitigation measure (see appendix J).

## Mining Other Locations

Some public comments indicate that the Forest Service should have examined reopening the San Manuel mine, instead of mining the Resolution ore deposit as proposed. Forest Service NEPA regulations indicate, "The EIS shall document the examination of reasonable alternatives to the proposed action. An alternative should meet the purpose and need and address one or more significant issues related to the proposed action" (36 CFR 220.5(e)). Chapter 1 of the FEIS discloses the purpose and need: "To consider approval of a proposed mine plan governing surface disturbance on NFS lands outside of the exchange parcels from mining operations that are reasonably incident to extraction, transportation, and processing of copper and molybdenum." The Forest Service is responding to a proposed mine plan for mining the Resolution ore deposit. Mining a different deposit, in a different location, owned by a different entity does not meet the purpose of and need for the project.

Appendix F

*This page intentionally left blank.*

F-18

# Appendix G. Further Details of East Plant Site, West Plant Site, MARRCO Corridor, and Filter Plant and Loadout Facility Infrastructure

Appendix G

# East Plant Site

## *Existing East Plant Site Facilities*

Several of the existing mine facilities were constructed as part of the Magma Mine, which ceased operations in the mid-1990s, and are either being used by Resolution Copper Mining LLC (Resolution Copper) to support mineral exploration or are unused legacy facilities. The unused legacy facilities include buildings, cooling towers, a descalant tank, and a wastewater treatment plant. Many of the existing East Plant Site facilities would continue to be used for mining operations and would need to be expanded. Table G-1 identifies the existing East Plant Site facilities and their proposed operations function.

**Table G-1. Existing East Plant Site facilities**

| Facility | Current Function | Proposed Function and/or Changes During Operations |
|---|---|---|
| Magma Mine Road | Access to East Plant Site from U.S. Route 60 | Access to East Plant Site from U.S. Route 60 (would be realigned at approximately year 8 of operations (mine year 14)) |
| Mine Shaft 9 | Supports ongoing installation of Shaft 10 | Upcast exhaust shaft |
| Mine Shaft 10 | Under construction, provides development rock for geochemical testing | Upcast exhaust shaft |
| Decline portal | Provides access to Shaft 10 and ventilation and refrigeration | No functional change |
| Batch plant | Produces concrete and shotcrete | No functional change; may be expanded, if needed |
| Electrical and mechanical building | Houses drill core processing and maintenance facilities | No functional change |
| Compressor building | Houses air compressors and water chillers | No functional change; additional compressor buildings would be constructed near new mine shafts |
| Water chilling plant | Chills water for Shaft 10 | Would be eliminated and replaced by new refrigeration system for downcast Shafts 11, 12, and 13 |
| 115-kilovolt (kV) Salt River Project (SRP) transmission line | Provides electricity to East Plant Site facilities | Would provide back-up redundancy to the 230-kV SRP transmission lines |
| 115-kV Oak Flat electrical substation | Provides electricity to East Plant Site facilities | Would provide backup power for the underground mining area |
| Dry facilities | Provides showers, lavatories, and locker facilities for employees and contractors | No functional change; supplemental dry facility would be constructed |
| General administration building | Offices for mine management, operations, engineering, safety, and environmental personnel | No functional change; would be relocated and expanded |
| Storage and maintenance facilities | Materials and equipment storage and workshops for equipment maintenance | No functional change; additional storage and equipment maintenance workshops would be constructed |
| Explosives storage | Storage for explosives in accordance with ATF standards | No functional change; a storage area for surface explosives magazines would be constructed away from the main East Plant Site footprint |
| Contractor yards | Laydown yards for contractor deliveries | No functional change; laydown yard would be expanded |
| Chemical storage and containment areas | Containment area for the storage of chemicals | No functional change; chemical storage and containment areas would be located at several of the East Plant Site facilities |

8-RCMSER-2167

Appendix G

| Facility | Current Function | Proposed Function and/or Changes During Operations |
|---|---|---|
| Water tanks | Two potable water tanks supplying East Plant Site with water delivered by the Never Sweat Tunnel | No functional change; a new mine service water tank would be constructed |
| Fuel tanks | Storage of fuel | No functional change; additional aboveground and underground fuel tanks would be constructed |
| Laydown areas | Areas for equipment sorting and stockpiling and materials delivery | No functional change; laydown area locations would change throughout mining phases |
| Stormwater management | Retention basins for stormwater runoff from impervious areas | No functional change; additional stormwater management facilities would be constructed for expanded East Plant Site footprint |
| Parking lot | Parking area for employees, contractors, and visitors for approximately 100 vehicles | No functional change; would be relocated and expanded to accommodate approximately 320 vehicles |
| Security trailer | Controls access to the East Plant Site from Magma Mine Road | No functional change |
| Public viewing terrace | Terrace overlooking the subsidence area with mine information | Closed to public, mine roads at East Plant Site would be closed to the public |
| Helicopter pad | Helicopter pad for transporting individuals to advanced medical facilities | No functional change; would be relocated |
| National Forest System (NFS) Roads | NFS Roads 2432, 2433, 2434, 315, and 469 | Segments of these roads that are within the disturbance area and subsidence area would be closed to public access and/or decommissioned. |

The Never Sweat Tunnel, an additional existing facility, connects the East Plant Site to the West Plant Site. The Never Sweat Tunnel currently serves two primary functions: (1) the tunnel transports development rock[181] via railcar to the West Plant Site from the underground exploratory development activities at the East Plant Site, and (2) the tunnel transports water to and from the West Plant Site and the East Plant Site. The Never Sweat Tunnel would continue with these functions during mine construction and operations phases.

## *New East Plant Site Facilities*

The primary proposed new mine facilities at the East Plant Site include four additional mine shafts and associated hoisting facilities, the realignment of Magma Mine Road, a wastewater treatment plant, a new Oak Flat substation, the Resolution Copper North substation, and various other facilities (see figure 2.2.2-7). Two new 230-kilovolt (kV) power lines, both operated by the Salt River Project (SRP), would be built to support the power demands and to increase the safety and reliability of underground operations.

### MINE SHAFTS

Four new mine shafts and associated facilities (hoist houses and a winder house) would be constructed for ore production, hoisting employees in and out of the mine, refrigeration and ventilation purposes, and the construction of mine levels during mine development. Three of the new shafts (Shafts 11, 13, and 14) would be constructed on Resolution Copper–owned land, and one shaft would be constructed on lands currently managed by the Tonto National Forest (Shaft 12) but would be private after the execution of the land exchange.

Table G-2 provides an overview of the six mine shafts that would be used during operations.

---

[181] "Development rock" is rock removed during construction of tunnels and shafts. It may or may not have economic levels of copper. For the most part, development rock is stockpiled and then used during startup of the processing plant.

8-RCMSER-2168

Appendix G

**Table G-2. Mine shaft overview**

| Mine Shaft | Surface Ownership | New or Existing | Full Production Phase Function |
|---|---|---|---|
| 9 | Resolution Copper | Existing (currently being deepened and rehabilitated) | Upcast exhaust shaft |
| 10 | Resolution Copper | Existing | Upcast exhaust shaft |
| 11 | Resolution Copper | New | Production/downcast fresh air intake |
| 12 | U.S. Forest Service | New | Production/downcast fresh air intake |
| 13 | Resolution Copper | New | Service (employees and equipment)/downcast fresh air intake |
| 14 | Resolution Copper | New | Upcast exhaust shaft |

## MAGMA MINE ROAD REALIGNMENT AND EAST PLANT SITE ROADS

The existing Magma Mine Road is a two-lane paved road that provides access to the East Plant Site from U.S. Route 60 (U.S. 60). A segment of the existing Magma Mine Road would be located within the anticipated mining subsidence area. At approximately year 8 of mine operations (mine year 14), the segment of the Magma Mine Road within the subsidence area would be relocated outside the subsidence area to the north. The realigned roadway would be a two-lane paved road and would be used by mine employees, contractors, deliveries, and visitors to the mine. The proposed realignment of the Magma Mine Road is depicted in figure 2.2.2-5.

New paved and dirt roads would be constructed within the 189-acre East Plant Site that would connect the various facilities within the site. The roads would not be open for public access and would be used by mine employees and contractors only.

## REFRIGERATION PLANT

A primary refrigeration system would be constructed to produce cool air and water for the underground mining operation. This system would consist of a bulk air cooler supplying each downcast shaft, a central refrigeration plant with a service water refrigeration system to provide chilled water, and thermal storage via a chilled water tank. All cooling systems would be equipped by multiple-cell condenser cooling towers for heat rejection.

## WASTEWATER TREATMENT PLANT

Sewage from aboveground and underground facilities would be treated at a newly constructed wastewater treatment plant. Sewage from underground mine facilities would be transported to the plant on the surface via a system of pumps. The plant would be an extended aeration biological plant that uses a biological process for treating wastewater and separating the solids from the liquid portion of the waste. Designed by the manufacturer, the "packaged plant" would provide treatment to secondary standards as defined by the Arizona Department of Environmental Quality.

## ELECTRICAL SUBSTATIONS AND POWER LINES

Two new substations would be constructed at the East Plant Site: the Oak Flat substation and the Resolution Copper North substation and backup. The primary substation for the East Plant Site would be the 230-kV Oak Flat substation, which would be constructed north of the new production shafts to provide power for aboveground and belowground activities. The substation would be powered by a new 230-kV transmission line originating from the SRP Silver King Substation north of U.S. 60.

The North substation and backup would be an alternate power substation, and emergency generators would be located next to the production power to provide a backup electricity system. The emergency

G-3

Appendix G

generators would be capable of backfeeding the main distribution system and would be able to operate the service auxiliary hoist in Shaft 13, partial mine cooling/ventilation system, and other essential services. The emergency generator system would have sufficient capacity to supply the total essential mine load with one of the generators out of service for maintenance.

Two new 230-kV power lines would be built by SRP within a 160-foot corridor with tower heights not typically exceeding 140 feet. Two lines are needed to increase safety and reliability of underground operations. The Silver King to Oak Flat 230-kV transmission main would provide power from the existing Silver King substation north of U.S. 60 to the new Oak Flat substation at the East Plant Site. The Superior to Oak Flat 230-kV power line main would provide redundant power from the East Plant Site to the new Superior substation at the West Plant Site.

## OTHER NEW EAST PLANT SITE FACILITIES

Other new facilities that would be constructed at the expanded East Plant Site include a wash bay, a standalone first aid building, and a training building. The wash bay would use high-pressure water hoses and oil-water separators to clean vehicles and equipment. Wastewater from the wash bay would be sent to the Never Sweat Tunnel, where it would be combined with East Plant Site contact water and delivered to the West Plant Site process water system. Table G-3 identifies the major consumables, materials, and supplies that would be used at the East Plant Site, their delivered form, and their storage method.

Table G-3. Consumables, materials, and supplies used at East Plant Site

| Material/Supply | Delivered Form | Considered Hazardous* | Storage Method |
| --- | --- | --- | --- |
| Diesel fuel | Liquid | Yes | Tanks |
| Propane | Gas | Yes | Tanks |
| Oils/Lubricants | Liquid | Yes | Sealed drums/totes |
| Antifreeze | Liquid | Yes | Individual containers |
| Solvents | Liquid | Yes | Individual containers |
| Explosives (emulsion product) | Solid | Yes | Locked magazines |
| Explosives (blasting detonators) | Solid | Yes | Locked magazines |
| Welding cylinders (argon gas, acetylene, etc.) | Gas | Yes | Cylinder storage corral |
| Hardware | Solid | No | General stores shelving |
| Carpentry supplies | Solid | No | General stores shelving |

* Potential for physical, chemical, and/or environmental hazard

# West Plant Site

## Existing West Plant Site Facilities

Currently, the West Plant Site receives development rock from construction of tunnels, shafts, and underground infrastructure at the East Plant Site via the Never Sweat Tunnel. The development rock is sorted at the West Plant Site, tested for mineral composition, and stored at stockpiles. Development rock is later processed as part of the startup of the concentrator complex. Similar to the East Plant Site, the West Plant Site consists of existing mine facilities constructed during historic mining operations that are either being used by Resolution Copper to support mineral exploration or are unused legacy facilities. The unused legacy facilities include tailings ponds, houses and offices in the upper basin and the smelter complex. Of these legacy facilities, several have been reclaimed, including the 500-yard waste rock facility, smelter pond, depot pond, Settling Pond 2, and Tailings Pond 5. Several additional legacy

8-RCMSER-2170

Appendix G

facilities at the West Plant Site are currently in the process of being reclaimed, including the smelter facility and Tailings Ponds 6 and 7.

Table G-4 identifies the existing West Plant Site facilities that are currently used for mineral exploration and would continue to be used during mining operations and the facility's proposed function.

**Table G-4. Existing West Plant Site facilities**

| Facility | Current Function | Proposed Function and/or Changes during Operations |
|---|---|---|
| Development rock stockpile | Storage of inert, non-potentially acid generating (NPAG) development rock from the East Plant Site for use in construction and reclamation | No functional change; stockpile would expand to a maximum capacity of 10.3 million cubic yards |
| Intermediate rock stockpiles | Storage of mineralized development rock delivered from the East Plant Site; maximum capacity of up to 774,000 tons or 498,000 cubic yards | No change |
| Staging areas | Temporary storage of development rock | No functional change; additional staging areas would be constructed near new mine entrance and other facilities |
| Borrow areas | Aggregate material supply for ongoing closure, redevelopment, and erosion control | No functional change or change in location |
| General administration building | Offices for mine management, operations, engineering, safety, and environmental personnel | No functional change; a larger additional administration building would be constructed near the new main entrance |
| Chemical storage facility | Chemicals used in mining activities are stored in Building 203 | No functional change; chemical storage and containment areas would be located at several of the West Plant Site facilities |
| High-density sludge treatment system | Treatment of dewatering water to reduce total dissolved solids, metals, and pH | Dewatering water would be used in the processing cycle |
| Apex tunnel | Stormwater diversion | No change |
| Parking lots | Employee, contractor, and visitor parking | New parking areas would be constructed throughout the expanded West Plant Site; new main entrance at Lone Tree/Smeltertown Road; parking for 650 vehicles |
| Security buildings and gates at access points | Controls access at Main Gate and Lone Tree access points | No functional change; two new security buildings and gates would be constructed: (1) at the relocated main entrance at Main Street and Magma Heights Road, and (2) National Forest System (NFS) Road 229 to control access during construction of new substation |
| Arizona Water Company Central Arizona Project (CAP) water tank | 500,000-gallon potable water and fire flow supply for West Plant Site and East Plant Site; receives water from a 36-inch water pipeline | No change |
| Water supply pipelines | Distributes water throughout the West Plant Site and to the mine supply water tank for delivery to East Plant Site via a 16-inch pipeline in the Never Sweat Tunnel | Additional water supply pipelines would be constructed for new and expanded facilities |
| SRP 115-kV Trask substation | Distribute electricity throughout West Plant Site | Power supplied from the substation would be replaced with a 34.5-kV overhead transmission line to a new 34.5-/4.16-kV transformer |
| 115-kV SRP transmission line | Electrical supply for West Plant Site | Rerouted to new Superior substation |
| Stormwater management | Controls and contains stormwater drainage from West Plant Site | Stormwater management system would be expanded to accommodate new and expanded facilities |
| Laydown yards | Temporary storage for construction deliveries | New laydown yards would be constructed for new and expanded facilities |

8-RCMSER-2171

Appendix G

| Facility | Current Function | Proposed Function and/or Changes during Operations |
|---|---|---|
| Private roads | Roads within West Plant Site connecting facilities | New roads would be constructed to connect new and expanded facilities |
| NFS Road 229 (Silver King Mine Road) and NFS Road 1010 | Provides secondary road access to the West Plant Site | NFS Road 229 would be reconstructed between U.S. 60 and the West Plant Site to allow for use by construction and mine equipment |
| Never Sweat Tunnel substation | Provides electricity to Never Sweat Tunnel | No change |
| Never Sweat Tunnel ventilation | Provides cooling for the Never Sweat Tunnel | No change |

## New West Plant Site Facilities

The proposed action would expand the West Plant Site from 422 acres to 940 acres to accommodate new facilities. The proposed new mine facilities at the West Plant Site include a new concentrator complex, reconstructed National Forest System (NFS) Road 229, new administrative facilities, a water treatment plant, retention and contact water ponds, and electrical substations (see figure 2.2.2-9).

### CONCENTRATOR COMPLEX

The concentrator complex at the West Plant Site would employ a traditional sulfide ore processing technique to process between 132,000 and 165,000 tons of ore per day. The primary structural components of the concentrator complex would be the water process pond, the ore stockpile facility, the grinding circuit, the flotation circuit, and the molybdenum plant.

### Process Water Pond and Storage Tank

The process water pond would hold up to 50 million gallons of water for use at the concentrator complex. The pond would be located west of the concentrator complex buildings and be used to pump process water to a 1-million-gallon storage tank at elevation above the concentrator. The tank provides the required head pressure needed at the concentrator. The pond would receive water from a variety of water sources, including Central Arizona Project (CAP) water, return water from the underground mine, and recovered water from the filter plant. The pond would be equipped with emergency overflow and a diversion ditch would be provided to route any potential overflows to a contact water pond south of the concentrator complex. The pond would be constructed so that it is double lined with leak detection and collection in accordance with the Arizona Department of Environmental Quality best available demonstrated control technology requirements. Personnel and wildlife would be protected from entering the pond site with a chain-link fence surrounding the designated area. An emergency overflow containment downstream of the pond located on Resolution Copper property would be required.

### Fresh Water Storage Tank

Fresh water would be supplied to the mine from the CAP water canal and wells along the Magma Arizona Railroad Company (MARRCO) corridor. Water is pumped to the West Plant Site along the MARRCO rail line to a 2-million-gallon CAP water distribution tank. This tank would be located above the concentrator.

### Ore Stockpile

Crushed ore from the East Plant Site would be delivered to the West Plant Site via a conveyor system. The conveyor would unload the crushed ore at a covered ore stockpile adjacent to the concentrator complex. The ore stockpile would have a living capacity of 132,000 tons of ore and a total capacity of 441,000 tons. The ore stockpile is a surge facility for the mining operation to allow for short-term

8-RCMSER-2172

shutdowns of either the active mining operations at the East Plant Site or the concentrator operations while the other facility is still in operation.

## Grinding Circuit

Ore from the East Plant Site and the ore stockpile would be delivered to the grinding circuit, where the crushed ore would be further ground with water into a slurry before being sent to the flotation circuit. Final grinding circuit design would be determined closer to operations, but according to the General Plan of Operations (GPO) (Resolution Copper 2016c), the grinding circuit is currently expected to consist of either two semi-autogenous grinding mills and four ball mills or three semi-autogenous mills and six ball mills. Once ore is processed at the semi-autogenous mills and ball mills, the slurry would be distributed to hydrocyclone classifiers (cyclones). Cyclone overflow, the final grinding circuit product, would then be delivered to the flotation circuit for further concentrate processing.

## Flotation Circuit

After leaving the grinding circuit, copper and molybdenum would be concentrated in the bulk copper-molybdenum flotation circuit. The flotation circuit would consist of flotation tank cells, a regrind mill, cleaner cells, and copper and molybdenum thickening tanks. Chemical reagents would be used at the thickening tanks to further concentrate the copper and molybdenum and cause it to float to the surface of the slurry where it can be recovered. Chemical reagents would be stored and handled at a separate enclosed reagent building adjacent to the concentrator complex. Recovered molybdenum would be sent to the molybdenum plant at the concentrator complex for further processing. Recovered copper would be sent to the filter plant via the MAARCO corridor for further processing. Tailings—the processed non-economic waste material that results from copper ore processing—would be sent to the tailings storage facility approximately 3 miles west of the West Plant Site via two pipelines. The GPO (Resolution Copper 2016c) indicates that tailings slurry would be thickened to solids content of approximately 55 to 65 percent. Tailings low in sulfide or pyrite are considered non-potentially acid generating (NPAG). Tailings high in sulfide or pyrite are considered potentially acid generating (PAG). For a list of reagents that would be used in the concentrator complex's flotation circuit, see GPO table 3.9-3.

## Molybdenum Plant

Molybdenum concentrate recovered in the flotation circuit would be further concentrated at the molybdenum plant, where it would be turned into molybdenum filter cake and packaged into sacks or containers. These sacks or containers would be ready for shipment to customers from the molybdenum plant. Approximately four shipments of molybdenum concentrate would be shipped by truck every day from the West Plant Site.

## RECONSTRUCTED NFS ROAD 229 (SILVER KING MINE ROAD)

Approximately 1.3 miles of Silver King Mine Road (NFS Road 229) would be reconstructed between U.S. 60 and the West Plant Site to provide construction access to the new 230-kV substation. The road would also serve as a secondary access to the West Plant Site that would be designed for use by large construction and mining vehicles and equipment and would be the main access for large deliveries to and from the West Plant Site.

## ADMINISTRATIVE FACILITIES

The existing administrative building would be retained for continued use, and a larger additional administrative building would be constructed near the new main entrance to the West Plant Site. The new administrative building would provide office space for reception, mine management, document control, operations, engineering, safety, and environmental personnel. Space would also be available for

conference and safety training rooms, a metallurgical laboratory, a first aid clinic, and dry change house facility.

## WATER TREATMENT PLANT

An existing water treatment system is located at the West Plant Site for the treatment water from mine dewatering water at the East Plant Site. Treatment reduces total dissolved solids, metals, and pH prior to delivery to the new Magma Irrigation and Drainage District. During mine operations, water from mine dewatering would be incorporated into the tailings thickener process; however, the water treatment system would remain in place for use as needed.

## RETENTION AND CONTACT WATER PONDS

Three new retention and contact water ponds would be constructed to collect and control stormwater flowing from the concentrator and stockpile facilities. The ponds would be located at the foot of the development rock pile and would be designed to collect stormwater for 100-year, 24-hour storm events.

## ELECTRICAL SUBSTATIONS AND POWER LINES

A new 230-kV Superior substation would be constructed to provide electricity to West Plant Site facilities. The proposed realignment of Silver King Mine Road would provide access to the new substation during construction. Electricity would be delivered to the new 230-kV substation via a transmission line connection to the existing 230-kV transmission lines west of the West Plant Site. A redundant electricity supply from the existing Silver King Substation, via the new Oak Flat substation at the East Plant Site, would connect to the new 230-kV substation at the West Plant Site. As needed, several smaller substations would be constructed and connected to the new 230-kV substation to provide electricity to facilities in the West Plant Site.

The existing 115-kV transmission line would be rerouted within the existing West Plant Site boundary to avoid new facilities. A 34.5- to 115-kV transmission line would provide power from the West Plant Site along the tailings conveyance corridor to the tailings storage facility, depending on the alternative. This would power the new facilities at the tailings storage facility.

## CONSUMABLES, MATERIALS, AND SUPPLIES USED AT THE WEST PLANT SITE

Table G-5 identifies the major consumables, materials, and supplies that would be used at the West Plant Site, their delivered form, and their storage method. Table G-6 identifies the reagents that would be delivered to, stored, and used at the concentrator complex.

**Table G-5. Consumables, materials, and supplies used at the West Plant Site**

| Material/Supply | Delivered Form | Considered Hazardous* | Storage Method |
|---|---|---|---|
| Diesel fuel | Liquid | Yes | Tanks |
| Oils/lubricants | Liquid | Yes | Sealed drums/totes |
| Antifreeze | Liquid | Yes | Individual containers |
| Solvents | Liquid | Yes | Individual containers |
| Office supplies | Solid | No | Individual containers |
| Propane | Gas | Yes | Tanks |
| Grinding balls | Solid | Yes | Locked magazines |
| Lab chemicals | Solid | Yes | Locked magazines |

Appendix G

| Material/Supply | Delivered Form | Considered Hazardous* | Storage Method |
|---|---|---|---|
| Welding cylinders (argon gas, acetylene, etc.) | Gas | Yes | Cylinder storage corral |
| Hardware | Solid | No | General stores shelving |
| Carpentry supplies | Solid | No | General stores shelving |

* Potential for physical, chemical, and/or environmental hazard

**Table G-6. Concentrator complex reagents**

| Material/Supply | Delivered Form | Considered Hazardous* | Storage Method |
|---|---|---|---|
| Dithiophosphate/monothiosulfate (Cytec 8989; collector) or equivalent copper collector | Bulk truck (liquid) | Yes | Storage tank |
| Sodium isopropyl xanthate (SIPX; collector) | Drums (dry) | Yes | Drums on pallets |
| Methyl isobutyl carbinol (MIBC; frother) | Bulk truck (liquid) | Yes | Storage tank |
| MCO (non-polar flotation oil; molybdenum collector) or #2 Diesel Fuel | Bulk truck (liquid) | Yes | Storage tank |
| Sodium hydrosulfide (NaHS; copper mineral depressant) | Bulk truck (liquid 30% concentration) | Yes | Storage tank |
| Flocculant (settling agent) | Bags or super sacks (dry) | Yes | Bags or sacks on pallet |
| Lime (90% CaO; pH modifier) | Bulk truck (dry) | Yes | Dry storage silos |
| Antiscalant (water treatment) | Drums (dry) or liquid (totes) | Yes | Drums or totes on pallets |
| Nitrogen (molybdenum sparge gas) | Vendor or Resolution Copper–owned nitrogen plant | Yes | Nitrogen tank |

* Potential for physical, chemical, and/or environmental hazard

# MARRCO Corridor

## Existing MARRCO Corridor Facilities

The MARRCO corridor is a historic mining railroad corridor that was originally built in the 1920s and ceased operations in the mid-1990s after the closure of the Magma Mine. Several utilities are currently collocated within the MARRCO corridor, including a buried fiber-optic line, an overhead transmission line and telephone line, and buried natural gas pipelines. In addition, the Arizona Water Company maintains a water pipeline and associated facilities within the corridor that supplies the town of Superior with CAP water. More recently, Resolution Copper installed an 18-inch dewatering line within the corridor that delivers treated water from the water treatment plant at the West Plant Site to the new Magma Irrigation and Drainage District. The proposed action would not require these utilities to be relocated or significantly modified.

## New MARRCO Corridor Facilities

The proposed action would install several new facilities within or adjacent to the MARRCO corridor. Table G-7 identifies the proposed new facilities in the MARRCO corridor and their function.

8-RCMSER-2175

Appendix G

**Table G-7. New MARRCO corridor facilities**

| New Facility | Function | Upgrade Needed |
|---|---|---|
| CAP water pipeline and associated pump stations and recovery wells | Transport CAP water from CAP canal and recovered filter plant water to West Plant Site through new aboveground 36-inch steel pipeline. | New pump stations would be constructed along corridor to pump CAP water and pressurize pipeline for upgradient delivery to West Plant Site. Locations within the MARRCO corridor between the Queen Creek pump station and West Plant Site would need to be improved by grading and slope stabilization. |
| Concentrator pipelines | Transport copper concentrate from the West Plant Site to the filter plant and loadout facility through two new 8-inch HDPE-lined steel pipelines. | Grading and slope stabilization would be required at various locations. Depending on site conditions, pipelines would be built belowground where possible. The aboveground segments would be located within a containment ditch. |
| Containment basins | Allow for the emergency storage of concentrate if the pipeline needs to be emptied. | Various locations within the corridor would be excavated and lined with concrete to accommodate upstream volume of concentrate should the pipeline need to be emptied. |
| Access roads | Provide access to the facilities within the corridor and to the filter plant and loadout facility. | Access roads are described in detail in the "Transportation and Access" section in chapter 3. |
| Upgraded rail line and connection to Union Pacific Railroad | Transport copper concentrate from filter plant and loadout facility to the Union Pacific Railroad connection at Magma. | Segment of the rail line between the filter plant and loadout facility and Magma would be upgraded to handle the increase load weight, including an associated upgrade of the rail connection to the Union Pacific Railroad rail line. |
| Electric lines | Provide electricity to the recovery wells, pump stations, and the filter plant and loadout facility. | Double-circuit 69-kV power lines would be constructed adjacent to the MARRCO corridor to power lines within a new utility easement. The power lines would originate from the Abel substation near the MARRCO corridor's intersection with the CAP canal to the filter plant and loadout facility. A 12-kV power line on the same poles would provide power for the recovery wells within the MARRCO corridor. |

# Filter Plant and Loadout Facilities

## New Filter Plant and Loadout Facilities

The filter plant (see figure 2.2.2-14) would include a control room, three concentrate stock tanks, up to six concentrate filters, a filtrate clarifier, and compressors. The concentrate would be pumped to the stock tanks and then to the filters. The filtered concentrate would feed via conveyor to the adjacent loadout facility. The filtrate (water) would be separated in the filters and sent to the filtrate clarifier for thickening. Recovered filter water would be sent to a 3-million-gallon water storage tank, where it would mix with CAP water or groundwater before returning to the process water pond at the West Plant Site via a new water supply pipeline within the MARRCO corridor.

The loadout facility (see figure 2.2.2-14) would have a covered stockpile with a capacity of 110,000 tons of concentrate from the filter plant. Concentrate would be loaded into railcars through four hoppers. From the loadout facility, the concentrate would be shipped southwest into Magma Junction, where it would be loaded onto container cars for delivery via the Union Pacific Railroad to an off-site smelter.

As a precautionary measure, a concrete containment basin would also be constructed at the filter plant and loadout facility. The containment basin would allow for the emergency storage of concentrate if the concentrate pipeline in the MARRCO corridor needs to be emptied. The basin would be designed to contain the full volume of both concentrate pipelines.

The filter plant and loadout facility would be accessible from the west by East Skyline Road, east of San Tan Valley, and from the east by State Route 79 and the existing road in the MARRCO corridor. Auxiliary facilities to the filter plant and loadout facility would include a new electrical substation

8-RCMSER-2176

Appendix G

receiving electricity from a transmission line that runs within the MARRCO corridor, a security building, an employee and visitor parking lot, internal roadways, and potable water and wastewater treatment facilities.

## CONSUMABLES, MATERIALS, AND SUPPLIES USED AT THE FILTER PLANT AND LOADOUT FACILITY

Table G-8 identifies the major consumables, materials, and supplies that would be used at the filter plant and loadout facility, their delivered form, and their storage method.

**Table G-8. Consumables, materials, and supplies used at filter plant and loadout facility**

| Material/Supply | Delivered Form | Considered Hazardous* | Storage Method |
|---|---|---|---|
| Hardware | Solid | No | General stores shelving |
| Carpentry supplies | Solid | No | General stores shelving |
| Office supplies | Solid | No | General stores shelving |
| Flocculant | Bags or super sacks (dry) | Yes | Bags or sacks on pallets |

* Potential for physical, chemical, and/or environmental hazard

# Mine Site Lighting Plan

Further information was provided after the GPO regarding the lighting plan for the mine site, with a focus on whether lighting plans would align with Pinal County Code. Based on lighting source, fixture type, mounting type, and illumination level, the Pinal County Code identifies three lighting zones for commercial and industrial installations. The Resolution Copper Project is designed to meet the most restrictive of these zones, namely Lighting Zone 3. The maximum lumen density or amount of light within a Lighting Zone 3 area is 19 lumens per square foot from all light sources, with other restrictions on use of mercury vapor light sources. The Town of Superior Outdoor Lighting Provisions prohibit not only mercury vapor but also quartz halogen lighting sources.

Resolution Copper contends that the mine is exempt from the Pinal County Outdoor Lighting Code. Regardless, they plan to operate within the intent of the Pinal County Outdoor Lighting Code as long as mine safety and operations are not compromised and there are no conflicts with Mine Safety and Health Administration (MSHA) regulations or site-specific standards. The mine lighting plan includes detailed drawings of lighting source locations and anticipated lumens (M3 Engineering and Technology Corporation 2018).

8-RCMSER-2177

Appendix G

*This page intentionally left blank.*

G-12

# Appendix H. Further Details of Mine Water Balance and Use

Appendix H

# Data Sources

The General Plan of Operations (GPO) describes an initial water budget for the mine, organized by three periods: construction (mine years 1–7), operations (mine years 8–36), and operations rampdown to closure (mine years 37–45) (Resolution Copper 2016c) (GPO figures 3.6-1a through 3.6-1c).

The initial water budget was later reproduced separately for each alternative (WestLand Resources Inc. 2018b). The tables included in this appendix reflect the later alternative water budgets. In some cases, minor differences in amount (within 5 percent) have been ignored for the purposes of simplicity. The water balance for each major mine component (East Plant Site, West Plant Site, filter plant and loadout facility, tailings storage facility, and the makeup water supply from the Desert Wellfield) is described separately.

For the purposes of the final environmental impact statement (FEIS), a consistent terminology was selected for describing mine phases (Rigg 2017). The alternatives differ from the GPO in that active mining is estimated to only last 40 years, instead of 45 years as described in the GPO. Table H-1 shows the correlation between the various phases from different sources.

Table H-1. Comparison of mine life phases from different water balance data sources

| GPO Water Use Phase | GPO Duration | GPO, Translated into EIS Terminology ("Mine Years") | WestLand 2018 Duration | WestLand 2018 Translated into EIS Terminology ("Mine Years") |
|---|---|---|---|---|
| Construction | 9 years | Mine years 1–9 | | |
| Mine development/rampup | 7 years | Mine years 6–12 | 7 years | Mine years 6–12 |
| Peak mining | 29 years | Mine years 13–41 | 24 years | Mine years 13–36 |
| Mine rampdown | 9 years | Mine years 42–50 | 10 years | Mine years 37–46 |

Sources: Resolution Copper (2016c), table 1.8-1 and figures 3.6-1a through 3.6-1c; WestLand Resources Inc. (2018b), p. 1 and figures 1–15

It should be understood that the values shown in this appendix represent the best available understanding of the project water balance, as derived from complex operational and engineering plans. While the values shown in this appendix suggest a high level of precision, note that there is inherent uncertainty in predicting water use. Actual water use may vary higher or lower, based on real-world operational, climatic, and hydrogeological conditions. Among the strategies used in the EIS to address this uncertainty is the assumption that all makeup water will be physically pumped from the Desert Wellfield with no offsets (see "Makeup Water Supply from Desert Wellfield" section below).

Resolution Copper Mining LLC (Resolution Copper) has already offset groundwater use by obtaining long-term storage credits in the Phoenix Active Management Area (AMA) and has obtained a Central Arizona Project (CAP) non-Indian agricultural allotment that may be used directly to offset water use, or more likely would be delivered to a groundwater savings facility in the Phoenix AMA to offset water use through additional long-term storage credits. These offsets are not included in the modeled impact assessments in section 3.7.1 in any way, in order to ensure that the effects of groundwater pumping are not underestimated.

# East Plant Site Water Use

Water input at the East Plant Site would come from two major sources: (1) groundwater inflow, and (2) mine service water. All groundwater inflow into the East Plant Site would be pumped in order to dewater the underground mine infrastructure, and sent through a pipeline to be used in the West Plant Site through the Never Sweat Tunnel. The mine service water could consist of fresh water from the CAP or

recovery/groundwater wells, combined with filtrate return from the filter plant and loadout facility. Mine service water would be delivered from the West Plant Site through a pipeline in the Never Sweat Tunnel.

Water would leave the East Plant Site in four ways: (1) mine dewatering sent to the West Plant Site, (2) as ore moisture, (3) as water lost through the shaft and vent, and (4) as water lost through refrigerant evaporation. Table H-2 identifies the acre-feet per year of water inflow and outflow for the East Plant Site during the construction, operations, and operations rampdown to closure phases.

**Table H-2. East Plant Site water inflow and outflow by source per mine phase**

|  | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|
| *Inflow Sources* | | | |
| Groundwater inflow | 2,118 | 1,772 | 1,298 |
| Mine service water | 5,874 | 6,944 | 4,081 |
| **Total AF/Year** | **7,992** | **8,716** | **5,379** |
| **Total AF/Phase** | **55,944** | **209,184** | **53,790** |
| *Outflow Sources* | | | |
| Mine dewatering | 4,967 | 3,992 | 2,979 |
| Ore moisture | 652 | 1,476 | 489 |
| Evaporation from shaft, vent, and refrigeration | 2,374 | 3,247 | 1,911 |
| **Total AF/year** | **7,993** | **8,715** | **5,379** |
| **Total AF/Phase** | **55,951** | **209,160** | **53,790** |

# West Plant Site Water Use

The water balances for the West Plant Site and the tailings storage facility are closely related, and both change substantially based on the alternative and changes in tailings deposition and location. Water inputs at the West Plant Site that do not vary by alternative include the following: (1) dewatering from East Plant Site, (2) ore moisture, and (3) treated effluent. Water inputs at the West Plant Site that vary based on the tailings facility include the following: (1) process makeup water, and (2) reclaimed water from tailings. Process makeup water would be delivered to the West Plant Site from the CAP or recovery/groundwater wells and recycled from the filter plant through a water pipeline in the Magma Arizona Railroad Company (MARRCO) corridor.

Similarly, some components of water leaving the West Plant Site do not vary by alternative and include the following: (1) evaporation and molybdenum plant losses, and (2) concentrate slurry to the filter plant. Water leaving as (3) tailings slurry (non-potentially acid generating (NPAG) and potentially acid generating (PAG) tailings) varies by alternative. Note that for Alternative 4 (filtered tailings), rather than requiring process water for the West Plant Site, an excess of process water is delivered back to the system.

Table H-3 identifies the AF/year of water inflow and outflow for the West Plant Site during the construction, operations, and operations rampdown to closure phases.

Appendix H

**Table H-3. West Plant Site water inflow and outflow by source per mine phase**

| | | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|---|
| *Inflow Sources* | | | | |
| East Plant Site dewatering | All alternatives | 4,967 | 3,992 | 2,979 |
| Ore moisture | All alternatives | 652 | 1,476 | 489 |
| Treated effluent | All alternatives | 36 | 36 | 36 |
| Process makeup water | Alternative 2 | 3,400 | 13,757 | 752 |
| Process makeup water | Alternative 3 | 1,646 | 10,076 | 1,592 |
| Process makeup water | Alternative 5 | 1,884 | 11,074 | 4,077 |
| Process makeup water | Alternative 6 | 46 | 11,779 | 3,682 |
| Tailings recycled water | Alternative 2 | 434 | 2,989 | 2,365 |
| Tailings recycled water | Alternative 3 | 2,181 | 6,670 | 1,525 |
| Tailings recycled water/collection pond | Alternative 4 | 7,365 | 17,017 | 4,923 |
| Tailings recycled water | Alternative 5 | 3,850 | 9,315 | 1,724 |
| Tailings recycled water | Alternative 6 | 5,378 | 8,598 | 464 |
| Total AF In/Year | Alternative 2 | 9,489 | 22,250 | 6,621 |
| Total AF Inflow/Phase | Alternative 2 | 66,423 | 534,000 | 66,210 |
| Total AF In/Year | Alternative 3 | 9,482 | 22,250 | 6,621 |
| Total AF Inflow/Phase | Alternative 3 | 66,374 | 534,000 | 66,210 |
| Total AF In/Year | Alternative 4 | 13,020 | 22,521 | 8,427 |
| Total AF Inflow/Phase | Alternative 4 | 91,140 | 540,504 | 84,270 |
| Total AF In/Year | Alternative 5 | 11,389 | 25,893 | 9,305 |
| Total AF Inflow/Phase | Alternative 5 | 79,723 | 621,432 | 93,050 |
| Total AF In/Year | Alternative 6 | 11,079 | 25,881 | 7,650 |
| Total AF Inflow/Phase | Alternative 6 | 77,553 | 621,144 | 76,500 |
| *Outflow Sources* | | | | |
| Concentrate slurry | All alternatives | 416 | 942 | 312 |
| Evaporation and molybdenum plant | All alternatives | 490 | 497 | 488 |
| Tailings slurry (PAG and NPAG) | Alternative 2 | 8,582 | 20,810 | 5,820 |
| Tailings slurry (PAG and NPAG) | Alternative 3 | 8,575 | 20,810 | 5,820 |
| Tailings slurry (PAG and NPAG) | Alternative 4 | 8,765 | 20,830 | 5,650 |
| Tailings slurry (PAG and NPAG) plus makeup water | Alternative 5 | 10,481 | 24,454 | 8,503 |
| Tailings slurry (PAG and NPAG) | Alternative 6 | 10,172 | 24,441 | 6,849 |
| Process water back to system | Alternative 4 only | 3,348 | 251 | 1,976 |

8-RCMSER-2183

Appendix H

|  |  | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|---|
| Total AF Out/Year | Alternative 2 | 9,488 | 22,249 | 6,620 |
| Total AF Outflow/Phase | Alternative 2 | 66,416 | 533,976 | 66,200 |
| Total AF Out/Year | Alternative 3 | 9,481 | 22,249 | 6,620 |
| Total AF Outflow/Phase | Alternative 3 | 66,367 | 533,976 | 66,200 |
| Total AF Out/Year | Alternative 4 | 13,019 | 22,520 | 8,426 |
| Total AF Outflow/Phase | Alternative 4 | 91,133 | 540,480 | 84,260 |
| Total AF Out/Year | Alternative 5 | 11,387 | 25,893 | 9,303 |
| Total AF Outflow/Phase | Alternative 5 | 79,709 | 621,432 | 93,030 |
| Total AF Out/Year | Alternative 6 | 11,078 | 25,880 | 7,649 |
| Total AF Outflow/Phase | Alternative 6 | 77,546 | 621,120 | 76,490 |

# Tailings Storage Facility Water Use

Water input at the tailings storage facility would come from two sources: (1) delivered with tailings (NPAG and PAG) from the West Plant Site, or (2) as captured precipitation and stormwater runoff from the facility or collection ponds.

Water would leave the tailings storage facility in four ways: (1) water reclaimed and sent back to the West Plant Site, (2) water lost through evaporation, (3) water that is entrained with the tailings, and (4) seepage lost to the aquifer. One additional component—change in storage—reflects the fact that the tailings storage facility water balance is dynamic. During the first two phases, more water is coming into the facility than is leaving, whereas during the last phase, more water is leaving than is coming in.

The inflows for Alternative 4 exceed the outflows by about 8,700 acre-feet during peak operations. This reflects the fact that more water is recovered than can be used. This water may require additional collection, treatment, and disposal.

Tables H-4 through H-8 identify the AF/year of water inflow and outflow for each tailings storage facility alternative during the construction, operations, and operations rampdown to closure phases.

**Table H-4. Alternative 2 tailings storage facility water inflow and outflow by source per mine phase**

|  | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|
| *Inflow Sources* |  |  |  |
| Tailings from West Plant Site | 8,582 | 20,810 | 5,820 |
| Precipitation and stormwater runoff | 1,110 | 1,865 | 1,625 |
| Change in storage | 0 | 0 | 543 |
| Total AF In/Year | 9,692 | 22,675 | 7,988 |
| Total AF Inflow/Phase | 67,844 | 544,200 | 79,980 |
| *Outflow Sources* |  |  |  |
| Reclaim to West Plant Site | 434 | 2,989 | 2,365 |
| Evaporation | 3,779 | 9,705 | 4,853 |
| Entrainment | 4,723 | 9,692 | 617 |

8-RCMSER-2184

Appendix H

| | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|
| Lost seepage | 77 | 153 | 153 |
| Change in storage | 679 | 136 | 0 |
| Total AF Out/Year | 9,692 | 22,675 | 7,988 |
| Total AF Outflow/Phase | 67,844 | 544,200 | 79,880 |

**Table H-5. Alternative 3 tailings storage facility water inflow and outflow by source per mine phase**

| | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|
| *Inflow Sources* | | | |
| Tailings from West Plant Site | 8,575 | 20,810 | 5,820 |
| Precipitation and stormwater runoff | 1,007 | 1,573 | 1,573 |
| Change in storage | 0 | 0 | 256 |
| Total AF In/Year | 9,582 | 22,383 | 7,649 |
| Total AF Inflow/Phase | 67,074 | 537,192 | 76,490 |
| *Outflow Sources* | | | |
| Reclaim to West Plant Site | 2,181 | 6,670 | 1,525 |
| Evaporation | 2,296 | 5,270 | 3,219 |
| Entrainment* | 4,421 | 10,259 | 2,828 |
| Lost seepage | 39 | 77 | 77 |
| Change in storage | 645 | 107 | 0 |
| Total AF Out/Year | 9,582 | 22,383 | 7,649 |
| Total AF Outflow/Phase | 67,074 | 537,192 | 76,490 |

\* Note that entrainment for Alternative 3 is based on an assumption of 100% saturation used in the global water balance and is known to be overestimated, compared with more detailed seepage modeling conducted for each alternative. See Garrett (2020d) for further details.

**Table H-6. Alternative 4 tailings storage facility water inflow and outflow by source per mine phase**

| | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|
| *Inflow Sources* | | | |
| Tailings from West Plant Site | 8,765 | 20,830 | 5,650 |
| Precipitation and stormwater runoff | 1,298 | 2,747 | 3,584 |
| Total AF In/Year | 10,063 | 23,577 | 9,234 |
| Total AF Inflow/Phase | 70,441 | 565,848 | 92,340 |
| *Outflow Sources* | | | |
| Reclaim to West Plant Site, including collection ponds | 7,562 | 17,197 | 5,370 |
| Evaporation | 1,414 | 3,911 | 3,134 |
| Entrainment | 1,021 | 2,390 | 651 |
| Lost seepage | 66 | 79 | 79 |
| Total AF Out/Year | 10,063 | 23,577 | 9,234 |
| Total AF Outflow/Phase | 70,441 | 565,848 | 92,340 |

H-5

Appendix H

**Table H-7. Alternative 5 tailings storage facility water inflow and outflow by source per mine phase**

|  | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|
| *Inflow Sources* | | | |
| Tailings from West Plant Site (plus makeup water) | 10,481 | 24,454 | 8,503 |
| Precipitation and stormwater runoff | 2,819 | 6,769 | 9,645 |
| Change in storage | 0 | 0 | 15 |
| Total AF In/Year | 13,300 | 31,223 | 18,163 |
| Total AF Inflow/Phase | 93,100 | 749,352 | 181,630 |
| *Outflow Sources* | | | |
| Reclaim to West Plant Site | 3,850 | 9,315 | 1,724 |
| Evaporation | 3,028 | 9,929 | 12,521 |
| Entrainment | 4,822 | 10,335 | 2,661 |
| Lost seepage | 1,218 | 1,337 | 1,257 |
| Change in storage | 383 | 308 | 0 |
| Total AF Out/Year | 13,301 | 31,224 | 18,163 |
| Total AF Outflow/Phase | 93,107 | 749,376 | 181,630 |

**Table H-8. Alternative 6 tailings storage facility water inflow and outflow by source per mine phase**

|  | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|
| *Inflow Sources* | | | |
| Tailings from West Plant Site | 10,172 | 24,441 | 6,849 |
| Precipitation and stormwater runoff | 2,589 | 5,111 | 6,451 |
| Change in storage | 0 | 0 | 306 |
| Total AF In/Year | 12,761 | 29,552 | 13,606 |
| Total AF Inflow/Phase | 89,327 | 709,248 | 136,060 |
| *Outflow Sources* | | | |
| Reclaim to West Plant Site | 5,378 | 8,598 | 464 |
| Evaporation | 3,221 | 11,110 | 9,524 |
| Entrainment | 3,600 | 9,275 | 2,991 |
| Lost seepage | 114 | 453 | 627 |
| Change in storage | 448 | 116 | 0 |
| Total AF Out/Year | 12,761 | 29,552 | 13,606 |
| Total AF Outflow/Phase | 89,327 | 709,248 | 136,060 |

# Filter Plant and Loadout Facility Water Use

Water input at the filter plant and loadout facility would come from a single source: as copper thickener underflow delivered from the West Plant Site through the MARRCO corridor.

8-RCMSER-2186

Appendix H

Water would leave the filter plant and loadout facility in two ways: (1) as filter return water sent back to the West Plant Site and East Plant Site, and (2) as water lost within concentrate.

Table H-9 identifies the AF/year of water inflow and outflow for the filter plant and loadout facility during the construction, operations, and operations rampdown to closure phases.

**Table H-9. Filter plant and loadout facility inflow and outflow by source per mine phase**

| | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) |
|---|---|---|---|
| *Inflow Sources* | | | |
| Copper thickener underflow | 416 | 942 | 312 |
| Total AF per Phase | 2,912 | 22,608 | 3,120 |
| *Outflow Sources* | | | |
| Filter return to West Plant Site and East Plant Site | 342 | 774 | 257 |
| Concentrate | 74 | 168 | 56 |
| Total AF/year | 416 | 942 | 313 |
| Total AF per Phase | 2,912 | 22,608 | 3,130 |

# Makeup Water Supply from Desert Wellfield

The overall water balances are complex, with the need to account for multiple reclaim/recycle loops and water sources. However, ultimately the mine water supply for each alternative can be reduced to the need for fresh groundwater to be pumped or recovered from the Desert Wellfield, as shown in table H-10. In September 2021, Resolution Copper entered into a subcontract with the United States and the Central Arizona Water Conservation District for an annual allocation of 2,238 acre-feet of Non-Indian Agriculture CAP water. In 2022, this allocation was delivered to New Magma Irrigation and Drainage District. In the future, this CAP allotment could offset groundwater pumping through direct delivery of water, or could be recovered via well pumping as long-term storage credits. Given the uncertainty around availability of Colorado River supplies in the future and the desire not to underestimate the physical impact to the groundwater system, the Resolution Copper CAP allotment is not considered in this appendix as a source that would offset groundwater use.

**Table H-10. Fresh groundwater supply requirements per mine phase**

| | | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) | Total Water Use All Phases |
|---|---|---|---|---|---|
| Desert Wellfield pumping (AF/year) | Alternative 2 | 8,932 | 19,926 | 4,576 | |
| Total AF per Phase | Alternative 2 | 62,524 | 478,224 | 45,760 | 586,508 |
| Desert Wellfield pumping (AF/year) | Alternative 3 | 7,178 | 16,245 | 5,416 | |
| Total AF per Phase | Alternative 3 | 50,246 | 389,880 | 54,160 | 494,286 |
| Desert Wellfield pumping (AF/year) | Alternative 4 | 2,184 | 5,918 | 1,848 | |
| Total AF per Phase | Alternative 4 | 15,288 | 142,032 | 18,480 | 175,800 |

H-7

8-RCMSER-2187

Appendix H

| | | Operations Rampup (Mine Years 6–12) | Peak Operations (Mine Years 13–36) | Operations Rampdown to Closure (Mine Years 37–46) | Total Water Use All Phases |
|---|---|---|---|---|---|
| Desert Wellfield pumping (AF/year) | Alternative 5 | 7,416 | 17,244 | 7,901 | |
| Total AF per Phase | Alternative 5 | 51,912 | 413,856 | 79,010 | 544,778 |
| Desert Wellfield pumping (AF/year) | Alternative 6 | 5,578 | 17,948 | 7,506 | |
| Total AF per Phase | Alternative 6 | 39,046 | 430,752 | 75,060 | 544,858 |

## Post-Closure Water Budget

The post-closure water budget is substantially different from the operational water budget described in this appendix. With respect to water sources:

- No further pumping from the Desert Wellfield occurs,

- No further capture and recycling of stormwater occurs, and

- No further removal of water from the block-cave area occurs.

With respect to water losses:

- Water is no longer lost due to tailings entrainment,

- Water is no longer lost due to concentrate entrainment,

- Water is no longer consumed for refrigeration/ventilation, and

- Water is no longer lost to evaporation from tailings ponds (the water lost to evaporation post-closure from the store-and-release closure cover on the tailings storage facility derives from precipitation).

The sole water component remaining after closure is seepage from the tailings storage facility. The continuation of seepage is discussed under each alternative (see "Ramifications for Long-Term Closure" in section 3.7.2).

8-RCMSER-2188

# Appendix I.  Summary of Effects of the Land Exchange

Appendix I

# Purpose of this Appendix

As noted in chapter 1, the environmental impact statement (EIS) must consider a situation in which the mine is built but the land exchange is not executed. This situation is a possibility because the land exchange is a discretionary action on the part of Resolution Copper Mining LLC. Under this scenario, the development of a mine on National Forest System lands would proceed under Title 36 Code of Federal Regulations (CFR) Part 228 surface management regulations (commonly known as U.S. Forest Service (Forest Service) mining regulations).

The physical impacts to resources from the ore extraction, including subsidence and dewatering, are identical whether the mine is built on private land or public land. These are the impacts considered in chapter 3 of the EIS. With respect to the mine itself, the primary difference made by the land exchange is the regulatory framework under which the mine is regulated. The purpose of this appendix is to compare the regulatory framework applicable to private land (if a land exchange occurs) to the regulatory framework applicable to National Forest System lands (if no land exchange occurs).

# Comparison of 36 CFR 228 Regulations with Other Related State (Arizona) and Federal Environmental Regulations

In virtually all cases, some level of regulatory requirements apply to mining operations, regardless of whether they are taking place on private lands or National Forest System lands (see table I-1). Forest Service 36 CFR 228 surface management regulations (columns 1 and 2 in the table) apply only to Federal lands administered by the Forest Service, a land management agency of the U.S. Department of Agriculture. Other applicable laws, regulations, and rules (column 3) apply to both Federal and private lands, except for State mined land reclamation rules, which apply only to private lands.

Unless otherwise indicated in the table, surface resource management regulations are taken from 36 CFR 228. Aquifer Protection Permit (APP) laws and regulations are taken from Arizona Revised Statutes (ARS) 49-241 through 49-252 and Arizona Administrative Code (AAC) R18-9-101 through R18-9-403. Arizona State Mine Inspector laws and regulations are taken from Arizona State reclamation statutes at ARS 27-901, et seq., and rules at R11-2-201, et seq. Other regulations and rules are indicated in table I-1.

See table 1.5.6-1 in chapter 1 of the FEIS for descriptions of the applicable laws, statutes, regulations, and rules listed in table I-1. This includes APPs administered by the Arizona Department of Environmental Quality (ADEQ), mined land reclamation overseen by the Arizona State Mine Inspector, Clean Water Act permits administered by both the ADEQ and the U.S. Army Corps of Engineers, and Clean Air Act permits administered by both the ADEQ and the Pinal County Air Quality Control District.

**Table I-1. Comparison of 36 CFR 228 with other applicable laws, statutes, regulations, and rules**

| Forest Service Regulations 36 CFR 228 Subpart A – Locatable Minerals | Description | Other Applicable Laws, Statutes, Regulations, and Rules that Are Comparable to 36 CFR 228 Subpart A – Locatable Minerals |
|---|---|---|
| 36 CFR 228.4 | *Description of Operations.* In a notice of intent submitted to the appropriate District Ranger, sufficient description of the proposed area of activity, route(s) of access, equipment, devices, or practices proposed for use during operations, including, where applicable— | None |

Appendix I

| Forest Service Regulations 36 CFR 228 Subpart A – Locatable Minerals | Description | Other Applicable Laws, Statutes, Regulations, and Rules that Are Comparable to 36 CFR 228 Subpart A – Locatable Minerals |
|---|---|---|
| 36 CFR 228.4(c)(2)<br>36 CFR 228.4(c)(3) | • A map or sketch showing information sufficient to locate the proposed area of operations on the ground, existing and/or proposed roads or access routes to be used in connection with the operations as set forth in § 228.12, and the approximate location and size of areas where surface resources will be disturbed.<br>• Information sufficient to describe or identify the type of operations proposed and how they would be conducted, the type and standard of existing and proposed roads or access routes, the means of transportation used or to be used as set forth in § 228.12, the period during which the proposed activity will take place, and measures to be taken to meet the requirements for environmental protection in § 228.8. | APP<br>  AAC R18-9-A.202.A. Technical Requirements<br>Mined Land Reclamation<br>  AAC R11-2-501. Mining unit reclamation plan content.<br>Clean Water Act<br>  33 CFR 320 through 332<br>  40 CFR 122 |
| 36 CFR 228.8(a) | *Air quality.* Operator shall comply with applicable Federal and State air quality standards, including the requirements of the Clean Air Act, as amended (42 United States Code (U.S.C.) 1857 et seq.). | Clean Air Act:<br>  Certification by ADEQ; ARS 49-401 et seq.; R18-2-101 et seq. |
| 36 CFR 228.8(b) | *Water quality.* Operator shall comply with applicable Federal and State water quality standards, including regulations issued pursuant to the Federal Water Pollution Control Act, as amended (33 U.S.C. 1151 et seq.). | APP<br>  AAC R18-9-A.202.A<br>  Technical Requirements<br>Clean Water Act<br>  33 CFR 320 through 332<br>  40 CFR 122<br>  Arizona Pollutant Discharge Elimination System (AZPDES) (Arizona delegated program); AAC R18-9-B901 et seq. |
| 36 CFR 228.8(c) | *Solid wastes.* Operator shall comply with applicable Federal and State standards for the disposal and treatment of solid wastes. All garbage, refuse, or waste, shall either be removed from National Forest System lands or disposed of or treated so as to minimize, so far as is practicable, its impact on the environment and the forest surface resources. All tailings, dumpage, deleterious materials, or substances and other waste produced by operations shall be deployed, arranged, disposed of, or treated so as to minimize adverse impact upon the environment and forest surface resources. | APP<br>  AAC R18-9-A.202.A<br>  Technical Requirements<br>Clean Water Act<br>  33 CFR 320 through 332<br>  40 CFR 122<br>  AZPDES (Arizona delegated program); AAC R18-9-B901 et seq. |
| 36 CFR 228.8(d) | *Scenic values.* Operator shall, to the extent practicable, harmonize operations with scenic values through such measures as the design and location of operating facilities, including roads and other means of access, vegetative screening of operations, and construction of structures and improvements that blend with the landscape. | None<br>  [On most public lands there are no State or other Federal requirements for the protection of scenic values that are comparable to 36 CFR 228.8(d). However, lands having special management designations, such as Wilderness, National Monument, Wild and Scenic River, State Park, and the like are usually bound by particular restrictions on human development and other activities that would tend to alter natural scenic values.] |
| 36 CFR 228.8(e) | *Fisheries and wildlife habitat.* In addition to compliance with water quality and solid waste disposal standards required by this section, operator shall take all practicable measures to maintain and protect fisheries and wildlife habitat that may be affected by the operations. | Mined Land Reclamation<br>  ARS 27-971. Submission and contents of reclamation plan. |

8-RCMSER-2192

Appendix I

| Forest Service Regulations 36 CFR 228 Subpart A – Locatable Minerals | Description | Other Applicable Laws, Statutes, Regulations, and Rules that Are Comparable to 36 CFR 228 Subpart A – Locatable Minerals |
|---|---|---|
| 36 CFR 228.8(f) | *Roads.* Operator shall construct and maintain all roads so as to assure adequate drainage and to minimize or, where practicable, eliminate damage to soil, water, and other resource values. Unless otherwise approved by the authorized officer, roads no longer needed for operations: (1) Shall be closed to normal vehicular traffic, (2) Bridges and culverts shall be removed, (3) Cross drains, dips, or water bars shall be constructed, and (4) The road surface shall be shaped to as near a natural contour as practicable and be stabilized. | Mined Land Reclamation  AAC R11-2-603. Mining unit reclamation plan content. |
| 36 CFR 228.8(g) | *Reclamation.* Upon exhaustion of the mineral deposit or at the earliest practicable time during operations, or within 1 year of the conclusion of operations, unless a longer time is allowed by the authorized officer, operator shall, where practicable, reclaim the surface disturbed in operations by taking such measures as will prevent or control on-site and off-site damage to the environment and forest surface resources, including: (1) Control of erosion and landslides; (2) Control of water runoff; (3) Isolation, removal or control of toxic materials; (4) Reshaping and revegetation of disturbed areas, where reasonably practicable; and (5) Rehabilitation of fisheries and wildlife habitat. | Mined Land Reclamation  AAC R11-2-201 through R11-2-207 General regulatory provisions for plan documents.  AAC R11-2-602. Erosion control and topographic contouring. |
| 36 CFR 228.9 | *Maintenance during operations, public safety.* During all operations, operator shall maintain his or her structures, equipment, and other facilities in a safe, neat, and workmanlike manner. Hazardous sites or conditions resulting from operations shall be marked by signs, fenced, or otherwise identified to protect the public in accordance with Federal and State laws and regulations. | Mined Land Reclamation  AAC R11-2-601. Public safety standards.  ARS 27-318. State requirements to cover, fence, fill, or otherwise secure areas around active or inactive/abandoned mining operations and to post warning signs. |
| 36 CFR 228.10 | *Cessation of operations, removal of structures and equipment.* Unless otherwise agreed to by the authorized officer, operator shall remove within a reasonable time following cessation of operations all structures, equipment, and other facilities and clean up the site of operations. Other than seasonally, where operations have ceased temporarily, an operator shall file a statement with the District Ranger which includes: (a) Verification of intent to maintain the structures, equipment and other facilities, (b) The expected reopening date, and (c) An estimate of extended duration of operations. A statement shall be filed every year in the event operations are not reactivated. Operator shall maintain the operating site, structures, equipment, and other facilities in a neat and safe condition during nonoperating periods. | Mined Land Reclamation  ARS 27-971. Submission and contents of reclamation plan.  AAC R11-2-501. Mining unit reclamation plan content. |
| 36 CFR 228.11 | *Prevention and control of fire.* Operator shall comply with all applicable Federal and State fire laws and regulations and shall take all reasonable measures to prevent and suppress fires on the area of operations and shall require his or her employees, contractors, and subcontractors to do likewise. | Mined Land Reclamation  ARS 27-311. Fire prevention and protection. |

8-RCMSER-2193

Appendix I

| Forest Service Regulations 36 CFR 228 Subpart A – Locatable Minerals | Description | Other Applicable Laws, Statutes, Regulations, and Rules that Are Comparable to 36 CFR 228 Subpart A – Locatable Minerals |
|---|---|---|
| 36 CFR 228.12 | *Access.* An operator is entitled to access in connection with operations, but no road, trail, bridge, landing area for aircraft, or the like, shall be constructed or improved, nor shall any other means of access, including but not limited to off-road vehicles, be used until the operator has received approval of an operating plan in writing from the authorized officer when required by § 228.4(a). Proposals for construction, improvement, or use of such access as part of a plan of operations shall include a description of the type and standard of the proposed means of access, a map showing the proposed route of access, and a description of the means of transportation to be used. Approval of the means of such access as part of a plan of operations shall specify the location of the access route, design standards, means of transportation, and other conditions reasonably necessary to protect the environment and forest surface resources, including measures to protect scenic values and to ensure against erosion and water or air pollution. | Mined Land Reclamation<br>AAC R11-2-501. Mining unit reclamation plan content.<br>R11-2-603. Roads. |
| 36 CFR 228.13 | *Bonds.* (a) Any operator required to file a plan of operations shall, when required by the authorized officer, furnish a bond conditioned upon compliance with § 228.8(g), prior to approval of such plan of operations. In lieu of a bond, the operator may deposit into a Federal depository, as directed by the Forest Service, and maintain therein, cash in an amount equal to the required dollar amount of the bond or negotiable securities of the United States having market value at the time of deposit of not less than the required dollar amount of the bond. A blanket bond covering nationwide or statewide operations may be furnished if the terms and conditions thereof are sufficient to comply with the regulations in this part.<br><br>(b) In determining the amount of the bond, consideration will be given to the estimated cost of stabilizing, rehabilitating, and reclaiming the area of operations.<br><br>(c) In the event that an approved plan of operations is modified in accordance with § 228.4 (d) and (e), the authorized officer will review the initial bond for adequacy and, if necessary, will adjust the bond to conform to the operations plan as modified.<br><br>(d) When reclamation has been completed in accordance with § 228.8(g), the authorized officer will notify the operator that performance under the bond has been completed, provided, however, that when the Forest Service has accepted as completed any portion of the reclamation, the authorized officer shall notify the operator of such acceptance and reduce proportionally the amount of bond thereafter to be required with respect to the remaining reclamation. | Mined Land Reclamation<br>ARS 27-991 through 27-997. Financial assurance.<br>AAC R11-2-801 through R11-2-822. Financial assurance. |
| 36 CFR 228.14 | *Appeals.* Any operator aggrieved by a decision of the authorized officer in connection with the regulations in this part (i.e., 36 CFR Part 228) may file an appeal under the provisions of 36 CFR Part 251, Subpart C. | Mined Land Reclamation<br>ARS 27-933. Denials; appeals. |

8-RCMSER-2194

# Appendix J. Mitigation and Monitoring Strategy

# Introduction

This mitigation and monitoring strategy was developed by the Tonto National Forest using information from a number of sources in support of the draft environmental impact statement (DEIS) published in August 2019 and has been revised based on considerable input from public and agency comments for inclusion in the final environmental impact statement (FEIS). This mitigation and monitoring strategy is designed to clearly disclose which mitigation and monitoring items are within the authority of the U.S. Forest Service (Forest Service) or other regulatory permitting agency (e.g., U.S. Army Corps of Engineers (USACE), Bureau of Land Management (BLM), Arizona Department of Environmental Quality (ADEQ), or Arizona Department of Water Resources).

This appendix discusses the following items:

- Design features and applicant-committed environmental protection measures
- Mitigation and monitoring measures considered in chapter 3 impacts analysis, including measures required by the Forest Service, measures required under Resolution Copper Mining LLC (Resolution Copper) agreements, and voluntary measures by Resolution Copper

# Design Features and Applicant-Committed Environmental Protection Measures

The environmental analysis considered for this FEIS includes the implementation of applicant-committed environmental protection measures. These measures are listed in each resource section of chapter 3 in a section titled "Summary of Applicant-Committed Environmental Protection Measures." Applicant-committed environmental protection measures are features incorporated into the design of the project by Resolution Copper to reduce potential impacts on resources. These measures would be non-discretionary as they are included in the project design, and their effects are accounted for in the analysis of environmental consequences disclosed in each resource section of chapter 3.

Many of these features are either specified in the General Plan of Operations (GPO) or were developed as part of the action alternatives. Resolution Copper has created the following plans to detail the protection measures it will employ under the action alternatives:

- Subsidence management plan. This plan originally was included as an appendix to the GPO. Partially in response to public comments on the DEIS, the Forest Service collaborated with Resolution Copper to produce a revised subsidence monitoring plan (Davies 2020a). After review of the revised plan, the Forest Service also developed additional stipulations that would be required as part of the subsidence monitoring. These additional stipulations are described in the mitigation section below.
- Road use plan. This plan originally was included as an appendix to the GPO. Partially in response to public comments on the DEIS and further review by the Forest Service, Resolution Copper submitted a revised road use plan (Resolution Copper 2020b). A number of specific mitigation measures were developed to respond to impacts disclosed during the National Environmental Policy Act (NEPA) process. These new mitigation measures were incorporated into the revised plan; those new requirements of the plan are discussed in the mitigation section below.
- Environmental emergency and response and contingency plan (appendix to GPO)
- Fire prevention and response plan (appendix to GPO)
- Preliminary spill prevention control and countermeasures plan (SPCC) (appendix to GPO)

8-RCMSER-2197

- Explosives management plan (appendix to GPO)
- Acid rock drainage management plan (appendix to GPO)
- Hydrocarbon management plan (appendix to GPO)
- Environmental materials management plan (appendix to GPO)
- Preliminary stormwater pollution prevention plan (SWPPP) (appendix to GPO)
- Wildlife management plan. This plan originally was included as an appendix to the GPO. After collaborative discussions with Arizona Game and Fish Department (AGFD), Resolution Copper submitted a revised wildlife management plan (Resolution Copper 2020i). A number of specific mitigation measures were developed in consultation with the AGFD, in order to respond to impacts disclosed during the NEPA process. These new mitigation measures were incorporated into the revised plan; these new requirements of the plan are discussed in the mitigation section below.
- Noxious weed and invasive species plan (created May 2019 in response to EIS analysis (Resolution Copper 2019))
- Tailings pipeline management plan (AMEC Foster Wheeler Americas Limited 2019)
- Concentrate pipeline management plan (M3 Engineering and Technology Corporation 2019)

The implementation and effectiveness of applicant-committed environmental protection measures are considered integral to the analysis considered in this FEIS. These design features would be a requirement of the record of decision (ROD) and final mining plan of operations.

Only those measures that were developed directly in response to impacts disclosed during the NEPA process are included in this appendix. These include the additional stipulations on the subsidence monitoring plan, new mitigations in the road use plan, and new mitigations in the wildlife management plan.

# Mitigation and Monitoring Measures Considered in Chapter 3 Impacts Analysis

## Mitigation and Monitoring Required by Forest Service

The role of the Tonto National Forest under its primary authorities in the Organic Administration Act, subsequent statutes, and Locatable Regulations (36 Code of Federal Regulations (CFR) 228 Subpart A), is to ensure that mining activities minimize adverse environmental effects on National Forest System (NFS) surface resources. The Forest Service authority related to mitigation is limited to protection of surface resources of NFS lands (see 30 United States Code (U.S.C.) 612, 5 U.S.C. 551, and 36 CFR 228.1). The role of the Forest Service under special use authorizations (36 CFR 251 Subpart B) would include terms and conditions to minimize damage to the environment, protect the public interest, and require compliance with water and air quality standards.

For the Forest Service to require implementation of mitigation, the mitigation must have a direct connection to avoiding, mitigating, or minimizing effects on NFS surface resources. The Forest Service has no authority, obligation, or expertise to determine or enforce compliance with other agencies' laws or regulations. However, it is the operator's responsibility to ensure that its actions comply with applicable laws. The Forest Service will only approve a final plan of operations once all other necessary permits are approved.

Mitigation and monitoring items under this heading are within the authority of the Forest Service or the U.S. Fish and Wildlife Service (FWS) through the Biological Opinion resulting from consultation under Section 7 of the Endangered Species Act. These measures would be specified as a requirement of the ROD and incorporated into the final mining plan of operations or special use permit. The Forest Service is responsible for determining whether the implementation of mitigation and the results of monitoring in this category are in compliance with the decision that will be documented in the ROD and final mining plan of operations or special use permit, and it has a legal obligation to ensure that the requirements of the Biological Opinion are implemented. Resolution Copper would submit reports to the Tonto National Forest for review of work done in the previous year and would be subject to routine inspections to verify mitigation and monitoring effectiveness.

Section 3003 of Public Law (PL) 113-291 directs the Secretary of Agriculture to engage in government-to-government consultation with affected Indian Tribes regarding issues of concern to the affected Tribes related to the land exchange and, following such consultation, consult with Resolution Copper and seek to find mutually acceptable measures to address affected Tribes' concerns and "minimize the adverse effects on the affected Indian Tribes resulting from mining and related activities on the Federal land conveyed to Resolution Copper" (see 16 U.S.C. 539p(c)(3)). Measures developed through this process would be specified as a requirement of the ROD and incorporated into the final mining plan of operations or special use permit.

## Mitigation and Monitoring Agreed to by Resolution Copper Mining LLC or Required by Other Local, State, or Federal Agencies

Resolution Copper has publicly agreed to implement the mitigation and monitoring items under this heading. These are separated into two categories. The first category includes measures that Resolution Copper has committed to in contractual, financial, and other agreements over which the Forest Service and other regulatory agencies have no jurisdiction. The second category includes measures that Resolution Copper has voluntarily committed to but that are not part of any contractual, financial, or other agreement. For both of these categories, the Forest Service and regulatory agencies have no authority, obligation, or expertise to determine or enforce compliance of the measures included in this category. They are presented here to facilitate disclosure of currently known mitigation and monitoring and their consideration in impacts analyses.

These measures differ from the applicant-committed environmental protection measures in that they were not proposed as part of the project or alternatives and in many cases were developed directly in response to the EIS analysis or public comments in order to reduce resource impacts. Since the Forest Service and regulatory permitting agencies cannot require implementation of the mitigation and monitoring measures in this category, their implementation is not assured. The effectiveness of these mitigation measures is included in chapter 3 of the FEIS. As part of the NEPA process, it is recognized that these are measures that may occur, as opposed to measures that would occur.

## Measures Identified in the Draft Programmatic Agreement

Section 106 of the National Historic Preservation Act requires Federal agencies to take into account the effects of their undertakings on historic properties. Section 106 consultation involves multiple parties, including the State Historic Preservation Office, affected Tribes, and in some cases the direct participation of the Advisory Council on Historic Preservation (ACHP). The ACHP began participating in the Resolution Copper Project Section 106 consultation process in December 2017.

The ultimate outcome of consultation is often a Memorandum of Agreement or Programmatic Agreement (depending on the complexity of the project). The agreement outlines the roles and responsibilities of parties, the procedure for identification and evaluation of historic properties, assessment for effects, and

each party's responsibilities for resolving adverse effects from the project. The execution of the agreement evidences the agency official's compliance with Section 106. The agency official then must ensure that the undertaking is carried out in accordance with the agreement.

A Programmatic Agreement was pursued and drafted during the Section 106 consultation process. All signatories, other than the ACHP, had signed the Programmatic Agreement as of January 15, 2021. The January 2021 Rescinded FEIS included that Programmatic Agreement (appendix O), and therefore in appendix J all measures included in the Programmatic Agreement were deemed to be Forest Service–required. On February 11, 2021, the ACHP notified the Forest Service that "ACHP believes that further consultation in this case would be unproductive and therefore, we are hereby terminating consultation pursuant to 36 CFR § 800.7(a)(4)." In accordance with 36 CFR 800.7(c)(4), the Secretary of Agriculture delivered a written response to the ACHP on April 17, 2025, and that response concluded the Section 106 process for this undertaking.

Since the ACHP did not sign the Programmatic Agreement, the Programmatic Agreement was never executed. Therefore, mitigation measures identified in the Programmatic Agreement and any others identified subsequently will now be implemented through the final ROD and special use permit for use of NFS lands, and through enforcement by other State and Federal agencies as well as third parties in separate agreements.

All of the measures that appeared in the draft Programmatic Agreement and the January 2021 Rescinded FEIS remain in appendix J. However, while some of these measures remain Forest Service–required, others have become Resolution Copper–voluntary or required under other local, State, or Federal agencies or under separate third-party agreements. Table J-1 summarizes these changes.

**Table J-1. Changes in authority for measures included in the draft Programmatic Agreement**

| Mitigation Measure in January 2021 Rescinded FEIS | Mitigation Measure in This FEIS | Change in Authority to Require |
|---|---|---|
| FS-CR-01: Implementation of Oak Flat HPTP | No change in categorization | This measure remains a Forest Service–required measure, as it was developed under the authority provided in Section 3003 of PL 113-291. |
| FS-CR-02: GPO research design | No change in categorization | This measure remains a Forest Service–required measure, as it was developed under the authority provided in Section 3003 of PL 113-291. |
| FS-CR-03: Visual, atmospheric, auditory, socioeconomic, and cumulative effects mitigation plan | No change in categorization | This measure remains a Forest Service–required measure, as it was developed under the authority provided in Section 3003 of PL 113-291. This measure has already been completed. |
| FS-SV-01: Resource salvage (inventory, then salvage) | No change in categorization | This measure remains a Forest Service–required measure; however, this authority only exists for NFS lands. Other implementation, including on Oak Flat, would remain a commitment in the Resolution Copper cultural heritage management plan and co-management of heritage on private lands developed in consultation and coordination with consulting Tribes. |
| FS-RC-02: Access to Oak Flat campground | No change in categorization | This measure remains a Forest Service–required measure, as it was developed under the authority provided in Section 3003 of PL 113-291. |
| FS-CR-05: Emory Oak Collaborative Tribal Restoration Initiative | No change in categorization | This measure remains a Forest Service–required measure, as it was developed under the authority provided in Section 3003 of PL 113-291. |
| FS-SO-02: Establish foundations for long-term funding, including the Tribal Monitor Program | No change in categorization | This measure remains a Forest Service–required measure, as it was developed under the authority provided in Section 3003 of PL 113-291. |
| FS-CR-06: Tribal cultural heritage fund | No change in categorization | This measure remains a Forest Service–required measure, as it was developed under the authority provided in Section 3003 of PL 113-291. |

Appendix J

| Mitigation Measure in January 2021 Rescinded FEIS | Mitigation Measure in This FEIS | Change in Authority to Require |
|---|---|---|
| FS-CR-07: Archaeological database funds | RC-CR-07: Archaeological database funds | This Forest Service no longer has the authority to require this measure. However, this measure is enforceable through Letter Agreements dated January 12, 2021, and March 10, 2025, with the State Historic Preservation Office. |
| FS-CR-08: Tribal education fund | No change in categorization | This measure remains a Forest Service–required measure, as it was developed under the authority provided in Section 3003 of PL 113-291. |
| FS-SO-01: Community development fund | RC-SO-01: Community Development Fund | This Forest Service no longer has the authority to require this measure. However, this measure is enforceable under an agreement with the Town of Superior dated January 14, 2021, and through Letter Agreements dated January 12, 2021, and March 10, 2025, with the State Historic Preservation Office. |
| FS-RC-04: Establish an alternative campground site (Castleberry) to mitigate the loss of Oak Flat campground | RC-RC-04: Establish an alternative campground site (Castleberry) to mitigate the loss of Oak Flat campground | The Forest Service has no authority over management of lands that will be private after the land exchange. However, this measure is enforceable under third-party agreements dated January 14, 2021, between Resolution Copper and the Town of Superior. |

## Reporting and Evaluation

Monitoring would be evaluated annually after reports are reviewed by the appropriate land management agency to determine whether the level of monitoring and/or reporting is appropriate for the current conditions. This review may result in a change in the monitoring requirements. Please refer to section 2.3 of the FEIS for a discussion of mitigation-related monitoring and evaluation.

## Detail of Mitigation and Monitoring Measures Analyzed in Chapter 3 Impacts Analysis

Mitigation and monitoring measures are detailed below and include the following descriptors:

- Unique identification number
- Title of mitigation/monitoring measure
- A list of other identifiers for the measure, to assist with cross-referencing between DEIS and project record materials
- Description/overview of measure
- Source of measure
- Resource affected/impacts being mitigated
- Alternatives to which the measure is applicable
- Authority under which the measure is being required
- Funding sources
- Any additional ground disturbance that would be required to implement the measure

8-RCMSER-2201

Appendix J

## *Naming Convention*

Internal documentation makes use of several naming conventions to track mitigation, including those used in appendix J of the DEIS and those used to evaluate mitigation measures between the DEIS and FEIS (Garrett 2020g).

For clarity, a single naming convention is used in appendix J of the FEIS, using the format "XX-YY-##." For example, mitigation measure "FS-GS-01: New stipulations on subsidence monitoring plan." Previous identifiers for each measure may be included as notes. This naming convention conveys three specific pieces of information:

- The first two letters ("FS-GS-01") convey the authority under which this mitigation measure would take place.
    - o Those mitigation measures designated "FS" are under the authority of the Forest Service to require, either due to impacts on Forest Service surface resources, inclusion in the Biological Opinion, or inclusion in the Clean Water Act Section 404 permitting process.
    - o Those mitigation measures designated "RC" are measures brought forward and undertaken by Resolution Copper that are outside the authority of the Forest Service to require but that Resolution Copper has committed to under some contractual, financial, or other agreement. These mitigation measures are assumed to be implemented, though they are not under the authority of the Forest Service to require.
    - o Those mitigation measures designated "RV" are voluntary measures brought forward and undertaken by Resolution Copper that are outside the authority of the Forest Service to require and for which no other contractual, financial, or other agreements have been executed. Resolution Copper has publicly committed to these mitigation measures, which may ultimately be included as stipulations or requirements in regulatory permits; however, until that occurs, there is no guarantee these mitigation measures would be implemented. It should be noted that many of the "FS" required mitigation measures were originally brought forward voluntarily by Resolution Copper and then selected for inclusion by the Forest Service. Some of these mitigation measures may be required under the authority of other local, State, or Federal agencies.

- The second two letters ("FS-GS-01") convey the resource being addressed by the mitigation measure: geology, minerals, and subsidence (GS); soils, vegetation, and reclamation (SV); noise and vibration (NV), transportation and access (TA), air quality (AQ); water resources (WR); wildlife (WI); recreation (RC); public health and safety (PH); scenic resources (SR); cultural resources or Tribal concerns (CR); socioeconomics (SO); and livestock and grazing (LG).

- The third number ("FS-GS-01") provides a unique identifier for each mitigation measure.

The order in which the mitigation measures appear below is not alphabetical, but rather organized in the same order in which the resources appear in chapter 3 of the FEIS. Several mitigation measures were included in appendix J of the DEIS that were intended to be conducted between the DEIS and FEIS. These have been completed and are listed below, but they no longer appear as mitigation measures. Some mitigation measures included in appendix J of the DEIS have been superseded or are no longer applicable; these also remain below, and it is clearly noted that they are no longer being considered.

## *Summary List of Mitigation Measures Included*

The following required mitigation measures are included in this appendix (appendix J) of the FEIS:

- FS-GS-01: New stipulations on subsidence monitoring plan

8-RCMSER-2202

Appendix J

- FS-SV-01: Resource salvage
- FS-SV-02: JI Ranch
- FS-SV-03: Revised reclamation and closure plans
- FS-TA-01: New mitigation aspects of revised road use plan
- FS-WR-01: Groundwater-dependent ecosystems (GDEs) and water well mitigation
- FS-WR-02: 404 compensatory mitigation plan
- FS-WR-04: Replacement of water in Queen Creek
- FS-WI-01: New mitigation aspects of revised wildlife management plan
- FS-WI-02: Reptile and Sonoran desert tortoise (ESA-CCA) plan
- FS-WI-03: Mitigation of loss of abandoned mine or cave habitat for bats
- FS-WI-04: Maintain or replace access to stock tanks and AGFD wildlife waters
- FS-RC-01: Relocation of Arizona National Scenic Trail
- FS-RC-02: Access to Oak Flat campground
- FS-RC-03: Mitigation for adverse impacts to recreational trails (Tonto National Forest multi use trail plan)
- FS-PH-01: Satellite monitoring of tailings storage facility
- FS-PH-02: Adherence to National Dam Safety Program Standards
- FS-PH-03: Skunk Camp pipeline protection and integrity plan
- FS-SR-01: Minimize visual impacts from transmission lines
- FS-CR-01: Implementation of Oak Flat HPTP
- FS-CR-02: GPO research design
- FS-CR-03: Visual, atmospheric, auditory, socioeconomic, and cumulative effects mitigation plan
- FS-CR-05: Emory Oak Collaborative Tribal Restoration Initiative
- FS-CR-06: Tribal cultural heritage fund
- FS-CR-08: Tribal education fund
- FS-SO-02: Establish foundations for long-term funding, including the Tribal Monitor Program

The following Resolution Copper mitigation measures that have been committed to under a contractual, financial, or other agreement are included in this appendix (appendix J) of the FEIS:

- RC-SV-04: Interim management of 7B Ranch
- RC-AQ-01: Salt River Project solar participation agreement
- RC-RC-04: Establish an alternative campground site (Castleberry) to mitigate the loss of Oak Flat campground
- RC-RC-05: Mitigation for impacts on climbing resources
- RC-CR-04: Increase size of Apache Leap Special Management Area

8-RCMSER-2203

Appendix J

- RC-CR-07: Archaeological database funds
- RC-PH-05: Adhere to Global Tailings Standard
- RC-SO-01: Community development fund
- RC-SO-03: Establish a regional economic development entity for Copper Triangle communities
- RC-SO-05: Continue funding Community Working Group
- RC-SO-06: Agreement with Town of Superior to cover direct costs

The following Resolution Copper voluntary mitigation measures are included in this appendix (appendix J) of the FEIS:

- RV-NV-01: Dripping Springs Road mitigations
- RV-WR-03: Skunk Camp water quality monitoring plan
- RV-RC-06: Mitigation for public access to JI Ranch through AGFD cooperative agreement
- RV-PH-04: Maintain the existing hotline for community complaints
- RV-SO-04: Resolution Copper social investment program
- RV-LG-01: Mitigation for impacts to ranching and grazing leases

The following mitigation measures were required in the DEIS and have been completed:

- Conduct soil surveys within the area to be disturbed by the preferred alternative tailings storage facility footprint (DEIS mitigation measure FS-223; KCB Consultants Ltd. (2020c))
- Conduct appropriate testing of soil materials within the preferred alternative tailings storage facility footprint (DEIS mitigation measure FS-224; KCB Consultants Ltd. (2020c))
- Conduct vegetation surveys within the preferred alternative tailings storage facility footprint (DEIS mitigation measure FS-225; WestLand Resources Inc. (2020l))
- Preparation of detailed reclamation plans for the preferred alternative (DEIS mitigation measure FS-226; KCB Consultants Ltd. (2020c))
- Conduct refined failure modes and effects analysis (FMEA) before FEIS for the preferred alternative (DEIS mitigation measure FS-227; Gannett Fleming (2020))

The following mitigation measures were included in the DEIS but have been replaced, have been consolidated into other mitigation measures, or are no longer applicable:

- Alternate road access to Skunk Camp tailings storage facility (DEIS mitigation measure RC-218) [superseded by RV-NV-01]
- Follow AGFD and FWS guidance for mitigation of impacts on wildlife (DEIS mitigation measure GP-125) [consolidated into FEIS mitigation measure FS-WI-01]
- Implement a wildlife management plan for stormwater ponds, including wildlife exclusion fencing (DEIS mitigation measure GP-131) [consolidated into FEIS mitigation measure FS-WI-01]
- Use of best management practices during pipeline construction and operations (DEIS mitigation measure CA-176) [consolidated into FEIS mitigation measures FS-WI-01 and FS-PH-04]

8-RCMSER-2204

Appendix J

- Reduce impacts on golden eagles (DEIS mitigation measure CA-185) [consolidated into FEIS mitigation measure FS-WI-01]

- Reduce impacts on peregrine falcon (DEIS mitigation measure CA-186) [consolidated into FEIS mitigation measure FS-WI-01]

- Reduce impacts on migratory and breeding birds (DEIS mitigation measure CA-187) [consolidated into FEIS mitigation measure FS-WI-01]

- Implement impact avoidance and minimization measures for special status species (DEIS mitigation measure GP-122) [consolidated into FEIS mitigation measure FS-WI-01]

- Mitigate loss of bouldering at Oak Flat by establishing access to "Inconceivables" (DEIS mitigation measure RC-213) [superseded by FEIS mitigation measure RC-RC-05]

- Implement recreation user group and superior trail network plan (DEIS mitigation measure RC-214) [superseded by FEIS mitigation measure FS-RC-03]

- Provide replacement campground (DEIS mitigation measure RC-215) [consolidated into FEIS mitigation measure RC RC-04]

- Develop access to Oak Flat Campground (DEIS mitigation measure RC-216) [consolidated into FEIS mitigation measure FS-RC-02]

- Improve resiliency of tailings storage facility (DEIS mitigation measure GP-26) [already incorporated into overall project design and alternatives development]

- Development of an emergency action plan for the tailings storage facility for the preferred alternative (DEIS mitigation measure FS-229) [consolidated into FEIS mitigation measure FS-PH-02]

- Establish procedures for reporting noise complaints (DEIS mitigation measure GP-133) [consolidated into FEIS mitigation measure RC-PH-03]

- Develop noise limits and a monetary fine structure for noise violations (DEIS mitigation measure GP-134) [already incorporated into overall project operations]

- Maintain equipment regularly to reduce noise from heavy machinery operations (DEIS mitigation measure GP-132) [already incorporated into overall project operations]

- Reevaluate GPO dust abatement strategy (DEIS mitigation measure GP-110) [already incorporated into overall project operations, and will be governed by air permit]

- Identify monitoring thresholds for fugitive dust pollution (DEIS mitigation measure GP-111) [already incorporated into overall project operations and will be governed by air permit]

- Implement enforcement strategies for air quality mitigation (DEIS mitigation measure GP-112) [already incorporated into overall project operations and will be governed by air permit]

- Test stormwater runoff through running washes (DEIS mitigation measure GP-76) [will be governed by Arizona Pollutant Discharge Elimination System (AZPDES) permit]

- Disclose results of water monitoring (DEIS measure GP-79) [consolidated into FEIS mitigation measure PF-WR-01 (Garrett 2025)]

- Detail methodology for monitoring and mitigation of discharge water (DEIS measure GP-92) [already incorporated into overall project operations and will be governed by Aquifer Protection Permit (APP)]

Appendix J

- Streams and riparian ecosystem mitigation of impacts (DEIS mitigation measure CA-168) [consolidated into FEIS mitigation measure FS-WR-02]

- Surveys of riparian and aquatic species (DEIS mitigation measure CA-189) [consolidated into FEIS mitigation measure FS-WI-01]

- Special species surveys prior to construction and site-specific plans (DEIS mitigation measure CA-177) [consolidated into FEIS mitigation measure FS-WI-01]

- Arizona National Scenic Trail construction considerations (DEIS mitigation measure GP-230) [consolidated into FEIS mitigation measure FS-TA-01]

- Provide personal protective equipment (PPE) to employees (DEIS mitigation measure GP-113) [already incorporated into overall project operations and governed by Mine Safety and Health Administration regulations]

- Install additional deep monitoring wells (DEIS mitigation measure GP-37) [consolidated into FEIS mitigation measure RV-WR-03]

- Wells up- and down-gradient of site (DEIS mitigation measure CA-206) [consolidated into FEIS mitigation measure RV-WR-03]

- Implement a long-term monitoring and mitigation plan for releases (DEIS mitigation measure FS-151) [consolidated into FEIS mitigation measure RV-WR-03]

- Clarify "interim shutdown" (DEIS mitigation measure GP-91) [consolidated into FEIS mitigation measure FS-SV-04]

- Require adequate bond amount (DEIS mitigation measure GP-102) [consolidated into FEIS mitigation measure FS-SV-04]

- BLM offered lands preservation/improvement (DEIS mitigation measure CA-166) [consolidated into FEIS mitigation measure RC-SV-03]

8-RCMSER-2206

## Required and Voluntary Measures for Geology, Minerals, Subsidence (1 measure)

| |
|---|
| **FS-GS-01: New stipulations on subsidence monitoring plan** |
| Other names: FS-222 (DEIS appendix J); M-PH11 |
| **Description/overview:**<br>Resolution Copper proposed the subsidence monitoring plan as part of the original mine plan of operations, and therefore it has been included in the FEIS as an applicant-committed environmental protection measure. However, the Forest Service has identified additional requirements related to the subsidence monitoring plan, which are included here. |
| **Source of measure:**<br>The revised subsidence monitoring plan (Davies 2020a) is the source of this measure. This version of the plan was collaboratively developed after receipt of comments on the DEIS, as part of the Geology and Subsidence Workgroup.<br><br>In addition, the Forest Service has identified two actions that were not included in the revised subsidence monitoring plan. The Forest Service views these additional requirements as necessary components to ensure that monitoring is implemented appropriately and with proper oversight. The Forest Service will require these additional actions as part of the subsidence monitoring plan:<br><br>1. Given the highly technical nature of the monitoring, the Forest Service foresees the need for independent outside experts to assist in the review of monitoring results, through the duration of the operations phase. Annual and quarterly monitoring reports, as well as any updated modeling reports, shall be submitted to the Forest Service and reviewed by an independent third-party subsidence expert who will work on behalf of the Forest Service. The third-party subsidence expert shall be selected by the Forest Service and funded by Resolution Copper.<br><br>2. The Forest Service shall require notification within 24 hours of Resolution Copper completing internal data validation whenever project conditions reach Trigger Level 2 or 3. Upon notification that Trigger Level 2 or 3 have been encountered, the Forest Service will initiate a technical workgroup meeting to discuss these results. Participants in the technical workgroup meeting would include: Resolution Copper Mine management and appropriate subsidence experts, Forest Service personnel, and an independent third-party subsidence expert to work on behalf of the Forest Service, to be funded by Resolution Copper. |
| **Resource affected/impacts being mitigated:**<br>This measure seeks to mitigate impacts of subsidence on Forest Service surface resources, including the Apache Leap Special Management Area. |
| **Applicable alternatives:**<br>All |
| **Authority to require:**<br>As subsidence would impact Forest Service surface resources, notably the Apache Leap Special Management Area, authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>No additional ground disturbance anticipated. |

Appendix J

## *Required and Voluntary Measures for Soils, Vegetation, and Reclamation (4 measures)*

| |
|---|
| **FS-SV-01: Resource salvage within the tailings storage facility footprint, tailings pipeline/power line corridor, and Oak Flat Federal Parcel** |
| Other names: RC-208 (DEIS appendix J); PA Measure #B4 |
| **Description/overview:** <br> Resolution Copper would allow natural resource salvage within the Oak Flat Federal Parcel, the tailings storage facility footprint, and the tailings pipeline/power line corridor. This measure would facilitate the salvage of resources (e.g., culturally important plants and mineral resources) to address the loss of access to traditional collection areas and a loss of access to the *Chí'chil Bildagoteel* Historic District within the Oak Flat Federal Parcel (selected lands). To the extent practicable and in collaboration and partnership with Tribes, an inventory will be conducted to identify the natural resources within the Oak Flat Federal Parcel area, pipeline corridor, and tailings storage facility footprint. When the inventory is complete, the resources will be "salvaged" (collected) and the material gathered will be distributed amongst the Tribes for traditional and cultural use. |
| **Source of measure:** <br> Resolution Copper; draft Programmatic Agreement |
| **Resource affected/impacts being mitigated:** <br> This measure seeks to mitigate impacts on vegetation by directly salvaging individual plants, but also through improving reclamation success and recovery of habitat after closure. This measure also seeks to mitigate impacts on Tribes by providing for resource salvage prior to loss of access. |
| **Applicable alternatives:** <br> All |
| **Authority to require:** <br> The Forest Service has the authority to require resource salvage on the NFS lands approved under the mining plan of operations or special use permit. <br> Other implementation, including on Oak Flat, would remain a commitment in the Resolution Copper cultural heritage management plan and co-management of heritage on private lands developed in consultation and coordination with consulting Tribes. |
| **Funded by:** <br> Resolution Copper |
| **Additional ground disturbance:** <br> While resource salvage would require ground disturbance, it would be within the existing area of analysis of the project fence line, in areas that eventually would be fully disturbed by project activities. |

8-RCMSER-2208

Appendix J

---

**FS-SV-02: Conservation of Arizona hedgehog cactus at JI Ranch**

Other names: None

**Description/overview:**
Resolution Copper will record a conservation easement on portions of the JI Ranch, or a comparable location with suitable Arizona hedgehog cactus habitat, after the publication of a ROD (by both the Forest Service and the USACE) and receipt of all requisite permits and approvals from the USACE (under Clean Water Act Section 404) and Forest Service; and before construction of pipeline and power line infrastructure for the final selected alternative (WestLand Resources Inc. 2020j). The conservation easement's purpose shall be for the protection of the Arizona hedgehog cactus and will be at least 100 acres, comprising one or multiple parcels, excluding roads and trails for the life of the project.

**Source of measure:**
Resolution Copper; Biological Opinion

**Resource affected/impacts being mitigated:**
Arizona hedgehog cactus lost habitat due to project activities

**Applicable alternatives:**
All

**Authority to require:**
As this measure is included as a conservation measure in the Biological Opinion, implementation is required to take place.

**Funded by:**
Resolution Copper

**Additional ground disturbance:**
None anticipated.

---

**FS-SV-03: Revised reclamation and closure plans**

Other names: GP-91 (DEIS appendix J); GP-102 (DEIS appendix J); M-PH10; M-V3

**Description/overview:**
The reclamation and closure plan assessed in the DEIS was largely conceptual in nature. Resolution Copper has completed revised reclamation and closure plans, for the preferred alternative tailings storage facility (KCB Consultants Ltd. 2021) as part of the overall mine plan of operations (Tetra Tech Inc. 2020), and for the tailings pipeline (Tetra Tech Inc. 2022). Aspects of these reclamation and closure plans speak to several specific mitigation suggestions raised in public comments:

- Public comments suggested that the subsidence area boundary should be fenced off to prevent cattle from entering the area if there is a safety hazard to the mine or the livestock. Access prevention measures to limit public access (including cattle) have been incorporated into the closure and reclamation plan, including a combination of fencing, locked gates, cattle guards, security patrols, and steep topography.

- Public comments suggested that comprehensive revegetation plans should be required for the subsidence area, the tailings slurry pipeline corridor, and the tailings facility as part of scenic resources mitigation. Comprehensive reclamation actions have been developed and incorporated into the revised reclamation and closure plans. The reclamation plans cover all mine plan components, including the mine area, subsidence area, tailings corridor, and the tailings storage

---

8-RCMSER-2209

facility. The reclamation plans include detailed revegetation plans for construction (reclaim and revegetate temporary construction footprints), operations (progressive reclamation of the tailings storage facility), and end of mine (closure) revegetation for all disturbance footprints. The revegetation plans incorporate the use of native seed mixes and site preparation, vegetation, monitoring, erosion monitoring, and vegetation reestablishment metrics of success. It is not practical to revegetate the eventual subsidence area because reclamation equipment and personnel to perform the work will not be able to safely access the area.

- Clarifies activities to be undertaken and conditions for interim shutdown of operations.
- Clarifies procedures to be undertaken to calculate financial assurance requirements.

**Source of measure:**

Public comments; Resolution Copper

**Resource affected/impacts being mitigated:**

Loss of habitat; surface water quantity and quality

**Applicable alternatives:**

All

**Authority to require:**

For those portions of the project area that would impact Forest Service surface resources, authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). Other authorities exist with ADEQ under the APP program and the AZPDES program, with the Arizona State Land Department for rights-of-way across State Trust land, and with the Arizona State Mine Inspector.

**Funded by:**

Resolution Copper

**Additional ground disturbance:**

Revegetated and reclaimed areas are already disturbed, as analyzed in the EIS

Appendix J

| **RC-SV-04: Voluntary cooperative management of 7B Ranch until BLM management plan is implemented** |
|---|
| Other names: CA-166 (DEIS appendix J); M-L7; M-L9; M-L11; M-L15 |
| **Description/overview:** |
| As a voluntary measure, Resolution Copper will work with the current caretaker of 7B Ranch, The Nature Conservancy, for management of the 7B Ranch to cover a transition period until the BLM has developed and implemented a management plan consistent with the Section 3003 of Public Law (PL) 113-291, which specifically requires that not later than 2 years after the date on which the land is acquired, the Secretary of the Interior shall update the management plan for the San Pedro National Conservation Area to reflect the management requirements of the acquired land. Resolution Copper would fund the transition period, and fence repair/replacement and protection measures for cultural resources may be implemented in collaboration with The Nature Conservancy and the BLM under the transition arrangement. This includes undertaking limited bosque restoration activities as well. All other aspects of parcel cleanup or structure removal have already been implemented, after consultation with BLM. |
| **Source of measure:** |
| Public comments; Resolution Copper |
| **Resource affected/impacts being mitigated:** |
| Loss of riparian and upland habitat |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| Resolution Copper has an agreement in place with the AGFD to manage 7B Ranch prior to execution of the land exchange, and an agreement in place with the BLM to manage 7B Ranch after the execution of the land exchange. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| Negligible, associated with bosque restoration and fence repair/replacement |

8-RCMSER-2211

Appendix J

### *Required and Voluntary Measures for Noise and Vibration (1 measure)*

| RV-NV-01: Mitigate noise and vibration impacts along Dripping Springs Road |
|---|
| Other names: M-N2; M-N4; M-T3 |
| **Description/overview:**<br>Applicant-committed measures to address noise and vibration near the tailings facility specific to the presence of residential areas in Section 29, Township 3 South, Range 15 East, include the following prior to ground-disturbing activities: paving Dripping Springs Road, setting the speed limit to 15 miles per hour (mph), and requiring the deliveries of equipment and materials to occur during the daytime.<br>Resolution Copper has already purchased properties in the footprint and vicinity of the tailings storage facility.<br>Resolution Copper has an established hotline for community complaints (including noise and vibration) via email (community-complaint@resolutioncopper.com) and telephone ([520] 689-3955). These are described on the Resolution Copper website (www.resolutioncopper.com). |
| **Source of measure:**<br>Resolution Copper; public comments |
| **Resource affected/impacts being mitigated:**<br>Noise and vibration experienced along Dripping Springs Road |
| **Applicable alternatives:**<br>All |
| **Authority to require:**<br>As an applicant-proposed mitigation measure, implementation is not assured; however, if included as a stipulation or requirement in a permit it may become required.<br>Gila County has legal authority to maintain the Dripping Springs Road. As such, Resolution Copper will need to work with Gila County to implement the measures, including reduced speeds and selective paving. |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>None anticipated. |

8-RCMSER-2212

## *Required and Voluntary Measures for Transportation and Access (1 measure)*

| FS-TA-01: New mitigation aspects of revised road use plan |
|---|
| Other names: GP-230 (DEIS appendix J) |
| **Description/overview:**<br><br>Resolution Copper included a road use plan as an appendix to its original mine plan of operations. After publication of the DEIS, Resolution Copper revised the road use plan in consultation with the Forest Service in response to comments submitted on the DEIS. Several revised aspects of the road use plan (Resolution Copper 2020b) respond directly to issues raised during comments.<br><br>Specific new measures in the revised road use plan include:<br><br>• updates to incorporate the preferred alternative;<br>• additional details of road and pipeline crossings;<br>• additional details of the access east of Oak Flat, which was a specific issue raised in public comments;<br>• additional details of management of construction with respect to the Arizona National Scenic Trail;<br>• specific details about how access would be maintained to the extent possible for recreational activities, including hiking, camping, and hunting; and<br>• a change in the location of employee access to the West Plant Site, to reduce impacts within the Town of Superior surface streets. |
| **Source of measure:**<br>Resolution Copper; public comments |
| **Resource affected/impacts being mitigated:**<br>Recreation and access |
| **Applicable alternatives:**<br>All |
| **Authority to require:**<br><br>Since the road use plan is an integral part of the mine plan of operations as submitted to the Forest Service, these measures are considered to be non-discretionary for implementation. This measure is listed here as a mitigation measure because aspects of the revised road use plan were developed directly in response to the impacts disclosed in the EIS analysis.<br><br>Additionally, the routes impacted are Forest Service surface resources for Alternatives 2, 3, and 4, and authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). For Alternative 5, 43 CFR 3809.2 provides similar authority to the BLM to regulate mining to prevent unnecessary or undue degradation.<br>For Alternative 6, the Forest Service would not have jurisdiction over the tailings storage facility, but would have authority over the pipeline corridor crossing NFS lands. |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>None. |

Appendix J

## *Required and Voluntary Measures for Air Quality (1 measure)*

| **RC-AQ-01: SRP solar participation agreement** |
|---|
| Other names: M-AQ1 |
| **Description/overview:** |
| Rio Tinto has plans to invest significantly over the next 5 years to support delivery of its emissions targets. In line with this objective, in November 2019, Resolution Copper entered into a Solar Participation Agreement with the Salt River Project Agricultural Improvement and Power District to obtain solar power from a 100-megawatt solar photovoltaic generating facility expected to go online in January 2022. In furthering its commitment to increase its reliance on renewable energy, Resolution Copper subscribed to 4.6 percent of the generating facility's solar power. Accordingly, by entering into the agreement, Resolution Copper has sourced renewable energy credits constituting approximately 25 percent of Resolution Copper's estimated baseload in 2022. Resolution Copper will continue to explore other opportunities to obtain renewable energy credits as the project moves forward. Note that Resolution Copper anticipates similar agreements in the future to meet net-zero carbon commitments by 2050. As these commitments cannot be enforced by the Forest Service, this remains a Resolution Copper–voluntary measure. |
| **Source of measure:** |
| Resolution Copper; public comment |
| **Resource affected/impacts being mitigated:** |
| Air quality and increased greenhouse gas emissions. |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| Resolution Copper has committed to this measure through the November 2019 Solar Participation Agreement. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| None. |

8-RCMSER-2214

Appendix J

## *Required and Voluntary Measures for Water Resources (4 measures)*

| **FS-WR-01: Monitoring and mitigation plan for GDEs and water wells** |
|---|
| Other names: RC-211 (DEIS appendix J); M-W28 |
| **Description/overview:**<br><br>In April 2019, Resolution Copper provided the Forest Service with a document titled "Monitoring and Mitigation Plan for Groundwater Dependent Ecosystems and Water Wells" (Montgomery and Associates Inc. 2019b). This plan was revised and finalized in September 2020 (Montgomery and Associates Inc. 2020b). This document outlines a monitoring plan to assess potential impacts on each GDE, identifies triggers and associated actions to be taken by Resolution Copper to ensure that GDEs are preserved, and suggests mitigation measures for each GDE if it is shown to be impacted by future mine dewatering. Note that this plan includes actions both for GDEs and water supply wells.<br><br>The plan focuses on the same GDEs described in section 3.7.1 of the FEIS, as these are the GDEs that are believed to rely on regional groundwater that could be impacted by the mine. The stated goal of the plan is "to ensure that groundwater supported flow that is lost due to mining activity is replaced and continues to be available to the ecosystem." The plan specifically notes that it is not intended to address water sources associated with perched shallow groundwater in alluvium or fractures.<br><br>The specific GDEs addressed by this plan include the following:<br><br>    • Bitter, Bored, Hidden, Iberri, Kane, McGinnel, McGinnel Mine, No Name, Rock Horizontal, and Walker Springs;<br>    • Queen Creek below Superior (reach km 17.39 to 15.55) and at Whitlow Ranch Dam;<br>    • Arnett Creek in two locations;<br>    • Telegraph Canyon in two locations;<br>    • Devil's Canyon springs (DC4.1E, DC6.1E, DC6.6W, and DC8.2W);<br>    • Devil's Canyon surface water in two locations (reach kilometer (km) 9.1 to 7.5, and reach km 6.1 to 5.4);<br>    • Mineral Creek springs (Government Springs, MC3.4W); and<br>    • Mineral Creek surface water in two locations (MC8.4C, and reach km 6.9 to 1.6).<br><br>Monitoring frequency and parameters are discussed in the plan and include such things as groundwater level or pressure, surface water level, presence of water or flow, extent of saturated reach, and phreatophyte area. In general, groundwater level or pressure and surface water level would be monitored daily (using automated equipment), while other methods would be monitored quarterly or annually.<br><br>Water supplies to be monitored are Superior (using well DHRES-16_743 as a proxy), Boyce Thompson Arboretum (using the Gallery Well as a proxy), and Top-of-the-World (using HRES-06 as a proxy).<br><br>A variety of potential actions are identified that could be used to replace water sources if monitoring reaches a specified trigger. Specific details (likely sources and pipeline corridor routes) are shown in the plan. These include the following:<br><br>    • Drilling new wells, applicable to both water supplies and GDEs. The intent of installing a well for a GDE is to pump supplemental groundwater that can be used to augment flow. The exact location and construction of the well would vary; it is assumed in many cases groundwater would be transported to GDEs via an overland pipeline to minimize ground disturbance. Wells require maintenance in perpetuity, and likely would be equipped with storage tanks and solar panels, depending on specific site needs.<br>    • Installing spring boxes. These are structures installed into a slope at the discharge point of an existing spring, designed to capture natural flow. The natural flow is stored in a box and |

8-RCMSER-2215

discharged through a pipe. Spring boxes can be deepened to maintain access to water if the water level decreases. Spring boxes require little ongoing maintenance to operate.

- Installing guzzlers. Guzzlers are systems for harvesting rainwater for wildlife consumption. Guzzlers use an impermeable apron, typically installed on a slope, to collect rainwater which is then piped to a storage tank. A drinker allows wildlife and/or livestock to access water without trampling or further degrading the spring or water feature. Guzzlers require little ongoing maintenance to operate.

- Installing surface water capture systems such as check dams, alluvial capture, recharge wells, or surface water diversions. All of these can be used to supplement diminished groundwater flow at GDEs by retaining precipitation in the form of runoff or snowmelt, making it available for ecosystem requirements.

- Providing alternative water supplies from a non-local source. This would be considered only if no other water supply is available, with the Arizona Water Company or the Desert Wellfield being likely sources of water.

The September 2020 plan (Montgomery and Associates Inc. 2020b) is silent on the duration of this monitoring and mitigation measure. The Forest Service will require the following as part of the monitoring and mitigation plan for GDEs and water wells, due to the expectation that pumping effects could take many years or decades to be observed:

1. Monitoring and mitigation will be required to continue through operations, during the period of active dewatering.

2. Monitoring and mitigation will be required to continue during the closure phase as well, for at least 10 years after cessation of active dewatering.

3. At the end of this period, Resolution Copper may request from the Forest Service that individual GDEs and water wells be dropped from further monitoring and mitigation efforts, based on analysis of the observations made during the operations and closure phases.

An important change was made to this measure after the January 2021 FEIS was rescinded. Some comments requested that triggers for mitigation be more clearly defined in the measure. The Forest Service requested revisions to the plan and received those revisions from Resolution Copper in December 2022 (Montgomery and Associates Inc. 2022). The revision simplified the triggers. Quantitative criteria are specified for each GDE that generally amount to observing 2 years of measurements below the average, coupled with decreases in water level in regional monitoring wells. Water wells are treated similarly based on groundwater level measurements.

The plan still contains a caveat that the "mitigation measure would be triggered except if data demonstrate dewatering from the Project was not the cause of the impact." However, unlike the previous version of the mitigation plan which required a positive demonstration using undetermined means that mine drawdown was responsible for GDE impacts prior to implementing mitigation, the revised version assumes that mitigation will take place if these clear quantitative triggers are met and only would not be implemented if a defensible argument could be made otherwise.

The 2022 version of the plan (Montgomery and Associates Inc. 2022) is the version of the plan required by the Forest Service to be implemented by Resolution Copper.

| Source of measure: |
|---|
| Resolution Copper |

| Resource affected/impacts being mitigated: |
|---|
| Water resources, riparian habitat, water supplies |

| Applicable alternatives: |
|---|
| All |

Appendix J

| Authority to require: |
| As some GDEs impacted are considered Forest Service surface resources, authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). |

| Funded by: |
| Resolution Copper |

| Additional ground disturbance: |
| Yes, quantified in the plan in the event replacement water is needed |

| FS-WR-02: Clean Water Act Section 404 compensatory mitigation plan |
| Other names: RC-217 (DEIS appendix J); CA-168 (DEIS appendix J); M-L1; M-L4; M-L12; M-R18; M-W2 |
| **Description/overview:** |

Resolution Copper has proposed a package of compensatory mitigation as part of the Clean Water Act Section 404 permitting process; this package is included in appendix D of the FEIS and has been approved by the USACE. The three compensatory mitigation parcels approved under the Section 404 permitting process are:

1. MAR-5 Wetland/Olberg Road. The conceptual mitigation strategy consists of exotic tree species (principally tamarisk) removal and control, combined with native plant species reseeding, to allow for the establishment and maintenance of a riparian habitat dominated by native tree species. The MAR-5 Wetland site was established in 2015. Proposed continuing mitigation activities for the MAR-5 site include continued scheduled Central Arizona Project water discharges, limited tamarisk removal and control, and seeding of native plant species. The Olberg Road site would represent new mitigation activities and is located adjacent to the existing MAR-5 Wetland site. Mitigation activities at the Olberg Road site consist of tamarisk removal and control within the entire 23-acre site, followed by seeding of native plant species. The entire Mar-5/Olberg Road area encompasses 146 acres of lands; only the 23-acre Olberg Road mitigation parcel is part of the compensatory mitigation package.

2. Queen Creek. This site is located downstream of the town of Superior, along Queen Creek. Resolution Copper would establish a conservation easement covering approximately 79 acres along 1.8 miles of Queen Creek to restrict future development of the site and provide protected riparian and wildlife habitat. Within a 33-acre area being considered as part of the compensatory mitigation package, conceptual mitigation elements include the removal of tamarisk to allow riparian vegetation to return to its historic composition and structure and promote more natural stream functions.

3. H&E Farm. The H&E Farm is a 500-acre property owned by The Nature Conservancy. Mitigation activities proposed include earthwork to reconnect historic tributaries. The earthwork is proposed to reestablish the San Pedro River's access to its floodplain and terrace and enhance the wetland features present in the area. The soils across the site on the terraces are compacted and causing earth fissures and sinkholes on the parcel, which will continue if no intervention occurs. Grading in some areas would reestablish the natural alluvial fan and floodplain terrace structure. Planting and seeding native species is planned to restore a more native vegetation community along the bank of the river. It is intended to mirror previous mitigation strategies implemented by The Nature Conservancy as well as ongoing mitigation at the AGFD Lower San Pedro Wildlife Area that is contiguous to the

8-RCMSER-2217

Appendix J

| |
|---|
| western and northern boundaries of the H&E Farm parcel. The terrace area to be reestablished encompasses 300 acres, and the wetland area to be reestablished encompasses 15 acres. The remainder of the property would be conserved in the current condition. |
| **Source of measure:** |
| Clean Water Act Section 404 permit |
| **Resource affected/impacts being mitigated:** |
| Mitigations impacts to waters of the U.S. and associated riparian habitat |
| **Applicable alternatives:** |
| Compensatory mitigation plans are specific to Alternative 6 only; Alternative 5 would also require permitting, although this has not been pursued to date. Alternatives 2, 3, and 4 would not require Section 404 permitting or any associated compensatory mitigation. |
| **Authority to require:** |
| Authority exists to require this under Section 404 of the Clean Water Act, administered by the USACE. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| As described in FEIS Appendix D, Clean Water Act Section 404 Compensatory Mitigation Plan |

| |
|---|
| **FS-WR-04: Replacement of water in Queen Creek** |
| Other names: M-W16 |
| **Description/overview:** |
| Resolution Copper will replace stormwater flow to Queen Creek that has been diverted as a direct result of subsidence. Resolution Copper plans to do so by placing water into Queen Creek above the Magma Bridge and potentially other locations. Queen Creek is a surface resource on portions of the Mesa and Globe Ranger Districts. |
| Precise timing of actual subsidence impacts will depend on timing and sequencing of underground mining. Mitigations for stormwater flow loss to Queen Creek resulting from future subsidence impacts will be incrementally implemented in advance of and concurrent with future subsidence impacts in collaboration with the Town of Superior and other downstream stakeholders with a presence along Queen Creek, in order to offset the actual impacts of future activities. Thus, this mitigation will be supported by a process of baseline data collection to measure impacts. All mitigations involving discharge of replacement water are contingent on successful permitting, including the receipt of an AZPDES permit from ADEQ. |
| Some comments asked whether this required mitigation would exist in perpetuity. The Forest Service requested clarification from Resolution Copper on this topic, which was received in November 2022 (Antone 2022a). Resolution Copper noted that the site-wide reclamation plan indicates, "Diversion channels surrounding the EPS will be retained and to the extent practicable may be implemented at closure to divert stormwater from entering the crater" (Tetra Tech Inc. 2020). Resolution Copper then further noted, "Based on the statements in the GPO, FEIS, and Closure Plan, it is the intent of Resolution Copper for the stormwater diversion around the subsidence area to be constructed prior to subsidence beginning, and to be permanent. The permanence is implied in the GPO (and FEIS analysis). The USFS might consider updating the PF-WR-02 mitigation measure to indicate that the diversion will be permanent as needed." |

Mitigation measure PF-WR-02 (Garrett 2025) is a voluntary measure on the future private land that would be exchanged to Resolution Copper, indicating that stormwater will be diverted around the subsidence crater as practicable. Activities implemented in mitigation measure PF-WR-02 would be permanent. The intent of PF-WR-02 is to maintain as much natural flow as possible in Queen Creek. Whether water needs to be replaced in Queen Creek under mitigation measure FS-WR-04 will depend on the actual measured loss of flow. This will be determined by baseline data collection that will measure impacts to stormflow.

**Source of measure:**

Resolution Copper

**Resource affected/impacts being mitigated:**

Adverse impacts to surface water quantity

**Applicable alternatives:**

All

**Authority to require:**

For those project activities that would impact Forest Service surface resources, authority exists under 36 CFR 251.56 (terms and conditions on special use permits) or 36 CFR 228.8 (mine plan requirements for environmental protection).

Mitigation measure PF-WR-02 (Garrett 2025) is also a committed measure under an agreement with the Town of Superior dated January 14, 2021, and letter of intent with the Town of Superior dated August 23, 2024, to develop a formal agreement.

**Funded by:**

Resolution Copper

**Additional ground disturbance:**

No additional ground disturbance is anticipated; most wells are existing or within the footprint of the facility.

Appendix J

| RV-WR-03: Skunk Camp water quality monitoring plan |
|---|
| Other names: GP-37 (DEIS appendix J); CA-206 (DEIS appendix J); FS-151 (DEIS appendix J); M-W10 |
| **Description/overview:**<br><br>Dripping Spring Wash is ephemeral between the proposed Skunk Camp tailings storage facility and the Gila River. Resolution Copper will need an AZPDES permit issued by the ADEQ, which will require monitoring of any discharges from the tailings storage facility, if any such discharges occur, which will identify the quality of any such discharges.<br><br>Resolution Copper will also need an APP issued by ADEQ. APPs include groundwater monitoring at specified point of compliance (POC) wells located near the facility. Monitoring at these wells is required to demonstrate that discharges from the facility will not cause exceedance of aquifer water quality standards (set equal to Federal primary drinking water maximum contaminant levels) at the POC(s), or cause further degradation of water quality if an aquifer water quality standard is already exceeded at the POC(s) at the time of permit issuance. APPs also typically include alert levels, generally set lower than corresponding aquifer quality limits and monitored at the POCs. APPs include specific contingency measures to be followed if specified conditions occur, including (but not limited to) exceedance of alert levels or aquifer quality limits. Finally, APPs require reporting of all monitoring results to ADEQ, as well as prompt reporting of permit violations or alert level exceedances.<br><br>Resolution Copper has provided a robust water quality monitoring program around the proposed tailings storage facility (Skunk Camp water quality monitoring plan (Montgomery and Associates Inc. 2020f)), which exceeds the likely monitoring requirements to be implemented under the APP or AZPDES permit. The Skunk Camp water quality monitoring plan includes monitoring of numerous wells and springs along or adjacent to Dripping Spring Wash and in the Gila River just downstream of its confluence of Dripping Spring Wash. |
| **Source of measure:**<br>Resolution Copper |
| **Resource affected/impacts being mitigated:**<br>Adverse impacts to groundwater and surface water quality |
| **Applicable alternatives:**<br>Alternative 6 |
| **Authority to require:**<br>Authority for these measures will ultimately reside with ADEQ under the APP and AZPDES programs; however, it is anticipated that much of the sampling detailed in the plan will remain voluntary by Resolution Copper. |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>No additional ground disturbance anticipated; most wells are existing or within the footprint of the facility. |

8-RCMSER-2220

Appendix J

## Required and Voluntary Measures for Wildlife (4 measures)

| FS-WI-01: Revised wildlife management plan |
|---|
| Other names: GP-125 (DEIS appendix J); GP-131 (DEIS appendix J); CA-176 (DEIS appendix J); CA-177 (DEIS appendix J); CA-185 (DEIS appendix J); CA-186 (DEIS appendix J); CA-187 (DEIS appendix J); CA-189 (DEIS appendix J); GP-122 (DEIS appendix J); M-WL1; M-WL3; M-WL4; M-WL11; M-WL14; M-WL23; M-WL25; M-WL28; M-WL32; M-WL36; M-WL42; M-WL45; M-WL49 |
| **Description/overview:**<br>Resolution Copper included a wildlife management plan as an appendix to its original mine plan of operations. After publication of the DEIS, Resolution Copper consulted with the AGFD to revise the wildlife management plan in response to comments submitted by the AGFD on the DEIS. Several revised aspects of the wildlife management plan (Resolution Copper 2020i) respond directly to issues raised in the comments or supersede more generic measures contained in the DEIS.<br>Specific measures that this measure consolidates and supersedes are as follows:<br><ul><li>Follow AGFD and FWS guidance for mitigation of impacts on wildlife (DEIS mitigation measure GP-125). Resolution Copper will be following appropriate guidance from the AGFD and the FWS, relying on the revised wildlife management plan completed in response to the AGFD comments and the Biological Opinion issued by the FWS.</li><li>Implement a wildlife management plan for stormwater ponds, including wildlife exclusion fencing (DEIS mitigation measure GP-131). These aspects are explicitly incorporated into the revised wildlife management plan.</li><li>Use best management practices during pipeline construction and operations (DEIS mitigation measure CA-176). These aspects are explicitly incorporated into the revised wildlife management plan.</li><li>Reduce impacts on golden eagles (DEIS mitigation measure CA-185). These aspects are explicitly incorporated into the revised wildlife management plan.</li><li>Reduce impacts on peregrine falcon (DEIS mitigation measure CA-186). These aspects are explicitly incorporated into the revised wildlife management plan.</li><li>Reduce impacts on migratory and breeding birds (DEIS mitigation measure CA-187). These aspects are explicitly incorporated into the revised wildlife management plan.</li><li>Implement impact avoidance and minimization measures for special status species (GP-122). Resolution Copper will be following appropriate guidance for special status species, relying on the revised wildlife management plan completed in response to AGFD comments and the Biological Opinion issued by the FWS.</li></ul>Specific new measures in the revised wildlife management plan include the following:<br><ul><li>The project lighting plan would reduce impacts to wildlife from lights.</li><li>May–September seasonal restrictions that were detailed in the Biological Assessment with respect to avian species would be implemented in riparian habitat (SWCA Environmental Consultants 2020a).</li><li>Hazing, non-lethal deterrents, exclusion fencing, and other measures to minimize wildlife conflicts would be implemented.</li><li>Flight diverters would be used on power lines over riparian habitat in Devil's Canyon, Queen Creek, and Mineral Creek.</li><li>Preconstruction surveys and nest location for golden eagles, peregrine falcon, and migratory or breeding birds, with mitigation if occurrences are found.</li><li>Mitigations for kit fox.</li></ul> |

8-RCMSER-2221

| **Source of measure:** |
| Resolution Copper; public comments |
| **Resource affected/impacts being mitigated:** |
| Adverse effects on wildlife |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| Since the wildlife management plan is an integral part of the mine plan of operations as submitted to the Forest Service, these measures are considered to be non-discretionary for implementation. This measure is listed here as a mitigation measure because aspects of the revised wildlife management plan were developed directly in response to the impacts disclosed in the EIS analysis.<br><br>Additionally, the habitats impacted are Forest Service surface resources for Alternatives 2, 3, and 4, and authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). For Alternative 5, 43 CFR 3809.2 provides similar authority to the BLM to regulate mining to prevent unnecessary or undue degradation. For Alternative 6, the Forest Service would not have jurisdiction over the tailings storage facility but would have authority over the pipeline corridors crossing NFS lands. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| No additional ground disturbance anticipated. |

| **FS-WI-02: Reptile and Sonoran desert tortoise (ESA-CCA) plan** |
| Other names: CA-191 (DEIS appendix J); M-WL34 |
| **Description/overview:** Implement conservation actions detailed in the Candidate Conservation Agreement (CCA). The CCA would be a formal agreement between the FWS and Resolution Copper to address the conservation needs of proposed or candidate species, or species likely to become candidates for listing, before they become listed as endangered or threatened. Resolution Copper would voluntarily commit to conservation actions that would help stabilize or restore the species with the goal that listing would become unnecessary.<br><br>This measure was included in the DEIS and has since been incorporated into the revised wildlife management plan (FEIS mitigation measure FS-WI-01). Resolution Copper has committed to this measure. |
| **Source of measure:** |
| AGFD |
| **Resource affected/impacts being mitigated:** |
| Wildlife |
| **Applicable alternatives:** |
| All |

8-RCMSER-2222

**Authority to require:**

Because of its inclusion in the revised wildlife management plan, this measure is considered to be non-discretionary for implementation.

Additionally, the habitats impacted are Forest Service surface resources for Alternatives 2, 3, and 4, and authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). For Alternative 5, 43 CFR 3809.2 provides similar authority to BLM to regulate mining to prevent unnecessary or undue degradation.

For Alternative 6, the Forest Service would not have jurisdiction over the tailings storage facility but would have authority over the pipeline corridors crossing NFS lands.

**Funded by:**

Resolution Copper

**Additional ground disturbance:**

No additional ground disturbance anticipated.

---

**FS-WI-03: Mitigation of loss of abandoned mine or cave habitat for bats**

Other names: CA-172 (DEIS appendix J)

**Description/overview:**

Mitigate impacts on bat habitat by conducting pre-closure surveys over multiple years and multiple visits per year, to document species presence/absence and develop appropriate closure methods in coordination with AGFD, Bat Conservation International, and Forest Service biologists; implement wildlife exclusion measures pre-closure to minimize wildlife entrapment and mortality during closure; consider seasonal timing of closure on any sites with suitable maternity roosts; and identify mines, adits, and/or shafts with known bat roosting areas. If activities are adjacent to bat roosting/maternity sites, develop best management practices to reduce human encroachment.

This measure was included in the DEIS and has since been incorporated into the revised wildlife management plan (FEIS mitigation measure FS-WI-01). Resolution Copper has committed to this measure.

**Source of measure:**

AGFD

**Resource affected/impacts being mitigated:**

These actions seek to mitigate potential adverse effects on wildlife habitat.

**Applicable alternatives:**

All

**Authority to require:**

Because of inclusion in the revised wildlife management plan, this measure is considered to be non-discretionary for implementation.

Additionally, the habitats impacted are Forest Service surface resources for Alternatives 2, 3, and 4, and authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). For Alternative 5, 43 CFR 3809.2 provides similar authority to the BLM to regulate mining to prevent unnecessary or undue degradation.

For Alternative 6, the Forest Service would not have jurisdiction over the tailings storage facility but would have authority over the pipeline corridors crossing NFS lands.

8-RCMSER-2223

Appendix J

| Funded by: |
|---|
| Resolution Copper |
| **Additional ground disturbance:** |
| No additional ground disturbance anticipated. |

| **FS-WI-04: Maintain or replace access to stock tanks and AGFD wildlife waters** |
|---|
| Other names: CA-175 (DEIS appendix J) |
| **Description/overview:** Resolution Copper would maintain or replace access to stock tanks and AGFD wildlife waters impacted by the project. Stock tanks are used to provide drinking water for livestock. The AGFD constructs wildlife water developments to support a variety of wildlife, including game species. The benefits of AGFD wildlife water developments include a long lifespan; year-round, acceptable water quality for wildlife use; require no supplemental water hauling, except in rare or exceptional circumstances; minimal visual impacts and blend in with the surrounding landscape; are accessible to and used by target species and exclude undesirable/feral species to the greatest extent possible; and minimized risk of animal entrapment and mortality. |
| This measure was included in the DEIS and maintaining access in general has since been incorporated into the revised road use plan (FEIS mitigation measure FS-TA-01) and committed to by Resolution Copper. |
| **Source of measure:** |
| AGFD |
| **Resource affected/impacts being mitigated:** |
| These actions seek to mitigate potential adverse effects on livestock grazing, recreation, and wildlife habitat. |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| Because of inclusion in the revised road use plan, this measure is considered to be non-discretionary for implementation. |
| Additionally, the areas impacted are Forest Service surface resources for Alternatives 2, 3, and 4, and authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). For Alternative 5, 43 CFR 3809.2 provides similar authority to BLM to regulate mining to prevent unnecessary or undue degradation.<br>For Alternative 6, the Forest Service would not have jurisdiction over the tailings storage facility but would have authority over the pipeline corridors crossing NFS lands. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| No additional ground disturbance anticipated. |

8-RCMSER-2224

Appendix J

## Required and Voluntary Measures for Recreation (6 measures)

| FS-RC-01: Relocation of Arizona National Scenic Trail |
| --- |
| Other names: RC-212 (DEIS appendix J) |
| **Description/overview:** |
| Resolution Copper has proposed to fund the relocation of a segment of the Arizona National Scenic Trail as well as the construction of new trailheads. Approximately 9 miles of new trail would need to be built between U.S. Route 60 and NFS Road 650 near Whitford Canyon. This measure was proposed by Resolution Copper and seeks to mitigate impacts on recreational opportunities on the trail. This measure is only applicable to Alternatives 2, 3, and 4. Relocating the trail and constructing new trailheads would require additional ground disturbance, but the exact area of new disturbance has yet to be determined. It is assumed the new trail would be about 2 to 3 feet wide and have approximately 3 acres of total surface area. |
| **Source of measure:** |
| Resolution Copper |
| **Resource affected/impacts being mitigated:** |
| These actions seek to mitigate potential adverse effects on recreation. |
| **Applicable alternatives:** |
| Alternative 2, 3, and 4 |
| **Authority to require:** |
| The segments of the trail impacted are Forest Service surface resources for Alternatives 2, 3, and 4, and authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| Yes, to be determined, but it is roughly estimated that a new trail bed would be 2 to 3 feet wide and would account for approximately 3 acres of additional ground disturbance. |

| FS-RC-02: Access to Oak Flat Campground |
| --- |
| Other names: RC-216 (DEIS appendix J); PA Measure #B5 |
| **Description/overview:** |
| Resolution Copper will ensure access to the Oak Flat campground to members of the public and Tribes as long as safety allows. Resolution Copper will develop an Oak Flat campground management plan prior to completion of the land exchange. The management approach is consistent with the current Forest Service management of the campground but would also incorporate additional measures requested by Tribes, including closure of the campground to the public periodically or upon request by Indian Tribes for traditional and ceremonial purposes. |
| **Source of measure:** |
| Resolution Copper; draft Programmatic Agreement |
| **Resource affected/impacts being mitigated:** |

8-RCMSER-2225

Appendix J

| These actions seek to mitigate potential adverse effects on recreation and Tribal values. |
|---|
| **Applicable alternatives:**<br>All |
| **Authority to require:**<br>As this measure was developed under the authority of Section 3003 of PL 113-291, implementation is required to take place. |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>No additional ground disturbance anticipated. |

| **FS-RC-03: Mitigation for adverse impacts to recreational trails (Tonto National Forest multi-use trail plan)** |
|---|
| Other names: RC-214 (DEIS appendix J); M-R14; M-R17; M-R19; M-R20; M-R23; M-R35 |
| **Description/overview:**<br>In the DEIS, Resolution Copper had agreed to support the recreation user group (RUG) and the Superior Trail network plan to offset loss of public roads at Oak Flat. The RUG had proposed a conceptual plan for a trail system on the Tonto National Forest, located southwest of the town of Superior, that would meet the needs and interests of different stakeholders (WestLand Resources Inc. 2019).<br><br>In 2020, land managers and resource specialists from the Tonto National Forest evaluated the proposed measures intended to mitigate recreation impacts on the Tonto National Forest resulting from actions associated with the proposed project. This review resulted in a set of measures found to be legitimate, practicable, and effective, and inclusion in the FEIS was recommended (Rausch and Rasmussen 2020).<br><br>The recommendations include 9.3 miles of motorized trail and 11.5 miles of non-motorized trail that would be located on and managed by Tonto National Forest. Resolution Copper has committed to funding the construction and maintenance of the new multi-use trail network on the Tonto National Forest, with the further intent that investment funding can be supported by additional grants and funds from recreational groups and other organizations to further expand recreational opportunities. |
| **Source of measure:**<br>Tonto National Forest |
| **Resource affected/impacts being mitigated:**<br>These actions seek to mitigate potential adverse effects on recreation. |
| **Applicable alternatives:**<br>All |
| **Authority to require:**<br>As project impacts would impact Forest Service surface resources, including recreation opportunities involving motorized and non-motorized routes, authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). |
| **Funded by:**<br>Resolution Copper |

8-RCMSER-2226

Appendix J

---

**Additional ground disturbance:**

Implementation of the full plan would involve 42 acres, which has been incorporated into the FEIS analysis.

---

**RC-RC-04: Establish an alternative campground site (Castleberry) to mitigate the loss of Oak Flat campground**

Other names: RC-215 (DEIS appendix J); M-R1; M-R2; M-R14; PA Measure #C7

**Description/overview:**

Resolution Copper will establish an alternative campground site, known as Castleberry, within 18 months of the issuance of the final ROD, to mitigate the loss of Oak Flat campground, which is a historic property (Graham 2020).

The new Castleberry campground will be located primarily on private property owned by Resolution Copper near the town of Superior that contains numerous prehistoric and historic-era historic properties. Resolution Copper has indicated that efforts will be made to avoid effects on these properties when developing the campground facilities and to potentially install interpretive signs at several historic properties.

**Source of measure:**

Resolution Copper

**Resource affected/impacts being mitigated:**

These actions seek to mitigate potential adverse effects on recreation.

**Applicable alternatives:**

All

**Authority to require:**

Resolution Copper has noted that this measure is enforceable under third-party agreements dated January 14, 2021, between Resolution Copper and the Town of Superior.

Of the 50-acre proposed campground, 48 acres are private, and 2 acres are managed by the Tonto National Forest. The Tonto National Forest has the ability to manage surface uses on those 2 acres but does not have authority or jurisdiction over the remaining portions of the campground.

**Funded by:**

Resolution Copper

**Additional ground disturbance:**

Additional disturbance on the Castleberry property and access to property could include up to 50 acres, which has been incorporated into the FEIS analysis.

---

8-RCMSER-2227

Appendix J

| RC-RC-05: Mitigation for impacts on climbing resources |
|---|
| Other names: RC-213 (DEIS appendix J); M-R8; M-R9; M-R23; M-R33; M-R34; M-R37 |
| **Description/overview:**<br><br>As described in the Queen Creek "Climbing and Mitigation Access Plan" (Oliver 2020), impacts to climbing resources near Oak Flat and Euro Dog Valley could be offset by new access to bouldering and climbing resources known as "The Inconceivables and Chill Hill Boulders." These climbing resources are roughly accessed from Arizona State Route (SR) 177, located approximately 5 miles south of Superior, in Pinal County, Arizona, in portions of Sections 26, 27, 34, and 35, Township 2 South, Range 12 East.<br><br>Initial engineering designs for improved road access and parking on NFS lands have been drafted and Resolution Copper has agreed to fund the improvements. Details are provided in the "Inconceivables Access Plan" (WestLand Resources Inc. 2020a).<br><br>Additionally, Resolution Copper has agreed to mitigation efforts in the combined "Queen Creek Climbing Area," which includes 10 discrete climbing areas: The Pond, Atlantis, Oak Flat, Euro Dog Valley, The Mine Area, Apache Leap, Northern Devil's Canyon, Upper Devil's Canyon, and Lower Devil's Canyon, and Hackberry Creek/The Refuge. Some of these areas will be impacted, and Resolution Copper has proposed the following mitigation:<br><br>• Oak Creek and Euro Dog Valley: May eventually be impacted by subsidence. Funds for a new access road (crossing NFS lands) to the Inconceivables and Chill Hill boulders.<br><br>• The Mine Area: Mining impacts will likely include closure of the current access route via Magma Mine Road and closure of some of the climbing area. Resolution Copper will work with local climbing groups and climbers to evaluate the feasibility of an alternate access route (trail) on private lands.<br><br>• Apache Leap: Access via Magma Mine Road and NFS Road 315 will be closed due to mining impacts. Resolution Copper will work with local climbing groups and climbers to evaluate the feasibility of an alternate access route (trail) across private lands. Although access from NFS Road 2440 via the Cross Canyon Road would not be impacted by mining activities, there may be possible restrictions for climbing as a result of the climbing management plan for Apache Leap Special Management Area.<br><br>• Upper Devil's Canyon: Access from NFS Road 2438 and/or 2439 via NFS Road 469 (Magma Mine Road) will most likely remain. However, in the event that parts of NFS Road 2438 are closed due to subsidence, Resolution Copper will work with local climbing groups and climbers to evaluate the feasibility of an alternate access route.<br><br>• Lower Devil's Canyon, Hackberry Creek/The Refuge: Access will remain from the south from NFS Road 315 via SR 177, but access from Magma Mine Road will be closed.<br><br>Resolution Copper has also agreed to fund an endowment to support the continuing use of the Queen Creek Climbing Area for climbing and bouldering. The Queen Creek Climbing Coalition has agreed to support the use of the fund for the development of climbing access and areas outside the area impacted by the mine. |
| **Source of measure:**<br>Resolution Copper |
| **Resource affected/impacts being mitigated:**<br>These actions seek to mitigate potential adverse effects on recreation. |

8-RCMSER-2228

Appendix J

| Applicable alternatives: |
|---|
| All |
| **Authority to require:** |
| Portions of this measure are committed to by Resolution Copper under an agreement with the Queen Creek Coalition dated July 12, 2012. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| Total new ground disturbance for the Inconceivables Access Road has been incorporated into the FEIS analysis. Other ground disturbance from recreation use would be negligible and consistent with current uses. |

| **RV-RC-06: Mitigation for public access to JI Ranch through AGFD cooperative agreement** |
|---|
| Other names: M-S20 |
| **Description/overview:** |
| Resolution Copper will open Signal Mountain Road on the JI Ranch for public access to the Tonto National Forest for wildlife-related recreation through an agreement with the AGFD. |
| **Source of measure:** |
| Public comment |
| **Resource affected/impacts being mitigated:** |
| Recreation and public access |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| As an applicant-proposed mitigation measure, implementation is not assured; however, if included as a stipulation or requirement in a permit it may become required. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| None. |

8-RCMSER-2229

Appendix J

## *Required and Voluntary Measures for Public Health and Safety (5 measures)*

| FS-PH-01: Satellite monitoring of tailings storage facility |
|---|
| Other names: FS-01 (DEIS appendix J) |
| **Description/overview:**<br>High-resolution satellite imagery would be collected and processed at regular intervals. Processed output provided to the Forest Service or BLM would include beach width, tailings surface slope contours, and constructed site topography. This output could be provided for land manager verification of adherence to design criteria, as well as long-term monitoring of facility performance over time. |
| **Source of measure:**<br>Tonto National Forest interdisciplinary team |
| **Resource affected/impacts being mitigated:**<br>Public health and safety |
| **Applicable alternatives:**<br>Alternatives 2, 3, 4, and 5 |
| **Authority to require:**<br>Alternatives 2, 3, and 4: authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection).<br>Alternative 5: 43 CFR 3809.2 (BLM authority to regulate mining to prevent unnecessary or undue degradation).<br>Alternative 6: As facility would ultimately be located on private land, the Forest Service would not have authority to require long-term monitoring of the tailings storage facility. |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>No additional ground disturbance anticipated. |

| FS-PH-02: Adherence to National Dam Safety Program Standards |
|---|
| Other names: FS-228 (DEIS appendix J); FS-229 (DEIS appendix J) |
| **Description/overview:**<br>For a tailings storage facility built on Federal land, the Forest Service is requiring that Resolution Copper adhere, at a minimum, to the requirements of the National Dam Safety Program discussed in "Relevant Laws, Regulations, Policies, and Plans" in section 3.10.1.3.<br>This measure also incorporates the development of an emergency action plan for the tailings storage facility. The failure modes and effects analysis (FMEA) that was conducted provides key information to this process, including the breach analysis performed as a result (KCB Consultants Ltd. 2020b). Emergency action planning would include evaluation of emergency potential, inundation mapping and classification of downstream inundated areas, response times, notification plans, evacuation plans, and plans for actions upon discovery of a potentially unsafe condition. This measure originally was anticipated to be conducted between the DEIS and FEIS (DEIS mitigation measure FS-229), and several fundamental steps were conducted (risk assessment and preparing the breach analysis). However, full |

8-RCMSER-2230

Appendix J

emergency planning is premature, given that those efforts are specific to the downstream residents and community, and the facility would not begin operation—at best—for at least a decade. This remains a requirement for any facility built on Federal land, and while this would not include Alternative 6, emergency planning also is a specific requirement of the recently adopted Global Industry Standard on Tailings Management and would be conducted under that framework, regardless of site ownership (International Council on Mining and Metals et al. 2020).

**Source of measure:**

Tonto National Forest interdisciplinary team

**Resource affected/impacts being mitigated:**

Public health and safety

**Applicable alternatives:**

Alternatives 2, 3, 4, and 5

**Authority to require:**

Alternatives 2, 3, and 4: authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection).

Alternative 5: 43 CFR 3809.2 (BLM authority to regulate mining to prevent unnecessary or undue degradation).

Alternative 6: As facility would ultimately be located on private land, the Forest Service would not have authority to require these specific design standards.

**Funded by:**

Resolution Copper

**Additional ground disturbance:**

No additional ground disturbance anticipated.

---

**FS-PH-03: Skunk Camp pipeline protection and integrity plan**

Other names: CA-176 (DEIS appendix J); M-PH6; M-W30

**Description/overview:**

Resolution Copper has prepared a plan for assuring the protection of resources and integrity of the Skunk Camp tailings pipelines during both construction and operations (Golder Associates Inc. 2020). This plan includes additional details of the crossings of drainages such as Devil's Canyon and Mineral Creek. The plan includes details of the materials and techniques to be used in construction, including appropriate industry codes and guidance, an assessment of potential failure modes for the pipeline and design remedies to ensure integrity, operational controls, and spill response plans.

**Source of measure:**

Resolution Copper, public comments

**Resource affected/impacts being mitigated:**

Public health and safety; surface and groundwater quality

**Applicable alternatives:**

Alternative 6

8-RCMSER-2231

Appendix J

---

**Authority to require:**

As much of the pipeline route occurs across NFS lands, authority exists under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection).

**Funded by:**

Resolution Copper

**Additional ground disturbance:**

None.

---

**RC-PH-05: Adhere to Global Tailings Standard**

Other names: M-PH7

**Description/overview:**

Prior to the publication of the DEIS, in March 2019, the International Council on Mining and Metals (ICMM) announced it would co-convene an independent review of global tailings standards along with the United Nations Environment Programme (UNEP) and the Principles for Responsible Investment (PRI).

In August 2020, the Global Industry Standard on Tailings Management was launched (International Council on Mining and Metals et al. 2020). The preamble to the new Standard states, "The Global Industry Standard on Tailings Management (herein 'the Standard') strives to achieve the ultimate goal of zero harm to people and the environment with zero tolerance for human fatality. It requires Operators to take responsibility and prioritise the safety of tailings facilities, through all phases of a facility's lifecycle, including closure and post-closure. It also requires the disclosure of relevant information to support public accountability."

ICMM member companies would implement the Standard as a commitment of membership. Both Rio Tinto and BHP, partners in Resolution Copper, are members of ICMM.

Key aspects of the new Standard include the following:

- Maintaining a comprehensive knowledge base, and requirements for periodic updates to facility management and design at least every 5 years, focusing on material changes in social, environmental, or local economic conditions.

- Identification of accountable parties, notably the Engineer of Record and the Accountable Executive.

- Use of an independent tailings review board (ITRB) and internal auditing.

- A focus on the mine lifecycle: operations, closure, and post-closure, extending until the facility is in a state of "safe closure." This means a closed tailings facility that does not pose ongoing material risks to people or the environment, which has been confirmed by an ITRB or senior independent technical reviewer and signed off by the Accountable Executive.

- Hazard classification based on downstream consequences, which in turn guides the selection of the seismic design standard and flood design standard. For example, for a hazard classification of "extreme," the flood design would be an annual exceedance probability of 1 in 10,000, or the Probable Maximum Flood (International Council on Mining and Metals et al. 2020), and the seismic design criteria would be an annual exceedance probability of 1 in 10,000, or the Maximum Credible Earthquake (International Council on Mining and Metals et al. 2020).

---

8-RCMSER-2232

Appendix J

| |
|---|
| • Requirements for assessing credible failure modes, developing a breach analysis, and conducting emergency planning. |
| • Document "as-built" construction methods and conditions. |
| • Use of operational surveillance with specific and measurable performance objectives, indicators, criteria, and performance parameters; and development of clear trigger action response plans. |
| • Commitment to public disclosure of and access to information and transparency. |

| **Source of measure:** |
|---|
| Resolution Copper; public comments |

| **Resource affected/impacts being mitigated:** |
|---|
| Public health and safety |

| **Applicable alternatives:** |
|---|
| All |

| **Authority to require:** |
|---|
| ICMM member companies are required to implement the Standard as a commitment of membership. Both Rio Tinto and BHP, partners in Resolution Copper, are members of ICMM. |

| **Funded by:** |
|---|
| Resolution Copper |

| **Additional ground disturbance:** |
|---|
| None. |

| **RV-PH-04: Maintain the existing hotline for community complaints** |
|---|
| Other names: GP-133 (DEIS appendix J); M-G2 |

| **Description/overview:** |
|---|
| Resolution Copper will maintain the existing hotline set up for community complaints via email and telephone, described on the Resolution Copper website (www.resolutioncopper.com). Email: community-complaint@resolutioncopper.com. Telephone: (520) 689-3955. |

| **Source of measure:** |
|---|
| Public comments |

| **Resource affected/impacts being mitigated:** |
|---|
| General public use, health and safety, or other public nuisance issues that could occur as a result of project activities. |

| **Applicable alternatives:** |
|---|
| All |

| **Authority to require:** |
|---|
| As an applicant-proposed mitigation measure, implementation is not assured. However, note that this measure is required by Rio Tinto Corporate Community Standards. |

| **Funded by:** |
|---|
| Resolution Copper |

J-37

Appendix J

| Additional ground disturbance: |
| None. |

## Required and Voluntary Measures for Scenic Resources (1 measure)

| **FS-SR-01: Minimize visual impacts from transmission lines** |
| Other names: FS-03 (DEIS appendix J) |
| **Description/overview:** Best management practices or other guidelines (on NFS lands) that would minimize visual impacts from transmissions lines could include the following: <ul><li>use non-specular transmission lines, transformers, and towers;</li><li>avoid use of monopole transmission structures;</li><li>avoid "skylining" of transmission/communication towers and other structures; consider topography when siting transmission structures to avoid "skylining" of structures on high ridges in the landscape; and</li><li>use air transport capability to mobilize equipment and materials for clearing, grading, and erecting transmission towers in areas of the highest visual sensitivity with difficult access.</li></ul> |
| **Source of measure:** |
| Internal NEPA team scoping |
| **Resource affected/impacts being mitigated:** |
| These measures seek to reduce and minimize the scenery impacts and project contrast of mining operations in the surrounding landscape and impacts upon sensitive viewers. All recommendations would be effective in reducing the form, line, and color contrasts presented by the project elements. |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| Power line corridors occur mainly on Tonto National Forest–managed lands, and mitigation can be required, regardless of alternative, under 36 CFR 251.56 (terms and conditions on special use permits) and 36 CFR 228.8 (mine plan requirements for environmental protection). |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| No additional ground disturbance anticipated. |

8-RCMSER-2234

Appendix J

### Required and Voluntary Measures for Cultural/Historical Resources and Tribal Values (7 measures)

| FS-CR-01: Implementation of Oak Flat HPTP |
|---|
| Other names: RC-209 (DEIS appendix J); PA Measure #B1 |
| **Description/overview:**<br>The "Resolution Copper Oak Flat Land Exchange Treatment Plan" (Oak Flat historic properties treatment plan (HPTP)) (Deaver and O'Mack 2019) sets out a plan for treatments to resolve the adverse effects on 42 historic properties that have been identified within the Oak Flat Federal Parcel. In accordance with the plan, Resolution Copper would conduct archaeological data recovery on sites eligible under Criterion D that would be adversely affected. Project materials and archaeological collections would be curated in accordance with 36 CFR 79 (Curation of Federally-Owned and Administered Archaeological Collections). All materials recovered and the associated reports will be curated at the Huhugam Heritage Center or other approved repository. |
| **Source of measure:**<br>Discussions pursuant to Section 3003 of PL 113-291; draft Programmatic Agreement |
| **Resource affected/impacts being mitigated:**<br>Adverse impacts to historic properties and Tribal values and cultural heritage |
| **Applicable alternatives:**<br>All |
| **Authority to require:**<br>As this measure was developed under the authority of Section 3003 of PL 113-291, implementation is required to take place. |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>Yes, but data recovery activities would take place within the area already assumed to be disturbed in the FEIS. |

| FS-CR-02: GPO research design |
|---|
| Other names: RC-210 (DEIS appendix J); PA Measure #B2 |
| **Description/overview:**<br>The GPO research design and data recovery plans detail treatments to resolve adverse effects on historic properties within the GPO project area, with the exception of those in the Oak Flat Federal Parcel. Data recovery would be conducted on archaeological sites eligible for the National Register of Historic Places under Criterion D within the GPO project area. Project materials and archaeological collections would be curated in accordance with 36 CFR 79 (Curation of Federally-Owned and Administered Archaeological Collections). All materials recovered from State Trust and private lands and the associated reports will be curated at the Arizona State Museum, Huhugam Heritage Center, or other approved repository.<br>This measure has two components. The first component is the GPO research design document, which describes the approach for preparing future data recovery plans. In November 2020, the GPO research |

8-RCMSER-2235

Appendix J

design was completed and approved by the Forest Service, State Historic Preservation Office (SHPO), and concurring parties (Arizona State Land Department, USACE), and some Tribes.

The second component of this measure is the preparation of individual data recovery plans for various portions of the project. As the Programmatic Agreement was never executed, the authority over cultural resource mitigation varies across the project. As a result there may be separate data recovery plans for portions of the project on NFS lands, Arizona State Trust lands, and lands associated with the Section 404 permit. Resolution Copper has committed to preparing these plans and conducting the data recovery or treatment of historical properties. It is conceivable that some areas of the project may not fall under the jurisdiction of any agency, in which case preparing and executing the data recovery plans may remain solely a voluntary commitment by Resolution Copper. However, Resolution Copper has coordinated with SHPO for approval to work on or with historic cultural resources, even on private lands.

For any data recovery plan associated with NFS lands, implementation of that plan would be a requirement of the final mine plan of operations or the special use permit.

| Source of measure: |
| --- |
| Discussions pursuant to Section 3003 of PL 113-291; draft Programmatic Agreement |

| Resource affected/impacts being mitigated: |
| --- |
| Adverse impacts to historic properties and Tribal values and cultural heritage |

| Applicable alternatives: |
| --- |
| All |

| Authority to require: |
| --- |
| The Forest Service has the authority to require implementation of this measure on the NFS lands approved under the mining plan of operations or special use permit. |
| Additional authority may exist as a requirement of the Clean Water Act Section 404 permit, under the jurisdiction of the USACE; this is not under the authority of the Forest Service to require. |
| Additional authority may also exist on Arizona State Trust lands or as a requirement for the acquisition of State Trust lands; this is not under the authority of the Forest Service to require. |
| For areas not under the above authorities, this would remain a voluntary commitment by Resolution Copper. |

| Funded by: |
| --- |
| Resolution Copper |

| Additional ground disturbance: |
| --- |
| Yes, but data recovery activities would take place within the area already assumed to be disturbed in the FEIS. |

8-RCMSER-2236

Appendix J

---

**FS-CR-03: Visual, atmospheric, auditory, socioeconomic, and cumulative effects mitigation plan**

Other names: PA Measure #B3

**Description/overview:**

The Forest Service will ensure that additional mitigation plan(s) are prepared after the publication of the FEIS that describe mitigation measures to address visual, atmospheric, auditory, and cumulative effects on historic properties. This plan has already been completed.

**Source of measure:**

Discussions pursuant to Section 3003 of PL 113-291; draft Programmatic Agreement

**Resource affected/impacts being mitigated:**

Adverse impacts to Tribal values and cultural heritage

**Applicable alternatives:**

All

**Authority to require:**

As this measure was developed under the authority of Section 3003 of PL 113-291, implementation is required to take place.

**Funded by:**

Resolution Copper

**Additional ground disturbance:**

Yes, but data recovery activities would take place within the area already assumed to be disturbed in the FEIS.

---

**FS-CR-05: Emory Oak Collaborative Tribal Restoration Initiative**

Other names: M-C5; PA Measure #C1

**Description/overview:**

In partnership with the Tonto National Forest, Resolution Copper will fund the Emory Oak Collaborative Tribal Restoration Initiative, a multi-year restorative fieldwork program for Emory oak groves located on the Tonto National Forest and the Coconino National Forest. The Tonto National Forest will direct the identification and restoration work of the Emory oak groves and fieldwork in consultation with Tribal elders from the Yavapai-Apache Nation, White Mountain Apache Tribe, San Carlos Apache Tribe, and Tonto Apache Tribe and with Northern Arizona University. Program treatments under consideration for Emory oak groves include installation of select fencing to exclude cattle and large herbivores, invasive species control, shrub canopy thinning, prescribed burns, hand-thinning, mastication, and reseeding through seed transplantation to increase recruitment of juvenile oaks. The program is designed to restore and protect Emory oak groves that are accessed by Apache communities for traditional subsistence gathering and ensure their sustainability for future generations.

**Source of measure:**

Discussions pursuant to Section 3003 of PL 113-291; draft Programmatic Agreement

**Resource affected/impacts being mitigated:**

Emory oak groves, particularly those that will be lost at Oak Flat; adverse impacts to Tribal values and cultural heritage

---

J-41

Appendix J

| Applicable alternatives: |
|---|
| All |

| Authority to require: |
|---|
| As this measure was developed under the authority of Section 3003 of PL 113-291, implementation is required to take place. |

| Funded by: |
|---|
| Resolution Copper |

| Additional ground disturbance: |
|---|
| Treatments under consideration for Emory oak groves include installation of select fencing to exclude cattle and large herbivores, invasive species control, shrub canopy thinning, prescribed burns, mastication, and reseeding through seed transplantation to increase recruitment of juvenile oaks. Total ground disturbance is to be determined. |

| FS-CR-06: Tribal cultural heritage fund |
|---|
| Other names: PA Measure #C3 |

| Description/overview: |
|---|
| Resolution Copper shall establish a cultural fund, through an endowment managed by an organization recognized as exempt under Internal Revenue Code section 501(c)(3), to partially address the physical and visual effects on the *Chí'chil Bildagoteel* Historic District and other historic properties significant to Tribes. The concept of this fund was developed through government-to-government consultation, and its purpose is to provide a fund from which Tribes could request financial support for activities that do not fit under the other Tribal-related funding programs. Examples of Tribal requests include but are not limited to direct funding to assist with new and existing Tribal projects and programs. Monies from the cultural fund will be available to the following Tribes for completion of cultural preservation projects: the Fort McDowell Yavapai Nation, Gila River Indian Community, Hopi Tribe, Mescalero Apache Tribe, Pueblo of Zuni, Salt River Pima-Maricopa Indian Community, San Carlos Apache Tribe, Tonto Apache Tribe, White Mountain Apache Tribe, Yavapai-Apache Nation, and Yavapai-Prescott Indian Tribe. |

| Source of measure: |
|---|
| Discussions pursuant to Section 3003 of PL 113-291; draft Programmatic Agreement |

| Resource affected/impacts being mitigated: |
|---|
| Adverse impacts to Tribal values and cultural heritage |

| Applicable alternatives: |
|---|
| All |

| Authority to require: |
|---|
| As this measure was developed under the authority of Section 3003 of PL 113-291, implementation is required to take place. |

| Funded by: |
|---|
| Resolution Copper |

| Additional ground disturbance: |
|---|
| No additional ground disturbance would take place. |

8-RCMSER-2238

Appendix J

---

| **FS-CR-08: Tribal education fund** |
|---|
| Other names: PA Measure #C4 |
| **Description/overview:** |
| To partially address effects on the *Chí'chil Bildagoteel* Historic District and other historic properties significant to Tribes, Resolution Copper shall establish a fund, through an endowment to be managed by an organization recognized as exempt under Internal Revenue Code section 501(c)(3), dedicated to funding scholarships for Tribal members pursuing post–high school education at a college, university, vocational school, or accredited 2-year program. Scholarships will be awarded based upon a committee's review of applicants. |
| **Source of measure:** |
| Discussions pursuant to Section 3003 of PL 113-291; draft Programmatic Agreement |
| **Resource affected/impacts being mitigated:** |
| Adverse impacts to historic properties and Tribal values and cultural heritage |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| As this measure was developed under the authority of Section 3003 of PL 113-291, implementation is required to take place. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| No additional ground disturbance would take place. |

---

| **RC-CR-04: Increase size of Apache Leap Special Management Area** |
|---|
| Other names: None |
| **Description/overview:** |
| Resolution Copper will donate 32 acres of privately owned land within the Apache Leap South End Parcel, in addition to 807 acres of land required by Section 3003 of PL 113-291. With this additional land, the Apache Leap Special Management Area (SMA), a sacred landscape for the Apache and Yavapai, will be 839 acres. The Apache Leap SMA is named after its signature feature, an escarpment of sheer cliff faces and hoodoos, and preserves the natural character of Apache Leap, allows for traditional uses of the area by Native Americans, and protects and conserves the cultural and archaeological resources of the area. Upon completion of the land exchange outlined in Section 3003 of PL 113-291, the additional 32 acres will be transferred into Federal ownership, and the entire Apache Leap SMA will include only Federal lands. This measure would mitigate impacts on cultural and Tribal values and would require no additional ground disturbance. |
| **Source of measure:** |
| Resolution Copper |
| **Resource affected/impacts being mitigated:** |
| Adverse impacts to Tribal values and cultural heritage |

---

8-RCMSER-2239

Appendix J

| Applicable alternatives: |
|---|
| All |
| **Authority to require:** |
| Although this was an applicant voluntary mitigation measure, it is included as a requirement in the Apache Leap Special management plan and associated decision notice issued by the Forest Service. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| No additional ground disturbance would take place. |

| **RC-CR-07: Archaeological database funds** |
|---|
| Other names: PA Measure #C6 |
| **Description/overview:** |
| In recognition of the substantial loss of cultural resources and historic properties on State Trust lands occurring through development of the preferred alternative, Resolution Copper shall fund the creation and/or enhancement of existing electronic archaeological databases to assist the State of Arizona with management of these assets. The funding shall be deposited into a restricted fund for the State's use in two installments. The first installment shall be deposited within 6 months of either (1) issuance of the final ROD, or (2) State funding of the electronic database project, whichever is later; as long as the first installment has been funded, the second installment shall be funded within 60 days of notice to proceed. If the first installment has not been made at the time of notice to proceed, both first and second installments shall be made when the State funds the electronic database project. |
| **Source of measure:** |
| Resolution Copper; draft Programmatic Agreement |
| **Resource affected/impacts being mitigated:** |
| Adverse impacts to historic properties, Tribal values, and cultural heritage |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| This measure is enforceable through Letter Agreements dated January 12, 2021, and March 10, 2025, with the SHPO. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| No additional ground disturbance would take place. |

8-RCMSER-2240

Appendix J

## *Required and Voluntary Measures for Socioeconomics (6 measures)*

| |
|---|
| **FS-SO-02: Establish foundations for long-term funding, including the Tribal Monitor Program** |
| Other names: M-C4; PA Measure #C2 |
| **Description/overview:**<br>Resolution Copper worked with the Forest Service to fund training and facilitate the employment of Tribal members from the consulting Tribes to work on the project. More than 50 Tribal members have been trained, and 30 Tribal members from seven Native American Tribes are employed as Tribal monitors, all funded by Resolution Copper. The program has been in place for over 2 years, with approximately $1.8 million paid to Tribal members in wages and benefits in 2018 and 2019. Tribal monitors will be employed for the implementation of the Oak Flat HPTP and the GPO HPTPs.<br><br>Resolution Copper will establish a foundation or foundations for funding the continuation of the Tribal Monitor Program, long-term maintenance and monitoring of the Emory Oak Collaborative Tribal Restoration Initiative, and development of a Tribal Youth Program in partnership with the Forest Service and consulting Tribes. All three programs will be available to the following Tribes: the Fort McDowell Yavapai Nation, Gila River Indian Community, Hopi Tribe, Mescalero Apache Tribe, Pueblo of Zuni, Salt River Pima-Maricopa Indian Community, San Carlos Apache Tribe, Tonto Apache Tribe, White Mountain Apache Tribe, Yavapai-Apache Nation, and Yavapai-Prescott Indian Tribe. |
| **Source of measure:**<br>Discussions pursuant to Section 3003 of PL 113-291; draft Programmatic Agreement. With respect to the Tribal Monitor Program, during formal consultation between the Forest Service and Native American Tribes, Tribes requested the opportunity to have members of their own communities survey the land and prepare reports in their own words to have Tribal "eyes and ears" on the project. |
| **Resource affected/impacts being mitigated:**<br>Adverse impacts to Tribal heritage and values |
| **Applicable alternatives:**<br>All |
| **Authority to require:**<br>As this measure was developed under the authority of Section 3003 of PL 113-291, implementation is required to take place. |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>None. |

8-RCMSER-2241

Appendix J

| RC-SO-01: Community development fund |
|---|
| Other names: M-C1; PA Measure #C5 |
| **Description/overview:**<br>Resolution Copper shall establish a fund, through an endowment to be held by an organization recognized as exempt under Internal Revenue Code Section 501(c)(3), to be focused on the built environment located within the visual/atmospheric/socioeconomic and cumulative effects area of potential effects. The primary purpose of the fund is to address effects from the project on historic properties and other community infrastructure within the communities of Superior, Miami, Globe, Kearny, Hayden, and Winkelman. The monies in the fund will financially support a revolving loan program that will be administered by an organization that has experience in managing, investing, distributing, and reporting funds held for 501(c)(3) purposes and will be overseen by an appropriate governance structure that will be developed and will permit the implementation of the funding described in this stipulation. Applications for use of monies from the Community Development Fund shall be reviewed by a committee consisting of representatives from the SHPO, the applicable administrating organization, and the affected communities. All funded projects must comply with the Secretary of the Interior's Standards for the Treatment of Historic Properties and compliance with these standards will be determined by the SHPO. The endowment will be funded within 60 days of notice to proceed. Specific parameters for the Community Development Fund shall be defined through consultation between Resolution Copper, the applicable administering organization, and the SHPO and must include<br><ul><li>availability to municipalities, Counties, non-profit organizations, private citizens, and private organizations;</li><li>preference for projects participating in other historic preservation incentive programs;</li><li>preference for projects agreeing to repay funds within 5 years of award, with extensions possible.</li></ul>Purchase or rehabilitation of the Harding building in Superior (a specific suggestion made in public comments) is a project that may be covered by this fund. |
| **Source of measure:**<br>Resolution Copper; draft Programmatic Agreement |
| **Resource affected/impacts being mitigated:**<br>Adverse impacts to historic properties |
| **Applicable alternatives:**<br>All |
| **Authority to require:**<br>This measure is enforceable under an agreement with the Town of Superior dated January 14, 2021, and through Letter Agreements dated January 12, 2021, and March 10, 2025, with the SHPO. |
| **Funded by:**<br>Resolution Copper |
| **Additional ground disturbance:**<br>None. |

8-RCMSER-2242

Appendix J

| RC-SO-03: Establish a regional economic development entity for Copper Triangle communities |
|---|
| Other names: M-S1; M-S13; M-S22; M-S27 |
| **Description/overview:** |
| Through investment of an initial endowment, Resolution Copper will develop a sustainable regional economic development entity (or entities) to provide programming and investment in the Copper Triangle communities (Superior, Hayden, Winkelman, and Kearney). This new community-based entity will partner with external organizations, local municipalities, and stakeholders. Specifically, partnerships will be sought with organizations having certain expertise and tools to support and enhance the quality of life in the region, such as strategic planning for economic reinvestment and workforce development. |
| **Source of measure:** |
| Resolution Copper; public comments |
| **Resource affected/impacts being mitigated:** |
| Adverse socioeconomic impacts within the Copper Triangle |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| This measure is enforceable under an agreement with the Town of Superior dated January 14, 2021. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| None. |

| RC-SO-05: Continue funding Community Working Group |
|---|
| Other names: M-S17; M-W7 |
| **Description/overview:** |
| In May 2024, Resolution Copper entered into a Good Neighbor Agreement with a number of entities, including the Town of Superior, Arizona Trail Association, Boyce Thompson Arboretum, Cobre Valley Medical Center, Copper Community Alliance, Queen Valley, Queen Valley Fire Department, Queen Valley Golf Association, Queen Valley Historic Society, Rebuild Superior, Inc., Superior Chamber of Commerce, Superior Optimist Club, Superior Unified School District, Top of the World, Town of Miami, Town of Kearney, Town of Winkelman, Gila County, Pinal County, and the City of Globe. The Good Neighbor Agreement provides for the continued funding of the Community Working Group. |
| Working with the Community Working Group, and combined with Rio Tinto corporate requirements for health, safety, and environmental protection, Resolution Copper will ensure that all possible measures are taken to identify and mitigate public health, safety, and environmental issues before they occur, with transparency with local communities. Additionally, Resolution Copper will comply with the Rio Tinto Community and Social Performance Standard, which requires comprehensive engagement throughout the life of the project. The standard specifically requires effective engagements with communities on social, environmental, and other issues, disclosure of project-related information, and consultation with communities on matters that directly affect them, throughout the life of the project. This involvement includes continuing the Community Monitoring Program. |

8-RCMSER-2243

Appendix J

| Source of measure: |
| Resolution Copper; public comments |

| Resource affected/impacts being mitigated: |
| Public safety and community engagement |

| Applicable alternatives: |
| All |

| Authority to require: |
| This measure is enforceable under the May 2024 Good Neighbor Agreement. |

| Funded by: |
| Resolution Copper |

| Additional ground disturbance: |
| None. |

| **RC-SO-06: Agreement with Town of Superior to cover direct costs** |
| Other names: M-S11 |

| Description/overview: |
| Projected tax increases are a factor of Resolution Copper's business impacts on the Town of Superior, driven mainly through increased sales taxes from Resolution Copper employees and contractors within the town, and to a lesser extent property and sales tax increases benefiting the Town through Pinal County and State apportionments. Resolution Copper has historically paid the Town for more public safety coverage than a standard level of service requires at a mine site. Resolution Copper is committed to public safety and will continue to work with the Town to agree annually on projected net direct costs that will be Resolution Copper's responsibility. |

| Source of measure: |
| Resolution Copper; Town of Superior; public comments |

| Resource affected/impacts being mitigated: |
| Public safety and infrastructure |

| Applicable alternatives: |
| All |

| Authority to require: |
| This is a Resolution Copper commitment under the agreement with the Town of Superior dated January 14, 2021. |

| Funded by: |
| Resolution Copper |

| Additional ground disturbance: |
| None. |

8-RCMSER-2244

Appendix J

| RV-SO-04: Resolution Copper social investment program |
| --- |
| Other names: M-R14 |
| **Description/overview:** |
| The Resolution Copper social investment program and corporate giving program have been established to support economic development and enhance quality of life. This includes programs that help create a diverse local business community and programs that help build a healthier and safer community, including parks/pool facilities and schools. Through these programs Resolution Copper has worked with cities, towns, governments, and school districts to fund existing projects, including pool repair and upgrades as well as school programs. These requests are defined and based on the needs of those local municipalities and school districts. |
| **Source of measure:** |
| Resolution Copper; public comments |
| **Resource affected/impacts being mitigated:** |
| Adverse socioeconomic impacts within the Copper Triangle |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| As an applicant-proposed mitigation measure, implementation is not assured. However, note that this measure is required by Rio Tinto Corporate Community Standards. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| None. |

## *Required and Voluntary Measures for Livestock and Grazing (1 measure)*

| RV-LG-01: Mitigation for impacts to ranching and grazing leases |
| --- |
| Other names: M-S28 |
| **Description/overview:** |
| Resolution Copper has and will continue to work collaboratively with ranchers who hold private property and/or grazing leases/rights within the vicinity of the proposed project footprint. To minimize ranching impacts, the corridor pipeline/power line has been designed consistent with feedback from ranchers to have minimal impact on ranching land uses and day-to-day activities. In the event that other ranching and range improvements may be impacted in the future, Resolution Copper would replace those improvements as a result of the construction of the pipeline corridor. Range fencing will be opened during pipeline construction with temporary fencing installed at the end of each workday to prevent livestock migration. Permanent repairs will be made to the fencing, including a gate to permit right-of-way access for inspection and maintenance activities along the pipeline corridor. |
| **Source of measure:** |
| Resolution Copper; public comments |

| **Resource affected/impacts being mitigated:** |
| Livestock grazing and socioeconomics |
| **Applicable alternatives:** |
| All |
| **Authority to require:** |
| As an applicant-proposed mitigation measure, implementation is not assured. However, all grazing leases within the footprint are under Resolution Copper management and require implementation of management practices covering maintenance, including fencing, and stock ponds. |
| **Funded by:** |
| Resolution Copper |
| **Additional ground disturbance:** |
| None. |

# Mitigation and Monitoring that Could Be Required by Other Regulatory and Permitting Agencies

Potential mitigation and monitoring measures associated with the permits listed below are within the authority of other regulatory permitting agencies and could be required, including ADEQ and Arizona Department of Water Resources. These measures were not considered in the chapter 3 impacts analysis. The Forest Service has no authority, obligation, or expertise to determine or enforce compliance for the measures associated with the permits listed in this section, as they have not yet been required by other agencies, nor have they been agreed to by Resolution Copper. The mitigation and monitoring measures in this section include permit requirements and stipulations from legally binding permits and authorizations such as the air quality permit, APP, and groundwater withdrawal permit.

Many of these permits have not yet been issued but are anticipated to be issued prior to approval of the final mining plan of operations or special use permit. Those permits received prior to the issuance of the final ROD may need to be modified to reflect the alternative selected by the deciding official. These regulatory and permitting agencies would share monitoring results and any instances of noncompliance with the Forest Service. The Forest Service would use the information provided by the regulatory and permitting agencies to determine compliance with the decision that would be documented in the ROD and compliance with the final mining plan of operations or special use permit. Some of the other permits, licenses, and authorizations (see FEIS table 1.5.4-1 in chapter 1) that are anticipated to be required for the mine to be operational (and may involve additional mitigations beyond those noted here) include the following:

- Aquifer Protection Permit (APP)
- Arizona Pollutant Discharge Elimination System (AZPDES) Permit
- Clean Water Act Section 401 Certification
- Special Use Permits
- Project-Specific Section 404 Clean Water Act Permit
- Air Quality Control Permit

8-RCMSER-2246

# Appendix K. Summary of Content of Resource Analysis Process Memoranda

Appendix K

# Analysis Process Memoranda

## *Overview of Process*

Under the National Environmental Policy Act of 1969, as amended (NEPA), the U.S. Department of Agriculture Forest Service (Forest Service) is responsible for taking a "hard look" at potential impacts from the Resolution Copper Project and Land Exchange (project) using the best available information and science. The project involves multiple facilities, multiple phases, a large and diverse geographic area, and several exceptionally complex analyses, including subsidence modeling, groundwater modeling, and geochemical modeling. A substantial amount of detailed documentation is necessary to describe the analysis approaches, assumptions, and results.

At the same time, the Forest Service has strived to make the environmental impact statement (EIS) accessible and understandable. Key approaches include the following:

(a) EISs shall be analytic rather than encyclopedic.

(b) Impacts shall be discussed in proportion to their significance. There shall be only brief discussion of other than significant issues.

(c) EISs shall be kept concise and shall be no longer than absolutely necessary. Length should vary first with potential environmental problems and then with project size.

(d) EISs shall be written in plain language and may use appropriate graphics so that decisionmakers and the public can readily understand them. To accomplish this balance, some details of the complex analysis have been left out of the EIS itself. There is no expectation that all information available has to appear in the EIS itself. Forest Service NEPA regulations indicate, "Material may be incorporated by reference into any environmental or decision document. This material must be reasonably available to the public and its contents briefly described in the environmental or decision document." (36 Code of Federal Regulations 220.4(h))

The purpose of this appendix is to summarize the available memoranda and the contents in each.

Table K-1 shows a summary of the available process memoranda. Each subsection briefly summarizes the topics included in the individual process memoranda.

**Table K-1. Summary of analysis process memoranda**

| Resource | Reference |
|---|---|
| Geology, Minerals, and Subsidence | Newell and Garrett (2018a) |
| Soils, Vegetation, and Reclamation | Newell (2018g) |
| Noise and Vibration | Newell (2018d) |
| Transportation and Access | Newell (2018h) |
| Air Quality | Newell, Garrett, et al. (2018) |
| Water Resources | Newell and Garrett (2018d) |
| Wildlife | Newell (2018j) |
| Recreation | Newell (2018e) |
| Public Health and Safety | Newell and Garrett (2018b) |
| Scenic Resources | Newell, Grams, et al. (2018) |
| Cultural Resources | Newell (2018a) |

8-RCMSER-2249

Appendix K

| Resource | Reference |
|---|---|
| Socioeconomics | Newell (2018f) |
| Tribal Values and Concerns | Newell (2018i) |
| Environmental Justice | Newell (2018b) |
| Livestock and Grazing | Newell (2018c) |

## *Geology, Minerals, and Subsidence*

The content of the process memorandum that supports the "Geology, Minerals, and Subsidence" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
  - o Resource Analysis Area
  - o Analysis Methodology
    - Approach – Baseline Data
    - Approach – Subsidence Modeling
    - Approach – Vetting of Geologic and Subsidence Modeling
    - Status of Geology and Subsidence Workgroup
  - o Detailed Information on Geologic Framework and Geologic Units
    - Regional Geology
    - Regional Geologic Units
    - Structural Geology and Faults
    - Local Geology of Mine Area and Associated Infrastructure
      - Mineral Deposit
      - Tailings Storage Facility Area – Alternatives 2 and 3
      - Tailings Storage Facility Area – Alternative 4
      - Tailings Storage Facility Area – Alternative 5
      - Tailings Storage Facility Area – Alternative 6
      - East Plant Site
      - West Plant Site
      - Tunnels between East and West Plant Sites
      - Magma Arizona Railroad Company (MARRCO) Corridor
      - Filter/Loadout Facility
      - Pipeline Corridors
- Regulations, Laws, and Guidance
- Key Documents and References Cited for Geology, Minerals, and Subsidence

8-RCMSER-2250

## *Soils, Vegetation, and Reclamation*

The content of the process memorandum that supports the "Soils, Vegetation, and Reclamation" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
  - o Resource Analysis Area
  - o Analysis Methodology and Selected Outcomes
    - ▪ Soils
    - ▪ Revegetation
    - ▪ Vegetation Communities, Noxious Weeds, and Special Status Plant Species
    - ▪ Ecological Response Units
    - ▪ Concern for Impacts to Stability from Revegetation
    - ▪ Previous and Existing Disturbance
    - ▪ Assessment of Need to Collect Additional Information
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Soils, Vegetation, and Reclamation
- Appendix 1: Additional Information for Vegetation Communities Affected Environment
  - o Table A1-1. Vegetation Communities Acreage
  - o Table A1-2. Special Status Plant Species Analyzed for Alternatives 2 and 3
  - o Table A1-3. Special Status Plant Species Analyzed for Alternative 4
  - o Table A1-4. Special Status Plant Species Analyzed for Alternative 5
  - o Table A1-5. Special Status Plant Species Analyzed for Alternative 6
  - o Table A1-6. Noxious and Invasive Weed Species Analyzed for Alternatives 2 and 3
  - o Table A1-7. Noxious and Invasive Weed Species Analyzed for Alternative 4
  - o Table A1-8. Noxious and Invasive Weed Species Analyzed for Alternative 5
  - o Table A1-9. Noxious and Invasive Weed Species Analyzed for Alternative 6
- Appendix 2: Detailed Soil Analysis Results
  - o Table A2-1. Acreage and Susceptibility to Wind/Water Erosion – Alternative 2
  - o Table A2-2. Acreage and Susceptibility to Wind/Water Erosion – Alternative 3
  - o Table A2-3. Acreage and Susceptibility to Wind/Water Erosion – Alternative 4
  - o Table A2-4. Acreage and Susceptibility to Wind/Water Erosion – Alternative 5
  - o Table A2-5. Acreage and Susceptibility to Wind/Water Erosion – Alternative 6
- Appendix 3: Ecological Response Units
  - o Table A3-1. Alternative 2 Ecological Response Units Acreages and Percent Impacted on NFS Lands
  - o Table A3-2. Alternative 3 Ecological Response Units Acreages and Percent Impacted on NFS Lands
  - o Table A3-3. Alternative 4 Ecological Response Units Acreages and Percent Impacted on NFS Lands

Appendix K

- o Table A3-4. Alternative 5 Ecological Response Units Acreages and Percent Impacted on NFS Lands
- o Table A3-5. Alternative 6 Ecological Response Units Acreages and Percent Impacted on NFS Lands

## Noise and Vibration

The content of the process memorandum that supports the "Noise and Vibration" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
  - o Resource Analysis Area
  - o Analysis Methodology
    - Noise Modeling
    - Non-Blasting Noise Modeling
    - Blasting Noise Modeling
    - Blasting Vibration Modeling
    - Non-Blasting Vibration Modeling
    - Noise and Vibration Metrics
- Regulation, Laws, and Guidance
- Key Documents and References for Noise and Vibration

## Transportation and Access

The content of the process memorandum that supports the "Transportation and Access" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
  - o Resource Analysis Area
  - o Analysis Methodology
    - Southwest Traffic
    - Verification of Analysis Usability Considering Calendar Dates
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Transportation and Access

## Air Quality

The content of the process memorandum that supports the "Air Quality" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
  - o Resource Analysis Area
  - o Analysis Methodology
    - Ambient Air Quality Monitoring
    - Conformity Analysis for Alternatives 5 and 6 for PM10 Non-Attainment Area

- ▪ Emissions of Hazardous Air Pollutants
- ▪ Lead Emissions and Impacts
- ▪ Secondary PM2.5 and Ozone Formation
- ▪ Estimate of Indirect Emissions
- ▪ Health Based Risk Assessment Screening
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Air Quality

## *Water Resources*

The content of the process memorandum that supports the "Water Resources" section of chapter 3, which has three subsections, includes the following:

### GROUNDWATER QUANTITY AND GROUNDWATER-DEPENDENT ECOSYSTEMS

- Detailed Information Supporting EIS Analysis – Groundwater Quantity and Groundwater-Dependent Ecosystems
  - ○ Resource Analysis Area
  - ○ Analysis Methodology
    - ▪ Status of Groundwater Modeling Workgroup
    - ▪ Detailed Modeling Results for GDEs Summarized in DEIS
    - ▪ Assumption of Hydrologic Connection
    - ▪ Assessment of Need to Collect Additional Information
    - ▪ Rationale for Use of East Salt River Valley Model for Desert Wellfield
    - ▪ Subsidence Related to Groundwater Withdrawal – Desert Wellfield
    - ▪ Subsidence Related to Groundwater Withdrawal – East Plant Site
    - ▪ Inability to Analyze Individual Wells
    - ▪ Available Groundwater in East Salt River Valley
    - ▪ Full Detail for Tailings Water Balances
    - ▪ Percent Contribution of Spring DC6.6W to Devil's Canyon
- Regulation, Laws, and Guidance – Groundwater Quantity
- Key Documents and References – Groundwater Quantity and Groundwater Modeling

### GROUNDWATER AND SURFACE WATER QUALITY

- Detailed Information Supporting EIS Analysis – Groundwater and Surface Water Quality
  - ○ Resource Analysis Area
  - ○ Analysis Methodology
    - ▪ Details of Geochemistry Workgroup
    - ▪ Assimilative Capacity Calculations
    - ▪ Reduced Assimilative Capacity from Reductions in Runoff
    - ▪ Existing Groundwater Quality – Frequency of Samples with Concentrations Above Standards
    - ▪ Evolution of the Fully Lined Alternative

Appendix K

- Estimate of Seepage from a Fully Lined Facility
- Evaluation of Filtered Tailings at Other Tailings Locations
- Consideration of Consolidation of Tailings in Seepage Analysis
- Comparison of Alternative 5 and 6 Surface Water Samples to Additional Gila River Water Quality Samples
- Reasonableness of Peg Leg Values used in Seepage Modeling
- Reasonableness of Skunk Camp Values Used in Seepage Modeling
- Assessment of Need to Collect Additional Information
- Calculations of Pollutant Loading for Constituents of Concern from Each Alternative
- Analysis for Technologically Enhanced Naturally Occurring Radioactive Materials (TENORM)
- Details of Mixing Model Construction
- Mounding Analysis

- Regulation, Laws, and Guidance – Groundwater and Surface Water Quality
- Key Documents and References – Groundwater and Surface Water Quality

## SURFACE WATER QUANTITY

- Detailed Information Supporting EIS Analysis – Surface Water Quantity
  - o Resource Analysis Area
  - o Analysis Methodology
    - Surface Water Effects – Modeling Approaches
    - Floodplains and Lack of Available Data
    - Detailed Floodplain Impacts
    - Detailed Wetland Impacts
    - Acreage Differences
    - Differences in Stormwater and Erosion Control between Alternatives
      - General Sediment and Erosion Control Measures
      - East Plant Site Facility Stormwater Controls
      - West Plant Site Facility Stormwater Controls
      - Filter Plant and Loadout Facility Stormwater Controls
      - Alternatives 2 and 3 Tailings Storage Facility Stormwater Controls
      - Alternative 4 Tailings Storage Facility Stormwater Controls
      - Alternative 5 Tailings Storage Facility Stormwater Controls
      - Alternative 6 Tailings Storage Facility Stormwater Controls
    - Full Details of Streamflow Discharge-Duration-Frequency Analysis
- Regulation, Laws, and Guidance – Surface Water Quantity
- Key Documents and References – Surface Water Quantity

8-RCMSER-2254

Appendix K

## Wildlife

The content of the process memorandum that supports the "Wildlife" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
  - o Resource Analysis Area
  - o Analysis Methodology
    - Wildlife Connectivity (Table 1. Wildlife Connectivity Elements that Overlap the Analysis Area)
    - Special Status Species (Table 2. Special Status Species Potentially Occurring Within the Proposed Action Mining Component and Its Associated 5-Mile Analysis Area)
    - Management Indicator Species (Table 3. Tonto National Forest MIS Habitat Acreages and Trends in the Project Area)
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Wildlife
- Appendix 1: Wildlife Screening Tables
  - o Table A1. Special Status Wildlife Species Analyzed for Alternatives 2 and 3
  - o Table A2. Special Status Wildlife Species Analyzed for Alternative 4
  - o Table A3. Special Status Wildlife Species Analyzed for Alternative 5
  - o Table A4. Special Status Wildlife Species Analyzed for Alternative 6
- Appendix 2: Literature Review of Artificial Light Effects on Wildlife Species

## Recreation

The content of the process memorandum that supports the "Recreation" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
  - o Resource Analysis Area
  - o Analysis Methodology
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Recreation

## Public Health and Safety

The content of the process memorandum that supports the "Public Health and Safety" section of chapter 3, which has three subsections, includes the following:

### TAILINGS AND PIPELINE SAFETY

- Detailed Information Supporting EIS Analysis – Tailings and Pipeline Safety
  - o Resource Analysis Area

8-RCMSER-2255

Appendix K

- o  Analysis Methodology
  - ■  Available Options for Breach Analysis
    - •  Empirical Method
    - •  Rheological and Energy Balance Methods
    - •  Advanced Modeling
  - ■  Forest Service Chosen Methodology
  - ■  Assessment of Need to Collect Additional Information
- •  Regulation, Laws, and Guidance -- Tailings and Pipeline Safety
- •  Key Documents and References Cited for Tailings and Pipeline Safety

## FUELS AND FIRE MANAGEMENT

- •  Detailed Information Supporting EIS Analysis -- Fuels and Fire Management
  - o  Resource Analysis Area
  - o  Analysis Methodology
- •  Regulation, Laws, and Guidance – Fuels and Fire Management
- •  Key Documents and References Cited for Fuels and Fire Management

## HAZARDOUS MATERIALS

- •  Detailed Information Supporting EIS Analysis -- Hazardous Materials
  - o  Resource Analysis Area
  - o  Analysis Methodology
- •  Regulation, Laws, and Guidance – Hazardous Materials
- •  Key Documents and References Cited for Hazardous Materials

## *Scenic Resources*

The content of the process memorandum that supports the "Scenic Resources" section of chapter 3 includes the following:

- •  Detailed Information Supporting EIS Analysis
  - o  Resource Analysis Area
  - o  Analysis Methodology
    - ■  Viewshed Analysis
    - ■  Key Observation Points and Contrast Rating Analysis
    - ■  Visual Simulation
    - ■  Additional Detail for Scenery Resources in the Analysis Area
- •  Regulation, Laws, and Guidance
  - o  Forest Service Visual Management System
  - o  Bureau of Land Management Visual Resource Management
  - o  Forest Service Scenery Management System

8-RCMSER-2256

Appendix K

- o  State of Arizona Scenic Road Ordinance
- o  Local Lighting Ordinances
- Key Documents and References Cited for Scenic Resources
- Appendix A: Viewshed Analyses for Each Alternative
- Appendix B: Contrast Rating Worksheets for Each Key Observation Point
- Appendix C: Visual Simulations

## Cultural Resources

The content of the process memorandum that supports the "Cultural Resources" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
- o  Resource Analysis Area
- o  Analysis Methodology
  - ▪  Summary of Number of Cultural Sites, by Alternative
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Cultural Resources

## Socioeconomics

The content of the process memorandum that supports the "Socioeconomics" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
- o  Resource Analysis Area
- o  Analysis Methodology
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Socioeconomics

In addition, a key technical report was prepared by BBC Research and Consulting to document the details of the economic modeling and analysis, titled "Socioeconomic Effects Technical Report: Resolution Copper Mine Environmental Impact Statement" and dated November 12, 2018 (BBC Research and Consulting 2018). This report was updated for the final EIS (BBC Research and Consulting 2020).

## Tribal Values and Concerns

The content of the process memorandum that supports the "Tribal Values and Concerns" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
- o  Resource Analysis Area
- o  Analysis Methodology
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Tribal Values and Concerns

8-RCMSER-2257

Appendix K

## Environmental Justice

This section has been removed in compliance with Executive Orders 14148 and 14173.

## Livestock and Grazing

The content of the process memorandum that supports the "Livestock and Grazing" section of chapter 3 includes the following:

- Detailed Information Supporting EIS Analysis
  - Analysis Area
  - Analysis Methodology
    - Reduction in AUMs
- Regulation, Laws, and Guidance
- Key Documents and References Cited for Livestock and Grazing

8-RCMSER-2258