## Nos. 25-5185, 25-5189, 25-5197

# In The United States Court of Appeals for the Ninth Circuit

ARIZONA MINING REFORM COALITION; et al.,

*Plaintiffs-Appellants,*

v.

BROOKE L. ROLLINS, U.S. Secretary of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-00122-PHX-DWL
Hon. Dominic W. Lanza

---

SUPPLEMENTAL EXCERPTS OF RECORD OF INTERVENOR-DEFENDANT-
APPELLEE RESOLUTION COPPER MINING LLC

VOLUME 10 OF 12 (SER 2470–2643)

| | |
|---|---|
| Christopher D. Thomas | Michael R. Huston |
| Andrea J. Driggs | *Counsel of Record* |
| Janet M. Howe | Diane M. Johnsen |
| Benjamin A. Longbottom | Nicholas S. Crown |
| HOLLAND & HART LLP | Samantha J. Burke |
| 2398 E. Camelback Rd, Suite | Addison W. Bennett |
| 650 Phoenix, AZ 85016 | PERKINS COIE LLP |
| (602) 507-9704 | 2525 E Camelback Rd, Suite |
| CDThomas@hollandhart.com | 500 Phoenix, AZ 85016 |
| | (602) 351-8000 |
| | MHuston@perkinscoie.com |

*Counsel for Resolution Copper Mining LLC*

SAN CARLOS APACHE TRIBE, a federally recognized Tribe,

*Plaintiff-Appellant,*

v.

UNITED STATES FOREST SERVICE,
an agency of the U.S. Department of Agriculture, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:21-cv-0068-PHX-DWL
Hon. Dominic W. Lanza

GOUYEN BROWN LOPEZ, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA, et al.,

*Defendants-Appellees,*

and

RESOLUTION COPPER MINING LLC,

*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Arizona
No. 2:25-cv-2758-PHX-DWL
Hon. Dominic W. Lanza

Resolution Copper Project
USFS Special Use Permit Application
FORM SF-299 – Attachment 1

# Figures





**Resolution Copper Project**
**USFS Special Use Permit Application**
**FORM SF-299 – Attachment 1**

# Appendix A



**REPORT**

# Resolution Copper Skunk Camp Pipelines

*Pipeline Protection and Integrity Plan*

Submitted to:

**Resolution Copper**
102 Magma Heights, Superior, Arizona, USA  85173

Submitted by:

**Golder Associates Inc.**
1575 Treat Blvd., Suite 100 Walnut Creek, California, USA 94598

+1 925 956-4800

CCC.03-81900-EP-REP-00007_Rev0

May 15, 2020



May 15, 2020                                                    CCC.03-81900-EP-REP-00007_Rev0

# Table of Contents

| | | |
|---|---|---|
| 1.0 | **INTRODUCTION** | 1 |
| | 1.1 Climate Conditions | 1 |
| 2.0 | **PROJECT DESCRIPTION** | 1 |
| | 2.1 General | 1 |
| | 2.2 Proposed Route | 2 |
| | 2.3 Drainage | 3 |
| | 2.4 Pipelines | 3 |
| | 2.4.1 Design Codes and Standards | 3 |
| | 2.4.2 Scavenger Tailings | 4 |
| | 2.4.3 Pyrite Tailings | 4 |
| | 2.4.4 Return Water | 4 |
| | 2.4.5 Pipe Material | 4 |
| | 2.4.6 Pipe Installation | 5 |
| | 2.5 Access Roads | 5 |
| | 2.6 Tunnel | 5 |
| | 2.7 Pipe Bridges | 5 |
| | 2.8 Road Crossings | 5 |
| 3.0 | **FAILURE MODES ANALYSIS** | 6 |
| | 3.1 General Description | 6 |
| | 3.1.1 Mechanical | 6 |
| | 3.1.2 Operational | 6 |
| | 3.1.3 Corrosion and Erosion | 6 |
| | 3.1.4 Natural Hazards (Geohazards) | 6 |
| | 3.1.4.1 Slope Instability | 6 |
| | 3.1.4.2 Seismic | 6 |
| | 3.1.4.3 Scour Potential | 7 |
| | 3.1.4.4 Ground Subsidence | 7 |

May 15, 2020                                                    CCC.03-81900-EP-REP-00007_Rev0

|       | 3.1.5   | High Consequence Area (HCA) ................................................................... 7 |
|       | 3.1.6   | Third-Party Damage .................................................................................. 7 |
|       | 3.2     | Frequency of Failure ................................................................................. 8 |
|       | 3.3     | Failure Modes Assessment and Mitigation Matrix ...................................... 8 |
| 4.0   |         | PREVENTION AND DETECTION OF PIPELINE FAILURES ........................ 13 |
|       | 4.1     | General ..................................................................................................... 13 |
|       | 4.2     | Design Control Measures .......................................................................... 13 |
|       | 4.2.1   | Pipeline Route Selection ........................................................................... 13 |
|       | 4.2.2   | Geohazards Mitigations ............................................................................. 13 |
|       | 4.2.2.1 | Unstable Slope Hazards ............................................................................ 13 |
|       | 4.2.2.2 | Hydrotechnical Hazards ............................................................................. 14 |
|       | 4.2.2.3 | Seismic Hazards ....................................................................................... 14 |
|       | 4.2.2.4 | Subsidence Hazards .................................................................................. 14 |
|       | 4.2.3   | Pipeline Materials and Welding ................................................................. 15 |
|       | 4.2.4   | Leak Detection .......................................................................................... 15 |
|       | 4.2.4.1 | Flow and Pressure Monitoring ................................................................... 15 |
|       | 4.2.4.2 | Communications ........................................................................................ 15 |
|       | 4.2.4.3 | Remote Monitoring Stations ...................................................................... 16 |
|       | 4.2.5   | Access Roads ........................................................................................... 16 |
|       | 4.2.6   | Trenchless Crossing .................................................................................. 16 |
|       | 4.2.7   | Pipe Bridge ............................................................................................... 16 |
|       | 4.2.8   | Corrosion Control Elements ...................................................................... 17 |
|       | 4.3     | Stormwater Management ........................................................................... 17 |
|       | 4.4     | Construction Control Measures ................................................................. 17 |
|       | 4.5     | Operations Control Measures ................................................................... 18 |
|       | 4.5.1   | Internal Inspection Pigging (intelligent pigging) ........................................ 18 |
|       | 4.5.2   | Corrosion Protection Survey ..................................................................... 18 |
|       | 4.5.3   | Continuous Monitoring and Management ................................................... 19 |
|       | 4.5.4   | Route Patrols ............................................................................................ 19 |

GOLDER                                                                                      iii

CCC.03-81900-EP-REP-00007_Rev0

4.5.5    Tailings Line Flushing ................................................................................................... 19

4.6    Spill Response ............................................................................................................ 20

**TABLES**

Table 1: Failure Modes and Mitigation Measures Matrix for Tailings Corridor Pipelines ...................................... 10

**APPENDIX A**
Design Criteria

**APPENDIX B**
Geohazards Assessment

GOLDER                                                                                        iv

10-RCMSER-2477

# 1.0   INTRODUCTION

Resolution Copper Mining, LLC (RCM) is proposing to develop an underground mine within the vicinity of the former Magma Copper Mine in the Pioneer Mining District near Superior, 65 miles east of Phoenix, Arizona. RCM is an LLC owned jointly by Resolution Copper Company (55%), a Rio Tinto plc subsidiary, and BHP Copper Inc. (45%), a BHP Billiton Ltd. subsidiary. Development of the project includes a panel cave mine approximately three miles east of Superior, a concentrator and associated facilities at the Concentrator Site (or West Plant Site, WPS) directly north of the town, and a tailings storage facility (TSF) connected to the concentrator by a tailings pipeline corridor.

Tailings produced at the proposed concentrator will be piped to the TSF and return water from the TSF returned to the concentrator for reuse. The design basis for the tailings pipeline corridor is a concentrator throughput of 132,000 short tons per day (stpd), as described in the Draft Environmental Impact Statement (DEIS) and Mine Plan of Operations.

The scavenger tailings and pyrite tailings will be thickened and transported separately by pipeline to the TSF. The pyrite tailings will be placed subaqueously during operations in order to manage and prevent acid rock drainage. Surplus water from the TSF will be recovered and recycled by pipeline to the concentrator for reuse in the process.

This Pipeline Protection and Integrity Plan outlines the potential failure modes and design considerations and environmental and spill control measures for pipeline construction and operation.

## 1.1   Climate Conditions

The regional climate is characterized as semi-arid, with long periods of little or no precipitation. Annual rainfall is between 9 and 19 inches and falls primarily during the winter and summer months, more than 50% between November and April.  Temperatures frequently exceed 100°F in the summer, and occasionally dip below freezing in the winter.

# 2.0   PROJECT DESCRIPTION

## 2.1   General

The tailings will be pumped and transported as a thickened slurry in separate carbon steel, buried pipes from the Concentrator Site to the Skunk Camp TSF, located approximately 20 miles south-east following the proposed north route. Independent pipelines will be constructed for the Pyrite and Scavenger streams. A parallel return water pipeline will be installed in the same corridor to deliver reclaimed water from Skunk Camp TSF facility back to the Concentrator Site.

The pipelines will be buried and equipped with a modern control system permitting operation and monitoring of the entire system from a central control room and will include a leak detection system. The leak detection system uses process data (pressure, flow, fluid density) collected from the operating system to monitor pipeline status. Several intermediate pressure monitoring stations will be located along the pipeline at strategic locations to monitor intermediate conditions in the pipeline and support the leak detection system. The data supplements pressure, flow, and fluid density data available at the pump station and terminal station providing real-time information that supports the leak detection software system and pipeline operator decision-making.

All slurry pipelines will have intermediate facilities to support ongoing operations and monitoring of the system. These facilities will include emergency flushing tank and event pond, which will be used for extreme


GOLDER                                                                                            1

circumstances to prevent pipeline plugging and potentially mitigate a leak event. It is unlikely the facility will be used because there is emergency power at the pump station located at the concentrator site that can support flushing.

The pipeline Supervisory Control and Data Acquisition (SCADA) system will rely on a fiber optic cable which will be installed along the pipelines and connect remote monitoring stations to a central control room from which the pipeline operation will be monitored on a continuous basis.

All transport pipelines will include facilities to permit routine inspection with intelligent pigs to periodically assess pipeline condition. Intelligent pigs are instrumented plugs that are pumped down the pipeline to assess pipeline integrity through detection of pipeline wall loss due to corrosion and wear. This is consistent with transport pipelines designed in accordance with ASME B31.4 and with the anticipated regulatory guidelines for the proposed pipelines.

The components of the design are outlined below and described further in the following sections:

- The design basis for the tailings corridor is a concentrator average daily throughput of 132,000 stpd.

- Scavenger tails will be pumped from the tailings thickener to the TSF through a thick wall, high grade carbon steel pipeline.

- The pyrite tails will be pumped all the way to the TSF through a HDPE lined steel pipeline.

- Return water from the TSF will be pumped back to the process plant through a standard wall, carbon steel pipeline.

- The pipelines will be buried to the extent practicable.

- An access road will be constructed generally adjacent to pipelines, running along the same corridor except those areas with limited access, such as tunnel, bridge, and water crossing segments.

- Associated channels and culverts would be designed to allow passage of storm water to maintain existing upland runoff and major drainage paths that cross the corridor.

- Pipe bridges will be constructed where required to cross major drainages or washes.

- Overhead power lines will be constructed in the same vicinity generally parallel to the pipeline corridor.

## 2.2    Proposed Route

The tailings corridor route from the plant site to the TSF will accommodate separate pipelines for the transport of Scavenger tailings, pyrite tailings, and return water. An access road will be constructed adjacent to the pipelines and parallel overhead power lines to permit inspection of the pipeline right-of-way during operations.

The route includes a tunnel, pipeline bridges over substantial drainages or canyon, and various water and road crossings. The terrain is mountainous with a varying degree of drivability. Specific crossing designs for US Highway 60, Devil's Canyon, Queen Creek, and the Mineral Creek have been developed and can be done using either aerial span (pipe bridge) or with trenchless crossing techniques. Bridges will be designed to span across the channel or canyon with no obstructions to ordinary high-water mark, trails, and roads and to minimize disturbance.

 GOLDER

2

May 15, 2020                                                              CCC.03-81900-EP-REP-00007_Rev0

In general, longitudinal slopes are kept as low as practicable, bridge crossings are extended to avoid the ordinary high-water marks of major drainages and providing horizontal and vertical alignments that optimize the cut-and-fill balance as much as practicable, eliminating the need for long hauls of excavated or borrow materials. It was assumed that excavation slopes will average 1H:1V with fill slopes of 1.5H:1V.

A 500-ft wide corridor was used in the horizontal alignment. This will provide suitable distance to change the direction of or bend the selected pipes within their specified criteria. These curves allow a smooth transition of flow in select sections of the tailings pipeline.

The corridor will also include a gravel access road for inspections, maintenance, and repairs activities. Power for the tailings and recycle water systems along the corridor will be provided by solar power systems installed along the tailings corridor. Due to the low cost and maintenance requirements, solar power systems are selected to provide power for pipeline corridor facilities over multiple transformers to draw power from the parallel high voltage power transmission lines. The corridor will also include a multi-fiber optic cable for communication and instrumentation to support leak detection monitoring of the pipelines.

## 2.3    Drainage

Suitable drainage of the tailings corridor is essential in maintaining the integrity of this system. In general, all upland storm water runoff will be allowed to continue flowing down gradient within existing drainages via drainage culverts under the corridor. Where it is not practical to install a culvert along the alignment of an existing stream (e.g., where the corridor is in a cut), or where the discharges are small, runoff will be collected in the up gradient diversion channel and conveyed parallel to the corridor for conveyance through culverts placed at desired locations. Design of the drainage facilities and culvert sizing for major drainage paths under the corridor will need further optimizing.

## 2.4    Pipelines

### 2.4.1    Design Codes and Standards

Pipelines will be designed, manufactured, constructed, commissioned, and maintained in accordance with ASME B31.4 -- Pipeline Transportation Systems for Liquid Hydrocarbons and Other Liquids. The American Society of Mechanical Engineers (ASME) has been defining piping safety since 1922. Since then, the B31.4 code has become the governing code in the industry to prescribe requirements for the design, materials, construction, assembly, inspection, testing, operation, and maintenance of liquid pipeline systems between facilities (also called out-of-fence pipelines). For decades, numerous pipeline designers, owners, regulators, inspectors, and manufacturers have used B31.4 code to comply with applicable regulations within their jurisdictions.

Although tailings is not a hazardous liquid, additional applicable requirements specified in CFR Title 49 Part 195 -- Transportation of Hazardous Liquids by Pipeline and will be implemented. This Part prescribes safety standards and reporting requirements for pipeline facilities used in the transportation of hazardous liquids. Primary industries served include most if not all long distance, cross country onshore pipeline systems that highly volatile liquid, transport crude oil, and other refined liquid petroleum products.

The combination of ASME and CFR represents the common practice for the design, construction, and maintenance of long distance hazardous liquid pipelines (i.e. hydrocarbon-based liquids) in United States and it certainly has a higher standard and more stringent requirements than other widely used non-hazardous liquid pipeline codes and standards (such as American Water Works Association, also called AWWA). Therefore, RCM

10-RCMSER-2480

May 15, 2020                                                                                                    CCC.03-81900-EP-REP-00007_Rev0

pipelines will be designed, constructed, and maintained according to ASME and CFR, which would represent best practice in industry.

Furthermore, the pipeline systems will comply with applicable local regulations and standards, including Arizona Department of Transportation (DOT) rules. Where there is a conflict or discrepancy between any applicable codes and standards, the most stringent requirement shall apply.

Please refer to additional pipeline design codes and standards in Appendix A – Design Criteria.

### 2.4.2    Scavenger Tailings

The scavenger tailings pipeline is designed for 60-65% solids slurry. The slurry flow velocity is designed to exceed the expected settling velocity.

The scavenger tails will be pumped from the tailings thickener underflow through pipelines to the TSF. As the pipeline is likely to slowly erode due to some coarser particles in the slurry, a 1.25-inch (thickest pipe for pipeline construction) will be used. Pipe thicknesses will provide at least 21-year operating life based on a conservative estimate of corrosion and/or erosion potential in the pipeline. Regular intelligent pig inspection of the line will verify the rate of metal loss and may result in a longer pipe service life.

The selection of suitable pipe material for the steeper sections of the pipe will control the slurry velocity without the need for drop boxes. Controlling the velocity will help reduce the potential erosion of the pipe as well as safety screens to remove oversize material prior to entry into the pipeline. Drop boxes were eliminated as an environmental and safety improvement as presented in the original GPO to reduce the potential for leaks and eliminate wildlife and human contact with tailings as the drop boxes are open to the atmosphere. The removal of drop boxes from the design also allows for the access road to follow the same grade as the pipes, making visual inspections and maintenance easier and more effective and reduce overall disturbance.

### 2.4.3    Pyrite Tailings

The pyrite tailings pipeline was designed for a pumped flow of 45-50% solids. The slurry flow velocity exceeds the expected settling velocity. The pyrite tails will require pumping in series through a pipeline to the tailings impoundment. The pyrite slurry is fine particles which will not wear the steel pipe; however, the presence of pyrite creates are risk of a high corrosion rate in the line resulting in the addition of an internal HDPE liner as a corrosion barrier.

### 2.4.4    Return Water

The return water pipeline recycles water from the tailings and thickeners to a return water tank at the TSF site. From here, the system requires pumping to return the water to the concentrator for reuse.

### 2.4.5    Pipe Material

The following types of pipe are used in the design:

- Heavy Wall/High Grade Carbon Steel – The majority of pipelines for conveyance of scavenger tailings and recycle water will be comprised of heavy wall, high grade steel.

- HDPE-lined steel pipe will be used for transporting pyrite tailings to mitigate corrosion to negligible levels.

 GOLDER

10-RCMSER-2481

## 2.4.6    Pipe Installation

Except pipeline sections inside tunnel, at special crossings or facilities, open-cut installation method will be used for buried line pipe construction along the corridor. At intermittent facilities, piping will be installed above grade supported by pipe supports. The piping will be properly anchored at connections to rigid structures such as the tailings head tank. Expansion joints will be provided in cases where steel pipes need to be connected to rigid structures, as required.

## 2.5    Access Roads

The tailings corridor includes a gravel-surfaced access road running adjacent to the pipelines to provide access between the concentrator and the TSF. In fill areas, an earthen safety berm will be constructed alongside the road.

A wheel wash will be provided at the TSF end of the tailings corridor to ensure contact tailings material on site vehicles is removed before travelling along the corridor access road.

## 2.6    Tunnel

Drill-and-blast tunneling method is considered as the preferred construction method due to the relatively short-tunnel length. The tunnel cross-sectional area is nominally 15-ft wide by 15-ft tall horseshoe shaped. This tunnel size will not only provide adequate space to accommodate four operating and two replacement tailings pipelines, but also allow 24/7 access for construction and maintenance equipment.

## 2.7    Pipe Bridges

Pipe bridges will be constructed along the tailings corridor alignment to span major drainages outside of the ordinary high-water mark, including bridges over Queen Creek and over Devil's Canyon.

The pipe bridges would include a walkway and a vehicle access for inspections and maintenance purposes.

Steel piping on the pipe bridges will be designed to have sufficient flexibility and strength to accommodate its own expansion/contraction as well as the bridge's maximum deflection caused by the thermal expansion.

## 2.8    Road Crossings

The pipeline crossings at public or private roads will be designed to accommodate both the pipeline and road requirements in these areas. All pipelines at road crossings will be designed in accordance with API RP 1102.

All road crossing pipe segments of this corridor will be uncased. Uncased pipe is preferred than cased pipe due to various reasons. Recent comparative studies of scheduled or immediate responses/mile versus number of repairs from an Interstate Natural Gas Association of America (INGAA) study and the US Pipeline and Hazardous Materials Safety Administration (PHMSA) database suggests cased pipe segments are less safe than uncased segments. In addition, operational maintenance and the integrity of uncased crossings are better maintained due to not having the casing around the pipeline. Common casing pipe issues include failed casing end seals that let water and mud into the casing, or casing and spacers for the pipeline to short against partial electrolytic contact (water) and cause corrosion.

10-RCMSER-2482

# 3.0    FAILURE MODES ANALYSIS

## 3.1    General Description

Pipelines have the potential to fail for several reasons, resulting in leaks or release of slurry. The most common causes of pipeline failure are outlined below. The prevention measures, to reduce the chance of failure, are identified in the risk assessment (Section 3.3) and further detailed in Section 4.0 of this plan.

### 3.1.1    Mechanical

Mechanical failures include punctures, cuts, crushing, and separation. The cause of these failures is primarily accidental impact from construction or operations equipment. A small number of mechanical failures are the result of manufacturing defects or inferior materials.

### 3.1.2    Operational

Operational failures include separation, collapse, accidental release, or failures related to pipe movement. An overpressure event will cause ruptures or separation at joints or equipment connections.

### 3.1.3    Corrosion and Erosion

Corrosion is a natural process that converts a refined metal to a different form, such as an oxide, hydroxide, or sulfate. It is the gradual destruction of metals by chemical reaction with their environment. Corrosion may be pitting, weld decay, crevice corrosion, and microbial corrosion.

Wear or abrasive erosion is defined as the gradual and progressive loss of material due to the relative motion between the pipe wall and a fluid containing solid particles. The magnitude of wear depends on the angle of impingement and the type of material being eroded.

Each of these can result in leaks and potential pipe failures if the pipeline segment is not repaired or replaced before becoming too thin.

### 3.1.4    Natural Hazards (Geohazards)

Natural hazards are events or processes in nature that can result in damage from ultraviolet light, rainfall, flooding, landslides and other geohazards such as seismicity, wind, lightning strikes, plants, and animals.

Geohazard assessment along the length of the pipeline corridor was completed and is contained in Appendix B.

#### 3.1.4.1    Slope Instability

Several locations along the corridor alignment have been identified as having low to moderate potential for slope instability. All locations should be included in a slope monitoring program for the mainline, whereby site inspections are performed and measurements with geotechnical instrumentations are taken regularly to monitor slope performance.

#### 3.1.4.2    Seismic

Common seismic risks include ground shaking, liquefaction, and surface fault rupture. The corridor alignment is located in an area of apparent low historical seismic activity and appears to have low potential for damage from future seismic activity.

The projected 475-year return period peak ground acceleration (PGA) values are low, averaging between about 0.04 g along most of the route, which is within the "low" hazard classification for seismic shaking. Ground motions

GOLDER                                                                          6

at these levels are unlikely to produce structural damage to the pipeline. Conditions suitable for liquefaction are likely to be limited along the proposed pipeline alignments, due to the regionally dry climate and typically dry soil conditions for at least the first few feet of the subsurface. In addition, no active faults in the vicinity of the alignment were identified in any of the references reviewed.

### 3.1.4.3    Scour Potential

A number of watercourse crossings along the corridor alignment have been identified as exhibiting high potential for lateral and/or vertical scour. The integrity of the pipeline will be maintained by mitigation measures and design features to prevent this occurrence include appropriate depth of cover at watercourse crossings, crossing in non-saturated reaches, completely spanning the water course outside the OHWM (Queen Creek and Devil's Canyon) or going under the watercourse outside the OHWM (Mineral Creek).

### 3.1.4.4    Ground Subsidence

Potential hazards of ground subsidence have been identified across the conversion alignment, and include:

- underground mine areas near shaft 9 and 10
- potential and/or known karst areas and features near the Concentrator Site
- potential subsurface fluid withdrawal-related subsidence areas

Some areas along the alignment have been classified as having "moderate to high" potential for ground subsidence due to their close proximity to the underground mine subsidence. These areas will be further studied to observe on or in the immediate vicinity of the proposed corridor using aerial reconnaissance and will be monitored regularly during aerial patrols and ground inspections, as part of pipeline integrity management plan.

### 3.1.5    High Consequence Area (HCA)

This pipeline corridor has applied the concept of high consequence area (HCA) from US pipeline safety regulations (49 CFR Part 195). Due to the existence of critical habitats (such as Gila Chub), the mineral creek crossing is considered as the high consequence area.

Trenchless crossings are proposed at this location to drill below grade through state owned land and forest service land directly and will start and end outside the OHWM and critical habitat boundaries. Additionally, this area of the crossing is outside the saturated reach of Mineral Creek. Trenchless crossing is currently the preferable option to avoid disturbance of the critical habitats in the area and to mitigate the sour potential risk at this water crossing location.

### 3.1.6    Third-Party Damage

Third-party damage can be categorized as intentional / malicious damage, accidental damage, and incidental damage. Intentional / malicious damage would be the result of theft or intent to cause harm; historically there have been issues with people in the area shooting at objects for target practice. Accidental damage can take many forms including damage from private vehicles hitting the pipeline. Incidental damage is defined as damage to a pipeline that does not cause an immediate leak or failure but results in a failure over time.


GOLDER

10-RCMSER-2484

CCC.03-81900-EP-REP-00007_Rev0

## 3.2    Frequency of Failure

Historical data related to causes and frequency of failure of pipelines in Western Europe[1] were used in identifying the probability of failure. Conditions causing pipe failure under given circumstances are similar around the world, and this information on failure frequency is considered suitable for use in this analysis. It has been demonstrated that overland pipeline failures occur less than 0.01% of the time, generally as a result of third-party accidental, mechanical, and operational issues. Most of the time, 50% to 90%, these failures result in a leak size of 0.4 inches or less. Full-bore failure is usually caused by natural hazards but is the least frequent of the failures (0.001%).

## 3.3    Failure Modes Assessment and Mitigation Matrix

A matrix was developed for the pipelines running through the tailings corridor to align the hazard with potential failure modes with measures and design features to manage and minimize the failures during construction and operation. The matrix identifies how and where hazards and failure modes could originate and identify design features, preventive measures, and management strategies for the pipelines. The matrix is shown in Table 1. Additional pipeline design parameters, codes, and standards are included in Appendix A – Design Criteria.

Spill prevention and detection are the most important environmental aspects of the pipelines. The proposed corridor infrastructure and operational controls take these considerations into account over the entire alignment.

Best practice environmental protection measures and controls will be implemented to prevent leaks and spills from the pipelines. Preventive measures will be put in place and procedures followed throughout the life of the facility—from construction and operation. The proposed controls identified for each phase of work are outlined in the following section.

Quality assurance practices will help ensure the planned control measures are met during each phase. Equipment, materials, and the development of management plans will be in accordance with best practice design codes and standards covering the following:

- pipeline treatment and testing

- inspection procedures during fabrication

- identification of specific product parameters

- fabrication and welding control

- pipe coating inspection and testing

- valve manufacture and testing

- pipeline hydrotesting

- advanced pipeline control and monitoring system including leak detection

- routine pipeline inspection including internal intelligent pig runs to verify pipeline integrity

---

[1] Data source – Consideration of Clean Air Water in Western Europe Report 98: Western European Cross-Country Oil Pipelines 25 Years Performance Statistics, June 1988 and European Gas Pipeline Incident Data Group.

GOLDER

10-RCMSER-2485

May 15, 2020                                          CCC.03-81900-EP-REP-00007_Rev0

▮   routine pipeline right-of-way inspections.

May 15, 2020                                                                    CCC.03-81900-EP-REP-00007_Rev0

Table 1: Failure Modes and Mitigation Measures Matrix for Tailings Corridor Pipelines

| Category | Potential Failure Mode | Defensive Design and Operational Measures | Details In Section |
|---|---|---|---|
| Geohazards | Landfill and Rock fall / Pipe damage, spill, and shutdown | • routing adjustments to avoid unstable slopes<br>• slope stabilization, grade, revegetation, as required<br>• implement best management practices (BMPs) and best construction practices (BCPs)<br>• conduct field assessments to confirm and characterize each location and its potential associated hazards<br>• conduct routine pipeline corridor inspections | 4.2.1, 4.2.2, 4.5.4 |
| | Seismic – ground shaking. Liquefaction, surfaces fault rupture / pipe damage, spill, and shutdown | • use heavy wall and high-grade carbon steel pipe<br>• optimize trench dimensions and fill materials to minimize the additional stresses, as needed<br>• specially designed aboveground fault crossings, if necessary<br>• conduct routine pipeline corridor inspections | 4.2.1, 4.2.2, 4.2.3, 4.5.4 |
| | Ground Subsidence -- Karst, Underground Mine, Fluid Withdrawal / Pipe damage, spill, and shutdown | • cross several areas of low to moderate subsidence hazards<br>• a site-specific geophysical survey be completed to approximate the extent of any subsurface voids if they exist prior to construction<br>• implement best management practices (BMPs) and best construction practices (BCPs)<br>• conduct routine pipeline corridor inspections | 4.2.1, 4.2.2, 4.5.4 |
| Hydrology and Hydrogeology | Hydrotechnical Hazards / exposed pipeline in water streams and pipe damage, spill, and shutdown | • small re-routes for an improved pipeline alignment<br>• deeper burial and/or placement of the pipeline into bedrock<br>• channel armoring, in-channel structures, protective coatings, and erosion control measures<br>• buoyancy control and pipeline protection measures<br>• conduct routine pipeline corridor inspections<br>• Trenchless crossing and/or pipe bridge span across major waterways (Queen Creek, Devil's Canyon, Mineral Creek)<br>• locate crossings over major waterways outside areas of saturated reaches and perennial flow | 4.2.1, 4.2.2, 4.5.4 |

GOLDER

10

CCC.03-81900-EP-REP-00007_Rev0

| Category | Potential Failure Mode | Defensive Design and Operational Measures | Details In Section |
|---|---|---|---|
| Hydrology and Hydrogeology (con't) | Sediment and erosion / exposed pipeline in water streams, pipe damage, spill, and shutdown | • gravel surface in pipeline corridor & road<br>• upland runoff diverted to channels and culverts designed to 100-year discharge flow rates<br>• revegetation as soon as practicable<br>• sediment and erosion control – plan developed / equipment in place / team trained<br>• conduct routine pipeline corridor inspections | 4.2.5, 4.3, 4.5.4 |
| Environment | Pipeline construction impact critical road, terrestrial or endangered aquatic biota | • cross environmental sensitive areas using other construction methods such as pipe bridge (Queen Creek, Devil's Canyon) or trenchless crossing (Mineral Creek) to avoid surface disturbance<br>• cross highway 60 using horizontal directional drilling or boring to avoid traffic interruption<br>• cross major waterways outside of the ordinary High-Water Mark (Queen Creek, Devil's Canyon and Mineral Creek) and outside critical habitat designations (Mineral Creek Gila Chub)<br>• locate crossings over major waterways outside areas of saturated reaches and perennial flow | 4.2.6, 4.2.7 |
|  | Threat of release of tails water or reclaimed water into environment | • compliant 24/7 leak detection / flow monitors in place<br>• allow quick access for repairs<br>• implement comprehensive pipeline integrity program that includes:<br>   o maintain records for all available information about the integrity of the entire pipeline<br>   o regular review of leak monitor data<br>   o regular corridor inspections<br>   o regular internal inspections using "smart-pigs"<br>   o spill response – plan developed / equipment in place / team trained | 4.2.4, 4.2.5, 4.2.8, 4.6 |

GOLDER

11

May 15, 2020                                                    CCC.03-81900-EP-REP-00007_Rev0

| Category | Potential Failure Mode | Defensive Design and Operational Measures | Details in Section |
|---|---|---|---|
| Construction Quality | Poor installation or welds results in pipe spills and shutdown | • QA/QC system in place during construction per various applicable codes and standards<br>• conduct post-construction hydrotest in accordance with ASME B31.4 to prove the pipeline integrity<br>• regular internal inspections using "smart-pigs" to monitor pipeline conditions | 4.2.3, 4.4, 4.5 |
| Operation and Maintenance | Planned or unexpected shutdowns results in tailings line blocking | • optimize route to keep pipe slope less than 15% as much as practicable<br>• build pipeline tunnel to penetrate steep slope mountain ridge and maintain acceptable slope<br>• flush tailings pipe regularly or during shutdowns either using backup power or emergency flush tank | 4.2.1, 4.5.5 |
|  | Failures of pipeline corrosion control systems | • monitor pipeline external corrosion resistant coating<br>• survey cathodic protection system that covers the entire pipeline length | 4.5.2 |
| Security | Malicious damage, vandalism or terrorism results in pipe damage, spill, and shutdown | • bury pipeline along the corridor as much as practicable<br>• fence / gates at required locations, such as facilities, tunnel, bridge, etc.<br>• maintain signs visible to the public around each facility, tunnel, bridge, road crossing, and water crossing location<br>• conduct routine pipeline corridor inspections | 4.6.3, 4.5.4 |

GOLDER                                                                          12

10-RCMSER-2489

May 15, 2020                                                   CCC.03-81900-EP-REP-00007_Rev0

# 4.0    PREVENTION AND DETECTION OF PIPELINE FAILURES

## 4.1    General

Management of pipeline environmental protection involves various activities and procedures at different phases of the project. The success of the protection controls is highly dependent on thorough integration of the environmental objectives into the design of the pipelines and on proper implementation of spill monitor and control features, both during installation and when the pipes are operational.

## 4.2    Design Control Measures

All pipelines are designed in accordance with the relevant standards and guidelines, as listed previously in this document. The following control measures have been incorporated or taken into consideration in the design of the tailings corridor.

### 4.2.1    Pipeline Route Selection

If the pipe slope is too steep during a shutdown, the settled solids will slide down into the lower sections of the pipeline. Restart will generally be more difficult in such conditions since the entire cross section of the pipe at the bottom of the slope will be occupied by the solids. Therefore, the route has been optimized to maintain pipeline slope less than 15% as much as practicable.

In the Kings Crown Peak where it is impractical to maintain acceptable pipeline slope, multiple pipeline tunnel options were proposed and evaluated based on constructability, landowner feedbacks, and cost. The most suitable tunnel route has been selected to penetrate the ridge with a slope less than 15%.

Various regulators, agencies, communities, and landowners have been engaged, in particular during the DEIS comment period and during working group meetings. Pipeline route has been adjusted based on this feedback

The pipeline route will be optimized within the ROW to minimize environmental impact by reducing and balancing the amount of cut-and-fill and total overall disturbance. As much as is practicable, fill needs will be met with existing material on site, resulting in less disturbance.

Bends will be designed to minimize ground disturbance to the extent practicable and provide suitable distance to change direction or bend the selected pipe within their specified criteria without increasing risk of leaks.

### 4.2.2    Geohazards Mitigations

#### 4.2.2.1    Unstable Slope Hazards

Slope instability is the most significant geohazard that could adversely affect safe operation of the pipeline. Geohazard assessments will be completed prior to construction along the selected alignment to identify locations where signs of active or historic landslides have been observed.

In locations where stability is a concern, site-specific geotechnical investigations will be carried out to understand the extent and characteristics of the instability for the purpose of selecting appropriate mitigation measures that could include:

- routing adjustments to avoid unstable slopes

- implementation of slope stabilization measures, including horizontal drains and/or toe buttressing, where applicable

 GOLDER                                                                    13

May 15, 2020                                                        CCC.03-81900-EP-REP-00007_Rev0

- implementation of erosion protection measures, particularly at toe areas of watercourse crossings

- adapting construction methods to minimize surface disturbance and avoid reactivation of old slides

- selection of heavy wall pipe to increase the capacity of the pipeline to accommodate additional strains potentially induced by slides

- selection of low friction backfills to minimize the impact of potential slides, where required and applicable

- selection of reduced depth of cover to minimize the impact of potential slides and to facilitate strain relief, if necessary

### 4.2.2.2    Hydrotechnical Hazards

Where high potential for scour has been identified at watercourse crossings, engineering assessments will be done to formulate possible mitigation measures, including:

- routing adjustments to avoid areas of high energy concentration, if applicable

- additional depth of cover, extended zone of deep burial to accommodate potential scour, or both

- bank and bed protection using rip-rap materials

- pipe protection such as concrete coating and pipe shield, where applicable

Other construction methods, such as pipe bridge and trenchless crossings, are also considered to cross over major drainages above and outside the ordinary high-water mark of those drainages (i.e. Devil's Canyon, Queen Creek, Mineral Creek). Other major drainage channels along the corridor are designed to direct all adjacent natural runoff towards culverts that will control flow through the project site. These drainage structures are provided at fill areas to handle the runoff from storms and minimize the impact on existing natural water courses.

### 4.2.2.3    Seismic Hazards

Seismic events are typically not direct integrity threats to the pipelines, provided that the pipeline does not cross active faults. No records or signs of active faults have been identified along the selected pipeline alignment in the two seismic hazard evaluations completed for the area covering the pipeline and additionally, no active faults have been identified during field geotechnical investigations.

If signs of active fault zones are identified during construction of the pipeline, the following mitigation measures may be implemented depending upon the site conditions:

- heavy wall pipe to increase the capacity to accommodate additional stresses caused by differential movement in active fault zones

- increased trench width in combination with low density fill materials to minimize the additional stresses

- reduced depth of cover to minimize the additional stresses

- specially designed aboveground fault crossings, if necessary

### 4.2.2.4    Subsidence Hazards

If subsurface voids are encountered around any of these areas during pipeline construction, or are suspected to be present anywhere beneath the proposed pipeline, then a site-specific geophysical survey will be completed to


GOLDER

14

May 15, 2020                                                    CCC.03-81900-EP-REP-00007_Rev0

approximate the extent of any subsurface voids and evaluate whether additional actions should be taken. If these conditions are not encountered or suspected, then no special actions will be taken beyond implementation of BMPs and BCPs during pipeline construction.

Please refer to Appendix B – Geohazard Assessment for additional details.

### 4.2.3    Pipeline Materials and Welding

The pipe will be made of carbon steel, low alloy-high strength that is able to withstand the internal pressures and external loads and pressures anticipated for the pipeline system. All mainline pipes in the corridor are designed with a nominal wall thickness of 1.25 inches and grade X70. The pipeline materials and thickness are selected specifically to maximize its life span and reduce pipeline replacement requirements.

All pipeline and fitting welding will be performed by a qualified welder or welding operator in accordance with welding procedures qualified under approved standards. Each welding procedure will be recorded in detail, including the results of the qualifying tests. This record will be retained and followed whenever the procedure is used.

Each weld will be inspected to ensure compliance with the engineering requirements. The weld inspection will be a visual inspection supplemented by suitable nondestructive testing.

### 4.2.4    Leak Detection

One of the main risks identified for the project is the potential to release either tailings or return water to the environment. The tailings and return pipelines will be monitored to detect leakage. The monitoring information will be used for alarm, interlock, and reporting functions. Multiple types of monitoring will be applicable to accommodate differing pipeline applications, the pipe installation, and to provide redundancy in the system.

The following methods will be used:

#### 4.2.4.1    Flow and Pressure Monitoring

- Flow monitoring of recycle water and tailings lines will occur continuously. Measurements from each end of the pipelines will be input to the plant control system, and the values will be compared to evaluate leakage in the system. Pressure measurement and installation will be selected to suit each application with measuring points along the pipeline to support operation and the leak detection system.

- Closed-circuit television (CCTV) cameras at critical locations. Images will be available for recording / logging and will be displayed on monitors in the plant control room, security office, or other locations, as part of overall plant CCTV system.

- Regular inspections of complete pipeline system, system components (tunnel, bridge, etc.), and right-of-way.

#### 4.2.4.2    Communications

Information will be delivered from the monitoring systems to the plant control systems using multiple methods:

- Pressure, flow, and density measurement analog signals using hard-wired connection to control system input modules at each end of the pipeline.

- CCTV as part of the fiber optic cabling / communications network.


GOLDER

10-RCMSER-2492

### *4.2.4.3    Remote Monitoring Stations*

It is estimated that three remote monitoring stations will be installed along the pipeline to collect information to support pipeline operation and monitoring (notably leak detection). Pressure will be measured in all pipelines at each station and transmitted to the central control room to verify proper operation. Estimated locations are at tunnel outlet, high point, between high point and skunk camp.

This will be a small building with roof-top solar to supply needed power. All parameters for the site will be monitored including but not limited to solar charging rate, battery status, building entry alarm to ensure proper function and security for the remote equipment. These alarms would allow RCM actions to correct if problems noted (such as theft of solar panels).

### 4.2.5    Access Roads

The pipeline corridor service road will run along the full length of the pipelines, at the same grade, to provide access between the concentrator and the TSF. The road will be interrupted at sensitive crossings (Queen Creek, Devil's Canyon and Mineral Creek) such that drive-around access will be required in some locations. The proposed road is designed to readily accommodate regular inspections and intermittent maintenance of the pipelines. This road will be designed to allow all-weather access and to prevent scouring and erosion. The pipeline corridor will be designed to allow for uninterrupted ranching and recreational use of existing Forest Services roads and to allow wildlife to pass through the area.

To reduce the risk of mechanical failure, the intent is to bury the pipeline along the entire length. Any section of the pipeline that is above ground will be buried or have on-surface barriers to prevent contact with equipment and vehicles. Additionally, the designated access road will ensure vehicles can travel along the length of the corridor separated from the above ground pipelines to prevent interaction.

Where required, fencing and gates will be installed to restrict public access and wildlife along the corridor and access road. Proper depth of cover and soil compaction will be maintained for the pipes where roads cross the pipelines.

The tailings corridor access road slopes away from the pipelines. This is combined with cutoff drains and bund walls that run along the length of the corridor into existing drainage paths. Rock protection will be provided for all drainage structures.

### 4.2.6    Trenchless Crossing

Environmental and engineering considerations are used to determine that trenchless construction would be the appropriate crossing methodology.

Trenchless crossings avoid traffic interruption, or in-stream works and ditching activities in the beds and banks of watercourses and avoid surface land disturbance. They can be installed in a number of different geotechnical conditions.

### 4.2.7    Pipe Bridge

Pipe bridges are proposed to cross Queen Creek and Devil's Canyon based on a combination of environmental and engineering considerations. Bridge will be selected to span the required widths with no obstructions, to minimize disturbance, and without the need for any intermediate supports along their length. The bridges across these two locations will be constructed outside of the ordinary high-water mark. This reduces environmental impact by minimizing disturbance and `eliminating any obstruction within the valleys and drainages.

 GOLDER

10-RCMSER-2493

A preliminary feasibility study of various pipe bridge options was performed to establish the preferred bridge type. Key considerations are site topography, constructability, environmental impact, and cost. Based on its advantages in constructability, minimum environmental impact, and least construction cost, the catenary cable bridge type is the recommended bridge type to build. The pipe bridge design will consider a maintenance vehicle path with enough width and load capacity to accommodate an H-10 service truck. This will allow quick responses any maintenance needs.

### 4.2.8    Corrosion Control Elements

The pipelines will be installed with an outer coating to prevent corrosion from ambient conditions in the pipe trench along the corridor. The primary coating for the external surface of the belowground pipe will be plant-applied fusion bonded epoxy. Field girth welds will be protected with a compatible liquid-applied coating. Abrasion-resistant coating will be used where pipe is installed using boring, drilling, or other methods that could cause abrasion to the coating during installation.

Additional mechanical protection systems such as sand padding, rock jacketing or rock shield will be used if large and/or angular backfill material is encountered.

In addition to the pipe coating, an impressed current cathodic protection (CP) system will be installed for the pipelines. The system will include ground beds and rectifiers. Where practical, the ground beds and rectifiers will be located at facility or remote sites where a convenient source of electrical power exists. Sacrificial anodes may also be used at specific locations.

Test points will be installed, where required, along the pipeline and at road, foreign pipeline, and utility crossings. These will allow the effectiveness of the operation of the system to be monitored during operation.

As high Voltage power line (115kV) will now be co-located with the pipeline within the same right of way, supplemental protection from induced alternating currents (AC) which could contribute to accelerated corrosion will be incorporated. This additional protection will comprise strategically placed anodes located in areas where the pipeline in the vicinity of the towers.

### 4.3    Stormwater Management

Before construction begins a stormwater pollution prevention plan, incorporating sediment and erosion controls, will be developed to describe how control measures are to be implemented and inspected, and to outline any requirements for analytical monitoring and recording. This will ensure that any areas prone to erosion and sediment flow during storms will be suitably controlled and stabilized, with drainage collection and diversion measures in place. A spill prevention and control plan will be prepared for both construction and operations, describing specific procedures for inspections, maintenance, incident actions and reporting, and emergency response.

### 4.4    Construction Control Measures

All pipelines will be fabricated and tested in accordance with the requirements of ASME B31.4 for quality assurance and quality control purposes. All pipelines will be tested using clean water at a test pressure that exceeds the maximum operating pressure to prove the pipeline system has adequate strength for operating conditions without leakage. The test records will be retained if the pipeline system tested is in use.

 GOLDER

17

May 15, 2020                                                                              CCC.03-81900-EP-REP-00007_Rev0

It is planned to construct the access road along the corridor first, together with drainage structures and sediment controls, so that the installation of pipelines, bridges, and other corridor facilities can proceed along a managed, contained access-way.

Daily activities during construction will include visual inspections as part of a routine monitoring program, good housekeeping, erosion control maintenance, pipeline construction QA/QC, and any necessary repairs. Similar activities, at an increased frequency, will be required during and after rainfall events.

Where required, fencing and gates will be installed to restrict public access and wildlife along the corridor and facilities. Signs will be maintained visible to the public around each facility, road crossing, water crossing, bridge, and tunnel. Each sign will contain the name of the operator and a telephone number where the operator can always be reached.

## 4.5    Operations Control Measures

Pipeline integrity is governed by its physical characteristics, its environment, and its operation and during operation, the pipeline will be managed by implementing the appropriate prevention and control measures and following a standard management approach (plan, implement, monitor, review, and revise).  QA/QC systems will be in place to monitor operational compliance.

### 4.5.1    Internal Inspection Pigging (intelligent pigging)

Pigging in the context of pipelines refers to the practice of using devices known as "pigs" to perform various maintenance operations. This is completed without stopping the flow of the product in the pipeline.  Pipeline pigs are devices that are placed inside the pipe and traverse the pipeline.

Internal inspection pigging is used primarily for defect monitoring, which enables potential problems to be identified and rectified well before leaks occur. Intelligent pigging is used as a tool for prevention of a leak by providing an assessment of pipeline integrity.

Intelligent pigging is carried out during the early period of pipeline operation to provide a baseline record of the pipe wall thickness and any anomalies that are present. Subsequent pig runs, as part of routine operations and preventive maintenance programs during the life of the operation, will identify any changes in wall thickness and the need for repairs.

### 4.5.2    Corrosion Protection Survey

A comprehensive aboveground coating evaluation survey shall be conducted on the mainline pipelines within 18 months but not sooner than 6 months following backfill to allow for settling and compaction.

This inspection is necessary to accomplish the following:

- Hold construction Contractors to quality metrics
- Identify pre-operation corrosion threats
- Identify regions where supplemental Cathodic Protection may be necessary
- Provide a catalogue of coating defects, including tabulated coordinates having minimum sub-meter accuracy that can later be correlated with future metal loss ILIs and close-interval Cathodic Protection surveys


GOLDER

Cathodic protection systems require periodic maintenance and testing to ensure that they are functioning properly. Generally, monthly checks are required to inspect exposed system components to ensure that equipment is intact. Potential damage to test stations, junction boxes, rectifier, or connections will be identified and repaired. Detailed yearly inspections and testing must be performed by qualified personnel, and the records should be reviewed by a qualified corrosion professional with follow up repairs completed by corrosion specialists.

### 4.5.3    Continuous Monitoring and Management

The operators will monitor flow, density, and pipeline pressures at selected locations in accordance with methods described in Section 4.2.4. A process-based pipeline leak detection system will be included with the control software and will continuously monitor conditions to identify any change that might indicate a potential leak. The operators will be notified of any potential event to permit immediate investigation.

A manual of written procedures will be prepared for conducting normal operations and maintenance activities and handling abnormal operations and emergencies. This manual will be reviewed regularly, and appropriate changes made as necessary to ensure that the manual is effective. This manual will be prepared before initial operations of a pipeline system commence.

### 4.5.4    Route Patrols

Regular patrols along the pipelines is a practical method of assessing all areas of the pipeline route. They are a visible reminder to people in the area of the presence of the pipeline and play a key role in preventing pipeline faults through third-party incidents. The patrols will ensure effective operation of the tailings corridor facilities and check for anomalies such as:

- pipeline leaks
- drainage sediment build-up, blockages and washouts
- access road erosion and damage
- pipe bridges and over / underpass damage
- landslides
- third party interference
- other potential hazards.

In addition to continual monitoring of pressure, flow, and leaks as well as CCTV monitoring, the pipelines will be patrolled to check for leaks and hazards and to ensure the security of the system. Consistent with CFR 49 Part 195, the route patrol will be conducted at intervals not exceeding 3 weeks, but at least 26 times each calendar year, to inspect the surface conditions on or adjacent to each pipeline right-of-way and each crossing under a navigable waterway will be inspected to determine the condition of the crossing. Methods of inspection include walking, driving, flying or other appropriate means of traversing the right-of-way.

### 4.5.5    Tailings Line Flushing

The tailings pipelines and recycled water lines will be flushed periodically using process water from the concentrator site to minimize line blocking and to align with regular preventive maintenance requirements.

 GOLDER

During unexpected shutdowns, tailings lines should also be flushed to reduce the system start-up risk. Tailings lines can either be flushed from the concentrator site using emergency backup power supply or be flushed, as required, by the water stored in the flush tank placed at the high point.

## 4.6    Spill Response

RCM's General Plan of Operations includes information to be included in a Spill Prevention and Control Plan. Although spill response plans are developed to reflect specific facility designs, they generally include the following components:

- description of site operations
- leak detection procedures
- facility drainage systems
- spill prevention measures
- spare pipe, pipe clamps and other strategic supplies
- emergency and spill response and cleanup procedures
- spill reporting and notification procedures
- employee training and team drills.

RCM will have operators and staff working 24 hours per day throughout the life of the mine. Additional staff will be available on an emergency basis if needed during night shifts. Staff members will be supplied with radios for instant communication with the control room and other staff. The mine will own all necessary equipment or have contractors readily available on site for repair of a pipeline failure. Spill response kits will be stored at both ends of the tailings corridor, at the concentrator area, at the tailings administration complex, and also on the pipe bridges. The pipeline access road will provide reliable and immediate access to the full length of the line. If the situation requires additional resources or heavy equipment, they are readily available in nearby Globe-Miami or Phoenix / East Valley, Arizona.

Any suspected leak will be investigated. If a leak is identified, an appropriate prepared response plan will be initiated. This plan will include an evaluation of the need to stop the pumps or shut off the flow. Some leaks may be temporarily repaired safely without taking the pipe out of service. Any such temporary repair would be formally addressed during the next scheduled shutdown of the pipeline. Pipeline shutdowns are anticipated to be in line with concentrator shutdown timing.

Leaks will be evaluated by RCM staff to understand the root cause, quantity spilled, and regulatory reporting requirements.


GOLDER

May 15, 2020                                          CCC.03-81900-EP-REP-00007_Rev0

# Signature Page

**Golder Associates Inc.**


Wade Wang, PE                          William J. Norwood
*Senior Project Engineer*              *Pipeline Practice Leader/Principal*

WW/WJN


Golder and the G logo are trademarks of Golder Associates Corporation

10-RCMSER-2498

May 15, 2020                                                    CCC.03-81900-EP-REP-00007_Rev0

**APPENDIX A**

# Design Criteria

GOLDER

## APPENDIX A

**DESIGN CRITERIA - RESOLUTION COPPER MINE SKUNK CAMP PIPELINE CORRIDOR**

## 1.0    CODES, STANDARDS, AND REFERENCES

The following code, standards and references will be used by Golder for best practice design basis for the Skunk Camp pipeline corridor:

- API (American Petroleum Institute)
  - Standard 650 Welded Tanks for Oil Storage
  - Specification 5L Line Pipe
  - 6D Specification for Pipeline Valves
  - RP 1102 Steel Pipelines Crossing Railroads and Highways
  - RP 1130 Computational Pipeline Monitoring for Liquid Pipelines

- ASME (American Society of Mechanical Engineers)
  - B16.5 Pipe Flanges and Flanged Fittings NPS ½ through NPS 24 Metric/Inch Standard
  - B16.9 Factory-Made Wrought Butt Welding Fittings
  - B16.11 Forged Fittings, Socket-Welding and Threaded
  - B16.34 Valves – Flanged, Threaded, and Welding End
  - B16.20 Metallic Gaskets for Pipe Flanges – Ring-Joint, Spiral-Wound, and Jacketed
  - B31.3 Process Piping
  - B31.4 Pipeline Transportation Systems for Liquids and Slurries
  - ASME/BPVC SEC VIII-1 Section VIII Division 1 Rules for Construction of Pressure Vessels
  - ASME BPVC IX Boiler and Pressure Vessel Code (BPVC), Section IX, Qualification Standard for Welding and Brazing Procedures, Welders, Brazers, and Welding and Brazing Operations

- ASTM (American Society for Testing and Materials)
  - A36/A36M Carbon Structural Steel
  - A105 Standard Specification for Carbon Steel Forgings for Piping Applications
  - A106 Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service
  - A193 Standard Specification for Alloy-Steel and Stainless-Steel Bolting for High Temperature or High-Pressure Service and Other Special Purpose Applications
  - A194 Standard Specification for Carbon and Alloy Steel Nuts for Bolts for High Pressure of High Temperature Service, or Both

GOLDER

A-1

Project 1810598801

- AWS (American Welding Society)
  - D1.1 Structural Welding Code – Steel Structural Welding Code – Steel
- AWWA (American Water Works Association)
  - M42 Steel Water-Storage Tanks
  - D100 Welded Carbon Steel Tanks for Water Storage
- CFR (Code of Federal Regulations)
  - 49 CFR Part 195 Transportation of Hazardous Liquids by Pipeline
- ICC (International Code Council)
  - IBC International Building Code
- NFPA (National Fire Protection Association)
  - 11 Standard for Low-, Medium-, and High-Expansion Foam
  - 30 Flammable and Combustible Liquids Code
  - 70 National Electrical Code
- MSS (Manufacturers Standardization Society)
  - SP 81 Stainless Steel, Bonnetless, Flanged Knife Gate Valves
  - SP 75 WPHY Pipe Fittings

## 2.0    SITE CONDITIONS

### 2.1    Design Temperatures

Based on the site location and ambient temperature changes throughout the year, the design temperatures assumed for this study are:

- Minimum Design Temperature: 0°F
- Installation Temperature: 60°F
- Maximum Design Temperature: 120°F

### 2.2    Design Life

The system design life is assumed to be 41 years per Mine Plan of Operations of Resolution Copper Mine.

### 2.3    Frost Depth

The site frost depth is 12 inches.

### 2.4    Mill Availability

The mill availability is assumed to be 92%.

## 3.0    HYDRAULIC ANALYSIS

### 3.1    Tailings Slurry Concentration

The weight percent solids and operating range solids concentration are determined by Resolution Copper Mine. The NPAG will be conveyed at a density of 60% solids and the PAG will be at 50% solids.

### 3.2    Design Throughput

Design flow rates for tailings slurry transport are calculated using the solid throughput along with the slurry specific gravity, calculated to be 1.73, and conversion factors. The tailings throughput would ramp up to 121,000 tons per day (tpd) for NPAG and 23,000 tpd for PAG by year 7 of the 41-year life of mine.

### 3.3    Tailings Particle Size Distribution

Physical characteristics of the PAG and NPAG tailings, both particle size distribution and rheology, are discussed below. These data were generated from bulk samples collected during past development activities and provided to Golder. The viscosity characteristics are will be adopted from the rheology data adopted from the Pilot scale testing.

#### 3.3.1    NPAG Tailings

Table 2 shows the particle size distribution (PSD) for NPAG tailings that was used for the pipeline design. Table 3 presents the rheology for several ranges of percent solids. The specific gravity of the NPAG is 2.78.

**Table 1: NPAG Tailings PSD**

| Size (μm) | US Mesh | Wt. % Retained | Cumulative Wt. % Passing | Cumulative Wt. % Retained |
|---|---|---|---|---|
| 300 | 50 | 0.50 | 99.50 | 0.50 |
| 212 | 70 | 7.50 | 92.00 | 8.00 |
| 145 | 100 | 16.00 | 76.00 | 24.00 |
| 106 | 140 | 14.00 | 62.00 | 38.00 |
| 74 | 200 | 11.00 | 51.00 | 49.00 |
| 53 | 270 | 8.00 | 43.00 | 57.00 |
| 37 | 400 | 6.00 | 37.00 | 63.00 |
| -37 | | 37.00 | | |
| | Total | 100% | | |

Note: Reference- Scavenger Tailings Cyclone- AVG Condition (KREBS)

- $P_{95}$ - 244 microns
- $P_{80}$ - 159 microns
- $D_{50}$ – 71 microns

10-RCMSER-2502

**Table 2: NPAG Tailings Rheology**

| Percent Solids (Wt. %) | Coefficient of Rigidity (Pa) | Yield Stress (Pa) |
|---|---|---|
| 72.4 | 0.210 | 45.4 |
| 70.7 | 0.121 | 33.5 |
| 66.9 | 0.054 | 14.1 |
| 60.9 | 0.022 | 4.3 |

Reference- Pocock 2015, Thickened Pyrite Rougher Tailings

### 3.3.2 PAG Tailings

Table 4 shows the particle size distribution (PSD) for PAG tailings that was used for the pipeline design. Table 5 presents the rheology for several ranges of percent solids. The specific gravity of the PAG is 3.5.

**Table 3: PAG Tailings PSD**

| Size (µm) | US Mesh | Wt. % Retained | Cumulative Wt. % Passing | Cumulative Wt. % Retained |
|---|---|---|---|---|
| 300 | 50 | 0.2 | 99.8 | 0.2 |
| 212 | 70 | 2.0 | 97.8 | 2.2 |
| 145 | 100 | 5.4 | 92.4 | 7.6 |
| 106 | 140 | 6.2 | 86.2 | 13.8 |
| 75 | 200 | 8.0 | 78.2 | 21.8 |
| 53 | 270 | 9.7 | 68.5 | 31.5 |
| 45 | 325 | 5.8 | 62.7 | 37.3 |
| 37 | 400 | 5.5 | 57.2 | 42.8 |
| -37 | | 57.3 | | |
| | Total | 100% | | |

Note: Reference- Pyrite Tail Size Variability- Selective Flowsheet

- $P_{05}$ - 177 microns

- $P_{80}$ - 81 microns

- $D_{50}$ - 31 microns

Project 1810598801

**Table 4: PAG Tailings Rheology**

| Percent Solids (Wt. %) | Coefficient of Rigidity (Pa) | Yield Stress (Pa) |
|---|---|---|
| 62.2 | 0.086 | 94.0 |
| 59.9 | 0.059 | 55.5 |
| 57.9 | 0.037 | 37.2 |
| 55.5 | 0.025 | 21.8 |

Reference- Pocock 2015, Thickened High Pyrite Tailings

## 3.4    Reclaim Water Properties

Reclaim water properties are assumed to be water properties at a fluid temperature of 70 degrees Fahrenheit.

## 3.5    Line Sizing Criteria

■    Scavenger and pyrite tailings system

i)    Maximum fluid velocity: 10 ft/s

ii)    Minimum fluid velocity: 120% of calculated deposition velocity

■    Reclaim water

i)    Operating velocity of reclaim water is to be less than 10 ft/s to minimize pumping costs and pressure rating.

ii)    Maximum operating pressure shall be less than the maximum allowable pressure per ASME B31.4.

## 4.0    PIPELINE AND MECHANICAL DESIGN BASIS

## 4.1    Pipeline Route Optimization in Response to DEIS Public Comments

The Skunk Camp North Pipeline route optimization process considers the following criteria, to the extent possible and practical, in the review and selection of alternatives to:

1)    maintain pipeline slope no more than 15% as practical as possible

2)    reduce the potential fragmentation of wildlife habitat

3)    maximize the amount of temporary workspace located on existing disturbances

4)    reduce the development of new access into remote areas

5)    reduce the number and complexity of road, canyon, and watercourse crossings

6)    avoid or reduce effects on identified environmentally sensitive areas

7)    avoid or minimizing routing through areas of steep and unstable terrain

**GOLDER**

A-5

10-RCMSER-2504

Project 1810598801

## 4.2    Pipeline Installation Method

Most of the proposed pipeline segments will be buried. Open trench installation method will be used for the pipeline construction except at the TSF and Concentrator (facility), tunnel, bridges, and trenchless crossing segments.

Trenchless installation methods, such as horizontal directional drilling (HDD), micro-tunneling, directional drilling and/or boring will be considered to bore a path underneath highway (US60), waterway, critical habitat, or proposed critical habitat (Mineral Creek) allowing for the pipe to be pulled through. Pipeline stress calculations will be completed to determine the bending, hoop and tensile stresses on the pipeline during installation and operating conditions. The calculations consider the pipe diameter, wall thickness, grade, depth and geometric design of the crossing.

## 4.3    Depth of Cover

The minimum depth of cover for the project will be equal or the greater of the depth of cover specified by ASME B31.4, and 49 CFR Part 195, as detailed below.

- Consolidated rock areas: 24 in.

- Road crossing areas: 48 in.

- Water crossing areas:  60 in. The requirement for increased burial depth will be evaluated and determined by the hydrology study at these locations in future phases.

- All other areas: 36 in.

## 4.4    Pipe Selection

### 4.4.1    Tailings Pipeline Material

Golder recommends the use of heavy wall carbon steel pipe for the NPAG line and HDPE-lined steel pipe for the PAG line.

### 4.4.2    Pipe Wall Thickness

The scavenger tailings transportation pipeline wall thickness is assumed to be 1.25 in to maximize the life span but remain exempt from post weld heat treatment requirements for each butt weld in accordance with ASME B31.4.

The pyrite tailings pipeline, the return water pipeline, and tailings process piping wall thickness will be determined based on fluid velocity and the design formula in ASME B31.4. This formula is used to calculate the required minimum wall thickness based on the yield strength of the pipe steel (determined by the grade of steel), maximum operating pressure, outside diameter, design factor, and weld joints.

All pipelines and facility piping are assumed to have the uniform nominal wall thickness throughout the span and the selected wall thickness would have higher allowable pressure than actual pressure. Actual pressure at specific points between the pump station and the receiving tank/sump is determined by calculating the change in hydrostatic pressure using the known elevation profile.

### 4.4.3    Slurry Corrosion/Erosion Rate

Golder has assumed an average wear rate of 24 mils (0.024 in) per year to estimate and optimize the scavenger pipe life span and the year of replacement. This average wear rate is obtained from actual yearly metal loss data from a benchmark site with similar tailings transportation system.

Project 1810598801

HDPE Liner for pyrite tailings pipeline would mitigates corrosion to negligible levels. Based on the extent of erosion, may require liner replacement which is analyzed to determine cost effectiveness against a rubber liner.

Historical data demonstrates that several factors can contribute to pipeline metal loss, including operating velocity, PSD, slurry pH, water quality, and dissolved oxygen content.

### 4.4.4 Pipe Specifications

Line pipe and facility piping specifications are summarized below:

- NPS 20 to 48: API 5L PSL2, Grade 70

- NPS 12 to 18: API 5L PSL2, Grade 60

- NPS 4 to 10: API 5L PSL2, Grade B

- NPS 3 or less: ASTM A106, Grade B

### 4.4.5 Valves and Fittings

- Whole tailings system valves will be flange to flange knife gate valves in accordance with MSS SP-81.

- Water system valves will be flange to flange, lugged-type butterfly, ball, or gate valves in accordance with API 6D and/or ASME B16.34.

- Pipe flanges and associated components will adhere to ASME B16.5, as applicable.

- Pipe fittings will adhere to MSS SP-75, ASME B16.9 or ASME B16.11, as applicable. All fittings used on whole tailings main pipeline shall be piggable.

## 4.5 Pipe Bend

Changes in pipeline alignment will be made with either field cold bends, shop fabricated hot bends (induction bends), or forged elbows.

All pipe bends shall have a minimum bend radius as specified below:

- Field bend: 40 x Pipe Diameter

- Hot bend: 6 x Pipe Diameter

- Elbow (whole tailings system): 5 x Pipe Diameter

- Elbow (return water system): 1.5 x Pipe Diameter

## 4.6 Corrosion/Erosion Control Elements

### 4.6.1 Pipe Coating

The coating systems used will be suitable for and specific to their application. Coating systems will meet or exceed current applicable industry codes and standards.

The primary coating for the external surface of the belowground pipe will be plant-applied fusion bonded epoxy. Field girth welds will be protected with a compatible liquid-applied coating.

Abrasion-resistant coating will be used where pipe is installed using boring, drilling or other methods that could cause abrasion to the coating during installation.

GOLDER

A-7

Additional mechanical protection systems such as sand padding, rock jacketing or rock shield will be used if large and/or angular backfill material is encountered.

### 4.6.2    Cathodic Protection

In addition to the pipe coating, an impressed current cathodic protection (CP) system will be installed for pipelines. The system will include ground beds and rectifiers, as determined during detailed design.

Where practical, the ground beds and rectifiers will be located at sites where a convenient source of electrical power exists nearby. Sacrificial anodes may also be used at specific locations, which will be identified during detailed design.

Test points will be installed, where required, along the pipeline and at road, foreign pipeline and utility crossings. These will allow the effectiveness of the operation of the system to be monitored during operation.

### 4.6.3    In-Line Inspection (ILI) Facilities

In-line inspection facilities, including launcher and receiver trap assemblies, will be installed to accommodate mainline ILI tools, cleaning tools and periodic maintenance activities.

The ILI system will be designed to ensure that the entire length of the tailings pipelines can be in-line inspected (excluding laterals and connections). Mainline launcher and receiver facilities will be in fenced areas at the West Plant and Skunk Camp TSF facility.

Launcher and receiver assemblies will be designed and constructed in accordance with ASME B31.4. Barrels will be removable pierces that can launch or receive the latest models of ILI tools and will be flanged to aid with removal for maintenance.

## 4.7    Water Crossing Design

Except for Queen Creek, Devil's Canyon and Mineral Creek, all watercourses will be crossed using an open-cut crossing construction method. Given the relatively small size and low flows of most of the various watercourse crossings for the project, established trenched construction methods can be implemented with a high level of confidence.

## 4.8    Buoyancy Control

Along the pipeline route, conditions may exist under watercourses that require the implementation of buoyancy control measures using bolt-on weights. Weights and spacing are calculated based on empty pipe conditions.

## 4.9    Valve Placement

For tailings slurry pipelines, flanged valves are considered as potential leak points due to long term erosion. To minimize the effects of an accidental release, the design incorporates an approach where no mainline segment valves will be installed between the west plant and Skunk Camp TSF facility.

## 4.10    Leak Detection System

A computational pipeline monitoring (CPM) leak detection system will be considered at a high level in the study for the tailings pipelines in accordance with CFR 49 Part 195. The CPM system will comply with API RP 1130 in operating, maintaining, testing, record keeping, and dispatcher training of the system.

10-RCMSER-2507

Project 1810598801

## 5.0    CIVIL AND STRUCTURAL DESIGN BASIS

### 5.1    Pipeline Tunnel and Borings

Pipeline tunnels will be considered for the segments with significant elevation change and steep slope to maintain less than 15% slope for the whole tailings pipeline. Pipeline tunnel and boring sections are planned based on geological data, tunnel length, access, and pipe constructability for the Silver King and Government Springs mountainous terrain areas as well as beneath US60.

### 5.2    Pipeline Bridge

A pipeline bridge option is part of the design for the Queen Creek and Devil's Canyon crossings. All pipelines installed on the bridge shall be designed to take the anticipated movements without exceeding the maximum allowable combined stress in accordance with ASME B31.4.

GOLDER

A-9

**APPENDIX B**

# Geohazards Assessment

GOLDER



**GOLDER**

**REPORT**

# GEOHAZARDS ASSESSMENT FOR THE SKUNK CAMP PIPELINE ROUTE

*Arizona, USA*

Submitted to:

Victoria Peacey
Resolution Copper Mine
102 Magma Heights Roads
Superior, AZ 85173

Submitted by:

**Golder Associates Inc.**

670 North Commercial Street, Suite 103 Manchester, New Hampshire, USA 03101

+1 603 668-0880

Project No. 1810598801

May 15, 2020



May 15, 2020                                                                      Project No. 1810598801

# Table of Contents

1.0  **INTRODUCTION** .................................................................................................................4

  1.1  Scope of Work ......................................................................................................4

2.0  **METHODOLOGY** ...............................................................................................................4

3.0  **PHYSIOGRAPHY AND GEOLOGIC SETTING** .................................................................5

4.0  **HAZARD CLASSIFICATION CRITERIA** ...........................................................................5

5.0  **RESULTS** ...........................................................................................................................6

  5.1  Unstable Slopes (Landslides) ..............................................................................6

  5.2  Unstable Slopes (Rockfalls) .................................................................................6

  5.3  Seismic (Ground Shaking) ...................................................................................6

  5.4  Seismic (Liquefaction) .........................................................................................7

  5.5  Seismic (Surface Fault Rupture) ..........................................................................7

  5.6  Subsidence (Karst) ..............................................................................................7

  5.7  Subsidence (Underground Mine) ..........................................................................8

  5.8  Subsidence (Fluid Withdrawal) .............................................................................9

  5.9  Hydrotechnical Waterbody Crossings ...................................................................9

6.0  **CONCLUSIONS** ...............................................................................................................10

7.0  **REFERENCES** ................................................................................................................11

## FIGURES

Figure 1: Project Location Map and Regional Geology
Figure 2: Landslide and Rockfall Hazards Map
Figure 3: Seismic Hazards Map
Figure 4: Karst Subsidence Hazards Map
Figure 5: Underground Mine Subsidence Hazards Map
Figure 6: Fluid Withdrawal Subsidence Hazards Map
Figure 7: Hydrotechnical Waterbody Crossing Hazards Map

## TABLES

Table 1: Summary of Results -- Landslide and Rockfall Hazards
Table 2: Summary of Results -- Seismic Hazards



May 15, 2020                                                          Project No. 1810598801

Table 3: Summary of Results – Karst Subsidence Hazards
Table 4: Summary of Results – Underground Mine Subsidence Hazards
Table 5: Summary of Results – Fluid Withdrawal Subsidence Hazards
Table 6: Summary of Results – Hydrotechnical Waterbody Crossing Hazards


**APPENDICES**

Appendix A: Classification Criteria
     Table A-1: Classification Criteria for Geohazard Assessments

10-RCMSER-2512

May 15, 2020                                                                    Project No. 1810598801

## 1.0   INTRODUCTION

This report is a summary of the results of a Geohazards Assessment conducted by Golder Associates Inc. (Golder) for Rio Tinto's Resolution Copper Mining (Resolution) Skunk Camp Pipeline Route located in Pinal and Gila Counties, Arizona. The proposed Skunk Camp pipeline would contain tailing transportation pipelines and a return water pipeline that would connect West Plant to the proposed tailings storage facility (TSF) at Skunk Camp (Figure 1).

The approach to geohazards assessment for pipelines is a systematic process that begins with a regional-scale, desktop assessment, intended to identify and begin to characterize geohazards that could affect a pipeline during or post-construction. We consider geohazards to be natural geologic or hydrotechnical conditions, processes, and natural or induced events that could adversely affect the construction, operation, or integrity of a pipeline.

The assessment provides an overview of a proposed pipeline system by considering a range of possible geohazards that could potentially affect that system, based on available data. The scope of the assessment is established based on a combination of the natural environment where the pipeline system is located (i.e., geologic, topographic, and climatic conditions), the length of the pipeline system, the types of geohazards requested for consideration by the operator, the type and quality of resources available, and the desired output by the operator.

### 1.1   Scope of Work

The scope of work consisted of identifying potential geohazards along a 1,000 foot wide corridor centered on the proposed pipeline route through a desktop assessment. Hydrotechnical hazards (i.e., erosion and scour) were evaluated at pipeline crossing locations and where channel migration may encroach upon the pipeline.

For this assessment the following potential geohazards were considered:

- Unstable slopes, including landslides and rockfall;

- Seismic hazards, including surface fault rupture, soil liquefaction, and strong ground shaking;

- Potential ground subsidence associated with underground mines, fluid withdrawal (oil and gas or groundwater), and karst/pseudokarst; and

- Hydrotechnical hazards including erosion, scour and channel migration at watercourse crossings and followings.

## 2.0   METHODOLOGY

To identify and evaluate potential hazards, the following desktop activities were completed:

- Review of publicly available and site-specific geologic maps and applicable resources to assess whether particular geohazards or adverse geologic or hydrotechnical conditions, occur along the proposed pipeline route.

- Review of publicly available aerial imagery (e.g., Google Earth™, Esri™, and State imagery) and LiDAR data along the proposed pipeline route to identify, delineate, and characterize geomorphic indicators that appear consistent with active geohazards considered for this assessment.

 GOLDER

10-RCMSER-2513

May 15, 2020                                                                 Project No. 1810598801

Note: Project-specific LiDAR data and aerial imagery were unavailable for this review. Therefore, the results
of the geomorphic review were limited by the quality of publicly available resources. Public LiDAR data were
available for the segments of the pipeline located in Gila county (Arizona Geographic Information Council
[AGIC] 2020). Some of the public LiDAR data and aerial imagery available during this assessment were not
considered up-to-date; thus, ground conditions interpreted from these resources may not accurately reflect
present-day ground conditions.

- Assignment of relative hazard classifications (e.g., low, moderate, and high) that are specific to the potential
  hazards identified during this assessment. The classification criteria we used are provided in Appendix A,
  along with the rationale for their development.

- Preparation of a geospatial Geographic Information System (GIS) database that provides the results of this
  assessment, including geographic coordinates, hazard classifications, data source identification, and
  comments for potential geohazards identified in this assessment.

## 3.0   PHYSIOGRAPHY AND GEOLOGIC SETTING

The proposed pipeline route is located within the Basin and Range physiographic province (National Park Service
[NPS] 2017 and Vigil et al. 2008). The topography in the Basin and Range province is the result of regional
extension of the crust which thinned and cracked the crust, creating large faults (generally trending in a north-
south direction). Because of the extension, the region is marked by alternating linear mountain ranges and
valleys. The mountains generally consist of late Precambrian and Paleozoic rocks which erode and fill the
adjacent valleys with sediment. Much of the region drains internally, in an area known as the Great Basin, where
surface water cannot reach the ocean (due to blockage of water movement by high mountains and lack of
sufficient water).

The proposed pipeline route traverses three distinct geologic settings (Richard 2015; Cornwall et al. 1971; Horton
2017), as shown in Figure 1. The western portion of the proposed pipeline route primarily traverses Middle
Proterozoic aged metamorphic and sedimentary rocks and Early Tertiary to Late Cretaceous granitic rocks. The
central portion of the proposed pipeline route primarily traverses the Apache Leap Tuff, a Tertiary aged ash-flow
tuff. The eastern portion of the proposed pipeline route primarily traverses Tertiary to Quaternary aged
sedimentary rocks and basin deposits including alluvium, gravel, and conglomerate. The western portion of the
proposed pipeline route crosses highly faulted terrain, while the central and eastern portions of the proposed
pipeline route appear to cross less faulted terrain.

## 4.0   HAZARD CLASSIFICATION CRITERIA

Appendix A describes our approach to and rationale for assigning hazard classifications to each hazard identified
during the desktop Geohazards Assessment.

Hazard classifications are tailored to be project-specific but are based on general classification criteria that are
commonly used for assessing geohazards for pipelines. It should be noted that the hazard classifications are
relative to each hazard. For example, a high hazard with respect to liquefaction does not necessarily mean that
the pipeline has a high potential for damage in high hazard areas, but rather that the hazard from liquefaction is
higher than in areas identified as low or moderate hazards. Likewise, the hazard classifications are relative to
each individual hazard; for example, a high hazard fault is not necessarily equivalent in potential severity or
likelihood to a high hazard karst subsidence feature.

 GOLDER                                                                    5

May 15, 2020

Project No. 1810598801

Hazard classifications are also intended to lump together features or areas that have similar recommendations, including recommendations for mitigation, construction practices, or for possible additional assessment. That is, a high hazard classification may indicate that there is a high uncertainty from the desktop assessment of the potential threat, and thus additional assessment is recommended; it does not necessarily indicate that the area is at high risk from that hazard type.

## 5.0   RESULTS

The following sections provide a summary of results for each respective hazard. Overview maps outlining the geographic distribution of potential hazards are referenced, as applicable. General background information for each type of hazard, as well as our hazard criteria, are provided in Appendix A.

### 5.1    Unstable Slopes (Landslides)

To assess possible landslide hazards in the vicinity of the proposed pipeline route, geologic maps and datasets with mapped landslides (i.e., Arizona Geological Survey [AZGS] 2019) were reviewed. A geomorphic analysis of publicly available aerial imagery (i.e., Google Earth™ and ESRI) and 2018 1-meter resolution LiDAR data (available only in Gila County) (AGIC 2020) was also completed. The results of the assessment are limited by the resolution of the data available.

Possible landslides were identified that were completely or partially within 500 feet of the proposed pipeline centerlines (i.e., a 1,000 foot-wide corridor centered on the proposed pipeline centerline). Therefore, if a landslide had any portion of the feature fall within 500 feet of a proposed pipeline, the landslide was identified and delineated. A possible total of two low hazard landslides and two moderate hazard landslides were identified along the proposed pipeline route. The distribution of landslide hazards identified in this assessment is shown in Figure 2 and a summary of the results is provided in Table 1.

### 5.2    Unstable Slopes (Rockfalls)

The majority of the potential rockfall hazard areas are located within the central portion of the proposed pipeline route, where the route traverses the Apache Leap Tuff geologic unit. As described by Richard (2015), the Apache Leap Tuff is a crystal-rich (40-50%), plagioclase, embayed quartz, sanidine, biotite-bearing ash-flow tuff. The tuff ranges from unwelded to densely welded, and it rarely contains more than a few percent lithic fragments. Pumice fragments are also sparse and generally difficult to see in outcrop. The base and top of this unit are locally, crudely thick-bedded, but the unit generally appears massive. The majority of the area where the Apache Leap Tuff underlies the proposed pipeline route is also marked by steep slopes, which could be susceptible to rockfalls.

The distribution of rockfall hazard areas identified in this assessment is shown in Figure 2 and a summary of the results is provided in Table 1.

### 5.3    Seismic (Ground Shaking)

The potential hazard from earthquake wave propagation is commonly measured by the ground shaking parameter of peak horizontal ground acceleration (PGA), expressed as a percentage of the Earth's gravitational acceleration (g). To estimate possible hazards associated with ground shaking, seismic hazard mapping developed by the U.S. Geological Survey (USGS) for ground motions having a 10-percent probability of exceedance in 50 years, which represents a return period of 475 years (Petersen et al. 2014) were used.

The projected 475-year return period PGA value for the proposed pipeline route is 0.04 g, which is within the low hazard classification for seismic ground shaking (Figure 3; Table 1).

 GOLDER

10-RCMSER-2515

May 15, 2020                                                                                           Project No. 1810598801

## 5.4    Seismic (Liquefaction)

Areas assumed to have liquefaction potential contain the following characteristics: (1) regularly or permanently saturated near the ground surface (e.g., less than 30 feet below ground surface); (2) contain relatively young (i.e., Holocene) alluvium, lacustrine (i.e., lake bed) deposits, or similar, that appear to consist of loose to moderately dense granular soils; and (3) subjected to strong ground shaking. Areas where these conditions appear to be present over a length of at least 300 feet along the proposed pipeline alignment were qualitatively identified, and then correlated with seismic hazard mapping for a return period of 475 years (Petersen et al. 2014) to classify their liquefaction hazard potential.

Areas within 500 feet of the proposed pipeline alignment that appeared to be underlain by alluvial or lacustrine deposits were identified and mapped using a combination of geologic maps, available LiDAR data, topographic maps, and aerial imagery. In general, it was assumed that relatively flat, low-lying areas adjacent to stream channels and lakes were underlain by liquefaction susceptible soil, i.e., alluvial or lacustrine deposits. Areas along the proposed pipeline route identified to contain potentially liquefiable soils were given a low hazard classification based upon the associated projected 475-year return period PGA value as described above in Section 5.3. (Figure 3; Table 2).

Conditions suitable for liquefaction are likely to be limited along the proposed pipeline alignment, due to the regionally dry climate and typically dry soil conditions for at least the first few feet of the subsurface. Eight areas were identified along the proposed pipeline alignment that appear to cross Quaternary alluvium. However, these waterbody crossings appear ephemeral in nature, and thus are ordinarily dry. For completeness, we have included these areas as low hazard liquefaction areas.

## 5.5    Seismic (Surface Fault Rupture)

Potential fault rupture hazards were assessed within 500 feet of the proposed pipeline route by reviewing the USGS Quaternary Fault and Fold Database for the United States (USGS 2018) and published geologic maps and reports to identify and evaluate active or potentially active faults and fault zones in close proximity to the proposed pipeline route.

No Quaternary-active faults in the vicinity of the proposed pipeline route were identified in the USGS Quaternary Fault and Fold Database (USGS 2018). However, several faults are mapped on larger scale geology maps that cross the proposed pipeline route, which appear to consist of older- (i.e., pre-Quaternary) and possibly younger- (i.e., Quaternary) aged faults. Information on the age of most recent movement along the faults was not readily available in the sources reviewed for this assessment (i.e., Richard 2015; Cornwall et al. 1971; Horton 2017). Based on review of these mapped faults in available LiDAR data and aerial imagery, and based on the reported results of field investigations conducted by Lettis Consultants International, Inc. (LCI 2020), no evidence of Quaternary-active faults was identified in vicinity of the proposed pipeline route. Thus, no surface fault rupture hazards within 500 feet of the proposed pipeline route were identified.

## 5.6    Subsidence (Karst)

Karst subsidence hazards were assessed within a 1,000 foot wide corridor, centered on the proposed pipeline alignment, by reviewing published geologic maps and reports to identify areas where carbonate bedrock and/or evaporites (e.g., salt, gypsum) are reported to be present at or near the ground surface along the proposed pipeline route. Relevant karst maps and reports were also reviewed, to identify areas where karst topography and

 GOLDER

10-RCMSER-2516

(50 of 176), Page 50 of 176
Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 50 of 176
Case 2:21-cv-00068-DWL Document 108-3 Filed 07/14/25 Page 48 of 174

May 15, 2020                                                                                                    Project No. 1810598801

karst features are reported to occur along the pipeline alignment. Finally, a geomorphic review of available LiDAR data and/or aerial imagery was completed to identify potentially hazardous karst features in the vicinity of the pipeline alignment.

Along portions of the western extent of the proposed pipeline route, we identified carbonate bedrock units to underlie the proposed pipelines (Richard 2015). One of the units underlying the proposed pipeline route, the Escabrosa Limestone, is reported in the region to contain karst features including caves and sinkholes (e.g., Cook 2018; Hill 1999; Richard 2015). Umbrella cave is reported to exist near the project area (unconfirmed third-party data) within the Escabrosa Limestone, although precise coordinates are unknown. We did not identify evidence of caves or sinkholes underlying the proposed pipeline route during review of available LiDAR data and/or aerial imagery, although features such as caves may not be evident at the surface.

As such, we identified areas along the proposed pipeline route underlain by the Escabrosa Limestone to be moderate hazard areas, and the remaining areas underlain by other carbonate bedrock units to be low hazard areas.

The distribution of karst subsidence hazard areas identified in this assessment are shown in Figure 4 and a summary of the results is provided in Table 3.

## 5.7    Subsidence (Underground Mine)

Underground mine subsidence hazards were assessed within a 1,000 foot wide corridor, centered on the proposed pipeline route by reviewing publicly available reports, maps, and databases along with data provided by Resolution, to identify any documented or suspected underground mines or mine features in the vicinity of the proposed pipeline route. Additional information about mining areas or operations identified in the vicinity of the proposed pipeline route was assessed to ascertain whether the occurrence and extent of underground mines are well documented or uncertain. This research was supplemented by reviewing available LiDAR data and/or aerial imagery to identify any topographic depressions observed around underground mines that are proximal to the pipeline.

In terms of the available digital GIS data that represent potential underground mine locations in the area of the proposed pipelines, only point data, representing approximate locations of underground mines and/or underground mine features were identified. The precise location and dimensions of underground mines is unclear from point datasets; thus, in evaluating potential subsidence hazards, we considered an area around each point to potentially contain an underground mine and related subsidence hazards.

Possible mine subsidence hazard areas were identified based on the following point data:

- Metallic and non-metallic mines from the Mineral Resources Data System (USGS 2005), with an operation type of underground, surface-underground, or unknown. The positional information for this dataset is highly variable. In the best cases this information was provided by plotting the location on a 7.5-minute topographic map; however, many records were located on the basis of published reports containing imprecise or scant information on the specific geographic location.

- Data provided by Resolution. These points were utilized to classify several moderate hazard areas (i.e., areas within 200 to 500 feet from each point) and high hazard areas (i.e., areas within 200 feet from each point). The remainder of the areas along the proposed pipeline route were classified as low hazard areas, as underground mining activities (past, present, and future) are known to occur in the region.

 GOLDER

May 15, 2020                                                                                    Project No. 1810598801

The distribution of underground mine subsidence hazard areas identified in this assessment is shown in Figure 5 and a summary of the results is provided in Table 4.

## 5.8    Subsidence (Fluid Withdrawal)

Fluid withdrawal subsidence hazards were assessed within a 1,000 foot wide corridor, centered on the proposed pipeline route, by reviewing publicly available resources to identify areas where the pipeline crosses major groundwater aquifers, oil and gas well fields, and/or areas reported to have experienced subsidence. The results of this review were supplemented by further researching additional information that was available, as well as reviewing available LiDAR data and/or aerial imagery, to ascertain the types, rates, and areas of influence for any applicable subsidence hazards identified in the vicinity of the pipeline.

No existing oil and gas fields or wells within 500 feet of the proposed pipeline route were identified. However, 13 areas along the eastern half of the proposed pipeline alignment were identified to be underlain by oil and gas parcels located on State Trust Land (Arizona State Land Department [ASLD] 2017), with no mapped oil and gas extraction wells (Arizona Department of Environmental Quality [ADEQ] 2019). These areas were assigned as low hazard fluid withdrawal subsidence areas.

Based on a study by Konikow (2013), the entirety of the proposed pipeline route appears to be underlain by an area reported to have cumulative groundwater depletion from 1900 and 2008 ranging between 0 and 400 cubic kilometers (Konikow 2013). The entire proposed pipeline route was thus classified as a moderate hazard area for possible groundwater-related subsidence.

The distribution of fluid withdrawal subsidence hazard areas identified in this assessment is shown in Figure 6 and a summary of the results is provided in Table 5.

## 5.9    Hydrotechnical Waterbody Crossings

Hydrotechnical hazards were assessed at pipeline waterbody crossing locations and where channel migration may encroach upon the pipeline using the USGS National Hydrography Dataset (USGS 2019) stream data. The stream locations were reviewed in Google Earth™ historical aerial imagery to assess current conditions and visible geomorphic processes to establish their hazard potential. A total of 60 drainage crossing locations were identified (Figure 6; Table 6). Crossings reviewed were primarily dry ephemeral channels and creeks. Review of these waterbodies also included available onsite photographs taken as part of previous corridor routing field reconnaissance. Engineering judgement and experience were used to identify and classify each waterbody crossing, as follows:

- 15 waterbody crossings as low hydrotechnical hazards.

- 16 waterbody crossings as moderate hydrotechnical hazards.

- 11 waterbody crossings as high hydrotechnical hazards.

- A total of 18 of the 60 waterbodies were assigned Non-Applicable as a hazard classification, at locations where the proposed pipeline route avoided the waterbody crossings by being located below the waterbody within a proposed tunnel.

 GOLDER                                                                                    9

May 15, 2020          Project No. 1810598801

## 6.0    CONCLUSIONS

This assessment based on a desktop review of existing information was intended to identify potential geohazards that might negatively affect construction and operation of the pipeline and to provide locations where further evaluation was required. All risks identified by this study will be considered with mitigation measures implemented during routing refinements, pipeline design, construction, and operation. Please refer to "CCC.03-81900-EP-REP-00007_Golder EIS Pipeline Protection and Integrity Plan" for detailed risk mitigations.

**Golder Associates Inc.**

Bailey Theriault, PG
*Senior Geologist and Associate*

David Thurman, PE
*Senior Engineer*

Golder and the G logo are trademarks of Golder Associates Corporation

10-RCMSER-2519

May 15, 2020                                                                      Project No. 1810598801

## 7.0   REFERENCES

Arizona Department of Environmental Quality (ADEQ). 2019. Oil and Gas Wells. Digital data accessed May 20, 2019 from https://gisweb.azdeq.gov/gis_shapefiles/download.py.

Arizona Geographic Information Council (AGIC). 2020. 2018 FEMA R9 AZ Lidar. Federal Emergency Management Agency (FEMA), dates acquired January 2018 – May 2018. Accessed January 16, 2020 from http://gis.azgeo.az.gov/lidarcoverage/.

Arizona Geological Survey (AZGS). 2019. Hazards/Landslides. ArcGIS layer accessed on January 3, 2020 from https://services.azgs.arizona.edu/arcgis/rest/services/hazards/Landslides/MapServer.

Arizona State Land Department (ASLD). 2017. ASLD Oil and Gas Parcels. Digital data accessed April 12, 2019 from https://azgeo.az.gov/azgeo/datasets/asld-oil-and-gas-parcels.

Cook, J.P. 2018. Investigations of the Possible Underground Extent of La Posta Quemada Sinkhole: Colossal Cave Mountain Park, Pima County, Arizona: Arizona Geological Survey OFR-18-01.

Cornwall, H.R., Banks, N.G., and Phillips, C.H. 1971. Geologic map of the Sonora quadrangle, Pinal and Gila counties, Arizona. USGS Geologic Quadrangle Map, GQ-1021, map scale 1:24,000.

Hill, C.A. 1999. Mineralogy of Kartchner Caverns, Arizona. Journal of Cave and Karst Studies 61(2): 73-78.

Horton, J.D. 2017. The State Geologic Map Compilation (SGMC) geodatabase of the conterminous United States (ver. 1.1, August 2017): U.S. Geological Survey data release. Digital data accessed on May 8, 2019. https://doi.org/10.5066/F7WH2N65.

Konikow, L.F. 2013. Groundwater depletion in the United States (1900–2008): U.S. Geological Survey Scientific Investigations Report 2013–5079, 63 p. Digital data accessed June 13, 2019 from https://water.usgs.gov/GIS/dsdl/sir2013-5079_Groundwater_Depletion_Study_Files.zip.

National Park Service (NPS). 2017. Physiographic Provinces. Interactive Map last updated March 17, 2017. Available online at https://www.nps.gov/subjects/geology/physiographic-provinces.htm.

Petersen, M.D., Moschetti, M.P., Powers, P.M, Mueller, C.S., Haller, K.M., Frankel, A.D., Zeng, Y., Rezaeian, S., Harmsen, S.C., Boyd, O.S., Field, E.H., Chen, r., Luco, N., Wheeler, R.L., Williams, R.A., Olsen, A.H., and Rukstales, K.S. 2014. Seismic-Hazard Maps for the Conterminous United States, 2014, version 1.0. Digital data accessed May 8, 2019 from https://pubs.er.usgs.gov/publication/sim3325.

Richard, S.M. (compiler). 2015. Geologic map of the southwestern part of the Tonto National Forest, Gila, Maricopa, Pinal and Yavapai Counties, Arizona. Arizona Geological Survey Digital Geologic Map, DGM-76 & DI-41, map scale 1:130,000.

U.S. Geological Survey (USGS). 2005. Mineral Resources Data System, 2012 edition. Digital data accessed February 4, 2014 from http://mrdata.usgs.gov/mrds/.

USGS. 2018. Quaternary fault and fold database for the United States. Accessed May 8, 2019 from https://earthquake.usgs.gov/hazards/qfaults/.

USGS. 2019. National Geospatial Program, 20191207, National Hydrography Dataset Best Resolution (NHD) for Hydrologic Unit (HU) 8 - 15050100: USGS. Digital data accessed January 2, 2020.

GOLDER                                                                                  11

10-RCMSER-2520

May 15, 2020                                                                                                                   Project No. 1810598801

Vigil, J.F., Pike, R.J., and Howell, D.G. 2008. A Tapestry of Time and Terrain. Pamphlet to accompany Geologic Investigations Series I-2720. U.S. Geological Survey. Published in 2000; Reprinted in 2008. 16 p.



10-RCMSER-2521

Figures



10-RCMSER-2523









(61 of 176), Page 61 of 176
Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 61 of 176
Case 2:21-cv-00068-DWL   Document 108-3   Filed 07/14/25   Page 59 of 174



(62 of 176), Page 62 of 176
Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 62 of 176
Case 2:21-cv-00068-DWL    Document 108-3    Filed 07/14/25    Page 60 of 174



Tables

May 2020                                                                                    Project No. 1810598801

**Table 1:  Summary of Results – Landslide and Rockfall Hazards**

| Hazard ID | Hazard Classification | Latitude | Longitude | Comments | Source |
|---|---|---|---|---|---|
| | | | | Landslide Hazards | |
| LS-0001 | Moderate | 33.322984 | −111.094345 | Possible debris flow where depositional area crosses the current proposed pipeline. | Google Earth |
| LS-0004 | Moderate | 33.275620 | −110.952844 | Possible active shallow landslide visible in LiDAR and imagery. Disturbance may be erosional in nature. | LiDAR; Google Earth |
| LS-0006 | Low | 33.323258 | −111.081992 | Possible debris flow. Possible excavated area visible in Google Earth; depositional area not distinct. | Google Earth |
| LS-0007 | Low | 33.324763 | −111.084397 | Possible debris flow. Possible excavated area visible in Google Earth; depositional area not distinct. | Google Earth |
| | | | | Rockfall Hazards | |
| RF-0002 | Undefined | 33.326336 | −111.066350 | Area with shallow or exposed fractured/fragmented bedrock with topographic relief sufficient for possible rockfall hazards to exist. | Horton 2017; Google Earth |
| RF-0003 | Undefined | 33.293636 | −111.005882 | Area with shallow or exposed fractured/fragmented bedrock with topographic relief sufficient for possible rockfall hazards to exist. | Horton 2017; Google Earth |

1

May 2020                                                                                          Project No. 1810598801

**Table 2: Summary of Results – Seismic Hazards**

| Hazard ID | Hazard Classification | Latitude | Longitude | Comments | Source |
|---|---|---|---|---|---|
| Ground Shaking Hazards | | | | | |
| GS-0001 | Low | 33.288904 | -111.005126 | PGA 0.04 g | Petersen et al. 2014 |
| Liquefaction Hazards | | | | | |
| LI-0003 | Low | 33.291010 | -111.022163 | Potential liquefaction conditions present in area where PGA is <0.1 g. | Mapped by Golder based on Google Earth Imagery, Petersen et al. 2014 |
| LI-0004 | Low | 33.283445 | -111.019114 | Potential liquefaction conditions present in area where PGA is <0.1 g. | Mapped by Golder based on Google Earth Imagery, Petersen et al. 2014 |
| LI-0005 | Low | 33.278876 | -110.966572 | Potential liquefaction conditions present in area where PGA is <0.1 g. | Mapped by Golder based on Google Earth Imagery, Petersen et al. 2014 |
| LI-0007 | Low | 33.294476 | -110.947773 | Potential liquefaction conditions present in area where PGA is <0.1 g. | Mapped by Golder based on Google Earth Imagery, Petersen et al. 2014 |
| LI-0008 | Low | 33.245280 | -110.941509 | Potential liquefaction conditions present in area where PGA is <0.1 g. | Mapped by Golder based on Google Earth Imagery, Petersen et al. 2014 |
| LI-0009 | Low | 33.229605 | -110.931855 | Potential liquefaction conditions present in area where PGA is <0.1 g. | Mapped by Golder based on Google Earth Imagery, Petersen et al. 2014 |
| LI-0010 | Low | 33.222213 | -110.925988 | Potential liquefaction conditions present in area where PGA is <0.1 g. | Mapped by Golder based on Google Earth Imagery, Petersen et al. 2014 |

2

May 2020 | Project No. 1810598801

**Table 3: Summary of Results – Karst Subsidence Hazards**

| Hazard ID | Hazard Classification | Latitude | Longitude | Comments | Source |
|-----------|----------------------|----------|-----------|----------|--------|
| KT-004 | Low | 33.314931 | -111.098754 | Mescal Limestone (Ym); Geologic Unit Lithology: Calcareous carbonate sedimentary rock | Richard 2015 |
| KT-005 | Low | 33.317896 | -111.098106 | Mescal Limestone (Ym); Geologic Unit Lithology: Calcareous carbonate sedimentary rock | Richard 2015 |
| KT-007 | Low | 33.322619 | -111.092659 | Mescal Limestone (Ym); Geologic Unit Lithology: Calcareous carbonate sedimentary rock | Richard 2015 |
| KT-010 | Low | 33.323997 | -111.086333 | Mescal Limestone (Ym); Geologic Unit Lithology: Calcareous carbonate sedimentary rock | Richard 2015 |
| KT-012 | Low | 33.322212 | -111.089644 | Martin Limestone (Dm); Geologic Unit Lithology: Dolomitic or magnesian sedimentary rock | Richard 2015 |
| KT-013 | Moderate | 33.321960 | -111.088496 | Escabrosa Limestone (Me); Geologic Unit Lithology: Calcareous carbonate sedimentary rock | Richard 2015 |
| KT-014 | Low | 33.323546 | -111.084541 | Martin Limestone (Dm); Geologic Unit Lithology: Dolomitic or magnesian sedimentary rock | Richard 2015 |
| KT-015 | Moderate | 33.322936 | -111.083791 | Escabrosa Limestone (Me); Geologic Unit Lithology: Calcareous carbonate sedimentary rock | Richard 2015 |
| KT-016 | Moderate | 33.323205 | -111.082995 | Escabrosa Limestone (Me); Geologic Unit Lithology: Calcareous carbonate sedimentary rock | Richard 2015 |
| KT-017 | Low | 33.325854 | -111.081771 | Martin Limestone (Dm); Geologic Unit Lithology: Dolomitic or magnesian sedimentary rock | Richard 2015 |
| KT-018 | Moderate | 33.325510 | -111.080191 | Escabrosa Limestone (Me); Geologic Unit Lithology: Calcareous carbonate sedimentary rock | Richard 2015 |
| KT-019 | Low | 33.326613 | -111.079100 | Martin Limestone (Dm); Geologic Unit Lithology: Dolomitic or magnesian sedimentary rock | Richard 2015 |

3

May 2020                                                                                      Project No. 1810598801

**Table 4: Summary of Results – Underground Mine Subsidence Hazards**

| Hazard ID | Hazard Classification | Latitude | Longitude | Comments | Source | Site Name | Mine Name(s) | Operation Type | Main Commodity |
|---|---|---|---|---|---|---|---|---|---|
| UGM-0001 | High | 33.310202 | -111.106952 | Area within 200 feet of a point representing an underground mine location. | USGS 2005 | Magma Apex Property | Magma Extension | Underground | Silver, Manganese |
| UGM-0002 | Moderate | 33.310636 | -111.106799 | Area 200-500 feet from a point representing an underground mine location. | USGS 2005 | Magma Apex Property | Magma Extension | Underground | Silver, Manganese |
| UGM-0003 | Moderate | 33.310606 | -111.105257 | Area 200-500 feet from a point representing an underground mine location. | USGS 2005 | Sam Thorpe Mining Co Property | West Horn Silver, Prince, Rainbow, New Telluride, Black Prince | Underground | Gold, Silver |
| UGM-0004 | Moderate | 33.312736 | -111.104176 | Area 200-500 feet from a point representing a portal (Resolution Portal: SP_West_Portal). | Resolution | | Resolution | Underground | |
| UGM-0005 | High | 33.312488 | -111.103890 | Area within 200 feet of a point representing an underground mine location (Resolution Portal: SP_West_Portal). | Resolution | | Resolution | Underground | |
| UGM-0006 | Moderate | 33.315580 | -111.099153 | Area 200-500 feet from a point representing an underground mine location. | USGS 2005 | Magma Chief Copper Mine | Magma Chief Mine | Unknown | Silver |
| UGM-0007 | High | 33.315426 | -111.098612 | Area within 200 feet of a point representing an underground mine location. | USGS 2005 | Magma Chief Copper Mine | Magma Chief Mine | Unknown | Silver |
| UGM-0008 | Moderate | 33.318298 | -111.097990 | Area 200-500 feet from a point representing an underground mine location. | USGS 2005 | Magma Chief Group | Patented Claims M S 3482, Patented Claim M S 3483 | Underground | Lead, Manganese, Silver, Zinc |
| UGM-0009 | Moderate | 33.323307 | -111.091388 | Area 200-500 feet from a point representing an underground mine location. | USGS 2005 | Baltimore | | Underground | Manganese, Silver |
| UGM-0010 | High | 33.322907 | -111.091492 | Area within 200 feet of a point representing an underground mine location. | USGS 2005 | Baltimore | | Underground | Manganese, Silver |
| UGM-0013 | High | 33.324664 | -111.088254 | Area within 200 feet of a point representing an underground mine location (Resolution Portals: National West Portal & CS_West_Portal). | Resolution | | Resolution | Underground | |
| UGM-0014 | Moderate | 33.324385 | -111.088225 | Area 200-500 feet from a point representing a portal (Resolution Portals: National West Portal & CS_West_Portal & Havaliena West Portal). | Resolution | | Resolution | Underground | |

4

May 2020

Project No. 1810598801

Table 4: Summary of Results – Underground Mine Subsidence Hazards

| Hazard ID | Hazard Classification | Latitude | Longitude | Comments | Source | Site Name | Mine Name(s) | Operation Type | Main Commodity |
|---|---|---|---|---|---|---|---|---|---|
| UGM-0016 | Low | 33.323184 | -111.084239 | Area where underground mines are reported to be relatively common in the vicinity of the proposed pipeline centerline, but no evidence of underground mines, related features, or surface subsidence was identified within 500 feet of the proposed pipeline centerline based on the available resources. | Based on regional presence of mining | | | | |
| UGM-0017 | Moderate | 33.326121 | -111.081163 | Area 200-500 feet from a point representing an underground mine location. | USGS 2005 | Apache | | Underground | Copper, Silver |
| UGM-0027 | Moderate | 33.329843 | -111.056552 | Area 200-500 feet from a point representing a portal (Resolution Portals: Havaliena East Portal; Queens Creek East Portal; QC_East_Portal). | Resolution | | Resolution | Underground | |
| UGM-0028 | High | 33.329840 | -111.056550 | Area within 200 feet of a point representing an underground mine location (Resolution Portals: Havaliena East Portal; Queens Creek East Portal; QC_East_Portal). | Resolution | | Resolution | Underground | |
| UGM-0031 | Low | 33.281048 | -110.986992 | Area where underground mines are reported to be relatively common in the vicinity of the proposed pipeline centerline, but no evidence of underground mines, related features, or surface subsidence was identified within 500 feet of the proposed pipeline centerline based on the available resources. | Based on regional presence of mining | | | | |
| UGM-0032 | Low | 33.331201 | -111.056723 | Area where underground mines are reported to be relatively common in the vicinity of the proposed pipeline centerline, but no evidence of underground mines, related features, or surface subsidence was identified within 500 feet of the proposed pipeline centerline based on the available resources. | Based on regional presence of mining | | | | |

5

May 2020                                                                    Project No. 1810598801

**Table 5: Summary of Results – Fluid Withdrawal Subsidence Hazards**

| Hazard ID | Hazard Classification | Latitude | Longitude | Comments | Source |
|-----------|----------------------|----------|-----------|----------|--------|
| FW-0001 | Moderate | 33.288904 | –111.005125 | Groundwater aquifers in the US that show depletion over the period 1900-2008. | Konikow 2013 |
| FW-0002 | Low | 33.287347 | –111.021007 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0003 | Low | 33.289552 | –111.012734 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0004 | Low | 33.291017 | –110.986568 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0005 | Low | 33.285150 | –110.974539 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0006 | Low | 33.278207 | –110.968892 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0007 | Low | 33.274924 | –110.960006 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0008 | Low | 33.269134 | –110.953044 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0009 | Low | 33.271547 | –110.951213 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0010 | Low | 33.261121 | –110.950120 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0011 | Low | 33.258819 | –110.949450 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0012 | Low | 33.261288 | –110.948546 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0014 | Low | 33.226697 | –110.926191 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |
| FW-0015 | Low | 33.220810 | –110.924206 | Oil and gas parcel on AZ State Trust land, with no known extraction wells. | Arizona State Land Department 2017; Arizona Department of Environmental Quality 2019 |

6

(70 of 176), Page 70 of 176

Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 70 of 176
Case 2:21-cv-00068-DWL    Document 108-3    Filed 07/14/25    Page 68 of 174

May 2020

Project No. 1810598801

**Table 6: Summary of Results – Hydrotechnical Waterbody Crossing Hazards**

| Hazard ID | Hazard Classification | Latitude | Longitude | Comments | Source | Stream Name (NHD) | Feature Type (NHD) | Stream Type (NHD) |
|---|---|---|---|---|---|---|---|---|
| HY-0002 | Low | 33.314692 | -111.102102 | Identified by Golder from aerial imagery (Google Earth) | | | Stream/River | Ephemeral |
| HY-0003 | Low | 33.314487 | -111.101255 | Identified by Golder from aerial imagery (Google Earth) | | | Stream/River | Ephemeral |
| HY-0004 | Low | 33.314686 | -111.101040 | Identified by Golder from aerial imagery (Google Earth) | | | Stream/River | Ephemeral |
| HY-0005 | Moderate | 33.315424 | -111.100244 | | NHD | | Stream/River | Ephemeral |
| HY-0006 | Moderate | 33.318718 | -111.099183 | Identified by Golder from aerial imagery (Google Earth) | | | Stream/River | Ephemeral |
| HY-0008 | Moderate | 33.321693 | -111.097218 | Headcut potential from downstream side of road | NHD | | Stream/River | Ephemeral |
| HY-0009 | Low | 33.327788 | -111.096513 | | NHD | | Stream/River | Ephemeral |
| HY-0010 | Low | 33.323460 | -111.095232 | | NHD | | Stream/River | Ephemeral |
| HY-0011 | Low | 33.323541 | -111.094259 | Identified by Golder from aerial imagery (Google Earth) | | | | |
| HY-0012 | Moderate | 33.323560 | -111.094040 | Almost follows pipeline | NHD | | Stream/River | Ephemeral |
| HY-0013 | Moderate | 33.323810 | -111.093722 | Sheep drainage with incision potential | Identified by Golder from aerial imagery (Google Earth) | | | |
| HY-0014 | Moderate | 33.324122 | -111.093280 | Sheep drainage with incision potential | Identified by Golder from aerial imagery (Google Earth) | | | |
| HY-0015 | Low | 33.324306 | -111.093037 | | NHD | Conley Spring Wash | Stream/River | Ephemeral |
| HY-0037 | High | 33.324868 | -111.055838 | Location of funnel exit is within active erosion area | NHD | | Stream/River | Ephemeral |
| HY-0040 | Moderate | 33.325060 | -111.054488 | Active bed channel crossing road | NHD | Queen Creek | Stream/River | Intermittent |
| HY-0042 | Low | 33.312476 | -111.042179 | Active bed within meander bend | NHD | | Stream/River | Ephemeral |
| HY-0045 | Low | 33.309384 | -111.041185 | Within road impoundment pond | NHD | | Stream/River | Ephemeral |
| HY-0046 | Low | 33.304205 | -111.026186 | | NHD | | Stream/River | Ephemeral |
| HY-0047 | Low | 33.294197 | -111.024474 | | NHD | | Stream/River | Ephemeral |
| HY-0048 | Moderate | 33.290078 | -111.021799 | | NHD | | Stream/River | Ephemeral |
| HY-0049 | Moderate | 33.289383 | -111.021743 | | NHD | | Stream/River | Ephemeral |
| HY-0050 | Moderate | 33.289058 | -111.021717 | | NHD | | Stream/River | Ephemeral |
| HY-0051 | Moderate | 33.282519 | -111.018607 | | NHD | | Stream/River | Ephemeral |
| HY-0052 | Moderate | 33.289817 | -111.013737 | Following downstream of cattle tank | NHD | | Stream/River | Ephemeral |
| HY-0053 | Moderate | 33.289742 | -111.012849 | Following downstream of cattle tank | NHD | | Stream/River | Ephemeral |
| HY-0054 | Moderate | 33.291357 | -111.012425 | Cattle Tank-Following | NHD | | Stream/River | Ephemeral |
| HY-0056 | Low | 33.300881 | -111.001708 | | NHD | | Stream/River | Ephemeral |
| HY-0050 | Moderate | 33.292395 | -110.994015 | | NHD | | Stream/River | Ephemeral |
| HY-0061 | Low | 33.291338 | -110.985509 | Boulders through crossing | NHD | | Stream/River | Ephemeral |
| HY-0062 | Low | 33.286134 | -110.975500 | Boulders through crossing | NHD | | Stream/River | Ephemeral |
| HY-0064 | High | 33.276929 | -110.967577 | Meandering dynamic creek | NHD | Dry Wash Mineral Creek | Stream/River | Intermittent |
| HY-0065 | High | 33.276771 | -110.956606 | Wide floodplain with evidence of meandering | NHD | Lyons Fork | Stream/River | Intermittent |
| HY-0069 | High | 33.259429 | -110.946019 | Dynamic location at confluence | NHD | Milky Wash | Stream/River | Intermittent |

7

May 2020

Project No. 1810598801

**Table 6: Summary of Results – Hydrotechnical Waterbody Crossing Hazards**

| Hazard ID | Hazard Classification | Latitude | Longitude | Comments | Source | Stream Name (NHD) | Feature Type (NHD) | Stream Type (NHD) |
|---|---|---|---|---|---|---|---|---|
| HY-0081 | High | 33.237232 | -110.936780 | | NHD | | Stream/River | Ephemeral |
| HY-0082 | High | 33.236925 | -110.936885 | | NHD | | Stream/River | Intermittent |
| HY-0084 | High | 33.235933 | -110.935429 | Meandering channel following road and alignment | Identified by Golder from aerial imagery (Google Earth) | Cedar Creek | Stream/River | Ephemeral |
| HY-0085 | High | 33.231566 | -110.929839 | | NHD | | Stream/River | Ephemeral |
| HY-0086 | Moderate | 33.224254 | -110.926051 | | Identified by Golder from aerial imagery (Google Earth) | | Stream/River | |
| HY-0087 | High | 33.221693 | -110.925300 | | NHD | | Stream/River | Ephemeral |
| HY-0088 | High | 33.228100 | -110.925143 | Headcut potential from downstream side of road | NHD | | Stream/River | Ephemeral |
| HY-0089 | Low | 33.324265 | -111.002973 | NEW | NHD | Conley Spring Wash | Stream/River | Ephemeral |
| HY-0090 | N/A | 33.325983 | -111.006750 | Tunnel | NHD | | Stream/River | Ephemeral |
| HY-0091 | N/A | 33.324338 | -111.083516 | Tunnel | Identified by Golder from aerial imagery (Google Earth & ESRI) | | | |
| HY-0092 | N/A | 33.324711 | -111.081794 | Tunnel | NHD | | Stream/River | Ephemeral |
| HY-0093 | N/A | 33.324945 | -111.080595 | Tunnel | Identified by Golder from aerial imagery (Google Earth & ESRI) | | Stream/River | |
| HY-0094 | N/A | 33.325211 | -111.079306 | Tunnel | NHD | | Stream/River | Ephemeral |
| HY-0095 | N/A | 33.325400 | -111.073552 | Tunnel | NHD | | Stream/River | Ephemeral |
| HY-0096 | N/A | 33.325955 | -111.070794 | Tunnel | Identified by Golder from aerial imagery (Google Earth & ESRI) | | Stream/River | Ephemeral |
| HY-0097 | N/A | 33.326024 | -111.065605 | Tunnel | NHD | | Stream/River | Intermittent |
| HY-0098 | N/A | 33.310237 | -111.034568 | Bridge | NHD | | Stream/River | Intermittent |
| HY-0099 | Low | 33.297356 | -110.997691 | | NHD | | Stream/River | Ephemeral |
| HY-0100 | N/A | 33.295009 | -110.947906 | Trenchless | NHD | | Stream/River | Intermittent |
| HY-0101 | N/A | 33.295097 | -110.947528 | Trenchless | Identified by Golder from aerial imagery (Google Earth & ESRI) | Milky Wash | Stream/River | Ephemeral |
| HY-0102 | N/A | 33.295568 | -110.946896 | Trenchless | Identified by Golder from aerial imagery (Google Earth & ESRI) | | Stream/River | |
| HY-0103 | N/A | 33.265982 | -110.940671 | Trenchless | Identified by Golder from aerial imagery (Google Earth & ESRI) | | Stream/River | |
| HY-0104 | N/A | 33.252692 | -110.945299 | Trenchless | NHD | Mineral Creek | Stream/River | Ephemeral |
| HY-0105 | N/A | 33.250862 | -110.944485 | Trenchless | NHD | | Stream/River | Intermittent |
| HY-0106 | N/A | 33.249506 | -110.943941 | Trenchless | Identified by Golder from aerial imagery (Google Earth & ESRI) | | Stream/River | Intermittent |
| HY-0107 | N/A | 33.247288 | -110.942989 | Trenchless | NHD | Mill Creek | Stream/River | Intermittent |
| HY-0108 | N/A | 33.246412 | -110.942603 | Trenchless | NHD | | Stream/River | Ephemeral |

8

**APPENDIX A**

# Classification Criteria for Geohazard Assessments

APPENDIX A                                                                                    May 2020

# 1.0   CLASSIFICATION CRITERIA FOR PHASE I GEOHAZARD ASSESSMENTS

The following sections provide a brief introduction to the respective geohazard and describe our approach toward identification and classification of geohazards for Phase I Assessments. The rationale used to develop our hazard classification criteria are provided for each section. The hazard criteria presented are project-specific but are based on typical classification schemes used for Geohazard Assessments for pipelines. Table A-1 provides a summary list of our classification criteria.

## 1.1   Unstable Slopes (Landslides)

A landslide is the "movement of a mass of rock, debris, or earth down a slope" and encompasses geologic processes such as debris or mud flows, rotational slides (slumps), translational slides, earth flows, rockfalls, or debris slides (Cruden 1991; Cruden and Varnes 1996). Landslide hazards can potentially pose a serious threat to pipeline integrity because the nature and magnitude of ground movement can impose differential loading on pipelines that may ultimately exceed pipe strength capacity (INGAA 2016). Landslides can damage pipelines by shearing or bending the pipe along the lateral limits or failure planes of the landslide, by compressing and tensioning the pipe during downslope movement of soil and rock, by undercutting and exposing the pipe (in the event that material flows out from underneath the pipeline), or by physically impacting the pipe in the event of a rapid debris flow or rockfall.

Landslide hazard classifications are based on the apparent threat to a pipeline from a landslide during or post-construction, and are based on a combination of the landslide characteristics such as size, type, and nature and level of activity, and the spatial relationship of the landslide to the pipeline. For this assessment, we have addressed rockfall hazards separately from other types of landslides (see Section 1.2).

Our landslide hazard classifications are as follows:

<u>Low Hazard</u>

In general, a low hazard landslide is a mapped landslide location that appears to have a low potential to impact the pipeline. A low hazard landslide is defined as a:

- Dormant or relict landslide crossed by or within 20 feet of a proposed pipeline centerline with low potential for renewed activity.

- Landslide (of any age) located between 20 and 100 feet of the proposed pipeline centerline.

- Active or recently active landslide that has been mitigated or repaired, which shows no signs of new ground movement post-repair.

**Justification:** In some instances, landslides may have occurred under climatic or topographic conditions that are no longer present, such as the climatic condition present during the latest Pleistocene[1] and early Holocene[2] (Cruden and Varnes 1996). If a landslide could be clearly identified as dormant or relict, and appeared to have a low potential for reactivation, the landslide was classified as a low hazard.

A landslide in close proximity to but not actually crossing a pipeline centerline may represent a long-term potential hazard to a pipeline, but probably does not pose an imminent threat.

---

[1] The time period from approximately 10,000 years ago to about 50,000 years ago (Walker and Geissman 2009).
[2] The period from approximately 5,000 to 10,000 years ago (Walker and Geissman 2009).

 GOLDER                              **DRAFT**                                        1

10-RCMSER-2540

A landslide that has been mitigated or repaired may have a decreased potential for future ground movement if the conditions which caused the initial failure have been altered or removed during the mitigation process. Although a mitigated or repaired landslide may still have the potential for future ground movement, a lack of evidence of post-repair movement is assumed to indicate at least a temporary state of stability has been obtained for the landslide.

<u>Moderate Hazard</u>

In general, a moderate hazard landslide is a mapped landslide location where it does not appear that the pipeline will likely be impacted, based on the current footprint and/or activity level of the landslide, but where the pipeline may have the potential to be impacted with the enlargement or reactivation of the landslide. A moderate hazard landslide is defined as an:

- Active or recently active landslide with geomorphic or instrumental evidence of disturbance within 5 to 20 feet of the proposed pipeline centerline.

- Debris flow where the run-out/depositional area is crossed by a proposed pipeline centerline.

**Justification**: A landslide in close proximity to but not actually crossing a pipeline centerline may represent a potential future hazard to a pipeline if the landslide reactivates or expands toward the pipeline. Landslides could also be sensitive to disturbance during or after construction (i.e., a landslide could be triggered or reactivated in these areas), and existing landslides in proximity to the alignment could enlarge (such as from landslide retrogression) and intersect the alignment at a future time.

<u>High Hazard</u>

In general, a high hazard landslide is a mapped landslide location where it appears that there may be an immediate threat to the pipeline from landslide movement. A high hazard landslide is defined as an:

- Apparently or possibly active landslides within 5 feet of the proposed pipeline centerline.

- Debris flow source areas or debris flow channel that crosses the proposed pipeline centerline.

**Justification**: Active landslides that cross the pipeline centerline or that are located proximally to the alignment may have a high potential to adversely affect the pipeline(s), with the apparent potential higher than that for moderate landslide hazard areas.

## 1.2    Unstable Slopes (Rockfalls)

Rockfall hazards can potentially pose a serious threat to pipeline integrity by undercutting and exposing the pipe (in the event that material flows out from underneath the pipeline), or by physically impacting the pipe either through direct contact (for exposed or surface pipes) or through energy propagated downward from the surface (for buried pipelines).

The potential for rockfall hazards to impact a pipeline is difficult to evaluate in a meaningful way from only a desktop assessment. An evaluation of potential rockfall areas in the field is critical to assess possible source areas and runout zones relative to proposed infrastructure. Thus, we have opted not to develop a hazard classification breakdown for rockfalls for this phase of assessment, but rather to treat all identified potential rockfalls areas as containing an undefined threat level.

## 1.3    Seismic (Ground Shaking)

Strong ground shaking from large earthquakes can potentially strain and damage pipelines as a result of lateral and vertical ground movements, or accelerations from seismic wave propagation (O'Rourke and Liu 1999, 2012).



APPENDIX A                                                                                    May 2020

The potential hazard from earthquake wave propagation is commonly measured by the ground shaking parameter of peak horizontal ground acceleration (PGA), expressed as a percentage of the Earth's gravitational acceleration (g). Earthquake strong ground shaking may also trigger liquefaction and lateral spreading of saturated soil (discussed in Section 1.3), as well as landslides.

We developed general PGA thresholds to characterize low, moderate, and high ground shaking hazards based on empirical correlations between ground motions and reported damage (e.g., Wald et al. 1999). These PGA thresholds correspond with seismic hazard mapping developed by the USGS for ground motions having a 10-percent probability of exceedance in 50 years, which represents a return period of 475 years (Petersen et al. 2014).

Our seismic ground shaking hazard classifications are as follows:

<u>Low Hazard</u>: PGA <0.15 g

<u>Moderate Hazard</u>: PGA 0.15 g to 0.25 g

<u>High Hazard</u>: PGA >0.25 g

**Justification:** Empirical correlations of potential damage related to ground motions indicate that light damage to engineered surface structures generally occurs in the acceleration range of 0.09 g to 0.18 g; moderate damage occurs in the acceleration range of about 0.18 g to 0.34 g; and moderate to severe damage occurs at accelerations from 0.34 g to 1.24+ g (e.g., Wald et al. 1999). With these correlations, we conservatively selected our hazard classification criteria listed above to highlight areas where corresponding PGA values suggest there may be elevated potential for earthquake shaking to affect a pipeline.

## 1.4   Seismic (Liquefaction)

Liquefaction involves the transformation of a granular material from a solid to a liquefied state as a result of increased pore-water pressure and reduced effective stress (Youd et al. 2001). Seismic liquefaction typically occurs when loose to moderately dense granular soils with poor drainage such as silty sands, or sands and gravels containing seams of impermeable sediment, are saturated during strong ground shaking events (Youd et al. 2001). Liquefaction of soils involving a pipeline can potentially result in pipe strain or rupture from settlement, heave (buoyancy), and/or lateral displacements. Mass movements, including permanent ground deformation, may also develop as a result of lateral spreading, which occurs when liquefied ground cannot support even shallow slope gradients such that liquefied material flows downslope (O'Rourke and Liu 1999, 2012).

Our liquefaction hazard classifications are as follows:

<u>Low Hazard</u>: Potential liquefaction conditions present in areas where PGA is <0.1 g.

<u>Moderate Hazard</u>: Potential liquefaction conditions present in areas where PGA is 0.1 g to 0.2 g.

<u>High Hazard</u>: Potential liquefaction conditions present in areas where PGA is >0.2 g.

**Justification**: Liquefaction occurrence is primarily dependent on the presence of loose to moderately dense granular soils with poor drainage such as silty sands, or sands and gravels containing seams of impermeable sediment, that may be frequently or permanently saturated at or near the ground surface and subject to strong ground shaking (Youd et al. 2001). In the absence of site-specific soil, groundwater, and seismic hazard

---

 GOLDER                          **DRAFT**                                        3

characterization, it is practical to assign qualitative soil liquefaction hazard classifications based on interpreted soil types, groundwater conditions, and published PGA levels (Petersen et al. 2014).

Note: We use slightly lower PGA threshold values to define low, moderate, and high liquefaction hazards than those used to define ground shaking hazards because we assume the effects on a pipeline from liquefaction would be greater than the effects from ground shaking alone. We make this assumption because pipelines tend to have lower rates of damage from ground shaking than from permanent ground deformation as a result of liquefaction-related phenomena (O'Rourke and Liu 1999, 2012).

## 1.5    Seismic (Surface Fault Rupture)

Surface fault rupture from earthquakes causes permanent ground deformation that induces tensile and compressional forces on pipelines, which have resulted in many pipeline breaks (e.g., rupture, buckling) from fault movement during past earthquakes (O'Rourke and Liu 1999, 2012).

Our fault rupture hazard classifications, which apply to faults that extend into the area 500 feet from the proposed pipeline alignment, are as follows:

### Low Hazard

- Faults and fault zones that are mapped by the USGS (2018) as Class B[3] faults and fault zones.

- Faults and fault zones that are reported as active during the Quaternary, but with no information as to age of most recent fault displacement or slip-rate.

- Faults and fault zones with latest movement between 130,000 and 750,000 years ago and slip-rates less than 0.2 millimeter per year (mm/yr).

- Faults and fault zones active during the Quaternary with latest movement >750,000 years ago and slip-rates less than 1 mm/yr.

**Justification**: Low hazard faults represent faults and fault zones that either appear to be inactive or are considered to have a very low probability of rupturing during the lifetime of the pipeline system.

### Moderate Hazard

- Faults and fault zones with latest movement between 15,000 and 130,000 years ago and slip-rates less than 0.2 mm/yr.

- Faults and fault zones with latest movement between 130,000 and 750,000 years ago and slip-rates of 0.2 to 1 mm/yr.

- Faults and fault zones active in the Quaternary with latest movement >750,000 years ago and slip-rates between 1 to 5 mm/yr.

---

[3]*Class B* faults are defined by the USGS (2006) as "Geologic evidence demonstrates the existence of a fault or suggests Quaternary deformation, but either (1) the fault might not extend deeply enough to be a potential source of significant earthquakes, or (2) the currently available geologic evidence is too strong to confidently assign the feature to Class C [insufficient evidence] but not strong enough to assign it to Class A [demonstrable evidence]."

 GOLDER

- Unmapped geomorphic lineaments[4] that do not appear to displace mapped Quaternary deposits or Holocene-aged geomorphic features and deposits.

**Justification**: Moderate hazard faults represent potentially active faults and fault zones considered to have a higher probability of future displacement than faults identified as low hazards, but a lower probability of displacement than those identified as high hazards, based on fault data compiled by the USGS (2018). Lineaments identified from the available LiDAR data and/or aerial imagery that do not appear to displace mapped Quaternary deposits or Holocene-aged (<12,000 years) geomorphic features and deposits (e.g., stream terraces) are less likely to be active faults than those that do, yet there is uncertainty regarding their origin, age, and hazard potential.

### High Hazard

- Faults and fault zones with latest movement <15,000 years ago (any slip rate).
- Faults and fault zones with latest movement between 15,000 and 130,000 years ago and slip-rates greater than 0.2 mm/yr.
- Faults and fault zones with latest movement between 130,000 and 750,000 years ago and slip-rates greater than 1 mm/yr.
- Faults and fault zones active in the Quaternary with latest movement >750,000 years ago and slip-rates greater than 5 mm/yr.
- Unmapped geomorphic lineaments that appear to displace mapped Quaternary deposits or Holocene-aged geomorphic features and deposits.

**Justification**:  High hazard faults represent potentially active faults and fault zones that have the highest probability of future displacement because these features have either reportedly experienced movement in the past 15,000 years or have relatively high slip-rates for their reported age. Lineaments identified from the available LiDAR data and/or aerial imagery that appear to displace mapped Quaternary deposits or Holocene-aged geomorphic features and deposits are more likely to be active faults than those that do not; thus, there is greater uncertainty regarding their hazard potential.

## 1.6    Subsidence (Karst)

Karst generally refers to topography and features that typically form as a result of dissolution of carbonate rocks such as limestone and dolomite.[5] Common karst features observed in karst topography include sinkholes, ridgetop ponds, caves, disappearing streams (i.e., sinks), and reappearing streams (i.e., springs) that are often interrelated through complex subsurface drainage networks.

Karst processes that mainly result in potential hazards to pipelines involve the formation of sinkholes. Three types of sinkholes commonly form from karst processes (after Tihansky 1999):

---

[4] *Lineaments* are linear geomorphic features of regional extent that may represent previously unrecognized faults that have ruptured the ground surface. Lineaments are not always indicative of active faulting and may otherwise be related to structural joints, bedding planes, or magmatic dikes (as examples).

[5] Karst-like features that form from dissolution of non-carbonate evaporites such as gypsum and salt, or that form from erosion of non-carbonate rocks such as sandstone, are often referred to as *pseudokarst*. In the strictest definition, karst refers to dissolution of carbonate rocks such as limestone and dolomite.


GOLDER

10-RCMSER-2544

APPENDIX A                                                                              May 2020

**Dissolution:** A process by which surface drainage dissolves carbonate bedrock from the surface-down, forming shallow depressions that may fill with sediment or ponded water. Dissolution sinkholes develop very slowly and typically have little impact on human activity.

**Cover-subsidence:** A process by which overlying granular sediments settle or erode into cavities formed by dissolution of the carbonate bedrock below, causing gradual down-warping at the surface. Cover-subsidence sinkholes may develop over months or years and are capable of causing damage to surface facilities.

**Cover-collapse:** A process that results in abrupt formation of sinkholes that can cause catastrophic damage to surface facilities. Cover-collapse sinkholes form when an underground cavity expands upward due to gradual dissolution and erosion until the overlying materials fail suddenly and collapse into the cavity within minutes or hours.

Although dissolution sinkholes typically have little impact on human activity, they are often indistinguishable from the more hazardous cover-subsidence and cover-collapse sinkholes based on surface expression alone. Therefore, we assume that all possible sinkholes or potentially hazardous karst features identified in the vicinity of the pipeline alignment are either the result of, or are indicative of, ongoing cover-subsidence or cover-collapse processes.

Our karst subsidence hazard classifications are as follows:

Low Hazard

- Areas where carbonate bedrock or evaporites are reported to be present at or near the ground surface and no potentially hazardous karst features were identified within 500 feet of the proposed pipeline centerline based on the available resources.

- Areas where karst features may occur, but where the distribution of karst features are reported and/or appear to be limited relative to the pipeline alignment; and no potentially hazardous karst features were identified within 500 feet the proposed pipeline centerline based on the available resources.

**Justification:** The occurrence of karst sinkholes and related features is primarily dependent on the presence of carbonate rocks or evaporites at or near the ground surface (Weary and Doctor 2014). The occurrence of carbonate rocks or evaporites, or a relatively limited distribution of karst features, suggests that conditions suitable for karst development may be present along the pipeline alignment, but potentially hazardous karst features do not appear to be prevalent. Therefore, in the absence of potentially hazardous karst features within 500 feet of the pipeline alignment, we classify these areas as low hazards.

Moderate Hazard

- Potentially hazardous karst features identified between 200 and 500 feet from the proposed pipeline centerline.

- Areas where the distribution of karst features are reported and/or observed to be prevalent relative to the proposed pipeline centerline, but an absence of potentially hazardous karst features within 200 feet of the proposed pipeline centerline can be confidently observed based on the available resources.

**Justification**: Moderate hazard karst areas represent areas where potentially hazardous karst features and processes appear more likely to impact a pipeline than low hazard karst areas based on the proximity and/or observed prevalence of karst features relative to the pipeline.

<u>High Hazard</u>

- Potentially hazardous karst features identified within 200 feet of the proposed pipeline centerline.

- Areas where the distribution of karst features are reported and/or observed to be prevalent relative to the proposed pipeline centerline, but an absence of potentially hazardous karst features within 200 feet of the proposed pipeline centerline cannot be confidently observed based on the available resources.

**Justification**: High hazard karst areas represent areas where potentially hazardous karst features and processes appear most likely to impact a pipeline based on their close proximity to the pipeline; or there is greater uncertainty regarding the occurrence of karst features within 200 feet of the pipeline in areas where karst features are reported and/or observed to be prevalent.

## 1.7   Subsidence (Underground Mine)

Collapse or subsidence of underground voids left by underground mining can produce sinkholes similar to those produced by karst. These sinkholes can result from collapse of overlying overburden into a mine or mine related feature (such as air shafts), or the gradual or sudden collapse of the mine itself.

Our underground mine subsidence hazard classifications are as follows:

<u>Low Hazard</u>

- Areas where underground mines are reported to be relatively common in the vicinity of the proposed pipeline centerline, but no evidence of underground mines, related features, or surface subsidence was identified within 500 feet of the proposed pipeline centerline based on the available resources.

**Justification**: In evaluating potential subsidence from underground mines, available references may range from well-located and well-defined maps of mining operations to poorly-located point data. The mapped extents of underground mines may be well-defined, incomplete, or unavailable. Low hazard mine subsidence areas are intended to highlight areas where regional evidence of underground mining suggests there is greater potential for undocumented mine openings to exist beneath the pipeline, but no evidence of underground mines, mining features, or surface subsidence could be identified within 500 feet of the pipeline based on the available resources.

<u>Moderate Hazard</u>

- Areas within 200 and 500 feet of underground mines and/or related features with no evidence of mine-related subsidence.

**Justification**: As discussed above in the low hazard section, maps of underground mines may be well-defined, incomplete, or unavailable. Areas in close proximity to mapped underground mines are more likely to be underlain by undocumented underground mine features. In addition, subsidence associated with underground mines may also affect the area outside the limits of the mapped mine area, depending on the severity and extent of the subsidence.

High Hazard

- Areas within 200 feet of underground mines and/or related features with no evidence of mine-related subsidence.

- Areas where underground mines and/or related features are reported to occur within 500 feet of the proposed pipeline centerline and there is evidence of mine-related subsidence.

- Areas within 500 feet of the proposed pipeline centerline where there is predicted future subsidence based on ongoing or planned mining activities.

**Justification**: As discussed in the previous sections, areas underlain by underground mines have the highest probability of experiencing mine related subsidence, and maps of underground mines may be well-defined, incomplete, or unavailable. Subsidence from underground mines may affect areas that are proximal to an underground mine. Therefore, we consider these conditions to be high underground mine subsidence hazards due to their close proximity to the pipeline and/or history of mine-related subsidence proximal to the pipeline.

## 1.8   Subsidence (Fluid Withdrawal)

Subsidence from fluid withdrawal can cause permanent ground deformation that may stress pipelines and ultimately lead to pipe rupture. Noticeable or measurable fluid withdrawal subsidence occurs through withdrawal and drawdown of underground fluids in combination with geologic conditions favorable to subsidence (Poland 1984). Typically, fluid withdrawal subsidence occurs when the volume of fluids being removed from a subsurface aquifer is greater than the volume of fluids recharging the aquifer, and when soil or bedrock within the aquifer is compressible (Galloway and Riley 1999).

In most cases, fluid withdrawal subsidence occurs slowly over a large area, with little differential movement within the subsiding areas. In some instances, scarps, fissures, and/or sinkholes may form in response to differential movement within subsiding areas, or from rapid surface subsidence or collapse (e.g., ALSG 2007; Paine et al. 2009, 2012).

Our fluid withdrawal subsidence hazard classifications are as follows:

Low Hazard

- Areas where oil and gas resources exist (e.g., shale plays, tight gas plays, etc.), but where extraction may or may not be presently occurring.

- Areas where major groundwater aquifers exist, but where groundwater depletion is not reported.

**Justification:** Areas underlain by potential oil and gas or groundwater resources are areas where fluid withdrawal may currently be occurring, or where it could occur in the future. Current or future planned activities in such regions may be unknown or poorly constrained in terms of location or could be undocumented altogether. As such, although these areas are not known to currently pose a threat for ground subsidence related to fluid withdrawal, it is possible undocumented hazards could exist, or that future activities in these areas could pose a future threat.

Moderate Hazard



APPENDIX A                                                                    May 2020

- Areas that contain well fields or wells for oil and gas exploration and development within 1,000 feet of the pipeline.

- Areas with reported groundwater depletion, but with no reports of fluid withdrawal related ground subsidence.

**Justification:** Pumping of oil and gas or groundwater from subsurface aquifers is an essential precondition for fluid withdrawal subsidence. However, in most instances, pumping of underground fluids is not associated with noticeable or measurable subsidence because the local geologic conditions are not susceptible to subsidence, because not enough fluid withdrawal has occurred, or because the rate of withdrawal is too low. We have classified areas where fluid withdrawal is likely occurring with no reports found of fluid withdrawal subsidence (at the time of this assessment) as moderate potential fluid withdrawal subsidence hazard areas. While subsidence could potentially occur in these areas, subsidence either is not occurring, is too small in magnitude to have been widely reported or is located in too remote of an area to have been widely noticed.

<u>High Hazard</u>

- Areas that contain well fields or wells for oil and gas exploration and development within 1,000 feet of the pipeline or areas with reported groundwater depletion, where ground subsidence has been reported.

- Areas of reported subsidence may or may not correspond to areas of damaged infrastructure or areas with significant evidence of differential ground displacement, such as fissures or faults.

**Justification:** Areas with known or probable fluid withdrawal subsidence represent areas where this subsidence could potentially affect a pipeline. In densely populated areas, a lack of reports concerning damage resulting from this subsidence could indicate that the subsidence is relatively minor and is unlikely to significantly affect a pipeline. Conversely, in rural or remote areas, a lack of reports concerning damage could simply indicate that the area is too sparsely populated to have experienced widespread damage. We have classified these areas as high hazard potential fluid withdrawal subsidence areas because they represent locations where a pipeline could be potentially affected.

## 1.8    Hydrotechnical Hazards (Waterbody Crossings)

A hydrotechnical review of waterbody crossings focuses potential hazards to a pipeline related to fluvial geomorphic erosion and scour processes. This review is often limited by project-specific data, if available, and the quality of publicly available resources including LiDAR data and/or aerial imagery. River and stream channels undergo fluvial geomorphic processes driven by water conveyance that modify channel geometry over time and thereby can pose a threat to pipeline integrity. Channels geomorphic evolution covers a wide range of processes of which are driven by vertical scour/degradation and deposition/aggradation, as well as horizontal bank erosion and lateral channel migration. These specific erosional processes can scour down to the pipeline or erode through channel banks to expose pipeline sagbends.

To classify the potential threat to the proposed pipeline from these fluvial geomorphic processes at river, stream and other drainage crossings, our hydrotechnical hazard classifications are as follows:

<u>Low Hazard</u>

 GOLDER

10-RCMSER-2548

▪    Waterbodies having minimal observed or future potential for vertical degradation of the channel bed and low lateral erosion of the banks.

**Justification:** Waterbodies without observable sediment transport processes generally have a lower likelihood of experiencing fluvial geomorphic processes that would experience scour in the bed down to the pipe depth. Low hazard crossings are more likely to be noted as having more stability through increased vegetation both in the channel bed and on the banks, and through local geology restricting erosion. Headcutting processes may still present in a low hazard environment that might not otherwise be visibly apparent in a desktop review.

## Moderate Hazard

▪    Waterbodies having observed or future potential for active vertical aggradation/degradation of the channel bed and/or some visible bank erosion.

**Justification:** Waterbodies with observable sediment transport processes have a greater potential to experience fluvial geomorphic processes that could scour in the bed down to the pipe depth. Moderate hazard crossings are more likely to have an active channel where aggradation or degradation of the channel bed is visible from a desktop review; however, the specific channel erosion or depositional trends are unknown and can change as channels sort through and balance sediment loads. Moderate hazard channels also may experience some bank erosion; however, active and larger scale lateral migration is typically not observed.

## High Hazard

▪    Waterbodies having observed or future potential for more dynamic riverine processes with active vertical aggradation/degradation of the channel bed and potentially active lateral migration of the main channel and banks throughout, and in some situations beyond the current floodplain.

**Justification:** Waterbodies with observable sediment transport processes in combination with potential for lateral migration have a greater potential to experience geomorphic processes that could scour in the bed down to the pipe depth. Likewise, the main channel of such waterbodies could migrate and the banks erode laterally through or beyond the current floodplain to expose pipeline sagbends or extended portions of the pipeline buried through the floodplain. The high hazard crossing designation is given for channels with this more dynamic and/or combined threat potential. High hazard crossings are more frequently associated with dynamic geomorphic conditions, higher peak discharge systems, and with correspondingly larger floodplains.

## 2.0    REFERENCES

ALSG (Arizona Land Subsidence Group). 2007. Land Subsidence and Earth Fissures in Arizona: Research and Informational Needs for Effective Risk Management. Arizona Geological Survey. December 2007. 21 p.

Cruden, D.M. 1991. A simple definition of a landslide. Bulletin of the International Association of Engineering Geology, No. 43, p. 27-29.

Cruden, D.M. and Varnes, D.J. 1996. "Landslide types and processes," in Turner, K.A., and Schuster, R.L. Landslides – Investigation and Mitigation. Special Report 247, Washington, D.C., National Academy Press, p. 36-75.

Galloway, D., and Riley, F.S. 1999. "San Joaquin Valley, California; largest human alteration of the Earth's surface," in Galloway, D., Jones, D.R., and Ingebritsen, S.E. eds. 1999. Land subsidence in the United States. U. S. Geological Survey Circular 1182, p. 23-34.

INGAA (Interstate Natural Gas Association of America). 2016. Mitigation of Land Movement for Steep and Rugged Terrain for Pipeline Projects: Lessons Learned from Constructing Pipelines in West Virginia. The INGAA Foundation, Inc. Final Report No. 2015-03 prepared by Golder Associates Inc. dated April 2016. 134 p.

O'Rourke, M.J. and X. Liu. 1999. Response of Buried Pipelines Subject to Earthquake Effects. Multidisciplinary Center for Earthquake Engineering Research. MCEER Monograph No. 3. 276 p.

O'Rourke, M.J. and X. Liu. 2012. Seismic Design of Buried and Offshore Pipelines. Multidisciplinary Center for Earthquake Engineering Research. Monograph Series MCEER-12-MN04.

Paine, J. G., S.M Buckley, E.W. Collins, and C.R. Wilson. 2012. Assessing collapse risk in evaporite sinkhole-prone areas using microgravimetry and radar interferometry: Journal of Environmental and Engineering Geophysics, v. 17, no. 2, p. 73-87.

Paine, J. G., S.M Buckley, E.W. Collins, C.R. Wilson, and Wade Kress. 2009. Assessing sinkhole potential at Wink and Daisetta using gravity and radar interferometry: in Proceedings, 22nd Symposium on the Application of Geophysics to Engineering and Environmental Problems, Fort Worth, Texas, March 29–April 2, p. 480–488.

Petersen, M.D., Moschetti, M.P., Powers, P.M, Mueller, C.S., Haller, K.M., Frankel, A.D., Zeng, Y., Rezaeian, S., Harmsen, S.C., Boyd, O.S., Field, E.H., Chen, r., Luco, N., Wheeler, R.L., Williams, R.A., Olsen, A.H., and Rukstales, K.S. 2014. Seismic-Hazard Maps for the Conterminous United States, 2014, version 1.0. Digital data accessed May 8, 2019 from https://pubs.er.usgs.gov/publication/sim3325.

Poland, J.F. 1984. Guidebook to studies of land subsidence due to ground-water withdrawal. Prepared for the International Hydrological Programme, Working Group 8.4., United Nations Educational, Scientific, and Cultural Organization (UNESCO), 340 p.

Tihansky, A.B. 1999. "Sinkholes, West-Central Florida; A link between surface water and ground water," in Galloway, D., Jones, D.R., and Ingebritsen, S.E. eds. 1999. Land subsidence in the United States. U. S. Geological Survey Circular 1182, p. 121-140.

Wald, D.J., V. Quitoriano, T.H. Heaton, and Kanamori, H. 1999. Relationship between Peak Ground Acceleration, Peak Ground Velocity, and Modified Mercalli Intensity in California: Earthquake Spectra, v. 15, no. 3, p. 557-564.

Walker, J.D., and Geissman, J.W. (compiler). 2009. Geologic Time Scale: Geological Society of America. DOI: 10.1130/2009.CTS004R2C.

Weary, David J. and Daniel H. Doctor. 2014. Karst in the United States: A Digital Map Compilation and Database. US Geological Survey Open-File Report 2014-1156. 23 p.

Youd, T.L., Idriss, I.M., Andrus, R.D., Arango, I., Castro, G., Christian, J.T., Dobry, R., Finn, W.D., Harder Jr., L.F., Hynes, M.E., Ishihara, K., Koester, J.P., Liao, S.S.C., Marcuson III, W.F., Martin, G.R., Mitchell, J.K., Moriwaki, Y., Power, M.S., Robertson, P.K., Seed, R.B., and Stokoe II, K.H. 2001. Liquefaction resistance of

**DRAFT**

soils: summary report from the 1996 NCEER and 1998 NCEER/NSF Workshops on Evaluation of Liquefaction Resistance of Soils. Journal of Geotechnical and Geoenvironmental Engineering, v. 127, no. 10, p. 817-833.

APPENDIX A                                                                                                    January 2020

**Table A-1: Geohazard Classification Criteria**

| Hazard Type | | Hazard Classification | | | Comment |
|---|---|---|---|---|---|
| | | Low | Moderate | High | |
| Unstable Slopes (Landslides) | | - Dormant or relict landslide crossed by or within 20 feet of a proposed pipeline centerline with low potential for renewed activity.<br>- Landslide (of any age) located between 20 and 100 feet of the proposed pipeline centerline.<br>- Active or recently active landslide that has been mitigated or repaired, which shows no signs of new ground movement post-repair. | - Active or recently active landslide with geomorphic or instrumental evidence of disturbance within 5 to 20 feet of the proposed pipeline centerline.<br>- Debris flow where the run-out/depositional area is crossed by a proposed pipeline centerline. | - Apparently or possibly active landslides within 5 feet of the proposed pipeline centerline.<br>- Debris flow source areas or debris flow channel that crosses the proposed pipeline centerline. | |
| Unstable Slopes (Rockfalls) | | - | - | - | All identified potential rockfalls areas were classified as an undefined threat level until more a detailed assessment (i.e., field) can be completed. |
| Seismic (Ground Shaking) | | - Areas with < 0.15 g peak ground acceleration (PGA) | - Areas with 0.15 g to 0.25 g PGA | - Areas with > 0.25 g PGA | Assuming probabilistic seismic hazard ground shaking risk level of 10% probability of exceedance in a 50-year period (475-year return period). |
| Seismic (Liquefaction) | | - Potential liquefaction conditions present in areas where PGA is <0.1 g. | - Potential liquefaction conditions present in areas where PGA is 0.1 g to 0.2 g. | - Potential liquefaction conditions present in areas where PGA is >0.2 g. | Assuming probabilistic seismic hazard ground shaking risk level of 10% probability of exceedance in a 50-year period (475-year return period) combined with interpretations of nature, age, and saturation of soil. |
| Surface Fault Rupture: Seismic | Age of Fault (years) | Slip Rate (mm/year) | | | |
| | <15,000 | - | - | Any Rate | |
| | 15,000 – 130,000 | - | < 0.2 | ≥ 0.2 | |
| | 130,000 – 750,000 | < 0.2 | 0.2 – 1.0 | > 1.0 | |
| | >750,000 | < 1.0 | 1.0 – 5.0 | > 5.0 | |
| | N/A | - Faults and fault zones that are mapped by the USGS (2018) as Class B faults and fault zones.<br>- Faults reported as active within the Quaternary, but with no information as to age of most recent movement or slip-rate | - Unmapped geomorphic lineaments that do not appear to displace mapped Quaternary deposits, or Holocene-aged geomorphic features and deposits. | - Unmapped geomorphic lineaments that appear to displace mapped Quaternary deposits, or Holocene-aged geomorphic features and deposits. | |
| Subsidence (Karst) | | - Areas where carbonate bedrock or evaporites are reported to be present at or near the ground surface and no potentially hazardous karst features were identified within 500 feet of the proposed pipeline centerline based on the available resources.<br>- Areas where karst features may occur, but where the distribution of karst features are reported and/or appear to be limited relative to the pipeline alignment; and no potentially hazardous karst features were identified | - Potentially hazardous karst features identified between 200 and 500 feet from the proposed pipeline centerline.<br>- Areas where the distribution of karst features are reported and/or observed to be prevalent relative to the proposed pipeline centerline, but an absence of potentially hazardous karst features within 200 feet of | - Potentially hazardous karst features identified within 200 feet of the proposed pipeline centerline.<br>- Areas where the distribution of karst features are reported and/or observed to be prevalent relative to the proposed pipeline centerline, but an absence of potentially hazardous karst features within 200 feet of | |

GOLDER                                                                                                          14

APPENDIX A

January 2003

| Hazard Type | Hazard Classification | | | Comment |
|---|---|---|---|---|
| | Low | Medium | High | |
| Subsidence (Underground Mine) | - Areas where underground mines are reported to be relatively common in the vicinity of the proposed pipeline centerline, but no evidence of underground mines, related features, or surface subsidence was identified within 500 feet of the proposed pipeline centerline based on the available resources. | - Areas within 200 and 500 feet of underground mines and/or related features with no evidence of mine-related subsidence. | - Areas within 200 feet of underground mines and/or related features are reported to occur within 500 feet of the proposed pipeline centerline and there is evidence of mine-related subsidence.<br>- Areas within 500 feet of the proposed pipeline centerline where there is predicted future subsidence based on ongoing or planned mining activities. | |
| Subsidence (Field Withdrawal) | - Areas where oil and gas resources exist (e.g., shale plays, tight gas plays, etc.), but where extraction may or may not be presently occurring. | - Areas that contain well fields or wells, for all oil and gas exploration and development within 1,000 feet of the pipeline. | - Areas that contain well fields or wells for all oil and gas exploration and development within 1,000 feet of the pipeline or areas with reported groundwater depletion, where ground subsidence has been reported.<br>- Areas of reported subsidence may or may not correspond to areas of damaged infrastructure or areas with significant evidence of differential ground displacement, such as fissures or faults. | |
| Hydrotechnical Hazards — Watercourse Crossing Erosion and Scour | - Waterbodies having minimal observed or potential for active vertical and lateral erosion of the channelbed and/or lateral erosion of the banks. | - Waterbodies having observed or future aggradation/degradation of the channelbed and/or some visible bank erosion. | - Waterbodies having observed or future potential for more dynamic instream processes with active vertical aggradation/degradation of the channelbed and potentially active lateral migration of the main channel and banks throughout, and in some situations beyond the current floodplain. | |

GOLDER

15

(87 of 176), Page 87 of 176
Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 87 of 176
Case 2:21-cv-00068-DWL    Document 108-3    Filed 07/14/25    Page 85 of 174




**Resolution Copper Project**
**USFS Special Use Permit Application**
**FORM SF-299 – Attachment 1**

# Appendix B

# DEIS ALTERNATIVES PIPELINE DISTURBANCE COMPARISON

| | |
|---|---|
| **Prepared for:** | Resolution Copper |
| **Prepared by:** | WestLand Resources, Inc. |
| **Date:** | May 28, 2020; updated July 8, 2020 |
| **Project No.:** | 0807.176 |

## TABLE OF CONTENTS

1. INTRODUCTION AND BACKGROUND ................................................................................1
2. DEIS ALTERNATIVES PIPELINE DISTURBANCE COMPARISON .................................2
    2.1. Surface Management ..........................................................................................................3
    2.2. Critical Habitat ..................................................................................................................4
    2.3. Potential Waters of the U.S. ..............................................................................................6
    2.4. Groundwater Dependent Ecosystems ...............................................................................7
    2.5. Visual Quality Objective and Recreation Opportunity Spectrum Comparison...............7
3. REFERENCES ......................................................................................................................10

## TABLES

Table 1.    DEIS Pipeline Acres of Disturbance (270-foot, 1000-foot or 500-foot disturbance)
            by Post Land Exchange Surface Management..........................................................3
Table 2.    DEIS Pipeline Acres of Disturbance (Scaled to 200-foot disturbance) by Post Land
            Exchange Surface Management ................................................................................4
Table 3.    DEIS Pipeline Disturbance (500-ft width) Designated and Proposed Critical Habitat
            Acreage Comparison by Post Land Exchange Surface Management...........................5
Table 4.    DEIS Pipeline Disturbance (Scaled to 200-ft width) Designated and Proposed Critical
            Habitat Acreage Comparison by Post Land Exchange Surface Management ...............5
Table 5.    DEIS Pipeline Disturbance (200-ft disturbance) OHWM Acres by Post Land
            Exchange Surface Management ................................................................................6
Table 6.    DEIS Pipeline Disturbance (200-ft disturbance) Acres by Watershed and Potential
            Waters of the U.S. .................................................................................................7
Table 7.    DEIS Pipeline Disturbance of GDEs in Linear Feet ...............................................7
Table 8.    DEIS Pipeline VQO Acreage Disturbance (200-ft width) by Category
            Comparison – Construction and Reclamation Phases Maximum Impacts
            (temporary impacts estimated for 2-years each).......................................................8
Table 9.    DEIS Pipeline VQO Acreage Disturbance by Category Comparison – Operation
            Phase Impacts (20-ft Road)......................................................................................8
Table 10.   DEIS Pipeline ROS Acreage Disturbance by ROS Management Classes
            Comparison, Construction and Reclamation Phases Maximum Impacts (temporary
            impacts estimated for 2-years each)..........................................................................9
Table 11.   DEIS Pipeline ROS Acreage Disturbance by ROS Management Classes
            Comparison, Operation Phase Impacts (20-ft Road) ................................................9

10-RCMSER-2556

# 1. INTRODUCTION AND BACKGROUND

Resolution Copper Mining, LLC (Resolution), engaged WestLand Resources, Inc. (WestLand), to compare potential direct impacts from the Draft Environmental Impact Statement Resolution Copper Project and Land Exchange (DEIS; USDA 2019) alternatives tailings pipeline disturbances. This document compares the calculated disturbance acres for the following DEIS pipeline corridors, which are the pipeline alternatives that will be carried forward in the final EIS.

- Alternatives 2 and 3 – Near West (pipeline disturbance for both alternatives are the same)
- Alternative 4 – Silver King
- Alternative 5 – Peg Leg East Pipeline
- Alternative 6 – Skunk Camp North Pipeline (USFS Preferred Alternative)
- Alternative 6 – Skunk Camp South Pipeline

This technical memo presents a comparison of potential direct disturbance between these DEIS alternative pipeline corridors in acres by post land exchange surface management. The Skunk Camp North alternative is the only DEIS alternative that includes a new powerline, so this memo only includes the DEIS pipeline corridor disturbance for comparison. There is a separate document that compares the DEIS Preferred Alternative (Skunk Camp North) pipeline and powerline corridors with the Skunk Camp Revised Corridor that has the pipeline and most of the powerline co-located within the same corridor as much as practicable.

The DEIS alternative pipeline corridors were analyzed with different widths for disturbance, as noted below. For comparison, the calculated acres disturbed by post land exchange surface management were scaled to an assumed 200-foot-wide disturbance within the corridor. Additional acres comparisons include potential disturbance to:

- endangered Gila chub (*Gila intermedia*) designated critical habitat
- Yellow-billed cuckoo (*Coccyzus americanus*; YBC) proposed critical habitat
- Southwestern Willow Flycatcher (*Empidonax traillii extimus*; SWFL) proposed critical habitat
- Waters of the U.S. (WOTUS) and Ordinary High Water Mark (OHWM)
- groundwater dependent ecosystems (GDE as defined in Chapter 3 Section 3.7.1 of the DEIS)
- endangered Arizona hedgehog cactus (*Echinocereus coccineus var. arizonicus*; AHC) predicted habitat (Baker 2013) (not included in this memo – only applies to Skunk Camp North) and
- Visual Quality Objectives (VQO) and Recreational Opportunity Spectrum (ROS) management classes for two standards and guidelines in Management Areas 2F and 3I of the Tonto National Forest (TNF) Land and Resources Management Plan (TNF 1985).

The DEIS Near West tailings pipeline disturbance footprint was originally estimated using 100-percent disturbance in an average 270-foot-wide pipeline corridor. The Silver King pipeline disturbance footprint was originally estimated using 100-percent disturbance in a 1,000-foot-wide pipeline corridor, and for Peg Leg East, Skunk Camp North, and Skunk Camp South 100-percent disturbances in 500-foot-wide pipeline corridors were used. WestLand used calculations to compare these DEIS alternatives with pipeline disturbance areas of 200-foot-width (Disturbance Area) within an overall 500-foot-wide corridor to scale the disturbance. The estimated acreage for the 200-foot-wide disturbance area within the pipeline corridors was calculated using a scaling factor for each of the DEIS pipeline alternatives. For scaling the 270-foot-wide corridor to 200-foot-wide, a scaling factor of 200/270 (0.7) was used. For scaling the 1,000-foot-wide disturbance to 200-foot-wide, a scaling factor of 200/1000 (0.2) was used. For scaling the 500-foot-wide disturbance to 200-foot-wide, a scaling factor of 200/500 (0.4) was used. The 500-foot-wide corridor allows for flexibility in locating the pipeline along the route.

Ultimately, direct disturbance would be limited to access roads and pipeline placement (to be installed in a trench below grade where practicable). Bridge crossings would avoid the ordinary high water marks (OHWMs) of major drainages.

Trenchless methods (horizontal directional drilling, micro tunneling and other boring methods) would be used to cross under roads, waterways, or for high-point mountain passes. The proposed pipeline crossings of Queen Creek and Devils Canyon would be spanned using bridges, and the crossing of Mineral Creek would use a trenchless method (Golder 2020). The crossing of the Gila River for the Peg Leg East alternative would use a trenchless method. Therefore, actual disturbances are likely overestimated by using a 200-foot-wide corridor.

## 2. DEIS ALTERNATIVES PIPELINE DISTURBANCE COMPARISON

To analyze direct disturbance of selected resources, WestLand compared the DEIS alternatives pipeline corridor footprints using Geographical Information Systems (GIS) data, except for the Near West alternative pipeline. For the Near West alternative, WestLand calculated the estimated pipeline disturbance area from DEIS information on the Tailings Storage Facility (TSF) plus pipeline disturbance and subtracted the DEIS TSF disturbance area to estimate the pipeline disturbance area. Data sources include:

- Bureau of Land Management (BLM) 2012, WestLand Modified 2017; BLM PLSS Cadastral Data, and DEIS data 8-20-2018
- Critical Habitat (USFWS 2005, USFWS 2014)
- Potential WOTUS (WestLand 2018b)
- Wetlands (Montgomery and WestLand 2017)
- GDE (Montgomery and WestLand 2017, USDA 2019)

- AHC predicted habitat (Baker 2013)
- AHC locations (WestLand 2004, 2008, 2010, 2011, 2013a, b, c, 2014, 2015, 2017, 2018a, 2019)
- TNF VQO (TNF 1985)[1]
- TNF ROS (TNF 1985)[2]

## 2.1. SURFACE MANAGEMENT

The estimated surface disturbance for the DEIS pipeline corridors using 270-foot wide disturbance (Near West), 1,000-foot wide disturbance (Silver King) or 500-foot wide disturbance (Peg Leg East, Skunk Camp North and Skunk Camp South) which were reflected in the DEIS are shown in **Table 1** by surface management ownership (post land exchange) and by alternative. The surface management categories are:

- Private – Resolution Copper will own the land after the land exchange is completed
- ASLD – Arizona State Trust Land, managed by the Arizona State Land Department
- USFS – U.S. Forest Service land managed by Tonto National Forest
- BLM – Bureau of Land Management
- BOR – Bureau of Reclamation

**Table 1. DEIS Pipeline Acres of Disturbance (270-foot, 1000-foot or 500-foot disturbance) by Post Land Exchange Surface Management**

| Surface Management | Alt. 2/3 Near West 270-ft width (acres) | Alt. 4 Silver King 1000-ft width (acres) | Alt. 5 Peg Leg East 500-ft width (acres) | Alt. 6 Skunk Camp North 500-ft width (acres) | Alt. 6 Skunk Camp South 500-ft width (acres) |
|---|---|---|---|---|---|
| Private | 0 | 39.0 | 93.7 | 346.3 | 458.0 |
| ASLD | 0 | 0 | 195.5 | 677.0 | 913.1 |
| USFS | 175.0 | 277.5 | 477.9 | 440.5 | 717.1 |
| BLM | 0 | 0 | 475.0 | 0 | 0 |
| BOR | 0 | 0 | 135.7 | 0 | 0 |
| Total | 175.0 | 316.5 | 1377.8 | 1463.8 | 2088.2 |

The estimated surface acres of disturbance for DEIS pipeline corridors scaled to a 200-foot wide disturbance area are provided in **Table 2.** These calculations were completed by scaling the 270-foot width, 1,000-foot width and 500-foot width to 200-foot width disturbances.

---

[1] Visual analysis GIS layers for Tonto National Forest were updated in 2007 and provided via Personal Communication from Chris Garrett, SWCA Environmental Consultants to Aaron Graham, WestLand Resources, Inc. on March 9, 2020.

[2] Recreational analysis GIS layers for Tonto National Forest were updated in 2011 and provided via Personal Communication from Chris Garrett, SWCA Environmental Consultants to Aaron Graham, WestLand Resources, Inc. on March 9, 2020.

Resolution Copper
DEIS Pipeline Disturbance Comparison

July 8, 2020
Page 4

**Table 2. DEIS Pipeline Acres of Disturbance (Scaled to 200-foot disturbance) by Post Land Exchange Surface Management**

| Surface Management | Alt. 2/3 Near West 200-ft width (acres) | Alt. 4 Silver King 200-ft width (acres) | Alt. 5 Peg Leg East 200-ft width (acres) | Alt. 6 Skunk Camp North 200-ft width (acres) | Alt. 6 Skunk Camp South 200-ft width (acres) |
|---|---|---|---|---|---|
| Private | 0 | 7.8 | 37.5 | 138.5 | 183.2 |
| ASLD | 0 | 0 | 78.2 | 270.8 | 365.2 |
| USFS | 129.6 | 55.5 | 191.2 | 176.2 | 286.8 |
| BLM | 0 | 0 | 190.0 | 0 | 0 |
| BOR | 0 | 0 | 54.3 | 0 | 0 |
| **Total** | **129.6** | **63.3** | **551.1** | **585.5** | **835.3** |

## 2.2. CRITICAL HABITAT

Three of the DEIS pipeline alternatives cross designated critical habitat for Gila chub, and/or proposed critical habitat for YBC and SWFL (**Table 3**). The Near West Alternative 2/3 and Silver King Alternative 4 pipelines do not cross any designated or proposed critical habitat and are not included in this comparison. **Table 4** compares the DEIS pipeline corridors critical habitat disturbance acres for a calculated 200-foot-width. These calculations were completed by scaling the disturbance from a 500-foot width to a 200-foot width.

For the DEIS Alternatives comparison, the AHC predicted habitat is only present in the Skunk Camp North pipeline corridor. The AHC predicted habitat disturbances are compared in detail in the separate memo for the DEIS Preferred Alternative (Skunk Camp North) and Revised Corridor comparison memo.

The acres of disturbance to critical habitat may be avoided by using trenchless methods for each DEIS alternative.

Resolution Copper
DEIS Pipeline Disturbance Comparison

July 8, 2020
Page 5

**Table 3. DEIS Pipeline Disturbance (500-ft width) Designated and Proposed Critical Habitat Acreage Comparison by Post Land Exchange Surface Management**

| Surface Management | Alt. 5 Peg Leg East | | | Alt. 6 Skunk Camp North | | | Alt. 6 Skunk Camp South | | |
|---|---|---|---|---|---|---|---|---|---|
| | Gila Chub | YBC | SWFL | Gila Chub | YBC | SWFL | Gila Chub | YBC | SWFL |
| | Critical Habitat (acres) | | | | | | | | |
| Private | 0 | 0 | 0 | 112.8 | 84.5 | 0 | 112.8 | 84.5 | 0 |
| ASLD | 0 | 0 | 0 | 26.8 | 31.8 | 0 | 26.8 | 31.8 | 0 |
| USFS | 0 | 0 | 0 | 1.3 | 1.0 | 0 | 1.3 | 1.0 | 0 |
| BLM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BOR | 0 | 18.6 | 17.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 18.6 | 17.0 | 140.9 | 117.3 | 0 | 140.9 | 117.3 | 0 |

**Table 4. DEIS Pipeline Disturbance (Scaled to 200-ft width) Designated and Proposed Critical Habitat Acreage Comparison by Post Land Exchange Surface Management**

| Surface Management | Alt. 5 Peg Leg East | | | Alt. 6 Skunk Camp North | | | Alt. 6 Skunk Camp South | | |
|---|---|---|---|---|---|---|---|---|---|
| | Gila Chub | YBC | SWFL | Gila Chub | YBC | SWFL | Gila Chub | YBC | SWFL |
| | Critical Habitat (acres) | | | | | | | | |
| Private | 0 | 0 | 0 | 45.1 | 33.8 | 0 | 45.1 | 33.8 | 0 |
| ASLD | 0 | 0 | 0 | 10.7 | 12.7 | 0 | 10.7 | 12.7 | 0 |
| USFS | 0 | 0 | 0 | 0.5 | 0.4 | 0 | 0.5 | 0.4 | 0 |
| BLM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BOR | 0 | 7.4 | 6.8 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 7.4 | 6.8 | 56.4 | 46.9 | 0 | 56.4 | 46.9 | 0 |

WestLand Resources, Inc.

Resolution Copper
DEIS Pipeline Disturbance Comparison

July 8, 2020
Page 6

## 2.3. POTENTIAL WATERS OF THE U.S.

The DEIS pipeline corridors that may have impacts to potential jurisdictional WOTUS are the Silver King, Peg Leg East, Skunk Camp North, and Skunk Camp South alternatives. Alternative 2/3 Near West pipeline corridor does not impact any potential jurisdictional WOTUS. Peg Leg East pipeline disturbance is within the Gila River watershed, which is assumed to remain a WOTUS under the new Navigable Waters Protection Rule that was published on April 21, 2020. Calculation of acres of disturbance for **Tables 5 and 6** are based on the Rapanos decision for determining potential jurisdictional WOTUS. Alternative 2/3 Near West and Alternative 4 Silver King pipeline disturbances each have small areas in the Queen Creek watershed, which is not jurisdictional. Skunk Camp North and Skunk Camp South pipeline disturbances are within the Queen Creek and Mineral Creek watersheds. Mineral Creek is potentially jurisdictional in the Skunk Camp North and Skunk Camp South area. Total acreage of OHWM calculated for each pipeline disturbance within those watersheds scaled to 200-ft width is provided in **Table 5**. Impact by watershed is calculated for each pipeline disturbance in **Table 6**. These acres of disturbance may be eliminated using trenchless methods where practicable.

**Table 5. DEIS Pipeline Disturbance (200-ft disturbance) OHWM Acres by Post Land Exchange Surface Management**

| Surface Management | Alt. 2/3 Near West 200-ft Pipeline Disturbance (acres) | Alt. 4 Silver King 200-ft Pipeline Disturbance (acres) | Alt. 5 Peg Leg East 200-ft Pipeline Disturbance (acres) | Alt. 6 Skunk Camp North 200-ft Pipeline Disturbance (acres) | Alt. 6 Skunk Camp South 200-ft Pipeline Disturbance (acres) |
|---|---|---|---|---|---|
| Private | 0 | 0 | 0.1 | 4.6 | 4.9 |
| ASLD | 0 | 0 | 4.9 | 7.0 | 7.8 |
| BLM | 0 | 0 | 9.6 | 0 | 0 |
| BOR | 0 | 0 | 2.0 | 0 | 0 |
| USFS | 0.5 | 0.1 | 2.6 | 2.4 | 3.3 |
| **Total OHWM** | **0.5** | **0.1** | **19.6** | **14.1** | **16.0** |

Resolution Copper
DEIS Pipeline Disturbance Comparison

July 8, 2020
Page 7

Table 6. DEIS Pipeline Disturbance (200-ft disturbance) Acres by Watershed and Potential Waters of the U.S.

| Watershed | Alt. 2/3 Near West 200-ft Pipeline Disturbance (acres)** | Alt. 4 Silver King 200-ft Pipeline Disturbance (acres)** | Alt. 5 Peg Leg East 200-ft Pipeline Disturbance (acres) | Jurisdictional (acres) | Alt. 6 Skunk Camp North 200-ft Pipeline Disturbance (acres) | Jurisdictional (acres) | Alt. 6 Skunk Camp South 200-ft Pipeline Disturbance (acres) | Jurisdictional (acres) |
|---|---|---|---|---|---|---|---|---|
| Gila River Watershed | | | 16.5 | 16.5 | | | | |
| Queen Creek Watershed | 0.5 | 0.3 | 3.1 | | 1.3 | | 3.5 | |
| Mineral Creek Watershed* | | | | | 12.8 | 12.8 | 12.4 | 12.4 |
| **Total Impacts** | **0.5** | **0.3** | **19.6** | **16.5** | **14.1** | **12.8** | **16.0** | **12.4** |

\*   Mineral Creek watershed is considered potentially jurisdictional, therefore OHWM acreage would be considered potential WOTUS.
\*\* Alt. 2/3 Near West and Alt. 4 Silver King Alternatives do not cross any potentially jurisdictional watershed, so that column is not included in Table 6.

## 2.4. GROUNDWATER DEPENDENT ECOSYSTEMS

The Near West Alternative 2/3 pipeline corridor does not impact any GDEs. The Silver King, Peg Leg East, Skunk Camp North, and Skunk Camp South pipeline alternatives are the DEIS alignments that will potentially disturb GDEs. The disturbances in linear feet are based on the U.S. Fish and Wildlife Service Arizona Wetland Inventory (**Table 7**).

Table 7. DEIS Pipeline Disturbance of GDEs in Linear Feet

| Resources Disturbed | Alt. 4 Silver King (linear feet) | Alt. 5 Peg Leg East (linear feet) | Alt. 6 Skunk Camp North (linear feet) | Alt. 6 Skunk Camp South (linear feet) |
|---|---|---|---|---|
| Groundwater Dependent Ecosystems (GDEs) | 3,273.3 | 35,210.2 | 63,350.0 | 78,848.3 |

## 2.5. VISUAL QUALITY OBJECTIVE AND RECREATION OPPORTUNITY SPECTRUM COMPARISON

The DEIS notes that amendments to the 1985 forest plan would be needed under the DEIS Alternative to reconcile the VQO and ROS management classes for two standards and guidelines in Management Areas 2F and 3I (USDA 2019). **Tables 8 and 9** show the disturbance acreages within TNF, post land exchange, (200-ft width) by VQO category for the DEIS pipeline corridors. **Tables 10 and 11** show the disturbed acreages within TNF, post land exchange, (200-ft width) by ROS management class for the DEIS pipeline corridors. GIS mapped VQO acres impacted are assumed to degrade to the modification category. For example, retention and partial retention would degrade to modification after pipeline installation.

WestLand Resources, Inc.

TNF requested that the VQO and ROS impacts be categorized by construction (2 years), operation (40 years), and reclamation (2 years). The maximum estimated impacts on VQO and ROS are expected to occur during both construction and reclamation (**Tables 8 and 10**), and those estimates assume that the entire pipeline will be removed (dug up and hauled out) during reclamation. The calculation used for operation impacts is based on the centerline length of the pipeline within TNF multiplied by a 20-foot wide roadway within the 200-foot-wide area and converted to acres (**Tables 9 and 11**).

In the DEIS calculations there are areas included in VQO calculations as 'not rated' that are outside of TNF, and areas included in ROS calculations as 'urban' that are outside of TNF.

**Table 8. DEIS Pipeline VQO Acreage Disturbance (200-ft width) by Category Comparison – Construction and Reclamation Phases Maximum Impacts (temporary impacts estimated for 2-years each)**

| VQO Category | Alt. 2/3 Near West | Alt. 4 Silver King | Alt. 5 Peg Leg East | Alt. 6 Skunk Camp North | Alt. 6 Skunk Camp South |
|---|---|---|---|---|---|
| | 200-ft Width (acres) | | | | |
| Retention | 10.0 | 0 | 139.6 | 72.3 | 137.9 |
| Partial Retention | 132.2 | 55.2 | 80.1 | 70.0 | 146.5 |
| Modification | 0 | 0.1 | 0 | 55.3 | 30.4 |
| Maximum Modification | 0 | 0 | 0 | 0 | 0 |
| Not Rated | 0 | 8.1 | 4.8 | 10.9 | 48.8 |
| **Total** | **142.2** | **63.3** | **224.5** | **208.6** | **363.7** |

**Table 9. DEIS Pipeline VQO Acreage Disturbance by Category Comparison – Operation Phase Impacts (20-ft Road)**

| VQO Category | Alt. 2/3 Near West | Alt. 4 Silver King | Alt. 5 Peg Leg East | Alt. 6 Skunk Camp North | Alt. 6 Skunk Camp South |
|---|---|---|---|---|---|
| | 20-ft Road (acres) | | | | |
| Retention | 0.9 | 0 | 14.1 | 5.6 | 12.5 |
| Partial Retention | 12.0 | 5.9 | 7.8 | 5.6 | 11.8 |
| Modification | 0 | 0.1 | 0 | 5.9 | 3.4 |
| Maximum Modification | 0 | 0 | 0 | 0 | 0 |
| Not Rated | 0 | 0.9 | 0.5 | 1.1 | 4.9 |
| **Total** | **12.9** | **6.9** | **22.4** | **18.2** | **32.5** |

Resolution Copper                                                         July 8, 2020
DEIS Pipeline Disturbance Comparison                                         Page 9

**Table 10. DEIS Pipeline ROS Acreage Disturbance by ROS Management Classes Comparison, Construction and Reclamation Phases Maximum Impacts (temporary impacts estimated for 2-years each)**

| ROS Management Classes | Alt. 2/3 Near West | Alt. 4 Silver King | Alt. 5 Peg Leg East | Alt. 6 Skunk Camp North | Alt. 6 Skunk Camp South |
|---|---|---|---|---|---|
| 200-ft Width (acres) | | | | | |
| Roaded Natural | 56.5 | 0 | 180.0 | 28.7 | 156.8 |
| Semi-primitive Motorized | 134.8 | 47.8 | 0.8 | 123.0 | 118.7 |
| Semi-primitive Nonmotorized | 0 | 0 | 0 | 0.8 | 0.8 |
| Urban | 28.7 | 15.5 | 43.8 | 56.2 | 87.7 |
| **Total** | **220.0** | **63.3** | **224.5** | **208.8** | **364.1** |

**Table 11. DEIS Pipeline ROS Acreage Disturbance by ROS Management Classes Comparison, Operation Phase Impacts (20-ft Road)**

| ROS Management Classes | Alt. 2/3 Near West | Alt. 4 Silver King | Alt. 5 Peg Leg East | Alt. 6 Skunk Camp North | Alt. 6 Skunk Camp South |
|---|---|---|---|---|---|
| 20-ft Road Corridor (acres) | | | | | |
| Roaded Natural | 3.3 | 0 | 18.0 | 2.8 | 15.7 |
| Semi-primitive Motorized | 7.9 | 5.3 | 0 | 10.2 | 7.9 |
| Semi-primitive Nonmotorized | 0 | 0 | 0 | 0.2 | 0.2 |
| Urban | 1.7 | 1.6 | 4.4 | 5.1 | 8.8 |
| **Total** | **12.9** | **6.9** | **22.4** | **18.3** | **32.6** |

Resolution Copper                                                July 8, 2020
DEIS Pipeline Disturbance Comparison                                Page 10

## 3. REFERENCES

Baker, Marc A. 2013. Draft Recovery Plan for (*Echinocereus arizonicus*) subsp. *arizonicus* (Arizona Hedgehog Cactus). *Prepared for the U.S. Fish and Wildlife Service*. September 19, 2013.

Golder Associates Inc. 2020. Resolution Copper Skunk Camp Pipelines, Pipeline Protection and Integrity Plan. *Submitted to Resolution Copper*. Walnut Creek, California: Golder Associates Inc. May 15, 2020.

Montgomery & Associates, and WestLand Resources, Inc. 2017. Spring and Seep Catalog Resolution Copper Project Area Upper Queen Creek and Devils Canyon Watersheds. *Prepared for Resolution Copper*. Tucson, Arizona: Montgomery & Associates and WestLand Resources, Inc. October 3, 2017. 109 pp.

U.S. Department of Agriculture. 2019. DRAFT Environmental Impact Statement Resolution Copper Project and Land Exchange. Tonto National Forest. Phoenix, Arizona: U.S. Forest Service. August 1, 2019.

U.S. Fish and Wildlife Service. 2005. Endangered and Threatened Wildlife and Plants; Listing Gila Chub as Endangered with Critical Habitat; Final Rule. November 2, 2005. *Federal Register*, 70:66664-66721.

_____. 2014. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Western Distinct Population Segment of the Yellow-billed Cuckoo; Proposed Rule. U.S. Department of the Interior. August 15, 2014. *Federal Register*, 79:48548-48652.

U.S. Forest Service. 1985. Tonto National Forest Plan. Southwest Region: U.S. Department of Agriculture. October 1985. 329 pp.

WestLand Resources, Inc. 2004. 2004 Arizona Hedgehog Cactus Survey: Federal Parcel, Pinal County, Arizona. *Prepared for Resolution Copper Company*. Tucson, Arizona: WestLand Resources, Inc. December 2004. 33 pp.

_____. 2008. Resolution Pre-Feasibility Activities 2007-2008: Arizona Hedgehog Cactus Survey Pinal County, Arizona. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. May 9, 2008. 33 pp.

_____. 2010. 2010 Arizona Hedgehog Cactus Survey Report Pinal County, Arizona. *Prepared for Resolution Copper Company*. Tucson, Arizona: WestLand Resources, Inc. December 15, 2010. 1073 pp.

_____. 2011. Arizona Hedgehog Cactus Monitoring Report for Construction Activities along FR 2466. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. June 30, 2011. 36 pp.

_____. 2013a. 2012 Prefeasibility Activities Arizona Hedgehog Cactus Action Area Survey (Conservation Measure 5) *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. March 2013. 40 pp.

_____. 2013b. Arizona Hedgehog Cactus Database. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. August 7, 2013. 6 pp.

_____. 2013c. Arizona Hedgehog Cactus Survey of Proposed Re-Alignment of Magma Mine Road. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. February 15, 2013. 13 pp.

_____. 2014. 2014 Arizona Hedgehog Cactus Survey Report. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. November 2014. 41 pp.

_____. 2015. Arizona Hedgehog Cactus Survey Report East and West Plant Sites. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc.

_____. 2017. 2017 Arizona Hedgehog Cactus Survey Report East Plant Site. *Prepared for Resolution Copper*. Tucson, Arizona: WestLand Resources, Inc. November 2017. 30 pp.

_____. 2018a. 2018 Arizona Hedgehog Cactus Survey Report. *Prepared for Resolution Copper*. Tucson, Arizona: WestLand Resources, Inc. November 2018.

_____. 2018b. Resolution Tailings Storage Facility Alternatives: Comparative Analysis of Ordinary High Water Mark, Aquatic Features, and Potential Waters of the U.S. Tucson, Arizona: WestLand Resources, Inc. September 6, 2018.

_____. 2019. 2019 Arizona Hedgehog Cactus Survey Report 230-kV Transmission Corridor and Skunk Camp Tailings Alternative Transmission and Pipeline Corridors. *Prepared for Resolution Copper*. Tucson, Arizona: WestLand Resources, Inc. October 23, 2019. 42 pp.

Resolution Copper Project
USFS Special Use Permit Application
FORM SF-299 – Attachment 1

# Appendix C

# SKUNK CAMP PIPELINE AND POWERLINE DISTURBANCE COMPARISON

| | |
|---|---|
| **Prepared for:** | Resolution Copper |
| **Prepared by:** | WestLand Resources, Inc. |
| **Date:** | July 8, 2020 |
| **Project No.:** | 0807.176 |

## TABLE OF CONTENTS

1. INTRODUCTION AND BACKGROUND ........................................................................... 1
2. DEIS ALTERNATIVE AND REVISED CORRIDOR DISTURBANCE COMPARISON .... 3
   2.1. Surface Management .................................................................................................. 3
   2.2. Critical Habitat .......................................................................................................... 5
   2.3. Potential Waters of the U.S. ....................................................................................... 7
   2.4. Groundwater Dependent Ecosystems ......................................................................... 8
   2.5. Arizona Hedgehog Cactus .......................................................................................... 8
   2.6. Visual Quality Objective and Recreation Opportunity Spectrum Comparison ............ 9
3. REFERENCES ........................................................................................................... 12

## TABLES

Table 1.   Skunk Camp North Pipeline and Powerline Acres of Disturbance
           (500-ft or 1000-ft width) by Post Land Exchange Surface Management ..................... 4
Table 2.   Skunk Camp North Pipeline and Powerline Acres of Disturbance
           (Scaled to 200-foot width) by Post Land Exchange Surface Management ..................... 4
Table 3.   Skunk Camp North Pipeline Plus Powerline Acres of Disturbance
           (200-foot-width) by Post Land Exchange Surface Management Difference ................... 4
Table 4.   Skunk Camp North Pipeline and Powerline Disturbance (500-ft or
           1,000-ft width) to Designated Gila Chub Critical Habitat Acreage
           Comparison by Post Land Exchange Surface Management ........................................... 5
Table 5.   Skunk Camp North Pipeline and Powerline Disturbance (200-foot-width)
           to Designated Gila Chub Critical Habitat Acreage Comparison by Post
           Land Exchange Surface Management ......................................................................... 5
Table 6.   Skunk Camp North Pipeline Plus Powerline Disturbance (200-foot-width) to
           Designated Gila Chub Critical Habitat Acreage by Post Land Exchange Surface
           Management Difference .......................................................................................... 6
Table 7.   Skunk Camp North Pipeline and Powerline Disturbance to Proposed YBC Critical
           Habitat Acreage Comparison by Post Land Exchange Surface Management ............... 6
Table 8.   Skunk Camp North Pipeline and Powerline Disturbance (200-foot-width) to
           Proposed YBC Critical Habitat Acreage Comparison by Post Land Exchange
           Surface Management ............................................................................................... 6

Resolution Copper                                                                July 8, 2020
Skunk Camp Pipeline and Powerline Disturbance Comparison                            Page ii

Table 9.      Skunk Camp North Pipeline Plus Powerline Disturbance (200-foot-width) to Proposed YBC Critical Habitat Acreage by Post Land Exchange Surface Management Difference ........................................................................................7
Table 10.     Skunk Camp North Pipeline Disturbance Acres by Post Land Exchange Surface Management OHWM Acreage..................................................................................7
Table 11.     Skunk Camp North Pipeline Disturbance Acres by Watershed and Potential Waters of the U.S. ..........................................................................................7
Table 12.     Skunk Camp North Pipeline Disturbance of GDEs (Linear Feet) Comparison..........8
Table 13.     Skunk Camp North Pipeline and Powerline Disturbance to Predicted AHC Habitat Acreage Comparison by Post Land Exchange Surface Management...............9
Table 14.     Skunk Camp North Pipeline and Powerline Disturbance (200-ft width) to Predicted AHC Habitat Acreage Comparison by Post Land Exchange Surface Management..................................................................................................9
Table 15.     Skunk Camp North Pipeline Plus Powerline Disturbance (200-foot width) to Predicted AHC Habitat Acreage by Post Land Exchange Surface Management Difference ........................................................................................9
Table 16.     Skunk Camp North Pipeline and Powerline VQO Acreage Disturbance (200-foot-width) by Category Comparison – Construction and Reclamation Phases Maximum Impacts ..........................................................................10
Table 17.     Skunk Camp North Pipeline VQO Acreage Disturbance by Category Comparison – Operation Phase Impacts (20-ft Road) ....................................10
Table 18.     Skunk Camp North Pipeline and Powerline ROS Acreage Disturbance (200-foot-width) by ROS Management Classes Comparison – Construction and Reclamation Phases Maximum Impacts ....................................................11
Table 19.     Skunk Camp North Pipeline Corridors ROS Acreage Disturbance by ROS Management Classes Comparison – Operation Phase Impacts (20-ft Road) ............11

## FIGURES
(follow text)

Figure 1.     Skunk Camp North Pipeline and Powerline Corridors from West Plant Site to Skunk Camp
Figure 2.     USFWS Critical Habitat and Mineral Creek Crossing
Figure 3.     Arizona Hedgehog Cactus Predicted Habitat

## APPENDIX

Appendix A.   Results of Field Reconnaissance of Mineral Creek at the Revised Skunk Camp Tailings Pipeline and 115-kV Transmission Line Corridor

# I. INTRODUCTION AND BACKGROUND

Resolution Copper Mining, LLC (Resolution), engaged WestLand Resources, Inc. (WestLand), to compare potential direct impacts from the preferred alternative for the tailings powerline and pipelines described in the *Draft Environmental Impact Statement Resolution Copper Project and Land Exchange* (DEIS; USDA 2019) to a revised co-located corridor. The DEIS preferred alternative for the tailings powerline and pipelines (DEIS Alternative) is the Skunk Camp North alternative, which consists of two corridors following separate alignments: 1) Pipeline corridor and access road, approximately 23 miles long, 500-feet-wide; and 2) Powerline corridor and access road, approximately 19 miles long, 1,000-feet-wide. The revised alignment is designed to include both the tailings pipeline and most of the 115-kV powerline collocated within the same corridor (Revised Corridor).

In response to public comments and in consultation with the U.S. Forest Service (USFS) and cooperating agencies, Resolution has developed the Revised Corridor to reduce disturbance to public lands and resources (**Figure 1**). Updated information for the Revised Corridor was developed during the second Workgroup Meeting held on February 11, 2020; this memo addresses Action Item GS-15.

Revisions to the DEIS Alternative include:

- Collocation of the Skunk Camp North tailings pipeline and 115-kV powerline within the same corridor (Revised Corridor) from the Skunk Camp Tailings Storage Facility (TSF) to the 230-kV powerline corridor. At the intersection with the 230-kV powerline corridor, the tailings pipeline corridor travels west towards the West Plant Site (WPS; **Figure 1**); while the 115-kV powerline corridor travels northeast, along the 230-kV powerline corridor, towards the Silver King Substation. The 230-kV powerline applies to all the DEIS TSF alternatives; therefore, it is not included in this comparison.

- Revised alignment to avoid potential impacts to endangered Gila chub (*Gila intermedia*) designated critical habitat and Yellow-billed cuckoo (*Coccyzus americanus;* YBC) proposed critical habitat, waters of the U.S. (WOTUS), groundwater dependent ecosystems (GDE as defined in Chapter 3 Section 3.7.1 of the DEIS), the endangered Arizona hedgehog cactus (*Echinocereus coccineus var. arizonicus;* AHC) predicted habitat (Baker 2013), and Visual Quality Objectives (VQO) and Recreational Opportunity Spectrum (ROS) management classes for two standards and guidelines in Management Areas 2F and 3I of the Tonto National Forest (TNF) Land and Resources Management Plan (TNF 1985).

- Disturbance footprint reduced to 200-foot width (Disturbance Area) within an overall 500-foot-wide corridor. The 500-foot-wide corridor allows for flexibility in locating the pipeline and powerline along the route. Ultimately, direct disturbance would be limited to access roads, pipeline placement (to be installed below grade where practicable), and powerline structure footprints.

- Repositioning the pipeline tunnel, located north of U.S. Highway 60, to avoid other private land and mineral claims.

This technical memo presents a comparison of potential disturbance between the DEIS preferred alternative and the Revised Corridor to:

- endangered Gila chub (*Gila intermedia*) designated critical habitat

- Yellow-billed cuckoo (*Coccyzus americanus*; YBC) proposed critical habitat

- Southwestern Willow Flycatcher (*Empidonax traillii extimus*; SWFL) proposed critical habitat (comparison not included in this memo because not relevant to Skunk Camp North)

- WOTUS and Ordinary High Water Mark (OHWM)

- groundwater dependent ecosystems (GDE as defined in Chapter 3 Section 3.7.1 of the DEIS)

- endangered Arizona hedgehog cactus (*Echinocereus coccineus var. arizonicus*; AHC) predicted habitat (Baker 2013) and

- Visual Quality Objectives (VQO) and Recreational Opportunity Spectrum (ROS) management classes for two standards and guidelines in Management Areas 2F and 3I of the Tonto National Forest (TNF) Land and Resources Management Plan (TNF 1985).

The DEIS Alternative disturbance footprint was originally estimated using 100-percent disturbance in a 500-foot-wide pipeline corridor and in a 1,000-foot-wide powerline corridor. The estimated acreage for the 200-foot-wide disturbance areas within the pipeline and powerline corridors was calculated using a scaling factor for the DEIS Alternative and the Revised Corridor. For scaling the 500-foot-wide pipeline corridor to 200-foot-wide, a scaling factor of 200/500 (0.4) was used. For scaling the 1,000-foot-wide powerline corridor to 200-foot-wide, a scaling factor of 200/1,000 (0.2) was used. The 500-foot-wide corridor allows for flexibility in locating the pipeline and powerline along the route.

Ultimately, direct disturbance would be limited to access roads, powerline poles and pipeline placement (to be installed in a trench below grade where practicable). The disturbance acres due to powerline poles for the Revised Corridor were calculated only for poles that were outside of the pipeline corridor to avoid double counting. Each pole disturbance was calculated assuming a 50-foot by 50-foot (2,500 square feet or 0.057 acre) disturbance around the pole. Bridge crossings would avoid the ordinary high water marks (OHWM) of major drainages.

Trenchless methods (horizontal directional drilling, micro tunneling and other boring methods) would be used to cross under roads, waterways, or for high-point mountain passes. The proposed pipeline crossings for the Skunk Camp North alternative of Queen Creek and Devils Canyon would be spanned using bridges, and the crossing of Mineral Creek would use a trenchless method (Golder 2020). Therefore, actual disturbances are likely overestimated by using a 200-foot-wide corridor.

10-RCMSER-2572

## 2. DEIS ALTERNATIVE AND REVISED CORRIDOR DISTURBANCE COMPARISON

To analyze disturbance of selected resources, WestLand compared the DEIS Alternative pipeline and powerline footprints to the Revised Corridor footprint using Geographical Information Systems (GIS) data. Data sources include:

- Bureau of Land Management (BLM) 2012, WestLand Modified 2017; BLM PLSS Cadastral Data, and DEIS data 8-20-2018

- Critical Habitat (USFWS 2005, USFWS 2014)

- Potential WOTUS (WestLand 2018b)

- Wetlands (Montgomery and WestLand 2017)

- GDE (Montgomery and WestLand 2017, USDA 2019)

- AHC predicted habitat (Baker 2013)

- AHC locations (WestLand 2004, 2008, 2010, 2011, 2013a, b, c, 2014, 2015, 2017, 2018a, 2019, 2020)

- TNF VQO (TNF 1985)[1]

- TNF ROS (TNF 1985)[2]

### 2.1. SURFACE MANAGEMENT

Powerline and pipeline corridor estimated surface disturbances are shown in **Table 1** by post land exchange surface management and by alternative (DEIS Alternative and Revised Corridor). The pipeline tunnel was repositioned to avoid other private lands and mineral claims, and the tunnel acreage is not included in the pipeline disturbance acres. Results obtained by scaling the 1,000-foot-wide powerline disturbance and 500-foot-wide pipeline disturbance to 200-foot-width disturbance areas are provided in **Table 2**. For the Revised Corridor, the powerline acres of disturbance reflects only the disturbance for the eight poles (three on private land, five on ASLD land) that are outside of the collocated pipeline corridor, using a 2,500 square foot (0.057 acre) per pole disturbance. The surface management categories are:

- Private – Resolution Copper will own the land after the land exchange is completed

- ASLD – Arizona State Trust Land, managed by the Arizona State Land Department

- USFS – Forest Service land managed by Tonto National Forest

---

[1] Visual analysis GIS layers for Tonto National Forest were updated in 2007 and provided via Personal Communication from Chris Garrett, SWCA Environmental Consultants to Aaron Graham, WestLand Resources, Inc. on March 9, 2020.

[2] Recreational analysis GIS layers for Tonto National Forest were updated in 2011 and provided via Personal Communication from Chris Garrett, SWCA Environmental Consultants to Aaron Graham, WestLand Resources, Inc. on March 9, 2020.

Resolution Copper
Skunk Camp Pipeline and Powerline Disturbance Comparison

July 8, 2020
Page 4

**Table 1. Skunk Camp North Pipeline and Powerline Acres of Disturbance (500-ft or 1000-ft width) by Post Land Exchange Surface Management**

| Surface Management | DEIS Skunk Camp North 500-ft width Pipeline (acres)* | DEIS Skunk Camp North 1,000-ft width Powerline (acres) | Revised Corridor 500-ft width Pipeline (acres)* | Revised Corridor Powerline Poles and Access Roads (acres)** |
|---|---|---|---|---|
| Private | 346.3 | 225.5 | 118.3 | 0.3 |
| ASLD | 677.0 | 725.8 | 475.4 | 0.7 |
| USFS | 440.5 | 471.6 | 419.4 | 0 |
| Total | 1,463.8 | 1,422.9 | 1013.1 | 1.0 |

\* Note that Skunk Camp North Pipeline disturbance acreage does not include tunnel.
\*\* Revised Corridor powerline disturbance is calculated for poles outside of the pipeline corridor using a 2,500 square foot (0.057 acre) per pole disturbance, and 10-foot-wide access roads outside of the corridor.

**Table 2. Skunk Camp North Pipeline and Powerline Acres of Disturbance (Scaled to 200-foot width) by Post Land Exchange Surface Management**

| Surface Management | DEIS Skunk Camp North 200-ft width Pipeline (acres)* | DEIS Skunk Camp North 200-ft width Powerline (acres) | DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline (acres) | Revised Corridor 200-ft width Pipeline (acres) | Revised Corridor Powerline Poles and Access Roads (acres)** | Revised Corridor 200-ft Pipeline Plus Powerline Poles and Access Roads (acres) |
|---|---|---|---|---|---|---|
| Private | 138.5 | 45.1 | 183.6 | 47.3 | 0.3 | 47.6 |
| ASLD | 270.8 | 145.2 | 416.0 | 190.2 | 0.7 | 190.9 |
| USFS | 176.2 | 94.3 | 270.5 | 167.8 | 0 | 167.8 |
| Total | 585.5 | 284.6 | 870.1 | 405.3 | 1.0 | 406.3 |

\* Note that Skunk Camp North Pipeline disturbance acreage does not include tunnel.
\*\* Revised Corridor powerline disturbance is calculated for poles outside of the pipeline corridor, using a 2,500 square foot (0.057 acre) per pole disturbance, and 10-foot-wide access roads outside of the corridor.

**Table 3. Skunk Camp North Pipeline Plus Powerline Acres of Disturbance (200-foot-width) by Post Land Exchange Surface Management Difference**

| Surface Management | DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline Plus Powerline Poles and Access Roads (acres) | Difference DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline Minus Revised Corridor 200-ft Pipeline Plus Powerline Poles and Access Roads (acres) |
|---|---|---|---|
| Private | 183.6 | 47.6 | 136.0 |
| ASLD | 416.0 | 190.9 | 225.1 |
| USFS | 270.5 | 167.8 | 102.7 |
| Total | 870.1 | 406.3 | 463.8 |

WestLand Resources, Inc.

## 2.2. CRITICAL HABITAT

The DEIS Alternative and the Revised Corridor both cross designated critical habitat for Gila chub and proposed critical habitat for YBC. The Revised Corridor pipeline would either span or be installed through trenchless methods at the Mineral creek crossing, avoiding disturbances to both Gila chub and YBC critical habitat.

The DEIS Alternative and the Revised Corridor do not cross any SWFL proposed critical habitat; therefore, that is not included in the comparison. The comparison between the DEIS Alternative and the Revised Corridor is shown in **Table 4** (Gila Chub) and **Table 7** (YBC). Results obtained by scaling the 1,000-foot-wide powerline disturbance and 500-foot-wide pipeline disturbance to 200-foot-width disturbance are provided in **Table 5** (Gila Chub) and **Table 8** (YBC). The calculated difference in disturbed acres based on 200-foot-wide disturbance is shown in **Table 6** (Gila Chub) and **Table 9** (YBC).

The potential disturbance to critical habitat for the Revised Corridor is shown in the powerline access roads disturbance column because the area where the pipeline and powerline cross critical habitat are collocated. There is no disturbance to critical habitat from the pipeline because of spans or trenchless installation. There are no powerline poles that impact Gila Chub or YBC critical habitat.

**Table 4. Skunk Camp North Pipeline and Powerline Disturbance (500-ft or 1,000-ft width) to Designated Gila Chub Critical Habitat Acreage Comparison by Post Land Exchange Surface Management**

| Surface Management | DEIS Skunk Camp North 500-ft Pipeline (acres) | DEIS Skunk Camp North 1,000-ft Powerline (acres) | Revised Corridor 500-ft Pipeline (acres) | Revised Corridor Powerline Access Roads (acres)* |
|---|---|---|---|---|
| Private | 112.8 | 118.1 | 0 | 0 |
| ASLD | 26.8 | 50.4 | 0 | 0.2 |
| USFS | 1.3 | 4.2 | 0 | 0 |
| **Total** | **140.9** | **172.7** | **0** | **0.2** |

\* Revised Corridor powerline disturbance is calculated for 10-foot-wide access roads.

**Table 5. Skunk Camp North Pipeline and Powerline Disturbance (200-foot-width) to Designated Gila Chub Critical Habitat Acreage Comparison by Post Land Exchange Surface Management**

| Surface Management | DEIS Skunk Camp North 200-ft Pipeline (acres) | DEIS Skunk Camp North 200-ft Powerline (acres) | DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline (acres) | Revised Corridor Powerline Access Roads (acres)* | Revised Corridor 200-ft. Pipeline Plus Powerline Access Roads (acres) |
|---|---|---|---|---|---|---|
| Private | 45.1 | 23.6 | 68.8 | 0 | 0 | 0 |
| ASLD | 10.7 | 10.1 | 20.8 | 0 | 0.2 | 0.2 |
| USFS | 0.5 | 0.8 | 1.3 | 0 | 0 | 0 |
| **Total** | **56.4** | **34.5** | **90.9** | **0** | **0.2** | **0.2** |

\* Revised Corridor powerline disturbance is calculated for 10-foot-wide access roads.

Resolution Copper
Skunk Camp Pipeline and Powerline Disturbance Comparison

July 8, 2020
Page 6

**Table 6. Skunk Camp North Pipeline Plus Powerline Disturbance (200-foot-width) to Designated Gila Chub Critical Habitat Acreage by Post Land Exchange Surface Management Difference**

| Surface Management | DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline Plus Powerline Access Roads (acres) | Difference |
|---|---|---|---|
| | | | DEIS Skunk Camp North Minus Revised Corridor 200-ft Pipeline Plus Powerline Access Roads (acres) |
| Private | 68.8 | 0 | 68.8 |
| ASLD | 20.8 | 0.2 | 20.6 |
| USFS | 1.3 | 0 | 1.3 |
| Total | 90.9 | 0.2 | 90.7 |

**Table 7. Skunk Camp North Pipeline and Powerline Disturbance to Proposed YBC Critical Habitat Acreage Comparison by Post Land Exchange Surface Management**

| Surface Management | DEIS Skunk Camp North 500-ft Pipeline (acres) | DEIS Skunk Camp North 1000-ft Powerline (acres) | Revised Corridor 500-ft Pipeline (acres) | Revised Corridor Powerline Access Roads (acres)* |
|---|---|---|---|---|
| Private | 84.5 | 83.3 | 0 | 0 |
| ASLD | 31.8 | 38.7 | 0 | 0.2 |
| USFS | 1.0 | 1.0 | 0 | 0 |
| Total | 117.3 | 123.0 | 0 | 0.2 |

\* Revised Corridor powerline disturbance is calculated for 10-foot-wide access roads.

**Table 8. Skunk Camp North Pipeline and Powerline Disturbance (200-foot-width) to Proposed YBC Critical Habitat Acreage Comparison by Post Land Exchange Surface Management**

| Surface Management | DEIS Skunk Camp North 200-ft Pipeline (acres) | DEIS Skunk Camp North 200-ft Powerline (acres) | DEIS Skunk Camp North 200-ft Pipeline plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline (acres) | Revised Corridor Powerline Access Roads (acres) | Revised Corridor 200-ft Pipeline Plus Powerline Access Roads (acres) |
|---|---|---|---|---|---|---|
| Private | 33.8 | 16.7 | 50.5 | 0 | 0 | 0 |
| ASLD | 12.7 | 7.7 | 20.5 | 0 | 0.2 | 0.2 |
| USFS | 0.4 | 0.2 | 0.6 | 0 | 0 | 0 |
| Total | 46.9 | 24.6 | 71.6 | 0 | 0.2 | 0.2 |

\* Revised Corridor powerline disturbance is calculated for 10-foot-wide access roads.

**Table 9. Skunk Camp North Pipeline Plus Powerline Disturbance (200-foot-width) to Proposed YBC Critical Habitat Acreage by Post Land Exchange Surface Management Difference**

| Surface Management | DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline Plus Powerline Access Roads (acres) | Difference DEIS Skunk Camp North Minus Revised Corridor 200-ft Pipeline Plus Powerline Access Roads (acres) |
|---|---|---|---|
| Private | 50.5 | 0 | 50.5 |
| ASLD | 20.5 | 0.2 | 20.3 |
| USFS | 0.6 | 0 | 0.6 |
| Total | 71.6 | 0.2 | 71.4 |

## 2.3. POTENTIAL WATERS OF THE U.S.

Both the DEIS Alternative and Revised Corridor pipelines fall within the Queen Creek and Mineral Creek watersheds (**Figures 1 and 2**). Total acreage of OHWM calculated for each pipeline corridor by surface management is provided in **Table 10**. Calculation of acres of disturbance for **Tables 10 and 11** are based on the Rapanos decision for determining potential jurisdictional WOTUS. Mineral Creek is potentially jurisdictional in the Skunk Camp North area. The powerline will not have any impact to OHWM and is not included in these tables. Impact by watershed is calculated in **Table 11**.

**Table 10. Skunk Camp North Pipeline Disturbance Acres by Post Land Exchange Surface Management OHWM Acreage**

| Surface Management | DEIS Skunk Camp North 500-ft Pipeline (acres) | Revised Corridor 500-ft Pipeline (acres) | Difference DEIS Skunk Camp North Minus Revised Corridor 500-ft Pipeline (acres) |
|---|---|---|---|
| Private | 11.6 | 3.9 | 7.7 |
| ASLD | 17.6 | 10.1 | 7.5 |
| USFS | 6.1 | 3.8 | 2.3 |
| Total OHWM | 35.3 | 17.8 | 17.5 |

**Table 11. Skunk Camp North Pipeline Disturbance Acres by Watershed and Potential Waters of the U.S.**

| Watershed | DEIS Skunk Camp North 500-ft Pipeline (acres) | DEIS Skunk Camp North Jurisdictional (acres) | Revised Corridor 500-ft Pipeline (acres)** | Revised Corridor Jurisdictional (acres) |
|---|---|---|---|---|
| Queen Creek Watershed | 3 | 0 | 2.2 | 0 |
| Mineral Creek Watershed* | 31 | 31 | 15.7 | 15.7 |
| Total | 34 | 31 | 17.9 | 15.7 |

\*  Mineral Creek watershed is considered potentially jurisdictional, therefore OHWM acreage would be considered potential WOTUS.

\*\*  Queen Creek, Devils Canyon, and Mineral Creek acreages are not included in these totals because they are underbored for pipeline installation and not disturbed.

## 2.4. GROUNDWATER DEPENDENT ECOSYSTEMS

The DEIS Alternative pipeline installation would potentially disturb a continually saturated reach along Mineral Creek (Mineral Creek GDE; **Figures 1 and 2**). The DEIS Alternative parallels the Mineral Creek GDE, disturbing approximately 63,350 linear feet along the GDE (**Table 12**). The Revised Corridor avoids the Mineral Creek GDE reducing the disturbance to GDEs by 63,350 linear feet. The pipeline within the Revised Corridor would be installed using a trenchless crossing approximately 1.2 miles upstream of the Mineral Creek GDE, at an ephemeral reach (**Appendix A**).

**Table 12. Skunk Camp North Pipeline Disturbance of GDEs (Linear Feet) Comparison**

| Resources Disturbed | DEIS Skunk Camp North Disturbance (linear feet) | Revised Corridor Disturbance (linear feet) | Difference DEIS Skunk Camp North Minus Revised Corridor (linear feet) |
|---|---|---|---|
| Groundwater Dependent Ecosystems (GDE) | 63,350 | 0 | 63,350 |

## 2.5. ARIZONA HEDGEHOG CACTUS

Numerous surveys within the predicted habitat for AHC (Baker 2013) have been conducted by WestLand (WestLand 2004, 2008, 2010, 2011, 2013a, b, c, 2014, 2015, 2017, 2018a, 2019). Targeted surveys were conducted within and in the immediate vicinity of the DEIS Alternative (WestLand 2019) and the Revised Corridor (WestLand 2020). The density and distribution of individual AHC within the predicted habitat varies across the landscape. The DEIS Alternative traverses areas of high AHC concentration both north and south of U.S. Highway 60. The Revised Corridor avoids most of these dense AHC concentrations. Additionally, with the flexibility in construction of the pipeline, and minimal footprint of the powerline poles and access roads, disturbance to AHC individuals within the Revised Corridor can be minimized, or avoided, where possible.

The comparison of disturbance acres in **Table 13** assumes 100-percent disturbance to the 500-foot width pipeline corridor and the 1000-foot width powerline corridor for the DEIS Alternative and 100-percent disturbance to the 500-foot width pipeline corridor and the 500-foot width powerline corridor for the Revised Corridor. Results obtained by scaling the 1,000-foot width or 500-foot width powerline disturbances and 500-foot width pipeline disturbances to 200-foot width disturbances are provided in **Table 14**. The calculated difference in disturbed acres based on 200-foot width disturbances is shown in **Table 15**. This comparison of 200-foot width disturbances may not be accurate due to the modeling used to predict habitat for AHC and the scaling factor used to reduce the DEIS disturbance to 200-foot-width.

WestLand Resources, Inc.

**Table 13. Skunk Camp North Pipeline and Powerline Disturbance to Predicted AHC Habitat Acreage Comparison by Post Land Exchange Surface Management**

| Surface Management | DEIS Skunk Camp North 500-ft Pipeline (acres) | DEIS Skunk Camp North 1,000-ft Powerline (acres) | Revised Corridor 500-ft Pipeline (acres) | Revised Corridor 500-ft Powerline (acres)* |
|---|---|---|---|---|
| Private | 53.6 | 0 | 32.9 | 0 |
| USFS | 232.8 | 308.8 | 108.9 | 0 |
| **Total** | **286.4** | **308.8** | **141.8** | **0** |

* The potential disturbance to predicted habitat for AHC for the Revised Corridor is included in the pipeline disturbance. The areas where the pipeline and powerline cross predicted habitat are collocated.

**Table 14. Skunk Camp North Pipeline and Powerline Disturbance (200-ft width) to Predicted AHC Habitat Acreage Comparison by Post Land Exchange Surface Management**

| Surface Management | DEIS Skunk Camp North 200-ft Pipeline (acres) | DEIS Skunk Camp North 200-ft Powerline (acres) | DEIS Skunk Camp North 200-ft Pipeline plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline (acres) | Revised Corridor 200-ft Powerline (acres)* | Revised Corridor 200-ft Pipeline Plus 200-ft Powerline (acres) |
|---|---|---|---|---|---|---|
| Private | 21.4 | 0 | 21.4 | 13.2 | 0 | 13.2 |
| USFS | 93.1 | 61.8 | 154.9 | 43.5 | 0 | 43.5 |
| **Total** | **114.5** | **61.8** | **176.3** | **56.7** | **0** | **56.7** |

* The potential disturbance to predicted habitat for AHC for the Revised Corridor is included in the pipeline disturbance. The areas where the pipeline and powerline cross predicted habitat are collocated.

**Table 15. Skunk Camp North Pipeline Plus Powerline Disturbance (200-foot width) to Predicted AHC Habitat Acreage by Post Land Exchange Surface Management Difference**

| Surface Management | DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline Plus 200-ft Powerline (acres) | Difference |
|---|---|---|---|
| | | | DEIS Skunk Camp North Minus Revised Corridor 200-ft Pipeline Plus 200-ft Powerline (acres) |
| Private | 21.4 | 13.2 | 8.2 |
| USFS | 154.9 | 43.5 | 111.4 |
| **Total** | **176.3** | **56.7** | **119.6** |

## 2.6. Visual Quality Objective and Recreation Opportunity Spectrum Comparison

The DEIS notes that amendments to the 1985 forest plan would be needed under the DEIS Alternative to reconcile the VQO and ROS management classes for two standards and guidelines in Management Areas 2F and 3I (USDA 2019). **Tables 16 and 17** show the disturbance acreages within TNF, post land exchange, (200-ft width) by VQO category for the Skunk Camp North pipeline and powerline corridors. **Tables 18 and 19** show the disturbance acreages within TNF, post land exchange, (200-ft width) by ROS management class for the Skunk Camp North pipeline and powerline

Resolution Copper
Skunk Camp Pipeline and Powerline Disturbance Comparison

July 8, 2020
Page 10

corridors. GIS mapped VQO acres impacted are assumed to degrade to the modification category. For example, retention and partial retention would degrade to modification after pipeline installation.

TNF requested that the VQO and ROS impacts be categorized by construction (2 years), operation (40 years), and reclamation (2 years). The maximum estimated impacts on VQO and ROS are expected to occur during both construction and reclamation (**Tables 16 and 18**), and those estimates assume that the entire pipeline and powerline will be removed (dug up and hauled out) during reclamation. The calculation used for operation impacts is based on the centerline length of the pipeline within TNF multiplied by a 20-ft wide roadway within the 200-foot-wide area and converted to acres (**Tables 17 and 19**).

In the DEIS calculations there are areas included in VQO calculations as 'not rated' that are outside of TNF, and areas included in ROS calculations as 'urban' that are outside of TNF.

**Table 16. Skunk Camp North Pipeline and Powerline VQO Acreage Disturbance (200-foot-width) by Category Comparison – Construction and Reclamation Phases Maximum Impacts**

| VQO Category | DEIS Skunk Camp North 200-ft Pipeline (acres) | DEIS Skunk Camp North 200-ft Powerline (acres) | DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline (acres) | Revised Corridor Powerline Poles and Access Roads (acres)* | Revised Corridor 200-ft Pipeline Plus Powerline Poles and Access Roads (acres) |
|---|---|---|---|---|---|---|
| Retention | 72.3 | 16.6 | 88.9 | 30.0 | 0 | 30.0 |
| Partial Retention | 70.0 | 30.2 | 100.2 | 46.4 | 0 | 46.4 |
| Modification | 55.3 | 47.6 | 102.9 | 97.2 | 0 | 97.2 |
| Maximum Modification | 0 | 0 | 0 | 0 | 0 | 0 |
| Not Rated | 10.9 | 0 | 10.9 | 10.9 | 0 | 10.9 |
| **Total** | **208.6** | **94.5** | **303.0** | **184.5** | **0** | **184.5** |

\* Each disturbance calculated for installation of power poles and access roads outside of the pipeline corridor were less than 0.1 acre.

**Table 17. Skunk Camp North Pipeline VQO Acreage Disturbance by Category Comparison – Operation Phase Impacts (20-ft Road)**

| VQO Category | DEIS Skunk Camp North 20-ft Road (acres) | Revised Corridor 20-ft Road (acres) | Difference DEIS Skunk Camp North Minus Revised Corridor 20-ft Road (acres) |
|---|---|---|---|
| Retention | 5.6 | 3.0 | 2.6 |
| Partial Retention | 5.6 | 5.0 | 0.6 |
| Modification | 5.9 | 10.2 | - 4.3 |
| Maximum Modification | 0 | 0 | 0 |
| Not Rated | 1.1 | 1.0 | 0.1 |
| **Total** | **18.2** | **19.2** | **-1.0** |

**Table 18. Skunk Camp North Pipeline and Powerline ROS Acreage Disturbance (200-foot-width) by ROS Management Classes Comparison – Construction and Reclamation Phases Maximum Impacts**

| ROS Management Classes | DEIS Skunk Camp North 200-ft Pipeline (acres) | DEIS Skunk Camp North 200-ft Powerline (acres) | DEIS Skunk Camp North 200-ft Pipeline Plus 200-ft Powerline (acres) | Revised Corridor 200-ft Pipeline (acres) | Revised Corridor Powerline Poles and Access Roads (acres) | Revised Corridor 200-ft Pipeline Plus Powerline Poles and Access Roads (acres) |
|---|---|---|---|---|---|---|
| Roaded Natural | 28.7 | 26.1 | 54.8 | 29.3 | 0 | 29.3 |
| Semi-primitive Motorized | 123.0 | 68.2 | 191.2 | 92.1 | 0.1 | 92.2 |
| Semi-primitive Nonmotorized | 0.8 | | 0.8 | 25.5 | 0 | 25.5 |
| Urban | 56.2 | | 56.2 | 39.5 | 0 | 39.5 |
| Total | 208.8 | 94.3 | 303.1 | 186.4 | 0.1 | 186.5 |

**Table 19. Skunk Camp North Pipeline Corridors ROS Acreage Disturbance by ROS Management Classes Comparison – Operation Phase Impacts (20-ft Road)**

| ROS Management Classes | DEIS Skunk Camp North 20-ft Road Corridor (acres) | Revised Skunk Camp North 20-ft Road Corridor (acres) | Difference DEIS Skunk Camp North Minus Revised Corridor 20-ft Road Corridor (acres) |
|---|---|---|---|
| Roaded Natural | 2.8 | 2.9 | - 0.1 |
| Semi-primitive Motorized | 10.2 | 9.9 | 0.3 |
| Semi-primitive Nonmotorized | 0.2 | 2.6 | - 2.4 |
| Urban | 5.1 | 4.1 | 1.0 |
| Total | 18.3 | 19.5 | - 1.2 |

## 3.  REFERENCES

Baker, Marc A. 2013. Draft Recovery Plan for (*Echinocereus arizonicus*) subsp. *arizonicus* (Arizona Hedgehog Cactus). *Prepared for the U.S. Fish and Wildlife Service*. September 19, 2013.

Golder Associates Inc. 2020. Resolution Copper Skunk Camp Pipelines, Pipeline Protection and Integrity Plan. *Submitted to Resolution Copper*. Walnut Creek, California: Golder Associates Inc. May 15, 2020.

Montgomery & Associates, and WestLand Resources, Inc. 2017. Spring and Seep Catalog Resolution Copper Project Area Upper Queen Creek and Devils Canyon Watersheds. *Prepared for Resolution Copper*. Tucson, Arizona: Montgomery & Associates and WestLand Resources, Inc. October 3, 2017. 109 pp.

U.S. Department of Agriculture. 2019. DRAFT Environmental Impact Statement Resolution Copper Project and Land Exchange. Tonto National Forest. Phoenix, Arizona: U.S. Forest Service. August 1, 2019.

U.S. Fish and Wildlife Service. 2005. Endangered and Threatened Wildlife and Plants; Listing Gila Chub as Endangered with Critical Habitat; Final Rule. November 2, 2005. *Federal Register*, 70:66664-66721.

_____. 2014. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Western Distinct Population Segment of the Yellow-billed Cuckoo; Proposed Rule. U.S. Department of the Interior. August 15, 2014. *Federal Register*, 79:48548-48652.

U.S. Forest Service. 1985. Tonto National Forest Plan. Southwest Region: U.S. Department of Agriculture. October 1985. 329 pp.

WestLand Resources, Inc. 2004. 2004 Arizona Hedgehog Cactus Survey: Federal Parcel, Pinal County, Arizona. *Prepared for Resolution Copper Company*. Tucson, Arizona: WestLand Resources, Inc. December 2004. 33 pp.

_____. 2008. Resolution Pre-Feasibility Activities 2007-2008: Arizona Hedgehog Cactus Survey Pinal County, Arizona. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. May 9, 2008. 33 pp.

_____. 2010. 2010 Arizona Hedgehog Cactus Survey Report Pinal County, Arizona. *Prepared for Resolution Copper Company*. Tucson, Arizona: WestLand Resources, Inc. December 15, 2010. 1073 pp.

_____. 2011. Arizona Hedgehog Cactus Monitoring Report for Construction Activities along FR 2466. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. June 30, 2011. 36 pp.

_____. 2013a. 2012 Prefeasibility Activities Arizona Hedgehog Cactus Action Area Survey (Conservation Measure 5) *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. March 2013. 40 pp.

Resolution Copper                                                                July 8, 2020
Skunk Camp Pipeline and Powerline Disturbance Comparison                          Page 13

_____. 2013b. Arizona Hedgehog Cactus Database. *Prepared for Resolution Copper Mining.* Tucson, Arizona: WestLand Resources, Inc. August 7, 2013. 6 pp.

_____. 2013c. Arizona Hedgehog Cactus Survey of Proposed Re-Alignment of Magma Mine Road. *Prepared for Resolution Copper Mining.* Tucson, Arizona: WestLand Resources, Inc. February 15, 2013. 13 pp.

_____. 2014. 2014 Arizona Hedgehog Cactus Survey Report. *Prepared for Resolution Copper Mining.* Tucson, Arizona: WestLand Resources, Inc. November 2014. 41 pp.

_____. 2015. Arizona Hedgehog Cactus Survey Report East and West Plant Sites. *Prepared for Resolution Copper Mining.* Tucson, Arizona: WestLand Resources, Inc.

_____. 2017. 2017 Arizona Hedgehog Cactus Survey Report East Plant Site. *Prepared for Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. November 2017. 30 pp.

_____. 2018a. 2018 Arizona Hedgehog Cactus Survey Report. *Prepared for Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. November 2018.

_____. 2018b. Resolution Tailings Storage Facility Alternatives: Comparative Analysis of Ordinary High Water Mark, Aquatic Features, and Potential Waters of the U.S. Tucson, Arizona: WestLand Resources, Inc. September 6, 2018.

_____. 2019. 2019 Arizona Hedgehog Cactus Survey Report 230-kV Transmission Corridor and Skunk Camp Tailings Alternative Transmission and Pipeline Corridors. *Prepared for Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. October 23, 2019. 42 pp.

_____. 2020. Arizona Hedgehog Cactus Project Area Status 2020. *Prepared for Resolution Copper.* Tucson, Arizona: WestLand Resources, Inc. June 16, 2020.

**FIGURES**







# APPENDIX A

**Results of Field
Reconnaissance
of Mineral Creek
at the Skunk Camp
Tailings Pipeline
and 115-kV
Transmission
Line Corridor**

# RESULTS OF FIELD RECONNAISSANCE OF MINERAL CREEK AT THE REVISED SKUNK CAMP TAILINGS PIPELINE AND 115-KV TRANSMISSION LINE CORRIDOR

| | |
|---|---|
| **Prepared for:** | Resolution Copper |
| **Prepared by:** | WestLand Resources, Inc. |
| **Date:** | April 21, 2020 |
| **Project No.:** | 0807.176 |

To assess potential impacts to wetlands within the co-located Skunk Camp tailings pipeline and 115-kV transmission line corridors (Revised Corridor), a wetland delineation was conducted along appropriate areas on February 12 and 13, 2020. Prior to field surveys, aerial photos and GIS layers of the Revised Corridor were reviewed to prioritize areas of interest. Evaluations were made at sites where potential wetlands may occur, specifically, cattle tanks and associated drainages along the corridor between Mineral Creek and Oak Flat. Sampling locations included inspections of two unnamed earthen tanks (**Photos 1 and 2**), areas where the corridor traversed Lyons Fork tributary (**Photo 3**), and its crossing in Mineral Creek (**Photo 4**). Site assessment methodologies consisted of taking area photographs, documenting the presence or absence of wetland obligate or facultative plants, inspecting soil characteristics typical of wetland soils, and recording hydrology of the vicinity.

No wetlands were found within the Revised Corridor. None were found inside or in the vicinity of cattle tanks or within the corridor along Lyons Fork tributary. No surface water or evidence of wetlands were observed in the corridor crossing area of Mineral Creek including areas within the Ordinary High Water Mark (OHWM) and outside of the mapped jurisdictional boundary. Overall, soils in the sites were sandy-loam and well drained limiting the potential for the development of hydric soils. Upland and xeroriparian vegetation were present within potential wetland areas indicating that water was not present within the soil for appropriate periods to lead to changes in community.

Inspections of this corridor crossing within designated critical habitat for the endangered Gila Chub of Mineral Creek yielded no surface water or wetlands (**Photos 5 through 9**). This crossing segment of Mineral Creek appears to be ephemeral. The conditions within the greater area were wet from recent rainfall and winter snow melt. Surface water was present in several tributaries to Mineral Creek, including Lyons Fork tributary and along Mineral Creek downgradient of the crossing. Despite the presence of surface water within portions of the Mineral Creek drainage, the segment where the corridor crossed was dry.

| Results of Field Reconnaissance of Mineral Creek at the | April 21, 2020 |
|---|---|
| Skunk Camp Tailings Pipeline and 115-kV Transmission Line Corridor | Page 2 |



**Photo 1; Photo Point 1.**
Potential wetland evaluated in the vicinity of an earthen tank near Rawhide Canyon. No surface water was present.



**Photo 2; Photo Point 2.**
Potential wetland area evaluated in vicinity of an earthen tank near Devils Canyon. No surface water was present.



**Photo 3; Photo Point 3.**
Potential wetland area evaluated in the Lyons Fork tributary to Mineral Creek. No surface water was present.



**Photo 4; Photo Point 4.**
Potential wetland area evaluated in Mineral Creek. No surface water was present.



**Photo 5; Photo Point 4.**
Upstream view of section of Mineral Creek where Study Corridor will cross within Gila chub designated critical habitat. No surface water was present.



**Photo 6; Photo Point 4.**
Downstream view of section of Mineral Creek where Study Corridor will cross within Gila chub designated critical habitat. No surface water was present.

Results of Field Reconnaissance of Mineral Creek at the
Skunk Camp Tailings Pipeline and 115-kV Transmission Line Corridor

April 21, 2020
Page 4



**Photo 7; Photo Point 4.**
View of Mineral Creek where the Study Corridor will cross in areas where OHWM was mapped. No surface water was present. Upland and xero riparian vegetation were present.



**Photo 8; Photo Point 4.**
View of Mineral Creek where the Study Corridor will cross where OHWM is mapped. No surface water was present. Upland and xero riparian vegetation were present.



**Photo 9; Photo Point 4.**
View of Mineral Creek where the Study Corridor will cross where OHWM is mapped. No surface water was present. Upland and xero riparian vegetation were present.

**Resolution Copper Project**
**USFS Special Use Permit Application**
**FORM SF-299 – Attachment 1**

# Appendix D



# General Plan of Operations

# Road Use Plan

## Revised August 2020

# TABLE OF CONTENTS

1. **INTRODUCTION** ........................................................................................................................... 1
2. **EXISTING U.S. FOREST SERVICE ROADS** ......................................................................... 2
   2.1. Applicant Use ....................................................................................................... 2
   2.2. Public Use ............................................................................................................ 2
   2.3. MARRCO Corridor ............................................................................................... 2
        2.3.1. Tailings Storage Facility and Utility Corridor .......................................... 3
        2.3.2. West Plant Site ........................................................................................ 4
        2.3.3. East Plant Site ......................................................................................... 4
        2.3.4. 230-kV Corridor ....................................................................................... 5
   2.4. Routine Maintenance to Existing U.S. Forest Service Roads ............................. 5
        2.4.1. Maintenance Level Descriptions .............................................................. 5
        2.4.2. Maintenance Activities ............................................................................. 5
   2.5. Maintenance of Existing U.S. Forest Service Roads .......................................... 5
        2.5.1. Design Standards ..................................................................................... 6
        2.5.2. Maintenance Methods .............................................................................. 6
        2.5.3. Environmental Protection Measures ......................................................... 6
3. **PROPOSED NEW ROADS ON TNF AND STATE LANDS** ......................................... 7
   3.1. Applicant Use ....................................................................................................... 7
   3.2. Public Use ............................................................................................................ 7
   3.3. Design Standards ................................................................................................. 7
        3.3.1. Traveled Way ........................................................................................... 8
        3.3.2. Drainage Improvements ........................................................................... 8
   3.4. Construction Methods .......................................................................................... 9
   3.5. Environmental Protection Measures .................................................................... 9
4. **REFERENCES** ............................................................................................................................ 10

## TABLES
(follow text)

Table 1.        Proposed Forest Service Road Condition during Plan of Operations
Table 2.        Proposed New Road Condition during Plan of Operations
Table 3.        Access Route Access Route Disturbance by Surface Land Management

## FIGURES
(follow text)

Figure 1.       Road Use Plan Overview
Figure 2.       MARRCO
Figure 3.       MARRCO to West Plant Site
Figure 4.       West and East Plant Sites
Figure 5.       Utility Corridor
Figure 6.       Utility Corridor North of TSF
Figure 7.       Skunk Camp TSF

Resolution Copper                                                      Road Use Plan

# 1. INTRODUCTION

Resolution Copper Mining, LLC (Resolution or Applicant) submitted a General Plan of Operations (Plan or GPO), dated November 2013, to the Tonto National Forest (TNF) for authorization to construct an underground mine, ore processing operation, and associated facilities and infrastructure near Superior, Pinal County, Arizona. These components are collectively identified as the Resolution Copper Project (Resolution Project or Project). The proposed location for the Project is referred to as the General Project Area (GPA) as defined in the submitted Plan. The Road Use Plan has been updated to include roads in the vicinity of the GPA that will not be adversely impacted by the Project, as well as roads that will be used to access the U.S. Forest Service (USFS) preferred alternative identified in the Environmental Impact Statement (EIS) with the Skunk Camp Tailings Storage Facility location

The main sites and associated primary Project elements within the GPA that are located on or accessed from TNF lands include:

- East Plant Site (EPS) – Underground mine and attendant shafts and surface support facilities;
- West Plant Site (WPS) – Concentrator (ore processing facilities), and administrative facilities;
- 230 kilovolt (kV) powerline corridor and access roads (230-kV corridor);
- Tailings Storage Facility (TSF) – Skunk Camp tailings storage area and associated Tailings Pipeline and Powerline Corridor (distribution pipelines, 115-kV powerline, and access roads [Utility Corridor]); and
- The Magma Arizona Railroad Company (MARRCO) Corridor (existing rail line, existing and future pipelines).

Development of project sites and elements would require the use of, maintenance of existing U.S. Forest Service Roads (FRs) as well as construction of Proposed New Roads (PNRs) both on and off TNF lands. With the exception of the TSF and ancillary infrastructure, the Project will be conducted primarily underground and on previously disturbed areas.

Proposed access routes within and adjacent to the GPA are identified on an overview map index and associated figures (**Figures 1 through 7**). Details of the activities associated with the proposed access routes are provided in **Tables 1 through 3**.

The Road Use Plan is intended to provide general guidance for minimizing impacts to areas, resources, and people adjoining, served by, or otherwise affected by FRs and PNRs proposed for use by Resolution and its agents to access Project sites throughout the duration of the Project. This Road Use Plan, prepared in accordance with USFS regulations for travel management and motor vehicle use on National Forest System (NFS) lands (36 CFR Parts 212, 251, 261, and 295), identifies and describes the following:

1. The Applicant's proposed access within and adjacent to the GPA and anticipated use of routes;
2. The intended public use and access allowed on the existing system of open FRs in and adjacent to the GPA, and the PNRs;



10-RCMSER-2596

3. The design, construction, and/or maintenance standards for roads under the responsibility of Resolution; and

4. The estimated disturbance area to TNF lands associated with the construction of PNRs and maintenance of existing FRs required to complete the proposed activities.

## 2. EXISTING U.S. FOREST SERVICE ROADS

### 2.1. APPLICANT USE

All the FRs proposed for use in, and in the vicinity of, the GPA are currently designated as open authorized, open unauthorized, or open authorized restricted to motorized vehicles. Existing FRs would be used for access to, from, and within the GPA. Some portions of the roads would require routine maintenance for the Project duration. Some existing FRs, as well as several unauthorized roads, not officially within the USFS road system, will require decommissioning due to their location within the disturbance area of the GPA.

### 2.2. PUBLIC USE

Resolution will maintain public access on NFS roads to the areas surrounding the GPA throughout all phases of the Project to the extent practicable as depicted in **Figures 1 through 7**. The plan for public access is described in the following sections which are organized by main Project site and associated primary project elements.

### 2.3. MARRCO CORRIDOR

There are 17 proposed access points along the MARRCO Corridor for use in the Project for both construction and operation/maintenance purposes. All 17 of these MARRCO Corridor Access points (MCAs) will be accessed from within the MARRCO Corridor. The pipeline infrastructure within the MARRCO Corridor will be buried via trench installation during construction. Several FRs intersect the MARRCO Corridor and include: Hewitt Canyon Road (FR 357), FR 1933, FR 3454A, FR 3454C, FR 252, FR 293, FR 8, FR 2397, and FR 2395 (**Figures 2, 3, and 4**). The sections of FRs that cross the pipeline will be temporarily closed in coordination with the USFS and/or other relevant land management agencies (e.g. Arizona State Land Department [ASLD]), and then reestablished to their existing maintenance level after construction in coordination with the USFS and/or ASLD. During construction, alternate access directions will be provided to recreational users to allow access and connections via other FRs. Gates will be placed on either side of the FRs with appropriate signing (per USFS guidelines and Manual on Uniform Traffic Control Devices [MUTCD]) to restrict access to the MARRCO Corridor and Resolution's MARRCO access road and associated infrastructure. Although not a FR, the Arizona Trail (AZT) currently crosses the MARRCO Corridor. During construction of that section, that portion of the AZT will be temporarily closed to public access and a temporary crossing within the corridor in another location will be established to allow continued passage for recreational users. Additionally, to the extent practicable, the construction of that section will occur during low recreational use (summer months).



10-RCMSER-2597

Resolution Copper                                                        Road Use Plan

### 2.3.1.   Tailings Storage Facility and Utility Corridor

The construction of the TSF will not impact any TNF roads but will restrict public access to unimproved existing county roads that traverse the proposed TSF area with the installation of a gate (**Figure 7**). PNR-10 will be constructed within the TSF footprint and is described in **Section 3**. Dripping Spring Road, a county road, will be used to access PNR-10, and a gate will be installed at the TSF fence line, restricting public access to the TSF. Dripping Spring Road within the footprint of the TSF will be decommissioned. Alternate access to Dripping Spring Road and areas north of the TSF will be via FR 899 to an unnamed county road that connects to Dripping Spring Road (**Figure 6**).

The TSF requires Tailings Pipelines and a 115-kV Powerline, which share the same corridor from the TSF to the 230-kV Corridor. At the intersection of the 230-kV Corridor, the Tailings Pipeline corridor travels west towards the WPS; while the 115-kV Powerline corridor travels northeast, along the 230-kV Corridor, towards the Silver King Substation. Both the Utility Corridor and 230-kV Corridor will cross TNF roads. The pipeline infrastructure within the Utility Corridor will be buried via trench installation during construction (except for tunnel and bridge span sections). The sections of FRs that cross the pipeline will be temporarily closed in coordination with USFS and ASLD as needed, and then reestablished to their existing maintenance level after construction in coordination with USFS, ASLD, and the county as needed.  Road maintenance obligations will not change. The Utility Corridor will cross four existing FRs between the TSF and WPS (**Figures 4 through 7**). The Utility Corridor begins at the TSF and will travel north along the existing Dripping Spring Road crossing an SLR that connects to FR 248, east of the Utility Corridor.  Public access between Dripping Spring Road and FR 248 will remain publicly accessible. After diverging from Dripping Spring Road, the pipeline is installed via a trenchless crossing near Mill Creek. No access roads are needed at this trenchless crossing. For the 115-kV Powerline, PNR-3 through PNR-9 will be constructed along Dripping Spring Road for access to the power structures (**Figure 6**). Each access road will have a gate located at Dripping Spring Road, prohibiting access to the public. FR 899 will still be publicly accessible from Dripping Spring Road through a connecting County road. PNR-3 will provide access to the 115-kV Powerline and connect to PNR-2, the Utility Corridor access road. From this point, PNR-2 travels north until it once again intersects with Dripping Springs Road. At this intersection, two gates will be installed at both sides of Dripping Springs Road restricting public access to PNR-2 (**Figure 5**). PNR-2 continues to travel northwest until it intersects with SLR-3. At this point, a gate will be installed restricting public access to southbound PNR-2. Resolution will use portions of SLR-1 through 3 as well as FR 2466 along the Utility Corridor. These portions will remain open to the public and maintained as-is (**Figure 5**). FR 2469 will remain accessible to the public. Where FR 2466 meets PNR-1, another gate will be installed restricting public access north within the Utility Corridor.

PNR-1 travels north, then west until it reaches Devils Canyon (**Figures 4 and 5**). At Devils Canyon, PNR-1 will span the canyon via a proposed private bridge then resume traveling north. Proposed bridge will be reviewed by USFS prior to construction. Prior to construction, a bridge inspection schedule will be determined by Resolution and USFS. At the intersection of PNR-1 and U.S. Highway 60, two gates will be installed restricting public access northbound and southbound on PNR-1. Once PNR-1 intersects the 230-kV Corridor, the 115-kV Powerline will begin to travel northeast (within the 230-kV Corridor) and utilize

**RESOLUTION**

Resolution Copper                                                                          Road Use Plan

the existing 115-kV access road. The 230-kV Corridor will only contain transmission towers and lines, allowing public access to FR 342 and FR 2459 to be maintained. Two gates will be installed at the intersection of these two FRs and PNR-1, restricting public access northbound and southbound on PNR-1. PNR-1 will continue to head north, following the Utility Corridor, intersecting FR 2458 which will remain publicly accessible. Just past the intersection with FR 2458 the pipeline corridor is bored under the mountains. On the west side of the mountain boring, the Utility Corridor will utilize FR 1010 for access to the WPS. FR 1010 will have a gate installed at the intersection with FR 2445, to restrict public access into the WPS. FR 2446 public access will be maintained via U.S. Highway 60 to FR 8, then to FR 3152, FR 229, and FR 2445. Design standards for PNR-1 through PNR-10 are described in **Section 3**.

Details on FRs and PNRs are presented in **Tables 1 through 3**.

### 2.3.2.    West Plant Site

The WPS is primarily located on private lands, with only the Silver King Mine Road alternate entrance located on TNF lands (**Figure 4**). FR 229 is proposed for use as the main access for construction and operations into WPS (light and heavy-duty delivery vehicle traffic). Public access will be maintained along FR 229 but will be controlled at the security gate where the road then crosses onto private lands. The planned alternative access route to bypass the section of FR 229 on private lands will be FR 8 to FR 3152, which will then connect back to FR 229 north of WPS as shown in **Figure 4**.

### 2.3.3.    East Plant Site

The EPS encompasses the proposed underground mine, associated shafts, and surface support facilities. The existing plant and related surface support facilities are currently located on private lands. During construction and operations of the Magma Copper Mine at EPS, between the late 1960s through 1996, the main mine access road was FR 469 which is also called the "Magma Mine Road." For Resolution, at full build-out and production, EPS will expand only onto private land. Additional area encompassed by EPS includes the land surface above the ore body. This land surface area above the ore body is noted in **Figure 4** as the EPS Fracture Zone and correlates with the limit of the fracture zone at the end of the mine life. The following public access roads will be within the subsidence area on Resolution's private property and will be decommissioned: FR 2432, FR 2433, FR 2434, and FR 3153. The portion of FR 315 located on Resolution's private property and within the subsidence zone will also be decommissioned. The following roads on Resolution's private property will remain open for access to the Oak Flat Campground and upper/middle Devils Canyon and will be renamed as private roads: FR 469, FR 2439, and FR 2438. A portion of FR 2438 will be closed due to impacts from subsidence. Gates will be installed at private lands along segments of these FRs to restrict public access (**Figure 4**). Public access to public lands in the vicinity of EPS will be maintained via SR 177 on the west side, FR 315 on the south side, and US 60 on the north via FR 469, FR 2439, and FR 2438. FR 469, FR 2439, and FR 2438 are on private lands owned by Resolution and will remain publicly accessible. Portions will be restricted in the future. **Tables 1 and 3** list all existing FRs impacted, their intended use, and access route descriptions for the Project.

Resolution Copper                                                                    Road Use Plan

### 2.3.4.  230-kV Corridor

The 230-kV Corridor is located on both private and TNF lands and runs from the WPS, through the EPS to the Silver King Substation (**Figure 4**). From the Silver King Substation, the 230-kV Corridor will utilize the existing 115-kV road as access. While the remainder of the 230-kV Corridor is on private lands, the corridor would intersect FR 229, near the WPS. As discussed in **Section 2.3.2.**, this portion of FR 229 will be restricted from public access.

## 2.4.  ROUTINE MAINTENANCE TO EXISTING U.S. FOREST SERVICE ROADS

### 2.4.1.  Maintenance Level Descriptions

As defined by the TNF (1985), USFS Road Maintenance Levels are as follows:

- Level 1 (Basic Custodial Care) – Roads are not open to traffic; they are maintained to protect the road investment and its surrounding resources. These roads may be opened for a specific activity and returned to Level 1 upon completion of the activity.
- Level 2 (High-Clearance Vehicles) – Roads are maintained open for limited passage of traffic. Roads in this maintenance level are primitive type facilities intended for high clearance vehicles. Passenger car traffic is not a consideration.
- Level 3 (Suitable for Passenger Cars) – Roads are maintained open and safe for travel by a prudent driver in a passenger car. However, user comfort and convenience are not considered a priority.
- Level 4 (Moderate Degree of User Comfort) – Roads are maintained to provide a moderate degree of user comfort and convenience at moderate travel speeds.
- Level 5 (High Degree of User Comfort) – Roads are maintained to provide a high degree of user comfort and convenience. These roads are normally two lanes with aggregate or paved surface.

### 2.4.2.  Maintenance Activities

A description of maintenance activities required for each FR to be used during the proposed Project is provided in **Table 1**. Maintenance activity for roads requiring routine maintenance will be performed within the existing roadway width; therefore, maintenance is not considered as new disturbance. Schedule of road maintenance meetings between Resolution and USFS will be determined at time of the Road Use permit submittal. Additionally, upon submittal of the Road Use Permit, the parties responsible for road maintenance (e.g. USFS, Resolution, or approved contractor) will be determined also.

## 2.5.  MAINTENANCE OF EXISTING U.S. FOREST SERVICE ROADS

To enable access to the GPA, certain segments of the existing FRs will require maintenance. All existing FRs being utilized for the Project will be maintained and repaired to maintenance levels as designated by the TNF. Maintained roads will adhere to the design standards described in the following subsections (Keller and Sherar 2003). Details of existing FRs are summarized in **Tables 1 and 3**.



| Resolution Copper | Road Use Plan |
|---|---|

## 2.5.1.  Design Standards

### 2.5.1.1.  Traveled Way

The maintained width of the traveled way of the existing FRs will be based on existing width. The majority of the existing FRs requiring maintenance will be used as temporary access to the pipeline and waterline for the MARRCO Corridor and pipeline and electrical maintenance access to the TSF from the EPS. (**Figures 1 through 7**).

All maintained roadways will be cleared of vegetative cover as needed for planned traffic. The road prism will be maintained to provide for passage of the specified maintenance level vehicles. Slides and slumps will be removed or repaired, as needed, to control resource damage. No new disturbance is anticipated for maintenance of existing FRs.

### 2.5.1.2.  Crossing Existing Forest Service Roads

The Utility Corridor access road will intersect seven FR roads: FR 2469, FR 2466, FR 2459, FR 342, FR 2458, FR 2445, and FR 1010 (**Figures 4 and 5**). The Utility Corridor will be used for pipeline and powerline maintenance and is not intended as primary access to and from the WPS and TSF, so impacts on these road crossings will be minimal. Primary access to recreational areas north of the WPS and Utility Corridor are provided through FR 650 and FR 3152.

Hewitt Canyon Road (FR 357) serves as a temporary access route to areas west and north of the GPA (**Figures 2 through 4**). This road currently crosses the MARRCO Corridor. There is an existing 18-inch dewatering line and an existing 12-inch Arizona Water line along the MARRCO Corridor. A new 36-inch steel pipe waterline and 2- to 8-inch concentrate lines will be added to the MARRCO Corridor right-of-way and will be buried along with the existing lines at the current crossings. No other changes will occur to the current crossings. The route will be accessible to the public to provide access to public and private lands, apart from temporary closures in coordination with USFS as needed during pipeline construction.

## 2.5.2.  Maintenance Methods

Roads being used for the Project will be maintained in coordination with USFS and ASLD as needed, using typical road construction and maintenance equipment (i.e. bulldozers, graders, excavators, water truck). Maintenance will include filling and leveling of heavily eroded areas, placement of temporary low water crossings and placement of leveling fill or aggregate surfacing in the roadway. There will be no new disturbance to NFS lands outside the existing FR footprints.

## 2.5.3.  Environmental Protection Measures

During maintenance of existing FRs, Resolution will minimize or eliminate erosion and subsequent downstream sedimentation through the implementation of erosion control Best Management Practices (BMPs). These BMPs include the following:

- To the extent practicable, vegetation will not be removed except from those areas to be directly affected by road maintenance activities.

**RESOLUTION**

10-RCMSER-2601

- To the extent practicable, removal of primary growth medium material will be scheduled for the dry months to reduce the potential for erosion and high soil losses.
- Cut and fill slopes for road maintenance will be designed to prevent soil erosion. Drainage ditches with cross drains will be maintained. Disturbed slopes will be revegetated, mulched, or otherwise stabilized to minimize erosion as soon as practicable following maintenance.
- Road embankment slopes will be graded and stabilized with vegetation or rock as practicable to prevent erosion.
- Runoff from roads will be handled through BMPs, including sediment traps, settling ponds, berms, sediment filter fabric, wattles, etc. Design of these features will be based on an analysis of local hydrologic conditions. These will be designed as recommended in the *Low-Volume Roads Engineering Best Management Practices Field Guide* (Keller and Sherar 2003).
- Off-road vehicle travel will generally be avoided near FRs during construction and operations.
- During construction and operations, diversion channels will be constructed around affected areas to minimize erosion. A number of BMPs including check dams, dispersion terraces, and filter fences also will be used during construction and operations.
- Permanent diversion channels will be designed for long-term stability.
- Reclamation and revegetation will be implemented as soon as practicable for long-term stability.

## 3. PROPOSED NEW ROADS ON TNF AND STATE LANDS

### 3.1. APPLICANT USE

Resolution will construct PNRs for the proposed TSF and Utility Corridor. These roads include the Utility Corridor access roads (PNR-1 and PNR-2), the 115-kV Powerline access roads (PNR-3 through PNR-9), and the TSF perimeter road (PNR-10). These roads will be used for mine activities only. Closure of these roads will be addressed as part of the overall Project Closure Plan.

### 3.2. PUBLIC USE

The current plan is that the newly constructed PNR-1 through PNR-9 will be closed to the public and primarily used for pipeline and powerline maintenance. PNR-10 will not be open for public use because it is designated as a mine road. Gates will be installed to restrict public use (see **Figures 2 through 7**).

### 3.3. DESIGN STANDARDS

PNRs will be designed to minimize land disturbance to the greatest extent practicable based on the descriptions that follow.

#### PNR-1 and PNR-2: Utility Corridor Access Roads

PNR-1 and PNR-2 will be used for access along the Utility Corridor and will provide access to pipelines and powerlines along the corridor as well as alternative access from the WPS to the TSF (**Figures 4 through 7**).

These roads will be constructed and maintained to a Level 2 maintenance to generally achieve the High-Clearance Vehicles management designation.

### PNR-3 through PNR-9: 115-kV Powerline Access Roads

PNR-3 through PNR-9 will be used for access to the 115-kV Powerline structures (**Figure 6**). These roads will be constructed and maintained to a Level 2 maintenance to generally achieve the High-Clearance Vehicles management designation.

### PNR-10: TSF Perimeter Road

PNR-10 is a roadway that will provide access along the entire toe of the TSF and to surrounding facilities such as the TSF diversion channels and the seepage collection dams (**Figure 7**). This road will change over time as the TSF changes. For the purpose of this report, PNR-10 is modeled at build-out of the mine. The roadway will be constructed and maintained by Resolution and is within the TSF footprint.

## 3.3.1.    Traveled Way

PNRs have varied design widths. PNR-1 through PNR-9 are access roads into mine property or maintenance routes, and will have a traveled width of approximately 10 ft. PNR-10 will have a traveled width of approximately 50 ft. Each roadway will be cleared of vegetative cover as needed for planned traffic, and the road prism will be maintained to provide for passage.  Calculated new disturbance for PNRs are provided in **Table 3**.

## 3.3.2.    Drainage Improvements

Drainage improvements to the PNRs will generally include sloped roadways to prevent erosion and ponding in the traveled way and culverts and/or ford-style low water crossings at existing drainage crossings. All necessary culverts will be installed under the provisions of the CWA, Individual Permit, assuming potentially jurisdictional waters are encountered. More specific drainage features that will be incorporated for each PNR are as follows.

### PNR-1 and PNR-2

The Utility Corridor Access Roads will be mine operations roads only. The roadway will be sloped to drain either off the road or into a drainage ditch along the road. Drainage ditch locations will be determined in the field based upon actual water flow patterns and road surface erosion characteristics. Drainage ditch locations will be determined in the field based upon actual water flow patterns and road surface erosion characteristics. Culvert take-offs will direct the flow from the ditches off the roadway where overland flow may cause erosion on the fill embankments. Other erosion and stormwater control BMPs that may be incorporated will be detailed in the Project Stormwater Pollution Prevention Plan (SWPPP).

### PNR-3 through PNR-9

The road will be designed to generally allow all stormwater to run off to the road shoulder over the embankments. The road fill slopes will be designed to prevent soil erosion. Disturbed slopes will be re-vegetated, mulched, stabilized with rock, or otherwise stabilized to minimize erosion. Culverts will be

installed where the realignment crosses existing drainages. Should there be a large concentration of runoff in cut sections, drainage ditches on either side of the road will be constructed and culvert take-offs installed. These culvert take-offs will only be installed where the potential exists for erosion to fill embankments, otherwise the flow from the ditches will be allowed to run off over the embankment. Other erosion and stormwater control BMPs that may be incorporated will be detailed in the Project SWPPP.

### PNR-10

The TSF Perimeter road will be located within the TSF Project area and will be constructed and maintained under the jurisdiction of MSHA. The roadway will be sloped to drain either off the road or into a drainage ditch along the road. Drainage ditch locations will be determined in the field based upon actual water flow patterns and road surface erosion characteristics. Culvert take-offs will direct the flow from the ditches off the roadway where overland flow may cause erosion on the fill embankments. Since this roadway will be used for mine operations it will require a berm. Breaks in the berm will be incorporated as necessary to prevent ponding on the roadway. Culverts or ford-style low water crossings will be constructed as needed at drainage crossings. However, any stormwater potentially impacted by the tailings must be directed to the seepage collection dams. This will prevent any impacted waters from going offsite. Other erosion and stormwater control BMPs that may be incorporated will be detailed in the Project SWPPP.

## 3.4.  CONSTRUCTION METHODS

New PNRs will be constructed using typical road construction and maintenance equipment (i.e. bulldozers, graders, excavators, water truck). An excavator may be used to reduce the size of large boulders when necessary. Drilling or blasting may be required for PNR construction if non-rippable material is encountered. Drilling or blasting will be coordinated with USFS and ASLD as needed, prior to beginning. Prior to construction, surveys will be conducted for exact placement of PNRs and related infrastructure.

## 3.5.  ENVIRONMENTAL PROTECTION MEASURES

The erosion control BMPs to be implemented in the construction of the PNRs are the same as described in **Section 2.4.3** for the existing FR maintenance.

**RESOLUTION**

10-RCMSER-2604

# 4. REFERENCES

Keller, Gordon, and James Sherar. 2003. Low-Volume Roads Engineering Best Management Practices Field Guide. *Prepared for U.S. Agency for International Development (USAID) in Cooperation with USDA Forest Service, International Programs and Conservation Management Institute Virginia Polytechnic Institute and State University*: U.S. Department of Agriculture. July 2003.

U.S. Forest Service. 1985. Tonto National Forest Plan. *edited by Southwest Region*: U.S. Department of Agriculture. October 1985. 329 p.

TABLES

Resolution Copper                                                    Road Use Plan

Table 1. Proposed Forest Service Road Condition during Plan of Operations

| Roadway ID | Existing Forest Service Road Maintenance Level | Planned Road Condition During Plan of Operations |
|---|---|---|
| FR 8 | Level 2 - High Clearance Vehicles | Segment from FR 229 to FR 3152 will remain publicly accessible as Level 2. |
| FR 229 | Level 3 - Suitable for Passenger Cars | Segment from FR 2445 to FR 8 is on private property and will be restricted from public access within the boundaries of the WPS. Segments north and south of WPS will remain publicly accessible as Level 3. |
| FR 252 | Level 2 - High Clearance Vehicles | Segment from FR 2383 to MCA 8 will remain publicly accessible as Level 2. |
| FR 293 | Level 2 - High Clearance Vehicles | Segment from FR 8 to MCA-7 will remain publicly accessible as Level 2. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. |
| FR 315 at EPS | Level 4 - Moderate Degree of User Comfort | Segment within the subsidence zone is on private property and will be decommissioned and restricted from public access. |
| FR 342 | Level 3 - Suitable for Passenger Cars | Segment will remain publicly accessible as Level 3. Segment that overlaps PNR-1 to be decommissioned. Access to TNF via FR 2459 and FR 2458. |
| FR 357 | Level 4 - Moderate Degree of User Comfort | Segment to remain publicly accessible as Level 4. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. |
| FR 469 | Level 4 - Moderate Degree of User Comfort | Segment west of the campground will become private road (post-land exchange), however, a portion will remain open for public access to the Oak Flat campground and Devils Canyon connecting to FR2438 and FR2439. |
| FR 1010 | Administration Access Only | Segment to be restricted from public access. |
| FR 1933 | Level 2 - High Clearance Vehicles | Segment between MCA-15 through MCA-17 will remain publicly accessible as Level 2. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. |
| FR 2395 | Level 2 - High Clearance Vehicles | Segment between MCA-2 and 4 will remain publicly accessible as Level 2. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. |
| FR 2397 | Level 2 - High Clearance Vehicles | Segment between FR 8 and FR 2395 will remain publicly accessible as Level 2. |
| FR 2432 | Level 3 - Suitable for Passenger Cars | On private property, will be decommissioned and restricted from public access. |
| FR 2433 | Level 1 - Basic Custodial Care | On private property, will be restricted from public access. |
| FR 2434 | Level 1 - Basic Custodial Care | On private property, will be restricted from public access. |
| FR 2435 | Level 1 - Basic Custodial Care | On private property, will be decommissioned and restricted from public access. |

Resolution Copper                                                         Road Use Plan

**Table 1. Proposed Forest Service Road Condition during Plan of Operations**

| Roadway ID | Existing Forest Service Road Maintenance Level | Planned Road Condition During Plan of Operations |
|---|---|---|
| FR 2438 | Level 2 - High Clearance Vehicles | Road to remain publicly accessible as Level 2 for access to the Oak Flat campground. Minor sections to be decommissioned and restricted from public access at a future date within the subsidence area. |
| FR 2439 | Level 2 - High Clearance Vehicles | Road to remain publicly accessible as Level 2 for access to the Oak Flat campground. |
| FR 2445 | Level 2 - High Clearance Vehicles | Segment between FR 229 and FR 1010 will remain publicly accessible as Level 2. |
| FR 2458 | Administration Access Only | Segment between PNR-1 and FR 2459 will remain as-is. |
| FR 2459 | Level 2 - High Clearance Vehicles | Segment between FR 469 and PNR-1 will remain publicly accessible as Level 2. |
| FR 2466 | Level 2 - High Clearance Vehicles | Segment between SLR-1 and PNR-1 to be maintained as Level 2. |
| FR 3152 | Administration Access Only | Segment between FR 8 and FR 229 to remain as-is. |
| FR 3153 | Level 1 - Basic Custodial Care | On private property, will be decommissioned and restricted from public access. |
| FR 3454A | Administration Access Only | Segment between FR 357 and MCA-14 will remain publicly accessible. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. |
| FR 3454C | Level 1 - Basic Custodial Care | Segment between FR 357 and MCA-11 will remain publicly accessible. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. |

Notes:
- All FRs proposed for use in this Road Use Plan can be seen in detail in **Figures 1 through 7**.
- Detailed descriptions of purpose of, use of, improvements, and new disturbance area to FRs can be found in **Table 3**.

Resolution Copper                                                    Road Use Plan

**Table 2. Proposed New Road Condition during Plan of Operations**

| Roadway ID | Planned Maintenance Level | Planned Road Condition During Plan of Operations |
|---|---|---|
| PNR-1 | Level 2 | New access road along Utility Corridor to provide access from EPS to the TSF and to maintain facilities along the Utility Corridor. Will be maintained to generally achieve the High-Clearance Vehicles management designation. |
| PNR-2 | Level 2 | New access road along Utility Corridor to provide access from EPS to the TSF and to maintain facilities along the Utility Corridor. Will be maintained to generally achieve the High-Clearance Vehicles management designation. |
| PNR-3 | Level 2 | New access road along PNR-04 to provide access to 115-kV powerline. |
| PNR-4 | Level 2 | New access road along FR 899 to provide access to 115-kV powerline. |
| PNR-5 | Level 2 | New access road along Dripping Spring Road to provide access to 115-kV powerline. |
| PNR-6 | Level 2 | New access road along Dripping Spring Road to provide access to 115-kV powerline. |
| PNR-7 | Level 2 | New access road along Dripping Spring Road to provide access to 115-kV powerline. |
| PNR-8 | Level 2 | New access road along Dripping Spring Road to provide access to 115-kV powerline. |
| PNR-9 | Level 2 | New access road along Dripping Spring Road to provide access to 115-kV powerline. |
| PNR-10 | No Classification | Perimeter road along the toe of the TSF. |

Notes:
– PNR-3 through PNR-10 are not located on TNF lands, but for the purpose of the Road Use Plan, TNF road use maintenance levels are used.
– PNRs are shown in detail in **Figures 4 through 7**.
– Detailed descriptions of purpose of, use of, improvements, and new disturbance area of PNRs on TNF lands can be found in **Table 3**.

10-RCMSER-2609

Resolution Copper                                                    Road Use Plan

Table 3. Access Route Disturbance by Surface Land Management

| Road ID | Purpose and Use | Road Length[1] Linear Feet | Improvement Description | Length (Ft)[2] | | New Disturbance Area (Acres) |
|---------|-----------------|---------------------------|-------------------------|----------------|---|------------------------------|
| | | | | Forest Service Land | Non-Forest Service Land | Forest Service Land |
| FR 8 | East Happy Camp Road. Provides temporary access to FR 650 and MARRCO Corridor. | 6,324 | No improvements, 1.2 miles of roadway to remain publicly accessible. | 6,171 | 153 | 0 |
| FR 229 | Silver King Mine Road provides access to the WPS | 12,590 | No improvements, 1.7 miles of roadway to remain publicly accessible, 0.7miles of roadway on private property and to be restricted from public access. | 9,023 | 3,567 | 0 |
| FR 252 | Provides temporary access to MARRCO Corridor from FR 2383 | 3,147 | No improvements, 0.6 miles of roadway to remain publicly accessible. | 3,147 | 0 | 0 |
| FR 293 | Provides temporary access to MARRCO Corridor | 9,677 | 1.8 miles of roadway to remain publicly accessible. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. | 9,677 | 0 | 0 |
| FR 342 | Provides access between Silver King Substation and Utility Corridor access road PNR-1. | 11,345 | No improvements, 1.7 miles of roadway to remain publicly accessible, 0.4 miles of roadway to be decommissioned. | 11,345 | 0 | 0 |
| FR 357 | Provides temporary access to the MARRCO Corridor and Queen Valley Pump Station | 38,036 | 7.2 miles of roadway to remain publicly accessible. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. | 33,914 | 4,122 | 0 |
| FR 469 | Provides access to campground and EPS | 3,913 | No improvements, 0.7 miles of roadway to remain publicly accessible. | 20 | 3,893 | 0 |
| FR 1010 | Provides access to WPS and Utility Corridor from FR 2445. | 7,218 | No improvements, 0.4 miles of roadway on private property, all 1.4 miles to be restricted from public access as it leads into WPS. | 5,252 | 1966 | 0 |
| FR 1933 | Provides access from FR 357 to MCA-15 and 16 | 5,097 | 1.0 mile of roadway to remain publicly accessible. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. | 5,097 | 0 | 0 |

Road Use Plan – Tables                                                      Page | 4

10-RCMSER-2610

Resolution Copper                                                                 Road Use Plan

Table 3. Access Route Disturbance by Surface Land Management

| Road ID | Purpose and Use | Road Length[1] Linear Feet | Improvement Description | Length (Ft)[2] | | New Disturbance Area (Acres) |
|---|---|---|---|---|---|---|
| | | | | Forest Service Land | Non-Forest Service Land | Forest Service Land |
| FR 2395 | Provides temporary access between MCA-2 through 4 along the MARRCO Corridor | 6,630 | 1.3 miles of roadway to remain publicly accessible. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. | 6,630 | 0 | 0 |
| FR 2397 | Provides access between FR 8 and FR 2395 | 2,012 | 0.4 miles of roadway to remain publicly accessible. | 2,012 | 0 | 0 |
| FR 2438 | Located adjacent to subsidence zone. Provides access to Oak Flat Campground | 13,469 | No improvements, on private property; however, 2.1 miles of roadway to remain publicly accessible for access to the Oak Flat campground. Minor sections (0.4 miles) to be decommissioned and restricted from public access at a future date within the subsidence area. | 0 | 13,469 | 0 |
| FR 2439 | Located adjacent to subsidence zone. Provides access to Oak Flat Campground | 1,041 | No improvements, on private property and TNF lands, 0.2 miles of roadway to remain publicly accessible for access to the Oak Flat campground. | 545 | 496 | 0 |
| FR 2445 | Provides access between FR 229 and FR 1010 | 4,418 | No improvements, 0.8 miles of roadway to remain publicly accessible. | 4,418 | 0 | 0 |
| FR 2458 | Provides access between PNR-03 and FR 2459, to access the 230-kV Corridor | 9,793 | No improvements, 1.9 miles of roadway to remain publicly accessible. | 9,793 | 0 | 0 |
| FR 2459 | Provides access between PNR-03 and FR 469 along the 230-kV Corridor | 1,864 | No improvements, 0.4 miles of roadway to remain publicly accessible. | 1,864 | 0 | 0 |
| FR 2466 | Provides access along the Utility Corridor | 1,656 | 0.3 miles of roadway to be maintained at existing maintenance level. | 1,656 | 0 | 0 |
| FR 3153 | Located within subsidence zone, accessed by FR 2438 | 6,861 | On private property, 1.3 miles of roadway decommissioned / restricted from public access | 0 | 6,861 | 0 |
| FR 3152 | Provides access between FR 8 and FR 229 | 8,973 | No improvements, 1.7 miles of roadway to remain publicly accessible. | 6,250 | 2,723 | 0 |

Resolution Copper                                                                    Road Use Plan

Table 3. Access Route Disturbance by Surface Land Management

| Road ID | Purpose and Use | Road Length[1] Linear Feet | Improvement Description | Length (Ft)[2] Forest Service Land | Length (Ft)[2] Non-Forest Service Land | New Disturbance Area (Acres) Forest Service Land |
|---|---|---|---|---|---|---|
| FR 3454A | Provides access between FR 357 and MCA-14 | 1,358 | 0.3 miles of roadway to remain publicly accessible. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. | 1,358 | 0 | 0 |
| FR 3454C | Provides access between FR 357 and MCA-11 | 2,685 | 0.5 miles of roadway to remain publicly accessible. Road to be temporarily closed during pipeline construction and will be re-established to existing maintenance level. | 2,685 | 0 | 0 |
| PNR-1 | New access road along the Utility Corridor | 18,355 | 3.5 miles of new road construction; 10 ft disturbance width assumed. | 15,427 | 2,928 | 3.5 |
| PNR-2 | New access road along the Utility Corridor | 40,292 | 7.6 miles of new road construction; 10 ft disturbance width assumed. | 14,578 | 25,714 | 3.3 |
| PNR-3 | New access road along PNR-04 | 1,115 | 0.2 miles of new road construction; 10 ft disturbance width assumed. | 0 | 1,115 | 0 |
| PNR-4 | New access road along FR-899 | 127 | 0.02 miles of new road construction; 10 ft disturbance width assumed. | 0 | 127 | 0 |
| PNR-5 | New access road along Dripping Spring Road | 199 | 0.04 miles of new road construction; 10 ft disturbance width assumed. | 0 | 199 | 0 |
| PNR-6 | New access road along Dripping Spring Road | 206 | 0.04 miles of new road construction; 10 ft disturbance width assumed. | 0 | 206 | 0 |
| PNR-7 | New access road along Dripping Spring Road | 640 | 0.1 miles of new road construction; 10 ft disturbance width assumed. | 0 | 640 | 0 |
| PNR-8 | New access road along Dripping Spring Road | 241 | 0.05 miles of new road construction; 10 ft disturbance width assumed. | 0 | 241 | 0 |
| PNR-9 | New access road along Dripping Spring Road | 111 | 0.02 miles of new road construction; 10 ft disturbance width assumed. | 0 | 111 | 0 |
| PNR-10 | TSF perimeter road | 102,761 | 194 miles of new road construction; disturbance area is within the TSF footprint disturbance area accounted for in the Plan; 50 ft disturbance width assumed. | 0 | 102,761 | 0 |

[1] Total road length for USFS land, Private land, and State Trust land
[2] Length of road to be used within the GPA or as access to the GPA

10-RCMSER-2612

(146 of 176), Page 146 of 176
Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 146 of 176
Case 2:21-cv-00068-DWL   Document 108-3   Filed 07/14/25   Page 144 of 174

FIGURES



RESOLUTION COPPER
General Plan of Operations
ROAD USE PLAN
OVERVIEW
Figure 1



(149 of 176), Page 149 of 176
Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 149 of 176
Case 2:21-cv-00068-DWL Document 108-3 Filed 07/14/25 Page 147 of 174





RESOLUTION COPPER
General Plan of Operations

WEST AND EAST PLANT SITES
Figure 4

Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 151 of 176
Case 2:21-cv-00068-DWL    Document 108-3    Filed 07/14/25    Page 149 of 174



RESOLUTION COPPER
General Plan of Operations
UTILITY CORRIDOR
Figure 9



(153 of 176), Page 153 of 176
Case: 25-5197, 09/29/2025, DktEntry: 61.11, Page 153 of 176
Case 2:21-cv-00068-DWL    Document 108-3    Filed 07/14/25    Page 151 of 174



Resolution Copper Project
USFS Special Use Permit Application
FORM SF-299 – Attachment 1

# Appendix E

# VEGETATION ASSESSMENT FOR THE PROPOSED SKUNK CAMP REVISED CORRIDOR WITHIN U.S. FOREST SERVICE LANDS

**Prepared for:**     Resolution Copper

**Prepared by:**      WestLand Resources, Inc.

**Date:**             August 4, 2020

**Project No.:**      807.176 (807.194)

## TABLE OF CONTENTS

1.   INTRODUCTION AND BACKGROUND .................................................................................. 1
2.   VEGETATION ASSESSMENT RESULTS ................................................................................ 1
     Objective 1. Identify General Vegetation Present .............................................................. 1
     Objective 2. Estimate the Density, Abundance of Native/Non-native Species ............................ 1
     Objective 3. Determine if any Special-Status Plant Species of Potential Habitat Occurs ................ 2

## FIGURES
(follow text)

Figure 1.     Vicinity Map
Figure 2.     Vegetation Map

# 1.  INTRODUCTION AND BACKGROUND

WestLand Resources, Inc. (WestLand), prepared this vegetation assessment memo in support of two Applications for Transportation and Revised Systems and Facilities on Federal Lands submitted to the Tonto National Forest by Resolution Copper (Resolution) as part of USFS review of the Resolution Copper Project and Land Exchange. This memo presents a subset of the data from WestLand's *Vegetation Assessment for the Proposed Skunk Camp Tailings Storage Facility, Revised Corridor, and Borrow Areas*. It includes only those portions of the Revised Corridor on U.S. Forest Service (USFS) land administered by the Tonto National Forest (TNF) (Assessment Area, **Figure 1**).

WestLand conducted vegetation surveys in the Assessment Area in April and May 2020 with the following objectives:

1. Identify general vegetation present.
2. Estimate the density and abundance of native/non-native species.
3. Determine if any special-status plant species[1] or potential habitat occurs.

The Assessment Area is located on approximately 420 acres of TNF lands, within portions of Sections 23, 24 and 26, Township 1 South, Range 12 East; and portions of Sections 21, 27, 28 and 34-36, Township 1 South, Range 13 East of the Gila and Salt River Baseline and Meridian, Pinal County, Arizona (**Figure 2**). The 500-foot-wide Assessment Area contains two biotic communities, as broadly mapped by Brown and Lowe, Interior Chaparral and Arizona Upland Subdivision of Sonoran Desertscrub.[2] Elevation in the Assessment Area ranges from approximately 2,900 to approximately 5,100 feet above mean sea level.

# 2.  VEGETATION ASSESSMENT RESULTS

## OBJECTIVE 1. IDENTIFY GENERAL VEGETATION PRESENT

In total, two vegetation alliances were identified within the Assessment Area: Juniper Woodland Alliance, and Shrubland Alliance and Sparsely Vegetated Areas (**Figure 2**).

## OBJECTIVE 2. ESTIMATE THE DENSITY, ABUNDANCE OF NATIVE/NON-NATIVE SPECIES

### Juniper Woodland Alliance

In total, 23 percent of the Assessment Area (95.2 acres) was mapped as Juniper Woodland Alliance (**Figure 2**). The Juniper Woodland Alliance occurs on north-facing slopes, in drainages, and in a variety of other situations. Within the Assessment Area, these woodlands are visually characterized by

---

[1]  Special-status species are defined as U.S. Fish and Wildlife Service threatened, endangered, candidate, and species of concern, as well as Tonto National Forest Sensitive Species.
[2]  The Nature Conservancy. 2012. Brown and Lowe's Biotic Communities of the Southwest. *Digital version of David E. Brown and Charles H. Lowe's 1981 Map.* The Nature Conservancy of Arizona. June 27, 2012.

Q:\JOBS\816.01\TRANS\01_Rpts\Veg_RevisedCorridor\Text_RevisedCorridor.docx    WestLand Resources, Inc.

10-RCMSER-2623

juniper-pinyon pine as elevation increases. The most abundant canopy species in this alliance was one-seed juniper (*Juniperus monosperma*). Other species contributing to the canopy stratum included netleaf hackberry (*Celtis reticulata*), blue palo verde (*Parkinsonia florida*), pinyon pine (*Pinus monophylla*), velvet mesquite (*Prosopis velutina*), scrub oak (*Quercus turbinella*), and sugar sumac (*Rhus ovata*). In the shrub stratum, juniper was still abundant, but dominance was shared by other species including catclaw acacia (*Acacia greggii*), scrub oak, turpentine bush (*Ericameria laricifolia*), velvet mesquite, and whitethorn acacia (*Acacia constricta*). Fairy duster (*Calliandra eriophylla*), scrub oak, and pointleaf manzanita (*Arctostaphylos pungens*) accounted for the highest relative density in the basal stratum.

### Shrubland Alliance and Sparsely Vegetated Areas

In total, 77 percent of the Assessment Area (324.2 acres) was mapped as Shrubland Alliance and Sparsely Vegetated Areas (**Figure 2**). The Shrubland Alliance contains a diverse mosaic of different habitat types and includes species rich areas with high diversity and species poor areas with little vegetation such as roads or cattle enclosures. Abundance in the canopy stratum was sparse or in some cases nonexistent as would be expected for this alliance. The most abundant species in the shrub stratum were scrub oak and juniper. Visually dominant shrub species are more typical of chaparral communities, especially manzanita, within the northern sections of the Assessment Area. Relative density also varied across the Assessment Area but showed similar trends in the basal and shrub strata as would be expected for the Shrubland Alliance.

### Non-native Species

Cluster sampling and opportunistic documentation resulted in the detection of non-native taxa within the Assessment Area. Widespread non-native species include red brome (*Bromus rubens*), stork's-bill (*Erodium cicutarium*), and London rocket (*Sisymbrium irio*). Non-native species with more limited occurrence included Bermuda grass (*Cynodon dactylon*), common mallow (*Malva neglecta*), desert mustard (*Brassica tournefortii*), golden-top grass (*Lamarckia aurea*), oats (*Avena* sp.), Russian thistle (*Salsola tragus*), shepherd's purse (*Capsella bursa-pastoris*), stinkgrass (*Eragrostis cilianensis*), and tree tobacco (*Nicotiana glauca*).

### OBJECTIVE 3. DETERMINE IF ANY SPECIAL-STATUS PLANT SPECIES OF POTENTIAL HABITAT OCCURS

Prior to conducting the field survey, WestLand reviewed special-status species lists generated for the Assessment Area, including a list from a U.S. Fish and Wildlife Service (USFWS) Information for Planning and Conservation Report (IPaC) online query[3] and a list from an Arizona Game and Fish Department (AGFD) Heritage Database Management System (HDMS) online environmental review tool query.[4,5] The plant species identified in these lists include Arizona hedgehog cactus (*Echinocereus*

---

[3]  The IPaC list identifies special status species and designated and proposed critical habitat that *may* occur within one or more delineated United States Geological Survey 7.5-minute quadrangles that the Assessment Area intersects.

[4]  The AGFD HDMS online environmental review tool query was used to identify records of special status species within 5 miles of the Assessment Area.

[5]  WestLand Resources, Inc. 2018. Biological Evaluation for the Proposed Skunk Camp Tailings Storage Facility, Gila and Pinal Counties, Arizona. *Prepared for Resolution Copper*. Tucson, Arizona: WestLand Resources, Inc. June 2018.

*triglochidiatus* var. *arizonicus*), which is listed as endangered without critical habitat by the USFWS under the Endangered Species Act[6] and as Highly Safeguarded under Arizona Native Plant Law.[7] Arizona hedgehog cactus is present within the northern section of the Assessment Area, but only where population health is already being monitored,[5] within their predicted occurrence, and especially within steep, rocky habitat.[8] No additional taxa of conservation concern have been identified.

---

[6] U.S. Fish and Wildlife Service. 2000. Arizona Hedgehog Cactus (*Echinocereus triglochidiatus* var. *arizonicus*). *General Species Information*: U.S. Fish and Wildlife Service Arizona Ecological Services. June 2000.

[7] Arizona Department of Agriculture. 2016. Arizona Administrative Code. Article 11. Arizona Native Plants. Arizona Department of State. March 31, 2016

[8] Baker, Marc A. 2013. Draft Recovery Plan for (*Echinocereus arizonicus*) subsp. *arizonicus* (Arizona Hedgehog Cactus). *Prepared for the U.S. Fish and Wildlife Service*. September 19, 2013

**FIGURES**





**Resolution Copper Project**
**USFS Special Use Permit Application**
**FORM SF-299 – Attachment 1**

# Appendix F

# ARIZONA HEDGEHOG CACTUS PROJECT AREA STATUS 2020
## Resolution Copper

Prepared for:

**RESOLUTION**
C O P P E R

102 Magma Heights – Superior, Arizona 85173

Project Number: 807.176

June 16, 2020



**WestLand Resources**

WestLand Resources, Inc. • 4001 E. Paradise Falls Drive • Tucson, Arizona 85712 • 520•206•9585

Arizona Hedgehog Cactus Project Area Status 2020                                    Resolution Copper

## TABLE OF CONTENTS

1.   INTRODUCTION..................................................................................................................1
2.   ARIZONA HEDGEHOG CACTUS BACKGROUND.................................................2
3.   PROJECT AREA DESCRIPTION...................................................................................3
4.   AHC WITHIN PROJECT AREA.....................................................................................4
5.   RESULTS AND DISCUSSION..........................................................................................4
6.   REFERENCES........................................................................................................................6

## TABLES

Table 1.      AHC Found within the Resolution Project Area, 2004-2020.........................................5

## FIGURES
(follow text)

Figure 1.      Vicinity Map
Figure 2.      AHC Survey Areas 2004-2020
Figure 3.      AHC Detection Locations

## 1. INTRODUCTION

WestLand Resources, Inc. (WestLand), was retained by Resolution Copper (Resolution) to provide a summary of Arizona hedgehog cacti (AHC; *Echinocereus triglochidiatus* var. *arizonicus*) that have been documented to date within the proposed disturbance limits of the Resolution Copper Project (the Project). The Project Area is defined as the preferred alternative as described in the *Draft Environmental Impact Statement Resolution Copper Project and Land Exchange* (DEIS; USDA 2019) combined with the Skunk Camp North Revised Corridor, as described below. Portions of the Project Area where AHC have been documented are on private lands and on U.S. Forest Service (USFS) lands administered by the Tonto National Forest (TNF), within Pinal County, Arizona (**Figure 1**).

The DEIS preferred alternative for the tailings storage facility (TSF) powerline and pipelines (DEIS Alternative) is the Skunk Camp North alternative, which consists of two corridors following separate alignments: 1) Pipeline corridor and access road, approximately 23 miles long, 500 feet wide; and 2) Powerline corridor and access road, approximately 19 miles long, 1,000 feet wide. The Skunk Camp North Revised Corridor is designed to include both the tailings pipeline and most of the 115-kV powerline collocated within the same corridor. At the intersection with the 230-kV powerline corridor, the tailings pipeline corridor travels west towards the West Plant Site; while the 115-kV powerline corridor travels northeast, along the 230-kV powerline corridor, towards the Silver King Substation (**Figure 2**). This assessment of AHC within the Resolution Project Area has been revised from earlier iterations to incorporate the results of surveys within the Skunk Camp North Revised Corridor.

WestLand has conducted numerous AHC surveys in the Project Area and vicinity (WestLand 2004, 2008, 2010, 2011, 2013a, d, 2014, 2016a, b, 2017, 2018, 2019, 2020) and has detected AHC during surveys of the Pre-feasibility Action Area (WestLand 2008, 2010, 2013b, 2014, 2016b, 2018), the East Plant Site (WestLand 2016a, 2017, 2020), the 230-kV powerline corridor, and the Skunk Camp North Revised Corridor (WestLand 2020, Figure 2). In May 2020, an additional AHC survey was completed on approximately 100 acres of a since dismissed alternative powerline route that was being considered as part of the Skunk Camp North Revised Corridor. Ultimately, direct disturbance would be limited to access roads, pipeline placement (to be installed below grade where practicable), powerline structure footprints, and the mine subsidence area (or Fracture Zone).

The purpose of this report is to provide a summary of AHC that have been recorded within the currently defined Resolution Project Area. AHC have been found within the footprints of different components of the Project Area. These areas are identified in this document as the Skunk Camp North Revised Corridor, the 230-kV powerline corridor (powerline structure footprints), the Magma Mine Road Realignment, and the Fracture Zone (USDA 2019). The number of AHC considered alive is reported for each of these Project components. A total of 78 different AHC have been identified to date within the Project Area, including 77 that were alive when last visited and are presumed to be alive (**Figure 3**) currently.

The remaining sections in this document provide the following: background information about the AHC (**Section 2**), a brief description of the different components of the Project Area where AHC have been found (**Section 3**), a summary of AHC recorded within the Project Area (**Section 4**), and references cited (**Section 5**).

## 2.  ARIZONA HEDGEHOG CACTUS BACKGROUND

The AHC is federally listed under the Endangered Species Act (ESA) as endangered without critical habitat (USFWS 1979b). Draft recovery plans for the species have been developed (Baker 2013, Fletcher 1984) but a plan has yet to be finalized. In 2019, the U.S. Geological Survey in cooperation with the U.S. Fish and Wildlife Service (USFWS) and Arizona Ecological Services published an open file report compiling and assessing available AHC survey and monitoring data to support the recovery of the species (Thomas et al. 2019). AHC is also protected under Arizona Revised Statute (ARS) Chapter 7, (Arizona State Legislature 2019) as a Highly Safeguarded Native Plant and is protected from international trade by the Convention on International Trade in Endangered Species (UNEP-WCMC 2014).

AHC was collected at the type locality in 1922 and named *E. arizonicus* in 1926 (Orcutt 1926). AHC was identified as variety *arizonicus*, one of eight varieties of *E. triglochidiatus*, in *The Cacti of the United States and Canada* (Benson 1982). AHC has also been named *E. coccineus* var. *arizonicus* (Ferguson 1989), but more recent studies have proposed *E. arizonicus*, *E. coccineus* and *E. triglochidiatus* as separate species based on morphology, number of chromosomes, molecular studies, and habitat (Baker 2006, Blum et al. 1998, Zimmerman and Parfitt 2003). The PLANTS Database, U.S. Department of Agriculture (USDA), refers to Ferguson (1989) in naming AHC *E. coccineus* var. *arizonicus* (NRCS 2019). However, based on Baker's (2006) report of *E. coccineus* as a tetraploid species and *E. arizonicus* as a diploid species, Ferguson's (1989) classification appears to be incorrect. Two online databases, Interagency Taxonomic Information System (ITIS), which serves as a standard for classifications that has gained broad acceptance in taxonomic literature, and Nature Serve Explorer, which provides information about rare and endangered species, accept *E. arizonicus* (Rose ex Orcutt) as correct (ITIS 2019, NatureServe 2019). The Flora of North America (Zimmerman and Parfitt 2003) and Baker (2006, 2013) refer to AHC as *E. arizonicus* subsp. *arizonicus*. While revisions to the taxonomy of AHC may need to be addressed at the federal level, AHC is currently listed under the ESA as *E. triglochidiatus* var. *arizonicus* (USFWS 1979b), and this document follows that nomenclature.

AHC is a green succulent with cylindroid stems and brilliant red flowers (AGFD 2003, Thomas et al. 2019). Stems occur singly or most often in clusters of four to twenty (AGFD 2003), though up to 143 stems have been recorded on a single individual (Baker 2013). Stems are robust, averaging 3 inches in diameter but commonly exceeding 4 inches, and are generally longer than the stems of similar varieties of hedgehog cacti (AGFD 2003). Stems have an average of nine ribs (AGFD 2003, Baker 2013). Spines are smooth and occur on areoles, with each areole containing an average of nine radial spines and three central spines (Baker 2013). Central spines are thick, averaging nearly 1 millimeter (mm) in

diameter (Baker 2013). The largest central spine per areole is typically deflexed (pointed downwards) (AGFD 2003). Relative to other *Echinocereus*, AHC spines are shorter and more robust (AGFD 2003). Flowers occur on the upper-third of stem ribs (AGFD 2003) and are stout, mostly erect, and measure up to 16 mm broad and 93 mm long (Baker 2013). The reported flower blooming period ranges from mid-April to mid-May (AGFD 2003, Baker 2013).

AHC occupies portions of the highlands of Pinal and Gila Counties between Superior and Globe, Arizona. Its known range extends from the Superstition Wilderness south to Devils Canyon, east along US 60 to Top of the World, Arizona and south to the Mescal and Pinal mountains (AGFD 2003, Baker 2013, Viert 1996, WestLand 2013c). The range includes two small subpopulations: the Apache Peak subpopulation north of the city of Globe and the El Capitan subpopulation south of Globe (Baker 2013). Other varieties of red claret-cup cacti are intermingled with AHC at the edge of its distribution (Baker 2013), but only red claret-cup cacti near the type locality for AHC are considered "classical var. *arizonicus*", and these are the only populations subject to protection under the ESA (USFWS 1979a, Viert 1996).

The majority of predicted AHC habitat occurs on lands managed by TNF, with smaller portions of predicted habitat occurring on lands managed by the San Carlos Apache Tribe, Bureau of Land Management, Arizona State Land Department, and private entities (Baker 2013). AHC occurs from 3,300 ft to 5,700 ft (AGFD 2003) in Interior Chaparral and Madrean Evergreen Woodland habitats as mapped by Brown and Lowe (1980). Suitable substrate includes bedrock, open slopes where individuals occur in cracks and crevices and between boulders on stable rock formations such as Apache Leap Tuff, Schultze Granite and Pioneer Quartzite (Viert 1996). Pinal Schist, another rock type associated with AHC occupancy, weathers more rapidly and creates a soil substrate that is often colonized by dense stands of vegetation and is inhabited by AHC at lower densities (WestLand 2013c).

## 3. PROJECT AREA DESCRIPTION

The occurrence of AHC within the Project Area is limited to its northern and eastern portions. Within these areas, the different components of the Project Area in which AHC have been found are the Skunk Camp North Revised Corridor, the 230-kV powerline corridor (powerline structure footprints), the Magma Mine Road Realignment, and the Fracture Zone.

The Skunk Camp North Revised Corridor is depicted with a width of 500 feet (**Figure 3**), but the disturbance footprint will be reduced to 200-foot width within an overall 500-foot-wide corridor. Disturbance for the 115-kV powerline structures that are outside of the Skunk Camp North Revised Corridor will be a 50-foot by 50-foot area for each support structure. Disturbance within the 230-kV powerline corridor includes a 50-foot by 50-foot area around each of the support structure locations. The Magma Mine Road Realignment is based on engineering drawings that depict the area of cut and fill for the road. The Fracture Zone is as described in the DEIS.

## 4.   AHC WITHIN PROJECT AREA

The AHC identified in this report have been found during numerous survey efforts, as noted in **Section 1**, spanning the years from 2004 through 2020. Some of these AHC have been found during binocular surveys of geologic features that could not be approached due to safety concerns. When found, most AHC have been marked with a numbered metal tag. Data collection has evolved over time and has generally included the following:

- Field identification number.
- Tag number
- Location coordinates
- Photographs of the plant
- Health Assessment: Good, Fair, or Poor
- Number of live stems
- Number of reproductive structures
- Plant height
- Plant width
- Presence or absence of plant herbivory evidence

AHC that were detected only during binocular surveys have limited data collection. Those AHC were assigned a unique field identification number, a compass bearing, estimated distance to the AHC relative to the detection location, general characteristics of each identified AHC, and surrounding vegetation and substrate based on what could be determined through binoculars.

The collected data have been entered into a Microsoft Access™ AHC database that WestLand maintains for Resolution for ongoing data management, analysis, and archiving purposes.

## 5.   RESULTS AND DISCUSSION

A total of 78 AHC plants were documented as occurring within the Project Area. One of these AHC has since been confirmed dead; currently the known population of AHC within the Project Area that are presumed alive is 77. The number of AHC found within the Project Area is outlined by Project component in **Table 1**.

There are 60 AHC within the Skunk Camp North Revised Corridor component of the Project Area. It is important to note that this component is currently 500 feet wide for planning purposes, but that the final Skunk Camp North Revised Corridor will ultimately be reduced to a width of 200 feet, reducing that component of the Project Area by 60 percent.

AHC presumed alive in other Project Area components include 1 within the estimated disturbance area of support structures in the 230-kV powerline area, 2 within the Magma Mine Road Realignment, and 14 within the Fracture Zone.

Table 1. AHC Found within the Resolution Project Area, 2004-2020

| Project Component | Number of AHC Found | Number of Confirmed Dead AHC | Number of AHC Presumed Alive |
|---|---|---|---|
| Skunk Camp North Revised Corridor | 60 | 0 | 60 |
| 230-kV Powerline | 1 | 0 | 1 |
| Magma Mine Road Realignment | 3 | 1 | 2 |
| Fracture Zone | 14 | 0 | 14 |
| TOTAL | 78 | 1 | 77 |

## 6. REFERENCES

Arizona Game and Fish Department. 2003. Arizona Hedgehog Cactus (*Echinocereus triglochidiatus* var. *arizonicus*). *Unpublished abstract compiled and edited by the Heritage Data Management System*. Phoenix, Arizona: Arizona Game and Fish Department. October 2, 2003. 7 pp.

Arizona State Legislature. 2019. Chapter 7 Arizona Native Plants. *Arizona Revised Statutes Title 3- Agriculture*. Phoenix, Arizona: Thompson Reuters.

Baker, Marc. 2006. "Circumscription of *Echinocereus arizonicus* subsp. *arizonicus*: Phenetic Analysis of Morphological Characters in Section *Triglochidiatus* (Cactaceae) Part II." *Madroño* 53 (4):388-399.

Baker, Marc A. 2013. Draft Recovery Plan for (*Echinocereus arizonicus*) subsp. *arizonicus* (Arizona Hedgehog Cactus). *Prepared for the U.S. Fish and Wildlife Service,*. September 19, 2013. 82 pp.

Benson, Lyman. 1982. The Cacti of the United States and Canada. Stanford University Press.

Blum, Wolfgang, Michael Lange, Werner Rischer, and Jurgen Rutov. 1998. Echinocereus. By the Authors.

Brown, David E., and C. Lowe. 1980. Biotic Communities of the Southwest Map. *USDA Forest Service General Technical Report RM-78*, Rocky Mountain Forest and Range Experiment Station. Salt Lake City, Utah: University of Utah Press Reprinted in 1994.

Ferguson, David J. 1989. "Revision of the U.S. members of the Echinocereus triglochidiatus group." *Cactus and Succulent Journal (U.S.)* 61:217-224.

Fletcher, Reggie. 1984. Recovery Plan for the Arizona Hedgehog Cactus *Echinocereus triglochidiatus Engelmann* var. *arizonicus* (Rose ex Orcutt) L. Benson. *Agency Review Draft*: U.S. Fish and Wildlife Service. July. 31.

Integrated Taxonomic Information System. 2019. "Integrated Taxonomic Information System online database." http://www.itis.gov.

Natural Resources Conservation Service. 2019. "The PLANTS Database." U.S. Department of Agriculture. http://plants.usda.gov. Greensboro, N.C.

NatureServe. 2019. "NatureServe Explorer: an Online Encyclopedia of Life [web application]. Version 7.1." NatureServe. http://explorer.natureserve.org. Arlington, Virginia

Orcutt, Charles Russell. 1926. *Echinocereus arizonicus* Rose ex Orcutt. *Cactography*. National City and San Diego, California.

Thomas, K. A., D. F. Shryock, and T. C. Esque. 2019. Arizona Hedgehog Cactus (*Echinocereus triglochidiatus* var. a*rizonicus*)—A Systematic Data Assessment in Support of Recovery. *Open-File Report 2019-1004*. Reston, Virginia: U.S. Geological Survey. 36.

WestLand Resources, Inc.                                                                                    6

Q:\Jobs\J600's\697.176\ENV\01_General\09_ESA_Support\AHC_Project_Area_Status...

10-RCMSER-2637

U.S. Department of Agriculture. 2019. DRAFT Environmental Impact Statement Resolution Copper Project and Land Exchange. Tonto National Forest. Phoenix, Arizona: U.S. Forest Service. August 1, 2019.

U.S. Fish and Wildlife Service. 1979a. Determination that *Echinocactus horizonthalonius* var. *nicholii* is an Endangered Species. U.S. Fish and Wildlife Service. Friday, October 26, 9179. *Federal Register*, 44:61927-61929.

______. 1979b. Determination that *Echinocereus triglochidiatus* var. *arizonicus* is an Endangered Species. Federal Register. October 25, 1979. 3.

United Nations Environment Programme World Conservation Monitoring Centre. 2014. Checklist of CITES Species. *CITES Secretariat*. Geneva, Switzerland: United Nations Environment Programme World Conservation Monitoring Centre. 2014.

Viert, S.R. 1996. A Conservation Assessment and Plan for the Arizona Hedgehog Cactus (*Echinocereus triglochidiatus* var. *arizonicus*) on the Tonto National Forest. *Report prepared for the U.S. Department of Agriculture*. Phoenix, Arizona: Tonto National Forest. 97 pp.

WestLand Resources, Inc. 2004. 2004 Arizona Hedgehog Cactus Survey: Federal Parcel, Pinal County, Arizona. *Prepared for Resolution Copper Company*. Tucson, Arizona: WestLand Resources, Inc. December 2004. 33 pp.

______. 2008. Resolution Pre-Feasibility Activities 2007-2008: Arizona Hedgehog Cactus Survey Pinal County, Arizona. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. May 9, 2008. 33 pp.

______. 2010. 2010 Arizona Hedgehog Cactus Survey Report Pinal County, Arizona. *Prepared for Resolution Copper Company*. Tucson, Arizona: WestLand Resources, Inc. December 15, 2010. 1073 pp.

______. 2011. Supplemental Cultural Resources and Arizona Hedgehog Cactus Survey for the Resolution Copper Mining Drill Pad OF-3 and Associated Access Road. *Prepared for Mark E. Taylor of Tonto National Forest and Le Ann Atkinson of Tonto National Forest Globe Ranger District*. Tucson, Arizona: WestLand Resources, Inc. . January 5, 2011. 4 pp.

______. 2013a. 2012 Prefeasibility Activities Arizona Hedgehog Cactus Action Area Survey (Conservation Measure 5). *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. March 2013. 40 pp.

______. 2013b. 2012 Prefeasibility Activities Arizona Hedgehog Cactus Action Area Survey (Conservation Measure 5) *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. March 2013. 40 pp.

______. 2013c. Arizona Hedgehog Cactus Database. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. August 7, 2013. 6 pp.

_____. 2013d. Arizona Hedgehog Cactus Survey of Proposed Re-Alignment of Magma Mine Road. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. February 15, 2013. 13 pp.

_____. 2014. 2014 Arizona Hedgehog Cactus Survey Report. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. November 2014. 41 pp.

_____. 2016a. 2015 Arizona Hedgehog Cactus Survey Report East and West Plant Sites. *Prepared for Resolution Copper Mining*. Tucson, Arizona: WestLand Resources, Inc. April 6, 2016.

_____. 2016b. 2016 Arizona Hedgehog Cactus Survey Report. *Prepared for Resolution Copper*. Tucson, Arizona: WestLand Resources, Inc. September 2016.

_____. 2017. 2017 Arizona Hedgehog Cactus Survey Report East Plant Site. *Prepared for Resolution Copper*. Tucson, Arizona: WestLand Resources, Inc. November 2017. 30 pp.

_____. 2018. 2018 Arizona Hedgehog Cactus Survey Report. *Prepared for Resolution Copper*. Tucson, Arizona: WestLand Resources, Inc. November 2018. 51 pp.

_____. 2019. 2019 Arizona Hedgehog Cactus Survey Report 230-kV Transmission Corridor and Skunk Camp Tailings Alternative Transmission and Pipeline Corridors. *Prepared for Resolution Copper*. Tucson, Arizona: WestLand Resources, Inc. October 23, 2019. 42 pp.

_____. 2020. 2020 Arizona Hedgehog Cactus Survey Report for the East Plant Site. Tucson, AZ: WestLand Resources, Inc. May 11, 2020.

Zimmerman, A.D., and B.D. Parfitt. 2003. Echinocereus. *Flora of North America, North of Mexico*. New York: Oxford University Press.

**FIGURES**



Pinal and Gila Counties, Arizona
Mesa and Globe 1:100,000 USGS Quadrangles
Data Sources: SWCA DEIS, Golder Associates,
SRP, and Post Land Exchange Surface Management,
BLM, WRI Modified 2017
Image Source: ArcGIS Online World Terrain and
World Street Maps

RESOLUTION COPPER
Arizona Hedgehog Cactus
Project Area Status 2020

VICINITY MAP
Figure 1

WestLand Resources

10-RCMSER-2642

