FILED

SEP 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - Appellee. | No. 25-5185 <br><br> D.C. No. 2:21-cv-00122-DWL <br> District of Arizona, Phoenix <br><br> ORDER |
| SAN CARLOS APACHE TRIBE, a federally recognized Tribe, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - Appellee. | No. 25-5189 <br><br> D.C. No. 2:21-cv-00068-DWL <br> District of Arizona, Phoenix |

| | |
|---|---|
| GOUYEN BROWN LOPEZ; et al., <br><br>       Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br>       Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br>       Intervenor-Defendant - Appellee. | No. 25-5197 <br> D.C. No. <br> 2:25-cv-02758-DWL <br> District of Arizona, <br> Phoenix |

Appellees' unopposed motions to file oversized answering briefs (Docket Entry No. 78 and 79) are granted. The Clerk will file the briefs submitted at Docket Entry No. 76 and 80.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT