| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 1 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al.,<br><br>        Defendants - Appellees,<br><br>RESOLUTION COPPER MINING, LLC,<br><br>        Intervenor-Defendant - Appellee. | Nos. 25-5185, 25-5189, 25-5197<br><br>D.C. No. 2:21-cv-00122-DWL<br>District of Arizona, Phoenix<br><br>ORDER |

The answering brief submitted by Appellee Resolution Copper Mining, LLC is filed.

Appellee Resolution Copper Mining, LLC must file 6 copies of the brief in paper format securely bound on the left side with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be addressed to the Clerk's principal office and mailed or transmitted to a delivery service within 7 days of this order. The delivery

address is 95 Seventh Street, San Francisco, CA 94103. The U.S. Mail address is P.O. Box 193939, San Francisco, CA 94119-3939.

The excerpts of record submitted by Appellee Resolution Copper Mining, LLC are filed. No paper copies of the excerpts are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT